# MEMORANDUM OF AGREEMENT

This Agreement is entered into this 15th day of December 2003 by and between Ellipso, Inc. a Delaware corporation and The Registry Solutions Company, a Virginia company.

WHEREAS, ELLIPSO, INC is in the process of implementing telephony services utilizing its unique 881 universal number series;

WHEREAS, ELLIPSO, INC wishes to establish a unified registration process for the marketing and implementation of its 881 Universal Number Series (the "Ellipso 881 Registry", or "THE REGISTRY");

WHEREAS, THE REGISTRY SOULTIONS COMPANY (TRSC) possesses expertise and experience in initiating, implementing, marketing and maintaining universal registration programs;

WHEREAS, ELLIPSO, INC. wishes to outsource the development, implementation and maintenance of the Ellipso 881 Registry;

WHEREAS, TRSC is willing to devote its resources and expertise to assisting ELLIPSO, INC. in developing the Ellipso 881 Registry;

IT IS AGREED THAT:

ELLIPSO, INC. hereby grants to TRSC the exclusive right to establish and maintain THE REGISTRY of the Ellipso 881 series universal numbers placed into service ("THE REGISTRY").

TRSC will use its best efforts to establish THE REGISTRY as soon as practicable, but in any event, within (60) days of the date of this agreement. TRSC will bear all costs for establishment of THE REGISTRY.

ELLIPSO, INC. will cooperate and assist TRSC in establishing THE REGISTRY by promptly providing all necessary information and support requested by TRSC pursuant to establishment of THE REGISTRY. To the extent ELLIPSO, INC provides services or other support to TRSC, ELLIPSO, INC. shall be reimbursed for the reasonable costs incurred.

ELLIPSO, INC. and TRSC shall, within 60 days of the date of this agreement, establish a fee per transaction for the services provided by TRSC to ELLIPSO, INC, or its affiliates.

TRSC shall initiate an aggressive marketing campaign to expeditiously and extensively populate THE REGISTRY, and shall perform all functions necessary to assure the successful implementation of THE REGISTRY.

1

*ELLIPSO/TRSC, p. 3.*

ELLIPSO, INC. and TRSC shall assist each other in the marketing of products associated with THE REGISTRY service, such as vanity number allocation, call forwarding, one number worldwide access and others. TRSC shall provide THE REGISTRY services for these activities, including validation of numbers using the unified database and associated support services of TRSC, for which TRSC shall receive the agreed upon charges.

In consideration for the exclusive right to establish and operate THE REGISTRY, TRSC shall compensate ELLIPSO, INC. as follows:

A. Upon execution of this agreement, TRSC shall pay to ELLIPSO, INC. twenty-five thousand dollars ($25,000.00), payable as follows:
   a. $10,000 at execution, which is non-refundable;
   b. $15,000 on or before January 31, 2004 following a due diligence process undertaken by both parties.
B. On February 15, 2004, TRSC shall pay to ELLIPSO, INC. twelve thousand five hundred dollars ($12,500.00);
C. On the fifteenth day of each successive month, commencing March 15, 2004, TRSC shall pay to ELLIPSO, INC. the greater of twelve thousand five hundred dollars ($12,500,00), or sixty percent (60%) of the net profits from the prior preceding months operations, [e.g. Profits from April 2004 shall to payable on May 15 1, 2004]. Net profits shall be determined by generally accepted accounting practices.

In the event that during the first twelve (12) months of this agreement, TRSC determines to cease providing THE REGISTRY services, ELLIPSO, INC., shall have the right to acquire THE REGISTRY by tendering to TRSC reimbursement equal to the net expenditures of TRSC associated with THE REGISTRY.

The term of this agreement shall be five (5) years, and shall thereafter automatically renew for additional terms of five (5) years, unless ELLIPSO, INC. exercises its option to acquire THE REGISTRY as set forth herein.

On the fourth anniversary of this agreement, ELLIPSO, INC. shall have the right to acquire THE REGISTRY by tendering to TRSC a cash payment equal to the value of THE REGISTRY determined as follows: book value + three times annual revenues. In the event ELLIPSO, INC. wishes to exercise this option, it must so notify TRSC one hundred eighty days (180) prior to exercise of the option. This is a one-time purchase option.

This agreement does not create any joint relationship between the parties other than as mutual contractors and each party hereto shall be responsible for any liabilities arising from its performance of this agreement.

2

*ELLIPSO/TRSC, p. 3.*

ELLIPSO, INC. and TRSC shall coordinate their efforts to successfully implement the 881 universal numbers and THE REGISTRY.

It is recognized that the use of the 881-Universal Number Series has been granted by the International Telecommunications Union (ITU), and that continued use of the numbers requires compliance with ITU regulations. The parties agree to use their best efforts to comply with such requirements, but recognize that for reasons unrelated to the use of the numbers, and beyond the control of the parties hereto, the ITU could modify or restrict the uses of the numbers.

In the event that during the first twenty-four months of this agreement, ELLIPSO, INC. or its successors or assigns cease to provide 881- Universal Number Series services for any reason, TRSC shall have the right to convert any investments in TRSC to ELLIPSO, INC. common stock at one half the price of the most recent sale of such stock. It is agreed that the stock price per share for these purposes shall be no less than $5.00 and no more than $8.00.

Any disputes concerning this agreement shall be submitted to binding arbitration pursuant to the rules of the American Arbitration Association, or such other arbitration procedures as the parties may agree.

This agreement contains the entire agreement and representations of the parties hereto and any representations not set forth herein are specifically disclaimed.

AGREED THIS 15th DAY OF DECEMBER 2003:

| ELLIPSO, INC. | THE REGISTRY SOLUTIONS COMPANY |
| By: David Castiel, Chairman | By: John Mann, Director |

David Castiel

John Mann

3

*ELLIPSO/TRSC, p. 3.*

ELLIPSO, INC. and TRSC shall coordinate their efforts to successfully implement the 881 universal numbers and THE REGISTRY.

It is recognized that the use of the 881-Universal Number Series has been granted by the International Telecommunications Union (ITU), and that continued use of the numbers requires compliance with ITU regulations. The parties agree to use their best efforts to comply with such requirements, but recognize that for reasons unrelated to the use of the numbers, and beyond the control of the parties hereto, the ITU could modify or restrict the uses of the numbers.

In the event that during the first twenty-four months of this agreement, ELLIPSO, INC. or its successors or assigns cease to provide 881- Universal Number Series services for any reason, TRSC shall have the right to convert any investments in TRSC to ELLIPSO, INC. common stock at one half the price of the most recent sale of such stock. It is agreed that the stock price per share for these purposes shall be no less than $5.00 and no more than $8.00.

Any disputes concerning this agreement shall be submitted to binding arbitration pursuant to the rules of the American Arbitration Association, or such other arbitration procedures as the parties may agree.

This agreement contains the entire agreement and representations of the parties hereto and any representations not set forth herein are specifically disclaimed.

AGREED THIS 15th DAY OF DECEMBER 2003:

| ELLIPSO, INC. | THE REGISTRY SOLUTIONS COMPANY |
|---|---|
| By: David Castiel, Chairman | By: John Mann, Director |

David Castiel

John Mann

3