ADENDUM TO MEMEORANDUM OF AGREEMENT
DATED DECEMBER 15, 2003 BETWEEN
ELLIPSO, INC AND THE REGISTRY SOLUTIONS COMPANY

The Agreement between Ellipso, Inc., and The Registry Solutions Company ("TRSC") dated December 15, 2003 is modified in the following respects:

1. The payment of fifteen thousand dollars ($15,000), which is due January 31, 2004, pursuant to paragraph A, page 2, is to be paid on or before February 15, 2004.
2. The subsequent monthly payment of twelve thousand five hundred dollars ($12,5000) which is due on January 31, 2004, pursuant to paragraph B, page 2, shall be payable on March 1, 2004.
3. The subsequent monthly payments pursuant to paragraph C, page 2, shall be payable on the first day of each month commencing April 1, 2004.
4. The time for establishing the "fee per transaction" charge between Ellipso, Inc. and TRSC is extended for an additional sixty (60) days to and including April 15, 2004.
5. In all other respects the Agreement remains in full force and effect.

AGREED this 30th day of January 2004.

ELLIPSO, INC.                          THE REGISTRY SOLUTIONS COMPANY
By: David Castiel, Chairman            By: John Mann, Director

ADENDUM TO MEMEORANDUM OF AGREEMENT
DATED DECEMBER 15, 2003 BETWEEN
ELLIPSO, INC AND THE REGISTRY SOLUTIONS COMPANY

The Agreement between Ellipso, Inc., and The Registry Solutions Company ("TRSC") dated December 15, 2003 is modified in the following respects:

1. The payment of fifteen thousand dollars ($15,000) which is due January 31, 2004, pursuant to paragraph A, page 2, is to be paid on or before February 15, 2004.
2. The subsequent monthly payment of twelve thousand five hundred dollars ($12,5000) which is due on January 31, 2004, pursuant to paragraph B, page 2, shall be payable on March 1, 2004.
3. The subsequent monthly payments pursuant to paragraph C, page 2, shall be payable on the first day of each month commencing April 1, 2004.
4. The time for establishing the "fee per transaction" charge between Ellipso, Inc. and TRSC is extended for an additional sixty (60) days to and including April 15, 2004.
5. In all other respects the Agreement remains in full force and effect.

AGREED this 30th day of January 2004,

ELLIPSO, INC.                           THE REGISTRY SOLUTIONS COMPANY
By: David Castiel, Chairman             By: John Mann, Director

**ELLIPSO/TRSC AGREMENT OF DECEMBER 15, 2003**
**AMENDMENT: MARCH 31, 2004**

WHEREAS, there has been an unanticipated delay in implementing the 881-3 and 881-2 universal number series codes so as to have one code operational in at lease one country as expected by the parties when entering into the December 15, 2003, Agreement;

WHEREAS, ELLIPSO has been unable to deliver the "operational service" required to support the business of TRSC as contemplated by the December 15, 2003, agreement;

WHEREAS, ELLIPSO requires additional time and resources to achieve the "operational service" contemplated by the December 15, 2003 Agreement;

WHEREAS, TRSC desires to cooperate and assist ELLIPSO in implementing the "operational service" contemplated by the December 15, 2003, Agreement;

IT IS AGREED AS FOLLOWS:

1. TRSC shall pay to ELLIPSO twenty-five thousand dollars ($25,000.00) on the first day of the months of April, May, and June 2004, which constitute the twelve thousand five dollar ($12,500.00) royalty payment pursuant to the December 15, 2003 Agreement; and an additional payment of twelve thousand five dollars ($12,500.00) per month, which shall be used to develop the "operational service" as more specifically set forth herein.

2. ELLIPSO shall place these additional twelve thousand five hundred dollar payments in a segregated account to be used for the implementation of the "operational service" contemplated by the December 15, 2003 Agreement.

3. ELLIPSO shall use its best efforts to expeditiously accomplish the following deliverables:

    I.  Development and implementation of wholesale operational services with recognized carriers including:

        A. Entel-Chile;
        B. Telefonica;
        C. Telecom Argentina;
        D. Telecom Italia;
        E. Other carriers.

*ELLIPSO/TRSC AMENDMENT, MARCH 31, 2004, p. 2.*

II. Development and implementation of commercial/corporate operational services through:

   A. The carriers providing wholesale operations services pursuant to paragraph I. Above;
   B. Other carriers;
   C. Non traditional carriers/services providers.

III. Development and implementation of vanity/one-number/follow-me operational services through:

   A. The carriers providing wholesale operations services;
   B. Other carriers;
   C. Non traditional carriers/service providers.

IV. Development and preparation of presentation materials for the GTM meeting in May 2004, in Washington, D.C. Attendance at the meeting and presentation of the prepared materials. Follow-up of leads developed at the meeting.

IV. Development and implementation of vanity and other services using VoIP.

V. Assistance in developing an interactive web-site for marketing and sale of vanity number and other 881 related services.

VI. Marketing and other 881 related tasks as agreed by the parties.

4. At lease thirty (30) days prior to initiations of operations, ELLIPSO shall notify TRSC of the anticipated start date. To facilitate establishment of THE REGISTRY, TRSC and ELLIPSO shall jointly procure a switch facility through which the traffic can initially be routed.

5. Customers/services developed by ELLIPSO during the term of this Amendment shall be considered customers of both ELLIPSO and TRSC for purposes of revenue allocation; however, this provision shall not apply to Entel-Chile revenues. *[handwritten: excludes Chile]*

6. If on July 1, 2004, the 881-2 and/or 881-3 codes are not in "operational service" in at least one country; and generating commercially viable revenues; then TRSC's obligation to make further payments to ELLIPSO pursuant to the December 15, 2003 Agreement shall be suspended until such time as ELLIPSO shall provide "operational service" as contemplated by the December 15, 2003 Agreement. *[handwritten: Has service operational?]*

*ELLIPSO/TRSC AMENDMENT, MARCH 31, p. 3.*

7. The provision of the December 15, 2003, Agreement permitting ELLIPSO to acquire THE REGISTRY on the fourth anniversary of the December 15, 2003 Agreement, is revised by six months to July 15, 2008. In the event no viable "operational service" is being provided pursuant to paragraph 6 above on July 1, 2004, and payments are suspended thereunder, the date on which ELLIPSO is permitted to acquire THE REGISTRY shall be extended by one month for each month or partial month in which ELLIPSO shall not provide "operational service".

8. All other terms and conditions of the December 15, 2003 Agreement, together with any prior amendments thereto shall remain unchanged.

It is recognized that the charges set forth herein are based upon the parties best estimates of usage and costs and may not be appropriate should usages vary significantly from those expected. Therefore, at the request of party made after ninety days of active service hereunder, the rates, services and conditions set forth herein, shall be re-negotiated. In the event that following good faith negotiations, the parties are unable to agree on new rates, terms and conditions, any remaining matters shall be submitted to binding mediation, with each party naming one mediator, who will jointly select a third, disinterested mediator.

**AGREED:** This _1_ day of _April_, 2004.

_____
David Castiel, CEO
Ellipso, Inc.

_____
John Mann, Managing Member
The Registry Solutions Company

# AMENDMENT
## TO
## AGREEMENT

This Amendment is entered into by The Registry Solutions Company ("TRSC") and Ellipso, Inc. (Ellipso) on this 2nd day of August, 2004. TRSC and Ellipso are hereby referred to individually as a Party or jointly as the Parties.

Whereas the Ellipso and TRSC entered into Agreement on December 15, 2003, as amended on January 30, 2004 and on March 30, 2004, all of which confer to TRSC certain rights in the exploitation of the Ellipso Universal Number Series project (also known as "881") by agreeing, *inter alia* to:

a) Award to TRSC the rights to develop and exploit the registry function for 881 services
b) Have TRSC fund the development of such activities
c) Have TRSC pay a royalty fee to Ellipso of the higher of $12,500 or 60% of the net profits generated by TRSC out of registry service for the 881 services provided by Ellipso
d) Award TRSC a transaction fee equal to one half (1/2) of the revenue generated by Ellipso from the first minute of each call.

Whereas the Parties amended the January agreement by executing a document on April 2, 2004 whereby the agreed, *inter alia* to:

a) Increase the royalty fee to Ellipso to $25,000 per month for a period of three months to fund a development plan aimed at establishing various product lines
b) Update the transaction fee paid by Ellipso to TRSC to account for the anticipated increased funding and the expected revenues from the first operational customer.

Whereas the Parties desire to amend their current agreements in order to expedite 881 services.

Now Therefore, the Parties agree as follows:

1. The March 30, 2004 Amendment is hereby abrogated and annulled by all Parties
2. The TRSC-Ellipso January 30, 2004 Agreement is hereby amended as follows:

    A. The royalty fee of $12,500 shall be permanently waived upon the execution of this Amendment and the payment of $15,000 at execution of the Amendment.
    B. The transaction fee received by TRSC shall be of one-half (1/2) of the revenue generated by Ellipso from the first minute of each call of its 881 service, and said calls shall be no less than three minutes and no more than six minutes. By way of example for a 12-minute call, TRSC's transaction fee shall be as if the one 12-minute call consisted of two 6-minute calls.
    C. All other terms remain in force.

Executed on this 2nd day of August 2004 by

The Registry Solutions Company

John B. Mann
Managing Member

Ellipso, Inc.

David Castiel
CEO