CO-903
Rev. 9/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

___Ellipso, Inc.___                                    ___John Mann et. al.___

_____                          _____

_____                          _____
Plaintiff                       vs                        Defendant

CIVIL ACTION NO. ___01-01186___
_WRIT OF ATTACHMENT BEFORE JUDGEMENT

**(Lands, Tenements, Goods, and Chattels)**

THE PRESIDENT OF THE UNITED STATES TO THE MARSHAL FOR SAID DISTRICT GREETING

    You are hereby commanded to attach, seize, and take into your custody the lands, tenements, goods and chattels of the defendant(s) _Mann Technologies, Inc._ which shall be found in this District, to the value of Nine-hundred Seventy thousand Dollars ($ 970,000.00) , with interest _____, being the amount of the plaintiffs claim against the said defendant as shown by the affidavit, duly filed in this case; and the further sum of $_____, for the costs and charges which may accrue in the premises; and the same so attached safely keep, subject to the orders of the Court unless the said defendant or the person in whose possession the property is attached deliver to you to be filed herein, his undertaking, to be approved by the Court with sufficient surety, to abide by and perform the judgment of the Court in relation to said property.

    And you shall serve a notice on the said defendant, it found in the District of Columbia, and on any person in whose possession any such property may be attached, to appear in said Court on or before the twentieth day, exclusive of Sundays and legal holidays, after service of such notice, and show cause, if any there be, why the lands, tenements, goods and chattels so attached should not be condemned, and execution thereof had; said notice to be served on the said defendant by delivering a copy of this writ; and return this writ so endorsed as to show how and when you executed it.

    WITNESS the Honorable Chief Judge of said Court, this _____ day of _____,
_____ .         _

Nancy M. Mayer-Whittington, Clerk

By _____ _
Deputy Clerk

**NOTICE**

TO: _____ , Defendant

and

_____, Garnishee
                                   (Name)

_____, Garnishee
                                   (Address)

YOU ARE HEREBY NOTIFIED TO APPEAR IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ON OR BEFORE THE TWENTIETH DAY, EXCLUSIVE OF SUNDAYS AND LEGAL HOLIDAYS, AFTER SERVICE HEREOF, AND SHOW CAUSE, IF ANY THERE BE, WHY THE LANDS, TENEMENTS, GOODS AND CHATTELS OF THE SAID DEFENDANT, SEIZED BY VIRTUE OF THE FOREGOING WRIT OF ATTACHMENT, IN THE HANDS OF SAID GARNISHEE, (of which seizure the said "garnishee is hereby notified) SHOULD NOT BE CONDEMNED AND EXECUTION THEREOF HAD.

                                                                        UNITED STATES MARSHAL