IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-01186 |
| ) | |
| JOHN B. MANN, et al. ) | |
| ) | |
| Defendants. ) | |

**PRAECIPE WITHDRAWING
PETITION FOR PREJUDGMENT ATTACHMENT**

Plaintiff, Ellipso, Inc., hereby withdraws its pending Petition for Prejudgment Attachment and shall seek no further relief with respect thereto.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____/s/_____
Mark S. Guberman (#442683)
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9109 (voice)
(202) 783-3420 (facsimile)

*Counsel for Ellipso, Inc.*