IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN B. MANN, et al. )<br>)<br>)<br>    Defendants. )<br>_____) | Civil Action No.: 05-01186 (RCL) |

## ORDER

This matter comes before the Court on the Motion for Preliminary Injunction filed by Plaintiff Ellipso, Inc. Upon consideration of Plaintiff's motion, any opposition thereto, arguments of counsel at the hearing on this matter, the record herein and for good cause shown, it is thereby this _____ day of _____, 2005

**ORDERED** that Plaintiff's Motion for Preliminary Injunction is **GRANTED**. Until further notice of this Court, Defendants John Mann, Mann Technologies, LLC and Robert Patterson are enjoined from trading, transferring or removing, or causing any such trades, transfer or removals, from the jurisdiction any ICO Global Communications (Holding) Ltd. ("ICOHA") shares in its possession, custody or control and any cash proceeds from any prior sale of such ICOHA shares.

_____
Royce C. Lamberth
Judge, United States District Court
for the District of Columbia