AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ELLIPSO, INC.
4410 Massachusetts Ave., Suite 385
Washington, DC 20016

    Plaintiff,

V.

JOHN B. MANN, ET AL
9330 Harts Mill Road
Warrenton, VA 20186

    Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBE

CASE NUMBER   1:05CV01186

JUDGE: Royce C. Lamberth

DECK TYPE: General Civil

DATE STAMP: 06/14/2005

TO: (Name and address of Defendant)

MANN TECHNOLOGIES, LLC
9330 Harts Mill Road
Warrenton, VA 20186

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark S. Guberman, Esq.
Leftwich & Ludaway, LLC
1400 K Street, NW, Suite 1000
Washington, DC 20005-2403

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      JUN 14 2005

CLERK      DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  August 17, 2005 at 5:45 pm |
| NAME OF SERVER *(PRINT)*  Eddie E. Null, Sr. | TITLE  Professional Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): Served Mann Technologies LLC at 9330 Harts Mill Road, Warrenton, VA 20186, by leaving with John B. Mann, Corporate Officer

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 18, 2005
            *Date*            *Signature of Server*

**CAPITOL PROCESS SERVICES**
**1827 18TH STREET, N.W.**
**WASHINGTON, D.C. 20009**
**(202) 667-0050**

*Address of Server*

\* Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Exhibits 1-5; Plaintiff's Motion for Preliminary Injunction and Memorandum in Support Thereof; Affidavit of David Castiel; and Exhibit 1

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.