IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.**          )<br>                              )<br>    **Plaintiff,**            )<br>                              )<br>v.                            )<br>                              )<br>**JOHN B. MANN, et al.**     )<br>                              )<br>                              )<br>    **Defendants.**          )<br>_____) | Civil Action No.: 05-01186 (RCL) |

## STATUS REPORT

Pursuant to the Court's Order requesting a Status Report, Plaintiff Ellipso, Inc. ("Ellipso") states as follows:

1. Defendants John B. Mann, The Registry Solutions Co. and Mann Technologies, LLC all were personally served on August 17, 2005.

2. Robert Patterson and Consulting Management Ltd. actively are evading service.

3. Mr. Patterson is aware of Ellipso's attempts to effectuate service (as communicated by Mr. Patterson to an associate of Ellipso) and has thus far successfully evaded such service.

4. Mr. Patterson is the purported owner of Consulting Management Ltd. (there is no registered agent as the company is not authorized to conduct business in any jurisdiction) and also is evading service on behalf of this entity.

5. Alternative means of service now are being attempted to effectuate service on Mr. Patterson and Consulting Management Ltd.

6.    In the interim, so as to allow Ellipso to prosecute its motion for preliminary injunction filed against, *inter alia*, Robert Patterson, Ellipso will withdraw its motion as to Mr. Patterson without prejudice.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____/s/_____
Mark S. Guberman (#442683)
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9109 (voice)
(202) 783-3420 (facsimile)

*Counsel for Ellipso, Inc.*

### Certificate of Service

I hereby certify that a copy of the foregoing Status Report was served via first-class mail delivery on this 7th day of September, 2005 on the following counsel of record:

Thomas Mauro, Esq.
1020 19th Street, N.W.
Suite 400
Washington, DC 20036

Mark S. Guberman