IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ellipso, Inc., | |
| Plaintiff, | |
| v. | Case No. 05cv001186  (RCL) |
| John B. Mann et al., | |
| Defendants. | |

**MOTION OF DEFENDANTS JOHN B. MANN, MANN TECHNOLOGIES,  L.L.C., AND THE REGISTRY SOLUTIONS CO. FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE THEIR ANSWERS OR OTHERWISE PLEAD IN THE MATTER AND THEIR OPPOSITION TO THE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

NOW COMES DEFENDANTS, John B. Mann, Mann Technologies, L.L.C., and The Registry Solutions Co. ("Mann"), by their undersigned counsel, and  hereby move the Court for an extension of time to October 7, 2005, within which to file their answers or otherwise plead in the matter and their opposition to the Plaintiff's Motion for Preliminary Injunction. The replies to the Complaint and to the Motion are due on or about September 7, 2005.

As grounds for this Motion, Mann states that they have only recently engaged counsel in this case. Counsel has not had an opportunity either to review the pleading and motion in detail or consult with his Clients about them. Further, in light of intervening summer vacations and the apparent complexity of the matter, it is submitted that counsel's request for a thirty (30) day extension in order to prepare the necessary papers is reasonable and, thus, there is good cause for granting Mann's request.

1

## Points and Authorities

The Court is referred to Rule 6(b) of the Federal Rules of Civil Procedure.

**LcvR 7(m) Statement**. The undersigned counsel has discussed this motion with counsel for the Plaintiff, Mr. Guberman, by telephone. Counsel were unable to reach an agreement on the motion.

Wherefore, Defendants  John B. Mann, Mann Technologies, L.L.C., and The Registry Solutions Co. request an extension of time to October 7, 2005, within which to file their answers or otherwise plead in the matter and within which to file their opposition to the Plaintiff's Motion for Preliminary Injunction. A proposed Order is attached for consideration by the Court.

Respectfully submitted,


_____/s/_____
Thomas A. Mauro, Bar No. 184515
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036
Tel.: (202) 452-9865
Fax: (202) 452-0092
Attorney for Defendants   John B. Mann, Mann
Technologies, L.L.C., and The Registry Solutions
Co.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIPSO, INC.,

     Plaintiff,

   v.          Case No. 05cv001186  (RCL)

JOHN B. MANN et al.,
    Defendants.

## <u>ORDER</u>

   This matter is before the Court upon the Motion of defendants John B. Mann, Mann

Technologies, L.L.C., and The Registry Solutions Co. for an extension of time to October 7,

2005, within which to file their answers or otherwise plead in the matter and within which to file

their opposition to the Plaintiff's Motion for Preliminary Injunction. Upon consideration of the

Motion, any Opposition thereto, and the entire record in this case, it is this ___ day of September,

2005, hereby

   ORDERED, that the Motion of defendants John B. Mann, Mann Technologies, L.L.C.,

and The Registry Solutions Co. for an extension of time within which to file their answers or

otherwise plead in the matter and within which to file their opposition to the Plaintiff's Motion

for Preliminary Injunction be, and it hereby is, GRANTED; and it is

   FURTHER ORDERED, that defendants John B. Mann, Mann Technologies, L.L.C., and

The Registry Solutions Co. each have until _____, 2005, within which

to file their answers or otherwise plead in the matter and within which to file their opposition to

the Plaintiff's Motion for Preliminary Injunction.

1

_____
Royce C. Lamberth
United States District Judge

Copies to:

Thomas A. Mauro, Esq.
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036

Mark S. Guberman, Esq.
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005

2