IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN B. MANN, et al. )<br>)<br>)<br>Defendants. )<br>_____ ) | Civil Action No.: 05-01186 (RCL) |

### RESPONSE AND OPPOSITION TO MANN DEFENDANTS' MOTION FOR EXTENSION OF TIME

Plaintiff Ellipso, Inc. ("Ellipso") respectfully submits the instant response and opposition to Defendants John Mann, Registry Solutions, Inc. and Mann Technologies, LLC's (the "Mann Defendants") motion to extend by 30 days its response time to Ellipso's complaint and motion for preliminary injunction. In support thereof, Ellipso states as follows:

Although Ellipso typically would not object to extending the professional courtesy of an extension, Ellipso's understandable concern is that, now that the Mann Defendants are on notice of the complaint and motion for preliminary injunction, they may use the requested 30 days to abscond with the property which is the subject of the preliminary injunction motion. Given the Mann Defendants' refusal to refrain from doing so in exchange for Ellipso's agreement to the requested extension, Ellipso has heightened concern that a resolution in its favor on the motion will be empty relief.

Accordingly, Ellipso objects to the Mann Defendants' request for an extension of time <u>unless</u> the Mann Defendants agree, or the Court orders the parties, to preserve the status quo pending resolution of Ellipso's motion for preliminary injunction.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____/s/_____
Mark S. Guberman (#442683)
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9109 (voice)
(202) 783-3420 (facsimile)

*Counsel for Ellipso, Inc.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN B. MANN, et al. )<br>)<br>)<br>Defendants. )<br>_____ ) | Civil Action No.: 05-01186 (RCL) |

## ORDER

This matter comes before the Court upon motion of Defendants John Mann, The Registry Solutions Co. and Mann Technologies, LLC (the "Mann Defendants") for a thirty-day extension to respond to the complaint and Plaintiff's motion for preliminary injunction. Upon review of the Mann Defendants' motion, Plaintiff's response and opposition thereto, the record and for good cause shown, it is hereby this _____ day of _____, 2005:

**ORDERED** that Mann Defendants' motion is **GRANTED** upon the condition that the parties hereto observe and preserve the status quo respecting the subject matter of the Plaintiff's pending motion for preliminary injunction.

> Royce C. Lamberth
> Judge, United States District Court
> for the District of Columbia