UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC.,     ) | |
|     ) | |
|     Plaintiff,     ) | |
|     ) | |
| v.     ) | Civil Action No. 05-1186 (RCL) |
|     ) | |
| JOHN B. MANN, et al.,     ) | |
|     ) | |
|     Defendants.     ) | |
|     ) | |

### ORDER

This matter is before the Court upon the Motion [10] of defendants John B. Mann, Mann Technologies, L.L.C., and The Registry Solutions Co. for an extension of time to October 7, 2005, within which to file their answers or otherwise plead in the matter and within which to file their opposition to the Plaintiff's Motion for Preliminary Injunction. Upon consideration of the Motion [10], any Opposition thereto, and the entire record in this case, it is this hereby

ORDERED, that the Motion of defendants John B. Mann, Mann Technologies, L.L.C., and The Registry Solutions Co. for an extension of time within which to file their answers or otherwise plead in the matter and within which to file their opposition to the Plaintiff's Motion for Preliminary Injunction be, and it hereby is, GRANTED in part and DENIED in part; and it is further

ORDERED, that defendants John B. Mann, Mann Technologies, L.L.C., and The Registry Solutions Co. each have until September 29, 2005, within which to file their answers or otherwise plead in the matter and within which to file their opposition to the Plaintiff's Motion for Preliminary Injunction.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 19, 2005.