IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIPSO, INC.,

        Plaintiff,

    v.

JOHN B. MANN et al.,
        Defendants.

Case No. 05cv001186 (RCL)

## ANSWER OF DEFENDANT JOHN B. MANN

NOW COMES DEFENDANT, John B. Mann (sometimes "Mann"), by his undersigned counsel, in response to the numbered paragraphs of the Complaint states as follows:

1. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 1 and therefore denies each of them.

2. Admitted.

3. Denied as to each allegation.

4. Admits that Robert Patterson resides in Virginia and that he is a member of Mann Technologies, LLC. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations that Robert Patterson is a principal of ISP>NET, LLC or a director of Consulting Management Ltd. And therefore denies each of them. Mann denies each remaining allegation.

5. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 5 and therefore denies each of them.

6. Denied as to each allegation.

7. Denied as to each allegation.

8. Denied.

9. Paragraph 9 contains conclusions of law, conclusory allegations of fact, and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

10. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 10 and therefore denies each of them.

11. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 11 and therefore denies each of them.

12. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 12 and therefore denies each of them.

13. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 13 and therefore denies each of them.

14. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 14 and therefore denies each of them.

15. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 15 and therefore denies each of them.

16. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 16 and therefore denies each of them.

17. Denied as to each allegation.

18. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 18 and therefore denies each of them.

19. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 19 and therefore denies each of them.

20. Denied as to each allegation. As to Exhibit 2, the document has been modified and annotated and therefore is not a true copy of the document signed by the Plaintiff.

21. As to Exhibit 2, the document has been modified and annotated and therefore is not a true copy of the document signed by the Plaintiff. Accordingly, Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 21 and therefore denies each of them.

22. Mann denies each and every allegation directed to him. As to Exhibit 2, the document has been modified and annotated and therefore is not a true copy of the document signed by the Plaintiff. Accordingly, Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 22 and therefore denies each of them.

23. The first sentence of Paragraph 23 contains conclusions of law and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, each of the allegations therein are denied. Each of the remaining allegations is denied. To the extent that the allegations refer to Exhibit 2, the document has been modified and annotated and therefore is not a true copy of the document signed by the Plaintiff. Accordingly, Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 23 and therefore denies each of them.

24. Paragraph 24 contains conclusions of law, unintelligible cross references and conclusory allegations of fact, and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation. As to Exhibit 3, the document has been modified and annotated and therefore is not a true copy of the document signed by Defendant Mann.

25. Mann is without sufficient information or knowledge to form a belief as to the

truth of the allegations of Paragraph 25 and therefore denies each of them. As to Exhibit 3, the document has been modified and annotated and therefore is not a true copy of the document signed by the Plaintiff.

26. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 26 and therefore denies each of them. As to Exhibit 4, the document has been modified and annotated and therefore is not a true copy of the document signed by the Plaintiff.

27. Paragraph 27 contains conclusions of law, unintelligible cross references and conclusory allegations of fact, and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation. As to Exhibit 5, the Exhibit contains copies of multiple documents, at least one of which has been modified and annotated and therefore is not a true copy of the document signed by Defendant Mann.

28. Paragraph 28 contains conclusions of law to which no response is necessary. Insofar as a response is necessary, Defendant Mann denies each allegation. Insofar as the document referenced is a true copy of the document actually signed by Defendant Mann, the document speaks for itself.

29. Denied as to each allegation. The Registry Solutions Co. satisfied all of its obligations to the Plaintiff.

30. Denied as to each allegation. The Registry Solutions Co. satisfied all of its obligations to the Plaintiff.

31. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 31 and therefore denies each of them.

32. Mann is without sufficient information or knowledge to form a belief as to the

truth of the allegations of Paragraph 32 and therefore denies each of them.

33. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 33 and therefore denies each of them.

34. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 34 and therefore denies each of them.

35. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 35 and therefore denies each of them.

COUNT I
Rescission Against Mann Technologies, LLC

36. Defendant Mann incorporates the responses to Paragraphs 1-35.

37. Denied as to each allegation.

38. Paragraph 38 contains conclusions of law and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

39. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of the first sentence of Paragraph 39 and therefore denies each of them. Defendant Mann denies each of the remaining allegations in the Paragraph.

40. Paragraph 40 contains conclusions of law and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

41. Paragraph 41 contains conclusions of law and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

## COUNT II

### Lender Liability / Breach of Fiduciary Duty Against John Mann, Mann Tech, Robert Patterson and Consulting Management

42. Defendant Mann incorporates the responses to Paragraphs 1-35.

43. Denied as to each allegation.

44. Denied as to each allegation.

45. Paragraph 45 contains conclusions of law and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

46. Paragraph 46 contains conclusions of law and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

47. Paragraph 47 contains conclusions of law, unintelligible cross references and conclusory allegations of fact, and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

48. Paragraph 48 contains conclusions of law, unintelligible cross references and conclusory allegations of fact, and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

49. Denied as to each allegation.

50. Paragraph 50 contains conclusions of law, unintelligible cross references and conclusory allegations of fact, and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

## COUNT III

### Lender Liability – Implied Covenant of Good Faith and Fair Dealing
### Against John Mann, Mann Tech, Robert Patterson and Consulting Management

51. Defendant Mann incorporates the responses to Paragraphs 1-50.

52. Paragraph 52 contains conclusions of law, unintelligible cross references and conclusory allegations of fact, and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

53. Paragraph 53 contains conclusions of law, unintelligible cross references and conclusory allegations of fact, and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

54. Paragraph 54 contains conclusions of law, unintelligible cross references and conclusory allegations of fact, and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

## COUNT IV

### Lender Liability – Fraudulent Nondisclosure Against John Mann, Mann Tech, Robert Patterson and Consulting Management

55. Defendant Mann incorporates the responses to Paragraphs 1-54.

56. Paragraph 56 contains conclusions of law, unintelligible cross references and conclusory allegations of fact, and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

57. Paragraph 57 contains conclusions of law and unintelligible cross references and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

58. Paragraph 58 contains conclusions of law, unintelligible cross references and conclusory allegations of fact, and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

59. Paragraph 59 contains unintelligible cross references and conclusory allegations of fact, to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

60. Paragraph 60 contains conclusions of law, unintelligible cross references and conclusory allegations of fact, and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

61. Denied as to each allegation.

62. Paragraph 62 contains conclusions of law, unintelligible cross references and conclusory allegations of fact, and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

## COUNT V

### Breach of Contract Against Consulting Management, Ltd. and Robert Patterson

63. Defendant Mann incorporates the responses to Paragraphs 1- 62.

64. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 64 and therefore denies each of them.

65. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 65 and therefore denies each of them.

66. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 66 and therefore denies each of them.

67. Paragraph 67 contains conclusions of law to which no response is necessary.

Insofar as a response may be deemed necessary, it is denied as to each allegation.

68. Paragraph 68 contains conclusions of law to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

## COUNT VI

### Fraudulent Inducement Against Robert Patterson and Consulting Management, Ltd.

69. Defendant Mann incorporates the responses to Paragraphs 1- 68.

70. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 70 and therefore denies each of them.

71. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 71 and therefore denies each of them.

72. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 72 and therefore denies each of them.

73. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 73 and therefore denies each of them.

74. Paragraph 74 contains conclusions of law to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

## COUNT VII

### Breach of Fiduciary Duties Against Consulting Management, Ltd. And Robert Patterson

75. Defendant Mann incorporates the responses to Paragraphs 1- 74.

76. Paragraph 76 contains conclusions of law to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

77. Paragraph 77 contains conclusions of law and conclusory allegations of fact to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as

to each allegation.

78. Mann is without sufficient information or knowledge to form a belief as to the truth of the allegations of Paragraph 78 and therefore denies each of them.

79. Paragraph 79 contains conclusions of law to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

80. Paragraph 80 contains conclusions of law to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

## COUNT VIII

### Fraud Against Mann Technologies, LLC, John Mann, and Consulting Management

81. Defendant Mann incorporates the responses to Paragraphs 1-80.

82. Denied as to each allegation.

83. Denied as to each allegation.

84. Denied as to each allegation.

85. Paragraph 85 contains conclusions of law and conclusory allegations of fact to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

## COUNT IX

### Conversion Against Mann Tech

86. Defendant Mann incorporates the responses to Paragraphs 1-85.

87. Denied as to each allegation.

88. Denied as to each allegation.

89. Denied as to each allegation.

90. Paragraph 90 contains conclusions of law to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

## COUNT X

### Trover / Replevin Against MannTech

91. Defendant Mann incorporates the responses to Paragraphs 1-90.

92. Denied as to each allegation.

93. Denied as to each allegation.

94. Paragraph 94 contains conclusions of law to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

## COUNT XI

### Civil Conspiracy Against John Mann, Mann Technologies, LLC, Robert Patterson, and Consulting Management, Ltd.

95. Defendant Mann incorporates the responses to Paragraphs 1-94.

96. Denied as to each allegation.

97. Denied as to each allegation.

98. Denied as to each allegation.

99. Paragraph 99 contains conclusions of law to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

## COUNT XII

### Breach of Contract Against Registry

100. Defendant Mann incorporates the responses to Paragraphs 1-99.

101. Paragraph 101 contains conclusions of law, unintelligible cross references and

conclusory allegations of fact, and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

102. Denied as to each allegation.

103. Paragraph 103 contains conclusions of law, unintelligible cross references and conclusory allegations of fact, and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

104. Paragraph 104 contains conclusions of law to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

## COUNT XIII

### Violation of Racketeer Influenced and Corrupt Organizations Act Against Mann Tech, Management Consulting, Robert Patterson, and John Mann

105. Defendant Mann incorporates the responses to Paragraphs 1-104.

106. Paragraph 106 contains conclusions of law to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

107. Denied as to each allegation.

108. Denied as to each factual allegation. Paragraph 108 contains conclusions of law, unintelligible cross references and conclusory allegations of fact, and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

109. Paragraph 109 contains conclusions of law, unintelligible cross references and conclusory allegations of fact, and argument of counsel to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

110. Denied as to each allegation.

111. Paragraph 111 contains conclusions of law to which no response is necessary. Insofar as a response may be deemed necessary, it is denied as to each allegation.

## FIRST AFFIRMATIVE DEFENSE

The Complaint, including each Count thereof, is barred by the applicable statute of limitations.

## SECOND AFFIRMATIVE DEFENSE

The Complaint, including each Count thereof, and the relief sought are barred by the doctrine of unclean hands.

## THIRD AFFIRMATIVE DEFENSE

The Complaint, including each Count thereof, fails to state a claim upon which relief can be granted.

## FOURTH AFFIRMATIVE DEFENSE

The Complaint, including each Count thereof, is barred by the doctrine of estoppel.

## FIFTH AFFIRMATIVE DEFENSE

The claims and assertions in the Complaint are barred by the doctrine of laches.

## SIXTH AFFIRMATIVE DEFENSE

The claims and assertions in the Complaint are barred by the Statute of Frauds applicable in the District of Columbia.

## SEVENTH AFFIRMATIVE DEFENSE

The claims and assertions in the Complaint against The Registry Solutions Company are subject to mandatory arbitration and may not be heard by this Court.

## EIGHTH AFFIRMATIVE DEFENSE

The Complaint is filed in bad faith by the Plaintiff, without substantial or material

foundation in fact and in violation of Rule 11 of the Federal Rules of Civil Procedure.

_____/s/_____
Thomas A. Mauro, Bar No. 184515
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036
Tel.: (202) 452-9865
Fax: (202) 452-0092
Attorney for Defendants John B. Mann, Mann Technologies, L.L.C., and The Registry Solutions Co.