## JOINT SALE ORDER

To: John Piper
   UBS Financial Services
   Washington, DC

his is a ~~standing~~ ~~sale order~~ for ~~the sale of~~ 442,011 ~~shares of ICO~~ Communications
~~deposited~~ in account #W_____ from account # WS31501. ~~P~~lease review, if necessary,
~~any~~ pre-sale terms with Messrs. Castiel (Ellipso) and P~~atterson~~ (Mann ~~T~~echnologies).
This sale order can only be amended by both parties.

Signed:

_[signature]_                               _[signature]_
David Castiel                               Robert B. Patterson
Ellipso                                     Mann Technologies

*COPY NOT ORIGINAL*