

## Organization Information

**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review
  Status
Permits

**INFORMATION**

**ONLINE SERVICE
  REQUESTS**

Online Organization Registration
Search Registered Organizations

Organization Details - Step 1 Step 1: Search Names 2 Step 2: Results of Search 3 S
Organization Details

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. U the **Back to Main Page button** to continue the registration process.

**Organization**

**Organization Name:** ELLIPSO, INC.
**State:** DE
**Status:** REVOKED
**Initial Date of Registration:** 4/27/2000
**File No.:** 201581
**Organization Type:** FOREIGN BUSINESS CORPORATION

**Registered Agent**
David Castiel
1133 21st St., N.W., 8th Fl.
Washington, DC 20036

[ << Back to Main Page ]   [ < Return To Search Results ]   [ Print Res ]
[ New Search ]

For more information, contact the Corporation Division at (202) 442-4400 or email

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials
Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions