CO-523
(12/86)

~~RECEIPT~~ Appearance

# United States District Court for the District of Columbia

The __28th__ day of __October__, 19 __2005__

ELLIPSO, Inc
vs.
Robert B. Patterson, et al

No. CV 05-1186

**FILED**
OCT 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

~~RECEIVED of~~ The Court will please enter the appearance of Robert B. Patterson on his own behalf.

571-278-7076

Robert Patterson
1643 Hunting Creek Dr.
Alexandria, VA
22314

~~Nancy M. Mayer-Whittington~~

By _____
~~Deputy Clerk~~