ISLAND OF NEVIS
OFFICE OF THE REGISTRAR OF COMPANIES

CERTIFICATE OF INCORPORATION

I HEREBY CERTIFY that

**THE REGISTRY SOLUTIONS COMPANY**

is duly incorporated and has filed articles of incorporation under the provisions of the Nevis Business Corporation Ordinance 1984, as amended, on

*13th February, 2004*

Given under my Hand & Seal at Charlestown
This *13th* day of *February, 2004*

_____
Registrar of Companies

IBC1MY                                      No. C 24870