STIPULATION:
[Subject to objections as to relevancy.]

Robert B. Patterson stipulates to the following:

1.  On November 30, 2000, Patterson pled guilty to one count of theft of government property in violation of 18 U.S.C. 641, in the United States District Court for the Eastern District of Virginia; arising from his negotiating Veterans Administration Pension checks of his mother-in-law, Virginia Dowd, after her death, to reimburse Patterson for moneys he expended for her medical care and maintenance during her extended final illness and death from cancer. The crime occurred in 1999-2000. The restitution and court costs of $24,609.52 have been fully repaid with interest. Patterson served time pursuant to that plea.

2.  As a consequence of that conviction, Patterson surrendered his Virginia Bar license effective February 22, 2002, and his District Of Columbia Bar License in 2003.

3.  Patterson took a financial interest in The Registry Solutions Company when it was formed on February 13, 2004.

4.  Patterson took a financial interest in Mann Technologies, LLC, when it was incorporated on February 25, 2004.

_____
Robert B. Patterson