
ICOGLOBALCOMM CL A .. weekly OHLC plot
Price of ICO stock
Volume (000s)
MannTech-Ellipso Loan Agreement Jan 30 - ($.43)
Loan Amendment August 2 ($.58/sh.)
Joint Sale Document August 11 ($.53)
Lawsuit filed June 14 ($2.50/sh)
Lawsuit Served Aug. 10 ($6.20/sh.)
Stock @ $.04 Oct 25
Loan Amendment Expires Oct 1 ($.23/sh.)
X — Interest pmt. Due per loan (missed)
As of 10/17/05
© Barchart.com