# AMENDMENT
## TO
## AGREEMENT

This Amendment is entered into by The Registry Solutions Company ("TRSC") and Ellipso, Inc. (Ellipso) on this 2nd day of August, 2004. TRSC and Ellipso are hereby referred to individually as a Party or jointly as the Parties.

Whereas the Ellipso and TRSC entered into Agreement on December 15, 2003, as amended on January 30, 2004 and on March 30, 2004, all of which confer to TRSC certain rights in the exploitation of the Ellipso Universal Number Series project (also known as "881") by agreeing, *inter alia* to:

   a) Award to TRSC the rights to develop and exploit the registry function for 881 services
   b) Have TRSC fund the development of such activities
   c) Have TRSC pay a royalty fee to Ellipso of the higher of $12,500 or 60% of the net profits generated by TRSC out of registry service for the 881 services provided by Ellipso
   d) Award TRSC a transaction fee equal to one half (1/2) of the revenue generated by Ellipso from the first minute of each call.

Whereas the Parties amended the January agreement by executing a document on April 2, 2004 whereby the agreed, *inter alia* to:

   a) Increase the royalty fee to Ellipso to $25,000 per month for a period of three months to fund a development plan aimed at establishing various product lines
   b) Update the transaction fee paid by Ellipso to TRSC to account for the anticipated increased funding and the expected revenues from the first operational customer.

Whereas the Parties desire to amend their current agreements in order to expedite 881 services.

Now Therefore, the Parties agree as follows:

1. The March 30, 2004 Amendment is hereby abrogated and annulled by all Parties
2. The TRSC-Ellipso January 30, 2004 Agreement is hereby amended as follows:

   A. The royalty fee of $12,500 shall be permanently waived upon the execution of this Amendment and the payment of $15,000 at execution of the Amendment.
   B. The transaction fee received by TRSC shall be of one-half (1/2) of the revenue generated by Ellipso from the first minute of each call of its 881 service, and said calls shall be no less than three minutes and no more than six minutes. By way of example for a 12-minute call, TRSC's transaction fee shall be as if the one 12-minute call consisted of two 6-minute calls.
   C. All other terms remain in force.

Executed on this 2nd day of August 2004 by

The Registry Solutions Company                Ellipso, Inc.

_____                      _____
John B. Mann                                    David Castiel
Managing Member                                 CEO