ELLIPSO INC 03/2004
4410 MASSACHUSETTS AVE NW 385
WASHINGTON, DC 20016-5572

2027
65-270/550

Oct 8 '04
Date

Pay to the Order of Robert Patterson    $ 2000 00/100

Two Thousand 00/100 ———————— Dollars

SunTrust
SunTrust Bank

For _____

⑃055002707⑃ 100001958602 2⑃  2027