

**Leftwich&Ludaway** LLC

Willie L. Leftwich Retired

November 3, 2005

**Via Facsimile and Mail Delivery**

Thomas Mauro, Esq.
1020 19th Street, N.W.
Suite 400
Washington, DC 20036

      Re: **Ellipso, Inc. v. Mann Technologies, LLC et al.**
            **Civil Action No. 05-1186**

Dear Tom:

    As you probably gathered from our phone conversation yesterday, I was disappointed to learn that only 40,000 ICOHA shares and $4000 remain in the UBS account. Ellipso believed, as reflected in its motion for preliminary injunction, that at least 200,000 ICOHA shares remained in the account – a fact that none of the defendants disputed. Thus, the Court's Order reflects the parties' understanding that all ICOHA shares and cash proceeds therefrom were maintained in Mann Technologies, LLC's UBS account(s).

    Nonetheless, the Court's Order freezes not only the remaining ICOHA shares but <u>all</u> cash proceeds from the sale of such shares. Accordingly, please provide me the name, contact information and account information, including the cash held in each account, for all financial institutions at which Mann Technologies, LLC, John Mann and, to the extent known by you, Robert Patterson, hold cash proceeds from the sale of any ICOHA Shares so that we may put those institutions on notice of the injunction and so that we may calculate a reasonable bond amount. In addition, please advise whether any portion of the ICOHA shares are held in an account or location other than in Mann Technologies, LLC's UBS account(s), the account and contact information and the number of shares so held.


Leftwich&Ludaway LLC

Thomas Mauro, Esq.
November 3, 2005
Page 2

    As time is of the essence given the Court's Order respecting submittal of bond proposals, please supply me with the requested information by close of business Friday, November 4, 2005.

                                      Sincerely,

                                      Mark S. Guberman

cc:    David Castiel
       Robert Patterson