# MAURO LAW OFFICES, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036

THOMAS A. MAURO
ADMITTED IN THE DISTRICT OF COLUMBIA AND MARYLAND

VOICE: 202 452 9865
FACSIMILE: 202 452 0092
email: tmauro@tmaurolaw.com

November 7, 2005

**BY FACSIMILE ONLY**

Mark S. Guberman, Esq.
Leftwich & Ludaway LLC
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005

                Re:    Ellipso, Inc. v. Mann Technologies, LLC
                       Civil Action No. 05ca1186

Dear Mr. Guberman:

    This responds to your November 3, 2005, letter in which you assert that the Court's Order granting a preliminary injunction extends to assets beyond the jurisdiction of the Court. The Court's Order applies only to assets within this jurisdiction. I have advised you of the full extent of such assets. Accordingly, my clients have fully complied with the Order of the Court and decline to honor your demand to identify assets that go beyond the Court's Order and jurisdiction.

    Please let me know if we can agree that the bond be set for $250,000.00.

    In connection with the preliminary injunction, please be advised that you have gone beyond the Order of the Court by advising UBS to restrain assets in the account before a bond has been set. It is our position that no assets can be restrained until there is a bond. Accordingly, we ask that you immediately advise the bank of the proper status of this case.

    Moreover, having reviewed the papers submitted by Mr. Patterson in this case, it is apparent that Mr. Castiel in his affidavit has made material misstatements of the fact. Accordingly, we ask that you immediately withdraw your request for preliminary injunctive relief.

                                                   Sincerely yours,

                                                   Thomas A. Mauro

cc:    John B. Mann for TRSC and Mann Technologies, LLC