

**Leftwich&Ludaway** LLC

*Willie L. Leftwich Retired*

November 8, 2005

**Via Facsimile and Mail Delivery**

Thomas Mauro, Esq.
1020 19th Street, N.W.
Suite 400
Washington, DC 20036

      Re:    **Ellipso, Inc. v. Mann Technologies, LLC et al.**
                **Civil Action No. 05-1186**

Dear Tom:

      Thank you for your letter of November 7, 2005 respecting the Mann Defendants' proposed bond terms. In light of your representation that only 40,000 ICOHA shares remain in the UBS account, the $250,000 bond amount you propose far exceeds any potential loss the Mann Defendants could experience. Given the realities of recent trading in the ICOHA shares, Ellipso intends to propose a bond amount, with respect to the assets already acknowledged by you, of $68,000 which will provide adequate protection to the Mann Defendants.

      Of greater concern to Ellipso is the Mann Defendants refusal to provide information respecting the accounts to which Mann Technologies funneled the cash proceeds from its prior sales of the ICOHA shares. These cash proceeds are encompassed by the Court's November 2, 2005 Order and Ellipso intends to seek further relief from the Court given the Mann Defendants intransigence.

      Finally, your assertion that, in light of Mr. Patterson's October 28, 2005 submission to the Court, Mr. Castiel's affidavit appears to contain misrepresentations surely was made in jest. Ellipso welcomes the opportunity at trial to place each parties' credibility before the factfinder.

                                                    Sincerely,

                                                   Mark S. Guberman

cc:    David Castiel
        Robert Patterson