IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIPSO, INC.              )
                           )
    Plaintiff,              )
                           )
v.                         )   Civil Action No.: 05-01186 (RCL)
                           )
JOHN B. MANN, et al.       )
                           )
    Defendants.            )
_____)

## PLAINTIFF'S REPORT RESPECTING REVISED BOND PROPOSAL

In accordance with this Court's November 2, 2005 Order, on November 8, 2005, Plaintiff Ellipso, Inc. ("Ellipso") submitted a report proposing a bond in the amount of $68,000. Ellipso's proposal was based on the only assets disclosed by the Defendants Mann Technologies, LLC, John Mann and Robert Patterson (the "Mann Defendants") as being subject to the Court's Order which are $40,000 shares of ICOHA stock and $4000. *See generally* Plaintiff's Report Respecting Proposed Bond. However, as the preliminary injunction freezes all unsold ICOHA shares and <u>all</u> cash proceeds from the sale of ICOHA shares[1], Ellipso submits the instant revised bond proposal of $100,000.

This figure encompasses, in part, the $68,000 bond proposal previously submitted by Ellipso for the reasons explained in its Report Respecting Bond Proposal. In addition, Ellipso reasonably estimates that the Mann Defendants have received $300,000 in cash proceeds from their sale of ICOHA stock. Assuming, for purposes of this bond proposal, that even if the Mann Defendants could realize a 10% return on the investment of

---

[1] The Mann Defendants, as reflected in their November 8, 2005 submission, erroneously believe that the injunction does not encompass all cash proceeds from their sale of ICOHA stock.

$300,000[2], the Mann Defendants' potential damages are $30,000.[3] Accordingly, Ellipso proposes a bond in the total amount of $100,000 and respectfully requests that it be provided ten days to secure such bond.

A proposed Order reflecting Ellipso's bond proposal and providing for such further relief as the parties' competing bond proposal appears to warrant is attached hereto.

                                    Respectfully submitted,

                                    **LEFTWICH & LUDAWAY, LLC**

                                    _____/s/_____
Mark S. Guberman (#442683)
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9109 (voice)
(202) 783-3420 (facsimile)

*Counsel for Ellipso, Inc.*

---

[2] The widely-cited historical rate of return provided by stock investments is approximately 8.0%.

[3] Ellipso's calculations, for sake of simplicity, do not discount the Mann Defendants' assumed 10% rate of return by the actual rate of return or interest the Mann Defendants are and have earned on the cash proceeds from their sale of ICOHA stock.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN B. MANN, et al. )<br>)<br>)<br>Defendants. )<br>_____ ) | Civil Action No.: 05-01186 (RCL) |

## ORDER

Pursuant to the Court's November 2, 2005 Order granting Ellipso, Inc.'s motion for preliminary injunction, the parties were directed to submit a joint or, if unable to agree, separate proposals respecting the terms of a bond. Based upon the parties' submissions, the record herein and for good cause shown, it is hereby this ____ day of _____, 2005

**ORDERED** that within ___ days of the date of entry of this Order, Ellipso shall post with the Court a bond in the face amount of $100,000;

**IT IS FURTHER ORDERED** that the Court's November 2, 2005 Order, to the extent any clarification is necessary, relates to all unsold ICOHA shares in the Defendants' possession, custody or control and all cash proceeds from the Defendants' sale of such ICOHA stock wherever such shares and cash may be located; and

**IT IS FURTHER ORDERED** that within ___ days of the entry of this Order, Defendants shall file with the Court a report identifying: (1) the amount of unsold ICOHA shares remaining in their possession, custody or control; (2) the amount of cash

proceeds realized from their sale of ICOHA stock; and (3) the financial, banking and like institutions, including contact names and addresses, with which the Defendants, jointly or separately, own or control accounts holding ICOHA shares and/or cash proceeds from the sale of ICOHA stock.

                                                       ROYCE C. LAMBERTH
                                                       JUDGE, UNITED STATES
                                                       DISTRICT COURT FOR THE
                                                       DISTRICT OF COLUMBIA