# EXHIBITS

1. Agreement for Services, October 1, 2002.

2. Amendment to Agreement for Services, February 9, 2003.

3. Memorandum of Agreement, Ellipso-Registry Solutions, Dec. 15, 2003.

4. Collateralized Loan Agreement, January 30, 2004.

5. Letter from David Castiel to Robert Patterson, April 27, 2004.

6. Amendment to Collateralized Loan Agreement, August 2, 2004.

7. Joint Stock Sale Order, August 11, 2004.

8. Amendment to Registry Solutions Company Agreement, August 2, 2004.

9. E-mail from David Castiel to Robert Patterson, October 20, 2004.

10. E-mail from David Castiel to John Mann, November 22, 2004.

11. E-mail from David Castiel to John Mann, December 9, 2004.