

April 27, 2004

Mr. Robert Patterson
Consulting Management Ltd.
Middleburg, Virginia

Dear Mr. Patterson,

This is to confirm the terms and status of our arrangement memorialized on 1 October, 2002 and amended on 9 February, 2003.

From 1 October, 2002 to 1 February, 2003 Consulting Management Ltd accrued $5,000 per month, of which certain amounts were paid and the balance deferred. The amount deferred as of 1 February, 2003 is thus $40,000 minus amounts actually disbursed (AAD1). In February Ellipso agreed to accrue a bonus equal to all amounts deferred in this period plus $20,000, i.e. ($40,000 – AAD1 + $20,000). All such bonuses remain deferred.

From 1 February, 2003 up until September 30, the Company agreed to accrue $10,000 per month, of which certain amounts would be deferred. That arrangement was interrupted on 1 May, 2003. Thus from 1 February, 2003 to 30 April, 2003, you accrued $30,000 minus disbursed amounts, AAD2. Ellipso agreed to accrue a bonus equal to all deferred amounts, i.e. $30,000 – AAD2. This bonus is deferred as well.

The Company agreed to resume the prior arrangement on November 1, 2004 at $10,000 per month and to date you have accrued $60,000 of which certain amounts were deferred have been deferred. The Company will again accrued a bonus equal to the deferred amounts, i.e. $60,000– AAD3. This bonus is also deferred.

Ellipso agrees to maintain this current arrangement until May 31, 2004 at which time it expects to repay all deferred compensation, and pay the bonuses for deferred compensation in accordance with the guidelines of payment of bonuses for deferred compensation established by the Company at that time, i.e. all bonus compensation amounts will be paid pro-rata to beneficiaries out of the deferred compensation bonus pool.

If the above reflects your understanding, please concur below. Feel free to call if you have any questions.

Sincerely,

David Castiel
CEO

Concur
Consulting Management