# JOINT SALE ORDER

To: John Piper
UBS Financial Services
Washington, DC

This is a standing sale order for the sale of 442,611 shares of ICO Common Stock deposited in account # _____ from account # WS31501. Please review, if necessary, any pre-sale terms with Messrs. Castiel (Ellipso) and Patterson (Mann Technologies). This sale order can only be amended by both parties.

Signed:

David Castiel
Ellipso

Robert B. Patterson
Mann Technologies