

Print - Close Window

From: "David Castiel" <dcastiel@ellipso.com>
To: "'John Mann'" <john.mann@starband.net>
CC: "'Robert Patterson-Yahoo'" <legalmanagement@yahoo.com>, jeffguzy@coastalservicesgroup.com
Subject: 881
Date: Mon, 22 Nov 2004 09:42:14 -0500

Hello everybody,

I talked to Oscar last week after our meeting:

1) He says there is a way to get Edutel involved despite the regulatory situation and the cost could still be high. I explained we were opting for
an Ellipso switch in the US and the database management collocated with it.

2) Oscar agrees to support Ellipso's Vanity services any way Ellipso decides
to do it. In particular he likes the idea of cost and time savings with the
new approach. He says once we establish the rates we can start selling with
the statement "service available in three months". KPN will contact the
other carriers to start loading 881-2 at these rates.

3) He does not recommend we disturb 881-3 for now, rather convert to Vanity,
SMS and other services later on or break it into two or more segments with
various rates.

4) I told him I would prepare a diagram of operation (attached) and shoot a
few questions from the technical team to follow up with a conference call.
He agrees. Please review the attached before I send it. I you have questions
you want answered or considered, please do so and I will forward.

5) Concerning the Registry and current 881-3 applications: all 881-3 goes to
Mediatel, except if KPN detects a 7 (881-3-7) it goes to Entel (no traffic
yet though), 881-3-0 and 881-3-1 would similarly get routed to Sunburst (no
traffic there either). So the way KPN handles it is foreign to what we see
as Vanity. In reality a Registry is needed for Vanity but not for Telemedia,
at least not in the initial stages. The plan is to have Vanity and other
advanced services in 881-3 some time in the future but it is more efficient
to focus on 881-2 at this stage.

http://us.f541.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=7258_0_1018327_16...    11/16/2005

I am in NY tomorrow, so we can schedule a call to Holland either Wednesday
or Friday. We can also meet in person as suggested by John last week.

David

PS. Jeff, I don't have John Paige's e-mail, but I am sure you can forward
this.

**Attachments**

Files:

📎 881_Vanity_Flow_Diagram.ppt (203k)