To: Mark S. Guberman, Esq.
    1400 K St., N.W.
    Suite 1000
    Washington, D.C. 20005

Date: November 16, 2005

From: Robert B. Patterson
    1643 Hunting Creek Dr.
    Alexandria, Virginia 22314

Re: Ellipso, Inc. v. John Mann, et al.
    USDC for DC, No. 05cv001186 (RCL)


    Having been a participant in the events upon which the instant case is based, I have known from the start that the plaintiff's case is based on material misrepresentations of the facts. Having had occasion to review my files, I am now in the position to bring proof of this to the attention of the Court and other appropriate authorities. Some of this proof is contained in my response to the Motion for Preliminary Injunction.

    I will be filing a motion shortly asking that all the claims against me be dismissed with prejudice, and for other relief, based on the proof that I will present to the Court. I ask that you immediately dismiss all claims against me with prejudice, to avoid the burdens that will be incurred in prosecuting this matter further.

    Your prompt response is appreciated.


                              Robert B. Patterson
                              (571) 278-7076


cc: t.mauro



rbplaw@hotmail.com

Printed: Thursday, November 17, 2005 5:13 PM

**From:** Mark Guberman <MGuberman@LeftwichLaw.com>
**Sent:** Thursday, November 17, 2005 4:43 PM
**To:** <rbplaw@hotmail.com>
**Subject:** Ellipso v. Mann et al.

Robert – I am in receipt of your November 16th letter advising of your intent to file a motion to dismiss and requesting that Ellipso agree to voluntarily dismiss its claims against you with prejudice. You premise your request on the fact that you possess certain information which will demonstrate that Ellipso's case is based on misrepresentations of fact. Obviously, I cannot consider your request without knowledge of the facts you claim to possess. If you seriously would like Ellipso to consider your request, please forward such evidence to my attention as soon as possible.

In addition, you mention in your letter that you intend to bring certain facts to the attention of "appropriate authorities." I am unsure to which authorities you are referring although I presume you are not threatening to inform government authorities of alleged criminal acts in an attempt to resolve a civil matter. Please advise.

Mark S. Guberman

Leftwich & Ludaway, LLC

1400 K Street, N.W., Suite 1000

Washington, DC 20005

(202) 434-9109 (Direct)

(202) 434-9100 (Main)

(202) 783-3420 (Fax)

*This electronic mail transmission contains information from the law firm of Leftwich & Ludaway LLC which may be privileged or confidential. The information contained herein is for the exclusive use of the addressee named herein. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202.434.9100) or by electronic mail. Thank you.*

Case 1:05-cv-01186-RCL    Document 29-14    Filed 11/21/2005    Page 3 of 3