IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. | ) |
|     Plaintiff, | ) ) ) |
| v. | )    Civil Action No.: 05-01186 (RCL) |
| JOHN B. MANN, et al. | ) ) ) |
|     Defendants. | ) ) |

## PRAECIPE

Pursuant to this Court's November 14, 2005 Order, Ellipso hereby posts the attached bond in the face amount of $100,000.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____/s/_____
Mark S. Guberman (#442683)
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9109 (voice)
(202) 783-3420 (facsimile)

*Counsel for Ellipso, Inc.*