42BSBDT2392

## PLAINTIFF'S INJUNCTION BOND TO DEFENDANT -
### Temporary Restraining Order

Know all men by these presents that we **Ellipso, Inc.** as Principal and **Hartford Fire Insurance Company** a corporation organized under the laws of the State of **Connecticut**, and duly authorized to transact business in the State of **District Of Columbia** as Surety, are held and firmly bound unto **UNITED STATES DISTRICT COURT** in the penal sum of **One Hundred Thousand** Dollars ($ **100,000** ), lawful money of the United States, to the payment of which well and truly to be made we hereby bind ourselves and our heirs, administrators, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, the above named plaintiff has duly applied to this court for a preliminary restraining order and a temporary writ of injunction against the defendant in this action, according to the statute in such cases provided.

NOW, THEREFORE, the condition of this obligation is such that, if the said plaintiff shall pay the said defendant such damages as he sustains by reason of said preliminary restraining order or temporary injunction, if the Court finally decide that the said plaintiff is not entitled thereto (or to either or any of them, if more than one defendant), then this obligation shall be void, otherwise to remain in full force and effect.

In witness whereof, the Principal and Surety have hereunto set their hands and seals this **28th** day of **November**, ~~199~~ **2005**

Attest: _[signature]_

Attest: _[signature]_

Ellipso, Inc.
By: _[signature]_
PRINCIPAL

Hartford Fire Insurance Company
By: _[signature]_
SURETY    Attorney-in-Fact
Cecil B.J. Lockhart

# POWER OF ATTORNEY

*Direct Inquiries/Claims to:*
**THE HARTFORD**
BOND, T-4
P.O. BOX 2103, 690 ASYLUM AVENUE
HARTFORD, CONNECTICUT 06115
*call:* **888-266-3488** *or fax:* **860-757-5835)**
Agency Code: 42  620321

**KNOW ALL PERSONS BY THESE PRESENTS THAT:**

| [X] | **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois |
| [ ] | **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of the Southeast**, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, *up to the amount of* UNLIMITED :

KEITH DOZOIS, DONALD L. LONGSHORE, BEVERLY K. BOHNERT, TERI TRAJICK, VALERIE MCCORMICK, DOUGLAS E. BARNETTE, LAURA WILLIAMS, TERRI REINERTSEN, DEBORAH L. NELSON, MARY T. MONICA, DAN SHORT, VICKI WHEELER, SUZAN TURNER, SUSAN J. NEWTON, GLORIA DIAZ, DEBBI SLOAN, MARGARET A. CAREY, STEPHEN KNOTT, KIM GADDY, DEANNA L. FULTON, SANDI SMITH, SUANNE COX, LISA PETTINGILL, HARJIT CHAHAL, TEZLYN J. WALLACE, HOLLY CARTER, FRANTZ GEBARA, JULIO DELVALLE, JENNY DENNIS, ANN GILE, KATHLEEN ADAMS, EMILY OLAN, CLAUDETTE BLONDIN, GEOFFREY RAMPERSAD, SHELBY WIGGINS, NANCY DUDLEY, EUGENE HERRERA, CHRISTINA MILLER, LORI SAWYER, FRED HERRERA, SABRINA ASHLEY, APRIL HOLT, SLOBODANKA BILIC, JENNIFER PATES, DEBORAH PEKTAS, PAM MORRISETTE, JENNIFER BENNETT, SHARI RUFF, DONALD GOFF, TANYA RIOS, JENNIFER PATES, SHANTA MAHADEO, CHRISTOPHER LOPEZ, JENNIFER RINALDI, RICARDO MALLARI, CONNIE MILANDER OF LAKE MARY, FLORIDA

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by [X], and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof,** and as authorized by a Resolution of the Board of Directors of the Companies on July 21, 2003, the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



Paul A. Bergenholtz, Assistant Secretary        David T. Akers, Assistant Vice President

**STATE OF CONNECTICUT** } ss. Hartford
**COUNTY OF HARTFORD**

On this 4th day of August, 2004, before me personally came David T. Akers, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hampden, Commonwealth of Massachusetts; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.



Scott E. Paseka
Notary Public
**CERTIFICATE**    My Commission Expires October 31, 2007

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of November 28, 2005
Signed and sealed at the City of Hartford.



Gary W. Stumper, Assistant Vice President

POA 2005