IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIPSO, INC.,

         Plaintiff,

    v.                             Case No. 05cv001186 (RCL)

JOHN B. MANN et al.,
         Defendants.

### REPORT OF THE MANN DEFENDANTS PURSUANT TO THE NOVEMBER 14, 2005, ORDER OF COURT

The Mann Defendants submit this report pursuant to the Order of Court filed November 14, 2005. The Court has directed the following questions to the Defendants:

(1) Identify the amount of unsold ICOHA shares remaining in their possession, custody or control.

**Answer:** 37,611.

(2) Identify the amount of cash proceeds realized from the defendants' sale of ICOHA stock.

**Answer:** Defendant Mann Technologies, LLC realized cash proceeds of the sale of ICOHA stock, all of which was sold prior to the institution of this lawsuit, in the amount of $519,138.22.

(3) Identify the financial, banking and like institutions, including contact names and addresses, in which defendants, jointly or separately, own or control accounts holding ICOHA shares and/or cash proceeds from the sale of ICOHA stock.

**Answer:** The only account holding the remaining ICOHA shares and/or cash proceeds from the sale of ICOHA stock is Account No. WS 47874 PM, UBS Financial Services, Inc., Weehauken, N.J. 07086. The contact name is John Piper, telephone (202) 585 4000.

                                            Respectfully submitted,

                                                            _____/s/_____
Thomas A. Mauro, Bar No. 184515
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036
Tel.: (202) 452-9865
Fax: (202) 452-0092
Attorney for the Mann Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing REPORT OF THE Mann DEFENDANTS PURSUANT to the NOVEMBER 14, 2005, ORDER of COURT has been mailed first class, postage prepaid, this 29th day of November, 2005 to :

Robert B. Patterson, *pro se*
1643 Hunting Creek Drive
Alexandria, Virginia 22314

                                              _____

                                              Thomas A Mauro