IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN B. MANN et al., <br> Defendants. | Case No. 05cv001186  (RCL) |

## NOTICE OF APPEAL

Notice is hereby given this 13th day of December, 2005, that

JOHN B. MANN AND MANN TECHNOLGIES, L.L.C.

hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from

the judgment / orders of this Court entered on the 2d and 14th days of November, 2005,

in favor of ELLIPSO, INC. and against JOHN B. MANN AND MANN TECHNOLGIES, L.L.C.

Thomas A. Mauro, Bar No. 184515
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036
Tel.: (202) 452-9865
Fax: (202) 452-0092
Attorney for John B. Mann and Mann Technologies, L.L.C.

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days from the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

RECEIVED

DEC 1 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1



Thomas A. Mauro, Bar No. 184515
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036


Mark S, Guberman, Esq.
1400 K Street, NW
Suite 1000
Washington, D.C. 20005


Robert B. Patterson, *pro se*
1643 Hunting Creek Drive
Alexandria, Virginia 22314

```
THANK YOU
   CHECK TENDERED $         $255.00
         255.00
===== T O T A L ======
         255.00
086900    FILING FEE  CIVIL
CASE #  05-1185
          05-1186
=====NO REFUND WITHOUT RECEIPT=====
    1-2 TAM         Receipt # 140562
12/13/05                   3:24:38 PM
         WASHINGTON D.C.
   U.S. DISTRICT COURT
```

2