**MAURO LAW OFFICES, P.C.**
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036

VOICE: 202 452 9865
FACSIMILE: 202 452 0092
email. tmauro@tmaurolaw.com

December 14, 2005

**BY HAND**

Mr. Coe Magruder, Branch Manger
UBS Financial Services
1501 K Street, NW
Suite 1100
Washington, D.C. 20005

      Re: Ellipso, Inc. v. Mann Technologies, LLC
        Civil Action No. 05 cv1186
        Subpoena to UBS [attached]

Dear Mr. Magruder:

  We represent John B. Mann and Mann Technologies, L.L.C. in the above-referenced action. We are writing in connection with a subpoena in the above referenced case seeking a wide range of documents concerning our clients and concerning account number WS 47874 PM which has been served on your company by counsel for Ellipso, Inc.

  Apparently, this subpoena arises out of an Order for Preliminary Injunction issued by the Court. We believe that this subpoena was issued in violation of the Rules of Court and of our client's rights to protect the documents and information requested. Moreover, we believe that the record does not show that a proper bond has been issued that would trigger the Preliminary Injunction, which forms the basis for the issuance of the subpoena. We therefore object to this subpoena, believe it is unauthorized, and will seek a Protective Order from the Court to have the subpoena quashed.

  Mann Technologies is the owner of the account and of the records sought to be disclosed under the subpoena. In light of our challenge to the subpoena, we demand that UBS refrain from providing any information or documents in response to the subpoena until the Court has ruled on the matter. We will provide to you a copy of our motion as soon as it is filed tomorrow.

  We would appreciate your consulting your counsel on this. Should you have any questions concerning this matter, please contact me.

            Very truly yours,

            Thomas A. Mauro
            Attorney for Mann Technologies, LLC and John
            B. Mann

cc: Mark S. Guberman, Esq.
  Robert Patterson
  t. mauro