**MAURO LAW OFFICES, P.C.**
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036

VOICE: 202 452 9865
FACSIMILE: 202 452 0092
email: tmauro@tmaurolaw.com

December 2, 2005

Mark S. Guberman, Esq.
Leftwich & Ludaway LLC
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005

        Re:    Ellipso, Inc. v. Mann Technologies, LLC
               Civil Action No. 05 cv1186

Dear Mark:

      This responds to your letter of November 30, 2005.

      Please do not direct your inquiries concerning the Mann defendants to Mr. Patterson. They should be directed to me only. You have withdrawn your motion for injunction against Mr. Patterson and he does not speak for the Mann defendants. I would appreciate your honoring this distinction in future correspondence.

      The Mann defendants have complied completely with the Court's November 2 and November 14, 2005 Orders. They have done so through my representations to the Court in response to the Court's questions. I would hope that in the future you treat such representations as I have treated yours to the Court.

      You demand in your letter certain information from my clients. The Mann defendants are prepared to demonstrate where the proceeds from the sales of the ICOHA shares have gone, when you have afforded them the due process to which they are entitled under the Rules. That includes your production of all discovery required by the Federal and Local Rules of Court, a process which you as plaintiff must initiate but have thus far failed to do. Respectfully, I suggest that it is improper for you to avoid the rules of discovery through the veiled threats and name calling that appear in your letter.

      I would again like to remind you of Ellipso's obligations under Rule 26(a) and of the need to meet and confer. You have not yet responded to my suggestion that we meet on Monday, December 6.

                                        Sincerely yours,

                                        Thomas A. Mauro

cc:    John B. Mann for himself, TRSC and Mann Technologies, LLC
        Robert Patterson