# MAURO LAW OFFICES, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036

VOICE: 202 452 9865
FACSIMILE: 202 452 0092
email: tmauro@tmaurolaw.com

December 14, 2005

Mark S. Guberman, Esq.
Leftwich & Ludaway LLC
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005

    Re: Ellipso, Inc. v. Mann Technologies, LLC
      Civil Action No. 05 cv1186

Dear Mark:

  I am sorry that we were not able to hold the Rule 26(f) conference today. I appreciate your willingness to provide us written discovery. But we would also like to take depositions. In light of your position and Mr. Patterson's position that he should not be subject to discovery until the Court rules on his Motion to Dismiss / or for Summary Judgment and our failure to reach an agreement on limits to your subpoena to UBS today, I think it best that we conform to the Rules that prohibit discovery until everyone is available and until the Court sets the date for a Scheduling Conference and has ruled on the outstanding motions by TRSC and Patterson. In that way we will know the boundaries of a Rule 26 conference and can convene a formal Rule 26(f) attorney conference.

  I meant to ask you to let us get a clean copy of the bond during our meeting today. Please send it to us by return mail.

             Sincerely yours,

             Thomas A. Mauro