UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 05-1186 (RCL)** |
| ) | |
| **JOHN B. MANN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER

Upon consideration of defendant The Registry Solutions Company's ("TRSC") motion [16] to dismiss, the opposition thereto, the reply brief, the applicable law, and the entire record herein, it is hereby

ORDERED that defendant's motion to dismiss is GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 30, 2006.