UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 05-1186 (RCL)** |
| ) | |
| **JOHN B. MANN, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |
| ) | |

## ORDER

Upon consideration of defendant Robert Patterson's motion [29] to dismiss or in the alternative for summary judgment, the opposition thereto, the reply brief, the applicable law, and the entire record herein, it is hereby

ORDERED that defendant's motion is DENIED. Defendant Patterson may re-file a motion for summary judgment upon the conclusion of discovery in this matter. It is further

ORDERED that defendant Robert Patterson's answer shall be filed within 10 days from the date of this Order. A Local Rule 16.3 Conference between plaintiff and defendants shall then be held within fifteen (15) days of the filing date of Robert Patterson's answer. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Local Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 31, 2006.