UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**JOHN B. MANN, <u>et al.</u>,** )<br>)<br>    **Defendants.** )<br>) | Civil Action No. 05-1186 (RCL) |

## ORDER

Upon consideration of the Motion [35] of John B. Mann and Mann Technologies, LLC for a Protective Order, plaintiff's opposition thereto, the reply and the record herein, it is hereby

ORDERED, that said motion for a protective order is GRANTED; and it is

FURTHER ORDERED, that the subpoena under Fed R. Civ. P. 45 issued by Plaintiff on December 2, 2004 and signed by counsel for the Plaintiff be, and it hereby is, QUASHED, without prejudice to issuance of a new subpoena after the parties have filed their report of their meet and order conference and the Court has issued its Scheduling Order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 31, 2006.