IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 05-01186 (RCL) |
| ) | |
| **JOHN B. MANN, et al.** ) | |
| ) | |
| ) | |
|     **Defendants.** ) | |
| _____) | |

## JOINT RULE 26(F) REPORT

Pursuant to F.R.C.P. 26(f) and Local Rule 16.3(c), the parties to the above-captioned action hereby jointly submit the report of their Rule 26 conference. A conference was held on March 14, 2006 at the offices of counsel for Plaintiff and in attendance were Mark Guberman, Plaintiff Ellipso, Inc.'s counsel; Thomas Mauro, Mann Technologies, LLC and John Mann's (the "Mann Defendants") counsel; and Robert Patterson, *pro se*. The results of the parties' conference are as follows:

    **1.**    **Discovery Deadline**

Plaintiff and the Mann Defendants propose that discovery conclude 120 days after the date of entry of the Court's Scheduling Order.

Patterson proposes that discovery end six months after the date of entry of the Court's Scheduling Order given that he is proceeding *pro se* and also is prosecuting a counterclaim against Plaintiff.

In either case, the parties agree that, upon their exchange of initial disclosures, they will meet and confer in an attempt to agree on a master deposition schedule. In addition, the Mann Defendants advised that they will be moving for leave to file a

Counterclaim. Plaintiffs does not oppose such a motion if filed before the start of discovery.

**2.      Expert Disclosures**

Plaintiff and Patterson propose that the expert disclosure deadline for plaintiffs and counter-plaintiffs be 45 days prior to the conclusion of discovery and that the expert disclosure deadline for defendants and counter-defendants be thirty days thereafter.

The Mann Defendants propose that the expert disclosure deadline for plaintiffs and counter-plaintiffs be 45 days after the date of entry of the Court's Scheduling Order and that the expert disclosure deadline for defendants and counter-defendants be thirty days thereafter.

**3.      Third-Party Claims Deadline**

All parties propose that the deadline for filing third-party claims be sixty days after the date of entry of the Court's Scheduling Order.

**4.      Initial Disclosures**

The parties agreed to abide by the requirements of Rule 26 respecting initial disclosures.

**5.      Dispositive Motions Deadline**

The parties propose that dispositive motions be filed within 20 days after the discovery deadline.

**6.      Pretrial Conference**

The parties propose that the pretrial conference be scheduled no earlier than 30 days after resolution of any and all dispositive motions. The parties also propose that trial dates be scheduled at the pretrial conference.

**7.    Assignment to Magistrate**

The parties do not agree of the assignment of any portion of this case to a magistrate.

**8.    Bifurcation**

Plaintiff does not request bifurcation of any claims.

The Mann Defendants and Patterson propose three separate trials: (1) contractual claims asserted by Plaintiff against Mann Technologies to be tried before the Court; (2) all other claims asserted by Plaintiff against all Defendants and the Mann Defendants' counterclaims to be tried before a jury; and (3) Patterson's counterclaims against Plaintiff which he asserts will require substantially more proof and trial time than the other matters.

**9.    Settlement and ADR**

The parties have discussed settlement and report that no settlement at this time appears likely. At the conclusion of discovery, the parties will confer whether settlement discussions, including referral to a mediator, are realistically warranted.

                                    Respectfully submitted,

                                    **LEFTWICH & LUDAWAY, LLC**

                                  _____/s/_____
Mark S. Guberman (#442683)
1400 K Street, NW
Suite 1000
Washington, DC  20005
(202) 434-9109 (voice)
(202) 783-3420 (facsimile)

*Counsel for Ellipso, Inc.*

**MAURO LAW OFFICES, P.C.**

_____/s/_____
Thomas Mauro (#
1020 19th Street, N.W.
Suite 400
Washington, DC 20036
(202) 452-9865 (voice)
(202) 452-0092 (facsimile)

*Counsel for Mann Technologies, LLC and*
 *John Mann*


_____/s/_____
Robert B. Patterson, *pro se*
1643 Hunting Creek Drive
Alexandria, VA 22314

4