IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ELLIPSO, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-01186 (RCL) |
| | ) | |
| **JOHN B. MANN, et al.** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### ENTRY OF APPEARANCE

Pursuant to Local Rule 83.6(a), will the Clerk of Court please note the appearance of the following counsel on behalf of Plaintiff Ellipso, Inc.: Natalie O. Ludaway, 1400 K Street, N.W., Suite 1000, Washington, DC 20005.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____/s/_____
Natalie O. Ludaway (# 405149)
noludaway@leftwichlaw.com
Mark S. Guberman (# 442683)
1400 K Street, NW
Suite 1000
Washington, DC  20005
(202) 434-9100
(202) 783-3420 (facsimile)

*Counsel for Ellipso, Inc.*