**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELLIPSO, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-01186 (RCL) |
| ) | |
| **JOHN B. MANN, et al.** ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.6(b), Mark S. Guberman, Esq. hereby withdraws his appearance in this action on behalf of Plaintiff Ellipso Inc.. As evidenced by its signature below, Ellipso Inc. consents to counsel's withdrawal.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____/s/_____
Natalie O. Ludaway (# 405149)
Mark S. Guberman (# 442683)
1400 K Street, NW
Suite 1000
Washington, DC  20005
(202) 434-9100
(202) 783-3420 (facsimile)

*Counsel for Ellipso, Inc.*

**ELLIPSO INC.**

_____/s/_____
David Castiel
CEO