IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN B. MANN, ET AL.,<br><br>    Defendants.<br><br>and<br><br>JOHN B. MANN AND MANN TECHNOLOGIES, L.L.C.,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>ELLIPSO, INC.,<br><br>    Counterclaim Defendant. | Case No. 05cv001186   (RCL) |

## CONSENT MOTION OF JOHN B. MANN AND MANN TECHNOLOGIES, LLC FOR LEAVE TO FILE COUNTERCLAIM

John B. Mann, and Mann Technologies, LLC, through their undersigned attorney, moves with the consent of the Defendant pursuant to Rules 7, 13, and 15 of the Federal Rules of Civil Procedure for leave to file its Counterclaim against the Defendant, Ellipso, Inc. Counsel for the Defendant has indicated their consent to this Motion. The Counterclaim is attached to this Motion as **Exhibit One**. A proposed Order is attached for consideration by the Court.

1

Respectfully Submitted,

_____
Thomas A. Mauro, Bar No. 184515
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
PH: (202) 452-9865
FAX: (202) 452 0092
Attorney for John Mann and
Mann Tech, LLC

### CERTIFICATION UNDER LCvR 7.1(m)

This is to certify that counsel for John Mann and Mann Technologies, LLC discussed this motion at a personal meeting with counsel for Ellipso on March 14, 2006. Counsel for Ellipso advised counsel for the Mann Defendants that he would consent to the motion as long as it was filed before discovery commences. Discovery has not yet commenced in the case.

_____
Thomas A. Mauro

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent Motion of John B. Mann and Mann Technologies, LLC for Leave to File Counterclaim has been mailed first class, postage prepaid, this 4th day of April, 2006 to :

Robert B. Patterson, *pro se*
1643 Hunting Creek Drive
Alexandria, Virginia 22314

_____
Thomas A Mauro

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC.,<br><br>　Plaintiff,<br><br>　v.<br><br>JOHN B. MANN, ET AL.,<br><br>　Defendants.<br><br>and<br><br>JOHN B. MANN AND MANN TECHNOLOGIES, L.L.C.,<br><br>　Counterclaim Plaintiffs,<br><br>　v.<br><br>ELLIPSO, INC.,<br><br>　Counterclaim Defendant. | Case No. 05cv001186   (RCL) |

## **ORDER**

_____Upon consideration of the Consent Motion of John B. Mann and Mann Technologies, LLC for Leave to File Counterclaim, it is on this _____ day of

_____ 2006,

　ORDERED, that said Consent Motion is GRANTED; and it is

　FURTHER ORDERED, that the Clerk file and docket the Counterclaim of John B. Mann and Mann Technologies, LLC which is attached to the Motion as Exhibit One in this case.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

1

Thomas A. Mauro, Esquire
1050 17th Street, N.W.
Suite 1200
Washington, D.C. 20036

Natalie O. Ludaway, Esquire
1400 K Street, NW
Suite 1000,
Washington, DC 20005

Robert B. Patterson, *pro se*
1643 Hunting Creek Drive
Alexandria, Virginia 22314