UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1186 (RCL) |
| ) | |
| **JOHN B. MANN, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Upon consideration of the Consent Motion [49] of John B. Mann and Mann Technologies, LLC for Leave to File Counterclaim, it is hereby,

ORDERED, that said Consent Motion is GRANTED; and it is further

ORDERED, that the Clerk file and docket the Counterclaim of John B. Mann and Mann Technologies, LLC which is attached to the Motion as Exhibit One in this case.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, April 5, 2006.

1