IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>JOHN B. MANN, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>ROBERT B. PATTERSON )<br>)<br>Defendant/Counter-Plaintiff, )<br>_____) | Case No: 1:05cv001186 (RCL) |

**CONSENT MOTION OF PLAINTIFF/COUNTER-DEFENDANT,
ELLIPSO, INC., TO ENLARGE THE TIME BY WHICH IT MAY
<u>FILE A REPLY IF NEEDED</u>**

Plaintiff/Counter-Defendant, Ellipso, Inc. ("Ellipso"), pursuant to Fed. Civ. R. Proc. 6 (b), through its undersigned counsel, hereby files its Consent Motion to Enlarge the Time by which it May File a Reply, if Needed. As more fully explained in the attached Memorandum of Points Authorities, good cause exists to grant the relief requested. Ellipso only requests that it have until April 10, 2006 to file its reply. Defendant/Counter-Plaintiff consents to this request.

WHEREFORE, based upon the foregoing and the Memorandum of Points and Authorities filed herewith, Ellipso respectfully requests that this Court grant its Motion.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____/s/_____
Natalie O. Ludaway (#405149)
1400 K Street, NW
Suite 1000
Washington, DC  20005
(202) 434-9100 (voice)
(202) 783-3420 (facsimile)

Dated:  April 6, 2006

*Counsel for Plaintiff/Counter-Defendant Ellipso, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2006, I served the foregoing Consent Motion of Plaintiff/Counter-Defendant Ellipso, Inc. to Enlarge the Time by Which it May File a Reply if Needed, Memorandum of Points and Authorities, in support thereof, and proposed order on *pro se* Defendant/Counter-Plaintiff, via first class-mail, postage prepaid and addressed as follows:

Robert B. Patterson
1643 Hunting Creek Drive
Alexandria, Virginia  22314

_____/s/_____
Natalie O. Ludaway

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.** )<br>)<br>    Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>**JOHN B. MANN,** )<br>)<br>    Defendant, )<br>)<br>and )<br>)<br>**ROBERT B. PATTERSON** )<br>)<br>    Defendant/Counter-Plaintiff, )<br>_____ ) | Case No: 1:05cv001186 (RCL) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION OF PLAINTIFF/COUNTER-DEFENDANT,
ELLIPSO, INC. TO ENLARGE THE TIME BY WHICH IT MAY
<u>FILE A REPLY IF NEEDED</u>**

Plaintiff/Counter-Defendant, Ellipso, Inc. ("Ellipso"), hereby submits its Memorandum of Points and Authorities in Support of its Consent Motion to Enlarge the Time by Which it May File a Reply if Needed ("Motion"). For the following reasons, good cause exists to grant Ellipso's Motion:

1.  On March 24, 2006, Defendant/Counter-Plaintiff filed a Response to Ellipso's Motion to Dismiss Counter Claims. If Ellipso decides that a reply is needed, it requests that it have until April 10, 2006 to its reply.

2.  Ellipso requests additional time because the attorney who was responsible for this matter, Mark S. Guberman, has recently left the firm of Leftwich & Ludaway,

LLC. As a result, workload in the firm has shifted. Counter Claim Plaintiff, Robert Patterson, consents to this Motion.

      3.      Further, in support of this motion, Defendants rely upon Fed. Civ. R. Proc. 6 (b), LCvR 7(d), and the general discretion of this Court.

      Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____/s/_____
Natalie O. Ludaway (#405149)
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9100 (voice)
(202) 783-3420 (facsimile)

Dated: April 6, 2006

*Counsel for Plaintiff/Counter-Defendant Ellipso, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELLIPSO, INC. | ) | |
| | ) | |
|     Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Case No: 1:05cv001186 (RCL) |
| | ) | |
| JOHN B. MANN, | ) | |
| | ) | |
|     Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ROBERT B. PATTERSON | ) | |
| | ) | |
|     Defendant/Counter-Plaintiff, | ) | |
| | ) | |

## ORDER

Upon consideration of Consent Motion of Plaintiff/Counter-Defendant, Ellipso, Inc., to Enlarge the Time by Which it May File a Reply if Needed, and the record herein, it is this _____ day of _____, 2006

**ORDERED** that said Motion be and is hereby **GRANTED**, and it is further,

2

**ORDERED** that Plaintiff/Counter-Defendant, Ellipso, Inc., have until April 10, 2006 to file its reply if needed.

_____
Judge
United States District Court for
  the District of Columbia

Copies to:

Natalie O. Ludaway, Esquire
1400 K Street, NW
Suite 1000
Washington, DC  20005

Robert B. Patterson
1643 Hunting Creek Drive
Alexandria, Virginia  22314