UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1186 (RCL) |
| ) | |
| JOHN B. MANN, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| ROBERT B. PATTERSON ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

## ORDER

Upon consideration of Consent Motion [52] of Plaintiff/Counter-Defendant, Ellipso, Inc., to Enlarge the Time by which it may File a Reply if needed, and the record herein, it is hereby

ORDERED that said motion is GRANTED.  It is further

ORDERED that Ellipso, Inc. has until April 10, 2006 to file its reply.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, April 7, 2006.