UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELLIPSO, INC., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1186 (RCL) |
| | ) | |
| JOHN B. MANN, et al., | ) | |
| | ) | |
|    Defendants. | ) | |
| | ) | |

**ORDER**

    Upon consideration of plaintiff's motion [44] to dismiss defendant Patterson's counterclaims, the opposition thereto, the reply brief, the applicable law, and the entire record herein, it is hereby

    ORDERED that plaintiff's motion [44] to dismiss the counterclaims is GRANTED; and it is further

    ORDERED that all counts of defendant Patterson's counterclaims are DISMISSED.

    SO ORDERED.


    Signed by Royce C. Lamberth, United States District Judge, April 26, 2006.