IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN B. MANN, et al. )<br>)<br>)<br>Defendants. )<br>_____ ) | Civil Action No.: 05-01186 (RCL) |

### ENTRY OF APPEARANCE

Pursuant to Local Rule 83.6(b), Matthew H. Goodman, Esq. hereby enters his appearance in this action on behalf of Plaintiff Ellipso Inc...

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____/s/_____
Natalie O. Ludaway (# 405149)
Matthew H. Goodman (#445404)
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9100
(202) 783-3420 (facsimile)

*Counsel for Ellipso, Inc.*

## CERTIFICATE OF SERVICE

      I certify that the foregoing Entry of Appearance was served via regular, first-class mail on the following parties and/or counsel of record on this 9th of May, 2006:

THOMAS MAURO, ESQ.
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
Counsel for Defendant John B. Mann and Mann Technologies

ROBERT B. PATTERSON, pro se
PO Box 2051
Middleburg, VA 20118

 

                                                      /s/
                                         Natalie O. Ludaway

                                         Counsel for Ellipso, Inc.