IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. )<br>)<br>  Plaintiff/Counter-Defendant )<br>)<br>v. )<br>)<br>JOHN B. MANN, et al. )<br>)<br>  Defendants/Counter-Plaintiffs )<br>_____ ) | Civil Action No.: 05-01186 |

## SERVICE OF RULE 26(a) INITIAL DISCLOSURES

Plaintiff hereby states that the initial disclosures under FRCP 26(a) were served on the Defendants this 9th day of May, 2006.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____/s/_____
Natalie Ludaway, #405149
Matthew H. Goodman, #445404
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9109 (voice)
(202) 783-3420 (facsimile)
*Counsel for Ellipso, Inc.*

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Filing was served via regular, first-class mail on the following parties and/or counsel of record on this 9th day of May, 2006:

THOMAS MAURO, ESQ.
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
Counsel for Defendant John B. Mann and Mann Technologies

ROBERT B. PATTERSON, pro se
PO Box 2051
Middleburg, VA 20118

/s/
Matthew H. Goodman

Counsel for Ellipso, Inc.