IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN B. MANN, et al. )<br>)<br>)<br>Defendants. )<br>_____) | Civil Action No.: 05-01186 (RCL) |

## RULE 7.1 CORPORATE DISCLOSURE

Pursuant to Federal Rule 7.1, Ellipso, Inc., hereby states that there is no parent or public corporation owning 10% or more of its stock.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____/s/_____
Natalie O. Ludaway (# 405149)
Matthew H. Goodman (#445404)
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9100
(202) 783-3420 (facsimile)
*Counsel for Ellipso, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 11th day of May, 2006, the foregoing Rule 7.1 Corporate Disclosure Statement was served via electronic service upon:

THOMAS MAURO, ESQ.
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
Counsel for Defendant John B. Mann and Mann Technologies

And by regular, first-class mail to:

ROBERT B. PATTERSON, pro se
PO Box 2051
Middleburg, VA 20118

_____/s/_____
Matthew H. Goodman

Counsel for Ellipso, Inc.