IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ellipso, Inc., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> John B. Mann, et al., <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 05cv001186 (RCL) |

NOTICE OF FILING
BY DEFENDANTS AND COUNTERCLAIM PLAINTIFFS
<u>JOHN B. MANN AND MANN TECHNOLOGIES, LLC</u>

Defendants and Counterclaim Plaintiffs John B. Mann and Mann Technologies, LLC, through counsel, hereby provide Notice to the Court and opposing counsel that the undersigned counsel has caused to be served the attached Rue 45 Subpoena on Juan Tomassoni on May 26, 2006. It is attached as **Exhibit 1** to this Notice.

_____/s/_____
Thomas A. Mauro, Bar No. 184515
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036
Tel.: (202) 452-9865
Fax: (202) 452-0092
Attorney for the Defendants and Counterclaim Plaintiffs, John B. Mann and Mann Technologies, L.L.C.

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing Notice was mailed first class, postage prepaid, on May 26, 2006 to :

Robert B. Patterson, *pro se*
1643 Hunting Creek Drive
Alexandria, Virginia 22314

and by facsimile to 202 783 3420 to

Natalie O. Ludaway, Esq.
and
Matthew Goodman
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005

                                        _____
                                        Thomas A Mauro

**EXHIBIT 1**