IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>JOHN B. MANN, ET AL.,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 05cv001186   (RCL) |

**SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF THE OPPOSITION OF JOHN B. MANN
AND MANN TECHNOLOGIES, L.L.C.
TO ELLIPSO'S MOTION FOR PROTECTIVE ORDER**

Counterclaim Plaintiffs John B. Mann and Mann Technologies, L.L.C. ("Mann"), by and through their undersigned counsel, respectfully submit this Supplemental Memorandum in support of their Opposition to Ellipso's motion to vacate Mann's Rule 45 subpoena for the deposition of third party witness Juan Tomassoni, now set for June 1, 2006. The purpose of this Supplemental Memorandum is to make the Court aware of a letter from Mr. Tomassoni's counsel, Jonathan Beckham, Esq., delivered to counsel for Ellipso this morning, May 31, 2006, and also to make the Court aware of further communications between counsel on issues relating to Ellipso's Motion.

Mr. Beckham's letter, attached to this Supplement as **Exhibit 1,** discloses Mr. Beckham's representation of Mr. Tomassoni, Mr. Tomassoni's willingness to appear at the June 1, 2006, deposition, and the fact that Mr. Tomassoni will be out of the country and completely unavailable from June 6, 2006, to July 13, 2006. Mr. Beckham's letter also alludes to the

1

confidentiality agreements between Mr. Tomassoni and Ellipso, to which Ellipso makes reference in its motion but to which Ellipso's counsel could provide no specifics. Unlike Ellipso, Mr. Tomassoni and his counsel had little trouble locating the applicable document and pertinent terms thereof. Counsel for Mann and the Mann Defendants themselves represent to the Court and to Ellipso counsel that they will abide by the confidentiality clauses in the Tomassoni agreements and keep all information learned confidential pursuant to the terms of the agreements.

The second letter is Ellipso's letter of May 19, 2006, to Mann counsel, attached to this Supplement as **Exhibit 2**. It is Ellipso's response to Mann's Rule 26(a) Initial Disclosure (attached as **Exhibit 3**) in which Ellipso refuses to make available the information on Ellipso's computers and hard drives that support Mann's defenses and counterclaim. In its letter Ellipso demands "authority" for the proposition that information in Ellipso's and Mr. Castiel's computers and hard drives must be turned over to Mann and thus refuses to agree to turn over the information. The "authority" is in the Rule itself that requires the exchange of "data compilations" which the Advisory Committee Note to the 1993 Amendments to the Rule explicitly state apply to "computerized data and other electronically recorded information." Mann contends in this Opposition that Ellipso is unwilling to let Mann find out what the facts are. Ellipso's stonewalling tactics, aside from the subject motion for a protective order, are also apparent in its May 19, 2006, letter to counsel.

Finally, Ellipso contends that it had no formal notice of the subpoena to Mr. Tomassoni until 6:30 p.m. on Friday, May 26, 2006. Mann contends that it provided notice by facsimile during business hours on that date. Attached as Exhibit 4 to this Supplement is a time-stamped fax showing that counsel for Ellipso received notice at 2:41 p.m–during normal business

hours–on Friday, May 26, six days before the scheduled deposition.

                                          Respectfully submitted,

                                          _____/s/_____
                                          Thomas A. Mauro, Bar No. 184515
                                          1020 Nineteenth Street, N.W.
                                          Suite 400
                                          Washington, D.C. 20036
                                          Tel.: (202) 452-9865
                                          Fax: (202) 452-0092
                                          Attorney for the Counterclaim Plaintiffs, John B.
                                          Mann and Mann Technologies, L.L.C.

                                 **CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the foregoing Opposition has been mailed first class, postage prepaid, this 31st day of May, 2006 to :

Robert B. Patterson, *pro se*
1643 Hunting Creek Drive
Alexandria, Virginia 22314


                                          _____
                                          Thomas A Mauro