**LAW OFFICES OF JONATHAN BECKHAM, LLC**
Of Counsel, Bowman, Green, Hampton & Kelly PLLC
2300 M Street, N.W., Suite 800
Washington, D.C. 20037
Office: (866) 534-2700
Fax: (202) 478-0452

May 31, 2006

**Via Electronic Mail and Facsimile**

Natalie O. Ludaway, Esq.
Leftwich & Ludaway, LLC
1400 K Street, NW, 10th Floor
Washington, DC 20005

    Re:    <u>Ellipso, Inc. v. Mann et al. (US DDC 1:05cv864-PLF); Deposition of Juan Tomassoni</u>

Dear Ms. Ludaway:

    As you are aware, my client, Mr. Juan Tomassoni, received notice on May 26, 2006 that he is to be deposed in connection with the above captioned litigation this Thursday, June 1, 2006. Additionally, you may be aware of the existence of a Settlement Agreement, dated July 1, 2005, by and between Mr. Tomassoni and Ellipso, Inc. ("Ellipso"). This agreement references and provides for, *inter alia*, the survival of a confidentiality clause (Section 5) contained in that certain Pre-Employment Agreement, dated October 1, 2003, by and between Ellipso and Mr. Tomassoni, as well as the survival of that certain Nondisclosure Agreement attached thereto as Exhibit A (the "NDA"). This letter serves as notice to Ellipso of Mr. Tomassoni's possible required disclosure of certain information that might be deemed confidential pursuant to the terms of the Settlement Agreement, Pre-Employment Agreement and NDA.

    Section 5 of the Pre-Employment Agreement provides that "[s]ubject to legally compelled disclosure, [Tomassoni] shall maintain the terms and conditions of this Agreement and any information, reports or other data furnished hereunder in strict confidence." The NDA defines "Confidential Information" broadly as any information that a disclosing party considers to be proprietary and/or confidential and desires to keep confidential. More specifically, Section 2 of the NDA provides that such information "may include trade secrets, discoveries, ideas, concept, know-how, techniques . . . business activities and operations, reports, studies and other technical and business information." Section 4(a)(ii) of the NDA requires the cooperation of the parties in responding to requests for disclosure of Confidential Information pursuant to any legal proceedings, and provides that "neither party shall be liable in damages for disclosures pursuant to such legal action or proceeding."

    Based upon the obligations applicable to Ellipso pursuant to Section 4(a)(ii) of the NDA, my client requests that Ellipso and its counsel raise any concerns regarding the confidentiality of information that may be disclosed by Mr. Tomassoni during the course

Natalie O. Ludaway, Esq.
May 31, 2006
Page 2

of any deposition or future event or proceeding relating to the above-captioned matter. Please note that Mr. Tomassoni is schedule to depart the country next Tuesday, June 6, and to return on July 13, 2006. He will not be available during this period to participate in any deposition or to respond to further requests for information.

Please do not hesitate to contact me with any questions or concerns.

Sincerely,

Jonathan A. Beckham

cc:   Thomas A. Mauro, Esq.
      Juan Tomassoni