# Leftwich&Ludaway

May 19, 2006

Thomas Mauro
1020 19th Street, N.W.
Suite 400
Washington, D.C. 20036

And

Robert Patterson, pro se
1643 Hunting Creek Drive
Alexandria, Virginia 22314

**RE:** *Ellipso, Inc. v. Mann Tech, LLC, et. al.*

Dear Gentlemen:

It is my understand that the computer hard drives for Mann Technology, TRSC, John Mann, Robert Patterson and/or Consulting Management Limited, contain evidence relevant to this action and hereby reiterate Mr. Mauro's demand that the content on these hard drives be preserved and that the hard drives themselves be identified and secured against deletion/alteration until Ellipso has the opportunity to inspect and copy the drives in accordance with the Federal Rules. Failure to protect this data from alteration or deletion could subject the offending party to a claim of spoliation of evidence.

As for Mr. Mauro's demand that Ellipso immediately turn over the hard drives to the attorneys for the Mann Defendants for inspection and copying, I am unaware of any rule requiring Ellipso to do so. If any such authority exists, I will reconsider my position on this matter. Otherwise, for the time being, the hard drives will remain in Ellipso's possession.

As for the copy of the IRS notice identified in Ellipso's disclosure, a copy is attached. The undated Stipulation by Robert Patterson actually refers to the Affidavit of Robert Patterson attached to his Statement of Undisputed Facts in Support of Motion for Summary Judgment. The affidavit is dated November 21, 2005.

Please forward me copies of the e-mails referred to in Manns' disclosures.

Thank you.

Sincerely,

Mathew H. Goodman