

# Fax

**Mauro Law Office, P.C.**
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036
Phone: 202-452-9865
Fax: 202-452-0092

| | |
|---|---|
| **To:** | Leftwich & Ludaway, LLC<br>Attn: Natalie Ludaway and Matthew Goodman |
| **Fax:** | (202) 783-3420 |
| **From:** | Mauro Law Offices, P.C. |
| **Date:** | May 26, 2006 |
| **Subject:** | Ellipso, INC. v. John B. Mann, et al. |
| **Pages:** | 3 Including cover sheet |

Dear Natalie and Matthew,

Attached for your information is a subpoena to Juan Tomassoni setting his deposition in our offices at 10:30 A.M. on June 1, 2006.

Sincerely,

Thomas A. Mauro

THIS COMMUNICATION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.

# UNITED STATES DISTRICT COURT

_____ District of Columbia _____

**SUBPOENA IN A CIVIL ACTION**

*Ellipso, Inc*

    *Plaintiff/Counter-Defendant*

Civil Action No.: 05-01186

v.

*John B. Mann, et al.*

    *Defendants/Counter-Plaintiffs*

TO:    Mr. Juan R. Tomassoni
        1298 Stamford Way
        Reston, VA 20194

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Mauro Law Offices, P.C.<br>1020 19th Street, N.W., Suite 400<br>Washington, DC 20036 | June 1st, 2006<br>10:30 A.M. |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time below (Lists documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE(INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANTS | DATE |
|---|---|
| *[signature]* Thomas A. Mauro, Attorney for John B. Mann, et al. | May 25th, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Thomas A. Mauro, Esq.
1020 19th Street, N.W., Suite 400    202-452-9865
Washington, DC 20036

(SEE RULE 45, FEDERAL RULES OF CIVIL PROCEDURE PARTS C & D ON REVERSE)

1. If action is pending in district other than district of issuance, state district under case number

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|

SERVED

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

---

RULE 45, Federal Rules of Civil Procedure, Part C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

    (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney In breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

    (2) (A) A person commanded to produce and permit Inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition. hearing or trial.

    (B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may. within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service. serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. if objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. if objection has been made, the party Serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who Is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

    (3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

        (i) fails to allow reasonable time for compliance:

        (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, Is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may In order to attend trial be commanded to travel from any such place within the state in which the trial Is held, or

        (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies. or

        (vi) subjects a person to undue burden.

    (B) If a subpoena

        (i) requires disclosure of a trade secret or other confidential research, development, or commercial Information, or

        (ii) requires disclosure of an un-retained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

        (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena. quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that Cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

    (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories In the demand.

    (2) when information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

```
TRANSMISSION VERIFICATION REPORT

                                    TIME : 05/26/2006 14:21
                                    NAME : MAUROCLAW OFFICES
                                    FAX  : 2024520092
                                    TEL  : 2024520092


DATE,TIME              05/26 14:20
FAX NO./NAME           2027833420
DURATION               00:00:58
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# Fax

**Mauro Law Office, P.C.**
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036
Phone: 202-452-9865
Fax: 202-452-0092

| | |
|---|---|
| To: | Leftwich & Ludaway, LLC<br>Attn: Natalie Ludaway and Matthew Goodman |
| Fax: | (202) 783-3420 |
| **From:** | **Mauro Law Offices, P.C.** |
| **Date:** | May 26, 2006 |
| **Subject:** | Ellipso, INC. v. John B. Mann, et al. |
| **Pages:** | 3 Including cover sheet |

Dear Natalie and Matthew,

    Attached for your information is a subpoena to Juan Tomassoni setting his deposition in our offices at 10:30 A.M. on June 1, 2006.

Sincerely,

*[signature]*

Thomas A. Mauro