UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC.,                    ) | |
|        Plaintiff,          ) | |
| v.                                ) | Civil Action No. 05-1186 (RCL) |
| JOHN B. MANN, et al.,             ) | |
|        Defendants.        ) | |

**ORDER**

Upon consideration of plaintiff's Motion [65] for Protective Order, the opposition thereto, review of the entire file, it is hereby

ORDERED that plaintiff's motion is GRANTED, it is further

ORDERED that the Notice of Deposition of Juan Tomassoni scheduled for June 1, 2006, is hereby vacated, the court being of the opinion that reasonable notice was not afforded to the parties as defined by Local Civil Rule 30.1. On application of a party, for good cause shown, the five business days advance notice requirement could be altered. To the extent that defendants' opposition is deemed to be an application to shorten the time, the Court finds good cause has not been established because the witness will be available at a later date and conflicting obligations of defendants' counsel cause a hardship at this time.

    SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 31, 2006.