IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> JOHN B. MANN, ET AL., <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 05cv001186   (RCL) |

NOTICE OF FILING
BY DEFENDANTS AND COUNTERCLAIM PLAINTIFFS
<u>JOHN B. MANN AND MANN TECHNOLOGIES, LLC</u>

Defendants and Counterclaim Plaintiffs John B. Mann and Mann Technologies, LLC, through counsel, hereby provide Notice to the Court and opposing counsel that the full text of their First Amended Counterclaim is submitted herewith as an Appendix to this Notice. In submitting the full text of the Counterclaim Plaintiffs do not agree with Counterclaim Defendant's argument that the May 10, 2006, filing did not properly incorporate by reference the original April 4, 2006, Counterclaim. The May 10 filing made proper references to the original filing of the Counterclaim by making clear that Paragraphs 6 and 9A-9D filed on May 10 were substitutions for the corresponding, original Paragraphs included in the April 4, 2006, Counterclaim and that "[n]o further amendments are made to the Counterclaim at this time." The opposition's argument that this last sentence does not expressly incorporate by reference the entire remainder of the original pleading is semantically meaningless and seems wasteful. Counsel for Mann used the abbreviated May 10, 2006, format only to make it easy for the

Court and opposing party to see exactly what changes were actually made to the original, lengthy pleading and to highlight those changes. Since opposing party has objected to having a simplified version of the First Amended Counterclaim in the record, however, the entire full text of the document is hereby submitted for the record.

                                              _____/s/_____
                                            Thomas A. Mauro, Bar No. 184515
                                            1020 Nineteenth Street, N.W.
                                            Suite 400
                                            Washington, D.C. 20036
                                            Tel.: (202) 452-9865
                                            Fax: (202) 452-0092
                                            Attorney for the Defendants and Counterclaim Plaintiffs, John B. Mann and Mann Technologies, L.L.C.

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the foregoing Notice was mailed first class, postage prepaid, on June 10, 2006 to :

Robert B. Patterson, *pro se*
1643 Hunting Creek Drive
Alexandria, Virginia 22314

                                            _____
                                            Thomas A Mauro