IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>JOHN B. MANN, ET AL.,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 05cv001186   (RCL) |

### SERVICE OF RULE 26(a) INITIAL DISCLOSURES BY DEFENDANTS AND COUNTERCLAIM PLAINTIFFS JOHN B. MANN AND MANN TECHNOLOGIES, LLC

Defendants and Counterclaim Plaintiffs John B. Mann and Mann Technologies, LLC, through counsel, hereby state that their initial disclosures under Rule 26(a) were served on counsel for the Plaintiff and Counterclaim Defendant on **May 19, 2006.**

_____/s/_____
Thomas A. Mauro, Bar No. 184515
1020 Nineteenth Street, N.W.; Suite 400
Washington, D.C. 20036
Tel.: (202) 452-9865
Fax: (202) 452-0092
Attorney for the Defendants and Counterclaim Plaintiffs, John B. Mann and Mann Technologies, L.L.C.

Nunc pro tunc

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed first class, postage prepaid, on June 10, 2006 to :

Robert B. Patterson, *pro se*
1643 Hunting Creek Drive
Alexandria, Virginia 22314

_____
Thomas A Mauro

1