IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIPSO, INC.,

        Plaintiff,

v.

JOHN B. MANN et al.,
    Defendants.

Case No. 05cv001186   (RCL)

## CERTIFICATE OF DISCOVERY

Defendants and Counterclaim Plaintiffs, Mann Technologies, L.L.C. and John B. Mann, through their undersigned Counsel, hereby certify that on the 28th day of July, 2006, they served the following discovery requests on Counsel for Plaintiff and Counterclaim Defendant, Ellipso, Inc., and on Counsel for Deponent Juan Tomassoni:

(1) Notice of Deposition for Juan Tomassoni for August 9, 2006; and

(2) Notice of Deposition for Dr. David Castiel for August 10, 2006.

 

_____
Thomas A. Mauro, Esq.
Bar No. 184515
Mauro Law Offices, P.C.
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036
202 452 9865
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy of the foregoing Certificate of Discovery was delivered by hand this 28th day of July, 2006,

by first class mail, postage prepaid to

Robert B. Patterson, *pro se*
1643 Hunting Creek Drive
Alexandria, Virginia 22314

and to

Natalie Ludaway, Esq.
Matthew H. Goodman, Esq.
Leftwich & Ludaway LLC
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005

and to

Jonathan Beckham, Esq.
Law Office of Jonathan Beckham, Esq.
2300 M Street, N.W.
Suite 800
Washington, D.C. 20037

and by facsimile at 202 783 3420 to

Matthew H. Goodman, Esq.
Leftwich & Ludaway LLC
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005

_____
Thomas A Mauro