IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>JOHN B. MANN et al.,<br>        Defendants. | Case No. 05cv001186   (RCL) |

## NOTICE OF DEPOSITION

Defendants and Counterclaim Plaintiffs, Mann Technologies, L.L.C. and John B. Mann, , through their undersigned Counsel, hereby give notice counsel will take the deposition of Juan Tomassoni at the time and the place below listed before a Notary Public. Said examination will be for the purpose of discovery or for use as evidence in this action, or both, pursuant to the Federal Rules of Civil Procedure:

**Person to be deposed**:   Juan Tomassoni
**Time**:                              10:00 a.m.
**Date**:                              August 9, 2006
**Place**:                             Mauro Law Offices, P.C.
                                            1020 Nineteenth Street, N.W.; Suite 400
                                            Washington, D.C. 20036

Dated : July 28, 2006

_____
Thomas A. Mauro, Esq.;  Bar No. 184515
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036
202 452 9865

Attorney for Mann Technologies, L.L.C. and John B. Mann

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that true and correct copy of the foregoing Notice of Deposition was delivered this 28th day of July, 2006, was delivered:

by first class mail, postage prepaid to

Robert B. Patterson, *pro se*
1643 Hunting Creek Drive
Alexandria, Virginia 22314

and to

Natalie Ludaway, Esq.
Matthew H. Goodman, Esq.
Leftwich & Ludaway LLC
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005

and to

Law Office of Jonathan Beckham, Esq.
2300 M Street, N.W.
Suite 800
Washington, D.C. 20037

and by facsimile at 202 783 3420 to

Matthew H. Goodman, Esq.
Leftwich & Ludaway LLC
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005

                                                                             _____
                                                                             Thomas A Mauro