IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ELLIPSO, INC.** | ) | |
| | ) | |
|    **Plaintiff and Counterclaim** | ) | |
|    **Defendant** | ) | |
| | ) | |
|    v. | ) | Case No. 05cv01186 (RCL) |
| | ) | |
| **JOHN B. MANN, et al.** | ) | Judge: Royce C. Lamberth |
| | ) | |
|    **Defendants and Counterclaim** | ) | |
|    **Plaintiffs** | ) | |

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY AGAINST DEFENDANT ROBERT PATTERSON

Plaintiff, Ellipso, Inc., by way of a Motion to Compel Discovery pursuant to FRCP 37, respectfully requests that this Court enter an order compelling Defendant Robert Patterson to provide full and complete Answers to Interrogatories and to produce all documents responsive to Plaintiff's Request for Production of Documents within 10 days, as more fully set forth below:

    1.    Defendant Robert Patterson, a lawyer representing himself *pro se*, was served Plaintiff's Interrogatories and Request for Production of Documents on July 20, 2006.

    2.    Pursuant to the Federal Rules, Defendant's discovery responses were due by August 22, 2006.

    3.    By correspondence dated August 30, 2006, Plaintiff inquired into the status of Defendant's outstanding discovery responses. (Exhibit 1) Defendant Patterson did not respond to this correspondence nor has any discovery been provided to date.

    4.    Defendant Patterson's discovery responses are now three weeks past due.

5.	Federal Rule 37(a)(4) provides that if a Motion to Compel is granted or if the requested discovery is provided after the Motion is filed, the Court shall, after affording an opportunity to be heard, require the party to whose conduct necessitated the motion to pay the moving party the reasonable expenses incurred in making the motion, including attorney's fees, unless the Court finds that non-compliance was substantially justified or other circumstances make an award unjust.

6.	Defendant's failure to cooperate in discovery and respond to Plaintiff's correspondence regarding when such discovery could be expected are without substantial justification.

7.	The undersigned required 1.5 hours at an hourly rate of $225 to prepare the instant Motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order compelling Defendant Patterson to provide full and complete Answers to Interrogatories and produce all documents responsive to Plaintiff's Request for Production of Documents within 10 days and award Plaintiff a reasonable attorney's fee for costs incurred in connection with the instant motion.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____//s//_____
Natalie Ludaway, #405149
Matthew H. Goodman, #445404
1400 K Street, NW
Suite 1000
Washington, DC  20005
(202) 434-9109 (voice)
*Counsel for Ellipso, Inc.*

## CERTIFICATE OF GOOD FAITH

I hereby certify that prior to the filing of the instant Motion to Compel, I attempted to secure the discovery responses from Defendant Patterson, as indicated in the attached Exhibit 1.

_____//s//_____

Matthew Goodman

## CERTIFICATE OF SERVICE

I certify that on this 12th day of September, 2006, the foregoing Plaintiff's Motion to Compel Discovery Against Defendant Robert Patterson was served electronically upon:

THOMAS MAURO, ESQ.
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
Counsel for Defendant John B. Mann and Mann Technologies

And via regular, first-class mail upon:

ROBERT B. PATTERSON, pro se
PO Box 2051
Middleburg, VA 20118

_____//s//_____
Matthew H. Goodman

Counsel for Ellipso, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELLIPSO, INC.**    ) | |
| ) | |
| **Plaintiff and Counterclaim**    ) | |
| **Defendant**    ) | |
| ) | |
| v.    ) | Case No. 05cv01186 (RCL) |
| ) | |
| **JOHN B. MANN, et al.**    ) | Judge: Royce C. Lamberth |
| ) | |
| **Defendants and Counterclaim**    ) | |
| **Plaintiffs**    ) | |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion to Compel discovery Against Defendant Robert Patterson and any Opposition filed thereto, it is by the Court this _____ day of _____;

ORDERED, that Plaintiff's Motion to Compel Discovery be and the same is hereby granted; and it is further

ORDERED, that Defendant Robert Patterson shall provide full and complete Answers to Interrogatories and produce all documents responsive to Plaintiff's Request for Production of Documents within 10 days of the date of this order; and it is further

ORDERED, that Defendant Robert Patterson shall pay to Plaintiff the sum of $337.50 as a reasonable attorney fee for costs incurred with the preparation of Plaintiff's Motion, this Court being of the opinion that Defendant's discovery failures were without substantial justification.

_____
JUDGE LAMBERTH