

# Leftwich & Ludaway LLC

*Willie L. Leftwich Retired*

August 30, 2006

**_Via Electronic Delivery and First-Class Mail_**

Thomas Mauro, Esq.
1020 19th Street, N.W.
Suite 400
Washington, D.C. 20036

Robert Patterson
1643 Hunting Creek Drive
Alexandria, Virginia 22314

    RE:    *Ellipso, Inc. v. Mann Tech, LLC, et. al.*

Dear Mr. Mauro and Mr. Patterson:

    Defendants' discovery responses are past due.

    Please forward executed Answers to Interrogatories and produce copies of those documents requested in Plaintiff's Request for Production of Documents by close of business September 5, 2006.

    Thank you.

                                         Sincerely,

                                         Matthew H. Goodman

cc: David Castiel

jmc/MHG