# Matthew Goodman

| | |
|---|---|
| **From:** | Matthew Goodman |
| **Sent:** | Friday, September 08, 2006 1:48 PM |
| **To:** | 'Thomas A. Mauro' |
| **Cc:** | Natalie Ludaway |
| **Subject:** | RE: Ellipso v. Mann |

   

Interrogatories to Mann.doc (5...   Interrogatories to Mann Tech.d...   Request for Documents for John.   Request for Documents from Man

Mr. Mauro

Per your request, please find attached electronic versions of Plaintiff's discovery to your clients which are now nearly three weeks past due.

Unfortunately, I cannot wait until the 14th for receipt of Defendants' discovery responses. I will need them by 4:00 p.m. on Monday, September 11th if the deposition is to proceed on the 18th, otherwise I can allow a few more days if the deposition is moved to a later date.

I have been trying to schedule the depositions of Mr. Mann, Mann Tech and Robert Patterson for the past couple of weeks. I would like to schedule them for October 5th or the afternoon of the 12th. Please let me know your availability and provide me with suitable dates if these are not good for you.

Matthew H. Goodman, Esq.
Leftwich & Ludaway, LLC
1400 K Street, N.W., Suite 1000
Washington, D.C. 20005
202-434-9100 (main)
202-434-9116 (direct)
202-783-3420 (facsimile)
email:  mgoodman@leftwichlaw.com

-----Original Message-----
From: Thomas A. Mauro [mailto:tmauro@tmaurolaw.com]
Sent: Tuesday, September 05, 2006 7:47 PM
To: Matthew Goodman
Subject: Re: Discovery Letter

Dear Mr. Goodman,

I have just returned from vacation and have not been able to complete the discovery responses. I will need until September 14 to do so. Please let me have your consent.

While I was gone, your office requested an electronic version of our discovery requests and requests for admission. They are attached. The Second Request for Documents and Requests for Admission are in Word Perfect format. The first request for documents are in Word format. Let me know if you cannot read them. I would appreciate your sending me an electronic version of your interrogatories to Mann and Mann Tech.

Sincerely,

Thomas A. Mauro

Matthew Goodman wrote:

> Please see the attached correspondence.  A hard copy will follow.
>

1