# Matthew Goodman

| | |
|---|---|
| **From:** | Thomas A. Mauro [tmauro@tmaurolaw.com] |
| **Sent:** | Saturday, September 09, 2006 4:25 PM |
| **To:** | Matthew Goodman |
| **Cc:** | Robert Patterson |
| **Subject:** | Castiel September 18 Deposition |

Dear Matthew,

I have spoken with my client and thought about our conversation on Friday afternoon. We are _not_ willing to delay the deposition now noticed for Mr. Castiel for September 18. We both put this date aside in early August at your request. We have planned for this since then and set the time aside. While I am aware of the conflict in your schedule which apparently has arisen after we set this date and the unfortunate accident concerning your wrist which you advised us about on September 8, it is important to keep in mind that Mr. Castiel brought this lawsuit and we must defend against it. The delay you suggest will, in our judgment, prejudice our ability to prepare our defense. And I think it safe to say that, given your full schedule relating to other matters you advised me about during our conversation on Friday, the injury to your wrist similarly will not prevent you from defending the deposition on the 18th. Please be prepared to go forward on the 18th.

On another issue, we plan to have the responses to your discovery delivered to you on Monday afternoon, as you requested.

Tom

Thomas A. Mauro
Mauro Law Offices, P.C.
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036
Telephone: 202 452 9865
Facsimile: 202 452 0092

The information contained in this e-mail message, including all attachments, is confidential and/or privileged communication and is transmitted solely for the purposes of the intended recipient(s) who is (are) named in the header that appears either at the beginning or at the conclusion (depending on your e-mail software) of all material in this message. If the reader of this message is not an intended recipient or recipients, or if this message has been inadvertently directed to your attention, you are hereby notified that you have received this message and any attachment(s) in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by return e-mail and delete and destroy all copies of the original message.