# Matthew Goodman

| | |
|---|---|
| **From:** | Matthew Goodman |
| **Sent:** | Tuesday, September 12, 2006 10:13 AM |
| **To:** | 'Thomas A. Mauro' |
| **Cc:** | Natalie Ludaway |
| **Subject:** | Review Documents |

Mr. Mauro—

It is disappointing that despite your having an additional three weeks to respond to discovery, no documents were attached to your clients' responses and most of your clients' answers were unresponsive. As previously discussed, my broken hand has resulted in a myriad of scheduling difficulties (this case being no exception) and given your refusal to postpone Monday's deposition, I would like to inspect the documents referenced in the Defendants' discovery responses sometime this afternoon. Please provide a time for the inspection. Additionally, please make sure that the documents are categorized and labeled in order to facilitate the inspection.

Matthew H. Goodman, Esq.
Leftwich & Ludaway, LLC
1400 K Street, N.W., Suite 1000
Washington, D.C. 20005
202-434-9100 (main)
202-434-9116 (direct)
202-783-3420 (facsimile)
email:  mgoodman@leftwichlaw.com