IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC.       ) | |
|     ) | |
|     **Plaintiff and Counterclaim**   ) | |
|     **Defendant**     ) | |
|     ) | |
|     v.     ) | Case No. 05cv01186 (RCL) |
|     ) | |
| **JOHN B. MANN, et al.**   ) | Judge: Royce C. Lamberth |
|     ) | |
|     **Defendants and Counterclaim**   ) | |
|     **Plaintiffs**     ) | |

### AFFIDAVIT OF DR. DAVID CASTIEL

1. I am over the age of eighteen and otherwise competent to testify on all matters contained herein.

2. I am the Chief Executive Officer of Ellipso, Inc., and have personal knowledge of all facts contained herein.

3. During the late afternoon of Wednesday, September 13, 2006, I was informed by telephone that a high-level business executive from Germany wished to meet with me to discuss a business opportunity that has been in the makings for some weeks. The meeting would take place in the United States on Monday, September 18th, while the executive will be on transit to the West Coast. The available time window is short, between noon and 4:00 p.m., and the meeting would have to take place at the airport.

4. This meeting involves a rare business opportunity that does not present itself very often. When such opportunities arise, it is extremely important that the opportunity be seized and seized properly. As the CEO, it is important that I attend this meeting if at all possible.

Date: September 14, 2006

_____
David Castiel

Case 1:05-cv-01186-RCL   Document 74-12   Filed 09/14/2006   Page 2 of 2