## MAURO LAW OFFICES, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036

THOMAS A. MAURO  
ADMITTED IN THE DISTRICT OF COLUMBIA AND MARYLAND

VOICE: 202 452 9865  
FACSIMILE: 202 452 0092  
email: tmauro@tmaurolaw.com

July 27, 2006

**BY FACSIMILE ONLY**

Matthew H. Goodman, Esq.  
Leftwich & Ludaway LLC  
1400 K Street, N.W.  
Suite 1000  
Washington, D.C. 20005

    Re: Ellipso, Inc. v. Mann Technologies, LLC  
      Civil Action No. 05ca1186

Dear Matthew:

  I would like to follow up my voice mail of July 25 in which I asked you for dates Mr. Castiel is available for his deposition within the next three weeks. I would like to do it on one of the following days: August 8, 9. 10, or 11 at my Office. Please let me know which day is convenient for him and yours or Ms. Ludaway's schedule.

  We also would like to schedule Juan Tomassoni's deposition that same week. Please let me know which one is convenient for you or Ms. Ludaway.

             Sincerely yours,


             Thomas A. Mauro

cc: Robert B. Patterson