

Willie L. Leftwich Retired

August 2, 2006

*Via First Class Mail*

Thomas Mauro, Esq.
1020 19th Street, N.W.
Suite 400
Washington, D.C. 20036

Robert Patterson
1643 Hunting Creek Drive
Alexandria, Virginia 22314

      RE:   *Ellipso, Inc. v. Mann Tech, LLC, et. al.*

Dear Mr. Mauro and Mr. Patterson:

      I am in receipt of Defendant Mann's deposition notices scheduling the depositions of Juan Tomossoni and David Castiel for August 9th and 10th, respectively. I have been waiting to hear from my client as to his availability before responding.

      Mr. Castiel is not available on August 9th and 10th, as he will be out of town on a family matter. I am also unavailable on the 9th. Mr. Castiel will be out of town for business or on vacation for much of August, and I will be out of town the week of August 21st.

      At this time, Mr. Castiel and I are available on September 12th, the afternoon of the 15th or the 18th. There is another lawyer seeking to schedule depositions in another case around this time, so please let me know which, if any, of these dates are acceptable.

                                      Sincerely,

                                        Matthew H. Goodman

cc: David Castiel

1400 K Street, NW • Suite 1000 • Washington, DC 20005-2403 • Telephone: 202.434.9100 • Facsimile: 202.783.3420 • www.leftwichlaw.com