## MAURO LAW OFFICES, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036

THOMAS A. MAURO

ADMITTED IN THE DISTRICT OF COLUMBIA AND MARYLAND

VOICE:202 452 9865
FACSIMILE:202 452 0092
email: tmauro@tmaurolaw.com

August 16, 2006

**BY HAND**

Matthew H. Goodman, Esq.
Leftwich & Ludaway LLC
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005

         Re:    Ellipso, Inc. v. Mann Technologies, LLC
                Civil Action No. 05ca1186

Dear Matthew:

      We are attaching our Certificate of Discovery and the Mann Defendant's Second Request for Production of Documents.

      Vacation plans have prevented me from clearing a date with John Mann for his deposition. I will be out of the office and on vacation myself beginning August 16 and will not be returning to the Office until September 5. I will arrange for dates with John Mann upon my return. In addition, I will need some extra time to get responses and answers to you on your discovery requests because I will not be here when the answers are due. I am assuming you have no objection to this request.

      While I am on vacation, it will be difficult for me to retrieve my e-mails. If you wish to get a message to me, please call Vincent at my office during normal business hours. I appreciate your accommodating my schedule in this.

                                    Sincerely yours,

                                    Thomas A. Mauro

cc:    Robert B. Patterson