**Subject:** Re: Ellipso v. Mann
**From:** "Thomas A. Mauro" <tmauro@tmaurolaw.com>
**Date:** Fri, 08 Sep 2006 16:29:02 -0400
**To:** Matthew Goodman <Mgoodman@LeftwichLaw.com>
**CC:** Robert Patterson <rbplaw@hotmail.com>

Dear Mr. Goodman,

You have no good faith basis to connect the deposition of Mr. Castiel, which we will not delay again, and Mann's responses to your discovery requests. They are not related. We want to know the facts that make up Mr. Castiel's case, if any exist. Thus far, you have relied almost exclusively on uncorroborated contentions of Mr. Castiel. We are entitled to test his contentions. Mr. Castiel may neither formulate his contentions in the light of the Mann contentions nor be reluctant to disclose to us the basis for his contentions. We expect your Firm to honor its commitment to produce Mr. Castiel on September 18.

We believe that, under the circumstances, the amount of time we have requested to respond to your discovery requests is reasonable and expected your consent to the request, not a last minute demand for an overnight response. Further, it is unreasonable for you now -- on a Friday afternoon --- to demand an overnight response when you have waited three days from the receipt of our earlier e-mail to respond to our request.

For the record, moreover, the responses are not now three weeks overdue and you have not been "trying to schedule the deposition of Mr. Mann." I asked you before I left for vacation on August 16 to accommodate my schedule. I advised you in my August 16 letter that I would need extra time. You did not respond, call my office, or object until today, September 8. Further, at no time until today have you implied, as you now seem to be doing, that we have not cooperated with you as to dates Mr. Mann or Mann Tech is available for a deposition. There is no basis whatever in the record of communications between us to support the proposition that we have not accomodated your requests on this matter. I will write to you on Monday, September 11, to advise you of dates my clients are available for deposition.

Sincerely,


Thomas A. Mauro

Matthew Goodman wrote:

> Mr. Mauro
>
> Per your request, please find attached electronic versions of
> Plaintiff's discovery to your clients which are now nearly three weeks
> past due.
> Unfortunately, I cannot wait until the 14th for receipt of Defendants'
> discovery responses. I will need them by 4:00 p.m. on Monday, September
> 11th if the deposition is to proceed on the 18th, otherwise I can allow
> a few more days if the deposition is moved to a later date.
> I have been trying to schedule the depositions of Mr. Mann, Mann Tech
> and Robert Patterson for the past couple of weeks. I would like to
> schedule them for October 5th or the afternoon of the 12th. Please let
> me know your availability and provide me with suitable dates if these
> are not good for you.
>
> Matthew H. Goodman, Esq.
> Leftwich & Ludaway, LLC
> 1400 K Street, N.W., Suite 1000
> Washington, D.C. 20005
> 202-434-9100 (main)

```
202-434-9116 (direct)
202-783-3420 (facsimile)
email:  mgoodman@leftwichlaw.com

-----Original Message-----
From: Thomas A. Mauro [mailto:tmauro@tmaurolaw.com] Sent: Tuesday, September 05,
2006 7:47 PM
To: Matthew Goodman
Subject: Re: Discovery Letter
```

Dear Mr. Goodman,

I have just returned from vacation and have not been able to complete the discovery responses. I will need until September 14 to do so. Please let me have your consent.

While I was gone, your office requested an electronic version of our discovery requests and requests for admission. They are attached. The Second Request for Documents and Requests for Admission are in Word Perfect format. The first request for documents are in Word format. Let

me know if you cannot read them. I would appreciate your sending me an electronic version of your interrogatories to Mann and Mann Tech.

Sincerely,

Thomas A. Mauro

Matthew Goodman wrote:

> Please see the attached correspondence.  A hard copy will follow.
>
>
> Matthew H. Goodman, Esq.
>
> Leftwich & Ludaway, LLC
>
> 1400 K Street, N.W., Suite 1000
>
> Washington, D.C. 20005
>
> 202-434-9100 (main)
>
> 202-434-9116 (direct)
>
> 202-783-3420 (facsimile)
>
> email:  mgoodman@leftwichlaw.com <mailto:mgoodman@leftwichlaw.com>

--
THIS IS A PRIVILEGED ATTORNEY CLIENT COMMUNICATION

Thomas A. Mauro
Mauro Law Offices, P.C.
1020 Nineteenth Street, N.W.

```
Suite 400
Washington, D.C. 20036
Telephone: 202 452 9865
Facsimile: 202 452 0092
```

The information contained in this e-mail message, including all attachments, is confidential and/or privileged communication and is transmitted solely for the purposes of the intended recipient(s) who is (are) named in the header that appears either at the beginning or at the conclusion (depending on your e-mail software) of all material in this message. If the reader of this message is not an intended recipient or recipients, or if this message has been inadvertently directed to your attention, you are hereby notified that you have received this message and any attachment(s) in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by return e-mail and delete and destroy all copies of the original message.