## MAURO LAW OFFICES, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036

THOMAS A. MAURO
ADMITTED IN THE DISTRICT OF COLUMBIA AND MARYLAND

VOICE: 202 452 9865
FACSIMILE: 202 452 0092
email: tmauro@tmaurolaw.com

September 11, 2006

**BY HAND**

Matthew H. Goodman, Esq.
Leftwich & Ludaway LLC
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005

      Re:    Ellipso, Inc. v. Mann Technologies, LLC
                 Civil Action No. 05ca1186

Dear Matthew:

    As you requested, enclosed are the following:

    (1) John B. Mann's Response to Plaintiff's First Requests for Production of Documents;

    (2) Mann Technologies, LLC's Response to Plaintiff's First Requests for Production of Documents;

    (3) John B. Mann's Answers to Plaintiff's First Set of Interrogatories;

    (4) Mann Technologies, LLC.'s Answers to Plaintiff's First Set of Interrogatories;

                                          Sincerely yours,

                                          Thomas A. Mauro

cc:    Robert B. Patterson (w. encs.)