

September 14, 2006

*Via Fascimile and First-Class Mail*

Thomas Mauro, Esq.
1020 19th Street, N.W.
Suite 400
Washington, D.C. 20036

    **RE:**   *Ellipso, Inc. v. Mann Tech, LLC, et. al.*

Dear Mr. Mauro:

    Once again, I am impressed by your ability to take incivility to new levels. Your September 13, 2006 letter would be worthy of publication in such a journal. I will not, however, join you in your compulsion but simply note that your lack of professional courtesy is unnecessary and strongly discouraged by the Bar.

    Let me also point out, again, that you and your clients took an additional three weeks to prepare discovery responses. Given the lack of responsiveness, it does not appear that any of this additional time was expended on actually preparing the responses. As for your accusations of "name calling", please direct me to the statement upon which you are relying – I've read the letter and none exist. Equally incorrect is your statement that I agreed to an extension of time to respond to Plaintiff's discovery. Not only did I not agree to an extension of time, but demanded your clients' discovery responses earlier than your artificially created deadline.

    I am confident that the court will agree with my objections over the adequacy of your clients' discovery responses. Time will tell. Given the tone and demeanor of you letter, I do not believe a meeting would be counter-productive and a waste of my client's resources. In the meantime, if you have propounded any discovery on Ellipso other than the first request for admissions and first request for documents, please advise.

Sincerely,

Matthew H. Goodman

cc: David Castiel