UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 05-1186 (RCL)** |
| ) | |
| **JOHN B. MANN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER

Upon consideration of Plaintiff's Emergency Motion for Protective Order [74], it is hereby

ORDERED that Plaintiff's Motion for Protective Order is GRANTED; and it is further

ORDERED that the Deposition of Dr. David Castiel scheduled for September 18, 2006, shall be stayed and rescheduled after the Court's ruling on Plaintiff's Motion to Compel Discovery [73].

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 15, 2006.