IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.** )<br>)<br>    **Plaintiff/Counter-Defendant**  )<br>)<br>v.  )<br>)<br>**JOHN B. MANN, et al.**  )<br>)<br>    **Defendants/Counter-Plaintiffs**  )<br>_____) | Civil Action No.: 05-01186 |

**NOTICE OF SERVICE SUBPOENA DUCES TECUM**

Pursuant to Federal Rule 45(b)(1), Plaintiff hereby gives notice that on the 20th day of September, 2006, Plaintiff served the attached Subpoena *Duces Tecum* on UBS Financial Services.

                                                          Respectfully submitted,

                                                          **LEFTWICH & LUDAWAY, LLC**


                                                          _____//s//_____
                                                          Matthew H. Goodman, D.C. Bar #445404
                                                          1400 K Street, NW
                                                          Suite 1000
                                                          Washington, DC  20005
                                                          (202) 434-9109 (voice)
                                                          (202) 783-3420 (facsimile)
                                                          *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

       I certify that on this 20th day of September, 2006, the foregoing Notice of Service was served electronically upon:

THOMAS MAURO, ESQ.
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
Counsel for Defendant John B. Mann and Mann Technologies

And via regular, first-class mail upon:

ROBERT B. PATTERSON, pro se
PO Box 2051
Middleburg, VA 20118

 

                                                      _____//s//_____
                                                      Matthew H. Goodman

                                                      Counsel for Ellipso, Inc.