AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# United States District Court

DISTRICT OF COLUMBIA

| Ellipso, Inc. et al | SUBPOENA IN A CIVIL CASE |
|---|---|
| V. | CASE NUMBER: 05-01186 (RCL) |
| John Mann, et. al | |

To: Coe Magruder, Branch Manager; UBS Financial Services; 1501 K STreet NW, Suite 1200; Washington, DC 20005

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): SEE ATTACHED

| PLACE Leftwich & Ludaway, LLC; 1400 K Street NW, Suite 1000; Washington, DC 20005-2403 | DATE AND TIME 10am October 6, 2006 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 9/20/06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
Leftwich & Ludaway, LLC; 1400 K Street NW, Suite 1000; Washington, DC 20005; (202) 434-9116

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
             Date

_____
Signature of Server

_____
Address of Server

---

RULE 45, Federal Rules of Civil Procedure, Part C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

  (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney In breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

  (2) (A) A person commanded to produce and permit Inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition. hearing or trial.

  (B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may. within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service. serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. if objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. if objection has been made, the party Serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who Is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

  (3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

    (i) fails to allow reasonable time for compliance:

    (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, Is employed or regularly transacts business in person, except that, subject to the provisions of clause (c}(3) (B) (iii) of this rule, such a person may In order to attend trial be commanded to travel from any such place within the state in which the trial Is held, or

    (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies. or

    (vi) subjects a person to undue burden.

  (B) If a subpoena

    (i) requires disclosure of a trade secret or other confidential research, development, or commercial Information, or

    (ii) requires disclosure of an un-retained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

    (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena. quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that Cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

  (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories In the demand.

  (2) when information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## ATTACHMENT A

Please produce the following:

1. All documents reflecting deposits, disbursements or any other activity in connection with any account solely or jointly owned, controlled or in the name of Mann Technologies, LLC, John B. Mann or Robert B. Patterson (the "Mann Parties") from January 1, 2004 to the present.

2. All documents concerning, referring or relating to account number "WS 47874 PM."

3. All correspondence, including, but not limited, electronic mail, between UBS Financial Services, its employees, officers and agents ("UBS"), on the one hand, and the Mann Parties or its agents respecting any account solely or jointly owned, controlled or in the name of Mann Technologies, LLC, John B. Mann or Robert B. Patterson from January 1, 2004 to the present.

4. To the extent not produced in response to the above requests, all account statements, deposit slips, withdrawal slips, check copies, wire instructions and/or authorizations and all other documents reflecting or referring to any activity whatsoever in connection with any account solely or jointly owned, controlled or in the name of Mann Technologies, LLC, John B. Mann or Robert B. Patterson from January 1, 2004 to the present.

5. All other documents not specifically requested above which refer in any way to any account solely or jointly owned, controlled or in the name of Mann Technologies, LLC, John B. Mann or Robert B. Patterson from January 1, 2004 to the present.



Leftwich&Ludawi[ck]
1400 K Street, NW • Suite 1000
Washington, DC 20005-2403

7006 0100 0006 7083 5935

CERTIFIED MAIL



Coe Magruder, Branch Manager
UBS Financial Services
1501 K Street NW, Suite 1200
Washington, DC 20005



7006 0100 0006 7083 5935

U.S. Postal Service
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $

Postmark Here

Sent To Coe Magruder, UBS Financial
Street, Apt. No.; or PO Box No. 1501 K Street NW Ste 1200
City, State, ZIP+4 WDC 20005

PS Form 3800, June 2002    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Coe Magruder, Manager
   Branch
   UBS Financial Services
   1501 K Street NW, Ste 1200
   Washington DC 20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   X

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

   7006 0100 0006 7083 5935

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7006 0100 0006 7083 5935

Sent To  Coe Magruder, UBS Financial
Street, Apt. No.; or PO Box No.  1501 K Street NW, Ste 1200
City, State, ZIP+4  WDC 20005

PS Form 3800, June 2002    See Reverse for Instructions