IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIPSO, INC.,

        Plaintiff,

v.

JOHN B. MANN et al.,
    Defendants.

Case No. 05cv001186   (RCL)

## CERTIFICATE OF DISCOVERY

Defendants and Counterclaim Plaintiffs, Mann Technologies, L.L.C. and John B. Mann, through their undersigned Counsel, hereby certify that on the 15th day of August, 2006, they served the following discovery requests by hand on Counsel for Plaintiff and Counterclaim Defendant, Ellipso, Inc.:

(1) John B. Mann's and Mann Technologies, L.L.C.'s  First Request for Production of Documents to Plaintiff Ellipso, Inc.; and

(2) John B. Mann's and Mann Technologies, L.L.C.'s  First Request for Admissions to Plaintiff Ellipso, Inc.

Defendants and Counterclaim Plaintiffs, Mann Technologies, L.L.C. and John B. Mann, through their undersigned Counsel, hereby further certify that on the 16th day of August, 2006, they served the following discovery requests by hand on Counsel for Plaintiff and Counterclaim Defendant, Ellipso, Inc.:

(1)  John B. Mann's and Mann Technologies, L.L.C.'s Second Request for Production of Documents to Plaintiff Ellipso, Inc.

                                          _____
                                          Thomas A. Mauro, Esq.
                                          Bar No. 184515
                                          Mauro Law Offices, P.C.

1020 Nineteenth Street, N.W.<br>
Suite 400<br>
Washington, D.C. 20036<br>
202 452 9865<br>
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy of the foregoing Certificate of Discovery was HAND-delivered by hand this 16th day of August 2006, to:

Natalie Ludaway, Esq.
Matthew H. Goodman, Esq.
Leftwich & Ludaway LLC
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005

and by first class mail, postage prepaid to:

Robert B. Patterson, *pro se*
1643 Hunting Creek Drive
Alexandria, Virginia 22314

_____
Thomas A Mauro