# Matthew Goodman

| | |
|---|---|
| **From:** | Thomas A. Mauro [tmauro@tmaurolaw.com] |
| **Sent:** | Tuesday, September 05, 2006 7:47 PM |
| **To:** | Matthew Goodman |
| **Subject:** | Re: Discovery Letter |

  

requestsforadmission-1.wpd (67...   Req Doc to Ellipso First.doc (...   Req Doc to Ellipso Second.wpd ...

Dear Mr. Goodman,

I have just returned from vacation and have not been able to complete the discovery responses. I will need until September 14 to do so. Please let me have your consent.

While I was gone, your office requested an electronic version of our discovery requests and requests for admission. They are attached. The Second Request for Documents and Requests for Admission are in Word Perfect format. The first request for documents are in Word format. Let me know if you cannot read them. I would appreciate your sending me an electronic version of your interrogatories to Mann and Mann Tech.

Sincerely,

Thomas A. Mauro

Matthew Goodman wrote:

> Please see the attached correspondence. A hard copy will follow.
>
>
>
> Matthew H. Goodman, Esq.
>
> Leftwich & Ludaway, LLC
>
> 1400 K Street, N.W., Suite 1000
>
> Washington, D.C. 20005
>
> 202-434-9100 (main)
>
> 202-434-9116 (direct)
>
> 202-783-3420 (facsimile)
>
> email:   mgoodman@leftwichlaw.com <mailto:mgoodman@leftwichlaw.com>
>
>
>

--
THIS IS A PRIVILEGED ATTORNEY CLIENT COMMUNICATION

Thomas A. Mauro
Mauro Law Offices, P.C.
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036
Telephone: 202 452 9865
Facsimile: 202 452 0092