# MAURO LAW OFFICES, P.C.

ATTORNEYS AT LAW

1020 NINETEENTH STREET, N.W.

SUITE 400

WASHINGTON, D.C. 20036

THOMAS A. MAURO

ADMITTED IN THE DISTRICT OF COLUMBIA AND MARYLAND

VOICE:202 452 9865
FACSIMILE:202 452 0092
email: tmauro@tmaurolaw.com

September 20, 2006

**BY FACSIMILE / THEN MAIL**

Matthew H. Goodman, Esq.
Leftwich & Ludaway LLC
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005

Re:    Ellipso, Inc. v. Mann Technologies, LLC
Civil Action No. 05ca1186
Discovery Letter

Dear Mr. Goodman:

Ellipso's Responses to our Second Request for Production of Documents were due on September 15, 2006. We still have not received them. Please have the Responses delivered to me by Friday, September 22, 2006, before noon.

Sincerely yours,

Thomas A. Mauro

cc:    Robert B. Patterson