

**Leftwich&Ludaway** LLC

*Willie L. Leftwich Retired*

September 21, 2006

**_Via Fax and First-Class Mail_**

Thomas Mauro, Esq.
1020 19th Street, N.W.
Suite 400
Washington, D.C. 20036

    ***RE:    Ellipso, Inc. v. Mann Tech, LLC, et. al.***

Dear Mr. Mauro:

    In my e-mail of September 14th and corresponding letter faxed to you that same day, I indicated that my file did not reflect having received discovery from your client other than Defendants' First Request for Admissions and Request for Production of Documents.

    Since I had not heard from you on this issue, I had assumed that no such discovery was outstanding. According to your September 20, 2006 letter, you apparently served some additional discovery. Obviously, I cannot respond to discovery I am unaware of. If you would forward me copies of this discovery, I will promptly respond.

    As for Ellipso's document production, I am currently in possession of 171 documents. Additional documents should be received in the next day or two.

    Please advise on the number of documents produced by the Mann Defendants and whether copies of these documents are available for pick up or it we can agree to an exchange of these documents by courier or mail.

                                             Sincerely,

                                           Matthew H. Goodman

1400 K Street, NW • Suite 1000 • Washington, DC 20005-2403 • Telephone: 202.434.9100 • Facsimile: 202.783.3420 • www.leftwichlaw.com