IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. )<br>)<br>    Plaintiff/Counter-Defendant )<br>)<br>v. )<br>)<br>JOHN B. MANN, et al. )<br>)<br>    Defendants/Counter-Plaintiffs )<br>_____) | Civil Action No.: 05-01186 |

### NOTICE OF SERVICE SUBPOENA DUCES TECUM

Pursuant to Federal Rule 45(b)(1), Plaintiff hereby gives notice that on the 28th day of September, 2006, Plaintiff served the attached Subpoena *Duces Tecum* on Juan Tomassoni.

                                                                                                     Respectfully submitted,

                                                                                                     **LEFTWICH & LUDAWAY, LLC**

                                                                                         _____//s//_____
                                                                                         Matthew H. Goodman, D.C. Bar #445404
                                                                                        1400 K Street, NW
                                                                                         Suite 1000
                                                                                         Washington, DC  20005
                                                                                        (202) 434-9109 (voice)
                                                                                        (202) 783-3420 (facsimile)
                                                                                        *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on this 28th day of September, 2006, the foregoing Notice of Service was served electronically upon:

THOMAS MAURO, ESQ.
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
Counsel for Defendant John B. Mann and Mann Technologies

And via regular, first-class mail upon:

ROBERT B. PATTERSON, pro se
PO Box 2051
Middleburg, VA 20118


_____//s//_____
Matthew H. Goodman

Counsel for Ellipso, Inc.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the
# United States District Court
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| Ellipso, Inc. et al | **SUBPOENA IN A CIVIL CASE** |
| V. | CASE NUMBER: 05-01186 (RCL) |
| John Mann, et. al | |

To: Juan Tomassoni c/o Jonathan Beckham, Esq.
   2300 M Street NW, Suite 800; Washington, DC 20037

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): SEE ATTACHED

| PLACE  Leftwich & Ludaway, LLC; 1400 K Street NW, Suite 1000; Washington, DC 20005-2403 | DATE AND TIME 10am October 13, 2006 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *[signature]* | DATE 9/28/06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
Leftwich & Ludaway, LLC; 1400 K Street NW, Suite 1000; Washington, DC 20005; (202) 434-9116

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.

## **ATTACHMENT A**

Please produce the following:

1.     Copies of any contracts, proposals, or other agreement signed by you relating to 881 vanity service or the Registry from January 1, 2003 to present.

2.     Copies of any and all contracts including, but not limited to, employment agreements and consulting agreements, between you and John B. Mann, Mann Technologies, The Registry Solutions Company or Robert Patterson from January 1, 2003 to present.

3.     Copies of any and all correspondence, e-mails or other written or recorded communications by and between yourself and John B. Mann, Mann Technologies, The Registry Solutions Company or Robert Patterson from January 1, 2003 to the present.

4.     A list of all contracts procured by you or through your efforts relating to 881 vanity service or the Registry from January 1, 2003 to present.

5.     Copies of any checks, stock certificates or other documents reflecting your receipt of money or stock from any of the following individuals or entities: John B. Mann, Mann Technologies, The Registry Solutions Company or Robert Patterson from January 1, 2003 to the present.