IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ELLIPSO, INC.** )<br> )<br>    **Plaintiff and Counterclaim** )<br>    **Defendant** )<br> )<br>        v. )<br> )<br>**JOHN B. MANN, et al.** )<br> )<br>    **Defendants and Counterclaim** )<br>    **Plaintiffs** )<br> ) | Case No. 05cv01186 (RCL)<br><br>Judge: Royce C. Lamberth |

## NOTICE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY that on the 11th day of October, 2006, a copy of Plaintiff's Amended Response to Defendants' John Mann and Mann Technology's First Request for Admissions and Objections and Responses to Mann Defendants' Second Request for Production of Documents, and this Notice of Service of Discovery were mailed to:

THOMAS MAURO, ESQ.
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
Counsel for Defendant John B. Mann and Mann Technologies

ROBERT B. PATTERSON, pro se
PO Box 2051
Middleburg, VA 20118

  I will retain the originals of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

                                                Respectfully submitted,

                                                **LEFTWICH & LUDAWAY, LLC**

                                                _____\\s\_____
                                                Natalie Ludaway, #405149
                                                Matthew H. Goodman, #445404
                                                1400 K Street, NW
                                                Suite 1000
                                                Washington, DC  20005
                                                (202) 434-9109 (voice)
                                                *Counsel for Ellipso, Inc.*