UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.,** )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>**JOHN B. MANN,** *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 05-1186 (RCL) |

## ORDER

Upon consideration of plaintiff Ellipso's Motion [73] to Compel Discovery Against Defendant Robert Patterson, plaintiff Ellipso's Emergency Motion [74] for Protective Order and to Compel Discovery, defendants Mann and Mann Tech's Motion [79] to Compel Discovery Responses to the Second Request for Production of Documents Against Plaintiff Ellipso, and plaintiff Ellipso's Motion [55] to Dismiss Counterclaims, the oppositions thereto, the briefs in reply, the applicable law, and the entire record herein, it is hereby

ORDERED that Ellipso's Motion [73] to Compel Discovery Against Defendant Robert Patterson is DENIED; and it is further

ORDERED that Ellipso's Emergency Motion [74] for Protective Order and to Compel Discovery is DENIED; and it is further

ORDERED that Mann and Mann Tech's Motion [79] to Compel Discovery is DENIED; and it is further

ORDERED that Ellipso's Motion [55] to Dismiss Counterclaims is GRANTED as to Counts Three, Four, Five and Six of the Amended Counterclaim, but is DENIED as to Counts One and Two; and it is further

ORDERED that Counts Three, Four, Five and Six of the Amended Counterclaim are hereby DISMISSED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, November 2, 2006.