IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.**   ) | |
|   ) | |
|    **Plaintiff and Counterclaim**   ) | |
|    **Defendant**   ) | |
|   ) | |
|    v.   ) | Case No. 05cv01186 (RCL) |
|   ) | |
| **JOHN B. MANN, et al.**   ) | Judge: Royce C. Lamberth |
|   ) | |
|    **Defendants and Counterclaim**   ) | |
|    **Plaintiffs**   ) | |

**PLAINTIFF'S RENEWED MOTION TO COMPEL DISCOVERY AGAINST
DEFENDANT ROBERT PATTERSON**

Plaintiff, Ellipso, Inc., by way of a Motion to Compel Discovery pursuant to Rule 37 of the Federal Rules of Civil Procedure, respectfully requests that this Court enter an order compelling Defendant Robert Patterson to provide full and complete Answers to Interrogatories and to produce all documents responsive to Plaintiff's Request for Production of Documents within 10 days, as more fully set forth below:

    1.    Defendant Robert Patterson, a former lawyer representing himself *pro se*, was served a copy of Plaintiff's Interrogatories and Request for Production of Documents on July 20, 2006.

    2.    Pursuant to the Federal Rules, Defendant's discovery responses were due by August 22, 2006.

    3.    By correspondence dated August 30, 2006, Plaintiff inquired into the status of Defendant's outstanding discovery responses.   Defendant Patterson did not respond to this correspondence.

4.     On September 12, 2006, Plaintiff filed a Motion to Compel Discovery as against Defendant Patterson. By Order dated November 2, 2006, the Motion (and all other discovery motions filed by the parties) was summarily denied for failing to comply with Local Civil Rule 7(m).

5.     On November 9, 2006, counsel for Plaintiff, counsel for Mann and Mann Technologies, and Mr. Patterson met for over two hours at the undersigned's offices in attempt to reach agreement on at least some of the outstanding discovery disputes.[1] During this meeting, Defendant Patterson agreed to provide answers to interrogatories and produce documents requested in Plaintiff's Request for Production of Documents no later than December 4, 2006.[2]

6     By correspondence dated November 14, 2006, the undersigned confirmed in writing the agreements that had been reached at the November 9th meeting. (Exhibit 1) Defendant Patterson did not respond to this correspondence or otherwise advise that discovery responses would not be provided by the agreed upon date of December 4, 2006.

7.     Federal Rule 37(d) provides that if a party fails to serve answers or objections to interrogatories under Rule 33 or serve a written response to a request for inspection of documents under Rule 34, after proper service of the requests, the court on motion may make such orders in regard to the failure as are just. In addition, the court shall require the party failing to act to pay the reasonable expenses, including attorney's fees, cause by the failure unless the court finds that the failure was substantially justified or that other circumstances make an award of expenses unjust.

---

[1] The parties were unable to address all of the outstanding discovery issues and have agreed to reconvene their meeting in the coming weeks.

[2] Plaintiff desired an earlier response considering that Patterson's responses were nearly three months past due but allowed for additional time based on Patterson's representations of being very busy.

2

8.       Defendant Patterson's failure to cooperate in discovery, even after a lengthy two hour meeting in which Defendant Patterson pledged to provide discovery responses by December 4, 2006, is entirely unjustified.   Defendant Patterson's discovery responses are now nearly four months past due.

9.       Defendant Patterson's continued failure to provide outstanding discovery responses has resulted in the Plaintiff having to incur unnecessary legal expenses.  Specifically, the undersigned expended time at the November 9, 2006 meeting to discuss Defendant Patterson's discovery failures, in preparation that portion of the November 14, 2006 correspondence that relates to Defendant Patterson, and the instant motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order compelling Defendant Patterson to provide full and complete Answers to Interrogatories and produce all documents responsive to Plaintiff's Request for Production of Documents within 10 days and award Plaintiff a reasonable attorney's fee for costs incurred in connection with the instant motion, sanctions, and for any other relief this Court deems just and proper.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____//s//_____
Natalie Ludaway, #405149
Matthew H. Goodman, #445404
1400 K Street, NW
Suite 1000
Washington, DC  20005
(202) 434-9109 (voice)
*Counsel for Ellipso, Inc.*

## CERTIFICATE OF GOOD FAITH UNDER LOCAL CIVIL RULE 7(m)

I hereby certify that on November 9, 2006 the undersigned personally met with Defendant Patterson in attempt to secure the discovery responses from Defendant Patterson without resorting to a motion filed with the court.

_____//s//_____
Matthew Goodman

## CERTIFICATE OF SERVICE

I certify that on this 8th day of December, 2006, the foregoing Plaintiff's Renewed Motion to Compel Discovery Against Defendant Robert Patterson was served electronically upon:

THOMAS MAURO, ESQ.
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
Counsel for Defendant John B. Mann and Mann Technologies

And via regular, first-class mail upon:

ROBERT B. PATTERSON, pro se
PO Box 2051
Middleburg, VA 20118

_____//s//_____
Matthew H. Goodman

Counsel for Ellipso, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ELLIPSO, INC.** | ) | |
| | ) | |
|    **Plaintiff and Counterclaim** | ) | |
|    **Defendant** | ) | |
| | ) | |
|    v. | ) | Case No. 05cv01186 (RCL) |
| | ) | |
| **JOHN B. MANN, et al.** | ) | Judge: Royce C. Lamberth |
| | ) | |
|    **Defendants and Counterclaim** | ) | |
|    **Plaintiffs** | ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Renewed Motion to Compel discovery Against Defendant Robert Patterson and any Opposition filed thereto, it is by the Court this _____ day of _____;

ORDERED, that Plaintiff's Motion to Compel Discovery be and the same is hereby granted; and it is further

ORDERED, that Defendant Robert Patterson shall provide full and complete Answers to Interrogatories and produce all documents responsive to Plaintiff's Request for Production of Documents within 10 days of the date of this order; and it is further

ORDERED, that counsel for Plaintiff shall submit an affidavit setting for the fees incurred in connection with the Renewed Motion to Compel within 10 days of the date of this Order.

                                                                                  _____
                                                                                   JUDGE LAMBERTH