IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ELLIPSO, INC.** | ) | |
| | ) | |
|     **Plaintiff and Counterclaim** | ) | |
|     **Defendant** | ) | |
| | ) | |
|     v. | ) | Case No. 05cv01186 (RCL) |
| | ) | |
| **JOHN B. MANN, et al.** | ) | Judge: Royce C. Lamberth |
| | ) | |
|     **Defendants and Counterclaim** | ) | |
|     **Plaintiffs** | ) | |
| | ) | |

**AMENDED CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of December, 2006, a copy of Plaintiff's Motion to Compel Discovery as against Robert Patterson and Plaintiff's Reply to Opposition to Motion to Alter or Amend were served via overnight mail to the new address for Defendant Patterson at:

ROBERT B. PATTERSON, pro se
111775 Stratford House Place
#407
Reston, VA 20190

Copies of the above documents were served on Co-defendants John Mann and Mann Technologies in accordance with the certificates of service contained on each document.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____\\s\\_____
Matthew H. Goodman, #445404
1400 K Street, NW
Suite 1000
Washington, DC  20005
(202) 434-9109 (voice)

*Counsel for Ellipso, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 11th day of December, 2006, the foregoing Amended Certificate of Service was served electronically upon:

THOMAS MAURO, ESQ.
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
Counsel for Defendant John B. Mann and Mann Technologies

And via regular, first-class mail upon:

ROBERT B. PATTERSON, pro se
111775 Stratford House Place
#407
Reston, VA 20190


_____//s//_____
Matthew H. Goodman

Counsel for Ellipso, Inc.