IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.** )<br>)<br>    **Plaintiff and Counterclaim** )<br>    **Defendant** )<br>)<br>    v. )<br>)<br>**JOHN B. MANN, et al.** )<br>)<br>    **Defendants and Counterclaim** )<br>    **Plaintiffs** )<br>) | Case No. 05cv01186 (RCL)<br><br>Judge: Royce C. Lamberth |

## PRAECIPE

On March 22, 2006, the parties submitted a Joint Rule 26(f) Report along with a proposed scheduling order. The docket does not reflect that a scheduling order has been entered by the Court. Plaintiff is hereby requesting that the scheduling order be issued.

By Order dated January 31, 2006, the Court requested that the proposed scheduling order be submitted to chambers via electronic mail. In the event that the proposed scheduling order was not delivered to or received by judge's chambers via electronic mail, another copy of the proposed scheduling order has been electronically mailed to judge's chambers contemporaneously with this Praecipe.

                                                    Respectfully submitted,

                                                    **LEFTWICH & LUDAWAY, LLC**

                                                    _____//s//_____
                                                    Natalie Ludaway, #405149
                                                    Matthew H. Goodman, #445404
                                                    1400 K Street, NW
                                                    Suite 1000
                                                    Washington, DC  20005
                                                    (202) 434-9116 (voice)
                                                    *Counsel for Ellipso, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 12th day of December, 2006, the foregoing Line was served electronically upon:

THOMAS MAURO, ESQ.
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
*Counsel for Defendant John B. Mann and Mann Technologies*

And via regular, first-class mail upon:

Robert Patterson, pro se
111775 Stratford House Place
#407
Reston, VA 20190

                                             _____//s//_____
                                             Matthew H. Goodman
                                             *Counsel for Ellipso, Inc.*