**MAURO LAW OFFICES, P.C.**
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036

THOMAS A. MAURO
ADMITTED IN THE DISTRICT OF COLUMBIA AND MARYLAND

VOICE: 202 452 9865
FACSIMILE: 202 452 0092
email: tmauro@tmaurolaw.com

September 29, 2006

**BY FACSIMILE / THEN MAIL**
Matthew H. Goodman, Esq.
Leftwich & Ludaway LLC
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005

Dear Mr. Goodman:

    I note your subpoena to obtain records from UBS in the above-identified matter, dated September 20, 2006.

    Your attention is called to the Protective Order dated January 31, 2006, which does not allow a subpoena to obtain UBS records until, among other conditions, the Court has issued its Scheduling Order.

    Meanwhile, at such time as the Court's conditions have all been met, I would be happy to consent to a joint subpoena for production of all records and documents pertinent to this litigation, so that all parties receive copies of the records in question at the same time. As for the joint subpoena itself, we can prepare this at the appropriate time.

Sincerely yours,

*[signature]*

Thomas A. Mauro