IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., | |
|     Plaintiff and Counterclaim Defendant, | |
|     v. | Case No. 05cv001186 (RCL) |
| JOHN B. MANN, ET AL., | |
|     Defendants and Counterclaim Plaintiffs. | |

**FURTHER RESPONSE OF JOHN B. MANN AND MANN TECHNOLOGIES, L.L.C. TO ELLIPSO'S PRAECIPE AND REPLY SUBMITTING PROPOSED SCHEDULING ORDER**

John B. Mann and Mann Technologies, L.L.C. ("Mann") by and through its undersigned counsel, hereby submits this Further Response to the Praecipe and Reply (Documents 92 and 94) filed by Ellipso. Opposing counsel may have inadvertently forgotten to attach to his Reply the December 18, 2006, letter to him from the undersigned counsel, which the Reply refers to in Footnote 2. Undersigned counsel feels obligated to point out that the December 18 letter seems to have been mischaracterized by the Reply of opposing counsel. The December 18 letter speaks for itself and therefore has been appended for completeness.

Respectfully submitted,

_____/s/_____
Thomas A. Mauro, Bar No. 184515
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036
Tel.: (202) 452-9865
Fax: (202) 452-0092
Attorney for John B. Mann and Mann Technologies, L.L.C.

## MAURO LAW OFFICES, P.C.
ATTORNEYS AT LAW
1020 NINETEENTH STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036

VOICE:202 452 9865
FACSIMILE:202 452 0092
email: tmauro@tmaurolaw.com

December 18, 2006

**BY FACSIMILE / THEN MAIL**

Matthew H. Goodman, Esq.
Leftwich & Ludaway LLC
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005

      Re:    Ellipso, Inc. v. Mann Technologies, LLC
               Civil Action No. 05ca1186

Dear Matthew:

     I was surprised to receive your December 12, 2006, letter asking us for dates for John Mann's deposition, because I assumed that the same protocol you requested apply to our taking Mr. Castiel's deposition – and based a motion for protective order on which was granted – would apply to our making Mr. Mann available for a deposition. That is, that the Mann parties would have the benefit of a complete discovery response from Ellipso before John Mann's deposition is taken. You may recall that when we wanted to take Mr. Castiel's deposition in September 2006 you filed a motion for protective order on the ground that you were entitled to have Mann's responses to your extensive written discovery before you were required to make Mr. Castiel available. We believe that this same rule should apply to Mann, especially now that you have complete answers to Ellipso's interrogatories as you requested and have long been in possession of Mann's extensive production of documents to Ellipso. As you know, we must still meet to discuss what we believe are substantial deficiencies in Ellipso's responses to Mann's written discovery. Are we to assume from your December 12 letter that you are no longer willing to meet with us and that the rule applicable to Mr. Castiel's deposition is not applicable to Mr. Mann's?

     In addition, we agreed with Mark Guberman before he was disbarred by the State of Maryland for creating falsified court filing stamps on papers and falsely certifying that the papers had been filed in courts that we would discuss a master deposition schedule. Are we to assume that you are no longer willing to abide by Mr. Guberman's agreement with us? In this connection, the only outstanding Notice of Deposition is ours for Mr. Castiel. Therefore, we expect to take Mr. Castiel before you take Mr. Mann, and believe that under the circumstances, this is appropriate.

Matthew H. Goodman, Esq.
December 18, 2006
Page 2

    After we have resolved what we believe are Ellipso's substantial deficiencies in its responses to Mann''s written discovery, we wish to take Mr. Castiel's deposition pursuant to our outstanding Notice and than we will agree to make Mr. Mann available for a deposition. If you will not agree to this procedure, we will seek a protective order from the Court and must meet to discuss such relief. Accordingly, please give me some dates when you are available to meet with us. As I have indicated to the Court, I can meet with you on December 28, January 3, 4 and January 8-11.

    We look forward to hearing from you and appreciate your cooperation in this regard.

    Finally, we are attaching to the original of this letter copies of the Mann parties' Supplemental Answers to Ellipso's Interrogatories in accordance with your letter of November 14, 2006.

                                        Sincerely yours,

                                        Thomas A. Mauro

*Enclosure*
cc:    Robert B. Patterson

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Further Response of John B. Mann and Mann Technologies, L.L.C. to Ellipso's Praecipe and Reply Submitting Proposed Scheduling Order has been mailed first class, postage prepaid, this 20th day of December, 2006 to :

Robert B. Patterson, *pro se*
11775 Stratford House Road
Reston, Virginia 20190

                                                         /s/
                                          Thomas A Mauro