UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ELLIPSO, INC.,                    )
                                  )
    Plaintiff,                    )
                                  )
v.                                )   Civil Action No. 05-1186 (RCL)
                                  )
JOHN B. MANN, *et al.*,           )
                                  )
    Defendants.                   )
_____)

## ORDER

    Before the Court is a Motion [86] by plaintiff Ellipso, Inc., styled a "Motion to Alter or Amend Judgment." Treating this motion as one for reconsideration of the Court's November 2, 2006 Memorandum Opinion and Order [84 & 85], and upon consideration of the motion, the opposition and reply thereto, and the entire record herein, the Motion is DENIED.

    Ellipso asks the Court to reconsider its conclusion that the Counterclaim states a claim for fraudulent inducement. Count Two of the amended Counterclaim is captioned "Fraudulent Inducement" and incorporates the previous paragraphs of the Counterclaim. Those paragraphs, particularly paragraphs 9A, 9B, 9C, 21, and 24, set forth an actionable claim for fraudulent inducement of the original loan agreement entered into between Mann Tech and Ellipso, as explained in the Court's Opinion. This is the only claim for fraudulent inducement that is well pleaded and the only one the Court identified as surviving the motion to dismiss. Mann Tech did not adequately plead any other claim for fraudulent inducement, such as the one related to the August 2, 200 Amendment to the Loan Agreement. *See, e.g.*, Counterclaim ¶ 51.

    SO ORDERED.

    Signed by United States District Judge Royce C. Lamberth, January 5, 2007.