UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.,** )  )  Plaintiff, )  )  v. )  )  **JOHN B. MANN,** *et al.*, )  )  Defendants. )  ) | Civil Action No. 05-1186 (RCL) |

## ORDER

Upon consideration of plaintiff's renewed Motion [90] to Compel Discovery Against Defendant Robert Patterson, and the lack of Opposition filed thereto, it is hereby

ORDERED, that plaintiff's Motion to Compel Discovery is GRANTED; and it is further

ORDERED, that defendant Robert Patterson shall provide full and complete Answers to Interrogatories and produce all documents responsive to plaintiff's Requests for Production of Documents within ten (10) days of the date of this order; and it is further

ORDERED, that counsel for plaintiff shall submit an affidavit setting forth the fees incurred in connection with the Renewed Motion to Compel within ten (10) days of the date of this order.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, January 5, 2007.