UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1186 (RCL) |
| ) | |
| **JOHN B. MANN,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Upon consideration of the parties' Status Report [45], plaintiff's Praecipe [92], and the responses thereto, it is hereby

ORDERED that the parties shall meet and confer and submit to the Court a supplemental Joint Status Report and Proposed Scheduling Order on or before February 1, 2007.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, January 5, 2007.