IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. )<br>)<br>    **Plaintiff and Counterclaim** )<br>    **Defendant** )<br>)<br>v. )<br>)<br>JOHN B. MANN, et al. )<br>)<br>    **Defendants and Counterclaim** )<br>    **Plaintiffs** ) | Case No. 05cv01186 (RCL)<br><br>Judge: Royce C. Lamberth |

## STATEMENT AND AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

COMES NOW, Matthew H. Goodman, counsel for Plaintiff Ellipso, Inc. ("Plaintiff"), and pursuant to this Court's January 5, 2007 Order granting Plaintiff's Motion to Compel, respectfully submits the following Statement and Affidavit in Support of Attorney's Fees:

1. My name is Matthew H. Goodman, DC Bar No. 445404, of the firm of Leftwich & Ludaway, LLC, 1400 K Street, NW, Suite 1000, Washington, DC 20005. I have personal knowledge of all facts set forth in this Affidavit.

2. Our office has been retained by Plaintiff with respect to the above-captioned litigation. The hourly fee for my services in connection with this case is $285.00.

3. By Order dated January 5, 2007, this Court granted Plaintiff's Renewed Motion to Compel Discovery ("Renewed Motion") as against Defendant Robert Patterson and directed the undersigned to submit an Affidavit setting forth the fees incurred in connection with the Renewed Motion.

4. The following is an itemization of time expended in connection with Plaintiff's Renewed Motion :

     a.    Portion of November 9, 2006 meeting to discuss Defendant Patterson's discovery failures......................... .4/hrs

     b.    Portion of November 14, 2006 correspondence confirming Defendant's Patterson's agreement to provide discovery responses no later than December 4, 2006...... .2/hrs

     c.    Preparation of Renewed Motion to Compel Discovery... 1.5/hrs

     d.    Preparation of Affidavit for Attorney's Fees............... .5/hrs

**TOTAL TIME EXPENDED**     2.6/hrs

4.    Thus, the total attorney's fees incurred by Plaintiff in connection with Plaintiff's Renewed Motion to Compel is $741.00.

5.    Based upon our law firm's experience, as well as my own personal experience in civil litigation, we have formed the conclusion that the fees and costs incurred in asserting Plaintiff's Renewed Motion are reasonable.

I hereby swear under the penalties of perjury that the above information is true and accurate to the best of my ability and recollection.

_____
Matthew Goodman

**LEFTWICH & LUDAWAY, LLC**

_____//s//_____
Natalie Ludaway, #405149
Matthew H. Goodman, #445404
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9100 (voice)
*Counsel for Ellipso, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 8th day of January 2007, the foregoing Affidavit was served electronically upon:

THOMAS MAURO, ESQ.
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
Counsel for Defendant John B. Mann and Mann Technologies

And via regular, first-class mail upon:

Robert Patterson, pro se
111775 Stratford House Place
#407
Reston, VA 20190


_____//s//_____
Matthew H. Goodman

Counsel for Ellipso, Inc.