IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.** )<br>)<br>   **Plaintiff and Counterclaim** )<br>   **Defendant** )<br>)<br>v. )<br>)<br>**JOHN B. MANN, et al.** )<br>)<br>   **Defendants and Counterclaim** )<br>   **Plaintiffs** )<br>)| Case No. 05cv01186 (RCL)<br><br>Judge: Royce C. Lamberth |

## NOTICE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY that on the 12th day of January, 2007, a copy of Plaintiff's Response to Defendant John Mann and Mann Technology's Third Request for Production of Documents, along with this Notice of Service of Discovery, were mailed to:

THOMAS MAURO, ESQ.
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
Counsel for Defendant John B. Mann and Mann Technologies

ROBERT B. PATTERSON, pro se
111775 Stratford House Place
#407
Reston, VA 20190

I will retain the originals of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____\\s\_____
Natalie Ludaway, #405149
Matthew H. Goodman, #445404
1400 K Street, NW
Suite 1000
Washington, DC  20005
(202) 434-9109 (voice)
*Counsel for Ellipso, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 17th day of January, 2007, the foregoing Notice of Service of Discovery was served electronically upon:

THOMAS MAURO, ESQ.
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
Counsel for Defendant John B. Mann and Mann Technologies

And via regular, first-class mail upon:

ROBERT B. PATTERSON, pro se
111775 Stratford House Place
#407
Reston, VA 20190


_____//s//_____
Matthew H. Goodman

*Counsel for Ellipso, Inc.*