**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ELLIPSO, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 05-01186 (RCL)** |
| | ) | |
| **JOHN B. MANN, et al.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**SUPPLEMENTAL JOINT RULE 26(F) REPORT**

Pursuant to this Court's January 5, 2007 Order, a conference was held on January 29, 2007 at the law offices of counsel for Plaintiff.  In attendance were: Matthew Goodman, counsel for Plaintiff Ellipso, Inc.; Thomas Mauro, counsel for Mann Technologies, LLC and John Mann (the "Mann Defendants"); and Robert Patterson, *pro se*.  The results of the parties' conference are as follows:

**1.    Discovery Deadline and Depositions:**

The parties agree to limit the number of depositions taken in this matter to no more than twelve (12).

The parties agree to serve all written discovery no later than thirty (30) days prior to the discovery deadline.

The discovery deadline shall take place 150 days after the date of entry of the Court's Scheduling Order.

**2.    Expert Disclosures**

The parties agree that the expert disclosure deadline for the parties' principal claims (e.g. Complaint and Counterclaim) shall be sixty (60) days prior to the discovery

deadline.   The date for designating rebuttal experts shall be forty-five (45) days prior to the discovery deadline.

3.     **Third-Party Claims Deadline**

All parties propose that the deadline for filing third-party claims be thirty (30) days following entry of the Court's Scheduling Order.

4.     **Initial Disclosures**

Initial disclosures have been identified by Ellipso and the Mann Defendants. Defendant Patterson requests thirty (30) days following entry of the Court's Scheduling Order to provide his initial disclosures.  Ellipso requests that such disclosures be made within five (5) days of the Court's Scheduling Order.

5.     **Dispositive Motions Deadline**

The parties propose that dispositive motions be filed within thirty (30) days following the discovery deadline.

6.     **Pretrial Conference**

The parties propose that the pretrial conference be scheduled no earlier than 30 days after resolution of any and all dispositive motions.  The parties also propose that trial dates be scheduled at the pretrial conference.

7.     **Assignment to Magistrate**

The parties do not agree of the assignment of any portion of this case to a magistrate.

8.     **Bifurcation**

The parties do not anticipate bifurcation of any claims at this time.  However, there remain questions as to whether various claims asserted by Plaintiff and the Mann

Defendants are subject to the jury trial waiver provision of the Collateralized Loan Agreement.

**9.**    **Settlement and ADR**

The parties have discussed settlement and report that no settlement at this time appears likely. At the conclusion of discovery, the parties will confer whether settlement discussions, including referral to a mediator, are realistically warranted.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____/s/_____
Matthew H. Goodman (#445404)
1400 K Street, NW
Suite 1000
Washington, DC  20005
(202) 434-9109 (voice)
(202) 783-3420 (facsimile)
*Counsel for Ellipso, Inc.*

**MAURO LAW OFFICES, P.C.**

_____/s/_____
Thomas Mauro (#184515)
1020 19th Street, N.W.
Suite 400
Washington, DC 20036
(202) 452-9865 (voice)
(202) 452-0092 (facsimile)
*Counsel for Mann Technologies, LLC and
 John Mann*

_____/s/_____
Robert B. Patterson, *pro se*
11775 Stratford House Place
#407
Reston, VA 20190

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ELLIPSO, INC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 05-01186 (RCL)** |
| | ) | |
| **JOHN B. MANN, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## CIVIL SCHEDULING ORDER

In order to manage this case in a manner consistent with the highest quality of

justice, it is this __ day of _____ , 2007

**ORDERED** that the parties shall file:

Third Party Claims:           On or before 30 days after date of entry of this order.

Expert Disclosures:           On or before 60 days prior to the discovery deadline.
                             Experts for purposes of rebuttal only shall be designated
                             within 45 days prior to the discovery deadline.

Dispositive Motions:          On or before 30 days following the discovery deadline.

**ORDERED** that:

Depositions:                  The parties shall be limited to a total of 12 depositions.

Written Discovery Deadline: All written discovery shall be served no later than 30 days
                             prior to the discovery deadline.

Discovery Deadline:           Discovery shall be closed 150 days after date of entry of
                             this order.

**FURTHER ORDERED** that this case be set for:

An interim status conference on _____ at _____; and it is

Pretrial Conference:   Pretrial Conference shall be scheduled no earlier than 30 days after resolution of any dispositive motions.

   **FURTHER ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case.

   **SO ORDERED.**


             _____
             ROYCE C. LAMBERTH
             United States District Judge


   cc:  Counsel of Record