UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.,**        ) | |
|                           ) | |
|    **Plaintiff,**        ) | |
|                           ) | |
| v.                        ) | Civil Action No. 05-1186 (RCL) |
|                           ) | |
| **JOHN B. MANN,** *et al.*,   ) | |
|                           ) | |
|    **Defendants.**       ) | |
|                           ) | |

**SCHEDULING ORDER**

In order to manage this case in a manner consistent with the highest quality of justice, it is hereby

ORDERED that the parties shall file:

Third Party Claims:   On or before 30 days after date of entry of this order

Expert Disclosures:   On or before 60 days prior to the discovery deadline.  Experts for purposes of rebuttal only shall be designated within 45 days prior to the discovery deadline.

Dispositive Motions:   On or before 30 days following the discovery deadline.

ORDERED that:

Depositions:   The parties shall be limited to a total of 12 depositions.

Written Discovery:   All written discovery shall be served no later than 30 days prior to the discovery deadline.

Discovery Deadline:   Discovery shall be closed 150 days after date of entry of this Order.

FURTHER ORDERED:

A status conference will be scheduled after any dispositive motions are decided, at which the Court will set dates for pretrial and trial, and it is

FURTHER ORDERED that counsel comply with all directives set forth in this Court's Standing Order issued for this case.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, February 1, 2007.