IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., <br><br>                    Plaintiff, <br><br>         v. <br><br> JOHN B. MANN et al., <br>         Defendants. | <br><br><br><br> Case No. 05cv001186   (RCL) |

**MOTION OF DEFENDANTS JOHN B. MANN AND MANN TECHNOLOGIES,  L.L.C.
FOR AN EXTENSION OF TIME
<u>WITHIN WHICH TO FILE THIRD PARTY OR CROSS CLAIMS</u>**

NOW COMES DEFENDANTS, John B. Mann and Mann Technologies, L.L.C.("Mann"), by their undersigned counsel, and  hereby move the Court for an extension of time of sixty (60) days to April 27, 2007, within which to allow the parties to file third party or cross claims in the matter.  The original deadline for such claims of thirty (30) days set forth in the Scheduling Order of February 1, 2007, falls on Saturday March 3, 2007. Therefore, this Motion is timely filed on Monday March 5, 2007.

As grounds for this Motion, Mann state that they have not yet received the discovery materials of defendant Patterson.  Without such discovery materials Mann have been unable to determine whether they should file third party or cross claims.  The time period requested of sixty days for the extension of time is necessary in order to allow Defendant Patterson to provide his discovery materials to the parties and for the Mann Defendants to consider such materials and any possible legal issues giving rise to possible third party or cross claims.

It is respectfully submitted that Mann's request for a sixty (60) day extension will not adversely impact or delay the remaining Schedule in this case.  Given the necessity to consider

Defendant Patterson's discovery responses, it is submitted, further, that good cause exists for granting Mann's request.

**Points and Authorities**

The Court is referred to Rule 6(b) of the Federal Rules of Civil Procedure.

LcvR 7(m) Statement

The undersigned counsel have communicated with each other in writing and by voice mail concerning this motion. Counsel for the Plaintiff, Mr. Guberman, has been unable to confer with his client and, thus, is unable to consent to this motion at this time.

WHEREFORE, Defendants John B. Mann and Mann Technologies, L.L.C. request an extension of time to April 27, 2007, and a corresponding modification of the Scheduling Order within which to file any third party or cross claims in this case. A proposed Order is attached for consideration by the Court.

Respectfully submitted,

_____/s/_____
Thomas A. Mauro, Bar No. 184515
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036
Tel.: (202) 452-9865
Fax: (202) 452-0092
Attorney for Defendants John B. Mann and Technologies, L.L.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIPSO, INC.,

        Plaintiff,

v.

JOHN B. MANN et al.,
        Defendants.

Case No. 05cv001186   (RCL)

## ORDER

    This matter is before the Court upon the Motion of Defendants John B. Mann and Mann Technologies, L.L.C. for a sixty (60) day extension of time, until April 27, 2007, for filing third party or cross claims under the Scheduling Order issued by the Court on February 1, 2007. Upon consideration of the Motion, any Opposition thereto, and the entire record in this case, it is this

_____ day of March , 2007, hereby

    ORDERED, that the Motion of defendants John B. Mann and Mann Technologies, L.L.C. for a sixty (60) day extension of time to April 27, 2007, within which to file third party or cross claims under the Scheduling Order issued by the Court on February 1, 2007, be, and it hereby is, GRANTED; and it is

    FURTHER ORDERED, that the parties each have until April 27, 2007, within which to file any third party or cross claims in this matter and that the Scheduling Order issued on February 1, 2007, is so modified.

1

_____
Royce C. Lamberth
United States District Judge

Copies to:

Thomas A. Mauro, Esq.
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036

Mark S. Guberman, Esq.
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005

Robert B. Patterson, pro se
11775 Stratford House Place
Unit 407
Reston, VA 20190