IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC.,<br><br>    Plaintiff and Counterclaim<br>    Defendant,<br><br>    v.<br><br>JOHN B. MANN, ET AL.,<br><br>    Defendants and Counterclaim<br>    Plaintiffs. | Case No. 05cv001186 (RCL) |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COME NOW, Thomas A. Mauro and the Law Firm of Mauro Law Offfices, P.C. and respectfully move this Honorable Court for leave to withdraw as counsel for the Defendants/Counterclaim Plaintiffs John B. Mann and Mann Technologies, L.L.C.

In further support of this motion, the Court's attention is respectfully directed to the accompanying Memorandum of Points and Authorities.

Dated: April 12, 2007

                                                Respectfully submitted,

                                         _____/s/_____
                                         Thomas A. Mauro, Bar No. 184515
                                         Mauro Law Offices, P.C.
                                         1020 Nineteenth Street, N.W.
                                         Suite 400
                                         Washington, D.C. 20036
                                         Tel.: (202) 452-9865
                                         Fax: (202) 452-0092

## CERTIFICATION OF COMPLIANCE WITH LCvR7(m)

I hereby certify that I contacted counsel for the plaintiffs/counterclaim defendants in an attempt to obtain consent for the relief requested herein. Plaintiffs/counterclaim defendants take no position as to the relief requested herein.

_____/s/_____
Thomas A. Mauro, Bar No.184515

## CERTIFICATE OF NOTIFICATION

I hereby certify that, pursuant to LCvR83.6), I have delivered by e-mail and by first class mail, postage prepaid to the last known address of Defendant John B. Mann at 9330 Harts Mill Road, Warrenton, VA 20186, and of Mann Technologies, L.L.C., c/o John B. Mann at 9330 Harts Mill Road, Warrenton, VA 20186 a copy of the foregoing motion with a cover letter advising the Defendants and Counterclaim Plaintiffs to obtain other counsel, or if they intend to represent themselves, to so notify the Clerk of Court in writing within five days of service of this motion.

_____/s/_____
Thomas A. Mauro, Bar No. 184515

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> JOHN B. MANN, ET AL., <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 05cv001186 (RCL) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

In support of his Motion for Leave to Withdraw as counsel for John B. Mann and Mann Technologies, L.L.C. Thomas A. Mauro states as follows:

1. Counsel has irreconcilable differences with Defendants and Counterclaim Plaintiffs John B. Mann and Mann Technologies, L.L.C. which make it impossible for counsel to effectively discharge his duties to adequately represent these parties.

2. Defendants and Counterclaim Plaintiffs John B. Mann and Mann Technologies, L.L.C., refuse to cooperate with counsel and have ceased meaningfully communicating with counsel making it impossible for counsel to effectively discharge his duties to adequately represent them pursuant to D.C. Rule of Professional Conduct 1.3.

3. Defendants and Counterclaim Plaintiffs John B. Mann and Mann Technologies, L.L.C. have acted in a manner that permits counsel to withdraw pursuant to D.C. Rule of Professional Conduct 1.16(b)(3) and (4).

4. Counsel warned Defendants and Counterclaim Plaintiffs John B. Mann and Mann Technologies, L.L.C. more than a month ago of these situations and have not been able to

resolve them.

5.      As no trial date has been set in this matter, withdrawal of counsel should not unduly delay any trial.

6.      Undersigned counsel do not have a long standing relationship with either John B. Mann or Mann Technologies, L.L.C..

7.      Counsel have notified the John B. Mann and Mann Technologies, L.L.C. of the filing of the instant motion.

8.      Local Civil Rule 83.6(c) of the Rules of this Court requires leave of Court to withdraw under the circumstances presented.

Dated: April 12, 2007

                                                      Respectfully submitted,

                                                   _____/s/_____
                                                   Thomas A. Mauro, Bar No. 184515
                                                   Mauro Law Offices, P.C.
                                                   1020 Nineteenth Street, N.W.
                                                   Suite 400
                                                   Washington, D.C. 20036
                                                   Tel.: (202) 452-9865
                                                   Fax: (202) 452-0092

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> JOHN B. MANN, ET AL., <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 05cv001186  (RCL) |

**ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL**

UPON CONSIDERATION of counsels' Motion for Leave to Withdraw as Counsel by Thomas A. Mauro and the Law Firm of Mauro Law Offices, P.C., and upon consideration of counsel's memorandum of points and authorities in support thereof, and good cause having been shown, it is this _____ day of _____, 2007, hereby

ORDERED that the Motion be and hereby is GRANTED; and it is further

ORDERED that the appearance of Thomas A. Mauro and the Law Firm of Mauro Law Offices, P.C. be and hereby is WITHDRAWN as counsel for the Defendants and Counterclaim Plaintiffs John B. Mann and Mann Technologies, L.L.C.

**SO ORDERED.**

ROYCE C. LAMBERTH
United States District Judge

cc:  Counsel of Record
    Robert B. Patterson, *pro se*
    John B. Mann, Defendant and Counterclaim Plaintiff
    Mann Technologies, L.L.C., Defendant and Counterclaim Plaintiff

## CERTIFICATE OF SERVICE

      I certify that on April 12, 2007, I served copies of the foregoing Motion to Withdraw as Counsel, Certification of Compliance with LCvR7(m), Certificate of Notification, and Memorandum of Points and Authorities in Support of Motion for Leave to Withdraw as Counsel by first class mail, postage prepaid, on the following:

Robert B. Patterson, *pro se*
11775 Stratford House Place
Unit 407
Reston, VA 20190
Defendant, *pro se*

Matthew H. Goodman, Esq.
Natalie O. Ludaway, Esq.
Leftwich & Ludaway LLC
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005
Attorneys for Plaintiffs/Counterclaim Defendants

Mr. John B. Mann
9330 Harts Mill Road
Warrenton, VA 20186
Defendant and Counterclaim Plaintiff

Mann Technologies, L.L.C.
C/o John B. Mann
9330 Harts Mill Road
Warrenton, VA 20186
Defendant and Counterclaim Plaintiff

                                                  _____/s/_____
                                                  Thomas A. Mauro, Bar No. 184515