J O H N  B.  M A N N

April 19, 2007

Clerk of the Court
U. S. District Court
for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC  20001

RECEIVED

APR 2 3 2007

CHAMBERS OF
JUDGE LAMBERTH

Reference:  **Case 1:05-cv-01186-RCL**

**VIA: Fax 202-354-3524 and mail**

Let this be filed
Royce C. Lamberth
U.S. D. J.  4/23/07

Dear Sir or Madam:

This is to advise the Court that I oppose the Motion of Thomas Mauro, Esq. to withdraw from the above referenced case as counsel representing John B. Mann and Mann Technologies, LLC.

Sincerely,

John B. Mann
Personally and as Director, Mann
Technologies, LLC

cc    Thomas Mauro, Esq.
Robert B. Patterson
Matthew Goodman, Esq.

RECEIVED

APR 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

9330 HARTS MILL ROAD • WARRENTON, VIRGINIA • 20186
PHONE: (540) 349-7872 • FAX: (540) 349-4654 • CELL: (540) 974-3725