UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1186 (RCL) |
| ) | |
| JOHN B. MANN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL

Upon consideration of counsels' Motion [114] for Leave to Withdraw as Counsel by Thomas A. Mauro and the Law Firm of Mauro Law Offices, P.C., and upon consideration of counsel's memorandum of points and authorities in support thereof, and good cause having been shown, it is hereby

ORDERED that the Motion [114] is GRANTED; and it is further

ORDERED that the appearance of Thomas A. Mauro and the Law Firm of Mauro Law Offices, P.C. is WITHDRAWN as counsel for the defendants and counterclaim plaintiffs John B. Mann and Mann Technologies, L.L.C.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 11, 2007.