UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1186 (RCL) |
| ) | |
| **JOHN B. MANN,** *et al.*, ) | |
| ) | |
|    **Defendants.** ) | |
| ) | |

### ORDER

Upon consideration of defendants' John Mann and Mann Technology's Motion [104] for an Extension of Time Within Which to File Third Party or Cross Claim, the opposition and reply thereto, and after a review of the entire record, it is hereby

ORDERED, that the Motion is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 11, 2007.