UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1186 (RCL) |
| ) | |
| JOHN B. MANN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of plaintiff's Motions [105, 106] for Protective Order and to Quash Subpoena, the opposition and reply thereto, and after a review of the entire record herein, it is hereby

ORDERED, that plaintiffs' Motions for Protective Order and to Quash Subpoena are GRANTED without prejudice to the Court's advance authorization of a more narrowly tailored subpoena once new counsel for Mann has appeared; and it is further

ORDERED, that the March 2, 2007 subpoena issued by defendant Mann Technologies is hereby quashed, and it is further

ORDERED, that the originals and copies of any and all documents obtained by defendants pursuant to the UBS subpoena shall be returned to Ellipso's counsel within five days of this Order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 11, 2007.