UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.,** )  | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1186 (RCL) |
| ) | |
| **JOHN B. MANN,** *et al.*, ) | |
| ) | |
|     **Defendants.** ) | |
| ) | |

### ORDER

Upon consideration of plaintiff's Motion [115] for Leave to File Reply, the opposition thereto, and upon review of the entire record herein, it is hereby

ORDERED, that plaintiff's Motion is hereby GRANTED; and it is further

ORDERED, that plaintiff's Reply to Opposition to Motion for Protective Order and to Quash Subpoena Issued to UBS Financial Services is deemed properly filed.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 11, 2007.