UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|     v. ) | Civil Action No. 05-1186 (RCL) |
| ) | |
| **JOHN B. MANN,** *et al.*, ) | |
| ) | |
|     **Defendants.** ) | |

## ORDER

Upon consideration of plaintiff's Motion [108, 109] for Protective Order and to Quash Subpoena Issued to ICO Global Holdings, LTD, the opposition and reply thereto, and after a review of the entire record herein, it is hereby

ORDERED, that plaintiff's Motion for Protective Order is GRANTED; and it is further

OrDERED, that the March 6, 2007 subpoena issued by defendants to ICO Global Holdings LTD is hereby quashed; and it is further

ORDERED, that the originals and copies of any and all documents obtained by defendants pursuant to the ICO Global Holdings subpoena shall be returned to Ellipso's counsel within five days of this Order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 11, 2007.