# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-7181**                    **September Term, 2006**

ELLIPSO, INC.,
          APPELLEE

v.

JOHN B. MANN AND
MANN TECHNOLOGIES,
          APPELLANTS



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED MAR 2 3 2007

CLERK

---

Appeal from the United States District Court
for the District of Columbia
(No. 05cv01186)

---

Before: GRIFFITH and KAVANAUGH, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the grant of the preliminary injunction by the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

<u>**Per Curiam**</u>

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:                  Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY:
Michael C. McGrail
Deputy Clerk

Date: March 23, 2007

Opinion for the court filed by Circuit Judge Griffith.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By:                 Deputy Clerk