IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. ) | |
| ) | |
|    **Plaintiff and Counterclaim** ) | |
|    **Defendant** ) | |
| ) | |
| v. ) | Case No. 05cv01186 (RCL) |
| ) | |
| JOHN B. MANN, et al. ) | Judge: Royce C. Lamberth |
| ) | |
|    **Defendants and Counterclaim** ) | |
|    **Plaintiffs** ) | |
| ) | |

## CONSENT MOTION TO EXTEND DISCOVERY DEADLINES

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, the parties respectfully request that this Court enter the attached proposed Revised Civil Scheduling Order extending the discovery deadlines by an additional ninety days, for the reasons set forth below:

1. Counsel for Mann Technologies' Motion for Leave to Withdraw As Counsel was granted by this Court and Mann Technologies is presently not represented by counsel.

2. As a corporate entity, Defendant Mann Technologies is unable to represent itself *pro se* and thus requires additional time to obtain new counsel.

3. Plaintiff has refrained from issuing subpoenas, scheduling necessary depositions and engaging in other discovery in order to allow Mann Technologies time to secure new counsel. Conducting discovery while Mann Technologies is unrepresented by counsel might result in unnecessary discovery disputes and duplicative discovery efforts once new counsel enters his/her appearance.

4. Moreover, additional time to conduct discovery is necessary so as to allow the parties adequate time to coordinate deposition dates with new counsel for Mann Technologies. The parties anticipate scheduling several additional depositions.

5. The discovery deadline is presently scheduled to expire on July 1, 2007.

6. This is the parties' first request for an extension of discovery and the request was necessitated by events beyond the parties' control.

WHEREFORE, the parties' respectfully request that their Consent Motion for Extend Discovery Deadlines be granted.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

\\s\\
Natalie Ludaway, #405149
Matthew H. Goodman, #445404
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9100 (voice)
*Counsel for Ellipso, Inc.*


\\s\\
John Mann, pro se
9330 Harts Mill Road
Warrenton, VA 20186


\\s\\
ROBERT B. PATTERSON, pro se
11775 Stratford House Place
#407
Reston, VA 20190

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIPSO, INC                    )
                                )
    Plaintiff,                 )
                                )
v.                              )     Civil Action No.: 05-01186 (RCL)
                                )
JOHN B. MANN, et al.            )
                                )
    Defendants.                )
_____)

### REVISED CIVIL SCHEDULING ORDER

In order to manage this case in a manner consistent with the highest quality of justice, it is this __ day of _____, 2007

    **ORDERED** that the parties file:

| | |
|---|---|
| Expert Disclosures: | On or before 45 days prior to the conclusion of discovery. Experts for purposes of rebuttal only shall be designated within 30 days prior to the conclusion of discovery. |

    **ORDERED** that:

| | |
|---|---|
| Depositions: | The parties shall be limited to a total of 12 depositions. |
| Discovery Closes: | On or before October 2, 2007. |

    **FURTHER ORDERED** that this case be set for:

An interim status conference on _____ at _____; and it is

    **ORDERED** that the parties file

| | |
|---|---|
| Dispositive motions: | On or before 30 days after discovery closes. |
| Pretrial Conference: | Pretrial Conference shall be scheduled no earlier than 30 days after resolution of any dispositive motions. |

3

**FURTHER ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case.

**SO ORDERED.**

_____<br>
ROYCE C. LAMBERTH<br>
United States District Judge