UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., | ) |
| | ) |
|     Plaintiff and | ) |
|     Counter-Defendant | ) |
| | ) |
| v. | )    Civil Action No. 05-1186 (RCL) |
| | ) |
| JOHN B. MANN, *et al.*, | ) |
| | ) |
|     Defendant and | ) |
|     Counter-Plaintiffs | ) |

## NOTICE OF ENTRY OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Christopher G. Hoge as newly-retained counsel for the Defendants/Counter-Plaintiffs, John B. Mann and Mann Technologies, LLC, in the above-captioned litigation.

Pursuant to LCvR. 83.6(a), counsel's correct address, telephone number and bar identification number appear below.

        Respectfully submitted,

        /s/ Christopher G. Hoge
        Christopher G. Hoge #203257
        Counsel for Defendants/Counter-Plaintiffs
        John B. Mann and Mann Technologies, LLC

        CROWLEY, HOGE & FEIN, P.C.
        1710 Rhode Island Avenue, N.W.
        7th Floor
        Washington, D.C.  20036
        (202) 483-2900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true copies of the foregoing Notice of Entry of

Appearance were, this 27th day of June, 2007, served electronically upon:

>NATALIE LUDAWAY, ESQ.
>MATTHEW H. GOODMAN, ESQ.
>LEFTWICH & LUDAWAY, LLC
>1400 K Street, N.W.
>Suite 1000
>Washington, D.C.  20005
>Counsel for Plaintiff/Counter-Defendant

and via first class mail, postage prepaid, upon:

>ROBERT B. PATTERSON
>11775 Stratford House Place
>#407
>Reston, VA 20190
>Defendant/Counter-Plaintiff *Pro Se*

>/s/ Christopher G. Hoge
>Christopher G. Hoge

cgh/z/wpdirs/civil
mannentryapp.wpd