UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.,** )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>**JOHN B. MANN,** *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 05-1186 (RCL) |

### ORDER

Upon consideration of the Consent Motion [125] to Extend Discovery Deadlines and the entire record herein, it is hereby

ORDERED, that the motion is denied without prejudice to submission of a new motion with revised schedule after consultation with Mann Technologies' new counsel, who has now appeared.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 5, 2007.