IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. ) | |
| ) | |
|    Plaintiff and Counterclaim ) | |
|    Defendant ) | |
| ) | |
| v. ) | Case No. 05cv01186 (RCL) |
| ) | |
| JOHN B. MANN, et al. ) | Judge: Royce C. Lamberth |
| ) | |
|    Defendants and Counterclaim ) | |
|    Plaintiffs ) | |
| ) | |

## RENEWED CONSENT MOTION TO EXTEND DISCOVERY DEADLINES

Pursuant to Rules 16(b) and Local Rule 16.4(a) of the Federal Rules of Civil Procedure, Plaintiff, Mann Defendants and Defendant Patterson, respectfully request that this Court enter the attached proposed Revised Civil Scheduling Order extending the discovery deadlines, for the reasons set forth below:

    1.      On May 29, 2007, the parties filed a Consent Motion to Extend Discovery seeking a 90-day extension of the discovery deadlines to allow time for the Mann Defendants to secure new counsel and conduct additional discovery.

    2.      On July 2, 2007, new counsel for the Mann Defendants entered his appearance in this matter.

    3.      Given that new counsel for the Mann Defendants did not participate in the formulation of the proposed scheduling order attached to the previously filed Consent Motion to Extend Discovery, this Court denied the motion and instructed the parties and counsel to meet and confer over a new scheduling order.

4.  The parties have conferred over the formulation of a new scheduling order and have agreed to an extension of the discovery deadline until October 19, 2007.

5.  The parties anticipate the taking of at least 6 additional depositions. In addition, Ellipso refrained from conducting other discovery due to counsel for Mann Defendants' withdrawal from the case.

6.  The existing discovery deadline expired on July 1, 2007.

7.  This is the parties' first request for an extension of discovery and the request was necessitated by events beyond the parties' control.

WHEREFORE, the parties' respectfully request that their Renewed Consent Motion for Extend Discovery Deadlines be granted.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____//s//_____
Natalie Ludaway, #405149
Matthew H. Goodman, #445404
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9100 (voice)
*Counsel for Ellipso, Inc.*


_____//s//_____
Christopher Hoge, #203257
1710 Rhode Island Ave., N.W.
7th Floor
Washington, D.C. 20036
202-483-2900
Counsel for John Mann and Mann
     Technologies, Inc.

```
                                          //s//
                                ROBERT B. PATTERSON, pro se
                                11775 Stratford House Place
                                #407
                                Reston, VA 20190
```

## CERTIFICATE OF SERVICE

I certify that on this 20[h] day of July, 2007, the foregoing was served via electronic filing upon

Christopher Hoge, #203257
1710 Rhode Island Ave., N.W.
7th Floor
Washington, D.C. 20036

And by regular, first-class mail upon:

ROBERT B. PATTERSON, pro se
11775 Stratford House Place
#407
Reston, VA 20190

```
                                          //s//
                                Matthew H. Goodman
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ELLIPSO, INC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-01186 (RCL) |
| | ) | |
| **JOHN B. MANN, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**REVISED CIVIL SCHEDULING ORDER**

In order to manage this case in a manner consistent with the highest quality of justice, it is this __ day of _____, 2007

**ORDERED** that the parties file:

Expert Disclosures:     The parties shall designate expert witness no later than September 21, 2007.

**ORDERED** that:

Depositions:     The parties shall be limited to a total of 12 depositions.

Discovery Closes:     On or before October 19, 2007.

**FURTHER ORDERED** that this case be set for:

An interim status conference on _____ at _____; and it is

**ORDERED** that the parties file

Dispositive motions:     November 23, 2007.

Pretrial Conference:     Pretrial Conference shall be scheduled no earlier than 30 days after resolution of any dispositive motions.

**FURTHER ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case.

**SO ORDERED.**

ROYCE C. LAMBERTH
United States District Judge