UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.,**  )  )  Plaintiff,  )  )  v.  )  )  **JOHN B. MANN**, *et al.*,  )  )  Defendants.  )  ) | Civil Action No. 05-1186 (RCL) |

## SCHEDULING ORDER

In order to manage this case in a manner consistent with the highest quality of justice, it is hereby

ORDERED that the parties shall file:

Expert Disclosures:   The parties shall designate expert witnesses no later than September 21, 2007.

ORDERED that:

Depositions:   The parties shall be limited to a total of 12 depositions.

Discovery Closes:   On or before October 19, 2007

ORDERED that the parties file:

Dispositive Motions:   November 23, 2007

Pretrial conference:   A pretrial conference shall be scheduled no earlier than 30 days after resolution of any dispositive motions.

FURTHER ORDERED that counsel comply with all directives set forth in this Court's Standing Order issued for this case.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 1, 2007.