IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. | ) |
|     Plaintiff/Counter-Defendant | ) ) ) ) |
| v. | )   Civil Action No.: 05-01186 ) |
| JOHN B. MANN, et al. | ) ) |
|     Defendants/Counter-Plaintiffs | ) ) |

## NOTICE OF SERVICE SUBPOENA DUCES TECUM

Pursuant to Federal Rule 45(b)(1), Plaintiff hereby gives notice that on the 2nd day of August, 2007, Plaintiff served the attached Subpoena *Duces Tecum* on BB&T Bank.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____//s//_____
Matthew H. Goodman, D.C. Bar #445404
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9116 (voice)
(202) 783-3420 (facsimile)
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on this 2nd day of August, 2007, the foregoing Notice of Service was served electronically upon:

Christopher Hoge, #203257
1710 Rhode Island Ave., N.W.
7th Floor
Washington, D.C. 20036
Counsel for Defendant John B. Mann and Mann Technologies

And via regular, first-class mail upon:

ROBERT B. PATTERSON, pro se
11775 Stratford House Place
#407
Reston, VA 20190


_____//s//_____
Matthew H. Goodman

Counsel for Ellipso, Inc.