IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. ) | |
| ) | |
| Plaintiff and Counterclaim ) | |
| Defendant ) | |
| ) | |
| v. ) | Case No. 05cv01186 (RCL) |
| ) | |
| JOHN B. MANN, et al. ) | Judge: Royce C. Lamberth |
| ) | |
| Defendants and Counterclaim ) | |
| Plaintiffs ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND REQUEST FOR STAY OF DISCOVERY

COMES NOW, Matthew H. Goodman and the law firm of Leftwich & Ludaway, LLC, and pursuant to Local Civil Rule 83.6(c), respectfully states that irreconcilable differences have developed between Counsel and Ellipso which make it impossible for Counsel to effectively discharge his duties in representing his client, as more fully set forth in the attached Memorandum of Points and Authorities.

WHEREFORE, Counsel respectfully requests that this Court grant its Motion to Withdraw As Counsel and enter an order staying discovery so as to allow Plaintiff sufficient time to secure new counsel and resume discovery.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____//s//_____
Natalie Ludaway, #405149
Matthew H. Goodman, #445404
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9100 (voice)
*Counsel for Ellipso, Inc.*

## CERTIFICATE UNDER RULE 83.6

The last known address for Ellipso, Inc. is 4410 Massachusetts Ave., Suite 385, Washington, D.C. 20016. Ellipso, Inc. is hereby notified to obtain new counsel, or if Plaintiff objects to the withdrawal, to so notify the Clerk in writing within five days of service of this Motion.

## LOCAL RULE 7(m) CERTIFICATE

Defendants do not oppose Counsel's Motion to Withdraw, but oppose the request for a five-week stay of discovery.

## CERTIFICATE OF SERVICE

I certify that on this 27th day of August, 2007, the foregoing was served via electronic filing upon

Christopher Hoge, #203257
1710 Rhode Island Ave., N.W.
7th Floor
Washington, D.C. 20036

And by regular, first-class mail upon:

ROBERT B. PATTERSON, pro se
11775 Stratford House Place
#407
Reston, VA 20190

Ellipso, Inc.
4410 Massachusetts Ave., Suite 385
Washington, D.C. 20016

_____//s//_____
Matthew H. Goodman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. | ) |
| | ) |
|    Plaintiff and Counterclaim Defendant | ) ) ) |
| | ) |
| v. | )   Case No. 05cv01186 (RCL) |
| | ) |
| JOHN B. MANN, et al. | )   Judge: Royce C. Lamberth |
| | ) |
|    Defendants and Counterclaim Plaintiffs | ) ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND REQUEST FOR STAY OF DISCOVERY

In support of Counsel's Motion for Leave to Withdraw As Counsel, Matthew H. Goodman and the law firm of Leftwich & Ludaway, LLC, respectfully state as follows:

1.     Counsel has developed differences with Plaintiff which make it no longer possible for counsel to effectively discharge his duties.

2.     Plaintiff has acted in a manner which permits counsel to withdraw as counsel pursuant to Rules 1.16(b) of the D.C. Rules of Professional Conduct.

3.     Over the past several weeks, counsel has attempted in good faith to resolve the differences with his client without success.

4.     Counsel advised his client that a motion to withdraw would be filed with the court if the differences could not be resolved.

5.     The undersigned counsel do not have a long standing relationship with Plaintiff and have made Plaintiff aware of the filing of the instant motion.

6. Plaintiff will not suffer any materially adverse consequence should the undersigned counsel be permitted to withdraw as counsel at this early stage of the proceeding. There is ample time for Plaintiff to secure new counsel and complete outstanding discovery.

7. This Court recently permitted counsel for Defendants Mann Technologies and John Mann to withdraw as counsel. It took seven weeks before new counsel for the Mann Defendants entered his appearance.

8. Counsel requests that the Court stay discovery for a period of five weeks so as to allow Plaintiff time to secure new counsel. Meanwhile, various depositions are scheduled to take place over the coming weeks. Specifically, Defendants have noticed the depositions of Juan Tomassoni for September 5, 2007; Jack Anderson for September 19, 2007; John Piper for September 19, 2007; and a corporate representative from Ellipso for September 20, 2007.[1] It is in the best interests of all parties that the attorneys who will be representing Ellipso at trial participate in these depositions, as well as additional discovery, so as to avoid potential prejudice or duplication of discovery efforts once new counsel is retained.

9. Other discovery issues remain outstanding, such as the Mann Defendants' objection to Ellipso's recently issued subpoena to BB&T, as well as the adequacy of Defendants' discovery responses. Upon information and belief, the Mann Defendants further intend to issue and re-issue subpoenas that Ellipso will likely need to oppose, in whole or in part.[2] It is in the

---

[1] David Castiel, as president of Ellipso, was already subject to an eight-hour deposition on May 2, 2007. Defendants' prior counsel, Mr. Thomas Mauro, was present at the deposition and participated in the questioning of Ellipso's representative. Defendants' rejected Ellipso's offer to postpone the deposition until the court ruled on Mr. Mauro's pending Motion to Withdraw so that new counsel could participate in the deposition. Now, as anticipated, new counsel for the Mann Defendants seek another "bite at the apple" by attempting to compel Ellipso to attend another deposition in violation of this Court's rules. Ellipso will be filing a Motion for Protective Order in the coming days.

[2] For example, the undersigned has been made aware that Defendants intend to conduct discovery into David Castiel's personal finances, even though he is not a party to this case. Mr. Castiel's personal finances are

parties' best interests that these issues be resolved by counsel who will be representing the parties at trial.

10. Defendants Mann Technologies and John Mann took approximately seven weeks to secure new counsel following this Court's entry of their prior counsel's Motion to Withdraw. During this time, Plaintiff's counsel voluntarily refrained from conducting any further discovery until new counsel entered his appearance.

11. A brief stay of discovery to allow Ellipso time to secure new counsel would not cause any significant delay this case, especially since no mediation or pretrial conference has been scheduled. Moreover, Defendants' own conduct has caused Ellipso to incur substantial delays in this case. Defendants waited 8 months before informing the undersigned counsel that a scheduling order was never submitted to the Court by prior counsel. The undersigned counsel was made aware of the prior failure of the parties to submit a proposed scheduling order only when Ellipso attempted to conduct discovery and schedule depositions in February 2007. The Defendants further failed to provide timely and complete discovery responses, while Mr. Robert Patterson has yet to respond to Plaintiff's Interrogatories which were served over a year ago on July 20, 2006. Finally, it took seven weeks for the Mann Defendants to secure new counsel following this Court's granting of prior counsel's Motion for Leave to Withdraw.

WHEREFORE, Counsel respectfully requests that this Court permit it to withdraw as counsel and to order a five-week stay of discovery to allow Ellipso time to secure new counsel.

---

completely irrelevant to the issues raised in the Complaint and the remaining claims of Defendants' Amended Counterclaim, and would only be intended to harass and annoy him.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____//s//_____
Natalie Ludaway, #405149
Matthew H. Goodman, #445404
1400 K Street, NW
Suite 1000
Washington, DC  20005
(202) 434-9100 (voice)
*Counsel for Ellipso, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. ) | |
| ) | |
| Plaintiff and Counterclaim ) | |
| Defendant ) | |
| ) | |
| v. ) | Case No. 05cv01186 (RCL) |
| ) | |
| JOHN B. MANN, et al. ) | Judge: Royce C. Lamberth |
| ) | |
| Defendants and Counterclaim ) | |
| Plaintiffs ) | |

## ORDER

UPON CONSIDERATION of the Motion to Withdraw as Counsel and Stay Discovery filed by Matthew H. Goodman and the law firm of Leftwich & Ludaway, LLC, and any Opposition filed thereto, it is by the Court this _____ day of

_____;

ORDERED, that the Motion for Leave to Withdraw as Counsel be and the same is hereby Granted; and it is further

ORDERED, that the appearance of Matthew H. Goodman and the law firm of Leftwich & Ludaway, LLC is hereby WITHDRAWN as counsel for Plaintiff; and it is further

ORDERED, that all discovery shall be stayed for a period five weeks from the date of this Order so as to allow Plaintiff the opportunity to secure new counsel.

_____
JUDGE LAMBERTH