UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., ) | |
| ) | |
|     Plaintiff and ) | |
|     Counter-Defendant ) | |
| ) | |
| v. ) | Civil Action No. 05-1186 (RCL) |
| ) | |
| JOHN B. MANN, *et al.*, ) | |
| ) | |
|     Defendants and ) | |
|     Counter-Plaintiffs ) | |

**ORDER**

UPON CONSIDERATION of the Motion for Leave to Withdraw as Counsel filed by current counsel for Plaintiff/Counter-Defendant Ellipso, Inc. ("Ellipso"), and of Ellipso's Request for Stay of Discovery, and Emergency Motion for Protective Order, and of the responses to these motions filed by Defendants/Counter-Plaintiffs, and for good cause shown, it is by the Court, this ____ day of _____, 2007, hereby

ORDERED, that the Motion to Withdraw be, and it is hereby (GRANTED) (DENIED); and it is further

ORDERED, that Ellipso's Request for Stay of Discovery be, and it is hereby, GRANTED, except insofar as the third party witness deposition of Juan Tomassoni, which shall proceed as scheduled on September 5, 2007, at 2:00 p.m. The remainder of discovery shall be stayed until new counsel has entered an appearance for Ellipso. And it is further

ORDERED, that the Motion for Protective Order with regard to the Rule 30(b)(6) deposition of Ellipso, Inc. Be, and it is hereby, DENIED.

_____
UNITED STATES DISTRICT JUDGE

Copies:

NATALIE LUDAWAY, ESQ.
MATTHEW H. GOODMAN, ESQ.
LEFTWICH & LUDAWAY, LLC
1400 K Street, N.W.
Suite 1000
Washington, D.C.  20005
mgoodman@leftwichlaw.com

CHRISTOPHER G. HOGE, ESQ.
CROWLEY, HOGE & FEIN, P.C.
1710 Rhode Island Avenue, N.W.
7th Floor
Washington, D.C.  20036
chfcgh@aol.com

ROBERT B. PATTERSON
11775 Stratford House Place
#407
Reston, VA 20190