1

```
 1            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
 2     - - - - - - - - - - - - - -x
                                   :
 3     ELLIPSO, INC.,              :
                                   :
 4        Plaintiff/Counterclaim   :
          Defendant,               :
 5                                 :
          v.                       :  Case No. 05-cv01186(RCL)
 6                                 :
       JOHN B. MANN, et al.,       :
 7                                 :
          Defendants/Counterclaim  :
 8         Plaintiffs.             :
                                   :
 9     - - - - - - - - - - - - - -x
```

10                          Reston, Virginia

11                          Wednesday, May 2, 2007

12          Deposition of DAVID CASTIEL, Witness, called for

13     examination by counsel for the Defendant/Counterclaim

14     Plaintiff, at the Metro Offices, 11710 Plaza America,

15     Reston, Virginia, before Diana L. Cox, CCR, a stenographic

16     reporter and notary public in and for the District of

17     Columbia, commencing at 10:20 a.m., when were present on

18     behalf of the respective parties:

19

20

21

22

EXHIBIT

A

2

```
 1   APPEARANCE:

 2       On Behalf of the Plaintiff/Counterclaim Defendant:
             MATTHEW H. GOODMAN, ESQ.
 3           Leftwich & Ludaway
             1400 K Street, Northwest
 4           Suite 1000
             Washington, DC 20036
 5           202-434-9100

 6       On Behalf of the Defendants/Counterclaim Plaintiffs:
             THOMAS A. MAURO, ESQ.
 7           Mauro Law Offices, PC &
             1020 Nineteenth Street, Northwest
 8           Suite 400
             Washington, DC 20036
 9           202-452-9865

10           ROBERT PATTERSON, PRO SE
             11775 Stratford House Place, #407
11           Reston, Virginia 20190

12

13

14

15

16

17

18

19

20

21

22
```

7

1                    P-R-O-C-E-E-D-I-N-G-S

2    Whereupon,

3                    DAVID CASTIEL,

4    called as a witness, having been first duly

5    sworn, was examined and testified as follows:

6                    EXAMINATION BY COUNSEL FOR
                 THE DEFENDANT/COUNTERCLAIM PLAINTIFF

7    BY MR. PATTERSON:

8         Q    We're here for the deposition of David Castiel.

9    Would you please state your name and address for the

10   record?

11        A    David Castiel; 4819 Indian Lane, Northwest,

12   Washington, DC.

13        Q    And, Dr. Castiel, have you had your deposition

14   taken before?

15        A    Yes.

16        Q    How many times?

17        A    Several times.  I don't know.

18        Q    So you understand the procedures --

19        A    Yes.

20        Q    -- for a deposition?

21             Dr. Castiel, is there any reason why you can't

22   testify here today fully and truthfully?