## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ELLIPSO, INC.**                                )
                                                 )
    **Plaintiff and Counterclaim**      )
    **Defendant**                        )
                                                 )
    **v.**                               )    **Case No. 05cv01186 (RCL)**
                                                 )
**JOHN B. MANN, et al.**                         )    **Judge: Royce C. Lamberth**
                                                 )
    **Defendants and Counterclaim**      )
    **Plaintiffs**                       )
                                                 )

## PLAINTIFF'S SECOND NOTICE OF TAKING DEPOSITION OF DEFENDANT JOHN MANN

Please take notice that Plaintiff Ellipso, Inc., by and through their undersigned counsel, will take the deposition of John Mann for use in discovery and as evidence at trial on September 17, 2007 at 9:30 a.m. at the law offices Leftwich & Ludaway, LLC, 1400 K Street, N.W., Suite 1000, Washington, D.C. 20005. Said deposition is to be taken before an officer authorized to administer oath in the District of Columbia and will continue until completed.

Said deposition is to be taken before an officer authorized to administer oath in the District of Columbia and will continue until completed.

Pursuant to Federal Rule 30(b)(5), the Deponent is hereby requested to bring with him to the deposition the following documents:

    1.    All documents requested in Plaintiff's Request for Production of Documents;

1

**EXHIBIT**

**C**

2.    All documents that evidence all monies paid by John Mann or Mann Technologies, LLC to Ellipso, Inc. in furtherance of or pursuant to the Collateralized Loan Agreement or any Amendments thereto;

3.    A copy of the statements for all accounts with any bank or financial institution held by John B. Mann from January 2004 to January 2006 for any and all accounts into which monies received from the sale of ICOHA stock were deposited.

4.    A copy of the personal bank accounts for John B. Mann from January 2004 to January 2006 for any and all accounts into which monies received from Mann Technologies, LLC were deposited.

5.    Copies of all documents reflecting monies received by John Mann from the sale of ICOHA stock.

6.    Copies of all documents that reflect the monies, income, bonuses, or other payments received by John Mann from Mann Technologies, LLC.

7.    All documents which supports your contention that Robert Patterson's financial and/or ownership interest in Mann Technologies, LLC was disclosed to David Castiel and/or Ellipso.

8.    Copies of all documents reflecting payments made by John Mann to David Castiel or Ellipso.

9.    Copies of all documents reflecting payments made by John Mann to Robert Patterson and Juan Tomassoni.

10.    All e-mails between John Mann and Robert Patterson.

11.    All e-mails between John Mann and David Castiel and/or Ellipso.

2

12.    Any document you contend supports any defense pled by you in this

matter.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

Natalie Ludaway, #405149
Matthew H. Goodman, #445404
1400 K Street, NW
Suite 1000
Washington, DC 20005
(202) 434-9109 (voice)
*Counsel for Ellipso, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 10th day of August, 2007, the foregoing Plaintiff's Second Amended Notice of Taking Deposition of John Mann was served via regular, first-class mail upon:

Christopher Hoge, Esq.
1710 Rhode Island Ave., N.W.
7th Floor
Washington, D.C. 20036
Counsel for John Mann and Mann Technologies, Inc.

ROBERT B. PATTERSON, pro se
11775 Stratford House Place
#407
Reston, VA 20190

DLC Reporting
123 Walnut Farms Parkway
Fredericksburg, Virginia 22405

Matthew H. Goodman

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.** ) | |
| ) | |
| **Plaintiff and Counterclaim** ) | |
| **Defendant** ) | |
| ) | |
| **v.** ) | **Case No. 05cv01186 (RCL)** |
| ) | |
| **JOHN B. MANN, et al.** ) | **Judge: Royce C. Lamberth** |
| ) | |
| **Defendants and Counterclaim** ) | |
| **Plaintiffs** ) | |

## NOTICE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY that on the 10th day of August, 2007, a copy of Plaintiff's Second

Amended Notice of Deposition of John Mann and Mann Technologies, along with this Notice of

Service of Discovery were hand-delivered to:

Christopher Hoge, Esq.
1710 Rhode Island Ave., N.W.
7th Floor
Washington, D.C. 20036
Counsel for John Mann and Mann Technologies, Inc.

ROBERT B. PATTERSON, pro se
11775 Stratford House Place
#407
Reston, VA 20190


I will retain the originals of these documents in my possession, without alteration, until

the case is concluded in this Court, the time for noting an appeal has expired, and any appeal

noted has been decided.

1

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

_____\\s\_____
Natalie Ludaway, #405149
Matthew H. Goodman, #445404
1400 K Street, NW
Suite 1000
Washington, DC  20005
(202) 434-9109 (voice)
*Counsel for Ellipso, Inc.*

2