IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:05CV01186 |
| v. | ) |
| | ) JUDGE ROYCE C. LAMBERTH |
| JOHN B. MANN, et al. | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

Please enter the appearance of Vanessa Carpenter Lourie and Linda Awkard as counsel for the plaintiff, Ellipso, Inc.

Respectfully submitted,

\_\_\_\_/s/_____
Vanessa Carpenter Lourie, #250068
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521
(202) 342-8000 (Telephone)
(202) 342-9000 (Facsimile)
vlourie@carpenterlourie.com (e-mail)


\_\_\_\_/s/_____
Linda Awkard, #38748
4201 Cathedral Avenue, N.W.
Suite 1416 W
(202) 237-1535 (Telephone)
(202) 237-1204 (Facsimile)
lawkard@earthlink.net (e-mail)

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Entry of Appearance and was served by first class mail, postage prepaid, this November 2, 2007, on:

        Robert B. Patterson
        P.O. Box 3106
        Reston, Virginia 20190

        Christopher Hoge, Esquire
        Crowley, Hoge & Fein, P.C.
        1719 Rhode Island Avenue, N.W.
        Suite 700
        Washington, D.C. 20036-3125

            /s/
        Vanessa Carpenter Lourie, Esquire