IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. | ) |
| | ) |
|    Plaintiff and Counterclaim | ) |
|    Defendant | ) |
| | ) |
| v. | ) Case No. 05cv01186 (RCL) |
| | ) |
| JOHN B. MANN, et al. | ) Judge: Royce C. Lamberth |
| | ) |
|    Defendants and Counterclaim | ) |
|    Plaintiffs | ) |

FILED
NOV 05 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER (4/3/5)

UPON CONSIDERATION of the Motion to Withdraw as Counsel and Stay Discovery filed by Matthew H. Goodman and the law firm of Leftwich & Ludaway, LLC, and ~~any~~ The record herein, ~~Opposition filed there~~to, it is by the Court this ____5th____ day of November 2007;

ORDERED, that the Motion for Leave to Withdraw as Counsel be and the same is hereby Granted; and it is further

ORDERED, that the appearance of Matthew H. Goodman and the law firm of Leftwich & Ludaway, LLC is hereby WITHDRAWN as counsel for Plaintiff; and it is further

ORDERED, that The motion to stay discovery is moot, ~~all discovery shall be stayed for a period five weeks from the date of this Order so as to allow Plaintiff the opportunity to secure~~ new counsel. having now appeared for plaintiff.

_____
JUDGE LAMBERTH