IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. | ) |
| | ) |
|     Plaintiff and Counterclaim | ) |
|     Defendant | ) |
| | ) |
| v. | )   Case No. 05cv01186 (RCL) |
| | ) |
| JOHN B. MANN, et al. | )   Judge: Royce C. Lamberth |
| | ) |
|     Defendants and Counterclaim | ) |
|     Plaintiffs | ) |

FILED
NOV 05 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

[132]

UPON CONSIDERATION of Plaintiff's Emergency Motion for Protective Order, and any Opposition filed thereto, it is by the Court this ___5th___ day of _November 2007_;

ORDERED, that Plaintiff's Emergency Motion for Protective Order be and the same is hereby ~~granted~~ DENIED; and it is further

ORDERED, that the depositions of Juan Tomassoni, Jack Anderson and John Piper ~~and David Castiel~~ shall proceed with plaintiff's new counsel ~~be postponed until such time as the Court decides the Motion to Withdraw and Stay Discovery filed by counsel for Ellipso; and it is further~~

~~ORDERED, that the notice of deposition of David Castiel, as president of Ellipso, for September 20, 2007, is hereby stricken as Defendants have already deposed Ellipso's president in this matter.~~

_/s/ Royce C. Lamberth_
JUDGE LAMBERTH

7