IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. | ) |
| | ) |
|    Plaintiff/Counter-Defendant | ) |
| | ) |
|               v. | ) Case #05cv01186 (RCL) |
| | ) |
| JOHN B. MANN, et al. | ) Royce C. Lamberth, |
| | ) Judge |
|    Defendants/Counter-Plaintiffs. | ) |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT ROBERT PATTERSON'S MOTION TO QUASH THE PRELIMINARY INJUNCTION**

    Comes now plaintiff, ELLIPSO, INC., by and through undersigned counsel, and moves this Honorable Court to extend the deadline to file its opposition to defendant Robert Patterson's motion to quash the preliminary injunction entered herein, and in support thereof states as follows:

    1.    On October 30, 2007 defendant Robert Patterson (hereinafter referred to as "Patterson") filed a Motion to Quash a Preliminary Injunction issued by this Court on November 2, 2005, which was affirmed by the United States Court of Appeals on March 23, 2007.

    2.    The appearance of plaintiff's undersigned counsel was not entered until November 5, 2007.

    3.    Pursuant to applicable rules, plaintiff's opposition is due on even date herewith.

4. In light of counsel's recent appearance, the complexity of the issues, and the extensive history of the case, undersigned counsel requires additional time to complete the review of the case file, the issues involved, and the applicable law in order to properly respond to the motion on behalf of the plaintiff.

5. Based on the allegations in Patterson's motion, he was aware of the evidence that he relies upon to support his motion at least as early as May 2, 2007 when he took the deposition of David Castiel, President and CEO of plaintiff.

6. Consequently, this brief delay will not prejudice him.

7. In view of the Veteran's Day holiday this week, and existing plans to be out of town for the Thanksgiving holiday next week, the undersigned requests that the time for filing plaintiff's opposition be extended to November 26, 2007.

For the foregoing reasons, plaintiff respectfully requests that this Honorable Court grant an extension of time to oppose Patterson's motion to quash the preliminary injunction to and including November 26, 2007.

Respectfully submitted,

_____/s/_____
Vanessa Carpenter Lourie, #250068
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521
(202) 342-8000 (Telephone)
(202) 342-9000 (Facsimile)
vlourie@carpenterlourie.com (e-mail)


_____/s/_____
Linda Awkard, #38748
4201 Cathedral Avenue, N.W.
Suite 1416 W
(202) 237-1535 (Telephone)
(202) 237-1204 (Facsimile)
lawkard@earthlink.net (e-mail)

Counsel for Plaintiff

### CERTIFICATE PURSUANT TO LCvR 7(m)

   I HEREBY CERTIFY that I conferred with defendant Robert Patterson and he does not consent to this request for additional time.

_____/s/_____
Vanessa Carpenter Lourie, Esquire

**POINTS AND AUTHORITIES**

1. FRCP 6.

2. LCvR 7.

3. The record herein.

　　　　　　　　　　　　　　/s/
　　　　　　　　　　Vanessa Carpenter Lourie, Esquire

**CERTIFICATE OF SERVICE**

　　I hereby certify that a true and correct copy of the foregoing Motion was served by first class mail, postage prepaid, this November 13, 2007, on:

　　　　Robert B. Patterson
　　　　P.O. Box 3106
　　　　Reston, Virginia 20190

　　　　Christopher Hoge, Esquire
　　　　Crowley, Hoge & Fein, P.C.
　　　　1719 Rhode Island Avenue, N.W.
　　　　Suite 700
　　　　Washington, D.C. 20036-3125

　　　　　　　　　　　　　　/s/
　　　　　　　　　　Vanessa Carpenter Lourie, Esquire

Case 1:05-cv-01186-RCL    Document 138    Filed 11/13/2007    Page 5 of 5