IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. | ) |
| | ) |
|     Plaintiff/Counter-Defendant | ) |
| | ) |
|                   v. | ) Case #05cv01186 (RCL) |
| | ) |
| JOHN B. MANN, et al. | ) Royce C. Lamberth |
| | ) Judge |
|     Defendants/Counter-Plaintiffs. | ) |

**ORDER EXTENDING TIME TO FILE OPPOSITION TO
MOTION TO QUASH THE PRELIMINARY INJUNCTION
AS TO DEFENDANT ROBERT PATTERSON**

UPON CONSIDERATION of Plaintiff's Motion for Extension of Time To File An Opposition to Defendant Robert Patterson's Motion to Quash The Preliminary Injunction, it is by the Court this _____ day of November, 2007,

**ORDERED**, that plaintiff's motion for an extension of time be and hereby is **GRANTED**, and it is further,

**ORDERED,** that plaintiff shall have to and including the _____ day of November, 2007 to file its opposition to defendant Patterson's motion to quash the preliminary injunction.

                                                        _____
                                                        JUDGE ROYCE C. LAMBERTH

Copies by electronic delivery to:

Vanessa Carpenter Lourie, Esquire
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521

Christopher Hoge, Esquire
1717 Rhode Island Ave., N.W.
7th Floor
Washington, D.C. 20036

Robert B. Patterson
P.O. Box 3106
Reston, Virginia 20190