UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIPSO, INC.,                             )
                                           )
       Plaintiff and                   )
       Counter-Defendant               )
                                           )
    v.                                   )        Civil Action No. 05-1186 (RCL)
                                           )
JOHN B. MANN, *et al.*,                     )
                                           )
       Defendants and                  )
       Counter-Plaintiffs              )

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE DISPOSITIVE MOTION**

Come now John B. Mann and Mann Technologies, LLC, Defendants and Counter-Plaintiffs herein (collectively the "Mann Defendants"), by their undersigned counsel, and respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b) and L Cv. R. 7, for a one week enlargement of time within which to file a motion for summary judgment in this matter.  This motion is filed with the consent of Plaintiff/Counter-Defendant ("Plaintiff").  As grounds for the motion, the Mann Defendants state as follows:

    1.  The current due date for dispositive motions is November 23, 2007, per Court Order dated August 1, 2007.

    2.  On August 27, 2007, counsel for Plaintiff filed a Motion for Leave to Withdraw as Counsel and Request for Stay of Discovery.  On August 29, 2007, Plaintiff filed an Emergency Motion for Protective Order.  A consolidated response to both motions was filed by the Mann Defendants on September 4, 2007.  The motions were not ruled upon until November 5, 2007, shortly after new counsel entered appearances for Plaintiff.

3.  Because the Mann Defendants were unsure how this case would proceed while the above motions were pending, undersigned counsel did not devote substantial time to preparing a dispositive motion prior to the November 5 ruling.

4.  The Mann Defendants believe that they have a very meritorious motion for summary judgment based upon the discovery and investigation which has occurred thus far.  However, due to the press of other business and the upcoming Thanksgiving holiday, it will be difficult for them to complete their motion by the current due date of November 23.  Undersigned counsel is scheduled to be with family in upstate New York for the Thanksgiving holiday, starting November 21.

5.  On November 15, 2007, counsel for the Mann Defendants contacted Vanessa Carpenter Lourie, Esq., new counsel for Plaintiff, and asked for her consent to this motion. Consent was graciously extended.

WHEREFORE, the Mann Defendants respectfully request that this Motion be granted and that they be given a one week enlargement of time, up to and including November 30, 2007, within which to file a dispositive motion.

Respectfully submitted,

/s/ Christopher G. Hoge
Christopher G. Hoge #203257
Counsel for Defendants/Counter-Plaintiffs
 John B. Mann and Mann Technologies, LLC

CROWLEY, HOGE & FEIN, P.C.
1710 Rhode Island Avenue, N.W.
7th Floor
Washington, D.C.  20036
(202) 483-2900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true copies of the foregoing Motion were, this

19th day of November, 2007, served electronically upon:

> VANESSA CARPENTER LOURIE, ESQ.
> 4400 MacArthur Blvd., N.W.
> Suite #205
> Washington, D.C.  20007-2521
> Co-Counsel for Plaintiff/Counter-Defendant

> and

> LINDA AWKARD, ESQ.
> 4201 Cathedral Ave., N.W.
> Suite #1416W
> Washington, D.C. 20016
> Co-Counsel for Plaintiff/Counter-Defendant

and via first class mail, postage prepaid, upon:

> ROBERT B. PATTERSON
> 11775 Stratford House Place
> #407
> Reston, VA 20190
> Defendant/Counter-Plaintiff *Pro Se*

> /s/ Christopher G. Hoge
> Christopher G. Hoge

cgh/z/wpdirs/civil
mannmfe.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIPSO, INC.,                              )
                                            )
            Plaintiff and                   )
            Counter-Defendant               )
                                            )
      v.                                    )      Civil Action No. 05-1186 (RCL)
                                            )
JOHN B. MANN, *et al.*,                     )
                                            )
            Defendants and                  )
            Counter-Plaintiffs              )

## **ORDER**

UPON CONSIDERATION of the Consent Motion for Enlargement of Time to File

Dispositive Motion filed by Defendants/Counter-Plaintiffs, John B. Mann and Mann

Technologies, LLC, and for good cause shown, it is by the Court, this _____ day of

_____, 2007, hereby

ORDERED, that the Motion be, and it is hereby, GRANTED; and it is further

ORDERED, that John B. Mann and Mann Technologies, LLC are granted a one week

enlargement of time, up to and including November 30, 2007, within which to file a dispositive

motion in this matter.

_____
UNITED STATES DISTRICT JUDGE

Copies:

VANESSA CARPENTER LOURIE, ESQ.
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C.  20007-2521
vlourie@carpenterlourie.com

LINDA AWKARD, ESQ.
4201 Cathedral Ave., N.W.
Suite #1416W
Washington, D.C.  20016
lawkard@earthlink.net

CHRISTOPHER G. HOGE, ESQ.
CROWLEY, HOGE & FEIN, P.C.
1710 Rhode Island Avenue, N.W.
7th Floor
Washington, D.C.  20036
chfcgh@aol.com

ROBERT B. PATTERSON
11775 Stratford House Place
#407
Reston, VA 20190