UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., )<br>)<br>   Plaintiff and )<br>   Counter-Defendant )<br>)<br>v. )<br>)<br>JOHN B. MANN, *et al.*, )<br>)<br>   Defendants and )<br>   Counter-Plaintiffs ) | Civil Action No. 05-1186 (RCL) |

**ORDER**

UPON CONSIDERATION of the Consent Motion for Enlargement of Time to File Dispositive Motion filed by Defendants/Counter-Plaintiffs, John B. Mann and Mann Technologies, LLC, and for good cause shown, it is by the Court, this  20th  day of   November   , 2007, hereby

ORDERED, that the Motion be, and it is hereby, GRANTED; and it is further

ORDERED, that John B. Mann and Mann Technologies, LLC are granted a one week enlargement of time, up to and including November 30, 2007, within which to file a dispositive motion in this matter.

                              /s/
U.S. District Judge Royce C. Lamberth