IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. | ) |
| | ) |
|     Plaintiff/Counter-Defendant | ) |
| | ) |
|               v. | ) Case #05cv01186 (RCL) |
| | ) |
| JOHN B. MANN, et al. | ) Royce C. Lamberth |
| | ) Judge |
|     Defendants/Counter-Plaintiffs. | ) |

**ORDER DENYING MOTION TO QUASH THE PRELIMINARY INJUNCTION
AS TO DEFENDANT ROBERT PATTERSON**

UPON CONSIDERATION of Defendant Robert Patterson's Motion to Quash The Preliminary Injunction, and plaintiff's opposition thereto, it is by the Court this _____ day of _____, 2007,

**ORDERED**, that Defendant Robert Patterson's Motion to Quash The Preliminary Injunction shall be and hereby is **DENIED**.

                                                          _____
                                                          JUDGE ROYCE C. LAMBERTH

Copies by electronic delivery to:

Vanessa Carpenter Lourie, Esquire
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521

Christopher Hoge, Esquire
1717 Rhode Island Ave., N.W.
7th Floor
Washington, D.C. 20036

Copy by first class mail to:

Robert B. Patterson
P.O. Box 3106
Reston, Virginia 20190