ELIPSO, INC.
VIRTUAL GEOSATELLITE, LLC
INEVA.COM, INC.
COMBINED BALANCE SHEETS
December 31, 2003 and 2002

CONFIDENTIAL

## ASSETS

|  | 2003 | 2002 |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Cash | $ 8,715 | $ 20,257 |
| **PROPERTY AND EQUIPMENT, at cost** | | |
| Office and computer equipment | 199,284 | 1,072,176 |
| Accumulated depreciation | (179,146) | (969,057) |
| NET PROPERTY AND EQUIPMENT | 20,138 | 103,119 |
| **OTHER ASSETS** | | |
| Investments - restricted stock | 1,076,435 | 2,680,535 |
| Furniture deposits and other assets | 14,382 | 136,659 |
| TOTAL OTHER ASSETS | 1,090,817 | 2,817,194 |
| TOTAL ASSETS | $ 1,119,670 | $ 2,940,570 |

## LIABILITIES

|  | 2003 | 2002 |
|---|---:|---:|
| **CURRENT LIABILITIES** | | |
| Accounts payable and accrued liabilities | $ 3,205,884 | $ 2,265,584 |
| **OTHER LIABILITIES** | | |
| Vendor payable | 750,000 | 750,000 |
| Accrued rent | - | 187,221 |
| Prepaid minutes | 500,000 | 500,000 |
| TOTAL OTHER LIABILITIES | 1,250,000 | 1,437,221 |

## STOCKHOLDERS' DEFICIT

|  | 2003 | 2002 |
|---|---:|---:|
| **CAPITAL CONTRIBUTED** | | |
| Common stock | 6,493 | 6,493 |
| Paid-in capital | 82,481,390 | 82,481,390 |
| Members' capital | 5,000,000 | 5,000,000 |
| TOTAL CAPITAL CONTRIBUTED | 87,487,883 | 87,487,883 |
| ACCUMULATED DEFICIT DURING DEVELOPMENT STAGE | (84,473,462) | (83,503,584) |
| ACCUMULATED OTHER COMPREHENSIVE LOSS | (6,350,635) | (4,746,534) |
| TOTAL STOCKHOLDERS' EQUITY | (3,336,214) | (762,235) |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $ 1,119,670 | $ 2,940,570 |

CONFIDENTIAL

EXHIBIT 4

ELLIPSO, INC.
VIRTUAL GEOSATELLITE, LLC.
INEVA.COM, INC.

COMBINING STATEMENT OF OPERATIONS AND COMPREHENSIVE INCOME

December 31, 2003 and 2002

CONFIDENTIAL

### DECEMBER 31, 2003

|  | ELLIPSO, INC. AND SUBSIDIARIES |  |  |
|---|---|---|---|
| Interest income | $ | 57 | REDACTED REDACTED REDACTED |
| Internet subscriptions |  | 57 |  |
| Expenses |  | (574,345) | REDACTED |
| Loss from Ineva.com, Inc. |  | (168,130) | REDACTED |
| Intercompany service charge |  | 790,029 | REDACTED |
|  |  | 47,554 |  |
| Net income (loss) |  | 47,611 | REDACTED |
| Loss on reduction in value of stock |  | (1,604,101) | REDACTED |
| Net comprehensive income (loss) | $ | (1,556,490) | REDACTED |

### DECEMBER 31, 2002

|  | ELLIPSO, INC. AND SUBSIDIARIES |  |  |
|---|---|---|---|
| Interest income | $ | 3,711 | REDACTED REDACTED REDACTED |
| Internet subscriptions |  |  |  |
| Expenses |  | (1,902,835) | REDACTED |
| Loss from Ineva.com, Inc. |  | (295,088) | REDACTED |
| Intercompany service charge |  | 1,413,946 | REDACTED |
|  |  | (783,977) |  |
| Net income (loss) |  |  | REDACTED |
| Plus income recapture from reduction of liabilities |  | 2,927,732 | REDACTED |
| Net income (loss) |  | 2,147,466 | REDACTED |
| Loss on reduction in value of stock |  | (4,746,534) | REDACTED |
| Net comprehensive income (loss) | $ | (2,599,068) | REDACTED |

CONFIDENTIAL

# ELLIPSO, INC.
# VIRTUAL GEOSATELLITE, LLC.
# INEVA.COM, INC.
## COMBINING BALANCE SHEETS
### December 31, 2003

**CONFIDENTIAL**

| | ELLIPSO, INC. AND SUBSIDIARIES | VIRTUAL GEOSATELLITE, LLC | INEVA.COM, INC. | COMBINATION ELIMINATIONS | TOTAL |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| | $ 733 | REDACTED | REDACTED | REDACTED | REDACTED |
| | 39,700 | | | | |
| | (39,700) | | | | |
| | — | | | | |
| | 1,076,435 | REDACTED | REDACTED | REDACTED | REDACTED |
| | 2,104,516 | | | | |
| | 1,648,843 | | | | |
| | 14,382 | | | | |
| | $ 4,844,909 | | | | |
| **LIABILITIES** | | | | | |
| | $ 1,489,402 | REDACTED | REDACTED | REDACTED | REDACTED |
| | 750,000 | | | | |
| | 500,000 | | | | |
| | 1,250,000 | | | | |
| | 90,619 | | | | |
| **STOCKHOLDERS' EQUITY/(DEFICIT)** | | | | | |
| | 6,488 | REDACTED | REDACTED | REDACTED | REDACTED |
| | 84,480,402 | | | | |
| | 84,486,890 | | | | |
| | (76,121,367) | | | | |
| | (6,150,635) | | | | |
| | 2,014,888 | | | | |
| | $ 4,844,9 | | | | |


CONFIDENTIAL

**ELLIPSO, INC.**
**VIRTUAL GEOSATELLITE, LLC.**
**INEVA.COM, INC.**
COMBINING BALANCE SHEETS
December 31, 2002

**CONFIDENTIAL**

| | ELLIPSO, INC AND SUBSIDIARIES | VIRTUAL GEOSATELLITE, LLC | INEVA.COM, INC. | COMBINATION ELIMINATIONS | TOTAL |
|---|---|---|---|---|---|

### ASSETS

| | | | | | |
|---|---|---|---|---|---|
| NT ASSETS | | | | | |
| 1 and cash equivalents | $ 15,901 | REDACTED | REDACTED | REDACTED | REDACTED |
| RTY AND EQUIPMENT | | | | | |
| ce and computer equipment | 912,592 | | | | |
| umulated depreciation | (855,806) | | | | |
| ET PROPERTY AND EQUIPMENT | 56,786 | | | | |
| R ASSETS | | | | | |
| stments - restricted stock, ITCL | 2,680,535 | | | | |
| stment in and advances to Virtual ieosatellite, LLC | 1,499,084 | REDACTED | REDACTED | REDACTED | REDACTED |
| stment in common stock of parent | 1,662,047 | | | | |
| stment in ineva.com | | | | | |
| ature deposits & other assets | 136,659 | | | | |
| OTAL OTHER ASSETS | 5,978,325 | | | | |
| OTAL ASSETS | $ 6,051,012 | REDACTED | REDACTED | REDACTED | REDACTE |

### LIABILITIES

| | | | | | |
|---|---|---|---|---|---|
| ENT LIABILITIES | | | | | |
| ounts payable and accrued abilities | $ 922,123 | REDACTED | REDACTED | REDACTED | REDACTED |
| R LIABILITIES | | | | | |
| dor payable | 750,000 | | | | |
| rued rent | 187,221 | | | | |
| paid minutes | 500,000 | | | | |
| OTAL OTHER LIABILITIES | 1,437,221 | | | | |
| ity interest in Ineva.com, Inc. | 120,289 | | | | |

### STOCKHOLDERS EQUITY(DEFICIT)

| | | | | | |
|---|---|---|---|---|---|
| AL CONTRIBUTED | | | | | |
| mon stock | 6,488 | | | | |
| d-in capital | 84,480,402 | | | | |
| bers' capital | | | | | |
| OTAL CAPITAL CONTRIBUTED | 84,486,890 | REDACTED | REDACTED | REDACTED | REDACTED |
| MULATED DEFICIT DURING ELOPMENT STAGE | (76,168,977) | | | | |
| MULATED OTHER MPREHENSIVE LOSS | (4,746,534) | | | | |
| OTAL STOCKHOLDERS' EQUITY (DEFICIT) | 3,571,379 | | | | |
| OTAL LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIT) | $ 6,051,012 | REDACTED | REDACTED | REDACTED | REDACTED |

**ELLIPSO, INC.**
**CONSOLIDATED BALANCE SHEET-DOES NOT INCLUDE INEVA.COM, INC.**
**INTERNAL USE STATEMENT-UNAUDITED**
**DRAFT**
**September 30, 2004**

**CONFIDENTIAL**

### Assets

|  | ellipso September 30, 2004 |
|---|---|
| **Current Assets** | |
| Cash and cash equivalents | $ 39,700.00 |
| Accounts Receivables | (39,700.00) |
| Total Current Assets | $ 1,134.30 |
| | |
| **Property and Equipment** | |
| Office, Computer Equipment | |
| Accumulated Depreciation | |
| Net Property and Equipment | REDACTED REDACTED |
| | |
| **Other Assets** | |
| Stock Unrestricted | 124,982.81 |
| Stock per Notes Payable | 113,300.53 |
| Restricted Stock | 34,695.00 |
| Debt from/to subsidiary | 2,327,853.21 |
| Debt from Internet subsidiary | |
| Investment in subsidiary | 1,661,864.00 |
| Notes Receivable | 4,000.00 |
| Intercompany eliminations | |
| Proceeds from Sale of Internet Assets | 35,000.00 |
| Total Other Assets | 4,266,706.55 |
| | |
| Total Assets | $ 4,297,619.84 |

### Liabilities and Stockholders' Equity

|  |  |
|---|---|
| **Current Liabilities** | |
| Accounts Payable and Accrued Liabilities | $ 1,226,848.83 |
| Note secured by Stock | 90,000.00 |
| Intercompany Eliminations | |
| Total Current Liabilities | 1,316,848.83 |
| | |
| **Other Liabilities** | |
| Other Liabilities | 750,000.00 |
| Prepaid Minutes | 500,000.00 |
| Total Other Liabilities | 1,250,000.00 |
| | |
| Total Liabilities | 2,566,848.83 |
| | |
| Interest in Ineva | 177,976.00 REDACTED REDACTED |
| | |
| **Stockholders' Equity/(Deficit)** | |
| Common Stock | 6,488.00 |
| Paid-in Capital | 84,480,402.00 |
| Members' Capital | |
| Intercompany Eliminations | |
| Deficit Accumulated During Development Stage | 84,486,890.00 |
| Adjustments comprehensive loss | (82,963,874.99) |
| Net Deficit | (82,963,874.99) |
| | |
| Total Stockholder's Equity | 1,523,015.01 REDACTED REDACTED |
| | |
| Total Liabilities and Stockholders' Equity | $ 4,287,839.84 |

**CONFIDENTIAL**