ICOG STOCK HISTORY

1) GRAPHS OF PRICE/VOLUME 2003 (HIGH $1.91
                                  LOW $0.36)

2) GRAPHS OF PRICE/VOLUME 2004 (HIGH
                                LOW)

3) PRICE ON 1/30/2004 — LOAN DATE

4) — " — 4/21/2004 — FIRST AMENDMENT

5 — " — ~~NO DATA ON~~ AUG. 0~~2~~3, 2004  DATE AFTER AUG. 2
        ~~Chg. TRADES~~

6 — " — 9/30/2004  DAY BEFORE NEW AGREEMENT EXPIRED

7 — " — 10/25/2004 (NO DATA FOR DATES WHEN STOCK CLOSED AT 40¢S

8 — " — 10/29/2004

9 — " — 12/31/2004

EXHIBIT 5





## HISTORICAL QUOTES — Help | CLOSE

**Ico Global Comm Hldgs Ltd De (ICOG)**

(NASDAQ GM) U.S. Dollar

| Date | Price | High | Low | Volume |
|------|-------|------|-----|--------|
| 1/30/04 | 0.46 | 0.46 | 0.46 | 18,700 |



2 Month (Daily)   @BigCharts.com

No Splits

Get another quote any day after 1/2/1970

Symbol: ____    Date: 1/30/2004    [Go]

1mo  2mo  3mo  6mo  1yr  3yr  5yr

Copyright © 1999-2007 BigCharts.com Inc. All rights reserved.
Please see our Terms of Use. Historical and current end-of-day data provided by FT Interactive Data.

▸ TAKE A TEST DRIVE NOW.
THE WALL STREET JOURNAL

Copyright © 2007 Dow Jones & Company, Inc. All Rights Reserved



## HISTORICAL QUOTES

**Ico Global Comm Hldgs Ltd De (ICOG)**

(NASDAQ GM)   U.S. Dollar

| Date | Price | High | Low | Volume |
|------|-------|------|-----|--------|
| 4/21/04 | **1.17** | 1.31 | 1.17 | 3,600 |

**No Splits**

Get another quote any day after 1/2/1970

Symbol: _____   Date: 4/21/2004   [Go]

2 Month (Daily)   ©BigCharts.com

1mo  2mo  3mo  6mo  1yr  3yr  5yr

Copyright © 1999-2007 BigCharts.com Inc. All rights reserved.
Please see our Terms of Use. Historical and current end-of-day data provided by FT Interactive Data.

THE WALL STREET JOURNAL   INTRODUCING THE

Copyright © 2007 Dow Jones & Company, Inc. All Rights Reserved

## HISTORICAL QUOTES

Help | CLOSE

**Ico Global Comm Hldgs Ltd De (ICOG)**
(NASDAQ GM)   U.S. Dollar

| Date | Price | High | Low | Volume |
|---|---|---|---|---|
| 8/3/04 | **0.53** | 0.53 | 0.53 | 1,300 |



2 Month (Daily)   @BigCharts.com

1mo  2mo  3mo  6mo  1yr  3yr  5yr

**No Splits**

Get another quote any day after 1/2/1970

Symbol: _____   Date: 8/03/2004   [Go]   1/2/1970

Copyright © 1999-2007 BigCharts.com Inc. All rights reserved.
Please see our Terms of Use. Historical and current end-of-day data provided by FT Interactive Data.

THE WALL STREET JOURNAL  ▸ TAKE A TEST DRIVE NOW.

Copyright © 2007 Dow Jones & Company, Inc. All Rights Reserved



## HISTORICAL QUOTES   Help   CLOSE

**Ico Global Comm Hldgs Ltd De (ICOG)**

(NASDAQ GM)   U.S. Dollar

| Date | Price | High | Low | Volume |
|---|---|---|---|---|
| 9/30/04 | 0.23 | 0.23 | 0.22 | 17,500 |

**No Splits**

Get another quote any day after 1/2/1970

Symbol: _____   Date: 9/30/2004   [Go]

1mo  2mo  3mo  6mo  1yr  3yr  5yr

Copyright © 1999-2007 BigCharts.com Inc. All rights reserved.
Please see our Terms of Use. Historical and current end-of-day data provided by FT Interactive Data.

▸ TAKE A TEST DRIVE NOW.

Copyright © 2007 Dow Jones & Company, Inc. All Rights Reserved



**HISTORICAL QUOTES**   Help   CLOSE

**Ico Global Comm Hldgs Ltd De (ICOG)**
(NASDAQ GM)   U.S. Dollar

| Date | Price | High | Low | Volume |
|---|---|---|---|---|
| 10/25/04 | 0.10 | 0.19 | 0.04 | 2,430,800 |

**No Splits**

Get another quote any day after 1/2/1970

Symbol: _____   Date: 10/25/2004   [Go]

1mo  2mo  3mo  6mo  1yr  3yr  5yr

Copyright © 1999-2007 BigCharts.com Inc. All rights reserved.
Please see our Terms of Use. Historical and current end-of-day data provided by FT Interactive Data.

**THE WALL STREET JOURNAL** | **INTRODUCING THE NEW AUTO CENTER**

Copyright © 2007 Dow Jones & Company, Inc. All Rights Reserved



**HISTORICAL QUOTES**  Help   CLOSE

**Ico Global Comm Hldgs Ltd De (ICOG)**
(NASDAQ GM)   U.S. Dollar

| Date | Price | High | Low | Volume |
|---|---|---|---|---|
| 10/29/04 | 0.1 | 0.10 | 0.09 | 532,000 |

**No Splits**

Get another quote any day after 1/2/1970

Symbol: _____   Date: 10/29/2004   [Go]

2 Month (Daily)   ©BigCharts.com

1mo  2mo  3mo  6mo  1yr  3yr  5yr

Copyright © 1999-2007 BigCharts.com Inc. All rights reserved.
Please see our Terms of Use. Historical and current end-of-day data provided by FT Interactive Data.

THE WALL STREET JOURNAL   ▸ TAKE A TEST DRIVE NOW.

Copyright © 2007 Dow Jones & Company, Inc. All Rights Reserved

## HISTORICAL QUOTES

**Ico Global Comm Hldgs Ltd De (ICOG)**

(NASDAQ GM)  U.S. Dollar

| Date | Price | High | Low | Volume |
|------|-------|------|-----|--------|
| 12/31/04 | 0.51 | 0.56 | 0.51 | 10,300 |



**No Splits**

Get another quote any day after 1/2/1970

Symbol: _____  Date: 12/31/2004  [Go]

1mo  2mo  3mo  6mo  1yr  3yr  5yr

Copyright © 1999-2007 BigCharts.com Inc. All rights reserved.
Please see our Terms of Use. Historical and current end-of-day data provided by FT Interactive Data.



Copyright © 2007 Dow Jones & Company, Inc. All Rights Reserved