# ellipso

## FACSIMILE TRANSMISSION

**To:** March Kimmel
Argyll Equities

**Fax #:** 858-777-3434

**From:** David Castiel
Ellipso

**Date:** January 12, 2004

**Number of Pages:** 2 (including cover)

**Message:**
As requested.

Regards,

David

EXHIBIT
7a

4410 Massachusetts Avenue, NW #385    Washington, DC 20016    Telephone: 202-466-4488 Facsimile: 202-466-4493

P 00107

EXHIBIT
7a



# Argyll Equities
Limited Liability Company

**CONFIDENTIAL**

| | |
|---|---|
| Pledged Collateral: | ICO Global Communications Ltd. (ICOHA.PK) |
| Loan Recipient: | ~~David Castiel~~ Ellipso, Inc |
| Number of Shares: | ~~500,000~~ (Five Hundred Thousand Shares) 442,611 |
| Tranch Size: | ~~250,000~~ ? |
| Traunch Frequency: | 10-15 Business Days |
| Currency: | USD |
| Closing Date: | TBD |
| Loan Terms: | ~~3 Year Loan Term, 18 month "Lock Out" on repayment, interest only paid quarterly. Principle paid at the end of term.~~ Non-recourse |
| Synthetic Loan Protection: | Fifty percent of any appreciation of the Collateral shall be protected for the account of the Borrower. At loan maturity, Borrower shall be entitled to recoup the first Fifty percent of any available appreciation in the value of the Collateral over the value at closing, with the remainder (if any) for the account of the Lender ~~excluding the difference between the bid price and the loan to value price~~. |
| Interest Rate: | Prime Rate plus 100 basis points adjusted quarterly. |
| Loan to Value: | ~~40%~~ 35% (Thirty Five Percent). |
| Strike Price: | Percentage of closing bid price on day of delivery, estimate based on today's Bid price of $0.51 per share. |
| Estimated Gross Loan Amount: | $89,250 (Eighty Nine Thousand Two Hundred and Fifty Dollars) *estimate based on a bid price of ~~$0.51~~ 0.51* |
| Governing Law: | Texas |
| Clearing/Registration: | DTC. |
| Funding Fee: | 5% |

Upon acceptance of this Term Sheet, the following is required to complete all loan documentation:

- Position Statement (Brokerage Statement if in DTC form; Copy of Certificate if in Certificate form);
- Legal Opinion (Stating affiliation/non-affiliation with company, status of shares, date issued, etc...);
- Recipient's Banking (Name, Address, and Phone Number);
  - Account#
  - ABA#
- Recipient's personal or business contact information (Address and Phone Number's).

I(We) hereby accept the Terms and Conditions set forth in this Preliminary Term Sheet:
subject to definitive agreement

_____          _____
Shareholder                              Date

4370 La Jolla Village Drive, 4th Floor, San Diego, CA 92122    Office: 858-546-4405 Fax: 858-546-4406
300 Drayton Street, 3rd Floor, Savannah, GA 31401              Office: 912-644-4405 Fax: 912-644-4406
1450 E. American Lane, Suite 1400, Schaumburg, IL 60173        Office: 847-330-4405 Fax: 847-919-4406

P 00108