MSN Hotmail -

# msn Hotmail

Printed: Tuesday, March 13, 2007 5:41 PM

| | |
|---|---|
| From: | David Castiel <dcastiel@ellipso.com> |
| Reply-To: | <dcastiel@ellipso.com> |
| Sent: | Tuesday, January 13, 2004 8:17 PM |
| To: | <rbplaw@hotmail.com> |
| Subject: | FW: |

📎 Attachment : E-Mail.ICOHA.PK.First.SW.LOA1 (0.02 MB)

-----Original Message-----
From: David Castiel [mailto:dcastiel@ellipso.com]
Sent: Tuesday, January 13, 2004 7:09 PM
To: 'Bob Patterson'
Subject:

Page 1 of 1

PATT 000367

EXHIBIT 10

January 13, 2004

To:
Attention-Account Transfer Dept.

## LETTER OF AUTHORITY

To Whom It May Concern:

Please deliver 250,000 shares of **ICO GLOBAL COMMUNICATIONS (HOLDINGS) LTD** (Other OTC: ICOHA.PK) with immediate effect, via DTC, to:

Name of Firm: First Southwest Co.
DTC: 0309

Account Name: Argyll Equities, L.L.C.
Account Number: 14060725

Sincerely,

David Castiel
On behalf of Ellipso, Inc.

AT 000368