**EXHIBIT 16**

August 2, 2004

Mr. John Piper
UBS Financial Services
1501 K Street, NW
Washington, DC

Dear Mr. Piper,

This is an authorization to transfer 492,611 shares of ICO Common Stock represented by certificate A2008 to account UBS account #WS4787U. The consideration for such transfer consists of the sale order (attached) and the distribution of the proceeds from the sale of 442,611 shares equally between Ellipso (account WS 51301) and Mann Technologies, LLC (account #WS9R1gh).

Thank you for your cooperation.

Regards,

David Castiel
Chief Executive Officer

*COPY NOT ORIGINAL — TRANSACTIONS [illegible] UBS*

Ellipso, Inc. 4410 Massachusetts Ave, NW, #385 Washington, D.C. 20035 Tel: 202-466-4488 Fax: 202-466-4493

P 00009

# JOINT SALE ORDER

To: John Piper
UBS Financial Services
Washington, DC

This is a standing sale order for the sale of 442,611 shares of ICO Common Stock deposited in account # W47974 from account # WS31501. Please review, if necessary, any pre-sale terms with Messrs. Castiel (Ellipso) and Patterson (Mann Technologies). This sale order can only be amended by both parties.

Signed:

David Castiel
Ellipso

Robert B. Patterson
Mann Technologies

*COPY OF ORIGINAL NOT OF TRANSACTIONS AT UBS*

P 00010