Yahoo! Mail - legalmanagement@yahoo.com　　　　　　　　　　　　　　　　Page 1 of 1

# YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| **From:** | "John Mann" <john.mann@starband.net> |
| **To:** | legalmanagement@yahoo.com |
| **CC:** | dcastiel@ellipso.com |
| **Subject:** | ICO stock |
| **Date:** | Mon, 9 Aug 2004 09:18:12 -0400 |

Bob:

I have just received the original certificate evidencing 492,611 shares of ICO stock in the name of Ellipso, Inc. and with the legend still affixed. There is an opinion letter from Davis, Wright dated in May. I will need the Corporate Resolution so I can send all this to the Mann Technologies Public Webber account so we can start selling this stuff.

John

http://us.f541.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=1878_0_397_571_130...   3/22/2007

EXHIBIT 17

PATT 000114