Yahoo! Mail - legalmanagement@yahoo.com

Page 1 of 1

# YAHOO! MAIL

Print - Close Window

**From:** "David Castiel" <dcastiel@ellipso.com>
**To:** "John Mann" <john.mann@starband.net>
**CC:** "Robert Patterson-Yahoo" <legalmanagement@yahoo.com>
**Subject:** RE: ICO stock
**Date:** Tue, 10 Aug 2004 17:00:01 -0400

John,

I have tried to reach you several times since yesterday to no avail. It has been over a week now since we executed an agreement in which the disposition of ICO shares is an essential component. Despite me having signed all necessary documentation (Bob has copies) to allow the transfer of the stock the sale and disposition of proceeds, we are still wondering if this transaction will ever close. UBS says it has had all documentation necessary to execute our common wishes, except for the stock certificate.

I cannot understand why you seem to have concerns, but you have had a week to turn over the certificate to UBS and obtain any assurance you need. If we cannot place the stock for sale by tomorrow noon, I will have to take other funding steps and I understand that once again our executed agreements cannot be implemented as envisioned.

Please let me know how you want to proceed.

David

-----Original Message-----
From: John Mann [mailto:john.mann@starband.net]
Sent: Monday, August 09, 2004 9:18 AM
To: [illegible]
CC: [illegible]
Subject: ICO stock

Bob:

I have just received the original certificate evidencing 492,611 shares of ICO stock in the name of Ellipso, Inc. and with the legend still affixed.

There is an opinion letter from Davis, Wright dated in May. I will need the Corporate Resolution so I can send all this to the Mann Technologies Paine Webber account so we can start selling this stuff.

John

http://us.f541.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=4282_0_3973755_151...  3/22/2007

PATT 000107

EXHIBIT 18