# YAHOO! MAIL

Print - Close Window

**From:** "David Castiel" <dcastiel@ellipso.com>
**To:** "John Mann" <john.mann@starband.net>
**CC:** "Robert Patterson-Yahoo" <legalmanagement@yahoo.com>
**Subject:** RE: ICO stocks
**Date:** Wed, 11 Aug 2004 09:36:16 -0400

John,

Sorry for the confusion, but I thought Bob had copied you on the documents we executed and are placed with UBS. I am having UBS fax you what they have.

This is what I understood the situation to be, from UBS:
1) The corporate resolution simply states that I am the authorized representative for Ellipso and can therefore transfer stock.
2) My letter requesting the transfer, which is being faxed to you, is therefore valid as far as UBS is concerned.
3) UBS says they have everything they need to remove the legend, execute the transfer and sell, and divide the proceeds as agreed.

I am frustrated by the timing because I have to take alternative measures if this deal doesn't go through, and I am pressed by time (I will be out of town next week). I know you have concerns, but what guarantee do I have that the stock will be sold as agreed? Please put yourself in my shoes as well, I have been advocating selling since April when the stock was sky high.

It would be helpful if we could talk.

Regards,

David

-----Original Message-----
From: John Mann [mailto:~~~~~~~~~~~~~~~~~~~]
Sent: Wednesday, August 11, 2004 9:11 AM
To: ~~~~~~~~~~
Cc: Robert Patterson-Yahoo
Subject: RE: ICO stock

Hi David:

I am eager to implement the agreement, but my requests for a copy of the Corporate Resolution (that would, as I understand, allow Mann Technologies to sell the ICO stock) have fallen into a deep hole. Could you please fax me a copy of this Resolution so I can review it, and if it reflects and

**EXHIBIT 19**

PATT 000057

enables our agreement, I will be happy to turn over the stock certificate to UBS for the Mann Technologies account.' My fax is (540) 349-4654.

I will be back around 4pm, so if everything is in order, I could meet tomorrow to consummate the arrangements.

I will not answer your comments about timing since they reflect more your frustration than the facts.

Regards

John

-----Original Message-----
From: David Castiel [mailto:dcastiel@ellipso.com]
Sent: Tuesday, August 10, 2004 5:00 PM
To: 'John Mann'
Cc: Robert Patterson-Yahoo
Subject: RE: ICO stock

John,

I have tried to reach you several times since yesterday to no avail. It has been over a week now since we executed an agreement in which the disposition of ICO shares is an essential component. Despite me having signed all necessary documentation (Bob has copies) to allow the transfer of the stock, the sale and disposition of proceeds, we are still wondering if this transaction will ever close. UBS says it has had all documentation necessary to execute our common wishes, except for the stock certificate.

I do not understand why you seem to have concerns, but you have had a week to turn over the certificate to UBS and obtain any assurance you need. If we cannot place the stock for sale by tomorrow noon, I will have to take other funding steps and I understand that once again our executed agreements cannot be implemented as envisioned.

Please let me know how you want to proceed.

David

-----Original Message-----
From: John Mann [mailto:john.mann@starband.net]
Sent: Monday, August 09, 2004 9:18 AM
To: legalmanagement@yahoo.com
Cc: dcastiel@ellipso.com
Subject: ICO stock

Case 1:05-cv-01186-RCL    Document 144-21    Filed 11/30/2007    Page 3 of 3

Yahoo! Mail - legalmanagement@yahoo.com                                    Page 3 of 3

Bob:

I have just received the original certificate evidencing 492,611 shares of ICO stock in the name of Ellipso, Inc. and with the legend still affixed.

There is an opinion letter from Davis, Wright dated in May. I will need the Corporate Resolution so I can send all this to the Mann Technologies Paine Webber account so we can start selling this stuff.

John