Yahoo! Mail - legalmanagement@yahoo.com

Page 1 of 1

# YAHOO! MAIL

Print - Close Window

**From:** "John Mann" <john.mann@starband.net>
**To:** dcastel@ellipso.com
**CC:** "Robert Patterson-Yahoo" <legalmanagement@yahoo.com>
**Subject:** RE:
**Date:** Mon, 27 Sep 2004 10:37:25 -0400

Hi David

Sorry I did not get back to you earlier. Was in Charlottesville. Currently the best bid on the shares is about $.13. The price that I could purchase over 125,000 shares for $25,000 on the open market, with no restrictions or company issues. So I'm not sure why the promise of 50,000 shares in the future and future pledged collateral makes sense to Mann Tech.

In addition, Ellipso owes Mann Tech $12,500 for the last $10,000 advance made.

Since it does appear that selling ICO stock makes much sense at this time, I suggest we formally annull the current pending agreement (it expires on the 1st of October) and figure out how Ellipso plans to secure Mann Tech's current loans to and investment in Ellipso.

Regards,

John Mann

-----Original Message-----
**From:** David Castel [mailto:dcastel@ellipso.com]
**Sent:** Thursday, September 23, 2004 4:33 PM
**To:** John Mann
**Cc:** Robert Patterson-Yahoo
**Subject:**

Hi John,

Bob and I met and we agreed that I contact you to propose the following:

1) We originally requested a short term loan to bridge the gap created by our inability to liquidate enough of the stock at UBS, and you proposed an outright purchase of shares.
2) You will provide us with $25,000 and we will transfer 50,000 shares ASAP.
3) The balance between the current share value and the cash advanced becomes a loan payable in full within 90 days.
4) If the loan is not paid, the Company issues a number of shares equal to the balance defined in point 3 above divided by the price per share at the time of closing.

With the above, we minimize the outlay of equity while still giving you the collateral you require, or cash back or both.

In our humble view the risk to you is equal or less than in your proposed transaction.

I appreciate your willingness to help as we develop this business. As you said it always takes longer. I hope you can give us one last push.

Regards,

David

http://us.f541.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=233_0_3937591_1437...  3/22/2007

PATT 000032

**EXHIBIT 20**

Yahoo! Mail - legalmanagement@yahoo.com

Page 1 of 1

# YAHOO! MAIL

Print - Close Window

**From:** "David Castiel" <dcastiel@ellipso.com>
**To:** "John Mann" <john.mann@starband.net>
**CC:** "Robert Patterson-Yahoo" <legalmanagement@yahoo.com>
**Date:** Thu, 23 Sep 2004 16:32:59 -0400
**Subject:**

Hi John,

Bob and I met and we agreed that I contact you to propose the following:

1) We originally requested a short term loan to bridge the gap created by our inability to liquidate enough of the stock at UBS, and you proposed an outright purchase of shares.
2) You will provide us with $25,000 and we will transfer 50,000 shares ASAP.
3) The balance between the current share value and the cash advanced becomes a loan payable in full within 90 days.
4) If the loan is not paid, the Company issues a number of shares equal to the balance defined in point 3 above divided by the price per share at the time of closing.

With the above, we minimize the outlay of equity while still giving you the collateral you require, or cash back or both.

In our humble view the risk to you is equal or less than in your proposed transaction.

I appreciate your willingness to help as we develop this business. As you said it always takes longer. I hope you can give us one last push.

Regards,
David



EXHIBIT 16

http://us.f541.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=4390_0_3939271_146... 3/22/2007

PATT 000034