**From:** John Mann [john.mann@starband.net]
**Sent:** Wednesday, September 29, 2004 10:15 AM
**To:** dcastiel@ellipso.com; Robert Patterson-Yahoo
**Subject:** RE: Meeting on Friday

I'm there. Will Juan join us?

John

-----Original Message-----
**From:** David Castiel [mailto:dcastiel@ellipso.com]
**Sent:** Wednesday, September 29, 2004 10:07 AM
**To:** John Mann; Robert Patterson-Yahoo
**Subject:** Meeting on Friday

Are we on for Friday at 10:00 chez Silver? I've had several conversations with KPN and it appears that Vanity may become a much earlier option than anticipated. So it is important to get together and strategize, especially that you John will be out of town for a while.

Please confirm.

David

9/20/2006

EXHIBIT 23

**From:** David Castiel [dcastiel@ellipso.com]
**Sent:** Monday, September 27, 2004 10:56 AM
**To:** 'John Mann'
**Cc:** Robert Patterson-Yahoo
**Subject:** RE:

Hi John,

You are right, selling ICO now is not sensible (although the current bid is $.16 not $.13, if that makes anybody feel better). The main loan remains "secured" by the original shares, the $12,500 was to be repaid out of the next 100,000 shares sold commonly. I don't think we foresaw we wouldn't sell at least 100,000 shares. My suggestion to you last time we met was to add a security tied to 881 revenues; if that appears more appealing to you we could perhaps work out something.

Since the agreement normally expires in a few days, do we need to formally annul? And what would be the consequences of such act? I am open to suggestions, and to a meeting chez Silver at your convenience.

What do you think?

David

-----Original Message-----
**From:** John Mann [mailto:john.mann@starband.net]
**Sent:** Monday, September 27, 2004 10:37 AM
**To:** dcastiel@ellipso.com
**Cc:** Robert Patterson-Yahoo
**Subject:** RE:

Hi David:

Sorry to not get back to you earlier. Was in Charlottesville. Currently the best bid on the shares is about $.13. Theoretically I could purchase over 125,000 shares for $25,000 on the open market, with no restrictions or complications, so I'm not sure why the promise of 50,000 shares in the future and future pledged collateral makes much sense to Mann Tech.

In addition, Ellipso owes Mann Tech $12,500 for the last $10,000 advance made.

Since it doesn't appear that selling ICO stock makes much sense at this time, I suggest we formally annull the current selling agreement (it expires on the 1st of October)and figure out how Ellipso plans to secure Mann Tech's current loans to and investment in Ellipso.

Regards

John Mann

-----Original Message-----
**From:** David Castiel [mailto:dcastiel@ellipso.com]
**Sent:** Thursday, September 23, 2004 4:33 PM
**To:** John Mann
**Cc:** Robert Patterson-Yahoo
**Subject:**

9/20/2006

P 00239