Case 1:05-cv-01186-RCL     Document 144-27     Filed 11/30/2007     Page 1 of 1



EXHIBIT

25