UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., | ) |
| | ) |
|     Plaintiff and | ) |
|     Counter-Defendant | ) |
| | ) |
| v. | )  Civil Action No. 05-1186 (RCL) |
| | ) |
| JOHN B. MANN, *et al.*, | ) |
| | ) |
|     Defendants and | ) |
|     Counter-Plaintiffs | ) |

**ERRATA SHEET REGARDING
MOTION FOR SUMMARY JUDGMENT
OF DEFENDANTS JOHN D. MANN AND MANN TECHNOLOGIES, LLC**

Defendants/Counter-Plaintiffs, John B. Mann and Mann Technologies, LLC, by their undersigned counsel, hereby submit corrected exhibits to their Motion for Summary Judgment filed on November 30, 2007.

Respectfully submitted,

/s/ Christopher G. Hoge
    Christopher G. Hoge #203257
Counsel for Defendants/Counter-Plaintiffs
John B. Mann and Mann Technologies, LLC

CROWLEY, HOGE & FEIN, P.C.
1710 Rhode Island Avenue, N.W.
7th Floor
Washington, D.C.  20036
(202) 483-2900

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true copies of the foregoing Errata Sheet were, this 3rd day of December, 2007, served electronically upon:

>VANESSA CARPENTER LOURIE, ESQ.
>4400 MacArthur Blvd., N.W.
>Suite #205
>Washington, D.C. 20007-2521
>Co-Counsel for Plaintiff/Counter-Defendant

>and

>LINDA AWKARD, ESQ.
>4201 Cathedral Ave., N.W.
>Suite #1416W
>Washington, D.C. 20016
>Co-Counsel for Plaintiff/Counter-Defendant

and via first class mail, postage prepaid, upon:

>ROBERT B. PATTERSON
>11775 Stratford House Place
>#407
>Reston, VA 20190
>Defendant/Counter-Plaintiff *Pro Se*

>/s/ Christopher G. Hoge
>Christopher G. Hoge

cgh/z/wpdirs/civ
mannerratasheet.wpd