ELLIPSO, INC.
VIRTUAL GEOSATELLITE, LLC.
INEVA.COM, INC.
COMBINED BALANCE SHEETS

**CONFIDENTIAL**

December 31, 2003 and 2002

|  | 2003 | 2002 |
|---|---:|---:|
| **ASSETS** | | |
| CURRENT ASSETS | | |
| Cash | $ 8,715 | $ 20,257 |
| PROPERTY AND EQUIPMENT, at cost | | |
| Office and computer equipment | 199,284 | 1,072,176 |
| Accumulated depreciation | (179,146) | (969,057) |
| NET PROPERTY AND EQUIPMENT | 20,138 | 103,119 |
| OTHER ASSETS | | |
| Investments - restricted stock | 1,076,435 | 2,680,535 |
| Furniture deposits and other assets | 14,382 | 136,659 |
| TOTAL OTHER ASSETS | 1,090,817 | 2,817,194 |
| TOTAL ASSETS | $ 1,119,670 | $ 2,940,570 |
| **LIABILITIES** | | |
| CURRENT LIABILITIES | | |
| Accounts payable and accrued liabilities | $ 3,205,884 | $ 2,265,584 |
| OTHER LIABILITIES | | |
| Vendor payable | 750,000 | 750,000 |
| Accrued rent | - | 187,221 |
| Prepaid minutes | 500,000 | 500,000 |
| TOTAL OTHER LIABILITIES | 1,250,000 | 1,437,221 |
| **STOCKHOLDERS' DEFICIT** | | |
| CAPITAL CONTRIBUTED | | |
| Common stock | 6,493 | 6,493 |
| Paid-in capital | 82,481,390 | 82,481,390 |
| Members' capital | 5,000,000 | 5,000,000 |
| TOTAL CAPITAL CONTRIBUTED | 87,487,883 | 87,487,883 |
| ACCUMULATED DEFICIT DURING DEVELOPMENT STAGE | (84,473,462) | (83,503,584) |
| ACCUMULATED OTHER COMPREHENSIVE LOSS | (6,350,635) | (4,746,534) |
| TOTAL STOCKHOLDERS' EQUITY | (3,336,214) | (762,235) |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $ 1,119,670 | $ 2,940,570 |

CONFIDENTIAL

EXHIBIT 4

ELLIPSO, INC.
VIRTUAL GEOSATELLITE, LLC.
INEVA.COM, INC.

COMBINING STATEMENT OF OPERATIONS AND COMPREHENSIVE INCOME

December 31, 2003 and 2002

**CONFIDENTIAL**

### DECEMBER 31, 2003

|  | ELLIPSO, INC. AND SUBSIDIARIES |  |  |  |  |
|---|---|---|---|---|---|
| Interest income | $ 57 | REDACTED | REDACTED | REDACTED | REDACTED |
| Internet subscriptions | - |  |  |  |  |
|  | 57 |  |  |  |  |
| Expenses | (574,345) |  |  |  |  |
| Loss from Ineva.com, Inc. | (168,130) |  |  |  |  |
| Intercompany service charge | 790,029 |  |  |  |  |
|  | 47,554 | REDACTED | REDACTED | REDACTED | REDACTED |
| Net income (loss) | 47,611 |  |  |  |  |
| Loss on reduction in value of stock | (1,604,101) |  |  |  |  |
| Net comprehensive income (loss) | $ (1,556,490) |  |  |  |  |

### DECEMBER 31, 2002

|  | ELLIPSO, INC. AND SUBSIDIARIES |  |  |  |  |
|---|---|---|---|---|---|
| Interest income | $ 3,711 | REDACTED | REDACTED | REDACTED | REDACTED |
| Internet subscriptions | - |  |  |  |  |
|  | 3,711 |  |  |  |  |
| Expenses | (1,902,835) |  |  |  |  |
| Loss from Ineva.com, Inc. | (295,088) |  |  |  |  |
| Intercompany service charge | 1,413,946 |  |  |  |  |
|  | (783,977) | REDACTED | REDACTED | REDACTED | REDACTED |
| Plus income recapture from reduction of liabilities | 2,927,732 |  |  |  |  |
| Net income (loss) | 2,147,466 |  |  |  |  |
| Loss on reduction in value of stock | (4,746,534) |  |  |  |  |
| Net comprehensive income (loss) | $ (2,599,068) |  |  |  |  |

ELLIPSO, INC.
VIRTUAL GEOSATELLITE, LLC.
INEVA.COM, INC.

COMBINING BALANCE SHEETS

December 31, 2003

**CONFIDENTIAL**

| | ELLIPSO, INC. AND SUBSIDIARIES | VIRTUAL GEOSATELLITE, LLC | INEVA.COM, INC. | COMBINATION ELIMINATIONS | TOTAL |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| | | REDACTED | REDACTED | REDACTED | REDACTED |
| | $ 733 | | | | |
| | 39,700 | | | | |
| | (39,700) | | | | |
| | — | | | | |
| | 1,076,435 | REDACTED | REDACTED | REDACTED | REDACTED |
| | 2,104,516 | | | | |
| | 1,648,843 | | | | |
| | 14,382 | | | | |
| | 4,844,176 | | | | |
| | $ 4,844,909 | | | | |
| **LIABILITIES** | | | | | |
| | $ 1,489,402 | | | | |
| | 750,000 | REDACTED | REDACTED | REDACTED | REDACTED |
| | 500,000 | | | | |
| | 1,250,000 | | | | |
| | 90,619 | | | | |
| **STOCKHOLDERS' EQUITY (DEFICIT)** | | | | | |
| | 6,488 | | | | |
| | 84,480,402 | | | | |
| | 84,486,890 | REDACTED | REDACTED | REDACTED | REDACTED |
| | (76,121,367) | | | | |
| | (6,350,635) | | | | |
| | 2,014,888 | | | | |
| | $4,844,9 | | | | |

CONFIDENTIAL

ELLIPSO, INC.
VIRTUAL GEOSATELLITE, LLC.
INEVA.COM, INC.

CONFIDENTIAL

COMBINING BALANCE SHEETS

December 31, 2002

|  | ELLIPSO, INC. AND SUBSIDIARIES | VIRTUAL GEOSATELLITE, LLC | INEVA.COM, INC. | COMBINATION ELIMINATIONS | TOTAL |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| NT ASSETS | | | | | |
| and cash equivalents | $ 15,901 | REDACTED | REDACTED | REDACTED | REDACTED |
| RTY AND EQUIPMENT | | | | | |
| ce and computer equipment | 912,592 | | | | |
| amulated depreciation | (855,806) | | | | |
| ET PROPERTY AND EQUIPMENT | 56,786 | | | | |
| R ASSETS | | | | | |
| stments - restricted stock, ITGL | 2,680,535 | | | | |
| stment in and advances to Virtual eosatellite, LLC | 1,499,084 | REDACTED | REDACTED | REDACTED | REDACTED |
| stment in common stock of parent | - | | | | |
| stment in Ineva.com | 1,662,047 | | | | |
| iture deposits & other assets | 136,659 | | | | |
| OTAL OTHER ASSETS | 5,978,325 | | | | |
| OTAL ASSETS | $ 6,051,012 | | | | |
| **LIABILITIES** | | | | | |
| ENT LIABILITIES | | | | | |
| ounts payable and accrued abilities | $ 922,123 | REDACTED | REDACTED | REDACTED | REDACTED |
| R LIABILITIES | | | | | |
| idor payable | 750,000 | | | | |
| rued rent | 187,221 | | | | |
| paid minutes | 500,000 | | | | |
| OTAL OTHER LIABILITIES | 1,437,221 | | | | |
| ity interest in Ineva.com, Inc. | 120,289 | | | | |
| **STOCKHOLDERS' EQUITY (DEFICIT)** | | | | | |
| AL CONTRIBUTED | | | | | |
| mmon stock | 6,488 | | | | |
| d-in capital | 84,480,402 | | | | |
| mbers' capital | - | | | | |
| OTAL CAPITAL CONTRIBUTED | 84,486,890 | REDACTED | REDACTED | REDACTED | REDACTED |
| JMULATED DEFICIT DURING ELOPMENT STAGE | (76,168,977) | | | | |
| JMULATED OTHER MPREHENSIVE LOSS | (4,746,534) | | | | |
| OTAL STOCKHOLDERS' EQUITY (DEFICIT) | 3,571,379 | | | | |
| OTAL LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIT) | $6,051,012 | | | | |

CONFIDENTIAL

P 01011

ELLIPSO, INC.
CONSOLIDATED BALANCE SHEET--DOES NOT INCLUDE INEVA.COM, INC.
INTERNAL USE STATEMENT--UNAUDITED
DRAFT
September 30, 2004

**CONFIDENTIAL**

### Assets

| | ellipso September 30, 2004 | | |
|---|---:|---|---|
| **Current Assets** | | REDACTED | REDACTED |
| Cash and cash equivalents | $ 1,134.30 | | |
| Accounts Receivables | $ - | | |
| Total Current Assets | $ 1,134.30 | | |
| | | | |
| **Property and Equipment** | | | |
| Office, Computer Equipment | $ 39,700.00 | | |
| Accumulated Depreciation | $ (39,700.00) | | |
| Net Property and Equipment | $ - | REDACTED | REDACTED |
| **Other Assets** | | | |
| Stock Unrestricted | $ 124,992.81 | | |
| Stock per Notes Payable | $ 113,300.53 | | |
| Restricted Stock | $ 34,695.00 | | |
| Debt from/to subsidiary | $ 2,327,853.21 | | |
| Debt from Internet subsidiary | $ - | | |
| Investment in subsidiary | $ 1,661,864.00 | | |
| Notes Receivable | $ 4,000.00 | | |
| Intercompany eliminations | $ - | | |
| Proceeds from Sale of Internet Assets | $ 36,000.00 | | |
| Total Other Assets | $ 4,266,705.55 | | |
| | | | |
| **Total Assets** | $ 4,267,839.84 | | |

### Liabilities and Stockholders' Equity

| | | | |
|---|---:|---|---|
| **Current Liabilities** | | REDACTED | REDACTED |
| Accounts Payable and Accrued Liabilities | $ 1,226,848.83 | | |
| Note secured by Stock | $ 90,000.00 | | |
| Intercompany Eliminations | $ - | | |
| Total Current Liabilities | $ 1,316,848.83 | | |
| | | | |
| **Other Liabilities** | | | |
| Other Liabilities | $ 750,000.00 | | |
| Prepaid Minutes | $ 500,000.00 | | |
| Total Other Liabilities | $ 1,250,000.00 | | |
| | | | |
| Total Liabilities | $ 2,566,848.83 | | |
| | | | |
| Interest in Ineva | $ 177,976.00 | | |
| | | | |
| **Stockholders' Equity (Deficit)** | | | |
| Common Stock | $ 6,488.00 | | |
| Paid-in Capital | $ 84,480,402.00 | | |
| Members' Capital | $ - | | |
| Intercompany Eliminations | | | |
| | $ 84,486,890.00 | | |
| | | REDACTED | REDACTED |
| Deficit Accumulated During Development Stage | $ (82,963,874.99) | | |
| Adjustments comprehensive loss | | | |
| Net Deficit | $ (82,963,874.99) | | |
| | | | |
| Total Stockholder's Equity | $ 1,523,015.01 | | |
| | | | |
| Total Liabilities and Stockholders' Equity | $ 4,267,839.84 | | |

CONFIDENTIAL

P 01012