**THE WALL STREET JOURNAL.** ONLINE
WSJ.com

| Article Search | Quotes & Research  Select a Market | WELCOME ANDREID | Log Out |
|---|---|---|
| | U.S. Markets | My Account  Messages  Preferences |
| Advanced Search | Symbol(s) Name  Symbol Lookup | |

WSJ Digital Network                                    Set My Home Page                            Customer Service

| NEWS | TODAY'S NEWSPAPER | MY ONLINE JOURNAL | MULTIMEDIA & ONLINE EXTRAS | MARKETS DATA & TOOLS |
|---|---|---|---|---|

MarketWatch  MUTUAL FUND/ETF SECTION   - CLICK HERE - for our exclusive insight

**COMPANY RESEARCH**                          Stock Charting - WSJ.com for Another U.S. Symbol _____  | Symbol Lookup

**QUOTES & NEWS**
Quote
Options
Stock Charting
Industry Comparison
Valuations and Ratios
News
Press Releases
Conference Calls
**COMPANY PROFILE**
Key Facts
Executives
Insider Holdings
Insider Transactions
Institutional Holdings
**FINANCIALS**
Quarterly Earnings
Quarterly Cash Flow
Quarterly Balance Sheet
Annual Earnings
Annual Cash Flow
Annual Balance Sheet
Margins and Returns
**ESTIMATES/RATINGS**
Earnings Estimates
Analyst Ratings
**RESEARCH REPORTS**
Reuters Research
**OTHER RESOURCES**
SEC Filings
Company Website
Annual Reports

**Screeners**

ETF Screener

Browse ETFs

Mutual Fund Screener

Mutual Fund Scorecards

**MARKETS DATA CENTER**

**PORTFOLIO**

MORE RESEARCH

Featured Partners

**Factiva Search**
Access 8,000+ global sources, including The Wall Street Journal back to 1979. Registration is required, but Online Journal subscribers pay no annual fee. Headlines are free. Full articles are $2.95 each. **factiva**

ICOG  [Go]

**VAULT**
Read ICO Global Communications Holdings Ltd. employees surveys: culture, compensation & more.

## STOCK CHARTING

RELATED INFO: · INDUSTRY COMPARISON

### ICO Global Communications Holdings Ltd. (Cl A) (ICOG)

Standard Charting  |  Dynamic Charting

Store Your Settings
Reset All Controls

Custom time frame: Click and drag mouse on chart to select custom time frame. Reset time frame

Trendlines:
☐ Draw trendlines Clear

| Time: | Upper Chart Controls | Lower Chart Controls |
|---|---|---|
| 1 Decade | None | Volume+ |
| Daily | None | MACD |
| | | DMI |

| Compare: | Moving Average: | Price Display: |
|---|---|---|
| refresh | None | OHLC |
| None | # of Days:  refresh | ⊙ Linear ○ Logarithmic |

Chart 1: Historical Chart of ICOG                    1/03/03 to 1/05/04

Date: 5/16/03   Open: 0.909   High: 0.909   Low: 0.909   Close: 0.909

ICOG



Chart 2: Volume+  Close Up ■ Close Down ■ SMA (50) ■        Volume  700



Chart 3: MACD(12,26) ■ MACD EMA(9) ■ Divergence ■     MACD(12,26)  -0.057



Chart 4: DMI + ■ DMI - ■ ADX ■                DMI+  15.866



Store Your Settings
Reset All Controls

Custom time frame: Click and drag mouse on chart to select custom time frame. Reset time frame

Trendlines:
☐ Draw trendlines Clear

| Time: | Upper Chart Controls | Lower Chart Controls |
|---|---|---|
| 1 Decade | None | Volume+ |
| Daily | None | MACD |

**TRADING CENTER**
An Advertising Feature

Pay $9.95. Get the works.
SCHWAB
Schwab Active Trader

**Scottrade**
up to $100 back when you switch.
Switch to Scottrade, get up to $100 back

E*TRADE SECURITIES
Get 100 commission-free trades

**TD AMERITRADE**
TD AMERITRADE. Trade free for 30 days.

Power. Price. Service.
No Compromises.®

**Hulbert INTERACTIVE**
Take the tour
Unlock stock, fund and newsletter performance secrets

**EXHIBIT**

**5**

**THE WALL STREET JOURNAL.** ONLINE

Article Search ● Advanced Search

Quotes & Research  Select a Market  U.S. Markets ○
● Symbol(s) ○ Name  Symbol Lookup

WELCOME ANDREID | Log Out
My Account | Messages | Preferences

WSJ Digital Network

Set My Home Page

Customer Service

NEWS | TODAY'S NEWSPAPER | MY ONLINE JOURNAL | MULTIMEDIA & ONLINE EXTRAS | MARKETS DATA & TOOLS

MarketWatch  MUTUAL FUND/ETF SECTION  - CLICK HERE -
for our exclusive insight

**COMPANY RESEARCH**

Stock Charting - WSJ.com for Another U.S. Symbol                    | Symbol Lookup

QUOTES & NEWS
Quote
Options
Stock Charting
Industry Comparison
Valuations and Ratios
News
Press Releases
Conference Calls
COMPANY PROFILE
Key Facts
Executives
Insider Holdings
Insider Transactions
Institutional Holdings
FINANCIALS
Quarterly Earnings
Quarterly Cash Flow
Quarterly Balance Sheet
Annual Earnings
Annual Cash Flow
Annual Balance Sheet
Margins and Returns
ESTIMATES/RATINGS
Earnings Estimates
Analyst Ratings
RESEARCH REPORTS
Reuters Research
OTHER RESOURCES
SEC Filings
Company Website
Annual Reports

**Screeners**

ETF Screener

Browse ETFs

Mutual Fund Screener

Mutual Fund Scorecards

MARKETS DATA CENTER

PORTFOLIO

MORE RESEARCH

Featured Partners

**Factiva Search**
Access 8,000+ global
sources, including The Wall
Street Journal back to 1979.
Registration is required, but
Online Journal subscribers
pay no annual fee.
Headlines are free.
Full articles are
$2.95 each.  factiva

ICOG  Go

**VAULT**
Read ICO Global
Communications Holdings
Ltd. employees surveys:
culture, compensation &
more.

**STOCK CHARTING**

RELATED INFO: • INDUSTRY COMPARISON

**ICO Global Communications Holdings Ltd. (Cl A) (ICOG)**

Standard Charting | Dynamic Charting

Store Your Settings
Reset All Controls

Custom time frame: Click and drag mouse on
chart to select custom time frame. Reset time frame

Trendlines:
☐ Draw trendlines Clear

Time:
1 Decade
Daily

Upper Chart Controls
None
None

Lower Chart Controls
Volume+
MACD
DMI

Compare:
refresh
None

Moving Average:
None
# of Days:          refresh

Price Display:
OHLC
● Linear ○ Logarithmic

**Chart 1: Historical Chart of ICOG**                    1/05/04 to 1/11/05
Date: 2/09/04    Open: 0.479    High: 0.479    Low: 0.479    Close: 0.479
ICOG ▪



**Chart 2: Volume+ Close Up ▪ Close Down ▪ SMA (50) ▪**    Volume 1,200



**Chart 3: MACD(12,26) ▪ MACD EMA(9) ▪ Divergence ▪**    MACD(12,26) -0.006



**Chart 4: DMI + ▪ DMI - ▪ ADX ▪**    DMI+ 71.215



Store Your Settings
Reset All Controls

Custom time frame: Click and drag mouse on
chart to select custom time frame. Reset time frame

Trendlines:
☐ Draw trendlines Clear

Time:
1 Decade
Daily

Upper Chart Controls
None
None

Lower Chart Controls
Volume+
MACD

**TRADING CENTER**
An Advertising Feature

Pay $9.95. Get the works.
Schwab Active Trader

**Scottrade**
up to $100 back when you switch.
Switch to Scottrade, get up to
$100 back

Get 100 commission-free trades

**TD AMERITRADE**
TD AMERITRADE. Trade free for
30 days.

Power. Price. Service.
No Compromises.®

Ameritrade INTERACTIVE
Unlock stock, fund and newsletter
performance secrets

Case 1:05-cv-01186-RCL     Document 145-6     Filed 12/03/2007     Page 3 of 9



**HISTORICAL QUOTES**                                    Help ❓   CLOSE

**Ico Global Comm Hldgs Ltd De (ICOG)**

(NASDAQ GM)   U.S. Dollar

| Date | Price | High | Low | Volume |
|------|-------|------|-----|--------|
| 1/30/04 | **0.46** | 0.46 | 0.46 | 18,700 |

**No Splits**

2 Month (Daily)          ⑥BigCharts.com

Get another quote any day after 1/2/1970

1/2/1970



1mo  2mo  3mo  6mo  1yr  3yr  5yr

**Symbol:** _____   **Date:** 1/30/2004 _____   [ Go ]

Copyright © 1999-2007 BigCharts.com Inc. All rights reserved.
Please see our Terms of Use. Historical and current end-of-day data
provided by FT Interactive Data.

THE WALL STREET JOURNAL ONLINE | **▸TAKE A TEST DRIVE NOW.**

Copyright © 2007 Dow Jones & Company, Inc. All Rights Reserved

Case 1:05-cv-01186-RCL     Document 145-6     Filed 12/03/2007     Page 4 of 9



**HISTORICAL QUOTES**                                                                    Help ❓  [ CLOSE ]

Ico Global Comm Hldgs Ltd De (ICOG)
                                        (NASDAQ GM)   U.S. Dollar

| Date | Price | High | Low | Volume |
|------|-------|------|-----|--------|
| 4/21/04 | **1.17** | 1.31 | 1.17 | 3,600 |

2 Month (Daily)          ©BigCharts.com

**No Splits**

Get another quote any day after 1/2/1970

                                        1/2/1970

1mo  2mo  3mo  6mo  1yr  3yr  5yr

**Symbol:** [          ]   **Date:** 4/21/2004   [ Go ]

Copyright © 1999-2007 BigCharts.com Inc. All rights reserved.
Please see our Terms of Use. Historical and current end-of-day data
provided by FT Interactive Data.



INTRODUCING THE

Copyright © 2007 Dow Jones & Company, Inc. All Rights Reserved

Case 1:05-cv-01186-RCL    Document 145-6    Filed 12/03/2007    Page 5 of 9



**HISTORICAL QUOTES**    Help ❓  [ CLOSE ]

**Ico Global Comm Hldgs Ltd De (ICOG)**

(NASDAQ GM)    U.S. Dollar

| Date | Price | High | Low | Volume |
|------|-------|------|-----|--------|
| 8/3/04 | **0.53** | 0.53 | 0.53 | 1,300 |

2 Month (Daily)    ©BigCharts.com

**No Splits**

Get another quote any day after 1/2/1970

1/2/1970

**Symbol:** [        ]    **Date:** 8/03/2004    [ Go ]

1mo  2mo  3mo  6mo  1yr  3yr  5yr

Copyright © 1999-2007 BigCharts.com Inc. All rights reserved.
Please see our Terms of Use. Historical and current end-of-day data
provided by FT Interactive Data.

THE WALL STREET JOURNAL
ONLINE

▸**TAKE A TEST DRIVE NOW.**

Copyright © 2007 Dow Jones & Company, Inc. All Rights Reserved

Case 1:05-cv-01186-RCL     Document 145-6     Filed 12/03/2007     Page 6 of 9



## HISTORICAL QUOTES

Help ?     CLOSE

**Ico Global Comm Hldgs Ltd De (ICOG)**

(NASDAQ GM)   U.S. Dollar

| Date | Price | High | Low | Volume |
|------|-------|------|-----|--------|
| 9/30/04 | **0.23** | 0.23 | 0.22 | 17,500 |

2 Month (Daily)     ©BigCharts.com

**No Splits**

Get another quote any day after 1/2/1970

1/2/1970

1mo   2mo   3mo   6mo   1yr   3yr   5yr



**Symbol:** _____   **Date:** 9/30/2004   Go

Copyright © 1999-2007 BigCharts.com Inc. All rights reserved.
Please see our Terms of Use. Historical and current end-of-day data
provided by FT Interactive Data.

**THE WALL STREET JOURNAL** |   ▸*TAKE A TEST DRIVE NOW.*

Copyright © 2007 Dow Jones & Company, Inc. All Rights Reserved

Case 1:05-cv-01186-RCL     Document 145-6     Filed 12/03/2007     Page 7 of 9



**HISTORICAL QUOTES**                              Help 🅿 [ CLOSE ]

**Ico Global Comm Hldgs Ltd De (ICOG)**

(NASDAQ GM)   U.S. Dollar

| Date | Price | High | Low | Volume |
|------|-------|------|-----|--------|
| 10/25/04 | **0.10** | 0.19 | 0.04 | 2,430,800 |

**No Splits**

Get another quote any day after 1/2/1970

1/2/1970

**Symbol:** [          ]   **Date:** 10/25/2004   [ Go ]

2 Month (Daily)        ©BigCharts.com

0.20
0.15
0.10
0.05
0.00

Oct        Nov

1mo   2mo   3mo   6mo   1yr   3yr   5yr

Copyright © 1999-2007 BigCharts.com Inc. All rights reserved.
Please see our Terms of Use. Historical and current end-of-day data
provided by FT Interactive Data.

THE WALL STREET JOURNAL.   **INTRODUCING THE NEW AUTO CENTER**

Copyright © 2007 Dow Jones & Company, Inc. All Rights Reserved



| Date | Price | High | Low | Volume |
|------|-------|------|-----|--------|
| 10/29/04 | **0.1** | 0.10 | 0.09 | 532,000 |

**No Splits**

Get another quote any day after 1/2/1970

1/2/1970

**Symbol:** _____     **Date:** 10/29/2004     [ Go ]

Copyright © 1999-2007 BigCharts.com Inc. All rights reserved.
Please see our Terms of Use. Historical and current end-of-day data
provided by FT Interactive Data.

▸**TAKE A TEST DRIVE NOW.**

Copyright © 2007 Dow Jones & Company, Inc. All Rights Reserved

Case 1:05-cv-01186-RCL     Document 145-6     Filed 12/03/2007     Page 9 of 9



**HISTORICAL QUOTES**                                    Help ❓   CLOSE

**Ico Global Comm Hldgs Ltd De (ICOG)**

(NASDAQ GM)   U.S. Dollar

| Date | Price | High | Low | Volume |
|------|-------|------|-----|--------|
| 12/31/04 | **0.51** | 0.56 | 0.51 | 10,300 |

**No Splits**

Get another quote any day after 1/2/1970

Symbol: _____   Date: 12/31/2004   [ Go ]

1/2/1970

2 Month (Daily)        ©BigCharts.com

1.00
0.75
0.50
0.25

05

1mo  2mo  3mo  6mo  1yr  3yr  5yr

Copyright © 1999-2007 BigCharts.com Inc. All rights reserved.
Please see our Terms of Use. Historical and current end-of-day data provided by FT Interactive Data.



MarketWatch   **MUTUAL FUND/ETF SECTION**   - tools and data -

Copyright © 2007 Dow Jones & Company, Inc. All Rights Reserved