CONTRACT FOR SALE OF SECURITIES

ELLIPSO, INC., a Delaware Corporation, hereby conveys and transfers all right title and interest in and to five hundred thousand (500,000) shares of ICOHoldings common stock to MANN TECHNOLOGIES LIMITED, a Nevada Limited Liability Company, pursuant to the terms and conditions set forth herein.

ELLIPSO, INC. represents and warrants that it is the rightful owner of ICOHoldings stock certificate number ____ representing five hundred thousand (500,000) shares of ICOHoldings common stock; that the certificate is free and clear of any encumbrances; and that ELLIPSO, INC. has full legal authority to transfer ownership of said certificate including, but not limited to, compliance with all securities regulatory requirements.

MANN TECHNOLOGIES LIMITED, represents and warrants that it is a qualified sophisticated purchaser pursuant to applicable securities regulations; and that MANN TECHNOLOGIES LIMITED has full legal authority to consummate this transaction.

Commensurate with execution of this agreement, ELLIPSO, INC. shall deliver said stock certificate to MANN TECHNOLOGIES LIMITED.

The purchase price of said stock certificate shall be two hundred fifty thousand dollars ($250,000) payable as follows:
A. Twenty-five thousand dollars ($25,000) upon execution of this agreement; and
B. Twenty-five thousand dollars ($25,000) on the first day of each month thereafter until the full purchase price is paid.

It is further agreed that as further consideration for the conveyance of this stock certificate, ELLIPSO, INC. shall receive fifty percent (50%) of any net proceeds received by MANN TECHNOLOGIES LIMITED from any subsequent sale or conversion of said stock certificate, or any portion thereof, to the extent such net proceeds exceed one dollar ($1.00) per share. Net proceeds means funds received by MANN TECHNOLOGIES LIMITED net of sales costs/commissions. Such funds to be remitted to ELLIPSO, INC. within ten (10) days of receipt by MANN TECHNOLOGIES LIMITED.

In the event that no subsequent sale or conversion of the stock has occurred by the time of the tenth anniversary of this agreement, December __, 2013, on that date MANN TECHNOLOGIES LILMITED shall remit two hundred fifty thousand shares (250,000) of ICOHoldings common stock to ELLIPSO, INC. and the parties hereto shall have no further obligations to each other pursuant to this agreement.

As an additional consideration for this agreement, ELLIPSO, INC. grants to MANN TECHNOLOGIES LIMITED, for a term of one year from the date of this agreement, the right to purchase an additional five hundred thousand (500,000) shares of ICOHoldings common stock on the same terms and conditions as set forth herein.

P 00109

EXHIBIT 9

This agreement contains all the terms and conditions of this transaction and any terms, conditions, representations, or warranties not specifically set forth herein and specifically disclaimed by the respective parties. Disputes hereunder shall be governed by the laws of the District of Columbia and shall be submitted to binding arbitration pursuant to the rules of the American Arbitration Association.

Notices shall be delivered postage paid to:
ELLIPSO, INC. _____, Washington, D.C. _____
MANN TECHNOLOGIES LIMITED _____.

EXECUTED THIS ___ DAY OF DECEMBER 2003.

_____          _____
David Castiel, Chairman                  John Mann, Director
Ellipso, Inc.                            Mann Technologies Limited

P 00110