MSN Hotmail -                                                                 Page 1 of 1



Printed: Tuesday, March 13, 2007 3:41 PM

**From:** David Castiel <dcastiel@ellipso.com>
**Reply-To:** <dcastiel@ellipso.com>
**Sent:** Tuesday, January 13, 2004 8:17 PM
**To:** <rbplaw@hotmail.com>
**Subject:** FW:

Attachment: E-Mail.ICOHA.PK.First.SW.LOA1 (0.02 MB)

```
-----Original Message-----
From:    David Castiel [mailto:dcastiel@ellipso.com]
Sent:    Tuesday, January 13, 2004 7:09 PM
To:      'Bob Patterson'
Subject:
```

**EXHIBIT 10**

PATT 000367

http://by117fd.bay117.hotmail.msn.com/cgi-bin/getmsg?curmbox=00000000%2d0000%2...    3/13/2007

January 13, 2004

To:
Attention-Account Transfer Dept.

## LETTER OF AUTHORITY

To Whom It May Concern:

Please deliver 250,000 shares of **ICO GLOBAL COMMUNICATIONS (HOLDINGS) LTD** (Other OTC: ICOHA.PK) with immediate effect, via DTC, to:

| | |
|---|---|
| Name of Firm: | First Southwest Co. |
| DTC: | 0309 |
| Account Name: | Argyll Equities, L.L.C. |
| Account Number: | 14060725 |

Sincerely,

David Castiel
On behalf of Ellipso, Inc.

ATT 000368