

January 30, 2004


Benjamin G. Wolff
Davis Wright Tremaine LLP
Suite 2300
1300 SW Fifth Avenue
Portland, Oregon  97201



Dear Ben,

Following our conversation please arrange for the re-issuance of attached original stock certificate #A-2008 for 492,611 shares of ICO Class A Common Stock to the benefit of Mann Technologies, LLC.

Please see to it that the transfer is executed as promptly as convenient to you. If you have any questions please feel free to contact me at the number below or on my cell phone at 202-256-5788.

Thank you again for your cooperation.

Regards,

David


/encl.

**EXHIBIT 11**

P 00030