## AMENDMENT TO COLLATERSLIZED LOAN AGREEMENT OF JANUARY 30, 2004 BETWEEN ELLIPSO, INC. AND MANN TECHNLOGIES, LLC

Ellipso, Inc. ("Ellipso") and Mann Technologies, LLC ("Mann") agree that Mann shall liquidate ninety two thousand six hundred eleven (92,611) shares of the ICO Global Communications (Holdings) Limited stock which is the subject of the Collateralized Loan Agreement dated January 30, 2004, pursuant to the terms and conditions of that agreement and that these shares shall no longer be subject to the terms of that agreement.

The distribution of proceeds, after payment of transaction fees shall be as follows:

> Ellipso shall be paid the strike price of forty-five cents per share:
> Ellipso and Mann shall share equally in the balance.

[At $1.50 per share this would result in a payment of approximately $35,000.00 to Ellipso and a payment of approximately $50,000.00 to Mann.]

All other terms and conditions of the January 30 2004, shall remain the same and be unaffected by this transaction.

AGREED: THIS 21 DAY OF April, 2004.

David Castiel, President and CEO
Ellipso, Inc.

John Mann, Managing Member
Mann Technologies, LLC

EXHIBIT 13