| From: | John Mann [john.mann@starband.net] |
|---|---|
| Sent: | Tuesday, July 27, 2004 9:44 AM |
| To: | Robert Patterson-Yahoo |

Bob:

I'll be back in town late today. Cell phone coverage is sketchy.

I've thought about David's new agreement creation and reviewed the Corporate Resolution in detail. It poses several practical problems:

1.  Mann Tech potentially loses its collateral protection in the event that the stock does not sell for at least the $.55 per share contemplated.

2.  The 42,611 shares should also be subject to even distribution between Mann Tech and Elipso.

3.  The mechanism for sale is still not clear to me. I agree that having Paine Webber sell the shares for Mann Tech is efficient, but the blank UBS Corporate Resolution page doesn't seem to be the Corporate Resoluion that 1st Georgetown was talking about. It would appear that this is a resolution that Mann Tech would execute so that Paine Webber would set up Mann Tech's account. Is that all that is required?

4.  Of course the recitations are incomplete and superfluous.

Mann Tech is willing to sell all but 50,000 of the shares and distribute the proceeds equally with Ellipso so that 881 can keep moving, but only if we remain secured until the sale(s) are consummated and Mann Tech receives its principal and interest back.

Bob, if Mann Tech signs the agreement as drafted, and sells 50,000 shares of stock in the first week, Mann Tech will receive about $15,000. If during this time the stock drifts to, say, .30, then the potential value of the stock to Mann Tech is 1/2 of its market value, or about $63,000. Of course, if Mann Tech thought it was going lower and wanted to sell it, it could not.

I suggest that Mann Tech set up a Paine Webber account to receive the 492,611 shares of ICO stock that it holds in the 1st Georgetown account. Ellipso provides Paine Webber the Corporate Resolution it may require to authorize the sale of the stock in Mann Tech's account. Mann Tech will agree to issue a sell order for up to 400,000 shares, and instruct Paine Webber to credit half the proceeds of any shares that are sold at or above $.55/share to Ellipso. Any shares that are sold at less than .55 cents would reduce Ellipso's portion.

Bob, my belief is that absent the Corporate Resolution from Ellipso (or a court order), Mann Tech can't sell the shares to benefit Ellipso or repay the principal and interest.

I'll try to call you later.
John


EXHIBIT 14

P 00254