Case 1:05-cv-01186-RCL    Document 145-19    Filed 12/03/2007    Page 1 of 1

Yahoo! Mail - legalmanagement@yahoo.com                                    Page 1 of 1

**YAHOO! MAIL**　　　　　　　　　　　　　　　　　　　　　Print - Close Window

**From:** "John Mann" <john.mann@starband.net>
**To:** legalmanagement@yahoo.com
**CC:** dcastiel@ellipso.com
**Subject:** ICO stock
**Date:** Mon, 9 Aug 2004 09:18:12 -0400

Bob:

I have just received the original certificate evidencing 492,611 shares of
ICO stock in the name of Ellipso, Inc. and with the legend still affixed.
There is an opinion letter from Davis, Wright dated in May. I will need the
Corporate Resolution so I can send all this to the Mann Technologies Paine
Webber account so we can start selling this stuff.

John

EXHIBIT 17

PATT 000114