Yahoo! Mail - legalmanagement@yahoo.com                                 Page 1 of 1

## YAHOO! MAIL                                                  Print - Close Window

**From:** "David Castiel" <dcastiel@ellipso.com>
**To:** "'John Mann'" <john.mann@starband.net>
**CC:** "Robert Patterson-Yahoo" <legalmanagement@yahoo.com>
**Subject:** RE: ICO stock
**Date:** Tue, 10 Aug 2004 17:00:01 -0400

John,

I have tried to reach you several times since yesterday to no avail. It has
been over a week now since we executed an agreement in which the disposition
of ICO shares is an essential component. Despite me having signed all
necessary documentation (Bob has copies) to allow the transfer of the stock
the sale and disposition of proceeds, we are still wondering if this
transaction will ever close. UBS says it has had all documentation necessary
to execute our common wishes, except for the stock certificate.

I cannot understand why you seem to have concerns, but you have had a week
to turn over the certificate to UBS and obtain any assurance you need. If we
cannot place the stock for sale by tomorrow noon, I will have to take other
funding steps and I understand that once again our executed agreements
cannot be implemented as envisioned.

Please let me know how you want to proceed.

David


-----Original Message-----
From: John Mann [mailto:john.mann@starband.net]
Sent: Monday, August 09, 2004 9:18 AM
To: rpharap-rent@yahoo.com
Cc: dcastiel@ellipso.com
Subject: ICO stock

Bob:

I have just received the original certificate evidencing 492,611 shares of
ICO stock in the name of Ellipso, Inc. and with the legend still affixed.
There is an opinion letter from Davis, Wright dated in May. I will need the
Corporate Resolution so I can send all this to the Mann Technologies Paine
Webber account so we can start selling this stuff.

John

**EXHIBIT 18**

PATT 000107

http://us.f541.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=4282_0_3973755_151...  3/22/2007