Yahoo! Mail - legalmanagement@yahoo.com                                    Page 1 of 3

# YAHOO! MAIL                                                              Print - Close Window

**From:** "David Castiel" <dcastiel@ellipso.com>
**To:** "'John Mann'" <john.mann@starband.net>
**CC:** "Robert Patterson-Yahoo" <legalmanagement@yahoo.com>
**Subject:** RE: ICO stocks
**Date:** Wed, 11 Aug 2004 09:36:16 -0400

John,

Sorry for the confusion, but I thought Bob had copied you on the documents
we executed and are placed with UBS. I am having UBS fax you what they have.
This is what I understand the situation to be, from UBS:
1) The corporate resolution simply states that I am the authorized
representative for Ellipso and can therefore transfer stock.
2) My letter requesting the transfer, which is being faxed to you, is
therefore valid as far as UBS is concerned.
3) UBS says they have everything they need to remove the legend, execute the
transfer and sell, and divide the proceeds as agreed.

I am frustrated by the timing because I have to take alternative measures if
this deal doesn't go through, and I am pressed by time (I will be out of
town next week). I know you have concerns, but what guarantee do I have that
the stock will be sold as agreed? Please put yourself in my shoes as well, I
have been advocating selling since April when the stock was sky high.

It would be helpful if we could talk.

Regards,

David


-----Original Message-----
From: John Mann [mailto:john.mann@starband.net]
Sent: Wednesday, August 11, 2004 9:11 AM
To: dcastiel@ellipso.com
Cc: Robert Patterson-Yahoo
Subject: RE: ICO stock

Hi David:

I am eager to implement the agreement, but my requests for a copy of the
Corporate Resolution (that would, as I understand, allow Mann Technologies
to sell the ICO stock) have fallen into a deep hole. Could you please fax
me a copy of this Resolution so I can review it, and if it reflects and

**EXHIBIT 19**

PATT 000057

http://us.f541.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=4137_0_3972708_151...    3/22/2007

Case 1:05-cv-01186-RCL   Document 145-21   Filed 12/03/2007   Page 2 of 3

Yahoo! Mail - legalmanagement@yahoo.com                                        Page 2 of 3

enables our agreement, I will be happy to turn over the stock certificate to
UBS for the Mann Technologies account. My fax is (540) 349-4654.

I will be back around 4pm, so if everything is in order, I could meet
tomorrow to consummate the arrangements.

I will not answer your comments about timing since they reflect more your
frustration than the facts.

Regards

John


-----Original Message-----
From: David Castiel [mailto:dcastiel@ellipso.com]
Sent: Tuesday, August 10, 2004 5:00 PM
To: 'John Mann'
Cc: Robert Patterson-Yahoo
Subject: RE: ICO stock


John,

I have tried to reach you several times since yesterday to no avail. It has
been over a week now since we executed an agreement in which the disposition
of ICO shares is an essential component. Despite me having signed all
necessary documentation (Bob has copies) to allow the transfer of the stock,
the sale and disposition of proceeds, we are still wondering if this
transaction will ever close. UBS says it has had all documentation necessary
to execute our common wishes, except for the stock certificate.

I do not understand why you seem to have concerns, but you have had a week
to turn over the certificate to UBS and obtain any assurance you need. If we
cannot place the stock for sale by tomorrow noon, I will have to take other
funding steps and I understand that once again our executed agreements
cannot be implemented as envisioned.

Please let me know how you want to proceed.

David


-----Original Message-----
From: John Mann [mailto:john.mann@starband.net]
Sent: Monday, August 09, 2004 9:18 AM
To: legalmanagement@yahoo.com
Cc: dcastiel@ellipso.com
Subject: ICO stock

**PATT 000058**

Case 1:05-cv-01186-RCL    Document 145-21    Filed 12/03/2007    Page 3 of 3

Yahoo! Mail - legalmanagement@yahoo.com                                    Page 3 of 3

Bob:

I have just received the original certificate evidencing 492,611 shares of
ICO stock in the name of Ellipso, Inc. and with the legend still affixed.
There is an opinion letter from Davis, Wright dated in May.  I will need the
Corporate Resolution so I can send all this to the Mann Technologies Paine
Webber account so we can start selling this stuff.

John

PATT 000059