Yahoo! Mail - legalmanagement@yahoo.com                                    Page 1 of 1

# YAHOO! MAIL

Print - Close Window

**From:** "David Castiel" <dcastiel@ellipso.com>
**To:** "'rb patterson'" <legalmanagement@yahoo.com>
**Subject:** RE: payment arrangements
**Date:** Tue, 16 Nov 2004 09:55:54 -0500

Hi Bob

Since you have bombarded me with e-mails re. your compensation, I feel compelled to answer in writing the topics we discussed last week in person. Although many elements of your presentation are correct, not all are. In particular I never knew until May/June 2004 that you were 50% owner of MannTech and you had a stake in the upside of the ICO stock. Neither you nor John alerted me to that. The effect is that while I believed in January that you were negotiating with MannTech on behalf of Ellipso, an activity you were accruing $10,000/month and $10,000 in deferment bonus, in fact you were on both sides of the transaction. I blame this position in part for the confusion of the actual agreement and the ensuing argument over the summer regarding the failed disposition of the stock.

In fact several issues are unresolved regarding the stock, and the effort, fees and other arrangements relating to the Registry as well and of course the LookNet deal, where a similar two-sided position exists.

I propose that we attempt to resolve everything, including what Ellipso owes you for past services, how it will be paid and what role you play at TRSC, MannTech and/or Ellipso going forward and of course at what rate. I think it was to everyone's benefit to resolve all this as a whole rather than piecemeal. We could do this in the intervening time prior to actual receipt of early 881 revenues. I have also asked Jack Anderson to give me a precise analysis of the accounting submitted to us by LookNet in order to come to a fair resolution.

We can meet later in the week (Thursday, or the dreadful Friday). Let me know.

David

>-----Original Message-----
>**From:** rb patterson [mailto:legalmanagement@yahoo.com]
>**Sent:** Friday, November 12, 2004 11:43 AM
>**To:** david castiel
>**Subject:** payment arrangements
>
>David,
>   Attached is a letter memorializing our discussions for payment arrangements for the May 31, 2004 invoices.
>   We also need to address the question of payment arrangements for post May 31, services.
>                                Bob
>
>Do you Yahoo!?
>Check out the new Yahoo! Front Page. www.yahoo.com



EXHIBIT 21

PATT 000012