| Account: | WS47698 MOBILE COM | | | FA:PM *PREM* HH | BSA OLS | Activity as of: 07/22/04 |
|---|---|---|---|---|---|---|
| Return Objective: Income    Risk Profile: 1.Conservative | | | | | | Last Statement: |
| Name: | Mobile Communications Holdings, Inc. | | | | | |
| Address: | 4410 Massachusetts Avenue, NW #385 | | | | | |
| | Washington, DC 20016-5572 | | | | | |

| Total Portfolio: 0.00 | Equity: 0.00 | Money Funds/Sweep: 0.00 | Debit/Credit Balance: 0.00 | Funds Available: 0.00 | Buying Power: 0.00 |
|---|---|---|---|---|---|

| Symbol | Description | T/D Position | S/D Position | Price | Value | R/I | EX | Loc | TP | Sec No. | Cusip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 🔒 | RESTRICTED ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | 1,571,547.000 | 1,571,547.000 | 0.57 | 895,781.79 | | 9-OTC NMrg | LGL | 1-Cash | 576NY1 | 44999H996 |

Item: 1 - 1 of 1

Includes intraday transactions displayed on the Intraday activity page. Commission and fees for Equity trades are estimates, and may not match what is charged to the account. Fixed Income agency trades may not include commission and fees. Some trade corrections and fees are not included intraday.

This report is for informational purposes only and may or may not include all holdings or client accounts. All information presented is subject to change at any time and is provided only as of the date indicated. The Firm's periodic account statements and official tax documents are the only official record of client accounts and are not superceded, replaced, or amended by any of the information presented in these reports. Clients should not rely on this information in making purchase or sell decisions, for tax purposes or otherwise.

http://cwv2proxy.cwlh.pwj.com/ClientInquiry/servlet/com.pwj.ClientInquiry.cisv4.servlets.P...

EXHIBIT 24