MANN ENTERPRISES INC
OPERATING ACCOUNT

1185

DATE 8/12/04

PAY TO THE ORDER OF Ellipso Inc. $ 10,000 —

Ten thousand and no/100 — DOLLARS

BB&T
BRANCH BANKING AND TRUST COMPANY
WARRENTON, VIRGINIA

FOR Loan per agreement

⑈001185⑈ ⑆051404260⑆5134177252 0⑈ ⑈0001000000⑈

EXHIBIT

25