Yahoo! Mail - legalmanagement@yahoo.com                                           Page 1 of 1

# YAHOO! MAIL                                               Print - Close Window

**From:** "David Castiel" <dcastiel@ellipso.com>
**To:** "Robert Patterson-Yahoo" <legalmanagement@yahoo.com>
**Subject:** as discussed
**Date:** Wed, 20 Oct 2004 09:59:32 -0400

Bob,

Per your request I am reiterating the terms of our agreement, including a going-forward proposal.

1) In April 2004 you requested a written affirmation of your agreement together with a detailed accounting of deferred compensation. This was memorialized in a letter date April 27, which, in addition to specifying the amounts owed, paid and deferred, stated that:
   *"Ellipso agrees to maintain this current arrangement until May 31, 2004 at which time it expects to repay all deferred compensation, and pay the bonuses for deferred compensation in accordance with the guidelines of payment of bonuses for deferred compensation established by the Company at that time, i.e. all bonus compensation amounts will be paid pro-rata to beneficiaries out of the deferred compensation bonus pool."*

2) My understanding was that you were "covered" as you indicated to me starting in June through a variety of sources, including the Ineva customer base sold to LookNet, of which you are a substantial holder and TRSC/Mann Tech (of which you are a substantial holder as well) who had agreed to fund certain "registry" related development activities. In fact, in addition to assisting Ellipso, you have been actively involved with TRSC/Mann Tech for businesses unrelated to Ellipso or 881.

3) Based on the above, although we never defined any arrangement after May 31, 2004, Ellipso is prepared to compensate you for your efforts in the intervening period. I believe it is only fair that the burden be shared with your other employers/businesses as anticipated earlier. Conversely it would not be fair that Ellipso accrues a liability of $20,000 per month as you suggest, while the benefit of your activities flows to Ellipso perhaps, but at least as well to Mann/Tech and to your own ownership of these various entities.

Based on the above we are prepared to 1) disburse to you 10% (as you requested) of all proceeds to Ellipso except for loans and 2) come up, with your assistance, with a specific amount to value your contribution to Ellipso in the past four months and forward. Such amount will accrue to your credit and be paid as soon as funds are generated and if 10% in point 1) above clears the balance due. I expect this to happen in the next several months, based on the emerging 881 business.

Let me know your thoughts.

David



EXHIBIT 26

PATT 000014