IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. | ) |
| | ) |
|    Plaintiff/Counter-Defendant | ) |
| | ) |
|             v. | ) Case #05cv01186 (RCL) |
| | ) |
| JOHN B. MANN, et al. | ) Royce C. Lamberth |
| | ) Judge |
|    Defendants/Counter-Plaintiffs. | ) |

**ORDER EXTENDING TIME TO FILE OPPOSITION TO
MOTION TO QUASH THE PRELIMINARY INJUNCTION
AS TO DEFENDANT ROBERT PATTERSON**

UPON CONSIDERATION of Plaintiff's Motion for Extension of Time To File An Opposition to Defendant Robert Patterson's Motion to Quash The Preliminary Injunction, it is by the Court this 3rd day of December, 2007,

**ORDERED**, that plaintiff's motion for an extension of is hereby **GRANTED**, *nunc pro tunc,* and it is further,

**ORDERED,** that plaintiff shall have to and including the 26th day of November, 2007 to file its opposition to defendant Patterson's motion to quash the preliminary injunction, and the opposition filed that date shall be deemed timely filed.

                                                _____/s/_____
                                                JUDGE ROYCE C. LAMBERTH