UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., ) | |
| ) | |
| Plaintiff and ) | |
| Counter-Defendant ) | |
| ) | |
| v. ) | Civil Action No. 05-1186 (RCL) |
| ) | |
| JOHN B. MANN, *et al.*, ) | |
| ) | |
| Defendants and ) | |
| Counter-Plaintiffs ) | |

**MOTION FOR LEAVE TO FILE
CORRECTED MOTION FOR SUMMARY JUDGMENT
AND SUBSTITUTE EXHIBIT 2**

Come now John B. Mann and Mann Technologies, LLC, Defendants and Counter-Plaintiffs herein (collectively the "Mann Defendants"), by their undersigned counsel, and respectfully move this Court, pursuant to Fed. R. Civ. P. 15, for leave to file a Corrected Motion for Summary Judgment and a substitute Exhibit 2. As grounds for this motion, the Mann Defendants state as follows:

1. The Mann Defendants' dispositive motion was due to be filed on November 30, 2007, pursuant to a Minute Order granting them a one week extension of time from the original due date of November 23.

2. The Motion for Summary Judgment is a rather long document, including 27 pages of factual recitation and legal argument as well as a 12 page Statement of Material Facts not in Dispute and 27 exhibits.

3. Counsel for the Mann Defendants has a law clerk and paralegal upon whom he has relied for assistance in various aspects of this litigation and preparation of the motion for

summary judgment. However, on the November 30 due date the paralegal was on jury duty and the law clerk in final exams. Consequently, counsel had no assistance with the arduous jobs of checking citations to exhibits, fact checking, proofreading, etc.

    4. In reviewing the motion after it was filed, counsel determined that there were a number of errors, including incorrect references to exhibit numbers and a few factual misstatements. A few of these errors were in the memorandum of points and authorities supporting the motion. Quite a few more were in the Statement of Material Facts.

    5. The Mann Defendants would like to file a corrected version of the motion. There are no changes in any of the legal arguments, but only in the factual recitations and references to exhibits.

    6. One of the errors was the omission of certain pages from Ex. 2 to the motion, the deposition of David Castiel (president of Plaintiff). The Mann Defendants have now added those pages and would like to file a substitute Ex. 2.

    7. The proposed Corrected Motion for Summary Judgment is attached hereto as Ex. 1. The revised deposition excerpts of David Castiel are attached as Ex. 2.

    8. No prejudice will inure to any other party if the Court grants this motion for leave to file.

    WHEREFORE, the Mann Defendants respectfully request leave of this Court to file their Corrected Motion for Summary Judgment and Exhibit 2.

                       Respectfully submitted,

                       /s/ Christopher G. Hoge
                       Christopher G. Hoge #203257
                       Counsel for Defendants/Counter-Plaintiffs
                       John B. Mann and Mann Technologies, LLC

>CROWLEY, HOGE & FEIN, P.C.
>1710 Rhode Island Avenue, N.W.
>7th Floor
>Washington, D.C. 20036
>(202) 483-2900

## CERTIFICATE PURSUANT TO LOCAL RULE 7(m)

I hereby certify, pursuant to L. Cv. R. 7(m), that I made a good faith effort to obtain consent to this Motion by telephoning counsel for Plaintiff on December 10, 2007, but was unable to reach counsel.

>/s/ Christopher G. Hoge
>Christopher G. Hoge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true copies of the foregoing Motion were, this 10th day of December, 2007, served electronically upon:

>VANESSA CARPENTER LOURIE, ESQ.
>4400 MacArthur Blvd., N.W.
>Suite #205
>Washington, D.C. 20007-2521
>Co-Counsel for Plaintiff/Counter-Defendant

and

>LINDA AWKARD, ESQ.
>4201 Cathedral Ave., N.W.
>Suite #1416W
>Washington, D.C. 20016
>Co-Counsel for Plaintiff/Counter-Defendant

and via first class mail, postage prepaid, upon:

>ROBERT B. PATTERSON
>11775 Stratford House Place
>#407
>Reston, VA 20190
>Defendant/Counter-Plaintiff *Pro Se*

>/s/ Christopher G. Hoge
>Christopher G. Hoge

cgh/z/wpdirs/civil
mannmtnleave.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., | ) |
| | ) |
|     Plaintiff and | ) |
|     Counter-Defendant | ) |
| | ) |
|     v. | )   Civil Action No. 05-1186 (RCL) |
| | ) |
| JOHN B. MANN, *et al.*, | ) |
| | ) |
|     Defendants and | ) |
|     Counter-Plaintiffs | ) |

## **ORDER**

UPON CONSIDERATION of the Motion of Defendants/Counter-Plaintiffs, John B. Mann and Mann Technologies, LLC, for leave to file a corrected Motion for Summary Judgment and a substitute Exhibit 2 to the motion, and for good cause shown, it is by the Court, this _____ day of _____, 2007, hereby

ORDERED, that the Motion be, and it is hereby, GRANTED; and it is further

ORDERED, that the Corrected Motion for Summary Judgment of John B. Mann and Mann Technologies, LLC, and the substitute Exhibit 2 thereto, be, and they hereby are, accepted for filing.

_____
UNITED STATES DISTRICT JUDGE

Copies:

VANESSA CARPENTER LOURIE, ESQ.
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521
vlourie@carpenterlourie.com

LINDA AWKARD, ESQ.
4201 Cathedral Ave., N.W.
Suite #1416W
Washington, D.C. 20016
lawkard@earthlink.net

CHRISTOPHER G. HOGE, ESQ.
CROWLEY, HOGE & FEIN, P.C.
1710 Rhode Island Avenue, N.W.
7th Floor
Washington, D.C. 20036
chfcgh@aol.com

ROBERT B. PATTERSON
11775 Stratford House Place
#407
Reston, VA 20190