IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. ) | |
| ) | |
| Plaintiff/Counter-Defendant ) | |
| ) | |
| v. ) | Case #05cv01186 (RCL) |
| ) | |
| JOHN B. MANN, et al. ) | Royce C. Lamberth, |
| ) | Judge |
| Defendants/Counter-Plaintiffs.) | |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS JOHN B. MANN AND MANN TECHNOLOGIES, LLC**

Comes now plaintiff, ELLIPSO, INC., by and through undersigned counsel, and moves this Honorable Court to extend the deadline to file its opposition to the Motion for Summary Judgment filed by John B. Mann and Mann Technologies, LLC, and in support thereof states as follows:

1.      On November 30, 2007 defendants John B. Mann and Mann Technologies, LLC (hereinafter jointly referred to as "Mann") filed a Motion for Summary Judgment.

2.      Since the filing of the motion, Mann has made a number of corrections to the filing and on December 10, 2007, the day before the opposition was due, filed a motion for leave to file a corrected motion for summary judgment.

3.      In light of Mann's motion to correct its motion for summary judgment, plaintiff requests that the time for filing its opposition to the motion for summary judgment be extended for a period eleven (11) days after entry of this Court's Order with respect to the pending motion to correct.

Respectfully submitted,

_____/s/_____
Vanessa Carpenter Lourie, #250068
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521
(202) 342-8000 (Telephone)
(202) 342-9000 (Facsimile)
vlourie@carpenterlourie.com (e-mail)

_____/s/_____
Linda Awkard, #38748
4201 Cathedral Avenue, N.W.
Suite 1416 W
(202) 237-1535 (Telephone)
(202) 237-1204 (Facsimile)
lawkard@earthlink.net (e-mail)

Counsel for Plaintiff

**CERTIFICATE PURSUANT TO LCvR 7(m)**

I HEREBY CERTIFY that I conferred with counsel for the Mann defendants and he consents to this request for additional time.

_____/s/_____
Vanessa Carpenter Lourie, Esquire

**POINTS AND AUTHORITIES**

1. FRCP 6.

2. LCvR 7.

3. The record herein.

                                /s/
                        Vanessa Carpenter Lourie, Esquire

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion was served by first class mail, postage prepaid, this December 11, 2007, on:

        Robert B. Patterson
        P.O. Box 3106
        Reston, Virginia 20190

        Christopher Hoge, Esquire
        Crowley, Hoge & Fein, P.C.
        1719 Rhode Island Avenue, N.W.
        Suite 700
        Washington, D.C. 20036-3125

                                /s/
                        Vanessa Carpenter Lourie, Esquire