```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

ELLIPSO, INC.              )
                           )
        Plaintiff,         )
                           ) Case No. 1:05CV01186
            v.             )
                           ) JUDGE ROYCE C. LAMBERTH
JOHN B. MANN, et al.       )
                           )
        Defendants.        )
```

**PRAECIPE CONSENTING TO MOTION FOR LEAVE TO FILE CORRECTED MOTION FOR SUMMARY JUDGMENT**

Please note that counsel for the plaintiff, Ellipso, Inc., consents to the Motion of John B. Mann and Mann Technologies, LLC to file a Corrected Motion for Summary Judgment.

Respectfully submitted,

_____/s/_____
Vanessa Carpenter Lourie, #250068
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521
(202) 342-8000 (Telephone)
(202) 342-9000 (Facsimile)
vlourie@carpenterlourie.com (e-mail)

_____/s/_____
Linda Awkard, #38748
4201 Cathedral Avenue, N.W.
Suite 1416 W
(202) 237-1535 (Telephone)
(202) 237-1204 (Facsimile)
lawkard@earthlink.net (e-mail)

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing Praecipe was served by first class mail, postage prepaid, this December 11, 2007, on:

    Robert B. Patterson
    P.O. Box 3106
    Reston, Virginia 20190

    Christopher Hoge, Esquire
    Crowley, Hoge & Fein, P.C.
    1719 Rhode Island Avenue, N.W.
    Suite 700
    Washington, D.C. 20036-3125

      /s/
    Vanessa Carpenter Lourie, Esquire