UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELLIPSO, INC., | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counter-Defendant | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1186 (RCL) |
| | ) | |
| JOHN B. MANN, *et al.*, | ) | |
| | ) | |
| Defendants and | ) | |
| Counter-Plaintiffs | ) | |

**ORDER**

UPON CONSIDERATION of the unopposed Motion [147] of Defendants/Counter-Plaintiffs, John B. Mann and Mann Technologies, LLC, for leave to file a corrected Motion for Summary Judgment and a substitute Exhibit 2 to the motion, and for good cause shown, it is by the Court, this 11th day of December, 2007, hereby

ORDERED, that the Motion be, and it is hereby, GRANTED; and it is further

ORDERED, that the Corrected Motion for Summary Judgment of John B. Mann and Mann Technologies, LLC, and the substitute Exhibit 2 thereto, be, and they hereby are, accepted for filing.

/s/
U.S. District Judge Royce C. Lamberth