IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. ) | |
| ) | |
|     Plaintiff/Counter-Defendant ) | |
| ) | |
|                v. ) | Case #05cv01186 (RCL) |
| ) | |
| JOHN B. MANN, et al. ) | Royce C. Lamberth, |
| ) | Judge |
|     Defendants/Counter-Plaintiffs.) | |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS JOHN B. MANN AND MANN TECHNOLOGIES, LLC**

    Comes now plaintiff, ELLIPSO, INC., by and through undersigned counsel, and moves this Honorable Court to extend the deadline to file its opposition to the Motion for Summary Judgment filed by John B. Mann and Mann Technologies, LLC (jointly referred to as "Mann"), and in support thereof states as follows:

    1.    On December 12, 2007 this Court granted Mann's unopposed motion for leave to file a corrected motion for summary judgment.

    2.    The Court also granted plaintiff's motion for an extension of time to file its opposition on December 24, 2007.

    3.    Since the Court was closed on December 24 and 25, 2007, the opposition was due to be filed on December 26, 2007.

4.     In completing the opposition for filing on the 26th, undersigned counsel saved the final version for filing while working on an e-mail copy of the opposition.

5.     The final version of the opposition was inadvertently saved into a temporary internet file which counsel was unable to retrieve, and it was too late in the evening to solicit the assistance of the firm's IT consultant.

6.     Counsel expects to be able to retrieve the final version on even date herewith and requests an extension of time through today's date to file the opposition.

                                Respectfully submitted,

                                /s/
Vanessa Carpenter Lourie, #250068
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521
(202) 342-8000 (Telephone)
(202) 342-9000 (Facsimile)
vlourie@carpenterlourie.com (e-mail)


                                /s/
Linda Awkard, #38748
4201 Cathedral Avenue, N.W.
Suite 1416 W
Washington, D.C. 20016
(202) 237-1535 (Telephone)
(202) 237-1204 (Facsimile)
lawkard@earthlink.net (e-mail)

Counsel for Plaintiff

**CERTIFICATE PURSUANT TO LCvR 7(m)**

   I HEREBY CERTIFY that I conferred with counsel for the Mann defendants and he consents to this request for additional time.

                    /s/
            Vanessa Carpenter Lourie, Esquire

**POINTS AND AUTHORITIES**

1. FRCP 6.

2. LCvR 7.

3. The record herein.

                    /s/
            Vanessa Carpenter Lourie, Esquire

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing Motion was served by first class mail, postage prepaid, this December 27, 2007, on:

        Robert B. Patterson
        11775 Stratford House Place
        #407
        Reston, Virginia 20190

        Christopher Hoge, Esquire
        Crowley, Hoge & Fein, P.C.
        1719 Rhode Island Avenue, N.W.
        Suite 700
        Washington, D.C. 20036-3125

                    /s/
            Vanessa Carpenter Lourie, Esquire