IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ELLIPSO, INC.                          )
                                       )
     Plaintiff/Counter-Defendant       )
                                       )
              v.                       ) Case #05cv01186 (RCL)
                                       )
JOHN B. MANN, et al.                   ) Royce C. Lamberth
                                       ) Judge
     Defendants/Counter-Plaintiffs.    )
```

**ORDER EXTENDING TIME TO FILE OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT**

UPON CONSIDERATION of Plaintiff's consent motion for extension of time to file an opposition to the motion for summary judgment filed by John B. Mann and Mann Technologies, LLC, it is by the Court this _____ day of _____, 200____,

**ORDERED**, that plaintiff's motion for an extension of time be and hereby is **GRANTED**, and it is further,

**ORDERED,** that plaintiff shall have to and including the _____ day of _____, 200____ to file its opposition to the motion for summary judgment.

```
                              _____
                              JUDGE ROYCE C. LAMBERTH
```

Copies by electronic delivery to:

Vanessa Carpenter Lourie, Esquire
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521
vlourie@carpenterlourie.com

Linda Awkard, Esquire
4201 Cathedral Avenue, N.W.
Suite 1416 W
Washington, D.C. 20016
lawkard@earthlink.net (e-mail)

Christopher Hoge, Esquire
Crowley, Hoge & Fein, P.C.
1717 Rhode Island Ave., N.W.
7th Floor
Washington, D.C. 20036
chfcgh@aol.com

Copy by first class mail to:

Robert B. Patterson
11775 Stratford House Place
#407
Reston, Virginia 20190