## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ELLIPSO, INC.**                                    )
                                                     )
    **Plaintiff/Counter-Defendant,**    )
                                                     )
      **v.**                     )     **Civil Action No.: 05-01186 (RCL)**
                                                     )
**JOHN B. MANN, et al.**                             )
                                                     )
    **Defendants/Counter-Plaintiffs.**  )
_____  )

## ORDER

Upon consideration of Defendants/Counter-Plaintiffs John Mann and Mann Technologies, LLC's Motion for Summary Judgment, and plaintiff/counter-defendant's opposition thereto, it is hereby,

**ORDERED**, that said motion shall be and hereby is **DENIED.**

_____
JUDGE ROYCE C. LAMBERTH

Copies by electronic delivery to:

Vanessa Carpenter Lourie, Esquire
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521
vlourie@carpenterlourie.com

Linda Awkard, Esquire
4201 Cathedral Avenue, N.W.
Suite 1416 W
Washington, D.C. 20016
lawkard@earthlink.net (e-mail)

Christopher Hoge, Esquire
Crowley, Hoge & Fein, P.C.
1717 Rhode Island Ave., N.W.
7th Floor
Washington, D.C. 20036
chfcgh@aol.com

Copy by first class mail to:

Robert B. Patterson
11775 Stratford House Place
#407
Reston, Virginia 20190