**John Mann**

| | |
|---|---|
| From: | Robert Patterson [rbpmanagement@hotmail.com] |
| Sent: | Wednesday, December 24, 2003 10:40 AM |
| To: | lockheed12a@starband.net |
| Subject: | FW: MEMORANDUM OF AGREEMENT |



MEMORANDUM OF
AGREEMENT.doc (2..

Attached is David's response to our offer. I would suggest we accept them with two modifications. First, the 70% of profits split should be 65%.
Second, the 12 months of gross revenues as a purchase price is troubling. Maybe the formula should be 3.5 x annual earnings, reflecting the profits split at ten times earnings. I'll go either way.

David told me he did not want to insist on anything that you would not agree to. David is leaving for skiing today and returns next Wed. I would urge you to make what changes you want and send it to David for ratification asap, for the reasons we discussed. I think fax signatures would be fine for this week with a final signature version next week.

Happy Humbug!!!    Bob    571-278-7076

>From: "David Castiel" <dcastiel@ellipso.com>
>Reply-To: <dcastiel@ellipso.com>
>To: "'Bob Patterson'" <rbpmanagement@hotmail.com>
>Subject: MEMORANDUM OF AGREEMENT
>Date: Tue, 23 Dec 2003 12:38:24 -0500
>
>
>
>Bob, attached are changes that would make me happy, since we are
>including
>881-2 as well. I think the proposed changes are fair.
>
>David

Take advantage of our limited-time introductory offer for dial-up Internet access. http://join.msn.com/?page=dept/dialup