Unknown
___

From: Robert Patterson [rbplaw@hotmail.com]
Sent: Tuesday, December 23, 2003 11:05 AM
To: dcastiel@ellipso.com; lockheed12a@starband.net
Subject: 881 REGISTRY



MEMORANDUM OF
AGREEMENT.doc (2..

    I have attempted to revise the proposed agreement to accomodate everyone's concerns, sometimes suggesting a compromise of specific issues. Since David is leaving town tomorrow and John is unavailable until Friday, I suggest we proceed by e-mail, and then conference call if necessary. I think it is in everyone's'interest to get this done asap.

___

Make your home warm and cozy this winter with tips from MSN House & Home.
http://special.msn.com/home/warmhome.armx

MANN 00042