**Unknown**

| | |
|---|---|
| **From:** | lockheed12a [lockheed12a@starband.net] |
| **Sent:** | Tuesday, February 10, 2004 11:24 AM |
| **To:** | 'Robert Patterson' |
| **Subject:** | RE: registry |

Bob:

Here I am, driving along, fat dumb and happy, thinking life is beginning to look less brown, and I get a frantic call from David Castiel saying that my check had bounced and he was upset and he had done everything he was asked to do and so on and so forth...

Now I am here about to go to my bank and wire the funds into Ellipso's account without so much as an agreement with Ellipso, David or some company that you and I are forming as to what security and interests that money represents. If you get hit by a car tomorrow, I can imagine the interesting discussions I would have with my family, banker, lawyer(s) etc. who would all presumably wish to add a shrink to my cadre of professionals.

Bob, can we please get the paperwork completed. $90,000 will not break me, but lack of crisp clear documentation in hand is not a sound way for us to operate.

John

-----Original Message-----
From: Robert Patterson [mailto:rbplaw@hotmail.com]
Sent: Monday, February 09, 2004 2:28 PM
To: lockheed12a@starband.net
Subject: registry

attached is a first attempt at a statement of work for the registry.  i sent this to the Culpepper folks, and set up a meeting for noon Wednesday in Culpepper with them and their software engineer (Sullivan) who is represented to be quite experienced.  i want to start selling #####s ASAP. call when you can.  bob

Find great local high-speed Internet access value at the MSN High-Speed Marketplace. http://click.atdmt.com/AVE/go/onm00200360ave/direct/01/

1

MANN 00102