Unknown

From: Robert Patterson [rbplaw@hotmail.com]
Sent: Wednesday, February 11, 2004 11:15 AM
To: lockheed12a@starband.net
Subject: RE: registry

I have a complete set of signed documents from Ellipso including the letter of instruction to ICO to transfer the shares. We discussed this at the Rail Stop where I told you I was satisfied that we were protected and that I was releasing the check. The documents, including the stock certificate and the addendum for the Ellipso share conversion (which you and David signed at the Silver Diner), are in a file with your name and phone number on the outside.
   The incorporations have been filed and the paperwork should be here in a few days. The paperwork on this is also in your file. If I should beat you to Valhalla, it is my estate that will be at risk. I am sorry for the confusion and will have a complete copy of all documents for you when we meet.    thanks    Bob


>From: "lockheed12a" <lockheed12a@starband.net>
>To: "'Robert Patterson'" <rbplaw@hotmail.com>
>Subject: RE: registry
>Date: Tue, 10 Feb 2004 11:23:46 -0500
>
>Bob:
>
>Here I am, driving along, fat dumb and happy, thinking life is
>beginning to look less brown, and I get a frantic call from David
>Castiel saying that my check had bounced and he was upset and he had
>done everything he was asked to do and so on and so forth...
>
>Now I am here about to go to my bank and wire the funds into Ellipso's
>account without so much as an agreement with Ellipso, David or some
>company that you and I are forming as to what security and interests
>that money represents. If you get hit by a car tomorrow, I can imagine
>the interesting discussions I would have with my family, banker,
>lawyer(s) etc. who would all presumably wish to add a shrink to my
>cadre of professionals.
>
>Bob, can we please get the paperwork completed. $90,000 will not break
>me, but lack of crisp clear documentation in hand is not a sound way
>for us to operate.
>
>John
>
>-----Original Message-----
>From: Robert Patterson [mailto:rbplaw@hotmail.com]
>Sent: Monday, February 09, 2004 2:28 PM
>To: lockheed12a@starband.net
>Subject: registry
>
>
>attached is a first attempt at a statement of work for the registry. i
>sent this to the Culpepper folks, and set up a meeting for noon
>Wednesday in Culpepper with them and their software engineer (Sullivan)
>who is represented to be quite experienced. i want to start selling
>#####s ASAP.
>call when you can.  bob
>
>
>_____
>Find great local high-speed Internet access value at the MSN High-Speed
>Marketplace. http://click.atdmt.com/AVE/go/onm00200360ave/direct/01/
>

1

MANN 00103