Message                                                                                                          Page 1 of 1

## Unknown

**From:** john.mann@starband.net
**Sent:** Saturday, January 31, 2004 8:50 AM
**To:** 'legalmanagement@yahoo.com'
**Subject:** FW:

-----Original Message-----
**From:** john.mann@starband.net [mailto:john.mann@starband.net]
**Sent:** Saturday, January 31, 2004 8:07 AM
**To:** 'Bob Patterson'
**Subject:**

Hi Bob:

I'll try to call you later today. I'm on to Charlottesville for Martha's birthday. On reading the agreement, I think we need to add the conversion option to Ellipso shares, and we need to get the shares in our company's name.

I think it best not to tender the funds until the company is formed and the shares assigned to us. Let me know your thoughts.

John

9/14/2006

MANN 00093