## Unknown

**From:** Robert Patterson [rbplaw@hotmail.com]
**Sent:** Wednesday, June 09, 2004 2:44 PM
**To:** lockheed12a@starband.net
**Subject:** 881/ICOHA

 

AMENDMENT TO   AMENDMENT TO
REEMENTS BETWEE[OCK LOAN AGREEM

These are about as simple as I can make it.  My only question is do we want
share for share replacement or value replacement.  I have written it as
value as this has less risk, but I am game to play the market if you want.

I got a call from Va. Broadband today.  They are very anxious to proceed and
invited us to come to Culpepper tomorrow (Thursday) for lunch to meet other
investors involved and to give us an update on where their business stands.
I accepted and will be at your house apx. 11 am unless I hear otherwise from
you.

---

Watch the online reality show Mixed Messages with a friend and enter to win
a trip to NY
http://www.msnmessenger-download.click-url.com/go/onm00200497ave/direct/01/

1

MANN 00254