1    Mr. Patterson and Mr. Goodman as to who goes next.

2            EXAMINATION BY COUNSEL FOR THE PLAINTIFF

3            BY MR. GOODMAN:

4    Q    Mr. Tomassoni, my name is Matthew Goodman.

5    I represent Ellipso in this matter.  I have some

6    follow-up questions, obviously.  I'll do my best not

7    to ask you any questions that were already asked of

8    you.

9            First of all, let's talk about your

10   understanding about any relationship between Robert

11   Patterson and John Mann.  Who is Mann Technologies?

12   Do you know who they are?

13   A    A company owned by Mr. Mann.

14   Q    Do you know what Mann Technologies does?

15   A    No, I don't have information.

16   Q    Do you recall -- your e-mails that you've

17   provided, the ones that I've reviewed, make reference

18   to the Registry.

19   A    Right.

20   Q    Okay.  And that was TRSC, The Registry

21   Solutions Company?

22   A    Right.

1    Q    I did not notice in any of your e-mails

2    references to Mann Technologies.

3         Were you aware of Mann Technologies' role

4    in anything involving 881?

5    A    No.

6    Q    Okay.

7    A    No, I -- believe it or not, I dealt with

8    people.  I was not exposed to companies or

9    information, documentation and all that.  That was

10   something that David was dealing with.  He never had

11   the intent to share that information with me, other

12   than giving me very generic information, and I accept

13   that.

14   Q    Now, when -- it's true you first met with

15   John Mann personally in 2004; is that right?

16   A    Well, it was either at the beginning of

17   2004 or the end of 2003.  The first day -- I don't

18   remember what circumstances.  It was an introduction

19   with David, but I don't -- I cannot see the place or

20   exactly the date.

21   Q    And when you were first introduced to

22   Mr. Mann, Mr. Mann never told you that Robert

1   Patterson was a member of Mann Technologies, did he?

2        A     No.

3        Q     Did Mr. John Mann ever tell you that Robert

4   Patterson was a member of Mann Technologies?

5        A     No.

6        Q     Did Mr. John Mann ever indicate to you that

7   Robert Patterson had a financial interest in Mann

8   Technologies?

9        A     Well, let's see.  Ever.  Ever.

10       Q     Prior to the filing of -- let me qualify it

11   by prior to your meeting with him in 2006.

12       A     I don't recall that.  Again, I was never

13   involved into the company's structuring or agreements

14   and things of that sort.  I was left apart.  So I

15   didn't have a clear picture of how all of this was

16   structured.

17       Q     Let me ask you the same questions

18   concerning Mr. Patterson, Mr. Tomassoni.

19             Did Mr. Patterson ever discuss with you

20   when you were first -- when you all first met that he

21   had a financial interest in Mann Technologies?

22       A     When he first met me?

1      Q      Sure.

2      A      I don't recall that.

3      Q      Okay.  Did you ever -- do you have any

4  documentation from either Robert Patterson or John

5  Mann indicating that they were partners in Mann

6  Technologies, sir?

7      A      Can I take a look here?

8      Q      Sure.

9             MR. HOGE:  It would be helpful,

10  Mr. Tomassoni, if you'd refer to the file number

11  you're looking at while you're doing this.

12             THE WITNESS:  I'm looking at file five.

13  There's nothing here.  No, I think that the only

14  agreement or draft I had was between TRS --

15             BY MR. GOODMAN:

16      Q      TRSC, The Registry Solutions Company?

17      A      -- and Ellipso, I think.  But again, since

18  I was not focused on all those things, I never really

19  focused my attention into those agreements.

20      Q      Okay.  You had testified earlier that over

21  time, it became -- I believe your testimony is that it

22  became clear to you that Robert Patterson was part of

 1   John Mann's company.  What company were you referring

 2   to?

 3        A     I didn't know there were so many involved.

 4        Q     Which one were you referring to when you

 5   testified --

 6        A     The one that was doing the registry

 7   interaction with us.  I didn't know whether there were

 8   two, three or whatever.  I'm sorry.

 9        Q     Would that be The Registry Solutions

10   Company?

11        A     Yes.

12        Q     Now, you had testified to a conversation

13   that took place between you and David Castiel

14   concerning some relationship -- no, I'm sorry -- that

15   Mr. Patterson was involved -- I don't recall your

16   exact word -- involved with --

17        A     Yeah.

18        Q     -- with some business of John Mann?

19        A     Yeah.

20        Q     Can you elaborate on that?

21        A     Now I have a better recollection.  David

22   was telling me that he was kind of upset because there

1  was a double involvement of Patterson.  On one side,

2  he's been helping Ellipso, nothing particular, but as

3  an attorney.  And on the other side, he thought that

4  he was having some relation, business relation with

5  John Mann.  At some point, I remember hearing that

6  from David and that -- I took that.

7       Q     And when you testified earlier, then, about

8  a conversation with David, is this the conversation

9  you're alluding to?  Is that the conversation that you

10  were referring to in your previous testimony?

11       A     Again, it was very generic.  I was not

12  supposed to be involved in all that.

13       Q     Now, let me ask a couple of questions about

14  this 2006 meeting with Mr. Mann.

15       A     Yes.

16       Q     Okay.  I think it was your testimony that

17  you weren't sure -- oh, no, you said Mr. Mann called

18  the meeting.

19       A     Yes.

20       Q     Okay.  I wasn't clear.  Why -- what was

21  your understanding of why a meeting was called?

22       A     Well, I didn't know that the case was still

1    going.  I lost track of the whole thing.  I understand

2    that Mr. Mann was always interested in new projects or

3    investments, and I said well, let's get together and

4    talk about this.  At that time, he explained to me the

5    situation about the suits back and forth.

6        Q      What did he explain?

7        A      Well, I think he said that he was being

8    sued by Ellipso and he asked me whether I'd be open to

9    a deposition.  So I said to him well, I have an

10   agreement with Ellipso, so I -- I'm not interested to

11   propose or come forward with a deposition.  If I'm

12   subpoenaed by the courts, in that case, I would talk

13   to my lawyer.  And that's how things end up.  Next day

14   or next week, my lawyer was contacted and they contact

15   you.

16       Q      And was it your testimony that Mr. Mann

17   brought with him a copy of the lawsuit that David

18   Castiel filed or Ellipso had filed?

19       A      I think he gave me a copy of my case, but

20   I'm not hundred percent sure.

21       Q      Okay.

22       A      It sounds to me that I got a copy there or

1    he mentioned me, I was being sued, and I went into the

2    web and print out the document.

3        Q    Now, when was the last time prior to that

4    March 2006 meeting that you and Mr. Mann had had a

5    meeting?

6        A    I didn't have any contact with John.

7        Q    Was it fair to say that your last

8    communication with Mr. Mann would have been back in

9    2004 during the time of these e-mails?

10       A    Right.

11       Q    So from 2004, say, mid to late -- mid to

12   fall 2004, do you recall?

13       A    Once I had a settlement with you guys, I --

14   I lost track of everybody.

15       Q    And from that point in time until the

16   lawsuit -- I'm sorry, until your meeting --

17       A    Wait a minute.  Our agreement was probably

18   in 2005, June 2005.  So it was one year.

19       Q    Did you have meetings with Mr. Mann during

20   2005 prior to your agreement with Mr. Castiel?

21       A    No.  I had only two encounters alone with

22   Mr. Mann, two lunch in Tysons.  Those are the one I

Page 125

1  already talk about.

2      Q    Okay.  One of those was in early 2004

3  and -- I'm sorry, April 2000 -- and one is in 2006?

4      A    Right.

5      Q    So is it fair to say, then, that from

6  sometime in 2004 through March 2006, you were not in

7  communication with Mr. Mann and Mr. Mann was not in

8  communication with you?

9      A    No.

10     Q    Okay.  Only until the lawsuit was served is

11 the first time you had heard back from Mr. Mann?

12     A    What lawsuit?

13     Q    The lawsuit on Mr. Mann.

14     A    I don't know when he was served.  He

15 contact me one week before we had lunch.

16     Q    Now, at that March 2006 meeting with

17 Mr. Mann, was there any discussion about you and

18 Mr. Mann working together on any kind of project?

19     A    No.  As soon as I realize that there was

20 this case going on and things were still going around,

21 I didn't have any other points to discuss with

22 Mr. Mann because I thought that the call was more to,

1   you know, keep in touch with each other and see if

2   there were new things we could work together.

3          But at that point, I understood that there

4   was this -- this case is going around, the situation

5   with Mr. Patterson, so I didn't pursue any farther

6   discussions.

7   Q     Now, let's talk about your employment

8   with -- your working for Ellipso.  You had a

9   pre-employment agreement that's been marked and

10  entered into evidence.

11  A     Yes.

12  Q     And you understood that you were

13  representing Ellipso's interests in your negotiations

14  with other parties and other companies, correct?

15  A     Yes.

16  Q     And generally, when you communicated

17  concerning 881 service, the communication would

18  include David Castiel on your e-mails?

19          MR. HOGE:  Objection, leading a little bit.

20          MR. GOODMAN:  I'm cross-examining.

21          BY MR. GOODMAN:

22  Q     I'm sorry, let me just rephrase.

Page 127

1          Would you generally include David Castiel

2     on your communications with Mr. Patterson?

3          A     Yes.

4          Q     And how about on your communications with

5     Mr. Mann?

6          A     There may have been a couple of mails that

7     were in between me and John.  But in general, we --

8     normally the structure was that we were getting

9     together and there were some actions that had to be

10    followed up, and I was the person that had the contact

11    with the carrier, so I was informing what thing was

12    happening with the carrier.  Obviously, it was in my

13    interest to copy everybody because everybody had

14    elements to contribute to the business.  So there was

15    no reason not to copy everybody.

16         Q     There's a couple of occasions when you

17    communicated directly with Mr. Mann and he

18    communicated directly with you.  And let's include

19    your meeting in April of 2004.

20         Why did you have those communications

21    outside of Mr. Castiel's --

22         A     One case we saw here, Mr. Mann sent me an

1    e-mail on my return from Madrid asking me about what

2    was going on.  And he made some comments there, so I

3    responded to him.  I think that was a courtesy to --

4    not to involve other people.  But there was no other

5    reason for that.

6              Again, I repeat.  My interest on Mr. Mann

7    was that he was the person bringing the money to the

8    company, and I was interested to be paid as per the

9    contract.  So I wanted to know what was going on in

10   between Mr. Mann and Ellipso.  And obviously, I had

11   all the inputs from Mr. David Castiel, but once in a

12   while I wanted to know also from Mr. Mann directly.

13       Q    Now, let's talk a little bit about the 881

14   service, Mr. Tomassoni.

15       A    Yes.

16       Q    When you first started working for Ellipso,

17   you were advised as to what 881 vanity service was,

18   correct?

19       A    (Nods head affirmatively.)

20       Q    And you were given materials -- you're

21   shaking your head.  Is that a yes?

22       A    Yes.  Yes.

1    Q    And you did research and you informed

2    yourself as to what 881 service was; is that correct?

3    A    Yes.

4    Q    It was important for you in performing your

5    duties to have as thorough of an understanding of how

6    881 would work --

7    A    Yes.

8    Q    -- is that correct?

9         And in formulating your knowledge of 881,

10   you consulted with David Castiel and had

11   communications with him, correct?

12   A    Correct.

13   Q    I believe you indicated you and

14   Mr. Patterson had helped, you know, prepare a business

15   plan?

16   A    Correct.

17   Q    And you utilized Mr. Patterson's knowledge

18   and services in getting an understanding of 881

19   services; is that correct?

20   A    Right.

21   Q    Now, why don't you tell me what your

22   understanding of the status of 881 service was in

Page 130

1   2003, in mid 2003?

2        A    Well, my understanding was that Mr. -- that

3   Ellipso had a file or had received the regulatory

4   approval for usage of the 881-2 and 881-3, I don't

5   remember in particular which one, one or two, and that

6   we could put together service to generate revenues out

7   of the numbers.

8        Q    And it was your understanding when you say

9   regulatory approval, that it was -- that means it was

10  loaded in various countries?

11       A    No.  The approval came from the ITU, and

12  the numbers were loaded somewhere.  I don't recall now

13  where.

14       Q    Okay.

15       A    Maybe Chile.

16       Q    You do remember the numbers having been

17  loaded?

18       A    Yeah, because there was testing going on.

19       Q    And the numbers were loaded sometime in and

20  around 2003; is that your understanding?

21            MR. HOGE:  Mr. Goodman, just allow me a

22  continuing objection to these leading questions.  I

1    understand you think this is cross-examination.  This

2    is a discovery deposition, and I don't think those

3    rules apply.  So I think most of the questions you've

4    been asking have been leading, but I don't want to

5    interrupt every time.  So I just object generally to

6    your leading questions.

7              MR. GOODMAN:  That's fine.

8              THE WITNESS:  Okay.  There was -- the

9    numbers were loaded somewhere.  I don't recall now if

10   it was Chile or what switch had the numbers.

11             BY MR. GOODMAN:

12        Q    Do you remember how many countries the

13   numbers were loaded in, approximately, in -- by late

14   2003, the end of the year?

15        A    A bunch of them.  Probably eight, ten.  I'm

16   kind of guessing.  I don't remember exactly the

17   number.

18        Q    KPN was --

19        A    Yeah.

20        Q    -- responsible for that?

21        A    Yes, KPN.

22             MR. HOGE:  Let him finish the question,

Page 132

1    then you give the answer.

2                BY MR. GOODMAN:

3        Q     KPN was responsible for the loading of

4    numbers?

5        A     Yes.

6        Q     Who was your contact at KPN?

7        A     The contact -- there were two contacts,

8    Feddo and Allen Occhiuti.

9        Q     Okay.  And let me show you what I'll have

10   marked as Exhibit Number 10.

11                (Thereupon, the document was marked as JT

12                Deposition Exhibit No. 10 for

13                identification.)

14                MR. HOGE:  Let's just let the record

15   reflect that you've taken that document out of one of

16   Mr. Tomassoni's files, which is folder number four.

17   It's a one-page document.

18                I want to see it a second.  I want to show

19   it to Mr. Patterson, also.

20                BY MR. GOODMAN:

21       Q     Okay.  Sir, you've been shown Exhibit

22   Number 10.  What is that document?

1       A       Well, this is a table from a switch

2  indicating some seizures, which technically means call

3  attempts from their switch, because it says here from

4  Allen O.  And you can see here where they tried to

5  call and what ASR, which means efficiency, they got,

6  and NER -- I don't recall in their terminology what

7  N-E-R means -- to different carriers they had relation

8  with.

9       Q       Now, the attempts -- is that what they are,

10  they're attempts?

11      A       Seizures.

12      Q       The seizures.  They can only be made at the

13  point in time when the numbers were loaded into the

14  country code, correct?

15      A       Yeah.

16      Q       So for every one of those -- how many

17  attempts are on that document, reflected on that

18  document?

19      A       From zero to 700 to France.

20      Q       So France had zero to 700 attempts?

21      A       (Nods head affirmatively.)

22      Q       Okay.  You're nodding your head.  Was that

1   a yes, sir?

2       A     France had 700 attempts.

3       Q     Okay.  How many countries are on that

4   document?

5             MR. PATTERSON:  I'm going to object.  The

6   document speaks for itself.  There's no foundation

7   whether this witness knows whether that's accurate or

8   where the document came from or anything else.  And

9   this was -- if you think this is cross-examination, no

10  questions were directed to this document.  So if you

11  want to lay a foundation and start from square one,

12  that's fine.  Otherwise, the document speaks for

13  itself, whatever it says.

14            BY MR. GOODMAN:

15      Q     That document was in your files, correct?

16      A     Yeah.

17      Q     Do you recall where you got that document

18  from?

19      A     Yeah, from KPN.  And how many countries?

20  You can see the countries here by the first column.

21  More than countries.  There are carriers in each

22  country.  So Belgium have two, for instance, Bermuda

Page 135

1    has one, Denmark, Philippines.  Those are the

2    countries where they made the call attempts.

3        Q    Okay.  And how many total countries are on

4    that document, reflected on that document that you can

5    ascertain?

6        A    Twenty.

7        Q    Do you recall approximately when you

8    received that document from KPN?

9        A    This was part of the ongoing operational

10   correspondence we had, because -- now I am a little

11   more clear about this.  We have different parties in

12   this chain.  So we have Chile on one side promoting

13   and doing the marketing.  We have KPN doing the

14   transit, and it was important -- and we were in the

15   middle trying to make sure that all this was working.

16            So KPN was making the attempts, and if the

17   results were zero, it means that that remote country

18   that was being marketed by Entel-Chile was not

19   working.  So KPN was making attempts, and if they

20   didn't get any answer, it means that we had to inform

21   Entel-Chile that they were not working in those

22   countries.

Page 136

1    Q    Now, you said if the number was zero, that

2    means they weren't getting results?

3    A    Right, that calls were --

4    Q    Are you referring to the zero under the

5    seizure --

6    A    No, seizures are attempts.

7    Q    Okay.

8    A    And ASR gives you the termination rate,

9    efficiency.  So of the eight seizures, they got four

10   responses, answers.  That's 50 percent.  The rest got

11   zero.

12   Q    And do you recall approximately when you

13   received this document in relation to the --

14   A    Yes.

15   Q    -- first quarter of the year, the midyear?

16   A    It was the first quarter '04, before our

17   meeting or after our meeting in New York.

18   Q    Now, let me ask you this:  Is it fair to

19   say that if the attempts are being made in the first

20   quarter of '04 that the numbers had to have been

21   loaded sometime prior to the attempts being made?

22   A    Yeah.  Yes.

Page 137

1      Q      Do you recall based on this document

2    whether the numbers were loaded in 2003 or 2004?

3      A      Probably 2003.  And that was done early,

4    before October.  When I had the pre-employment, KPN, I

5    think, either October, November, already had the

6    numbers loaded.

7      Q      Did you ever have any conversations with

8    Robert Patterson or John Mann about the fact that

9    these numbers were loaded in approximately 20

10   countries?  I'm sorry, let me strike that and rephrase

11   it.

12           Were you ever a party to any conversation

13   between John Mann, Robert Patterson, David Castiel

14   and/or yourself, okay, was there ever a conversation

15   that you're aware of in which the fact that KPN had

16   loaded these numbers was discussed?

17     A      Yes.

18     Q      Do you recall approximately when you first

19   recall that conversation being discussed with

20   Mr. Patterson and/or Mr. Mann?

21     A      It was an ongoing discussion, because KPN

22   was the central switching place for the service at

1    that stage.  We didn't have alternatives.

2        Q     Did Mr. John Mann ever indicate to you any

3    surprise that -- well, strike that.

4              Did Mr. John Mann ever indicate to you that

5    David Castiel had represented that the numbers were

6    loaded in 20 to 23 countries?

7        A     Can you repeat, please?

8        Q     Actually, that was a bad question.  Let me

9    think about how I want to rephrase that and move on.

10             In the first quarter of 2004, were you

11   present when discussions concerning the testing of the

12   numbers was discussed with Robert Patterson and/or

13   John Mann?

14             MR. HOGE:  Objection, foundation.

15             THE WITNESS:  Yes.

16             BY MR. GOODMAN:

17       Q     Can you tell me generally what you recall

18   was discussed with respect to the loading of the

19   numbers and the testing of the numbers?

20       A     Mr. Patterson was present in New York when

21   we met with KPN.  So he was aware of the whole

22   situation.

1      Q      And when did that take place?

2      A      February '04, as we said.  But he also was

3   involved in every operational meeting we had where we

4   review and comment of how things were going with the

5   testing.

6      Q      Now, you testified earlier that at some

7   point, the 881 service had actually began to generate

8   some revenues; is that correct?

9      A      Yes.

10      Q      Do you recall approximately when and

11   during -- what year and when during the year that

12   began to take place?

13      A      Yes.  It was towards the early -- was

14   beginning '05, early part of '05.  That was discussed

15   at the GTM meeting in Washington and even was

16   indicated to me by Mr. Castiel during that time.  Then

17   we have the settlement agreement and that was it.

18      Q      Now, you were asked some questions about

19   your amended agreement with Ellipso.

20      A      Yes.

21      Q      Do you recall that discussion?

22            And in that amended agreement, there was

Page 140

1    reference to, I believe it was, three potential

2    sources of funding for Ellipso.  Let me see if I can

3    help you here.

4        A    Here.

5        Q    Do you recall that?  Okay.  Thanks.  Let me

6    get my copy here and look on with you.

7            Paragraph 5, the company anticipates three

8    potential sources of funding in the short term.

9            Do you see that paragraph?

10       A    Yes.

11       Q    And this document was signed by you on

12   July 22, 2004; is that correct?

13       A    Correct.

14       Q    I don't recall if you testified that you

15   participated in the drafting of this document or you

16   did not.

17            Do you recall if you participated in

18   drafting this document?

19       A    Yes, along -- I don't remember if we did it

20   together, but one or the other initiated this, and the

21   other one --

22       Q    Reviewed it?

1    A    -- reviewed it and --

2    Q    As a collaborative effort?

3    A    Yes.

4    Q    And by July 22, 2004, how would you

5    describe your familiarity with the 881 vanity service

6    and its implementation?

7    A    In the case of Ellipso?

8    Q    Yes.

9    A    At the time of this?

10   Q    Right.

11   A    Well, I had as much information as I was

12   involved with.  I cannot say that I knew everything,

13   because Ellipso didn't involve me in hundred percent

14   of everything.

15   Q    Did you feel like you had a rather thorough

16   understanding of the progress of 881?

17   A    Not as much as at the beginning.

18   Q    I'm sorry, I'm on July 22, 2004.

19   A    Not as in early of 2004.

20   Q    Okay.

21   A    But probably -- oh, no, no.  At the time of

22   this one, yeah, there was -- I was considering the

Page 142

1    2005 time frame.  No, I was pretty much aware of what

2    was going on.

3        Q    And did you agree, then, did you agree with

4    paragraph 5(d) that the company anticipated funding in

5    the short term from revenues generated from 881?  Did

6    you agree with that statement in this document?

7        A    Yes.

8        Q    Okay.  And it says -- the second part of

9    that sentence says as service commencement is now

10   available.

11       A    Right.

12       Q    What is your understanding as to what that

13   phrase means, as service commencement is now

14   available?

15       A    Well, all the pieces were in place.

16       Q    And what do you mean by that?

17       A    Contractual and operational.

18       Q    Okay.

19       A    And marketing-wise and testing-wise.

20       Q    And do you recall approximately how long

21   after execution of this July 22, 2004 agreement maybe

22   the first revenues were generated?

Page 143

1       A     Again, I didn't have visibility about any

2    accounting or collection.  That was handled by David,

3    but he informed me that -- if early October is the end

4    of that year, October, November -- that some of the

5    carriers or one or two carriers, I think in Europe,

6    were starting to generate some calls.

7              We have to understand that the activity of

8    this business was very informal.  There was no office.

9    There was no information in formal way going around.

10   That's the way things were handled.

11             MR. GOODMAN:  I guess that's Exhibit 11.

12   You know what, I'm sorry, that's not -- it's already

13   been marked.

14             (Discussion held off the record.)

15             BY MR. GOODMAN:

16      Q     Mr. Tomassoni, let me show you what's been

17   previously marked as Exhibit Number 5.  I believe this

18   was your business plan that you indicated was prepared

19   by you and Mr. Patterson; is that correct?

20      A     Correct.

21      Q     And is the information contained in that

22   business plan accurate, to the best of your knowledge

Page 144

1    and understanding?

2        A    Yes.

3        Q    Okay.  And referring you to the fourth

4    paragraph down.  I put a little handwritten notation,

5    just a little line next to the paragraph.

6            MR. HOGE:  For the record, Mr. Goodman, are

7    we referring to Bates number Mann 00154?

8            MR. GOODMAN:  Yes, we are.

9            BY MR. GOODMAN:

10       Q    The fourth paragraph down beginning on

11   May 7, 2003, is that paragraph accurate?

12       A    Yes.

13       Q    Now, you testified earlier that -- I

14   believe it was your opinion that the Sunburst contract

15   or deal did hinder, I think, the implementation of

16   881?

17       A    (Nods head affirmatively.)

18           MR. HOGE:  Let the record reflect that he

19   nodded yes.

20           MR. GOODMAN:  Yes.  Okay.  Thank you.

21           THE WITNESS:  Sorry.

22           BY MR. GOODMAN:

1      Q     Do you attribute that hinderance to actions

2    by Ellipso or do you believe that the hinderance was

3    caused by actions or inactions by Sunburst?

4              MR. HOGE:  Objection.

5              BY MR. GOODMAN:

6      Q     Or some other party?

7      A     Well, the relation with Sunburst was, by

8    definition, less than flexibility to my intent to

9    bring large carriers into the picture.  Normally large

10   carriers, when they see small businesses that they

11   don't know involved in certain business, they don't

12   want to get involved.

13             Also, Sunburst was bringing to the table

14   KPN, so there was already that relation with the

15   company.  Although that was the positive part of the

16   relation.  What they see more complicated is to

17   explain the Sunburst relation to other carriers

18   international.

19             So I didn't understand exactly what Ellipso

20   wanted from me by firming up an agreement with this

21   company instead of doing an approach step at a time to

22   see what was the best alternative at the end of the

1    day, in particular with businesses that we're not

2    still proved into the market.

3         Q    I guess -- let me try and phrase my

4    question another way.

5              Do you believe that even with the Sunburst

6    agreement, if Sunburst had performed differently under

7    the agreement, that 881 wouldn't have been -- the

8    implementation of 881 would not have been hindered?

9              MR. HOGE:  Objection to the hypothetical.

10             THE WITNESS:  By definition, my experience

11   comes from dealing with large carriers; therefore, I

12   prefer, if that's possible, not to intercede those

13   type of relations at the beginning of these kind of

14   projects.  And that was my predication about the

15   participation of this company.

16             BY MR. GOODMAN:

17        Q    Now, getting back to Exhibit Number 5.

18   There was a chart attached to the front of the

19   exhibit.  It looks like it's some sort of -- is that

20   an anticipated revenue chart or --

21        A    Yes.

22        Q    And do you recall, is that something you

Page 147

1  prepared?

2      A      Most likely.

3      Q      Okay.  And was that on -- how did you

4  formulate those figures, generally?

5      A      Well, this could have been something handed

6  to me by Ellipso that I manipulated to meet the new

7  business objectives we had.  I don't recall exactly

8  how this was originated, but basically is revenue flow

9  with the expenses.  For sure we put expenses portion

10  because that's where the people that was bringing to

11  the attention of the group would have been involved

12  with the business.

13      Q      Based on that document, sir, when did you

14  anticipate 881 first generating revenue based on that

15  data?

16      A      This business don't have a starting date.

17  It has month 1 through 12.

18      Q      Do you know what was referred to by month

19  one, a month from creation of the document or --

20      A      As can you see, the three first months

21  don't bring any revenues or some little revenues from

22  the carriers.  So this business plan was projecting a

Page 148

1    build-up or a ramp-up of three months after the

2    funding and the people were hired.

3                MR. HOGE:  Do you need a break?

4                THE WITNESS:  I think I'm going to break

5    and go to the bathroom.

6                (Whereupon, a short recess was taken.)

7                MR. GOODMAN:  I'll have this marked

8    Exhibit 11.

9                (Thereupon, the document was marked as JT

10               Deposition Exhibit No. 11 for

11               identification.)

12               BY MR. GOODMAN:

13     Q     Mr. Tomassoni, you've been shown what's

14   been marked as Exhibit Number 11, which came out of

15   file number four of the files you brought today.  Let

16   me refer you -- it's a two-page document.  Let me

17   refer you to the first page, sir.  You'll see some

18   handwriting in the upper right corner and on the upper

19   left corner.

20               Do you recognize that handwriting?

21     A     It's me.

22     Q     Let me refer you to the handwriting that's

Page 149

1    on the right side of the first page by your thumb.

2    Okay.  What is -- what do those abbreviations mean?

3         A    Countries.

4         Q    Okay.  And why did you write abbreviations

5    for countries on that document?

6         A    Most likely those were the countries we

7    were going to have service in first.

8         Q    Do you recall where you got that

9    information from?  Is that part of your -- was that

10   part of your work on behalf of Ellipso?

11        A    This e-mail is dated October 2004, so

12   probably these came from a phone conversation with

13   Chile or with New York.

14        Q    I guess my question was that's information

15   that you had personal knowledge of, that you

16   personally were made aware that service was going to

17   be started in those five countries?

18        A    I assume, because I don't have anything

19   here to say what this means.

20        Q    Okay.

21        A    So I'm assuming that during a phone

22   conversation somebody told me -- probably the Chileans

Page 150

1    told me that they were ready to start there, and I had

2    to inform this to the other party or vice-versa, or

3    these were the countries we were going to focus on to

4    maximize revenues.

5         Q    Okay.  Now --

6         A    These came from my file.  What do we --

7              MR. HOGE:  I was going to suggest that we

8    clip it and we'll make a file copy.

9              BY MR. GOODMAN:

10        Q    Now, did you appear at a UBS business

11   office with David Castiel in August of 2004?

12        A    (Nods head affirmatively.)

13        Q    You did?  I didn't hear you, so I'm just

14   trying --

15        A    Well, I assume it was that date.  Let me

16   double-check the date, but it was August.

17             MR. HOGE:  Let the record reflect that he's

18   looking at a file.  What file number are you looking

19   at?

20             THE WITNESS:  Six.

21             BY MR. GOODMAN:

22        Q    You're using it to refresh your

Page 151

1    recollection.  I'm referring to August 2004.  Do you

2    recall if that was when you --

3        A     We were at the offices for sure in July --

4        Q     Okay.

5        A     -- and maybe we have a follow-up --

6        Q     Well, let me just -- the date isn't -- for

7    my next question, the date isn't that crucial.  But

8    during one of those visits to UBS with Mr. Castiel,

9    did you not make a comment in Spanish, tequieren

10   robar?

11              MR. HOGE:  Do you want to spell it?

12              MR. GOODMAN:  T-E-Q-U-I-E-R-E-N R-O-B-A-R.

13              THE WITNESS:  That I made that comment to

14   who?

15              BY MR. GOODMAN:

16       Q     Do you recall making that statement to

17   David Castiel?

18       A     In reference to who?

19       Q     Just -- I mean, if you know in reference to

20   who.  My first question is do you recall just saying

21   those words coming down the steps of UBS, tequieren

22   robar?

1      A      No.  Honestly, I don't recall that.

2      Q      Okay.  Is it possible that you made that

3  comment and you cannot recall or are you testifying

4  that you don't -- you did not make that statement?

5              MR. HOGE:  Objection.

6              THE WITNESS:  I don't recall.

7              BY MR. GOODMAN:

8      Q      If David Castiel were to say that you had

9  said those words to him coming down from the UBS

10  offices, would you --

11      A      In reference to UBS?

12      Q      No.  No.

13      A      There was a mugger around?

14              MR. HOGE:  Can we get the translation of

15  tequieren robar?

16              THE WITNESS:  They want to rob you.

17              MR. HOGE:  They want to rob you?

18              BY MR. GOODMAN:

19      Q      Without -- I'm not really asking about who

20  that statement might have been directed to at this

21  point.  I'm just trying to find out if --

22      A      No recollection at all.

Page 153

1      Q      No recollection.  Okay.  I'm almost done.

2             Mr. Tomassoni, you testified in April 2004,

3      you attended a meeting with Feddo Occhiuti or Occhiue

4      (ph) or something of --

5      A      Occhiuti.

6      Q      Do you recall who else was at that meeting?

7      A      No.

8      Q      Do you know if Mr. Patterson or Mr. Mann

9      was there at that meeting in April 2004?

10     A      I think that the only meeting that any of

11     them -- and in particular Mr. Patterson -- was

12     involved was the one in New York.  Then we had

13     meetings at GTM.  That actually should have been May

14     '04.  I don't recall that we have Mr. Patterson

15     involved in those meetings, but he may have been

16     there.  I don't recall.  There's a lot of people in

17     this event, and I don't visualize seeing Mr. Patterson

18     at that meeting.

19             MR. GOODMAN:  Just give me one moment.

20             Mr. Tomassoni, thank you.  That's all I

21     have.

22             EXAMINATION BY COUNSEL FOR THE DEFENDANT