Page 50

1  THE WITNESS: I think -- I can't answer
2  that question. The question can't be answered.
3  BY MR. GOODMAN:
4  Q  Okay. Now, let's talk about any company that
5  has contracted with Ellipso. Do you have any financial
6  interest in any company that has a contract or had a
7  contract with Ellipso other than Mann Tech and TRSC?
8  A  I'm sorry. Ask that again.
9  Q  Sure. Other than Mann Tech and TRSC, do you
10 have a financial interest or have you had a financial
11 interest in any company or entity that has contracted with
12 Ellipso?
13 A  Yes.
14 Q  Okay. Which one?
15 A  ICO.
16 Q  What's your financial interest in ICO?
17 A  Mann Tech owns ICO stock.
18 Q  Have you ever served as an officer or director
19 of ICO?
20 A  No.
21 Q  And ICO is I-C-O Global Communications Holding,
22 Inc.?

Page 51

1  A  No.
2  Q  Okay. Any other companies that you have a
3  financial interest in that has a or had a contract with
4  Ellipso?
5  A  Not to my knowledge.
6  Q  Now, do you have a financial interest or have
7  you had a financial interest in any company that you are
8  aware has contacted Ellipso?
9  A  ICO, Mann Tech, Registry Solutions Company.
10 Q  All right. Now, the conviction that we
11 previously discussed about, was that disclosed to David
12 Castiel by you?
13 A  Yes.
14 Q  When?
15 A  In November of 2002.
16 Q  And how was it that that conversation took
17 place?
18 A  David Castiel asked me if I would become the
19 general counsel of Ellipso. And I explained to him that I
20 did not want to become general counsel of Ellipso because
21 of the conviction, pending disbarment, and that I thought
22 he -- Ellipso would not want me to take the position.

Page 52

1  Q  And you specifically mentioned the conviction to
2  Mr. Castiel?
3  A  Yes. The conversation arose because I had just
4  returned from the halfway house facility in Rockville
5  where I had been residing for about four months, and I
6  explained to him where I had been for the last four
7  months.
8  Q  And what was Mr. Castiel's response, if any, to
9  that conversation?
10 A  He asked me about the particulars of the
11 offense. And I explained to him that I had needed money
12 to provide for my family. And his reaction was, You
13 needed $20,000 that badly?
14    And I said, Yes, at the time, I did. And I
15 recall being quite grateful that he was generous about
16 it.
17 Q  Was there anybody -- well, I'm sorry. Strike
18 that.
19    Was that during a phone call or in a meeting
20 face to face?
21 A  That conversation took place in his office,
22 corner office at Lafayette Plaza, over here at 20th and M.

Page 53

1  Q  And was there anybody present in addition to you
2  and Mr. Castiel?
3  A  No.
4  Q  Let's talk about John Mann. How did you first
5  meet Mr. Mann?
6  A  I think I first met John Mann at church.
7  Q  The two of you attended the same church?
8  A  Yes.
9  Q  Okay. And when was that, approximately?
10 A  1986, '87, maybe '88, sometime in there.
11 Q  And how often, since that first meeting, on an
12 annual basis would the two of you see each other?
13 A  We would sometimes go years and not see each
14 other.
15 Q  How about communicate? How often on a yearly
16 basis would you communicate with Mr. Mann?
17 A  Early on in our acquaintance, we had children of
18 the same age and they would occasionally play together.
19 So, we saw each other maybe on a monthly basis for maybe
20 -- I don't know -- six months, nine months. After that,
21 we went for a number of years when I don't think we
22 communicated at all.

14 (Pages 50 to 53)

Page 170

1  Mann Technologies and delivering whatever documentation --
2  Q  Right.
3  A  -- was required.
4  Q  I'm sorry. I'm just talking about financially,
5  anything that Ellipso had to do financially, paid to Mann
6  Tech financially.
7  A  As far as Mann Tech, no, but there were other
8  financial obligations as far -- imposed on Ellipso as far
9  as the conduct of its financial affairs.
10  Q  How's that?
11  A  Well, not go into receivership, things like
12  that.
13  Q  But that's not anything that Ellipso had to pay
14  to Mann Tech. I'm asking you: Did --
15  A  Well, it could -- it could accelerate the loan.
16  Q  That's not my question, though. My question is:
17  Did Ellipso have to make any payments to Mann Tech other
18  than the principal and interest?
19  A  Well, the document speaks for itself but I'm not
20  aware of any.
21  Q  Now, Mann Tech was not entitled to any profits
22  from 881 business, correct -- under this loan agreement,

Page 171

not the TRSC agreement?
A  This agreement does not address 881, no.
Q  881 was not mentioned in that agreement on any
page of that exhibit; is that correct?
A  I believe that's correct, yes.
Q  The default provision, did you go over that --
well, you earlier testified you didn't go over the default
provision with David Castiel, correct?
A  I didn't go over any of these provisions with
David other than to discuss the basic term sheet
parameters, which David had prepared and negotiated.
Q  What was your understanding as to what Mann Tech
would receive -- or be entitled to, I should say -- upon
any default by Ellipso?
A  Well, again, the document speaks for itself, but
it was a nonrecourse loan, so, the only recourse that Mann
Tech had was against the collateral. So, Mann Tech -- if
Ellipso defaulted, Mann Tech was left to exercise its
claims against the -- the stock, which had been
transferred as collateral.
Q  And under the agreement, Mann Tech was allowed
to sell the ICO stock to recoup its principal plus

Page 172

1  interest, correct?
2  A  Under the agreement, Mann Tech was free do
3  whatever it wanted with the stock: To hold it, to sell
4  it, to pledge it, to borrow against it, do anything it
5  wanted.
6      Its only obligation vis-a-vis the stock was to
7  return to stock upon repayment of the loan at the end of
8  the loan agreement, which was three years away.
9  Q  But if there's a default by Ellipso and Mann
10  Tech is due $90,000 plus interest and the stock is worth
11  $2 million, then Mann Tech was responsible for getting
12  back its money and interest, but not to keep the
13  $2 million worth of stock profits; isn't that correct?
14  A  No. The contract speaks for itself, and that
15  was not my understanding of the contract.
16  Q  What was your understanding?
17  A  That it was a nonrecourse loan.
18  Q  So, your understanding, by saying that, is that
19  Ellipso -- that Mann Tech could keep all of the shares,
20  regardless of their value, upon default by Ellipso?
21  A  Yes.
22  Q  Okay.

Page 173

1  A  Just like your mortgage on your house: If you
2  don't pay, the bank can sell your house, no matter if your
3  house is worth $10 million more than the mortgage; same
4  deal.
5  Q  Well, if your house is worth $10 million more
6  than the mortgage, does the bank keep the $10 million?
7  A  They get paid.
8  Q  Does the bank keep the $10 million? Is that
9  your understanding of mortgages?
10  A  Whoever -- whoever buys the house gets the
11  $10 million.
12  Q  So, is it your understanding in that kind of a
13  transaction that the bank would keep the $10 million if
14  they're owed 1 million?
15  A  If it's -- in that situation, if it's -- if it's
16  -- depends on what the mortgage contract says.
17  Q  Do you have familiarity with mortgage contracts?
18  A  To some extent.
19  Q  Have you ever seen a mortgage contract where the
20  bank gets to keep moneys in excess of the principal and
21  interest that's provided for in the agreement?
22  A  I've seen commercial contracts, yes.

44 (Pages 170 to 173)