**John Mann**

---

From: David Castiel [dcastiel@ellipso.com]
Sent: Thursday, December 23, 2004 6:27 PM
To: John Mann; Robert Patterson-Yahoo
Subject: Response.efx


Response.efx

Please see attached.

Thank you.



<u>DAVID CASTIEL</u>
*Chief Executive Officer*

December 23, 2004

Messrs. John Mann and
Robert B. Patterson
Mann Technologies, LLC
Warrenton
Virginia

Gentlemen,

I was surprised by your last e-mail citing Ellipso in default of its loan agreement with Mann Tech. To my knowledge, you have never formally notified Ellipso of any loan default, although your message claims five defaults. Moreover, as I am sure you are aware, the U.S. legal system provides for specific procedures to correct any default, if one in fact exists.

I have referred this matter to counsel, and I have been advised that the contracts between Ellipso and Mann Tech and TRSC may be subject to rescission due to the non disclosure of material information prior to signing.

Finally, you are holding valuable property of Ellipso, and I urge you to protect this asset with the utmost care until this matter is resolved.

Sincerely,

David Castiel

Ellipso, Inc.  4410 Massachusetts Ave, NW #385 Washington, D.C. 20036    Tel: 202-466-4488   Fax: 202-466-4493

CEO
Ellipso