**Unknown**

**From:** rb patterson [legalmanagement@yahoo.com]
**Sent:** Wednesday, June 16, 2004 8:05 AM
**To:** john.mann@starband.net
**Subject:** Fwd: RE: Judge Communications

FYI

I had a good session with David yesterday - he is about 75% to reality - I'll keep you posted.

Note: forwarded message attached.

Do you Yahoo!?
Yahoo! Mail - You care about security. So do we.