# Business Services Account BSA®

Account number: WS 47874 PM
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

PZBA135147-X6
- 000002

**Statement Period:** 2004 Year-End Summary

## 2004 Realized gains and losses - continued

Estimated 2004 gains and losses for transactions with trade dates through 12/31/04 have been incorporated into this statement. The oldest security lot is liquidated first to calculate gains/losses (first-in, first-out or FIFO accounting method) unless you specified which lot to close when you placed your order (a versus purchase or VSP order). An asterisk (*) indicates a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. This information is provided for informational purposes only and should not be relied upon for tax-filing purposes. Rely only on year-end tax forms when preparing your tax return. Gains/losses may not be adjusted for all capital changes. Cost basis for tax-exempt and AMT eligible coupon municipal securities has been adjusted automatically for estimated amortization of bond premiums. Estimates in the "Unclassified" section can not be classified as short-term or long-term due to missing information or the product is one for which a gain/loss calculation is not provided.

| Security description | Method | Quantity/ Face value | Purchase date | Sale date | Sale amount | Purchase amount | Loss | Gain | Net gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| **Gains/Losses not calculated:** | | | | | | | | | |
| ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | | 50,000.000 | | 12/14/04 | $ 52,930.95 | | ---This information was unavailable--- | | |
| | | 25,000.000 | | 12/13/04 | 19,244.28 | | ---This information was unavailable--- | | |
| | | 75,000.000 | | 12/10/04 | 50,524.77 | | ---This information was unavailable--- | | |
| | | 135,000.000 | | 12/09/04 | 76,065.13 | | ---This information was unavailable--- | | |
| | | 25,000.000 | | 08/24/04 | 11,869.45 | | ---This information was unavailable--- | | |
| **Total** | | | | | $ 210,634.58 | | | | |

PZBA135150xt
-000005

# Business Services Account BSA®

**Account Number:** WS 47874 PM
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

**Statement Period:** December 2004

## Monthly activity

### Cash flow and security transactions
*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity/ Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| 11/30 | | **Cash, Money fund and other sweep option balance** | | | | $ 5,951.27 |
| 12/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 60 CENTS | 14,559.39 | |
| 12/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -20,000.000 | 55 CENTS | 10,651.74 | |
| 12/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 60 CENTS | 14,564.64 | |
| 12/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 61 CENTS | 14,810.89 | |
| 12/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 55 CENTS | 13,314.67 | |
| 12/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -10,000.000 | 55 CENTS | 5,325.87 | |
| 12/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | .585000 | 2,837.93 | 82,016.40 |
| 12/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 70 CENTS | 16,840.59 | |
| 12/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 70 CENTS | 16,842.09 | |
| 12/16 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 70 CENTS | 16,842.09 | 132,541.17 |
| 12/17 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 80 CENTS | 19,244.28 | 151,785.45 |
| | | | -25,000.000 | 1.00 | 23,961.66 | |

Continued on page 4

# Business Services Account BSA®

**Account Number:** WS 47874 PM
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

**Statement Period:** December 2004

## Cash flow and security transactions - continued
*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity/ Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| 12/17 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 1.20 | 28,969.29 | 204,716.40 |
| 12/27 | DIVIDEND | | | | 104.13 | |
| 12/31 | | RMA MONEY MKT. PORTFOLIO AS OF 12/23/04 | | | | |
| | | Closing cash, Money fund and other sweep option balance | | | $ | 204,820.53 |
| | | Total Money fund and other sweep option balance | | | $ | 204,820.53 |

## Money funds and other sweep options
*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | | Amount | | Balance |
|---|---|---|---|---|---|
| 11/30 | Opening RMA Money Mkt. Portfolio | | | $ | 5,951.27 |
| 12/15 | BOUGHT | $ | 76,065.13 | | 82,016.40 |
| 12/16 | BOUGHT | | 50,524.77 | | 132,541.17 |
| 12/17 | BOUGHT | | 19,244.28 | | 151,785.45 |
| 12/20 | BOUGHT | | 52,930.95 | | 204,716.40 |

| Date | Activity | | | Amount | |
|---|---|---|---|---|---|
| 12/27 | BOUGHT | | | | 104.13 |
| 12/31 | Closing RMA Money Mkt. Portfolio | AS OF 12/23/04 | | $ | 204,820.53 |

PZBA135151-X6
- 0000066

# Business Services Account BSA®

PZBA128883-Xt - 000009

**Statement Period:** February 2005

**Account Number:** WS 47874 PM
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

**Notice of availability**
Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

## Monthly activity

### Cash flow and security transactions
Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.

| Date | Activity | Description | Quantity/Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| 01/31 | | **Cash, Money fund and other sweep option balance** | | | | $ 162,598.70 |
| 02/09 | WITHDRAWAL | FEDERAL FUNDS | | | -30,000.00 | |
| 02/09 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.15 | 5,528.31 | |
| 02/09 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.15 | 5,534.31 | |
| 02/09 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.15 | 5,534.31 | |
| 02/09 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.15 | 5,534.31 | |
| 02/09 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.15 | 5,534.31 | 165,798.56 |
| 02/11 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -500.000 | 1.50 | 669.72 | 166,468.28 |
| 02/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.50 | 7,191.50 | |
| 02/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.55 | 7,446.74 | |
| 02/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.80 | 8,696.32 | 189,802.84 |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.95 | 9,383.42 | |

Continued on page 4

# Business Services Account BSA®

Account Number: WS 47874 PM
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

Statement Period: February 2005

## Cash flow and security transactions - continued

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity/Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.10 | 10,138.65 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.30 | 11,138.62 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.45 | 11,888.59 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.51 | 12,188.58 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.62 | 12,738.56 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.64 | 12,838.56 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.70 | 13,138.55 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.73 | 13,290.46 | |
| 02/17 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.70 | 13,138.55 | 309,685.38 |
| 02/17 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.50 | 12,099.20 | |
| 02/17 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.27 | 10,954.62 | |
| 02/17 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.27 | 10,954.62 | |
| 02/22 | DIVIDEND | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -4,500.000 | 2.265555 | 9,839.16 | 353,532.98 |
| 02/28 | | RMA MONEY MKT. PORTFOLIO AS OF 02/18/05 | | | 288.14 | |
| | | Closing cash, Money fund and other sweep option balance | | | $ | 353,821.12 |
| | | Total Money fund and other sweep option balance | | | $ | 353,821.12 |

# Business Services Account BSA®

Account Number: WS 47874 PM
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

Statement Period: February 2005

PZBA12888-X6
- 000005E

## Money funds and other sweep options
The RMA Money Mkt. Portfolio is your primary sweep fund.

| Date | Activity | Amount | Balance |
|---|---|---|---|
| 01/31 | Opening RMA Money Mkt. Portfolio | | $ 162,598.70 |
| 02/10 | BOUGHT | $ 3,199.86 | 165,798.56 |
| 02/14 | BOUGHT | 669.72 | 166,468.28 |
| 02/15 | BOUGHT | 23,334.56 | 189,802.84 |
| 02/16 | BOUGHT | 119,882.54 | 309,685.38 |
| 02/18 | BOUGHT | 43,847.60 | 353,532.98 |
| 02/22 | BOUGHT | 288.14 | 353,821.12 |
| 02/28 | Closing RMA Money Mkt. Portfolio AS OF 02/18/05 | | $ 353,821.12 |

## Realized gains and losses
Estimated realized gains/losses are not for tax purposes. The oldest security lot is liquidated first to calculate gains/losses (first-in, first-out or FIFO accounting method) unless you specified which lot to close when you placed your order (a versus purchase or VSP order). An asterisk (*) indicates a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses may not be adjusted for all capital changes and are not calculated for zero coupon securities. Cost basis for tax-exempt and AMT eligible coupon municipal securities calculation is not provided.  Estimates in the "Unclassified" section can not be classified as short-term or long-term due to missing information or the product is one which gain/loss had been adjusted automatically for estimated amortization of bond premiums.

| Security description | Method | Quantity/ Face value | Purchase date | Sale date | Sale amount | Purchase amount | Loss | Gain | Net gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| **Gains/Losses not calculated:** | | | | | | | | | |
| ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | | 19,500.000 50,000.000 15,000.000 500.000 30,000.000 | | 02/14/05 02/10/05 02/09/05 02/08/05 02/04/05 | $ 43,847.60 119,882.54 23,334.56 669.72 33,199.86 | | ---This information was unavailable--- ---This information was unavailable--- ---This information was unavailable--- ---This information was unavailable--- ---This information was unavailable--- | | |
| **Total** | | | | | $ 220,934.28 | | | | |

Page  5 of  5

February 05/ WS 47874 PM

# Business Services Account BSA®

**Statement Period:** March 2005

Account Number: WS 47874 PM
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

## Preferred securities

| Total shares | Description | Price | Current value | Est. annual income | Shares purchased | Trade date | Purchase price | Cost basis | Unrealized Gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| 12 | JOHN HANCOCK PFD INCOME FUND SER TH-7 AUCT PFD 3.400% | 25,000.000 | 300,000.00 | | 12.000 | 03/10/05 | 25,000.000 | 300,000 | |
| | **Total** | | **$ 300,000.00** | | | | | 300,000 | |

### Notice of availability
Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

## Monthly activity

### Cash flow and security transactions
*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity/ Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| 02/28 | | **Cash, Money fund and other sweep option balance** | | | | $ 353,821.12 |
| 03/07 | BSA CHECK | CHECK PAID  000104 | | | -25,000.00 | 328,821.12 |
| 03/08 | BSA CHECK | CHECK PAID  000105 | | | -5,000.00 | 323,821.12 |
| 03/11 | BOUGHT | JOHN HANCOCK PFD INCOME FUND SER TH-7 AUCT PFD 3.000% | 12.000 | 25000.0000 | -300,000.00 | |
| 03/11 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.75 | 13,292.28 | |
| 03/11 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.75 | 13,297.54 | |
| 03/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.919000 | 14,180.76 | 50,410.94 |
| 03/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 3.02 | 14,691.00 | |
| 03/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 3.28 | 15,990.96 | |

Continued on page 4

# Business Services Account BSA®

Account Number: WS 47874 PM
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

Statement Period: March 2005

## Cash flow and security transactions - continued
*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity/Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| 03/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 3.305000 | 16,116.82 | 111,390.48 |
| 03/17 | BSA CHECK | CHECK PAID 000107 | | | | |
| 03/18 | DIVIDEND | JOHN HANCOCK PFD INCOME FUND SER TH-7 AUCT PFD 2.940% Dividend rate: 03.0000% PAID ON 12 | | | | |
| 03/23 | BSA CHECK | CHECK PAID 000106 | | | -25,000.00 | 86,390.48 |
| 03/24 | DIVIDEND | RMA MONEY MKT. PORTFOLIO AS OF 03/23/05 | | | 172.56 | 86,563.04 |
| 03/28 | DIVIDEND | JOHN HANCOCK PFD INCOME FUND SER TH-7 AUCT PFD 3.060% Dividend rate: 02.9400% PAID ON 12 | | | -1,213.60 | 85,349.44 |
| 03/31 | | Closing cash, Money fund and other sweep option balance | | | 367.98 | 85,717.42 |
| | | Total Money fund and other sweep option balance | | | 241.68 | 85,959.10 |
| | | | | | $ | $ 85,959.10 |
| | | | | | | 85,959.10 |

## Money funds and other sweep options
*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | | Amount | Balance |
|---|---|---|---|---|
| 02/28 | Opening RMA Money Mkt. Portfolio | | $ | $ 353,821.12 |
| 03/08 | SOLD | AS OF 03/07/05 | -25,000.00 | 328,821.12 |
| 03/09 | SOLD | AS OF 03/08/05 | -5,000.00 | 323,821.12 |
| 03/11 | SOLD | | -273,410.18 | 50,410.94 |
| 03/16 | BOUGHT | | 60,979.54 | 111,390.48 |
| 03/18 | SOLD | AS OF 03/17/05 | -25,000.00 | 86,390.48 |
| 03/21 | BOUGHT | | 172.56 | 86,563.04 |
| 03/24 | SOLD | AS OF 03/23/05 | -1,213.60 | 85,349.44 |

| Date | Activity | | Amount | Balance |
|---|---|---|---|---|
| 03/24 | BOUGHT | | 367.98 | 85,717.42 |
| 03/29 | BOUGHT | AS OF 03/23/05 | 241.68 | 85,959.10 |
| 03/31 | Closing RMA Money Mkt. Portfolio | | $ | $ 85,959.10 |