# AMENDMENT
# TO
## COLLATERALIZED LOAN AGREEMENT

Whereas Mann Technologies and Ellipso entered into a loan agreement on or about January 16, 2004;

Whereas said loan agreement pledged and transferred 492,611 shares of ICO stock held by Ellipso to Mann Technologies as collateral for said loan;

Whereas Ellipso has failed to timely make the interest payments to MannTech as required under the Collateralized Loan Transaction,

Whereas the Parties agreed in May 2004 to sell 92,611 shares and share the proceeds jointly; *not occur*

Whereas Mann Technologies and Ellipso desire to dispose of the collateral shares in order to minimize their mutual risks and enable the orderly introduction of 881 services while preserving some "upside" potential in relation to ICO shares;

Now Therefore, the Parties agree to dispose of the 492,611 as follows:

1) A corporate resolution authorizing the transfer of shares to Mann Technologies will be issued by Ellipso and forms part of this agreement

2) 442,611 shares represented by Certificate A2008 for 492,611 shares of ICO Common Stock will be sold by Mann Technologies at no less than $0.55 per share and for each and any sale transaction of said 442,611 shares, the proceeds shall be distributed evenly (50%-50%) between Ellipso and Mann Technologies and shall satisfy the obligations of Ellipso under the Loan Agreement as specified in paragraph (8) herein.

3) Immediately upon the placing of the ICOHA shares for sale by a recognized securities broker, Mann Technologies shall pay to Ellipso $10,000, even if no sale of shares has yet been consummated.

4) Mann Technologies shall recover an additional $12,500 from the proceeds of the stock sale upon the sale of shares in excess of 100,000 shares.

5) If the market price falls below $0.55 per share, Mann Technologies may, at its discretion, sell all or a portion of the unsold shares and distribute the proceeds evenly among Ellipso and Mann Technologies.

6) The remaining 50,000 shares shall remain the property of Mann Technologies and shall constitute partial payment of the principal of the loan as set forth in paragraph 8) below

7) As of October 1st, 2004 all shares not sold shall be subject to the terms of the original January 16, 2004 Loan Agreement.

8) Each share of stock sold to pursuant this Amendment shall constitute repayment of $0.1827 (90,000/492,611) of the principal of the loan.

Signed on this 2nd day of August, 2004:

Mann Technologies

_____
John B. Mann, Managing Member

Ellipso, Inc

_____
David Castiel, CEO

Only sold 25K shares @ .55