## John Mann

**From:** rb patterson [legalmanagement@yahoo.com]
**Sent:** Thursday, July 15, 2004 10:18 AM
**To:** John Mann
**Subject:** Re:

I think the loan agreement provides that at the end of the term, MannTech gets repaid the $90,000 + interest + one half of any appreciation in the share price above the strike price of $0.45. The advantage I see in the proposed transaction is that MannTech gets apx 270K shares (at $0.60 = $160K); a claim on 881 revenues of apx. 12%; and 50K additional shares. Ellipso also uses its money to develop 881 with no further obligations by MannTech or TRSC.
David had a tele-conference board meeting yesterday and says he will get the resolution out to Paine Weber today. Attached is proposed language for the amended agreements.
Call me. Bob

*John Mann <john.mann@starband.net> wrote:*

> Hi Bob:
>
> I think our proposed arrangement with Ellipso is OK. But I want us to make sure that we know what we have given up, and what we have gotten.
>
> Currently, Mann Tech. has a $90K note, secured by about 492K shares of ICO. The interest payments have not been paid, so Ellipso is in default, with all that entails.
>
> Under the original agreement, at the end of three years, we would receive $90K, and retain 250K of the ICO stock. At the current .60/share, that would represent about $150,000.
>
> What we are currently looking to implement would result in Mann Tech. having a $90K unsecured note, and ownership of approximately 275K ICO shares, plus a pledge of 50K additional ICO shares in October of 2004. So Ellipso would receive $130K, and Mann Tech. would have lost about 216K shares of its security and gained release from its TRSC! monthly obligations.
>
> You should consider that 1) the market for ICO stock is very thin, and may not support a $.60 per share price for quite a while; 2) the vanity 881 service is at least a year away.
>
> So we must do the following:
>
> 1. Get the Ellipso corporate resolution that First Georgetown seems to require for us to perfect ownership of the ICO stock, or alternatively, set up a Mann Tech. brokerage account with Paine Webber, and instruct them to sell 250K shares of ICO at no less than $.60/share.
>
> 2. Get the corporate resolution authorizing the additional 50K shares to be

5/14/2006

MANN 00564