## Unknown

**From:** David Castiel [dcastiel@ellipso.com]

**Sent:** Saturday, December 11, 2004 1:42 PM

**To:** 'John Mann'

**Cc:** Robert Patterson-Yahoo

**Subject:** RE:

Dear John,

AFTER October 1st I had your agreement on the phone, which I discussed with UBS
then, to trade at any price provided you got half or $.25 per share, whichever is
higher + I had the agreement from Bob just last Thursday, the day of the trades, to
split 50-50. To me the agreement was always on as Bob and I discussed several
times, and that's why he called on behalf of Mann Tech/TRSC to get my acquiescence.
I am therefore requesting again that our agreement be honored.

Kind Regards,

David

-----Original Message-----
**From:** John Mann [mailto:john.mann@starband.net]
**Sent:** Friday, December 10, 2004 9:34 AM
**To:** dcastiel@ellipso.com
**Cc:** Robert Patterson-Yahoo
**Subject:** RE:

Hi David:

The agreement last summer was an attempt to help Ellipso in implementing its service, and expired in
early October, at which time the terms of the original loan agreement remained in place.  I instructed Joh
Piper of UBS to maintain the standard professional practices regarding confidentiality for the Mann Tech
account.  The shares are, and never were, held jointly between Mann Tech and Ellipso, as I'm sure you
will realize upon careful reflection.

I understand that you queried Bob Patterson regarding  a possible reinstatement of the agreement of last
summer, but neither he nor I have agreed to it.

I think it is a good idea for Ellipso and TRSC to sit down and discuss how we should proceed with the 881
numbers.  I also think that Ellipso and Mann Tech should sit down and discuss Ellipso obligations under
the loan and security agreements.

I'm available any time next week.  I want to work with Ellipso to move forward, but I will need your help.

Regards

John

-----Original Message-----
**From:** David Castiel [mailto:dcastiel@ellipso.com]
**Sent:** Friday, December 10, 2004 8:32 AM
**To:** John Mann; Robert Patterson-Yahoo

MANN  00449

9/14/2006

Subject:

Hi John,

Yesterday, Bob and I discussed the usefulness to dispose of up to 300,
assets held jointly between Ellipso and Mann Tech/TRSC and split the
to our agreement of last summer. He asked me if I were willing to go a
according to last summer agreement rather than the approximately 60-
loan agreement. I agreed. He later informed me that you had agreed to
150,000 shares at $0.50 or higher.

Although we agreed last summer to maintain open lines of communica
transaction of the Ellipso shares held in collateral by Mann Tech/TRSC
that you have instructed them not to tell me any details of these transac
volume of transactions in the market yesterday (over 1.2 million at $0.
that the sale order has been filled, at least partially.

Please see to it to transfer half the proceeds to the Ellipso account, as a

Kind Regards,

**Subject:**

Hi John,

Yesterday, Bob and I discussed the usefulness to dispose of up to 300,000 shares of the assets held jointly between Ellipso and Mann Tech/TRSC and split the proceeds according to our agreement of last summer. He asked me if I were willing to go along at 50-50 according to last summer agreement rather than the approximately 60-40 of the original loan agreement. I agreed. He later informed me that you had agreed to a sale of up to 150,000 shares at $0.50 or higher.

Although we agreed last summer to maintain open lines of communication concerning any transaction of the Ellipso shares held in collateral by Mann Tech/TRSC, UBS informed me that you have instructed them not to tell me any details of these transactions. Based on the volume of transactions in the market yesterday (over 1.2 million at $0.55) I must assume that the sale order has been filled, at least partially.

Please see to it to transfer half the proceeds to the Ellipso account, as agreed.

Kind Regards,

David

MANN  00450

9/14/2006