IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. | ) |
| | ) |
|     Plaintiff/Counter-Defendant | ) |
| | ) |
|            v. | ) Case #05cv01186 (RCL) |
| | ) |
| JOHN B. MANN, et al. | ) Royce C. Lamberth |
| | ) Judge |
|     Defendants/Counter-Plaintiffs. | ) |

**ORDER REQUIRING DEFENDANTS TO SHOW CAUSE, IF ANY THEY HAVE, WHY THEY SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATION OF THE PRELIMINARY INJUNCTION**

UPON CONSIDERATION of Plaintiff's motion for contempt, it is by the Court this _____ day of _____, 2008,

**ORDERED**, that Defendants, ROBERT PATTERSON, JOHN MANN, and MANN TECHNOLOGIES, LLC shall appear before this Court, in proper person, on the _____ day of _____, 2008 at _____ a.m./p.m. and show cause, if any they have, why they should not be held in contempt of this Court's preliminary injunction which was issued on November 2, 2005.

                                              _____
                                              JUDGE ROYCE C. LAMBERTH

Copies by electronic delivery to:

Vanessa Carpenter Lourie, Esquire
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521
vlourie@carpenterlourie.com

Linda Awkard, Esquire
4201 Cathedral Avenue, N.W.
Suite 1416 W
Washington, D.C. 20016
lawkard@earthlink.net (e-mail)

Christopher Hoge, Esquire
Crowley, Hoge & Fein, P.C.
1717 Rhode Island Ave., N.W.
7th Floor
Washington, D.C. 20036
chfcgh@aol.com

Copy by first class mail to:

Robert B. Patterson
11775 Stratford House Place
#407
Reston, Virginia 20190