# SHAREHOLDER DETAIL LIST

COASTAL SERVICES GROUP INC

As Of:          Tuesday, January 24, 2006

| SHAREHOLDER | CERT # | ISSUED | CLASS: | SERIES: | SHARES | RESTRICTIONS |
|---|---|---|---|---|---|---|
| ATLANTIC COAST GROUP INC | | | | | | |
| | 2003 | 2/22/2005 | COMMON | RESTRICTED | 40,800,00 | RESTRICTED FEDERAL |
| | | | Total Active: | | 40,800,000 | |
| **BURNHAM TRADING CORP.** 1201 ELM ST STE 1700 | | | | | | |
| DALLAS          TX   75270 | | | | | | |
| | 2017 | 3/17/2005 | COMMON | FREE | 20,000 | 504 |
| | | | Total Active: | | 20,000 | |
| **CEDE & CO.** P.O.BOX 222, ,BOWLING GREEN STATION | | | | | | |
| NEW YORK          NY   10274 | | | | | | |
| | 2024 | 5/11/2005 | COMMON | FREE | 400,000 | ORIGINAL ISSUE |
| | 2021 | 3/31/2005 | COMMON | FREE | 20,000 | ORIGINAL ISSUE |
| | 2023 | 4/25/2005 | COMMON | FREE | 100,000 | REMOVE LEGEND 144 |
| | 2028 | 5/26/2005 | COMMON | FREE | 4,000,000 | ORIGINAL ISSUE |
| | 2041 | 8/11/2005 | COMMON | FREE | 400,000 | ORIGINAL ISSUE |
| | 2037 | 6/10/2005 | COMMON | FREE | 2,203,683 | ORIGINAL ISSUE |
| | 2038 | 6/13/2005 | COMMON | FREE | 1,642,554 | ORIGINAL ISSUE |
| | 2040 | 6/21/2005 | COMMON | FREE | 1,000,000 | ORIGINAL ISSUE |
| | 2022 | 4/4/2005 | COMMON | FREE | 50,000 | ORIGINAL ISSUE |
| | | | Total Active: | | 9,816,237 | |
| **DOLPHIN BAY CAPITAL INC.** C/O THOMAS RICHFIELD 7787 LEESBURG PIKE 200 FALL CHURCH          VA   22043-2412 | | | | | | |
| | 2035 | 5/31/2005 | COMMON | FREE | 1,000,000 | 504 |
| | 2036 | 5/31/2005 | COMMON | FREE | 1,223,600 | 504 |
| | | | Total Active: | | 2,223,600 | |



PLAINTIFF'S EXHIBIT

1

ALL-STATE LEGAL®

| SHAREHOLDER | CERT # | ISSUED | CLASS: | SERIES: | SHARES | RESTRICTIONS |
|---|---|---|---|---|---|---|
| ROBIN GORDON | | | | | | |
| | 2005 | 3/17/2005 | COMMON | RESTRICTED | 2,000,000 | RESTRICTED FEDERAL |
| | | | | Total Active: | 2,000,000 | |
| INFE RELATIONS INC SPECIAL ACCOUNT | | | | | | |
| 7787 LEESBURG PIKE STE 200 | | | | | | |
| FALLS CHURCH    VA   22043-2412 | | | | | | |
| | 2043 | 8/11/2005 | COMMON | FREE | 500,000 | ORIGINAL ISSUE |
| | 2042 | 8/11/2005 | COMMON | FREE | 100,000 | ORIGINAL ISSUE |
| | | | | Total Active: | 600,000 | |
| INFE-VENTURES , INC. | | | | | | |
| 2724 ROUGH ST | | | | | | |
| DALLAS    TX   75201 | | | | | | |
| | 2031 | 5/31/2005 | COMMON | FREE | 450,000 | 504 |
| | | | | Total Active: | 450,000 | |
| MELODEE JONES ENTERPRISES , INC | | | | | | |
| 1201 ELM ST STE1700 | | | | | | |
| DALLAS    TX   75270 | | | | | | |
| | 2019 | 3/17/2005 | COMMON | FREE | 20,000 | 504 |
| | | | | Total Active: | 20,000 | |
| MANN TECHNOLOGIES LLC | | | | | | |
| | 2034 | 5/31/2005 | COMMON | FREE | 399,900 | 504 |
| | | | | Total Active: | 399,900 | |
| NIAHSON PORTE | | | | | | |
| | 2006 | 3/17/2005 | COMMON | RESTRICTED | 300,000 | RESTRICTED FEDERAL |
| | | | | Total Active: | 300,000 | |

| SHAREHOLDER | CERT # | ISSUED | CLASS: | SERIES: | SHARES | RESTRICTIONS |
|---|---|---|---|---|---|---|
| NICOLAS ROBERTSON | | | | | | |
| | 2009 | 3/17/2005 | COMMON | RESTRICTED | 660,000 | RESTRICTED FEDERAL |
| | | | | Total Active: | 660,000 | |
| SECURE TELCOM HOLDINGS INC | | | | | | |
| | 2004 | 2/22/2005 | COMMON | RESTRICTED | 39,200,00 | RESTRICTED FEDERAL |
| | | | | Total Active: | 39,200,000 | |
| STANLEE CAPITAL INC | | | | | | |
| 1201 ELM ST STE 1700 | | | | | | |
| DALLAS          TX   75270 | | | | | | |
| | 2018 | 3/17/2005 | COMMON | FREE | 20,000 | 504 |
| | | | | Total Active: | 20,000 | |
| EDMOND WEEKS | | | | | | |
| | 2007 | 3/17/2005 | COMMON | RESTRICTED | 300,000 | RESTRICTED FEDERAL |
| | | | | Total Active: | 300,000 | |
| WM. BARRETT WELLMAN | | | | | | |
| | 2008 | 3/17/2005 | COMMON | RESTRICTED | 390,000 | RESTRICTED FEDERAL |
| | | | | Total Active: | 390,000 | |

| SHAREHOLDER | | CERT # | ISSUED | CLASS: | SERIES: | SHARES | RESTRICTIONS |
|---|---|---|---|---|---|---|---|
| Preffered: | Certificates: | | 0 | | | | |
| | Shares: | | 0 | | | | |
| Warrant: | Certificates: | | 0 | | | | |
| | Shares: | | 0 | | | | |
| Options: | Certificates: | | 0 | | | | |
| | Shares: | | 0 | | | | |
| Common Free Trading: | Certificates: | | 18 | | | | |
| | Shares: | | 13,549,737 | | | | |
| Common Restricted: | Certificates: | | 7 | | | | |
| | Shares: | | 83,650,000 | | | | |
| Active Total: | Certificates: | | 25 | | | | |
| | Shares: | | 97,199,737 | | | | |

Report Prepared by
HOLLADAY STOCK TRANSFER, INC
2939 N 67th Place
Scottsdale, AZ          85251
tel  [480] 481-3940  fax [480]
481-3941