**UBS Financial Services Inc.**
1501 K STREET NW
SUITE 1100
WASHINGTON, DC 20005

**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

# Business Services Account BSA®

PZBA128681-X6 · 02/05 - WS - 0

PZBA128681-X6
-00000SS

**Account Number:** WS 47874 PM

0001981694

MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON          VA 20186-8538

## February 2005

### This month at a glance

| | | |
|---|---|---:|
| Value on January 31 | | $ 264,860.86 |
| Value on February 28 | | $ 492,423.67 |
| Money fund and other sweep option balance in 02/28 value | | $ 353,821.12 |

### Activity highlights

| | Current period | | Year-to-date |
|---|---:|---|---:|
| Withdrawals | $ -30,000.00 | $ | -30,000.00 |
| Money fund checks paid | .00 | | -42,500.00 |
| **Net change from activity listed above** | **$ -30,000.00** | **$** | **-72,500.00** |

### Portfolio summary

| | Current period | | Year-to-date |
|---|---:|---|---:|
| Opening value | $ 264,860.86 | $ | 297,652.14 |
| Net change from Activity Highlights | -30,000.00 | | -72,500.00 |
| Net security earnings | 288.14 | | 566.31 |
| Change in value of investments | 257,274.67 | | 266,405.22 |
| **Value on February 28** | **$ 492,423.67** | **$** | **492,423.67** |

### Asset summary

*Refer to the disclosure on the back of the first page for information on assets excluded from this summary.*

| | % of portfolio | Value |
|---|---:|---:|
| Equities | 28.15 | 138,602.55 |
| Money funds/sweep options | 71.85 | 353,821.12 |
| **Net invested assets** | **100.00** | **492,423.67** |
| **Value on February 28** | | **$ 492,423.67** |

**Bulletin Board**

IF YOU ARE AGE 50 OR OLDER, CONSIDER TAKING
ADVANTAGE OF THE $500 ANNUAL "CATCH-UP"
PROVISION WHEN MAKING IRA CONTRIBUTIONS FOR
2004 AND 2005. CALL YOUR FINANCIAL ADVISOR.
RESOURCELINE 1-800-BSA-0140. ACCOUNT #: 021047874
VISIT OUR WEB SITE AT WWW.UBS.COM.

**Investment objectives**
*The following return objective and risk profile(s) describe overall goals for this
account. For each account held, you must provide one return objective, one primary
risk profile and, if applicable, a secondary risk profile. A full description of the
alternatives is included on the back of the first page. If you have questions
regarding these objectives, disagree with or wish to change them, please notify your
Financial Advisor or Branch Manager at your branch office, in writing or by telephone.*

**Return objective:** Current income & capital appreciation
**Risk profile:**    Primary:  Aggressive/Speculative
                     Secondary: None selected

Member SIPC

February 05/ WS 47874 PM

February 05/ WS 47874 PM

**PLAINTIFF'S EXHIBIT**
3
ALL-STATE LEGAL®

Account Number: WS 47874 PM
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9999

## Business Services Account BSA®

Statement Period: February 2005

PZ2IA128992-X6
-000002

## Earnings summary

Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| **Taxable** | | | | |
| UBS Money fund dividends | $ | 288.14 | $ | 517.02 |
| **Total taxable security earnings** | $ | 288.14 | $ | 517.02 |
| Total current year security earnings | $ | 288.14 | $ | 517.02 |
| Prior year(s) adjustments | | .00 | | 49.29 |
| **Net security earnings** | $ | 288.14 | $ | 566.31 |

## Asset portfolio

When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gain/loss was based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gain/losses are not calculated for zero coupon investments. "Pending adjustments" or "P/A" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.

## Equities

### Common stock

| Total shares | Description | | Price | Current value | | | | Est. annual income |
|---|---|---|---|---|---|---|---|---|
| 67,611 | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | | 2.050 | 138,602.55 | | | | |
| | **Total** | | | $ 138,602.55 | | | | |

### Money funds and other sweep options

| Description | | | Opening balance | | Trade date | Closing share price | Closing balance |
|---|---|---|---|---|---|---|---|
| RMA MONEY MKT. PORTFOLIO | | | 162,598.70 | | 1.00 | 1.00 | 353,821.12 |
| **Total** | | | $ 162,598.70 | $ | | | 353,821.12 |

| Shares purchased | Purchase price | Dividend interest period | Average rate | Days in period | Cost basis | Unrealized Gain/loss |
|---|---|---|---|---|---|---|
| 67,611.000 | —This information was unavailable— | | | | | |
| | | 01/25 – 02/21 | 1.84% | 28 | | |

Page    2 of    5

February 05/ WS 47874 PM

Account Number: WS 47674 PM
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

# Business Services Account BSA®

Statement Period: February 2005

PZBA128883-XI
- 000003

## Notice of availability
Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

## Monthly activity

### Cash flow and security transactions
Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.

| Date | Activity | Description | Quantity/ Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| 01/31 | | Cash, Money fund and other sweep option balance | | | | $ 162,598.70 |
| 02/09 | WITHDRAWAL | FEDERAL FUNDS | | | -30,000.00 | |
| 02/09 | SOLD | LTD DE CL A UNSOLICITED | -5,000,000 | 1.15 | 5,528.31 | |
| 02/09 | SOLD | ICO GLOBAL COMMUNICAITONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000,000 | 1.15 | 5,534.31 | |
| 02/09 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000,000 | 1.15 | 5,534.31 | |
| 02/09 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000,000 | 1.15 | 5,534.31 | |
| 02/09 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000,000 | 1.15 | 5,534.31 | |
| 02/11 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000,000 | 1.15 | 5,534.31 | |
| 02/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -500,000 | 1.50 | 669.72 | 165,796.56 |
| 02/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000,000 | 1.50 | 7,191.50 | 166,466.28 |
| 02/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000,000 | 1.55 | 7,446.74 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000,000 | 1.80 | 8,696.32 | 168,802.84 |
| | | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000,000 | 1.95 | 9,383.42 | |

Continued on page 4

February 05/ WS 47674 PM

Account Number: WS 47874 PM
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-6989

## Business Services Account BSA®

Statement Period: February 2005

PZDA128664-X6
-000004

**Cash flow and security transactions - continued**
Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.

| Date | Activity | Description | Quantity/<br>Face value | Price / Value | Cash<br>amount | Cash & Total Money<br>fund/sweep balance |
|------|----------|-------------|------------------------|---------------|----------------|------------------------------------------|
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS<br>LTD DE CL A UNSOLICITED | -5,000,000 | 2.10 | 10,138.65 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS<br>LTD DE CL A UNSOLICITED | -5,000,000 | 2.30 | 11,138.62 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS<br>LTD DE CL A UNSOLICITED | -5,000,000 | 2.45 | 11,888.59 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS<br>LTD DE CL A UNSOLICITED | -5,000,000 | 2.51 | 12,188.59 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS<br>LTD DE CL A UNSOLICITED | -5,000,000 | 2.62 | 12,738.56 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS<br>LTD DE CL A UNSOLICITED | -5,000,000 | 2.64 | 12,838.56 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS<br>LTD DE CL A UNSOLICITED | -5,000,000 | 2.70 | 13,138.55 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS<br>LTD DE CL A UNSOLICITED | -5,000,000 | 2.73 | 13,290.46 | |
| 02/17 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS<br>LTD DE CL A UNSOLICITED | -5,000,000 | 2.70 | 13,138.55 | 309,685.38 |
| 02/17 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS<br>LTD DE CL A UNSOLICITED | -5,000,000 | 2.50 | 12,099.20 | |
| 02/17 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS<br>LTD DE CL A UNSOLICITED | -5,000,000 | 2.27 | * | |
| 02/17 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS<br>LTD DE CL A UNSOLICITED | -5,000,000 | 2.27 | 10,954.62 | |
| 02/17 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS<br>LTD DE CL A UNSOLICITED | -5,000,000 | 2.27 | 10,954.62 | |
| 02/22 | DIVIDEND | | -4,500,000 | 2.265555 | 9,839.16 | 353,532.98 |
| 02/28 | | RMA MONEY MKT. PORTFOLIO AS OF 02/18/05 | | | 208.14 | |
| | | Closing cash, Money fund and other sweep option balance | | | $ | 353,821.12 |
| | | Total Money fund and other sweep option balance | | | $ | 353,821.12 |
| | | | | | | 353,821.12 |

Page 4 of 5

February 05/ WS 47874 PM

Account Number: WS 47874 PM
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9899

# Business Services Account BSA®

Statement Period: February 2005

PZBA126685-X8
-.000005E

## Money funds and other sweep options
*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | | Amount | | Balance |
|---|---|---|---|---|---|
| 01/31 | Opening RMA Money Mkt. Portfolio | | | | 162,598.70 |
| 02/10 | BOUGHT | $ | 3,199.86 | $ | 165,798.56 |
| 02/14 | BOUGHT | | 669.72 | | 166,468.28 |
| 02/15 | BOUGHT | | 23,334.56 | | 189,802.84 |
| 02/16 | BOUGHT | | 119,882.54 | | 309,685.38 |

| Date | Activity | | Amount | | Balance |
|---|---|---|---|---|---|
| 02/18 | BOUGHT | | | | |
| 02/22 | BOUGHT | $ | 43,847.60 | $ | 353,532.98 |
| 02/28 | Closing RMA Money Mkt. Portfolio | AS OF 02/18/05 | 288.14 | | 353,821.12 |
| | | | | $ | 353,821.12 |

## Realized gains and losses
*Estimated realized gains/losses are not for tax purposes. The oldest security lot is liquidated first to calculate gains/losses (first-in, first-out or FIFO accounting method) unless you specified which lot to close when you placed your order the back of the first page for additional information. Gains/losses may not be adjusted for all capital changes and are not calculated for zero coupon securities. Cost basis for tax-exempt and AMT eligible securities had been adjusted automatically for estimated amortization of bond premiums. Estimates in the "Undisclosed" section can not be classified as short-term or long-term due to missing information or the product is one which gain/loss calculation is not provided.*

*(a versus purchase or VSP order). An asterisk (*) indicates a UBS Financial Services adjustment to cost basis. The number "+1" indicates cost basis information has been provided by a source other than UBS Financial Services. See*

| Security description | Method | Quantity/ Face value | Purchase date | Sale date | Sale amount | Purchase amount | Loss | Gain | Net gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| Gains/Losses not calculated: | | | | | | | | | |
| ICO GLOBAL COMMUNICATIONS HOLDINGS | | 19,500.000 | | 02/14/05 | $ 43,847.60 | | ---This information was unavailable--- | | |
| LTD DE CL A | | 50,000.000 | | 02/10/05 | 119,882.54 | | ---This information was unavailable--- | | |
| | | 15,000.000 | | 02/03/05 | 23,334.56 | | ---This information was unavailable--- | | |
| | | 500.000 | | 02/08/05 | 669.72 | | ---This information was unavailable--- | | |
| | | 30,000.000 | | 02/04/05 | 33,199.86 | | ---This information was unavailable--- | | |
| Total | | | | | $ 220,934.28 | | ---This information was unavailable--- | | |

Page 5 of 5

February 05/ WS 47874 PM