## SECURED PROMISSORY NOTE

**BORROWER:** COASTAL SERVICES GROUP, INC. ("COASTAL"), of 7787 Leesburg Pike, Suite 230, Falls Church, Virginia 22043.

**LENDER:** MANN-TECHNOLOGIES, L.L.C., ("MANN-TECH"), of 9330 Harts Mill Rd., Warrenton, Virginia 20186.

**PRINCIPAL AMOUNT: $30,000.00.**

1. FOR VALUE RECEIVED, COASTAL COMMUNICATIONS, INC., promises to pay to MANN-TECHNOLOGIES, L.L.C., at 9330 Harts Mill Rd., Warrenton, Virginia 20186, or at such United States address as may later be provided in writing to COASTAL, the principal sum of thirty thousand dollars ($30,000.00) USD, with interest payable on the entire unpaid balance of the debt at the rate of six percent per annum (6%), calculated monthly not in advance. Interest shall be from and after December 27, 2004.
2. This Note shall be repaid in consecutive monthly installments of one thousand five hundred dollars ($1,500.00) each commencing on the last day of September 2005, until paid in full. Upon receipt of each payment, MANN-TECH shall return 20,000 shares of COASTAL up to a total of 399,900.
3. This note is contingent upon MANN-TECH delivering to COASTAL executed stock transfer documentation for the three hundred ninety nine thousand nine hundred shares (399,900) of COASTAL which it holds, with the transferee information left blank. Against this documentation, COASTAL shall issue MANN-TECH directly 399,900 restricted shares of COASTAL
4. COASTAL shall issue MANN-TECH 100,000 restricted shares which shall be subject to anti-dilution protection based on a per share price of ten cents and the issued share capital of 96,569,737 shares.
5. The MANN-TECH and COASTAL hereto mutually issue each other a general release against all past and future claims under any and all agreements between them except as specified herein. Such claims include but are not limited to demands and damages (actual and consequential, direct and indirect) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with any agreement between the parties save this Agreement. These mutual releases do not apply to any claims against third parties.
6. This Note IS SECURED BY ALL TANGIBLE AND PERSONAL PROPERTY OF COASTAL SERVICES GROUP, INC. until paid in full. COASTAL agrees to execute all documentation reasonably necessary to perfect MANN-TECH'S security interests.
7. If COASTAL defaults in payments hereunder, or becomes the subject of any bankruptcy or reorganization proceeding, or ceases to actively conduct its business, MANN-TECH is granted all rights of repossession as a secured party.

PLAINTIFF'S EXHIBIT 4　ALL-STATE LEGAL®

8. This Note shall be construed in accordance with and governed by the laws of the Commonwealth of Virginia, without respect to any conflicts of laws considerations.
9. All costs, expenses and expenditures including, and without limitation, the complete legal costs incurred by MANN-TECH in enforcing this Note as a result of any default by COASTAL, will be added to the principal then outstanding and will immediately be paid by COASTAL.
10. This Note will inure to the benefit of and be binding upon the respective heirs, executors, administrators, successors and assigns of COASTAL and MANN-TECH..

IN WITNESS WHEREOF COASTAL SERVICES GROUP, INC. has duly affixed its signature by a duly authorized officer under seal on this 30TH day of August, 2005.

SIGNED, SEALED, AND DELIVERED
This 30th day of August, 2005.

Name: JOHN H. PAGE
Title: CEO
COASTAL SERVICES GROUP, INC.

Agreed and accepted:

This 30 day of August, 2005.

Name:
Title:
MANN TECHNOLOGIES.