

PLAINTIFF'S EXHIBIT 5