

PLAINTIFF'S EXHIBIT 6