IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. | ) |
| | ) |
|     Plaintiff/Counter-Defendant | ) |
| | ) |
|                 v. | ) Case #05cv01186 (RCL) |
| | ) |
| JOHN B. MANN, et al. | ) Royce C. Lamberth, |
| | ) Judge |
|     Defendants/Counter-Plaintiffs. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the Plaintiff/Counter-Defendant's Opposition to Defendants/Counter-Plaintiffs John Mann and Mann Technologies, LLC's Motion for Summary Judgment was served this December 27, 2007, on:

        Christopher Hoge, Esquire
        Crowley, Hoge & Fein, P.C.
        1719 Rhode Island Avenue, N.W.
        Suite 700
        Washington, D.C. 20036-3125

by electronic delivery by CM/ECF and on

        Robert B. Patterson
        11775 Stratford House Place
        #407
        Reston, Virginia 20190

by first class mail, postage prepaid.

                                  /s/
                          Vanessa Carpenter Lourie, Esquire