IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. | ) |
| | ) |
|    Plaintiff/Counter-Defendant | ) |
| | ) |
|          v. | ) Case #05cv01186 (RCL) |
| | ) |
| JOHN B. MANN, et al. | ) Royce C. Lamberth |
| | ) Judge |
|    Defendants/Counter-Plaintiffs. | ) |

**ORDER EXTENDING TIME TO FILE OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT**

UPON CONSIDERATION of Plaintiff's consent motion for extension of time to file an opposition to the motion for summary judgment filed by John B. Mann and Mann Technologies, LLC, it is by the Court this 2nd day of January, 2008, *nunc pro tunc*

**ORDERED**, that plaintiff's motion for an extension of time be and hereby is **GRANTED**, and it is further,

**ORDERED,** that plaintiff shall have to and including the 27th day of December, 2007 to file its opposition to the motion for summary judgment.

                                          _____/s/_____
                                          JUDGE ROYCE C. LAMBERTH