UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELLIPSO, INC., | ) | |
| | ) | |
|     Plaintiff and | ) | |
|     Counter-Defendant | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1186 (RCL) |
| | ) | |
| JOHN B. MANN, *et al.*, | ) | |
| | ) | |
|     Defendants and | ) | |
|     Counter-Plaintiffs | ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE REPLY TO PLAINTIFF'S OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT**

Come now John B. Mann and Mann Technologies, LLC, Defendants and Counter-Plaintiffs herein (collectively the "Mann Defendants"), by their undersigned counsel, and respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b) and L Cv. R. 7, for a one week enlargement of time within which to file their reply to the Plaintiff/Counter-Defendant's ("Plaintiff's") opposition to the Mann Defendants' motion for summary judgment in this matter. This motion is filed with the consent of Plaintiff. As grounds for the motion, the Mann Defendants state as follows:

    1. Plaintiff's opposition was filed and served electronically on December 27, 2007. Pursuant to L. Cv. R. 7(d), the current due date for the reply is January 4, 2008.

    2. In addition to the intervening New Year's holiday, counsel for the Mann Defendants has been occupied with other matters, including a deposition on January 3 and a court hearing on January 4, 2008. Another deposition of an expert witness has been long-scheduled for January 7 and will require significant preparation.

3. There are a number of points in the opposition which require a reply, but counsel does not have sufficient time to do the job adequately by January 4.

4. On January 3, 2008, counsel for the Mann Defendants contacted Vanessa Carpenter Lourie, Esq., counsel for Plaintiff, and asked for her consent to this motion. Consent was graciously extended.

WHEREFORE, the Mann Defendants respectfully request that this Motion be granted and that they be given a one week enlargement of time, up to and including January 11, 2008, within which to file their reply to the Plaintiff's opposition to the Mann Defendants' motion for summary judgment .

    Respectfully submitted,

    /s/ Christopher G. Hoge
    Christopher G. Hoge #203257
    Counsel for Defendants/Counter-Plaintiffs
    John B. Mann and Mann Technologies, LLC

    CROWLEY, HOGE & FEIN, P.C.
    1710 Rhode Island Avenue, N.W.
    7th Floor
    Washington, D.C.  20036
    (202) 483-2900

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true copies of the foregoing Motion were, this 4th day of January, 2008, served electronically upon:

>VANESSA CARPENTER LOURIE, ESQ.
>4400 MacArthur Blvd., N.W.
>Suite #205
>Washington, D.C.  20007-2521
>Co-Counsel for Plaintiff/Counter-Defendant

>and

>LINDA AWKARD, ESQ.
>4201 Cathedral Ave., N.W.
>Suite #1416W
>Washington, D.C. 20016
>Co-Counsel for Plaintiff/Counter-Defendant

and via first class mail, postage prepaid, upon:

>ROBERT B. PATTERSON
>11775 Stratford House Place
>#407
>Reston, VA 20190
>Defendant/Counter-Plaintiff *Pro Se*

>/s/ Christopher G. Hoge
>Christopher G. Hoge

cgh/z/wpdirs/civil
mannmfe3.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC.,                    )<br>                                             )<br>       Plaintiff and              )<br>       Counter-Defendant     )<br>                                             )<br>v.                                       )<br>                                             )<br>JOHN B. MANN, *et al.*,       )<br>                                             )<br>       Defendants and         )<br>       Counter-Plaintiffs        ) | Civil Action No. 05-1186 (RCL) |

**ORDER**

UPON CONSIDERATION of the Consent Motion for Enlargement of Time to File Reply to Plaintiff's Opposition to Motion for Summary Judgment filed by Defendants/Counter-Plaintiffs, John B. Mann and Mann Technologies, LLC, and for good cause shown, it is by the Court, this _____ day of _____, 2008, hereby

ORDERED, that the Motion be, and it is hereby, GRANTED; and it is further

ORDERED, that John B. Mann and Mann Technologies, LLC be, and they are hereby, granted a one week enlargement of time, up to and including January 11, 2008, within which to file their reply brief in this matter.

_____
UNITED STATES DISTRICT JUDGE

Copies:

VANESSA CARPENTER LOURIE, ESQ.
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C.  20007-2521
vlourie@carpenterlourie.com

LINDA AWKARD, ESQ.
4201 Cathedral Ave., N.W.
Suite #1416W
Washington, D.C.  20016
lawkard@earthlink.net

CHRISTOPHER G. HOGE, ESQ.
CROWLEY, HOGE & FEIN, P.C.
1710 Rhode Island Avenue, N.W.
7th Floor
Washington, D.C.  20036
chfcgh@aol.com

ROBERT B. PATTERSON
11775 Stratford House Place
#407
Reston, VA 20190