| | |
|---|---|
| ELLIPSO, INC.,                                )<br>                                                      )<br>        Plaintiff and                         )<br>        Counter-Defendant             )<br>                                                      )<br>v.                                                  )<br>                                                      )<br>JOHN B. MANN, *et al.*,               )<br>                                                      )<br>        Defendants and                   )<br>        Counter-Plaintiffs                )  | Civil Action No. 05-1186 (RCL) |

## ORDER

UPON CONSIDERATION of the Consent Motion for Enlargement of Time to File Reply to Plaintiff's Opposition to Motion for Summary Judgment filed by Defendants/Counter-Plaintiffs, John B. Mann and Mann Technologies, LLC, and for good cause shown, it is by the Court, this  4th  day of   January         , 2008, hereby

ORDERED, that the Motion be, and it is hereby, GRANTED; and it is further

ORDERED, that John B. Mann and Mann Technologies, LLC be, and they are hereby, granted a one week enlargement of time, up to and including January 11, 2008, within which to file their reply brief in this matter.

/s/
U.S. District Judge Royce C. Lamberth