PRAECIPE

# United States District Court
# for the District of Columbia

the __11st__ day of __January__ 19_08_

Ellipso, Inc
vs.
John B Mann

Civil / Criminal
Action No. __1:05CV0186__
05-1186
Royce C Lamberth

The Clerk of said Court will _please change my address to:_
Robert PATTERSON
P.O. Box 3106
Reston, VA 20195

__January 11, 2008__
Date

Signature

__BAR IDENTIFICATION NO.__

Print Name: Robert B PATTERSON

Address: P.O. Box 3106

City: Reston   State: VA   Zip Code: 20195

Phone Number: 571-278-7076

CERTIFICATE OF SERVICE

RECEIVED
JAN 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was mailed, first class postage paid, this 11th day of Jan. 2008.

Vanessa Carpenter Lourie, Esq.
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C 20007-2521

Christopher Hoge, Esq.
1717 Rhode Island Ave., N.W.
Seventh Floor
Washington, D.C. 20036

Robert Patterson

4