## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC.,                                )  |  |
|                                                              ) | |
|       Plaintiff and Counter-Defendant, ) | |
|                                                              ) | |
|       v.                                                 ) | Civil Action No. 05-1186 (RCL) |
|                                                              ) | |
| JOHN B. MANN, *et al.*,                 ) | |
|                                                              ) | |
|       Defendants and Counter-Plaintiffs ) | |
|                                                              ) | |

### ORDER

Now before the Court comes defendants and counter-plaintiffs John B. Mann and Mann Technologies, LLC's (collectively "Mann") motion [153] for summary judgment on all counts directed against Mann, defendant Robert Patterson's motion [134] to quash the preliminary injunction entered November 2, 2005, as to Mr. Patterson, and plaintiff and counter-defendant Ellipso's motion [156] for order to show cause why defendants should not be held in contempt of court. Upon consideration of the motions, opposition briefs, replies, the entire record herein, and applicable law, it is hereby

ORDERED that the motion for summary judgment will be GRANTED in part and DENIED in part. The motion is GRANTED as to Count I, rescission, Count II, breach of fiduciary duty, Count III, breach of the implied duty of good faith and fair dealing, and Count XIII, RICO. As to counts I, II, III, and XIII, summary judgment is hereby entered for Mann, dismissing said counts with prejudice. The motion is DENIED with respect to Count IV, Fraudulent Non-Disclosure, Count VIII, Common Law Fraud, Count IX, Conversion, Count X, Trover/Replevin, and Count XI, Civil Conspiracy. It is further hereby

ORDERED that the preliminary injunction entered by this Court on November 2, 2005, is

dissolved as to all defendants and that the motion to quash is GRANTED.  It is further hereby

ORDERED that the motion for order to show cause is DENIED.  It is further hereby

ORDERED that defendants shall within 10 days of this Order file a status report with the Court including a list of all financial contributions to Mann Tech.  The report shall clearly identify the extent to which Mann Tech is funded by proceeds from ICO Global Communications Holding Ltd. ("ICOHA") Stock and the extent to which contributions were made from other sources.  The report shall confirm whether any ICOHA proceeds were transferred to locations —including entities that do fall within the definition of "financial, banking and like institutions"—other than the previously disclosed UBS bank account.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on April 1, 2008.