# UBS FINANCIAL SERVICES INC.
## SUBPOENA INVOICE



**DATE:**                                March 29, 2007

**MATTER NAME:**                  Ellipso, Inc. v. Mann Tech, LLC

**UBS MATTER NO.:**

**TOTAL NUMBER OF PAGES
PRODUCED:**                                        217

**DOCUMENT COPYING COSTS
($.25/PAGE):**                                       $54.25

**DOCUMENT RETRIEVAL /
PRODUCTION COSTS
($15.00/HOUR):**                                   $45.00

**SHIPPING/MAILING:**                      $25.82

**SUBTOTAL:**                                      $125.07

**LESS CREDIT:**                                    $0.00

**PLEASE SUBMIT PAYMENT
IN THE AMOUNT OF:**                       $125.07

**PLEASE MAKE CHECK OR
MONEY ORDER PAYABLE TO:**      UBS Financial Services Inc.

**REFERENCE ACCOUNT #:**

**AND MAIL TO:**                          Mercinth Pearce
                                                      UBS Financial Services Inc.
                                                      1200 Harbor Boulevard, 10th Floor
                                                      Weehawken, NJ 07086

**THANK YOU.**

## UBS FINANCIAL SERVICES INC.
## SUBPOENA INVOICE

**DATE:**                                    March 29, 2007

**MATTER NAME:**                    Ellipso, Inc. v. Mann Tech, LLC

**UBS MATTER NO.:**

**TOTAL NUMBER OF PAGES
PRODUCED:**                                          217

**DOCUMENT COPYING COSTS
($.25/PAGE):**                                      $54.25

**DOCUMENT RETRIEVAL /
PRODUCTION COSTS
($15.00/HOUR):**                                    $45.00

**SHIPPING/MAILING:**                          $25.82

**SUBTOTAL:**                                        $125.07

**LESS CREDIT:**                                       $0.00

**PLEASE SUBMIT PAYMENT
IN THE AMOUNT OF:**                          $125.07

**PLEASE MAKE CHECK OR
MONEY ORDER PAYABLE TO:**        UBS Financial Services Inc.


**REFERENCE ACCOUNT #:**


**AND MAIL TO:**                             Mercinth Pearce
                                                    UBS Financial Services Inc.
                                                    1200 Harbor Boulevard, 10th Floor
                                                    Weehawken, NJ 07086


**THANK YOU.**

**UBS** Wealth Management

UBS Financial Services Inc.
1200 Harbor Boulevard
10th Floor
Weehawken, NJ 07086
www.ubs.com

March 29, 2007

_VIA OVERNIGHT MAIL_
**Matthew H. Goodman, Esq.**
Leftwich & Ludaway, LLC
1400 K street NW
Suite 1000
Washington, DC 20005

Re:    *Ellipso, Inc. v. Mann Tech, LLC*

Dear Mr. Goodman:

I am writing on behalf of UBS Financial Services Inc. ("UBSFS" or "the firm") in regards to your subpoena concerning the above referenced matter. Pursuant to your request, enclosed please find monthly statements pertaining to the following account:

- Account ▋▋▋▋▋▋ld by the name of Mann Technologies, LLC – opened on August 2004, last statement February 2007.

Per the stipulations noted in your subpoena, statements are being furnished from the inception of the account, (if applicable), through the most recent statement generated.

In addition, please find new accounts documents and other related documentation pertaining to the account ▋▋▋▋▋▋

If I can be of any further assistance, please feel free to contact me at (201) 352-8892.

Sincerely,

Roman Begelfer
Enclosure(s)

UBS Financial Services Inc. is a subsidiary of UBS AG.



**UBS**

**UBS Financial Services Inc.**

Account Number _____

SS#/TIN _____

# Account Application and Agreement for Organizations, Businesses, and ERISA Plans

*Shading indicates optional information.*

## Account Ownership

Select the type of ownership:

[✓] **Organization/Business**
Organization/Business Structure:

- [ ] Corporation
- [ ] Corp- Subchapter 'S'
- [✓] Corp-Limited Liability
- [ ] Govt Agency-Federal
- [ ] Govt Agency-Local Ent
- [ ] Govt Agency-State
- [ ] Partnership-General
- [ ] Partnership-Limited
- [ ] Fed Charter-Credit Union
- [ ] Sole Proprietorship
- [ ] Foundation
- [ ] Endowment

- [ ] Association
- [ ] State Charter-S&L Bank
- [ ] State Charter-Savings Bank
- [ ] State Charter-Comm Bank
- [ ] State Charter-Trust Co.
- [ ] State Charter-Credit Union
- [ ] State Charter-Indust Loan
- [ ] Fed Charter-Savings Assoc
- [ ] Fed Charter-Nat'l Bank
- [ ] Fed Charter-Trust Co.
- [ ] Partnership-Invest Club
- [ ] Invest Club Membership

[ ] **ERISA Plan**
Type of Plan:

- [ ] Profit Sharing
- [ ] 401(k)
- [ ] Defined Benefit
- [ ] Money Purchase
- [ ] SIMPLE 401(k)

- [ ] Target Benefit
- [ ] ESOP
- [ ] Welfare

ERISA Plans must also complete the UBS Financial Services Inc. Trustee Certification and Agreement for ERISA Trusts.

Is there more than one Trustee for this account? [ ] Yes [ ] No
*If yes, specify how many Trustees: ___, then complete the Account Ownership Information Addendum on page 7.*

## Account Ownership Information

This section should be completed with the **Organization/Business** or **ERISA Plan** information. *If this is a participant directed account for an ERISA plan, the participant must be designated as having the authority to act on behalf of the account on the Trustee Certification and Agreement for ERISA Trusts. A separate account must be opened for each participant in a participant directed ERISA Plan.*

### Account Holder

Organization/Business/Plan Name:

*MANN TECHNOLOGIES, Ld.C.*

Organization/Business is:
1) [✓] Incorporated    [ ] Unincorporated
2) [✓] For Profit    [ ] Not For Profit

Industry Group (i.e., Construction, Service, etc.):

Place of Formation/Incorporation:
[✓] USA    [ ] Other (specify): _____

TIN: ██████    Date of Incorporation/Establishment: *25, 2004*

Tax Bracket: *36*    E-mail Address:

Location of Address:
[✓] Business-Primary    [ ] Other (specify): _____

Street Address 1: *(If a P.O. Box, complete the Additional Address Information on page 7.)*

Street Address 2: *9330 HARTS MILL Rd*

City: *WARRENTON*    State: *VA*    Zip: *20186*

### Telephone Contact Information

Business 1: _____    Business 2: _____

Business Fax: _____    Mobile: *571-278-7076*

CL-8SA (Rev. 3/04)



1

©2004 UBS Financial Services Inc. All rights reserved. Member SIPC.
**Sign and date the application on page 6.**

 **UBS**

**UBS Financial Services Inc.**

Account Number ▬▬▬▬▬▬

SS#/TIN ▬▬▬▬▬▬▬▬▬

**Participant Directed ERISA Plans Only**
*Select the duplicate parties option in the Account Features section and complete the Duplicate Party Addendum on page 7 for the participant below. This will ensure that the participant receives a duplicate copy of all trade confirmations and statements.*

| Participant First Name: | Middle Name: |
|---|---|

Date of Birth: _____

Gender:  ☐ Male  ☐ Female

Last Name:

Marital Status (select one):
☐ Single  ☐ Married  ☐ Divorced  ☐ Widowed

| Country of Citizenship: | SS#: |
|---|---|
☐ USA  ☐ Other (specify): _____

Employment Status (select one):
☐ Employed  ☐ Self-Supported  ☐ Volunteer
☐ Retired  ☐ Student  ☐ Work in the Home
☐ Self-Employed  ☐ Unemployed

Passport/CEDULA and Green Card#: *(if non-U.S. and no SS# specified)*

_____/_____

Occupation: _____   Industry (i.e., Construction, Service, etc.):

Street Address: *(Home-Legal Residence)*

| City: | State: | Zip: |
|---|---|---|

Business Phone: _____   Business Fax: _____

---

**Financial Information** *This information will be kept strictly confidential.* If you share assets with another person, please provide financial information (e.g. annual income, liquid assets, net worth) per individual. For example, a total net worth of $50,000 should be split as you deem appropriate.

Complete this section for the organization/business or the participant for a participant directed ERISA Plan account.

Annual Income: 1,000,000      Liquid Assets: 500,000

List financial firms where other accounts are held:

Net Worth (exclusive of residence): 1,000,000      Fiscal Year End (indicate month):

Does the organization/business own at least 10% of the shares of any publicly traded company?
☐ Yes  ☑ No – If yes, please specify company and %:

Investment Experience (in years):
0 Equities  0 Bonds  ___ Futures  ___ Options-Buy  ___ Options-Sell

_____ %

Do you currently have any loans outstanding?  ☐ Yes  ☐ No
If yes, please specify the loan amount and interest rate:

Financial Services Reference – Firm Name:

| Loan 1 Amount | Rate ___% | Loan 2 Amount | Rate ___% |
|---|---|---|---|

Financial Services Reference – Firm Telephone Number:

---

**Principal Officer/Trustee Information**
Complete this section for the Principal Officer for the Organization/Business, ERISA plan trustee, or other individual authorized to give investment or distribution/transfer instructions on the account. Additional names can be added on page 7.

Principal Officer/Trustee Name: *John B Mann*   SS#: ▬▬▬▬▬

Are any of the business owners, trustees, directors/principal officers, or [of their immediate family members a control person] of any publicly [traded] corporation (examples of control persons are policy making officers, directors or 10% shareholders)?
☐ Yes  ☑ No   If yes, please specify company and %:

Country of Citizenship:
☑ USA  ☐ Other (specify): _____

Date of Birth: *06-17-49*

_____ %

Passport/CEDULA and Green Card#: *(if non-U.S. and no SS# specified)*

_____/_____

Are any of the business owners, trustees, directors/principal officers, or any of their immediate family members affiliated with any securities firms or other financial institutions (NYSE Rule 407):
☐ Yes  ☑ No   If yes, please specify the firm:

Street Address: *(Home – Legal Residence)*
*9330 Harts Mill Rd*

| City: | State: | Zip: |
|---|---|---|
| *Warrenton* | *VA* | *20186* |

Are any of the business owners, trustees, directors/principal officers, or any of their immediate family members, an employee of UBS AG, its subsidiaries or affiliates (e.g., UBS Financial Services Inc., UBS Securities LLC)?
☐ Yes  ☑ No, if yes, please specify:

Telephone Number: _____   E-mail Address: _____

Affiliate or Subsidiary _____   Employee Name and SS# _____

©2004 UBS Financial Services Inc. All rights reserved. Member SIPC.
Sign and date the application on page 6.

 **UBS**

**UBS Financial Services Inc.**

Account Number ▓▓▓▓▓▓▓

SS#/TIN ▓▓▓▓▓▓▓

**Business Services Account BSA® Features**
If you would like to add Business Services Account BSA features to your account, please complete this section. Otherwise, skip to the Account Features section. The Business Services Account BSA annual fee is $150, and is deferred for the first year. *None of these features are available to participant directed accounts. Complete the Sweep of Uninvested Cash Balances section for ERISA plans.*

**MasterCard® BusinessCard®[1]**

☐ To receive a MasterCard BusinessCard, please indicate the number of cards by checking the appropriate box:[2]  ☐ 1  ☑ 2

If your name(s) exceeds 21 characters, including spaces, please indicate below how your name(s) should appear (**not exceeding 21 characters**):

Name 1: *John B. Mann, ~~Partner~~*

Name 2: *Robert B. Patterson, ~~Partner~~*

[1] *A MasterCard BusinessCard is not available for ERISA plan accounts.*
[2] *Only two cards per account can be issued.*

**UBS Rewards**

☐ Earn points toward merchandise, travel and gift certificates by using your Platinum MasterCard debit card for purchases. If you would like to enroll in this program, please check this box. Annual program fee of $50 applies.  *Points are capped at 200,000 per year for Business Services Account BSA members. The UBS Rewards catalog contains a complete description of the program, including terms and conditions.*

**Check Writing**
If you would like to receive checks for your account, please enroll by selecting a check style.
☑ Wallet[1]  ☐ 3-page business  ☐ Other[2]
[1] *Initial order of wallet checks is free. All other orders involve a fee.*
[2] *To order a different check style, please contact your branch office.*

☐ Check here if dual signatures are required, in which case you must complete the Authorized Agent /Dual Signor Addendum on page 11.

Please print the full name and address that you would like to appear on your checks.[3]

*Mann Technologies, L.L.C.*
*9330 Harts Mill Rd.*
*Warrenton, VA 20186*

[3]*The full name of the account specified in the Account Ownership Information Section (page 1).*

**Alternate Address for Cards and Checks**
Print the mailing address for the delivery of ☐ card(s) and/or ☐ checks if different from the address on the account:

_____

_____

_____

**Special Delivery Instructions for** ☐ Cards and/or ☐ Checks: *(Branch Use Only)*

**Electronic Funds Transfer (EFT) Service**
EFT Service allows the transfer of money electronically between UBS Financial Services Inc. accounts and accounts held with outside financial institutions (within the U.S.). To enroll make a selection below and complete the account information on the Electronic Funds Transfer Service Addendum on page 9.

Please select how you would like to use the service: *(Check all that apply)*

☑ Transfer funds using Online Services.[1] *(Web)*
Type of transfer:  ☑ Incoming/Outgoing  ☐ Incoming Only
☑ Transfer funds using ResourceLine®, the toll-free telephone voice response system. *(Voice)*
Type of transfer:  ☑ Incoming/Outgoing  ☐ Incoming Only

**Bill Payment Service**
Bill Payment Service allows you to pay your bills and/or make payments to a third party vendor without writing and mailing a check.  To enroll make a selection below and complete the vendor/payee information on the Bill Payment Addendum on page 10.  If Online Services is selected, vendor/payee information can be entered online.

Please select how you would like to use the service: *(Check all that apply)*

☐ Pay bills using Online Services.[1] *(Web)*
☐ Pay bills using ResourceLine®, the toll-free telephone voice response system. *(Voice)*

[1]*To use the Bill Payment or EFT Services via the web you must be enrolled in Online Services.*

**Account Features**

**Online Services**

☑ Check here for online access to account information, the latest research and market data at no additional charge. Premier accounts are entitled to this service, including Business Services Account BSA, Resource Management Account® (RMA®), and Managed Accounts.

**Direct Deposit**

☐ If you would like to have your payroll or other recurring payments automatically deposited into your account, please check this box. Complete the Direct Deposit Application on page 12 and send it to the employer, organization or financial institution making the deposit.

**Duplicate Parties**

☐ Check here if you would like duplicate trade confirmations and statements sent to additional individuals.  *If checked, please complete the Duplicate Party Addendum on page 7.*

©2004 UBS Financial Services Inc. All rights reserved. Member SIPC.
**Sign and date the application on page 6.**

**UBS**

**UBS Financial Services Inc.**

Account Number ▮▮▮▮▮▮▮▮

SS#/TIN ▮▮▮▮▮▮▮▮

---

## Account Features continued

### Margin[1]

Accounts automatically come with margin unless they are Retirement, UGMA/UTMA, Estate, 529 Plan, or certain other accounts. Most managed programs cannot have margin.

☐ Check here if you do **not** want margin. **If your account will have margin, you are required to answer the following questions:**

1- Do you intend to engage in "pattern day trading" as defined by NYSE Rule 431?[2] ☐ Yes ☑ No

2- Do you have any other margin accounts with UBS Financial Services Inc.? ☐ Yes ☑ No  If yes, complete the information below:

| Account Number | Account Number | Account Number | Account Number |
|---|---|---|---|

[1] Margin is not suitable for all clients. Please review UBS Financial Services' Loan Disclosure Statement carefully for information on the risks involved with using margin. [2] "Day trading" means purchasing and selling or selling and purchasing the same security in the same day in a margin account. "Pattern day trading" means executing four or more day trades within five business days if the number of day trades exceeds six percent of the total trades during that period.

### Sweep of Uninvested Cash Balances

Please select a sweep option from section A for Organizations/Businesses (except Sole Proprietors and Government Agencies). ERISA plans can only select a sweep option from section B (ERISA plans that participate in ACCESS℠, MAC, PMP, and SELECTIONS℠ are automatically assigned a sweep option - No selection is required.) Sole Proprietors and Government Agencies (FDIC Eligible Participants) can only select a sweep option from section C. If this is a non-ERISA account with a Managed Program (ACCESS, MAC, PMP, and SELECTIONS) select a sweep option from section D.

**A** ORGANIZATIONS/BUSINESSES (except Sole Proprietors and Government Agencies)

Business Services Account BSA Options[1,2]

☑ Money Market Portfolio        ☐ New York Municipal Fund
☐ New Jersey Municipal Fund     ☐ California Municipal Fund
☐ Tax-Free Fund                 ☐ U.S. Government Portfolio

Basic Investment Account Option[1]

☐ Cashfund

**B** ERISA PLANS[1]

Do not make a selection below if the ERISA plan is part of a managed program.

Business Services Account BSA Options

☐ Money Market Portfolio        ☐ U.S. Government Portfolio

Basic Investment Account Options

☐ Retirement Money Fund         ☐ Cashfund

**C** SOLE PROPRIETORS AND GOVERNMENT AGENCIES (FDIC ELIGIBLE PARTICIPANTS)

**I – Taxable Sweep Options**

Sole proprietor and government agency accounts **automatically** default to the UBS Bank USA Deposit Account Sweep Option. If you are an Eligible Participant, have a Business Services Account BSA and prefer to select a tax-free sweep option, skip to section II.

☐ Check here if you would like to cap the amount of funds that will sweep into the UBS Bank USA Deposit Account Sweep Option ($100,000 per account, on a per account basis.), and select a secondary sweep option below for amounts in excess of the cap. **If you have multiple accounts at UBS Financial Services Inc. held in the same recognized legal capacity that will sweep into the UBS Bank USA Deposit Account Sweep Option, once those accounts exceed in the aggregate the $100,000 threshold, then your aggregate funds on deposit with UBS Bank USA will exceed FDIC insurance coverage limits. UBS Financial Services Inc. will not be responsible for any insured or uninsured portion of the Deposit Accounts. (Refer to the UBS Financial Services Deposit Account Sweep Program Disclosure Statement terms and conditions for more details.)**

If you selected a cap by checking the box above, choose a secondary sweep option below. Please note, the secondary sweep option for Basic Investment Accounts (Non-Business Services Account BSA) is automatically Cashfund.[1,2]

☐ Money Market Portfolio     ☐ New York Municipal Fund     ☐ New Jersey Municipal Fund
☐ California Municipal Fund   ☐ Tax-Free Fund               ☐ U.S. Government Portfolio

**II – Tax-Free Sweep Options (Business Services Account BSA Only)[1,2]**

☐ New York Municipal Fund     ☐ New Jersey Municipal Fund     ☐ California Municipal Fund     ☐ Tax-Free Fund

Note: If you selected a secondary sweep option or Tax-Free Sweep Option above, the annual Business Services Account BSA fee will apply.

**D** MANAGED PROGRAMS (ACCESS, MAC, PMP, and SELECTIONS)

Select a sweep option below if this account is utilizing one of the following Managed Programs: ACCESS, MAC, PMP, and SELECTIONS.

Business Services Account BSA Options[1,2]

☐ Money Market Portfolio     ☐ New York Municipal Fund     ☐ New Jersey Municipal Fund
☐ California Municipal Fund   ☐ Tax-Free Fund               ☐ U.S. Government Portfolio

[1] Money market funds, Retirement Money Fund, and UBS Cashfund Inc. are sold by prospectus only.  [2] State municipal funds are available only to residents of those states, respectively.

©2004 UBS Financial Services Inc. All rights reserved. Member SIPC.
Sign and date the application on page 6.

 **UBS**

**UBS Financial Services Inc.**

Account Number 

SS#/TIN

## Account Investment Objectives

**Return Objective** (select one):

- ☐ Capital Appreciation – Investments seeking growth of principal rather than the generation of income.
- ☑ Current Income and Capital Appreciation – Investments seeking both the generation of income and the growth of principal.
- ☐ Current Income – Investments seeking the generation of income.

**Primary Risk Profile** (select one):

- ☑ Aggressive/Speculative – Seeks the potential for significant appreciation; willing to accept a high degree of loss of principal.
- ☐ Moderate – Seeks potential returns with a lower risk of loss of principal.
- ☐ Conservative – Seeks securities that are most likely to preserve principal with low risk.

**Secondary Risk Profile** (optional):

*This may be applicable if you intend to engage in options trading.*

- ☐ Aggressive/Speculative
- ☐ Moderate
- ☐ Conservative

*Please Note: If this is a participant directed account for an ERISA Plan, the participant should complete this section.*

## Senior Political Affiliation

Is the account holder, any authorized signatories, beneficial owners, trustees, power of attorneys or other individuals with authority to effect transactions, or any of their immediate family members (including in-laws) or close associates (persons they are "widely and publicly known" to maintain an unusually close relationship with), a current or former senior non-U.S. political official?

☐ Yes    ☑ No   If yes, please complete the following information:

Political Official's Name        Current or Former Position        Relationship to Client(s)

## Source of Funds
This section is not applicable for ERISA plans.

Please indicate the source of funds in the account: *(Check all that apply.)*
If funds are from investments transferred from another firm, please indicate the source of funds to purchase the initial investments.

- ☑ Income from the business/organization
- ☐ Inheritance – From whom:_____
- ☐ Sale of Real Estate – Location of real estate sold:_____
- ☐ Sale of Business – Name of business sold:_____
- ☑ Investors/Venture Capital
- ☐ Gifts – From whom:_____
- ☐ Legal Settlement
- ☐ Other – Please specify:_____

©2004 UBS Financial Services Inc. All rights reserved. Member SIPC.
Sign and date the application on page 6.

 **UBS**

**UBS Financial Services Inc.**

Account Number ▊▊▊▊▊

SS#/TIN ▊▊▊▊▊▊▊

## Client Agreement

**BY SIGNING BELOW, ACCOUNT HOLDER UNDERSTANDS, ACKNOWLEDGES AND AGREES:**

A. that UBS Financial Services Inc. does not provide legal or tax advice;

B. that in accordance with the last paragraph of the Master Account Agreement entitled "Arbitration" the Account Holder agrees in advance to arbitrate any controversies which may arise with, among others, UBS Financial Services Inc. in accordance with the terms outlined therein;

C. if the account is established with margin, that pursuant to the Master Account Agreement, certain of the securities in the account may be loaned to UBS Financial Services Inc. or to others;

D. if no Business Services Account BSA features have been selected, the account will be opened as a Basic Investment Account and the Account Holder will be bound by the terms and conditions of the Master Account Agreement;

E. if any Business Services Account BSA features have been selected, an annual service fee will be charged as described in the Business Services Account BSA Fee section of the Master Account Agreement;

F. that UBS Financial Services Inc. will not supply the Account Holder's name to issuers of any securities held in the account so the Account Holder will not receive information regarding those securities directly from the issuer, but rather will receive information from UBS Financial Services Inc. instead, unless Account Holder notifies UBS Financial Services Inc. in writing otherwise;

G. that the Account Holder has received and read a copy of this Client Agreement and the attached Master Account Agreement (which contains a copy of this Paragraph for Account Holder reference) and agrees to be bound by the terms and conditions contained therein (which terms and conditions are hereby incorporated by reference);

H. that, if eligible, the Account Holder has received and read a copy of the UBS Financial Services Account Deposit Account Sweep Program Disclosure Statement;

I. that, upon execution of this Account Application and Client Agreement, the Account Holder will have supplied all of the information requested in the Account Application and declare it as true and accurate and further agree to promptly notify UBS Financial Services Inc. in writing of any material changes to any or all of the information contained in the Account Application including, but not limited to, information relating to the Account Holder's financial situation or investment objectives;

J. that the Account Holder has received a copy of, read and understands the "Account Information" booklet which contains, among other things, UBS Financial Services Inc.'s Privacy Statement, Statement of Credit Practices describing interest charges, the Bill Payment and Electronic Funds Transfer Services Agreement, Instructions for W-9 Preparation, Selected Fees & Charges and other important information regarding the account and relationship with UBS Financial Services Inc., which booklet and terms and conditions (other than the Privacy Statement) are incorporated herein by reference;

K. that, if the Account Holder elected the Electronic Funds Transfer Service as contained herein, the Account Holder authorizes (a) UBS Financial Services Inc. and its processing institution (the "Processing Bank") to initiate the types of transactions indicated in the Description of the Electronic Funds Transfer Service section of the Account Information booklet, and adjustments for any entries made in error, to or from Account Holder's account(s) as contained herein, and authorize the depository(ies) named on the Account Holder's bank account(s) or UBS Financial Services Inc. to debit and/or credit the same to Account Holder's bank account(s); (b) the Processing Bank and Account Holder's bank to comply with any instructions regarding electronic fund transfers between this Business Services Account BSA, Account Holder's bank account, and/or other accounts with UBS Financial Services Inc. provided that such instructions are given to UBS Financial Services Inc. with the Account Holder's PIN/Password and (c) UBS Financial Services Inc., the Processing Bank and the Account Holder's bank to make changes and/or cancellations requested by the Account Holder.

## W-9 Form Certification

I certify as the Account Holder by signing below, or in my representative capacity for the Account Holder by signing below, and under penalties of perjury that: (1) the taxpayer identification number set forth herein is the Account Holder's correct taxpayer identification number (or the Account Holder is waiting for a number to be issued to Account Holder), and (2) the Account Holder is not subject to backup withholding because: (a) the Account Holder is exempt from backup withholding, or (b) the Account Holder has not been notified by the Internal Revenue Service (IRS) that Account Holder is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified Account Holder that Account Holder is no longer subject to backup withholding, and (3) the Account Holder is a U.S. person (including a U.S. resident alien).

**Certification Instruction:** The Account Holder understands that Account Holder must strike out item (2) above if Account Holder has been notified by the IRS that Account Holder is subject to backup withholding because Account Holder failed to report all interest or dividends on Account Holder's tax return. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

X _Signature_    _Date_ July 14 2004

X _Additional Trustee/Party Signature_    _Date_ 8/13/2004
(the participant of a participant directed ERISA plan is required to sign above.)

X _Signature_    _Date_

X _Additional Trustee/Party Signature_    _Date_

## For UBS Financial Services Inc. Branch Use Only

X _Branch Office Manager Temporary Approval_   _Date_ 8/14/04

X _Financial Advisor Approval_

X _Branch Office Manager Final Approval_   _Date_ 8/16/04

Is the FA registered in both the client's state of residence and mailing address? ☑ Yes ☐ No

What was the initial transaction for this account? ☐ Buy ☐ Sell ☑ Deposit ☐ Transfer of Accounts

How was the account obtained? ☐ Walk-In/Call-In/Mail-In ☐ Referral   Existing Euterpse

Interest/Dividends: ☐ Monthly ☐ Weekly ☐ Hold in Account

Account Settles: ☐ Assets in Account ☐ Equity DVP ☐ Government DVP ☐ Transfer/Ship

Loan Eligible: ☐ Yes ☐ No

**Initial Trade Information**

Security Name: ICOHA

Security Symbol:

Value: $200,000
or
Shares:

**Please Note:** If the Account Holder, or their immediate family members, are affiliated with a securities firm or financial institution (NYSE Rule 407) a letter of authorization from the firm specified must be obtained before the account can be opened.

☐ BG ☐ EZ ☐ LG ☐ ML ☐ W9 ☐ NB   Sweep Fund: _____ Bank Code: _____ Plan Code: _____ Assoc Code: _____

Managed Account Code: _____ Family of Account Code: _____

Plan Structure: ☐ (P)Pooled ☐ (N)Non-Pooled    Plan Setup: ☐ (P)Participant ☐ (N)Non-Participant

If plan setup is "P", enter employer's account number: _____ _ _____ _ _____

UBS Financial Services Inc. is a service mark of UBS AG. RMA and Business Services Account BSA are registered service marks of UBS Financial Services Inc. MasterCard BusinessCard and MasterCard are registered trademarks and service marks of MasterCard International Incorporated.

 **UBS**


**UBS Financial Services Inc.**
Account Number ▮▮▮▮▮▮
Branch/FA ▮▮▮▮▮▮

# Partnership Form – For General and Limited Partnerships

**Full Account Name/Title:** MANN TECHNOLOGIES, L.L.C.

**Social Security/Tax ID#:** 56-2445397

In consideration of your carrying a partnership account in the name of MANN TECHNOLOGIES LLC a duly organized partnership of which each of the undersigned is a general or limited partner. The undersigned jointly and severally agree that each of the persons named immediately below (hereinafter "authorized individuals"): JOHN B. MANN and Robert B PATTERSON

shall have authority on behalf of the partnership account to buy, sell and otherwise deal in, through you as brokers, stocks, bonds, options (indices, interest rates, foreign currency), and other securities and commodities, on cash or margin (including short sales); to borrow and obtain credit (including all manner of credits and/or letters of credit) from time to time from you or, as applicable, your affiliate and guarantee obligations of others to you or, as applicable, your affiliate, in United States dollars or any foreign currency; to pledge, mortgage, assign or subject to a security interest or lien any property of any sort of the partnership as security for any liability of the partnership; to receive on behalf of the partnership account demands, notices, confirmations, reports, statements of account, and communications of every kind; to receive on behalf of the partnership account money, securities and property of every kind, and to dispose of same; to make distributions/transfers from the partnership account by check, automatic fund transfer, debit card (if used) or otherwise to any of the authorized persons (including, without limitation, transfers to an authorized individual as directed by that same

authorized individual) and others; to make on behalf of the partnership account agreements relating to any of the foregoing matters and to terminate or modify same or waive any of the provisions thereof; and generally to deal with you or, as applicable, your affiliate on behalf of the partnership account as fully and completely as if he alone were interested in said account. If the person(s) listed above are not General Partners of the partnership, then the undersigned hereby warrant and represent that such person(s) have been vested such authority by the partnership.

Authorized individuals must complete the additional information on page 2. **Note: All General Partners who are authorized individuals must be listed above in addition to signing the form.**

The authority hereby conferred shall remain in force until written notice of its revocation is delivered to your office at: 1501 K ST. N.W. # 1100 WASHINGTON, D.C. 20005

The undersigned hereby certify that the general and limited partners of said partnership are as follows: (List the names, address and occupation of all general partners and all the limited partners. If additional space is required attach a separate sheet.)

Specify whether the partnership is a: ☐ general partnership or ☑ limited partnership. If this is a limited partnership you must indicate the type of partner (i.e., general or limited) for each person listed below.

**Name:** John B MANN  **Address:** 9330 HARTS MILL Rd WARRENTON, VA 20186  **Occupation:** INVESTOR
☐ general partner or ☑ limited partner

**Name:** Robert B PATTERSON  **Address:** Box 2051, Middleburg, VA 20118  **Occupation:** CONSULTANT
☐ general partner or ☐ limited partner

**Name:** _____  **Address:** _____  **Occupation:** _____
☐ general partner or ☐ limited partner

**Name:** _____  **Address:** _____  **Occupation:** _____
☐ general partner or ☐ limited partner

The undersigned further authorize you, in the event of death or retirement of any of the members of said partnership or the termination of the partnership, to take such proceedings, require such papers, retain such portion of the transactions in said account as you may deem advisable to protect you against any liability, penalty or loss under any present or future law or otherwise. It is further agreed that in the event of the death or retirement of any member of the said partnership the remaining members will immediately notify you of such fact. The undersigned hereby acknowledge that you will rely on the representations made herein. Subject to the provisions hereof, all notices or communications for the undersigned relating to the partnership account are to be directed to:

**Name:** John B MANN  **Address:** 9330 HARTS MILL Rd, WARRENTON, VA 20186

This agreement shall enure to your benefit and the benefit of any successor corporations or firms, and of the assigns of your present corporation or any successor corporations or firms.

All general partners must sign                    Very truly yours,

Date: July 14 2004    ~~General~~ Partner: _____

Date: 8/9 2004    General Partner: _____

Date: _____    General Partner: _____

Date: _____    General Partner: _____

Dated, July 14, 2004        VA
                        (City)                (State)

* "You" and "your" refer to UBS Financial Services Inc.

Item #L008 (Rev. 11/03)
©2003 UBS Financial Services Inc. All rights reserved. Member SIPC.

 **UBS**

**UBS Financial Services Inc.**

Account Number ▬▬▬▬▬▬

Branch/FA ▬▬▬▬▬▬▬▬



---

**Additional Information**

| | |
|---|---|
| Partner Name: | Address: |
| *John B MANN* | *9330 HARTS MILL Rd,* |
| Country of Citizenship: | City:   State:   Zip: |
| ☒ USA   ☐ Other (specify): _____ | *WARRENTON   VA   20186* |
| Passport/CEDULA and Green Card#: *(If non-U.S. and no SS# specified)* | |
| _____/_____ | |

| | |
|---|---|
| Partner Name: | Address: |
| *Robert B PATTERSON* | *Box 2051* |
| Country of Citizenship: | City:   State:   Zip: |
| ☐ USA   ☐ Other (specify): _____ | *Middleburg   VA   20118* |
| Passport/CEDULA and Green Card#: *(If non-U.S. and no SS# specified)* | |
| _____/_____ | |

| | |
|---|---|
| Partner Name: | Address: |
| | City:   State:   Zip: |
| Country of Citizenship: | |
| ☐ USA   ☐ Other (specify): _____ | |
| Passport/CEDULA and Green Card#: *(If non-U.S. and no SS# specified)* | |
| _____/_____ | |

| | |
|---|---|
| Partner Name: | Address: |
| | City:   State:   Zip: |
| Country of Citizenship: | |
| ☐ USA   ☐ Other (specify): _____ | |
| Passport/CEDULA and Green Card#: *(If non-U.S. and no SS# specified)* | |
| _____/_____ | |

Item #L00B (Rev. 11/03)
©2003 UBS Financial Services Inc. All rights reserved. Member SIPC.



## EXHIBIT "A" TO OPERATING AGREEMENT

### OF

### MANN TECHNOLOGIES, L.L.C.

1.    CONTRIBUTION OF MEMBERS  (Section 5.2)  (state classes of member, if any).

| Name of Member | Description of Property or amount of cash | % ownership |
|---|---|---|
| A)  *John Mann* | _____ | *50%* |
| B)  *Robert B Patterson* | _____ | *50%* |
| C)  _____ | _____ | ____ |
| D)  _____ | _____ | ____ |

2.    Sharing of Profits and Losses (Section 5.4)
      (here describe how profit/loss is to be divided; whether all members are equal, whether sharing will be by value of contribution or otherwise).

3.    Sharing of Distributions (Section 5.5)
      (this may be the same as sharing of profit/loss; or it may be different, such as based on value of contribution, first priority rights of certain members, or other typical classification).

4.    Number and Classification of Managers (Sections 3.3 and 2.5)
      The number of managers shall be one (1).  (here insert classification of managers, if any, and provisions, if desired, for staggered terms of managers if there are 6 or more managers).

5.    Apportionment of Management Responsibility (Section 3.1.1)
      (here insert any division of management responsibility, if any).

6.    Attachments.

      The following additional agreements (Attachments) are attached to this Operating Agreement and are incorporated by reference.  In the event of a conflict



# Articles of Organization
## for
## MANN TECHNOLOGIES, L.L.C.

LET IT BE KNOWN: that we at Corporate Advisory Service, Inc. and Deanna K. Kelly, desiring to form a Limited Liability Company for the purposes set forth herein and in conformance with Chapter 86 of the Nevada Revised Statutes, do establish:

**First**          **Name:** The name of the Limited Liability Company is:

**MANN TECHNOLOGIES, L.L.C.**

**Second**          **Principal Place of Business:** The principal place of business shall be located at, but not limited to:

251 Jeanell Dr. Suite 3
Carson City, NV 89703

**Third**          **Resident Agent and Office:** The Company shall have as Resident Agent the firm of Corporate Advisory Service, Inc., which is located at:

251 Jeanell Dr. Suite 3
Carson City, NV 89703

**Fourth**          **Management:** The business of the company shall be conducted under the Manager, who shall have exclusive authority to act for the company in all matters. The name and address of the initial Manager is:

Deanna K. Kelly
251 Jeanell Dr. Suite 3
Carson City, NV 89703

**Fifth**          **Duration:** The duration shall be thirty years from the filing date hereof with the Secretary of State of Nevada, unless sooner dissolved as provided by statute.

**Sixth**          **Purpose:** This Limited Liability Company is organized in order to participate in business, in a lawful manner, as it deems appropriate, but will not participate in the business of banking or insurance



**Seventh    Admission of Additional Members:** New members may be added solely by the unanimous consent of all members involved in management and upon such terms as are unanimously agreed upon by all members entitled to a dividend upon dissolution or liquidation.

**Eighth    Continuity:** The company reserves the right to continue the operation of business and shall not be dissolved solely because of the death, retirement, expulsion, bankruptcy or dissolution of a member of the company. The return of capital and the distribution of profits shall be determined from the company's books, as of the effective day of withdrawal, based on generally accepted accounting practices, and paid as soon as practicable without diminishing he prospects of the company's ventures and subject to the limitations of Chapter 86 of the Nevada Revised Statutes, as amended.

DATED this 12th. day of February, 2003

I, the undersigned, verify that I am the person who has executed these Articles of Organization.

Corporate Advisory Service, Inc.

Deanna K. Kelly, Manager

2

# NEW ACCOUNT DOCS.

 **UBS**

**UBS Financial Services Inc.**

Account Number _____

SS#/TIN _____

**Participant Directed ERISA Plans Only**
*Select the duplicate parties option in the Account Features section and complete the Duplicate Party Addendum on page 7 for the participant below. This will ensure that the participant receives a duplicate copy of all trade confirmations and statements.*

| Participant First Name: | Middle Name: | Date of Birth: | Gender: ☐ Male ☐ Female |

Last Name:

Marital Status (select one):
☐ Single ☐ Married ☐ Divorced ☐ Widowed

Country of Citizenship: ☐ USA ☐ Other (specify): ___   SS#:

Employment Status (select one):
☐ Employed ☐ Self-Supported ☐ Volunteer
☐ Retired ☐ Student ☐ Work in the Home
☐ Self-Employed ☐ Unemployed

Passport/CEDULA and Green Card#: (If non-U.S. and no SS# specified)

Street Address: (Home-Legal Residence)

Occupation: ___   Industry (i.e., Construction, Service, etc.):

City: ___   State: ___   Zip: ___   Business Phone: ___   Business Fax:

➤ **Financial Information** *This information will be kept strictly confidential. If you share assets with another person, please provide financial information (e.g. annual income, liquid assets, net worth) per individual. For example, a total net worth of $50,000 should be split as you deem appropriate.*

➤ Complete this section for the organization/business or the participant for a participant directed ERISA Plan account.

Annual Income: 1,000,000   Liquid Assets: 500,000

List financial firms where other accounts are held:

Net Worth (exclusive of residence): 1,000,000   Fiscal Year End (indicate month):

Does the organization/business own at least 10% of the shares of any publicly traded company? ⬅
☐ Yes ☑ No – If yes, please specify company and %:
_____ %

➤ Investment Experience (in years):
0 Equities 0 Bonds ___ Futures ___ Options-Buy ___ Options-Sell

Financial Services Reference – Firm Name:

Do you currently have any loans outstanding? ☐ Yes ☐ No
If yes, please specify the loan amount and interest rate:

Loan 1 Amount ___ Rate ___%   Loan 2 Amount ___ Rate ___%

Financial Services Reference – Firm Telephone Number:

**Principal Officer/Trustee Information**
Complete this section for the Principal Officer for the Organization/Business, ERISA plan trustee, or other individual authorized to give investment or distribution/transfer instructions on the account. Additional names can be added on page 7.

Principal Officer/Trustee Name: John B Mann   SS#:

Are any of the business owners, trustees, directors/principal officers, or their immediate family members a control person of any publicly [...] corporation (examples of control persons are policy making officers/directors or 10% shareholders)?
☐ Yes ☑ No   If yes, please specify company and %:
_____ %

Country of Citizenship: ☑ USA ☐ Other (specify): ___

Passport/CEDULA and Green Card#: (If non-U.S. and no SS# specified)

Are any of the business owners, trustees, directors/principal officers or their immediate family members affiliated with any securities firms or other financial institutions (NYSE Rule 407)?
☐ Yes ☑ No   If yes, please specify the firm: ___

Street Address: (Home – Legal Residence) 9330 HARTS MILL RD

City: WARRENTON   State: VA   Zip: 20186

Are any of the business owners, trustees, directors/principal officers, or any of their immediate family members, an employee of UBS AG, its subsidiaries or affiliates (e.g., UBS Financial Services Inc.,UBS Securities LLC)?
☐ Yes ☑ No   If yes, please specify.

Telephone Number: ___   E-mail Address: ___

Affiliate or Subsidiary ___   Employee Name and SS#

©2004 UBS Financial Services Inc. All rights reserved. Member SIPC
Sign and date the application on page 6.

 **UBS**

**UBS Financial Services Inc.**

Account Number ▮▮▮▮▮▮▮▮

SSA/TIN ▮▮▮▮▮▮▮▮

**Business Services Account BSA® Features**
If you would like to add Business Services Account BSA features to your account, please complete this section. Otherwise, skip to the Account Features section. The Business Services Account BSA annual fee is $150, and is deferred for the first year. None of these features are available to participant directed accounts. Complete the Sweep of Uninvested Cash Balances section for ERISA plans.

**MasterCard® BusinessCard®[1]**

☐ To receive a MasterCard BusinessCard, please indicate the number of cards by checking the appropriate box:[2] ☐ 1 ☐ 2

If your name(s) exceeds 21 characters, including spaces, please indicate below how your name(s) should appear (not exceeding 21 characters):

Name 1:  *John B. MANN ~~PARTNER~~*

Name 2:  *Robert B. PATTERSON ~~PARTNER~~*

[1] A MasterCard BusinessCard is not available for ERISA plan accounts.
[2] Only two cards per account can be issued.

**UBS Rewards**

☐ Earn points toward merchandise, travel and gift certificates by using your Platinum MasterCard debit card for purchases. If you would like to enroll in this program, please check this box. Annual program fee of $50 applies. Points are capped at 200,000 per year for Business Services Account BSA members. The UBS Rewards catalog contains a complete description of the program, including terms and conditions.

**Check Writing**
If you would like to receive checks for your account, please enroll by selecting a check style:
☑ Wallet[1]   ☐ 3-page business   ☐ Other[2]
[1] Initial order of wallet checks is free. All other orders involve a fee.
[2] To order a different check style, please contact your branch office.

☐ Check here if dual signatures are required, in which case you must complete the Authorized Agent /Dual Signor Addendum on page 11.

Please print the full name and address that you would like to appear on your checks.[3]

*MANN TECHNOLOGIES, L.L.C.*
*9330 HARTS MILL Rd.*
*WARRENTON, VA 20186*

[3] The full name of the account specified in the Account Ownership Information Section (page 1).

**Alternate Address for Cards and Checks**
Print the mailing address for the delivery of ☐ card(s) and/or ☐ checks if different from the address on the account:

_____

_____

Special Delivery Instructions for ☐ Cards and/or ☐ Checks:
(Branch Use Only)

_____

**Electronic Funds Transfer (EFT) Service**
EFT Service allows the transfer of money electronically between UBS Financial Services Inc. accounts and accounts held with outside financial institutions (within the U.S.). To enroll make a selection below and complete the account information on the Electronic Funds Transfer Service Addendum on page 9.

Please select how you would like to use the service: (Check all that apply)
☑ Transfer funds using Online Services.[1] (Web)
  Type of transfer: ☑ Incoming/Outgoing   ☐ Incoming Only

☑ Transfer funds using ResourceLine®, the toll-free telephone voice response system. (Voice)
  Type of transfer: ☑ Incoming/Outgoing   ☐ Incoming Only

**Bill Payment Service**
Bill Payment Service allows you to pay your bills and/or make payments to a third party vendor without writing and mailing a check. To enroll make a selection below and complete the vendor/payee information on the Bill Payment Addendum on page 10. If Online Services is selected, vendor/payee information can be entered online.

Please select how you would like to use the service: (Check all that apply)
☐ Pay bills using Online Services.[1] (Web)
☐ Pay bills using ResourceLine®, the toll-free telephone voice response system. (Voice)

[1] To use the Bill Payment or EFT Services via the web you must be enrolled in Online Services.

**Account Features**

**Online Services**
☑ Check here for online access to account information, the latest research and market data at no additional charge. Premier accounts are entitled to this service, including Business Services Account BSA, Resource Management Account™ (RMA™), and Managed Accounts.

**Direct Deposit**
☐ If you would like to have your payroll or other recurring payments automatically deposited into your account, please check this box. Complete the Direct Deposit Application on page 12 and send it to the employer, organization or financial institution making the deposit.

**Duplicate Parties**
☐ Check here if you would like duplicate trade confirmations and statements sent to additional individuals. If checked, please complete the Duplicate Party Addendum on page 7.

©2004 UBS Financial Services Inc. All rights reserved. Member SIPC.
Sign and date the application on page 6.

 **UBS**

**UBS Financial Services Inc.**

Account Number ▬▬▬▬▬▬

SSN/TIN ████████████

## Account Features *continued*

**Margin**[1]

Accounts automatically come with margin unless they are Retirement, UGMA/UTMA, Estate, 529 Plan, or certain other accounts. Most managed programs cannot have margin.

☐ Check here if you do not want margin. If your account will have margin, you are required to answer the following questions:

1- Do you intend to engage in "pattern day trading" as defined by NYSE Rule 431?[3] ☐ Yes ☑ No

2- Do you have any other margin accounts with UBS Financial Services Inc.? ☐ Yes ☑ No If yes, complete the information below:

| Account Number | Account Number | Account Number | Account Number |
| --- | --- | --- | --- |

[1] Margin is not suitable for all clients. Please review UBS Financial Services' Loan Disclosure Statement carefully for information on the risks involved with using margin. [3] "Day trading" means purchasing and selling or selling and purchasing the same security in the same day in a margin account. "Pattern day trading" means executing four or more day trades within five business days if the number of day trades exceeds six percent of the total trades during that period.

## Sweep of Uninvested Cash Balances

Please select a sweep option from section A for Organizations/Businesses (except Sole Proprietors and Government Agencies). ERISA plans can only select a sweep option from section B (ERISA plans that participate in ACCESS℠, MAC, PMP, and SELECTIONS℠ are automatically assigned a sweep option - No selection is required.) Sole Proprietors and Government Agencies (FDIC Eligible Participants) can only select a sweep option from section C. If this is a non-ERISA account with a Managed Program (ACCESS, MAC, PMP, and SELECTIONS) select a sweep option from section D.

**A  ORGANIZATIONS/BUSINESSES (except Sole Proprietors and Government Agencies)**

**Business Services Account BSA Options**[1,2]

☑ Money Market Portfolio      ☐ New York Municipal Fund
☐ New Jersey Municipal Fund  ☐ California Municipal Fund
☐ Tax-Free Fund              ☐ U.S. Government Portfolio

**Basic Investment Account Option**[1]

☐ Cashfund

**B  ERISA PLANS**[1]

Do not make a selection below if the ERISA plan is part of a managed program.

**Business Services Account BSA Options**

☐ Money Market Portfolio      ☐ U.S. Government Portfolio

**Basic Investment Account Options**

☐ Retirement Money Fund      ☐ Cashfund

**C  SOLE PROPRIETORS AND GOVERNMENT AGENCIES (FDIC ELIGIBLE PARTICIPANTS)**

**I – Taxable Sweep Options**

Sole proprietor and government agency accounts automatically default to the UBS Bank USA Deposit Account Sweep Option. If you are an Eligible Participant, have a Business Services Account BSA and prefer to select a tax-free sweep option, skip to section II.

☐ Check here if you would like to cap the amount of funds that will sweep into the UBS Bank USA Deposit Account Sweep Option ($100,000 per account, on a per account basis.), and select a secondary sweep option below for amounts in excess of the cap. If you have multiple accounts at UBS Financial Services Inc. held in the same recognized legal capacity that will sweep into the UBS Bank USA Deposit Account Sweep Option, once those accounts exceed in the aggregate the $100,000 threshold, then your aggregate funds on deposit with UBS Bank USA will exceed FDIC insurance coverage limits. UBS Financial Services Inc. will not be responsible for any insured or uninsured portion of the Deposit Accounts. (Refer to the UBS Financial Services Deposit Account Sweep Program Disclosure Statement, terms and conditions for more details.)

If you selected a cap by checking the box above, choose a secondary sweep option below. Please note, the secondary sweep option for Basic Investment Accounts (Non-Business Services Account BSA) is automatically Cashfund.[1,2]

☐ Money Market Portfolio      ☐ New York Municipal Fund      ☐ New Jersey Municipal Fund
☐ California Municipal Fund   ☐ Tax-Free Fund                ☐ U.S. Government Portfolio

**II – Tax-Free Sweep Options (Business Services Account BSA Only)**[1,2]

☐ New York Municipal Fund    ☐ New Jersey Municipal Fund    ☐ California Municipal Fund    ☐ Tax-Free Fund

Note: If you selected a secondary sweep option or Tax-Free Sweep Option above, the annual Business Services Account BSA fee will apply.

**D  MANAGED PROGRAMS (ACCESS, MAC, PMP, and SELECTIONS)**

Select a sweep option below if this account is utilizing one of the following Managed Programs: ACCESS, MAC, PMP, and SELECTIONS.

**Business Services Account BSA Options**[1,2]

☐ Money Market Portfolio      ☐ New York Municipal Fund      ☐ New Jersey Municipal Fund
☐ California Municipal Fund   ☐ Tax-Free Fund                ☐ U.S. Government Portfolio

[1] Money market funds, Retirement Money Fund, and UBS Cashfund Inc. are sold by prospectus only.   [2] State municipal funds are available only to residents of those states, respectively.

**Sign and date the application on page 6.**

 **UBS**

**UBS Financial Services Inc.**

Account Number ████████████

SS#/TIN ████████████████████

**Account Investment Objectives**

**Return Objective (select one):**

☐ Capital Appreciation – Investments seeking growth of principal rather than the generation of income.

☑ Current Income and Capital Appreciation – Investments seeking both the generation of income and the growth of principal.

☐ Current Income – Investments seeking the generation of income.

**Primary Risk Profile (select one):**

☑ Aggressive/Speculative – Seeks the potential for significant appreciation; willing to accept a high degree of loss of principal.

☐ Moderate – Seeks potential returns with a lower risk of loss of principal.

☐ Conservative – Seeks securities that are most likely to preserve principal with low risk.

**Secondary Risk Profile (optional):**

*This may be applicable if you intend to engage in options trading.*

☐ Aggressive/Speculative

☐ Moderate

☐ Conservative

*Please Note: If this is a participant directed account for an ERISA Plan, the participant should complete this section.*

**Senior Political Affiliation**

Is the account holder, any authorized signatories, beneficial owners, trustees, power of attorneys or other individuals with authority to effect transactions, or any of their immediate family members (including in-laws) or close associates (persons they are "widely and publicly known" to maintain an unusually close relationship with), a current or former senior non-U.S. political official?

☐ Yes  ☑ No  If yes, please complete the following information:

_____    _____    _____
Political Official's Name                          Current or Former Position                          Relationship to Client(s)

**Source of Funds**

This section is not applicable for ERISA plans.

Please indicate the source of funds in the account: *(Check all that apply)*

If funds are from investments transferred from another firm, please indicate the source of funds to purchase the initial investments.

☑ Income from the business/organization                              ☑ Investors/Venture Capital

☐ Inheritance – From whom: _____                     ☐ Gifts – From whom: _____

☐ Sale of Real Estate – Location of real estate sold: _____    ☐ Legal Settlement

☐ Sale of Business – Name of business sold: _____            ☐ Other – Please specify: _____

©2004 UBS Financial Services Inc. All rights reserved. Member SIPC.
**Sign and date the application on page 6.**

✠ **UBS**

**UBS Financial Services Inc.**

Account Number ███████████

SS#/TIN ███████████████

## Client Agreement

**BY SIGNING BELOW, ACCOUNT HOLDER UNDERSTANDS, ACKNOWL-EDGES AND AGREES:**

A. that UBS Financial Services Inc. does not provide legal or tax advice;

B. that in accordance with the last paragraph of the Master Account Agreement entitled "Arbitration" the Account Holder agrees in advance to arbitrate any controversies which may arise with, among others, UBS Financial Services Inc. in accordance with the terms outlined therein;

C. if the account is established with margin, that pursuant to the Master Account Agreement, certain of the securities in this account may be loaned to UBS Financial Services Inc. or to others;

D. if no Business Services Account BSA features have been selected, the account will be opened as a Basic Investment Account and the Account Holder will be bound by the terms and conditions of the Master Account Agreement

E. if any Business Services Account BSA features have been selected, an annual service fee will be charged as described in the Business Services Account BSA fee section of the Master Account Agreement.

F. that UBS Financial Services Inc. will not supply the Account Holder's name to issuers of any securities held in the account so the Account Holder will not receive information regarding those securities directly from the issuer, but rather will receive information from UBS Financial Services Inc. instead, unless Account Holder notifies UBS Financial Services Inc. in writing otherwise;

G. that the Account Holder has received and read a copy of this Client Agreement and the attached Master Account Agreement (which contains a copy of this Paragraph for Account Holder reference) and agrees to be bound by the terms and conditions contained therein (which terms and conditions are hereby incorporated by reference);

H. that, if eligible, the Account Holder has received and read a copy of the UBS Financial Services Deposit Account Sweep Program Disclosure Statement;

I. that, upon execution of this Account Application and Client Agreement, the

Account Holder will have supplied all of the information requested in the Account Application and declare it as true and accurate and further agree to promptly notify UBS Financial Services Inc. in writing of any material changes to any or all of the information contained in the Account Application including, but not limited to, information relating to the Account Holder's financial situation or investment objectives;

J. that the Account Holder has received a copy of, read and understands the "Account Information" booklet which contains, among other things, UBS Financial Services Inc.'s Privacy Statement, Statement of Credit Practices describing interest charges, the Bill Payment and Electronic Funds Transfer Services Agreement, Instructions for W-9 Preparation, Selected Fees & Charges and other important information regarding the account and relationship with UBS Financial Services Inc., which booklet and terms and conditions (other than the Privacy Statement) are incorporated herein by reference;

K. that, if the Account Holder elected the Electronic Funds Transfer Service as contained herein, the Account Holder authorizes (a) UBS Financial Services Inc. and its processing institution (the "Processing Bank") to initiate the types of transactions indicated in the Description of the Electronic Funds Transfer Service section of the Account Information booklet, and adjustments for any entries made in error, to or from Account Holder's account(s) as contained herein, and authorize the depositary(ies) named on the Account Holder's bank account(s) or UBS Financial Services Inc. to debit and/or credit the same to Account Holder's bank account(s); (b) the Processing Bank and Account Holder's bank to comply with any instructions regarding electronic fund transfers between this Business Services Account BSA, Account Holder's bank account, and/or other accounts with UBS Financial Services Inc. provided that such instructions are given to UBS Financial Services Inc. with the Account Holder's PIN/Password and (c) UBS Financial Services Inc., the Processing Bank and the Account Holder's bank to make changes and/or cancellations requested by the Account Holder.

## W-9 Form Certification

I certify as the Account Holder by signing below, or in my representative capacity for the Account Holder by signing below, and under penalties of perjury that: (1) the taxpayer identification number set forth herein is the Account Holder's correct taxpayer identification number (or the Account Holder is waiting for a number to be issued to Account Holder) and (2) the Account Holder is not subject to backup withholding because; (a) the Account Holder is exempt from backup withholding, or (b) the Account Holder has not been notified by the Internal Revenue Service (IRS) that Account Holder is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified Account Holder that Account Holder is no longer subject to backup withholding, and (3) the Account Holder is a U.S. person (including a U.S. resident alien).

**Certification Instruction:** The Account Holder understands that Account Holder must strike out item (2) above if Account Holder has been notified by the IRS that Account Holder is subject to backup withholding because Account Holder failed to report all interest or dividends on Account Holder's tax return. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

X _____          X _____
Signature                           Signature               Date
                Date  July 14 2004

X _____          X _____
Additional Trustee/Party Signature   Date  8/3/2004          Additional Trustee/Party Signature       Date
(The participant of a participant directed ERISA plan is required to sign above.)

## For UBS Financial Services Inc. Branch Use Only

X _____          X _____
Branch Office Manager Temporary Approval   Date 8/14/04      Branch Office Manager Final Approval ▶   Date 8/16/04

X _____
Financial Advisor Approval          Date

Is the FA registered in both the client's state of residence and mailing address?  ☐ Yes  ☐ No          **Initial Trade Information**

What was the initial transaction for this account?  ☐ Buy  ☐ Sell  ☐ Transfer of Accounts ▶   Security Name: ICOHA

How was the account obtained?  ☐ Walk-In/Call-In/Mail-In  ☐ Referral: Existing Bill pers   Security Symbol:

Interest/Dividends:  ☐ Monthly  ☐ Weekly  ☐ Hold in Account

Account Settles:  ☐ Assets in Account  ☐ Equity DVP  ☐ Government DVP  ☐ Transfer/Ship   Value: $200,000

Loan Eligible:  ☐ Yes  ☐ No                                                              or
                                                                                        Shares:

Please Note: If the Account Holder, or their immediate family members, are affiliated with a securities firm or financial institution (NYSE Rule 407), a letter of authorization from the firm specified must be obtained before the account can be opened.

☐ BIG  ☐ EZ  ☐ LG  ☐ ML  ☐ VV  ☐ NR  Sweep Fund: _____  Bank Code: _____  Plan Code: _____  Assoc Code: _____
Managed Account Code: _____  Family of Account Code: _____

Plan Structure:  ☐ (P)Pooled  ☐ (N)Non-Pooled          Plan Setup:  ☐ (P)Participant  ☐ (N)Non-Participant
If plan setup is "P", enter employer's account number: _____

UBS Financial Services Inc. is a service mark of UBS AG. RMA and Business Services Account BSA are registered service marks of UBS Financial Services Inc. MasterCard BusinessCard and MasterCard are registered trademarks and service marks of MasterCard International Incorporated.

CL-BSA (Rev. 3/04)                                   6                    ©2004 UBS Financial Services Inc. All rights reserved. Member SIPC.

# RETAIL STATEMENTS

**UBS Financial Services Inc.**
1501 K STREET NW
SUITE 1100
WASHINGTON, DC 20005

202-585-4000/800-382-9989

PZBA135256-X46 - 0804 - WS - 0

**Your Financial Advisor**
MCMILLAN/PIPER

# Business Services Account BSA®

**Account Number**

PZBA135256-X46
2085893 - 000002

MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON     VA 20186-8538

## August 2004

## This month at a glance

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| Value on July 31 | $ | .00 | $ | .00 |
| Value on August 31 | $ | 183,626.90 | $ | 183,626.90 |

## Activity highlights

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| Withdrawals | $ | -5,934.73 | $ | -5,934.73 |
| Securities transferred in (valued at time of transfer) | $ | 236,453.28 | $ | 236,453.28 |
| Money fund and other sweep option balance in 08/31 value | $ | 5,934.72 | $ | 5,934.72 |
| Net change from activity listed above | $ | 230,518.55 | $ | 230,518.55 |

## Portfolio summary

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| Opening value | $ | .00 | $ | .00 |
| Net change from Activity Highlights | | 230,518.55 | | 230,518.55 |
| Change in value of investments | | -46,891.65 | | -46,891.65 |
| Value on August 31 | $ | 183,626.90 | $ | 183,626.90 |

## Asset summary

*Refer to the disclosure on the back of the first page for information on assets excluded from this summary.*

| | % of portfolio | Value |
|---|---|---|
| Equities | 96.77 | 177,692.18 |
| Money funds/sweep options | 3.23 | 5,934.72 |
| **Net invested assets** | **100.00** | **183,626.90** |
| Value on August 31 | | 183,626.90 |

## Account instructions

The account record was signed by your Financial Advisor and approved by a Principal of the Firm.

## Bulletin Board

YOUR INVESTMENT PORTFOLIO MAY BE ABLE TO SUPPORT YOUR BORROWING NEEDS. OUR PREMIER CREDIT LINE USES YOUR ELIGIBLE PORTFOLIO TO OFFER CREDIT AT COMPETITIVE RATES. RESOURCELINE 1-800-BSA-0140. ACCESS, OR VISIT OUR WEB SITE AT WWW.UBS.COM.

## Investment objectives

*The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.*

**Return objective:** Current income & capital appreciation
**Risk profile:** Primary:  Aggressive/Speculative
Secondary: None selected

# Business Services Account BSA®

PZBA135257-X46
2085893 - 000003

**Statement Period:** August 2004

Account Number
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9999

## Asset portfolio

When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustments" or "PjA" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.

### Equities

#### Common stock

| Total shares | Description | Price | Current value | Est. annual income | Trade date | Shares purchased | Purchase price | Cost basis | Unrealized Gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| 467,611 | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | .380 | 177,692.18 | | | 467,611.000 | | —This information was unavailable— | |
| | **Total** | | $ 177,692.18 | | | | | | |

### Money funds and other sweep options

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend/ interest period | Days in period |
|---|---|---|---|---|---|---|
| RNA MONEY MKT PORTFOLIO | .00 | 5,934.72 | 1.00 | 0.81% | 07/26 - 08/24 | 30 |
| **Total** | $ .00 | $ 5,934.72 | | | | |

### Notice of Availability

Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

## Monthly activity

### Cash flow and security transactions

Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.

| Date | Activity | Description | Quantity/ Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| 07/31 | | **Cash, Money fund and other sweep option balance** | | | | .00 |
| 08/24 | TRANSFER | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A FM WS 31501 0100 | 492,611.000 | 236,453.28 | | |
| 08/27 | TRANSFER | TO WS 31501 0100 | | | $ -5,934.73 | |

Continued on page 3

# Business Services Account BSA®

**Account Number:**
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-682-9989

**Statement Period:** August 2004

PZBA135256-X46
2085893 - 000004E

## Cash flow and security transactions - continued

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity/ Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|------|----------|-------------|----------------------|---------------|-------------|----------------------------------------|
| 08/27 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 50 CENTS | 11,869.45 | |

Closing cash, Money fund and other sweep option balance
Total Money fund and other sweep option balance

$ 5,934.72
$ 5,934.72

## Money funds and other sweep options

*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | Amount | Balance |
|------|----------|--------|---------|
| 07/31 | Opening RMA Money Mkt. Portfolio | | .00 |
| 08/30 | BOUGHT | $ 5,934.72 | $ 5,934.72 |
| 08/31 | Closing RMA Money Mkt. Portfolio | | $ 5,934.72 |

## Realized gains and losses

*Estimated realized gains/losses are not for tax purposes. The oldest security lot is liquidated first to calculate gains/losses (first-in, first-out or FIFO accounting method) unless you specified which lot to close when you placed your order (versus purchase or VSP order). An asterisk (*) indicates a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses may not be adjusted for all capital changes and are not calculated for zero coupon securities. Cost basis for tax-exempt and AMT eligible coupon municipal securities has been adjusted automatically for estimated amortization of bond premiums. Estimates in the "Unclassified" section can not be classified as short-term or long-term due to missing information or the product is one which gain/loss calculation is not provided.*

| Security description | Method | Quantity/ Face value | Purchase date | Sale date | Sale amount | Purchase amount | Loss | Gain | Net gain/loss |
|---------------------|--------|----------------------|---------------|-----------|-------------|-----------------|------|------|---------------|

**Gains/Losses not calculated:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | | 25,000.000 | 08/24/04 | $ 11,869.45 | | ---This information was unavailable--- | | | |
| **Total** | | | | | $ 11,869.45 | | | | |

# Business Services Account BSA®

UBS FINANCIAL SERVICES INC.
1000 HARBOR BOULEVARD
WEEHAWKEN, NJ 07086-6790

**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9999

Account Number

PZBA136776-X26   -   0904 - WS - 0

PZBA136776-X26
- 0000003S

## September 2004

MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON            VA 20186-8538

00019439

## This month at a glance

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| Value on August 31 | $ | .00 | $ | 183,626.90 |
| Value on September 30 | $ | 113,489.49 | $ | 113,489.49 |
| Money fund and other sweep option balance in 09/30 value | $ | 5,938.96 | $ | 5,938.96 |

## Activity highlights

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| Withdrawals | $ | .00 | $ | -5,934.73 |
| Securities transferred in (valued at time of transfer) | $ | .00 | $ | 236,453.28 |
| Net change from activity listed above | $ | .00 | $ | 230,518.55 |

## Portfolio summary

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| Opening value | $ | 183,626.90 | $ | .00 |
| Net change from Activity Highlights | | .00 | | 230,518.55 |
| Net security earnings | | 4.24 | | 4.24 |
| Change in value of investments | | -70,141.65 | | -117,033.30 |
| Value on September 30 | $ | 113,489.49 | $ | 113,489.49 |

## Asset summary

Refer to the disclosure on the back of the first page for information on assets excluded from this summary.

| | % of portfolio | Value |
|---|---|---|
| Equities | 94.77 | 107,550.53 |
| Money funds/sweep options | 5.23 | 5,938.96 |
| **Net invested assets** | **100.00** | **113,489.49** |
| Value on September 30 | $ | 113,489.49 |

### Bulletin Board

DIAL IN TO HEAR OUR STRATEGISTS DISCUSS THE
PRESIDENTIAL ELECTION CYCLE AND THEIR 4TH
QUARTER OUTLOOK, OCTOBER 12 AT 8:00 P.M. ET
SEE INVESTMENT INTELLIGENCE FOR DETAILS.
RESOURCELINE 1-800-BSA-0140: ACCOUN
VISIT OUR WEB SITE AT WWW.UBS.COM.

### * Investment objectives

The following return objective and risk profile(s) describe the overall goals for this
account. For each account held, you must provide one return objective, one primary
risk profile and, if applicable, a secondary risk profile. A full description of the
alternatives is included on the back of the first page. If you have questions
regarding these objectives, disagree with or wish to change them, please notify your
Financial Advisor or Branch Manager at your branch office, in writing or by telephone.

**Return objective:** Current income & capital appreciation
**Risk profile:**   Primary:  Aggressive/Speculative
            Secondary: None selected

# Business Services Account BSA®

**Account Number**
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

**Statement Period:** September 2004

PZBA436777-X26
- 000002

## Earnings summary

*Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.*

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| **Taxable** | | | | |
| UBS Money fund dividends | $ | 4.24 | $ | 4.24 |
| **Total taxable security earnings** | $ | 4.24 | $ | 4.24 |
| Total current year security earnings | $ | 4.24 | $ | 4.24 |
| **Net security earnings** | $ | 4.24 | $ | 4.24 |

## Asset portfolio

*When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustments" or "PIA" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.*

### Equities

#### Common stock

| Description | Total shares | Price | Current value | Est. annual income | Trade date | Shares purchased | Average rate | Purchase price | Cost basis | Unrealized Gains/loss |
|---|---|---|---|---|---|---|---|---|---|---|
| ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | 467,811 | .230 | 107,550.53 | | 467,811.000 | | 1.02% | 08/25 - 09/23 | —This information was unavailable— | |
| **Total** | | | $ 107,550.53 | | | | | | | |

### Money funds and other sweep options

| Description | Opening balance | Closing balance | Closing share price | | | Dividend/ interest period | Days in period |
|---|---|---|---|---|---|---|---|
| UBS MONEY MKT. PORTFOLIO | 5,934.72 | 5,938.96 | 1.00 | | | 08/25 - 09/23 | 30 |
| **Total** | $ 5,934.72 | $ 5,938.96 | | | | | |

**Notice of Availability**
*Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.*

# Business Services Account BSA®

**Statement Period: September 2004**

PZBA138776-X26
- 000003E

Account Number
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-392-9989

## Monthly activity

### Cash flow and security transactions
*Refer to the disclosure on the back of the first page regarding the PriceValue presented for restricted securities.*

### Money funds and other sweep options
*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | Description | Quantity/Face Value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| | | | | | **Amount** | **Balance** |
| 08/31 | Opening | RMA Money Mkt. Portfolio | | | | $ 5,934.72 |
| 09/24 | DIVIDEND | RMA MONEY MKT. PORTFOLIO AS OF 09/23/04 | | | 4.24 | $ 5,938.96 |
| 09/30 | Closing | RMA Money Mkt. Portfolio | | | $ 4.24 | $ 5,938.96 |
| | | Cash, Money fund and other sweep option balance | | | | $ 5,934.72 |
| | | Closing cash, Money fund and other sweep option balance | | | | $ 5,938.96 |
| | | Total Money fund and other sweep option balance | | | | $ 5,938.96 |

## Preliminary year-to-date realized gains and losses

Year-to-date estimated gains and losses have been incorporated into this statement for settled positions through 9/30/04. The oldest security lot is liquidated first to calculate gains/losses (first-in, first-out or FIFO accounting method unless you specified which lot to close when you placed your order (a versus purchase or VSP order). An asterisk (*) indicates a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. This information is provided for informational purposes only and should not be relied upon for tax-filing purposes. Rely only on year-end tax forms when preparing your tax return. Cost basis for tax-exempt and AMT eligible coupon municipal securities has been adjusted automatically for estimated amortization of bond premiums. Estimates in the "Unclassified" section can not be classified as short-term or long-term due to missing information or the product is one for which a gains/loss calculation is not provided.

### Gains/Losses not calculated:

| Security description | Method | Quantity/ Face value | Purchase date | Sale date | Sale amount | Purchase amount | Loss | Gain | Net gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| FPO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | | 25,000.000 | 08/24/04 | | 11,869.45 | —This information was unavailable— | | | |
| **Total** | | | | | $ 11,869.45 | | | | |

# Business Services Account BSA®

UBS Financial Services Inc.
1501 K STREET NW
SUITE 1100
WASHINGTON, DC 20005

202-585-4000/800-382-9889

**Your Financial Advisor**
MCMILLAN/PIPER

PZBA131408-X56 - 1004-WS-0

PZBA131408-X56
- 0000035

**Account Number**

MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON        VA 20186-8538

00019813

## October 2004

### This month at a glance

| | | Current period |
|---|---|---|
| Value on September 30 | $ | 113,489.49 |
| Value on October 29 | $ | 52,706.11 |
| Money fund and other sweep option balance in 10/29 value | $ | 5,945.01 |

### Activity highlights

| | | Current period | Year-to-date |
|---|---|---|---|
| Withdrawals | $ | .00 | -5,934.73 |
| Securities transferred in (valued at time of transfer) | $ | .00 | 236,453.28 |
| Net change from activity listed above | $ | .00 | $ 230,518.55 |

### Portfolio summary

| | | Current period | Year-to-date |
|---|---|---|---|
| Opening value | $ | 113,489.49 | .00 |
| Net change from Activity Highlights | $ | .00 | 230,518.55 |
| Net security earnings | | 6.05 | 10.29 |
| Change in value of investments | | -60,789.43 | -177,822.73 |
| Value on October 29 | $ | 52,706.11 | $ 52,706.11 |

### Asset summary

Refer to the disclosure on the back of the first page for information on assets excluded from this summary.

| | % of portfolio | Value |
|---|---|---|
| Equities | 88.72 | 46,761.10 |
| Money funds/sweep options | 11.28 | 5,945.01 |
| Net invested assets | 100.00 | $ 52,706.11 |
| Value on October 29 | | $ 52,706.11 |

### Bulletin Board

ASK YOUR FINANCIAL ADVISOR ABOUT ENROLLING
IN OUR ONLINE SERVICES. ITS PAPERLESS
DELIVERY SERVICE CAN HELP REDUCE THE
AMOUNT OF PAPER MAIL YOU RECEIVE.
RESOURCELINE 1-80
VISIT OUR WEB SITE AT WWW.UBS.COM.

### Investment objectives

The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of these alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.

**Return objective:** Current income & capital appreciation
**Risk profile:** Primary: Aggressive/Speculative
Secondary: None selected

Member SIPC

# Business Services Account BSA®

Statement Period: October 2004

PZBA131409-X66
- 000002

**Account Number**
MCMILLAN/PIPER
202-585-4000/800-382-9889

**Your Financial Advisor**

## Earnings summary

Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.

|  | Current period | Year-to-date |
|---|---|---|
| **Taxable** | | |
| UBS Money fund dividends | $ 6.05 | $ 10.29 |
| **Total taxable security earnings** | $ 6.05 | $ 10.29 |
| **Total current year security earnings** | $ 6.05 | $ 10.29 |
| **Net security earnings** | $ 6.05 | $ 10.29 |

## Asset portfolio

When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustments" or "P/A" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.

### Equities

#### Common stock

| Total shares | Description | Price | Current value | Est. annual income | Trade date | Shares purchased | Average rate | Purchase price | Cost basis | Unrealized Gain/loss |
|---|---|---|---|---|---|---|---|---|---|---|
| 467,611 | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | .100 | 46,761.10 | | | 467,611.000 | | —This information was unavailable— | | |
| | **Total** | | $  46,761.10 | | | | | | | |

### Money funds and other sweep options

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend/ Interest period | Days in period |
|---|---|---|---|---|---|---|
| UMA MONEY MKT. PORTFOLIO | 5,938.96 | 5,945.01 | 1.00 | 1.19% | 09/24 - 10/24 | 31 |
| **Total** | $ 5,938.96 | $ 5,945.01 | | | | |

**Notice of Availability**
Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

# Business Services Account BSA®

**Statement Period:** October 2004

P2BA131410X56
- 000003E

**Account Number**
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

## Monthly activity

### Cash flow and security transactions
*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity/ Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|------|----------|-------------|---------------------|---------------|-------------|--------------------------------------|
| | | **Cash, Money fund and other sweep option balance** | | | | $ 5,938.96 |
| 09/30 | | | | | | |
| 10/25 | DIVIDEND | RMA MONEY MKT. PORTFOLIO AS OF 10/22/04 | | | 6.05 | $ 5,945.01 |
| 10/29 | | Closing cash, Money fund and other sweep option balance | | | | $ 5,945.01 |
| | | **Total Money fund and other sweep option balance** | | | | $ 5,945.01 |

### Money funds and other sweep options
*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | | Amount | Balance |
|------|----------|---|--------|---------|
| 09/30 | Opening RMA Money Mkt. Portfolio | | $ | 5,938.96 |
| 10/25 | BOUGHT         AS OF 10/22/04 | $ | 6.05 $ | 5,945.01 |
| 10/29 | Closing RMA Money Mkt. Portfolio | | $ | 5,945.01 |

# Business Services Account BSA®

PZBA132305-X2

- 000003S

**Account Number:** ████████

00019910

*November 2004*

Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-392-9989

1501 K STREET NW
SUITE 1100
WASHINGTON, DC 20005

PZBA132305-X256  -  1104 - WS - 0

MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON              VA  20186-8538

## This month at a glance

| | | Current period |
|---|---|---|
| Value on October 29 | $ | 52,706.11 |
| Value on November 30 | $ | 70,013.97 |
| Money fund and other sweep option balance in 11/30 value | $ | 5,951.27 |

## Activity highlights

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| Withdrawals | $ | .00 | $ | -5,934.73 |
| Securities transferred in (valued at time of transfer) | $ | .00 | $ | 236,453.28 |
| Net change from activity listed above | $ | .00 | $ | 230,518.55 |

## Portfolio summary

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| Opening value | $ | 52,706.11 | $ | .00 |
| Net change from Activity Highlights | | .00 | | 230,518.55 |
| Net security earnings | | 6.26 | | 16.55 |
| Change in value of investments | | 17,301.60 | | -160,521.13 |
| Value on November 30 | $ | 70,013.97 | $ | 70,013.97 |

## Asset summary

*Refer to the disclosure on the back of the first page for information on assets excluded from this summary.*

| | % of portfolio | Value |
|---|---|---|
| Equities | 91.50 | 64,062.70 |
| Money funds/sweep options | 8.50 | 5,951.27 |
| Net invested assets | 100.00 | 70,013.97 |
| Value on November 30 | | 70,013.97 |

### Bulletin Board

NEW: OUR ONLINE SERVICES NOW OFFERS MORE FEATURES, ENHANCED FUNCTIONALITY AND A NEW DESIGN. VISIT WWW.UBS.COM/ONLINESERVICES AND TAKE A TOUR.

RESOURCELINE 1-800-BSA-0140. ACCO█
VISIT OUR WEB SITE AT WWW.UBS.COM.

### Investment objectives

*The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.*

| | |
|---|---|
| Return objective: | Current income & capital appreciation |
| Risk profile: | Primary: Aggressive/Speculative |
| | Secondary: None selected |

Member SIPC

Novem█

# Business Services Account BSA ®

**Statement Period: November 2004**

PZBA132306-X266
- 000002

Account Number
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9889

## Earnings summary

Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| **Taxable** | | | | |
| UBS Money fund dividends | $ | 6.26 | $ | 16.55 |
| **Total taxable security earnings** | $ | 6.26 | $ | 16.55 |
| **Total current year security earnings** | $ | 6.26 | $ | 16.55 |
| **Net security earnings** | $ | 6.26 | $ | 16.55 |

## Asset portfolio

When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustments" or "PJA" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.

### Equities

#### Common stock

| Description | Price | Current value | Est. annual income | Trade date | Shares purchased | Average rate | Purchase price | Cost basis | Unrealized Gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | .137 | 64,062.70 | | | 467,611.000 | | ----This information was unavailable---- | | |
| 467,611 | | | | | | | | | |
| **Total** | | $ 64,062.70 | | | | | | | |

### Money funds and other sweep options

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend/ Interest period | Days in period |
|---|---|---|---|---|---|---|
| UBS RMA MONEY MKT. PORTFOLIO | 5,945.01 | 5,951.27 | 1.00 | 1.32% | 10/25 - 11/22 | 29 |
| **Total** | $ 5,945.01 | $ 5,951.27 | | | | |

**Notice of Availability**
Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

November

# Business Services Account BSA®

**Account Number**
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

**Statement Period:** November 2004

PZBA132307-X2
- 000003E

## Monthly activity

### Cash flow and security transactions
*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity/Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|------|----------|-------------|---------------------|---------------|-------------|----------------------------------------|
| | | **Cash, Money fund and other sweep option balance** | | | | |
| 10/29 | | Cash, Money fund and other sweep option balance | | | | $ 5,945.01 |
| 11/23 | DIVIDEND | RMA MONEY MKT. PORTFOLIO AS OF 11/22/04 | | | $ 6.26 | $ 5,951.27 |
| 11/30 | | Closing cash, Money fund and other sweep option balance | | | | $ 5,951.27 |
| | | **Total Money fund and other sweep option balance** | | | | $ 5,951.27 |

### Money funds and other sweep options
*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | | Amount | Balance |
|------|----------|---|--------|---------|
| 10/29 | **Opening RMA Money Mkt. Portfolio** | | | $ 5,945.01 |
| 11/23 | BOUGHT | | | $ 5,951.27 |
| | AS OF 11/22/04 | $ | 6.26 | |
| 11/30 | **Closing RMA Money Mkt. Portfolio** | | | $ 5,951.27 |

November

**UBS Financial Services Inc.**
1501 K STREET NW
SUITE 1100
WASHINGTON, DC 20005

PZBA135146-X6   -   1204 - WS - 0

**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

# Business Services Account BSA®

**Account Number**

PZBA135146-X6
- 000006S

MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON        VA 20186-8538

00017030

## 2004 Year-End Summary
### Important Tax-Planning Information

**Please keep this statement for use with your tax-reporting documents, e.g., 1099, 5498, etc.**

### Activity highlights

| | | Year-to-date |
|---|---|---|
| Withdrawals | $ | -5,934.73 |
| Securities transferred in (valued at time of transfer) | | 236,453.28 |
| **Net change from activity listed above** | **$** | **230,518.55** |

### Portfolio summary

| | | Year-to-date |
|---|---|---|
| Opening value | $ | .00 |
| Net change from Activity Highlights | | 230,518.55 |
| Net security earnings | | 120.68 |
| Change in value of Investments | | 67,312.91 |
| **Value on December 31** | **$** | **297,952.14** |

### Earnings summary

| | | Paid in 2004 |
|---|---|---|
| **Taxable** | | |
| UBS Money fund dividends | $ | 120.68 |
| **Total taxable security earnings** | **$** | **120.68** |
| Total current year security earnings | $ | 120.68 |
| **Net security earnings** | **$** | **120.68** |

**Important message:**
Clients with account balances or activity in
December should refer to the monthly
statement following the Year-End Summary.

Member SIPC

2004 Year-End Summary

# Business Services Account BSA®

**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

**Statement Period:** 2004 Year-End Summary

P2BA135147-X6

- 000002

## 2004 Realized gains and losses - continued

*Estimated 2004 gains and losses for transactions with trade dates through 12/31/04 have been incorporated into this statement. The oldest security lot is liquidated first to calculate gains/losses (first-in, first-out or FIFO accounting method) unless you specified which lot to close when you placed your order (a versus purchase or VSP order). An asterisk (*) indicates a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. This information is provided for informational purposes only and should not be relied upon for tax-filing purposes. Rely only on year-end tax forms when preparing your tax return. Gains/losses may not be adjusted for all capital changes. Cost basis for tax-exempt and AMT eligible coupon municipal securities has not been adjusted automatically for estimated amortization of bond premiums. Estimates in the "Unclassified" section can not be classified as short-term or long-term due to missing information or the product is one for which a gain/loss calculation is not provided.*

**Gains/Losses not calculated:**

| Security description | Method | Quantity/ Face value | Purchase date | Sale date | Sale amount | Purchase amount | Loss | Gain | Net gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| CO GLOBAL COMMUNICATIONS HOLDINGS | | 50,000,000 | | 12/14/04 $ | 52,930.95 | —This information was unavailable— | | | |
| | | 25,000,000 | | 12/13/04 | 19,244.28 | —This information was unavailable— | | | |
| TD DE CL A | | 75,000,000 | | 12/10/04 | 50,524.77 | —This information was unavailable— | | | |
| | | 135,000,000 | | 12/09/04 | 76,065.13 | —This information was unavailable— | | | |
| | | 25,000,000 | | 08/24/04 | 11,869.45 | —This information was unavailable— | | | |
| **Total** | | | | | $ 210,634.58 | | | | |

2004 Year-End Summary

# Business Services Account BSA®

Account Number: [redacted]

PZBA135146-X6
- 000003

**UBS Financial Services Inc.**
MCMILLAN/PIPER
1501 K STREET NW
SUITE 1100
WASHINGTON, DC 20005

Your Financial Advisor
202-585-4000/800-382-9889

MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON        VA  20186-8538

## December 2004

### This month at a glance

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| Value on November 30 | $ | 70,013.97 | $ | .00 |
| Value on December 31 | $ | 297,952.14 | $ | 297,952.14 |
| Money fund and other sweep option balance in 12/31 value | $ | 204,820.53 | | |

### Activity highlights

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| Withdrawals | $ | .00 | $ | -5,934.73 |
| Securities transferred in (valued at time of transfer) | | .00 | | 236,453.28 |
| Net change from activity listed above | $ | .00 | $ | 230,518.55 |

### Portfolio summary

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| Opening value | $ | 70,013.97 | $ | .00 |
| Net change from Activity Highlights | | .00 | | 230,518.55 |
| Net security earnings | | 104.13 | | 120.68 |
| Change in value of investments | | 227,834.04 | | 67,312.91 |
| Value on December 31 | $ | 297,952.14 | $ | 297,952.14 |

### Asset summary

Refer to the disclosure on the back of the first page for information on assets excluded from this summary.

| | % of portfolio | Value |
|---|---|---|
| Equities | 31.26 | 93,131.61 |
| Money funds/sweep options | 68.74 | 204,820.53 |
| **Net invested assets** | **100.00** | **297,952.14** |
| Value on December 31 | $ | 297,952.14 |

### Bulletin Board

PLEASE READ THE IMPORTANT INFORMATION
ENCLOSED WITH YOUR STATEMENT. IT INCLUDES
OUR MARKET OUTLOOK FOR 2005 AS WELL AS
INFORMATION ABOUT YOUR ACCOUNT(S).

RESOURCELINE 1-800-BSA-0140; ACCOUNT
VISIT OUR WEB SITE AT WWW.UBS.COM.

### Investment objectives

The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.

Return objective:   Current income & capital appreciation

Risk profile:    Primary:   Aggressive/Speculative
                 Secondary: None selected



Member SIPC

# Business Services Account BSA®

**Statement Period:** December 2004

P2BA135149-X6
- 000004

**Account Number:**
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

## Earnings summary

*Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.*

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| **Taxable** | | | | |
| UBS Money fund dividends | $ | 104.13 | $ | 120.68 |
| **Total taxable security earnings** | $ | 104.13 | $ | 120.68 |
| **Total current year security earnings** | $ | 104.13 | $ | 120.68 |
| **Net security earnings** | $ | 104.13 | $ | 120.68 |

## Asset portfolio

*When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustments" or "PJA" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.*

### Equities

#### Common stock

| Total shares | Description | Price | Current value | Est. annual income | Trade date | Shares purchased | Purchase price | Cost basis | Unrealized Gains/loss |
|---|---|---|---|---|---|---|---|---|---|
| 182,611 | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | .510 | 93,131.61 | | | 182,611.000 | —This information was unavailable— | | |
| | **Total** | | $ 93,131.61 | | | | | | |

### Money funds and other sweep options

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend/ interest period | Days in period |
|---|---|---|---|---|---|---|
| RMA MONEY MKT. PORTFOLIO | 5,951.27 | 204,820.53 | 1.00 | 1.56% | 11/23 - 12/26 | 34 |
| **Total** | $ 5,951.27 | $ 204,820.53 | | | | |

### Notice of Availability

*Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.*

December

# Business Services Account BSA®

Statement Period: December 2004

PZBA135150-X?
- 000005

Account Number
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

## Monthly activity

**Cash flow and security transactions**
Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.

| Date | Activity | Description | Quantity/ Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| | | **Cash, Money fund and other sweep option balance** | | | | $ 5,951.27 |
| 11/30 | | | | | | |
| 12/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 60 CENTS | 14,559.39 | |
| 12/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -20,000.000 | 55 CENTS | 10,651.74 | |
| 12/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 60 CENTS | 14,564.64 | |
| 12/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 61 CENTS | 14,810.89 | |
| 12/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 55 CENTS | 13,314.67 | |
| 12/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -10,000.000 | 55 CENTS | 5,325.87 | |
| 12/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | .585000 | 2,837.93 | 82,016.40 |
| 12/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 70 CENTS | 16,840.59 | |
| 12/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 70 CENTS | 16,842.09 | |
| 12/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 70 CENTS | 16,842.09 | 132,541.17 |
| 12/16 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 80 CENTS | 19,244.28 | 151,785.45 |
| 12/17 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 1.00 | 23,961.66 | |

Continued on page 4

# Business Services Account BSA®

**Account Number**
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

**Statement Period: December 2004**

P2BA1351S1-X6
- 000006E

## Cash flow and security transactions – continued
*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity/Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|------|----------|-------------|--------------------|--------------|-------------|--------------------------------------|
| 2/17 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -25,000.000 | 1.20 | 28,969.29 | 204,716.40 |
| 2/27 | DIVIDEND | RMA MONEY MKT. PORTFOLIO AS OF 12/23/04 | | | 104.13 | 204,820.53 |
| 12/31 | | Closing cash, Money fund and other sweep option balance | | | $ | $ 204,820.53 |
| | | **Total Money fund and other sweep option balance** | | | | $ 204,820.53 |

## Money funds and other sweep options
*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | Amount | Balance | | Date | Activity | Amount | Balance |
|------|----------|--------|---------|---|------|----------|--------|---------|
| 11/30 | **Opening RMA Money Mkt. Portfolio** | | **5,951.27** | | 12/27 | BOUGHT | 104.13 | 204,820.53 |
| 12/15 | BOUGHT | $ 76,065.13 | $ 82,016.40 | | 12/31 | **Closing RMA Money Mkt. Portfolio** | $ 204,820.53 | $ 204,820.53 |
| 12/16 | BOUGHT | 50,524.77 | 132,541.17 | | | | | |
| 12/17 | BOUGHT | 19,244.28 | 151,785.45 | | | | | |
| 12/20 | BOUGHT | 52,930.95 | 204,716.40 | | | | | |

Decer

# Business Services Account BSA®

PZBA1287O2-X35
- C0000035

**Account Number**

MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON            VA  20186-8538

00019641

## Bulletin Board

CONSIDER MAKING YOUR IRA CONTRIBUTION
TODAY. INDIVIDUALS CAN CONTRIBUTE $3,000
FOR 2004 AS WELL AS $4,000 FOR 2005.
SPEAK WITH YOUR FINANCIAL ADVISOR.
RESOURCELINE 1-800-BSA-0140; ACCOUN
VISIT OUR WEB SITE AT WWW.UBS.COM.

## Investment objectives

The following return objective and risk profile(s) describe overall goals for this
account. For each account held, you must provide one return objective, one primary
risk profile and, if applicable, a secondary risk profile. A full description of the
alternatives is included on the back of the first page. If you have questions
regarding these objectives, disagree with or wish to change them, please notify your
Financial Advisor or Branch Manager at your branch office, in writing or by telephone.

**Return objective:**  Current income & capital appreciation
**Risk profile:**  Primary: Aggressive/Speculative
Secondary: None selected

---

*January 2005*

........ .......... ...... inc.
1501 K STREET NW
SUITE 1100
WASHINGTON, DC 20005

**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

PZBA1287O2-X356  -  0105 - WS - 0

# This month at a glance

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| Value on December 31 | $ | 297,952.14 | $ | 297,952.14 |
| Money fund checks paid | $ | -42,500.00 | $ | -42,500.00 |
| Value on January 31 | $ | 264,860.86 | $ | 264,860.86 |
| Money fund and other sweep option balance in 01/31 value | $ | 162,598.70 | $ | 162,598.70 |

## Activity highlights

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| Opening value | $ | 297,952.14 | $ | 297,952.14 |
| Net change from Activity Highlights | | -42,500.00 | | -42,500.00 |
| Net security earnings | | 278.17 | | 278.17 |
| Change in value of investments | | 9,130.55 | | 9,130.55 |
| Value on January 31 | $ | 264,860.86 | $ | 264,860.86 |

## Portfolio summary

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| Net change from activity listed above | $ | -42,500.00 | $ | -42,500.00 |

## Asset summary

*Refer to the disclosure on the back of the first page for information on assets excluded from this summary.*

| | % of portfolio | | Value |
|---|---|---|---|
| Equities | 38.61 | | 102,262.16 |
| Money funds/sweep options | 61.39 | | 162,598.70 |
| Net invested assets | 100.00 | $ | 264,860.86 |
| Value on January 31 | | $ | 264,860.86 |

---

Page  1  of  3

January

ember SIPC

# Business Services Account BSA®

**Statement Period:** January 2005

P2BA128703-X35
- 000002

**Account Number:** ▬▬▬▬▬
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

## Earnings summary

*Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.*

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| **Taxable** | | | | |
| UBS Money fund dividends | $ | 228.88 | $ | 228.88 |
| **Total taxable security earnings** | $ | 228.88 | $ | 228.88 |
| **Total current year security earnings** | $ | 228.88 | $ | 228.88 |
| Prior year(s) adjustments | $ | 49.29 | $ | 49.29 |
| **Net security earnings** | $ | 278.17 | $ | 278.17 |

## Asset portfolio

*When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustments" or "P/A" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.*

### Equities

#### Common stock

| Total shares | Description | Price | Current value | Est. annual income | Trade date | Shares purchased | Purchase price | Cost basis | Unrealized Gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| 182,611 | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | .560 | 102,262.16 | | 182,611.000 | | — This information was unavailable — | | |
| | **Total** | | $ 102,262.16 | | | | | | |

## Money funds and other sweep options

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend/ interest period | Days in period |
|---|---|---|---|---|---|---|
| RMA MONEY MKT. PORTFOLIO | 204,820.53 | 162,598.70 | 1.00 | 1.72% | 12/27 - 01/24 | 29 |
| **Total** | $ 204,820.53 | $ 162,598.70 | | | | |

January 0▬

# Business Services Account BSA ®

Account Number
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9999

**Statement Period: January 2005**

PZBA1287/04-X35 - 000003E

## Notice of Availability

Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

## Monthly activity

### Cash flow and security transactions

Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.

| Date | Activity | Description | Quantity/Face value | Price/Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| | | **Cash, Money fund and other sweep option balance** | | | | $ 204,820.53 |
| 01/03 | DIVIDEND | RMA MONEY MKT. PORTFOLIO AS OF 12/31/04 | | | $ 49.29 | $ 204,869.82 |
| 01/19 | BSA CHECK | CHECK PAID 000101 | | | -7,500.00 | 197,369.82 |
| 01/25 | DIVIDEND | RMA MONEY MKT. PORTFOLIO AS OF 01/24/05 | | | 228.88 | 197,598.70 |
| 01/25 | BSA CHECK | CHECK PAID 000103 | | | -30,000.00 | 167,598.70 |
| 01/26 | BSA CHECK | CHECK PAID 000102 | | | -5,000.00 | 162,598.70 |
| 01/31 | | **Closing cash, Money fund and other sweep option balance** | | | | $ 162,598.70 |
| | | **Total Money fund and other sweep option balance** | | | | $ 162,598.70 |

### Money funds and other sweep options

Your RMA Money Mkt. Portfolio is your primary sweep fund.

| Date | Activity | Amount | Balance | | Date | Activity | Amount |
|---|---|---|---|---|---|---|---|
| 12/31 | Opening RMA Money Mkt. Portfolio | | $ 204,820.53 | | 01/31 | Closing RMA Money Mkt. Portfolio | $ 162,598.70 |
| 01/03 | BOUGHT AS OF 12/31/04 | $ 49.29 | 204,869.82 | | | | |
| 01/20 | SOLD AS OF 01/19/05 | -7,500.00 | 197,369.82 | | | | |
| 01/25 | BOUGHT AS OF 01/24/05 | 228.88 | 197,598.70 | | | | |
| 01/26 | SOLD AS OF 01/25/05 | -30,000.00 | 167,598.70 | | | | |
| 01/27 | SOLD AS OF 01/26/05 | -5,000.00 | 162,598.70 | | | | |

### Checking/bill payment summary

| Check number | Description | Date | Expense code | Amount |
|---|---|---|---|---|
| 00000101 | JOHN B MANN | 01/19 | | 7,500.00 |
| 00000102 | ROBERT PATTERSON | 01/26 | | 5,000.00 |
| 00000103 | JOHN B MANN | 01/25 | | 30,000.00 |
| | **Total checks paid** | | | $ 42,500.00 |

January ...

# Business Services Account BSA®

PZBA128881-X6
- 00000SS

**Account Number** ▮▮▮▮

ubs Financial Services Inc.
1501 K STREET NW
SUITE 1100
WASHINGTON, DC 20005

PZBA128881-X6  -  0205 - WS - 0

**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON        VA 20186-8538

## February 2005

## This month at a glance

| | | Current period | Year-to-date |
|---|---|---|---|
| Value on January 31 | $ | | 284,860.86 |
| Value on February 28 | $ | 492,423.67 | 492,423.67 |
| Money fund and other sweep option balance in 02/28 value | $ | | 353,821.12 |

## Activity highlights

| | | Current period | Year-to-date |
|---|---|---|---|
| Withdrawals | $ | -30,000.00 | -30,000.00 |
| Money fund checks paid | $ | .00 | -42,500.00 |
| **Net change from activity listed above** | $ | **-30,000.00** | **-72,500.00** |

## Portfolio summary

| | | Current period | Year-to-date |
|---|---|---|---|
| Opening value | $ | 264,860.86 | 297,962.14 |
| Net change from Activity Highlights | | -30,000.00 | -72,500.00 |
| Net security earnings | | 288.14 | 566.31 |
| Change in value of investments | | 257,274.67 | 266,405.22 |
| **Value on February 28** | $ | **492,423.67** | **492,423.67** |

## Asset summary

*Refer to the disclosure on the back of the first page for information on assets excluded from this summary.*

| | % of portfolio | Value |
|---|---|---|
| Equities | 28.15 | 138,602.55 |
| Money funds/sweep options | 71.85 | 353,821.12 |
| **Net invested assets** | **100.00** | **492,423.67** |
| **Value on February 28** | | $ **492,423.67** |

## Bulletin Board

IF YOU ARE AGE 50 OR OLDER, CONSIDER TAKING
ADVANTAGE OF THE $500 ANNUAL "CATCH-UP"
PROVISION WHEN MAKING IRA CONTRIBUTIONS FOR
2004 AND 2005. CALL YOUR FINANCIAL ADVISOR,
RESOURCELINE 1-800-BSA-0140: ACCO...
VISIT OUR WEB SITE AT WWW.UBS.COM.

## Investment objectives

*The following return objective and risk profile(s) describe overall goals for this
account. For each account held, you must provide one return objective, one primary
risk profile and, if applicable, a secondary risk profile. A full description of the
alternatives is included on the back of the first page. If you have questions
regarding these objectives, disagree with or wish to change them, please notify your
Financial Advisor or Branch Manager at your branch office, in writing or by telephone.*

**Return objective:**   Current income & capital appreciation
**Risk profile:**
                 Primary:   Aggressive/Speculative
                 Secondary: None selected

Member SIPC

February ...

00019891

# Business Services Account BSA ®

**Account Number:**
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

**Statement Period:** February 2005

P2BA128882-X6
- 000002

## Earnings summary

*Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.*

| | Current period | | Year-to-date |
|---|---|---|---|
| **Taxable** | | | |
| UBS Money fund dividends | $ | 288.14 | $ 517.02 |
| **Total taxable security earnings** | $ | 288.14 | $ 517.02 |
| **Total current year security earnings** | $ | 288.14 | 517.02 |
| Prior year(s) adjustments | | .00 | 49.29 |
| **Net security earnings** | $ | 288.14 | $ 566.31 |

## Asset portfolio

*When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustments" or "PIA" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.*

### Equities

#### Common stock

| Description | Price | Current value | Est. annual Income | Trade date | Shares purchased | Purchase price | Cost basis | Unrealized Gain/loss |
|---|---|---|---|---|---|---|---|---|
| ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | 2.050 | 138,602.55 | | | | | | |
| Total shares 67,611 | | | | | | ---This information was unavailable--- | | |
| **Total** | | $ 138,602.55 | | | | | | |

### Money funds and other sweep options

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend/interest period | Days in period |
|---|---|---|---|---|---|---|
| RMA MONEY MKT. PORTFOLIO | 162,598.70 | 353,821.12 | 1.00 | 1.84% | 01/25 - 02/21 | 28 |
| **Total** | $ 162,598.70 | $ 353,821.12 | | | | |

February

# Business Services Account BSA®

**Statement Period:** February 2005

**Account Number**
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

PZBA128883-X
- 000003

### Notice of availability

Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS Research in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

## Monthly activity

### Cash flow and security transactions

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity/ Face value | Price / Value | Cash amount | Cash & Total Money fund(sweep) balance |
|------|----------|-------------|---------------------|---------------|-------------|----------------------------------------|
| | | **Cash, Money fund and other sweep option balance** | | | | $ 162,598.70 |
| 01/31 | WITHDRAWAL | FEDERAL FUNDS | | | -30,000.00 | |
| 02/09 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.15 | 5,528.31 | |
| 02/09 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.15 | 5,534.31 | |
| 02/09 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.15 | 5,534.31 | |
| 02/09 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.15 | 5,534.31 | |
| 02/09 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.15 | 5,534.31 | 165,798.56 |
| 02/11 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -500.000 | 1.50 | 669.72 | 166,468.28 |
| 02/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.50 | 5,534.31 | |
| 02/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.55 | 7,191.50 | |
| 02/14 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.50 | 7,446.74 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.80 | 8,696.32 | 189,802.84 |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 1.95 | 9,383.42 | |

Continued on page 4

February

# Business Services Account BSA®

PZBA128884-X
- 000004

**Statement Period:** February 2005

**Account Number**
**Your Financial Advisor**
MCMILLAN/PIPER
202-586-4000/800-382-9989

## Cash flow and security transactions - continued
*Refer to the disclosure on the back of the first page regarding the PricelValue presented for restricted securities.*

| Date | Activity | Description | Quantity Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.10 | 10,138.65 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.30 | 11,138.62 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.45 | 11,888.59 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.51 | 12,188.58 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.62 | 12,738.56 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.64 | 12,838.56 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.70 | 13,138.55 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.73 | 13,290.46 | |
| 02/15 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.70 | 13,138.55 | 309,885.38 |
| 02/17 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.50 | 12,099.20 | |
| 02/17 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.27 | 10,954.62 | |
| 02/17 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -5,000.000 | 2.27 | 10,954.62 | |
| 02/17 | SOLD | ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A UNSOLICITED | -4,500.000 | 2.265555 | 9,839.16 | 353,532.98 |
| 02/22 | DIVIDEND | RMA MONEY MKT. PORTFOLIO AS OF 02/18/05 | | | 288.14 | 353,821.12 |

**Closing cash, Money fund and other sweep option balance**    $   353,821.12
**Total Money fund and other sweep option balance**    $   353,821.12

02/28    February

# Business Services Account BSA®

Account Number [REDACTED]
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9999

Statement Period: February 2005

PZBA128685-X
- 000005E

## Money funds and other sweep options
*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | | Amount | Balance |
|------|----------|---|--------|---------|
| 01/31 | **Opening RMA Money Mkt. Portfolio** | | | 162,598.70 |
| 02/10 | BOUGHT | $ | 3,199.86 | $ 165,798.56 |
| 02/14 | BOUGHT | $ | 669.72 | 166,468.28 |
| 02/15 | BOUGHT | | 23,334.56 | 189,802.84 |
| 02/16 | BOUGHT | | 119,882.54 | 309,685.38 |

| Date | Activity | | Amount | Balan |
|------|----------|---|--------|-------|
| 02/18 | BOUGHT | $ | 43,847.60 | $ 353,532.98 |
| 02/22 | BOUGHT | | 288.14 | 353,821.12 |
| 02/28 | **Closing RMA Money Mkt. Portfolio** | AS OF 02/18/05 | | $ 353,821.1 |

## Realized gains and losses
Estimated realized gains/losses are not for tax purposes. The oldest security lot is liquidated first to calculate gains/losses (first-in, first-out or FIFO accounting method) unless you specified which lot to close when you placed your ord
(a versus purchase or VSP order). An asterisk (*) indicates a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. Se
the back of the first page for additional information. Gains/losses may not be adjusted for all capital changes and are not calculated for zero coupon securities. Cost basis for tax-exempt and AMT eligible coupon municipal securities
had been adjusted automatically for estimated amortization of bond premiums. Estimates in the "Unclassified" section can not be classified as short-term or long-term due to missing information or the product is one which gain/loss
calculation is not provided.

**Gains/Losses not calculated:**

| Security description | Method | Quantity/ Face value | Purchase date | Sale date | Sale amount | Purchase amount | Loss | Gain | Net gain/loss |
|---------------------|--------|---------------------|---------------|-----------|-------------|-----------------|------|------|---------------|
| ICO GLOBAL | | 19,500.000 | 02/14/05 | | $ 43,847.60 | | —This information was unavailable— | | |
| COMMUNICATIONS HOLDINGS | | 50,000.000 | 02/10/05 | | 119,882.54 | | —This information was unavailable— | | |
| LTD DE CL A | | 15,000.000 | 02/09/05 | | 23,334.56 | | —This information was unavailable— | | |
| | | 500.000 | 02/08/05 | | 669.72 | | —This information was unavailable— | | |
| | | 30,000.000 | 02/04/05 | | 33,199.86 | | —This information was unavailable— | | |
| **Total** | | | | $ | 220,934.28 | | | | |

Februar