# Business Services Account BSA®

PZBA160588-X256
- 000004S

**Account Number**

UBS FINANCIAL SERVICES INC.
1000 HARBOR BOULEVARD
WEEHAWKEN, NJ 07086-6790

PZBA160588-X256 - 0306- WS - 0

**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9889

## March 2006

0020655 02 AT 0.545 131PZBA
MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON            VA 20186-8538



This graph provides values and/or percentages by asset class. Insurance products, 529 Plans, Private investments, accrued interest and pending return of principal are not included in the asset classification

|  |  | Total asset value | % of total |
|---|---|---|---|
| Cash and cash alternatives | $ | 2,634.13 | 1.22% |
| Equities |  | 212,502.15 | 98.78% |
| Fixed Income |  | .00 | 0.00% |
| Balanced |  | .00 | 0.00% |
| Alternative strategies |  | .00 | 0.00% |
| Other |  | .00 | 0.00% |
| **Total** | $ | **215,136.28** | **100.00%** |

**Bulletin Board**
CONSIDER MAKING YOUR IRA CONTRIBUTION
TODAY. INDIVIDUALS CAN CONTRIBUTE $4,000
FOR 2005 AND ANOTHER $4,000 FOR 2006.
SPEAK WITH YOUR FINANCIAL ADVISOR.
RESOURCELINE 1-800-BSA-0140; ACCOUNT #: 021047874
VISIT OUR WEB SITE AT WWW.UBS.COM.

(in $ Thousands)

| YE04 | YE05 | Jan06 | Feb06 | Mar06 |
|---|---|---|---|---|
| 298.0 | 238.1 | 206.1 | 220.4 | 215.1 |

$300
$150
$0

This graph includes credits, debits and changes in market value. It does not include Insurance products, 529 Plans, Private investments, accrued interest and pending return of principal.

Member SIPC

Page 1 of 4



# Business Services Account BSA®

Statement Period: March 2006

P2BA160589-X256
- 000002

**Account Number**
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9899

## ACCOUNT SUMMARY

| | Current Period | Year-to-date |
|---|---|---|
| Value on February 28 | $ 220,392.27 | $ 220,392.27 |
| Value on March 31 | $ 215,136.28 | $ 215,136.28 |
| Money fund and other sweep option balance in 03/31 value | $ 2,634.13 | $ 2,634.13 |
| **Net portfolio opening value** | $ 220,392.27 | $ 238,052.78 |
| Opening cash / money fund / sweep balance | $ 2,624.58 | $ 2,607.92 |
| **Credits to your account** | | |
| Net security earnings | 9.55 | 26.21 |
| Total credits | $ 9.55 | $ 26.21 |
| **Debits to your account** | | |
| Credit/debit net change | $ 9.55 | $ 26.21 |
| Closing cash / money fund / sweep balance | $ 2,634.13 | $ 2,634.13 |
| **Opening value of priced assets** | $ 217,767.69 | $ 235,444.86 |
| Change in value of investments | -5,265.54 | -22,942.71 |
| Net change in value of priced assets | $ -5,265.54 | $ -22,942.71 |
| Closing value of priced assets | $ 212,502.15 | $ 212,502.15 |
| **Net portfolio closing value as of March 31** | $ 215,136.28 | $ 215,136.28 |

## INVESTMENT OBJECTIVES

*The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.*

Return objective:    Current income & capital appreciation
Risk profile:    Primary:    Aggressive/Speculative
    Secondary: None selected

Account Number
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9889

# Business Services Account BSA®

Statement Period: March 2006

PZBA160500-X256
- 000003

## EARNINGS SUMMARY

earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| **Taxable** | | | | |
| UBS Money fund dividends | $ | 9.55 | $ | 23.81 |
| **Total taxable security earnings** | $ | 9.55 | $ | 23.81 |
| Total current year security earnings | $ | 9.55 | $ | 23.81 |
| Prior year(s) adjustments | $ | .00 | $ | 2.40 |
| **Net security earnings** | $ | 9.55 | $ | 26.21 |

## ASSET DETAIL

When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustment" or "PIA" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.

### Cash, money funds and other sweep options

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend period | Days in period |
|---|---|---|---|---|---|---|
| BMA MONEY MKT. PORTFOLIO | 2,624.58 | 2,634.13 | 1.00 | 4.02% | 02/22 - 03/26 | 33 |

### Common stock

| Description | Total shares | Price | Current value | Est annual income | Trade date | Shares purchased | Purchase price | Cost basis | Unrealized Gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | 37,611 | 5.650 | 212,502.15 | | | 37,611.000 | ---This information was unavailable--- | | |

# Business Services Account BSA®

**Account Number** [redacted]
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9889

**Statement Period:** March 2006

PZBA160591-X256
- 000004E

**Notice Regarding** [redacted]
Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

## Cash flow and security transactions

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity/Face value | Price/Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| 02/28 | | **Cash, Money fund and other sweep option balance** | | | | $ 2,624.58 |
| 03/27 | DIVIDEND | RMA MONEY MKT. PORTFOLIO AS OF 03/24/06 | | | 9.55 | $ 2,634.13 |
| 03/31 | | Closing cash, Money fund and other sweep option balance | | | | $ 2,634.13 |
| | | Total Money fund and other sweep option balance | | | | $ 2,634.13 |

## Money funds and other sweep options

*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | | Amount | | Balance |
|---|---|---|---|---|---|
| 02/28 | **Opening RMA Money Mkt. Portfolio** | | | $ | 2,624.58 |
| 03/27 | BOUGHT AS OF 03/24/06 | $ | 9.55 | $ | 2,634.13 |
| 03/31 | **Closing RMA Money Mkt. Portfolio** | | | $ | 2,634.13 |

# Business Services Account BSA®

PZBA165832-X16
- 00004S

Account Number

0021324 02 AT   0.545 133PZBA
MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON          VA 20186-8538

**Bulletin Board**
PLEASE SEE THE ENCLOSED
NEWSLETTER FOR INFORMATION
REGARDING OUR SECOND QUARTER
U.S. MARKET OUTLOOK
RESOURCELINE
VISIT OUR WEB SITE AT WWW.UBS.COM.

## April 2006

**UBS Financial Services Inc.**
1501 K STREET NW
SUITE 1100
WASHINGTON, DC 20005

PZBA165832-X16  -  0406- WS - 0

**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989



This graph provides values and/or percentages by asset class. Insurance products, 529 Plans, Private investments, accrued interest and pending return of principal are not included in the asset classification.

| | Total asset value | % of total |
|---|---|---|
| Cash | $ 2,642.62 | 1.26 % |
| Cash alternatives | .00 | 0.00 % |
| Equities | 206,860.50 | 98.74 % |
| Fixed income | .00 | 0.00 % |
| Balanced | .00 | 0.00 % |
| Alternative strategies | .00 | 0.00 % |
| Other | .00 | 0.00 % |
| **Total** | $ 209,503.12 | 100.00 % |

This graph includes credits, debits and changes in market value. It does not include insurance products, 529 Plans, Private investments, accrued interest and pending return of principal.

(in $ Thousands)

| $300 | $150 | $0 | YE04 | YE05 | 1Q06 | Apr06 |
|---|---|---|---|---|---|---|

298.0   238.1   215.1   209.5

Page   1 of   4

Member SIPC

# Business Services Account BSA®

**Statement Period:** April 2006

P2BA165833-X16
- 000002

Account number
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9889

## Historical account balance

| | Current Period | Year-to-date |
|---|---|---|
| Value on March 31 | $ 215,136.28 | |
| Value on April 28 | $ 209,503.12 | |
| Money fund and other sweep option balance in 04/28 value | $ 2,642.62 | |

## Account Summary

| | Current Period | Year-to-date |
|---|---|---|
| Net portfolio opening value | $ 215,136.28 | $ 238,052.78 |

## Activity

| | Current Period | Year-to-date |
|---|---|---|
| Opening cash / money fund / sweep balance | $ 2,634.13 | $ 2,607.92 |
| **Credits to your account** | | |
| Net security earnings | 8.49 | 34.70 |
| Total credits | $ 8.49 | $ 34.70 |
| **Debits to your account** | $ | $ |
| Credit/debit net change | $ 8.49 | $ 34.70 |
| Closing cash / money fund / sweep balance | $ 2,642.62 | $ 2,642.62 |
| Opening value of priced assets | $ 212,502.15 | $ 235,444.86 |
| Change in value of investments | $ -5,641.65 | $ -28,584.36 |
| Net change in value of priced assets | $ -5,641.65 | $ -28,584.36 |
| Closing value of priced assets | $ 206,860.50 | $ 206,860.50 |
| Net portfolio closing value as of April 28 | $ 209,503.12 | $ 209,503.12 |

## Investment objectives

The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.

**Return objective:**  Current income & capital appreciation
**Risk profile:**
Primary:  Aggressive/Speculative
Secondary: None selected

Case 1:05-cv-01186-RCL    Document 172-4    Filed 04/25/2008    Page 7 of 50

**Account Number** ██████████
**Your Financial Advisor**
MCMILLAN/PIPER
202-565-4000/800-382-9889

## Earnings summary

Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.

| Taxable | Current period | Year-to-date |
|---|---|---|
| UBS Money fund dividends | $ 8.49 | $ 32.30 |
| Total taxable security earnings | $ 8.49 | $ 32.30 |
| Total current year security earnings | $ 8.49 | $ 32.30 |
| for year(s) adjustments | $ .00 | $ 2.40 |
| Net security earnings | $ 8.49 | $ 34.70 |

## Account portfolio

When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustment" or "PJA" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.

## Cash and money funds

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend period | Days in period |
|---|---|---|---|---|---|---|
| UBS RMA MONEY MKT. PORTFOLIO | 2,634.13 | 2,642.62 | 1.00 | 4.20% | 03/27 - 04/23 | 28 |

## Common stock

Total shares 37,611

| Description | Price | Current value | Est. annual income | Trade date | Shares purchased | Purchase price | Cost basis | Unrealized Gain/loss |
|---|---|---|---|---|---|---|---|---|
| ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | 5.500 | 206,860.50 | | | 37,611.000 | ---This information was unavailable--- | | |

# Business Services Account BSA®

Statement Period: April 2006

PZBA165835-X16
- 00000ME

Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

NOTICE OF AVAILABILITY
Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

## Activity detail

### Cash flow and security transactions

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity/Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|------|----------|-------------|---------------------|---------------|-------------|----------------------------------------|
| | | **Cash, Money fund and other sweep option balance** | | | | $ 2,634.13 |
| 03/31 | DIVIDEND | RMA MONEY MKT. PORTFOLIO AS OF 04/21/06 | | 8.49 | $ 8.49 | $ 2,642.62 |
| 04/28 | | **Closing cash, Money fund and other sweep option balance** | | | | $ 2,642.62 |
| | | **Total Money fund and other sweep option balance** | | | $ | $ 2,642.62 |

### Money funds and other sweep options

*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | | Amount | Balance |
|------|----------|--|--------|---------|
| 03/31 | Opening RMA Money Mkt. Portfolio | | | $ 2,634.13 |
| 04/24 | BOUGHT | AS OF 04/21/06 | $ 8.49 | $ 2,642.62 |
| 04/28 | **Closing RMA Money Mkt. Portfolio** | | $ | $ 2,642.62 |

# Business Services Account BSA®

PZBA173887-X356
- 0000004S

**Account Number**

0022383 02 AT    0.545 142PZBA
MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON         VA 20186-8538

**Bulletin Board**
JUNE MARKS THE LARGEST MUNICIPAL REDEMPTION
MONTH OF THIS YEAR. IF YOUR PORTFOLIO
CONTAINS MUNICIPAL BONDS, ASK YOUR FINANCIAL
ADVISOR ABOUT A RE-INVESTMENT STRATEGY.
RESOURCELINE 1-
VISIT OUR WEB SITE AT WWW.UBS.COM.

## May 2006

PZBA173887-X356 -   0506 - WS - 0

1501 K STREET NW
SUITE 1100
WASHINGTON, DC 20005

**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9889

### Asset Allocation
This graph provides values and/or percentages by asset class. Insurance products, 529 Plans, Private investments, accrued interest and pending return of principal are not included in the asset classification

|  | Total asset value | % of total |
|---|---|---|
| Cash | $ 2,652.05 | 1.29% |
| Cash alternatives | .00 | 0.00% |
| Equities | 203,099.40 | 98.71% |
| Fixed Income | .00 | 0.00% |
| Balanced | .00 | 0.00% |
| Alternative strategies | .00 | 0.00% |
| Other | .00 | 0.00% |
| **Total** | $ 205,751.45 | 100.00% |

### Portfolio Comparison
This graph includes credits, debits and changes in market value. It does not include insurance products, 529 Plans, Private investments, accrued interest and pending return of principal.

(in $ Thousands)

| $300 | $150 | $0 |
|---|---|---|

| YE04 | YE05 | 1Q06 | Apr06 | May06 |
|---|---|---|---|---|
| 298.0 | 238.1 | 215.1 | 209.5 | 205.8 |

Member SIPC

Page    1 of    4

Account Number
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-8989

Statement Period: May 2006

PZBA173B8B×X356
- 000002

# Business Services Account BSA®

**Investment objective**

The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.

Return objective:   Current income & capital appreciation
Risk profile:
   Primary:   Aggressive/Speculative
   Secondary: None selected

**Account Summary**

| | Current Period | Year-to-date |
|---|---|---|
| **Assets Summary** | | |
| Value on April 28 | $ 209,503.12 | |
| Value on May 31 | $ 205,751.45 | |
| Money fund and other sweep option balance in 05/31 value | $ 2,652.05 | |
| **Net portfolio opening value** | $ 209,503.12 | $ 238,052.78 |
| **Cash Flow Activity** | | |
| Opening cash / money fund / sweep balance | $ 2,642.62 | $ 2,607.92 |
| **Credits to your account** | | |
| Net security earnings | 9.43 | 44.13 |
| Total credits | $ 9.43 | $ 44.13 |
| **Debits to your account** | | |
| Credit/debit net change | $ 9.43 | $ 44.13 |
| **Closing cash / money fund / sweep balance** | $ 2,652.05 | $ 2,652.05 |
| **Asset Activity** | | |
| Opening value of priced assets | $ 206,860.50 | $ 235,444.86 |
| Change in value of investments | -3,761.10 | -32,345.46 |
| Net change in value of priced assets | $ -3,761.10 | $ -32,345.46 |
| Closing value of priced assets | $ 203,099.40 | $ 203,099.40 |
| **Net portfolio closing value as of May 31** | $ 205,751.45 | $ 205,751.45 |

# Business Services Account BSA®

**Account Number**
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9689

**Statement Period:** May 2006

P2BA173889-X356
- 000003

## EARNINGS SUMMARY

Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.

| | Current period | Year-to-date |
|---|---|---|
| **Taxable** | | |
| UBS Money fund dividends | $          9.43 | $          41.73 |
| **Total taxable security earnings** | $          9.43 | $          41.73 |
| **Total current year security earnings** | $          9.43 | $          41.73 |
| for year(s) adjustments | .00 | 2.40 |
| **Net security earnings** | $          9.43 | $          44.13 |

## ASSET ALLOCATION

When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustment" or "P/A" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.

## Cash and money funds

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend period | Days in period |
|---|---|---|---|---|---|---|
| UBS RMA MONEY MKT. PORTFOLIO | 2,642.62 | 2,652.05 | 1.00 | 4.33% | 04/24 - 05/23 | 30 |

## Common stock

| Description | Total shares | Price | Current value | Est. annual income | Trade date | Shares purchased | Purchase price | Cost basis | Unrealized Gain/loss |
|---|---|---|---|---|---|---|---|---|---|
| ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | 37,611 | 5.400 | 203,099.40 | | | 37,611.000 | — This information was unavailable — | | |

# Business Services Account BSA®

**Statement Period:** May 2006

PZBA173890-X356
- 000004E

account number
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

Not for sale by UBS, but is available to customers.
Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

## Monthly Report

Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.

## Cash flow and security transactions

| Date | Activity | Description | Quantity/ Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| | | **Cash, Money fund and other sweep option balance** | | | | $    2,642.62 |
| 04/28 | | | | | | |
| 05/24 | DIVIDEND | RMA MONEY MKT. PORTFOLIO AS OF 05/23/06 | | | 9.43 | $    2,652.05 |
| 05/31 | | Closing cash, Money fund and other sweep option balance | | | | $    2,652.05 |
| | | **Total Money fund and other sweep option balance** | | | | $    2,652.05 |

## Money funds and other sweep options

*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | | Amount | Balance |
|---|---|---|---|---|
| 04/28 | Opening RMA Money Mkt. Portfolio | | | 2,642.62 |
| 05/24 | BOUGHT | AS OF 05/23/06 | $    9.43 | $    2,652.05 |
| 05/31 | Closing RMA Money Mkt. Portfolio | | $ | $    2,652.05 |

# Business Services Account BSA®

PZBA173612×X256
2085893 -000002

Account Number

UBS Financial Services Inc.
1501 K STREET NW
SUITE 1100
WASHINGTON, DC 20005

202-585-4000/800-382-9989

Your Financial Advisor
MCMILLAN/PIPER

PZBA173612×X256  -  0606 - WS - 0

MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON        VA 201.86-8538

## June 2006

### ASSET ALLOCATION

This graph provides values and/or percentages by asset class. Insurance products, 529 Plans, Private investments, accrued interest and pending return of principal are not included in the asset classification

|  | | Total asset value | % of total |
|---|---|---|---|
| ☐ | Cash | $ | 2,662.83 | 1.48 % |
| ▨ | Cash alternatives | | .00 | 0.00 % |
| ▥ | Equities | | 176,771.70 | 98.52% |
| ■ | Fixed Income | | .00 | 0.00 % |
| ■ | Balanced | | .00 | 0.00 % |
| ■ | Alternative strategies | | .00 | 0.00 % |
| ■ | Other | | .00 | 0.00 % |
| | Total | $ | 179,434.53 | 100.00% |

### ACCOUNT VALUE COMPARISON

This graph includes credits, debits and changes in market value. It does not include insurance products, 529 Plans, Private investments, accrued interest and pending return of principal.

(In $ Thousands)

| | $0 | $150 | $300 |
|---|---|---|---|
| YE04 | | | 298.0 |
| YE05 | | 238.1 | |
| 1Q06 | | 215.1 | |
| Apr06 | | 209.5 | |
| May06 | | 205.8 | |
| Jun06 | | 179.4 | |

## Account instructions

The account record was signed by your Financial Advisor and approved by a Principal of the Firm.

## Bulletin board

ACCESS THE BORROWING POWER OF YOUR PORTFOLIO. READ THE ENCLOSED NEWSLETTER FOR INFORMATION ON SECURITIES-BASED LENDING AS A POTENTIAL SOLUTION FOR YOUR LENDING NEEDS. RESOURCELINE 1-800-BSA-0140; ACCOUNT #: 021047874 VISIT OUR WEB SITE AT WWW.UBS.COM.

Member SIPC

# Business Services Account BSA®

PZBA173613-X256
2085893 - 000003

**Statement Period:** June 2006

account Number
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

## Disbursement program

| | | |
|---|---|---|
| Value on May 31 | $ | 205,751.45 |
| Value on June 30 | $ | 179,434.53 |
| Money fund and other sweep option balance in 06/30 value | $ | 2,662.83 |

## Account Summary

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| Net portfolio opening value | $ | 205,751.45 | $ | 238,052.78 |
| Opening cash / money fund / sweep balance | $ | 2,652.05 | $ | 2,607.92 |
| **Credits to your account** | | | | |
| Net security earnings | | 10.78 | | 54.91 |
| Total credits | $ | 10.78 | $ | 54.91 |
| **Debits to your account** | | | | |
| Credit/debit net change | $ | 10.78 | $ | 54.91 |
| Closing cash / money fund / sweep balance | $ | 2,662.83 | $ | 2,662.83 |
| Opening value of priced assets | $ | 203,099.40 | $ | 235,444.86 |
| Change in value of investments | | -26,327.70 | | -58,673.16 |
| Net change in value of priced assets | $ | -26,327.70 | $ | -58,673.16 |
| Closing value of priced assets | $ | 176,771.70 | $ | 176,771.70 |
| Net portfolio closing value as of June 30 | $ | 179,434.53 | $ | 179,434.53 |

## Investment objectives

*The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.*

**Return objective:** Current income & capital appreciation
**Risk profile:** Primary: Aggressive/Speculative
Secondary: None selected

# Business Services Account BSA®

Account number:                                     PZBA1T3614-X256
Your Financial Advisor                              2065893 - 000004
MCMILLAN/PIPER
202-585-4000/800-382-9989

Statement Period: June 2006

## Earnings summary

Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.

| | Current period | | Year-to-date | |
|---|---|---|---|---|
| **Taxable** | | | | |
| UBS Money fund dividends | $ | 10.78 | $ | 52.51 |
| **Total taxable security earnings** | $ | 10.78 | $ | 52.51 |
| **Total current year security earnings** | $ | 10.78 | $ | 52.51 |
| Prior year(s) adjustments | | .00 | | 2.40 |
| **Net security earnings** | $ | 10.78 | $ | 54.91 |

## Asset portfolio

*When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are us ess are not calculated zero coupon investments. "Pending adjustment" or "PJA" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.

## Cash and money funds

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend period | Days in period |
|---|---|---|---|---|---|---|
| RMA MONEY MKT. PORTFOLIO | 2,652.05 | 2,652.83 | 1.00 | 4.50% | 05/24 - 06/25 | 33 |

## Common stock

| Description | Total shares | Price | Current value | Est. annual income | Trade date | Purchase price | Cost basis | Unrealized gain/loss | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| IGO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | 37,611.000 | 4.700 | 176,771.70 | | | | | ---This information was unavailable--- | |

Business Services Account BSA®

Statement Period: June 2006

PZBA173615-X25

2085893-000005

Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-205-5700 to request that a copy of this research be sent to them.

## MONTHLY ACTIVITY

### Cash flow and security transactions

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity/ Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| 05/31 | | **Cash, Money fund and other sweep option balance** | | | | $ 2,652.05 |
| 08/26 | DIVIDEND | RMA MONEY MKT. PORTFOLIO AS OF 06/23/06 | | | 10.78 | $ 2,662.83 |
| 06/30 | | **Closing cash, Money fund and other sweep option balance** | | | | $ 2,662.83 |
| | | **Total Money fund and other sweep option balance** | | | | $ 2,662.83 |

### Money funds and other sweep options
*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | | Amount | Balance |
|---|---|---|---|---|
| 05/31 | **Opening RMA Money Mkt. Portfolio** | | $ | 2,652.05 |
| 06/26 | BOUGHT | | $ 10.78 | 2,662.83 |
| 06/30 | **Closing RMA Money Mkt. Portfolio** | AS OF 06/23/06 | $ | 2,662.83 |

# Business Services Account BSA®

Account Number: WS 47874 PM

PZBA161805-X6
- 000004S

July 2006

PZBA161805-X6 - 0706 - WS - 0

1501 K STREET NW
SUITE 1100
WASHINGTON, DC 20005

Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9889

0020074 02 AT    0.545 126PZBA
MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON        VA 20186-8538



|  |  | Total asset value | % of total |
|---|---|---|---|
| Cash | $ | 2,672.71 | 1.20 % |
| Cash alternatives |  | .00 | 0.00 % |
| Equities |  | 220,776.57 | 98.80 % |
| Fixed Income |  | .00 | 0.00 % |
| Balanced |  | .00 | 0.00 % |
| Alternative strategies |  | .00 | 0.00 % |
| Other |  | .00 | 0.00 % |
| Total | $ | 223,449.28 | 100.00 % |

This graph provides values and/or percentages by asset class. Insurance products, 529 Plans, Private investments, accrued interest and pending return of principal are not included in the asset classification.

PORTFOLIO HISTORY/ASSET VALUE

This graph includes credits, debits and changes in market value. It does not include insurance products, 529 Plans, Private investments, accrued interest and pending return of principal.

(In $ Thousands)

| | YE04 | YE05 | 1Q06 | 2Q06 | Ju06 |
|---|---|---|---|---|---|
| | 298.0 | 238.1 | 215.1 | 179.4 | 223.4 |

$300
$150
$0

Bulletin board
PLEASE SEE THE ENCLOSED
NEWSLETTER FOR INFORMATION
REGARDING OUR THIRD QUARTER
U.S. MARKET OUTLOOK
RESOURCELINE 1-800-BSA-0140: ACCOUNT #: 021047874
VISIT OUR WEB SITE AT WWW.UBS.COM.

Member SIPC

# Business Services Account BSA®

**Statement Period: July 2006**

PZBA161806-X6
- 000002

Account number
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

## Transaction Summary

| | |
|---|---|
| Value on June 30 | $ 179,434.53 |
| Value on July 31 | $ 223,449.28 |
| Money fund and other sweep option balance in 07/31 value | $ 2,672.71 |

## Account Summary

| | Current period | Year-to-date |
|---|---|---|
| Net portfolio opening value | $ 179,434.53 | $ 238,052.78 |
| Opening cash / money fund / sweep balance | $ 2,662.83 | $ 2,607.92 |
| Credits to your account | | |
| Net security earnings | 9.88 | 64.79 |
| Total credits | $ 9.88 | $ 64.79 |
| Debits to your account | | |
| Credit/debit net change | $ 9.88 | $ 64.79 |
| Closing cash / money fund / sweep balance | $ 2,672.71 | $ 2,672.71 |
| Opening value of priced assets | $ 176,771.70 | $ 235,444.86 |
| Change in value of investments | 44,004.87 | -14,668.29 |
| Net change in value of priced assets | $ 44,004.87 | $ -14,668.29 |
| Closing value of priced assets | $ 220,776.57 | $ 220,776.57 |
| Net portfolio closing value as of July 31 | $ 223,449.28 | $ 223,449.28 |

## Investment objectives

The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.

Return objective:   Current income & capital appreciation
Risk profile:        Primary:    Aggressive/Speculative
                     Secondary: None selected

# Business Services Account BSA®

**Statement Period: July 2006**

PZBA161607-X6
- 000003

Account Number
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

## Earnings summary

Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.

|  | Current period | Year-to-date |
|---|---|---|
| **Taxable** | | |
| UBS Money fund dividends | $ 9.88 | $ 62.39 |
| **Total taxable security earnings** | $ 9.88 | $ 62.39 |
| **Total current year security earnings** | $ 9.88 | $ 62.39 |
| Prior year(s) adjustments | .00 | 2.40 |
| **Net security earnings** | $ 9.88 | $ 64.79 |

## Asset portfolio

When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustment" or "PIA" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.

## Cash and money funds

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend period | Days in period |
|---|---|---|---|---|---|---|
| RMA MONEY MKT. PORTFOLIO | 2,662.83 | 2,672.71 | 1.00 | 4.66% | 06/26 - 07/24 | 29 |

## Common stock

| Description | Total shares | Price | Current value | Est. annual income | Trade date | Purchase price | Cost basis | Unrealized gain/loss | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| QR GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | 37,611.000 | 5.870 | 220,776.57 | | | | ---This information was unavailable--- | | |

Page  3  of  4

# Business Services Account BSA®

PZBA161808-X6
- 000004E

**Account Number**
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

**Statement Period:** July 2006

independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

## Cash flow and security transactions
Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.

| Date | Activity | Description | Quantity/ Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| | | **Cash, Money fund and other sweep option balance** | | | | |
| 06/30 | | RMA MONEY MKT. PORTFOLIO AS OF 07/24/06 | | | $ | 2,662.83 |
| 07/25 | DIVIDEND | | | | 9.88 | 2,672.71 |
| 07/31 | | Closing cash, Money fund and other sweep option balance | | | $ | 2,672.71 |
| | | **Total Money fund and other sweep option balance** | | | $ | 2,672.71 |

## Money funds and other sweep options
The RMA Money Mkt. Portfolio is your primary sweep fund.

| Date | Activity | | Amount | Balance |
|---|---|---|---|---|
| 06/30 | **Opening RMA Money Mkt. Portfolio** | | | $ 2,662.83 |
| 07/25 | BOUGHT | AS OF 07/24/06 | $ 9.88 | $ 2,672.71 |
| 07/31 | **Closing RMA Money Mkt. Portfolio** | | | $ 2,672.71 |

# Business Services Account BSA®

PZBA162748-X6
- 000004S

**Account Number**

0020219 02 AT     0.545  121PZBA
MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON                VA 20186-8538

PZBA162748-X6   -   0806 - WS - 0

1501 K STREET NW
SUITE 1100
WASHINGTON, DC 20005

202-585-4000/800-382-9989

**Your Financial Advisor**
MCMILLAN/PIPER

## August 2006



**ASSET ALLOCATION**

This graph provides values and/or percentages by asset class. Insurance products, 529 Plans, Private investments, accrued interest and pending return of principal are not included in the asset classification.

|  | | | Total asset value | % of total |
|---|---|---|---|---|
| ▨ | Cash | $ | 2,533.54 | 1.15 % |
| ▨ | Cash alternatives | | .00 | 0.00 % |
| ▨ | Equities | | 218,143.80 | 98.85 % |
| ▨ | Fixed income | | .00 | 0.00 % |
| ▨ | Balanced | | .00 | 0.00 % |
| ▨ | Alternative strategies | | .00 | 0.00 % |
| ■ | Other | | .00 | 0.00 % |
| | **Total** | $ | **220,677.34** | **100.00%** |

**TOTAL VALUE BY PERIOD**

This graph includes credits, debits and changes in market value. It does not include insurance products, 529 Plans, Private investments, accrued interest and pending return of principal.



(in $ Thousands)

$300
$150
$0

| YE04 | YE05 | 1Q06 | 2Q06 | Jul06 | Aug06 |
|---|---|---|---|---|---|
| 298.0 | 238.1 | 215.1 | 179.4 | 223.4 | 220.7 |

**Bulletin board**
CONSIDER A 529 PLAN FOR YOUR COLLEGE
SAVINGS STRATEGY. 529 PLANS OFFER
BENEFITS THAT MAY NOT BE AVAILABLE IN
OTHER EDUCATION SAVINGS PLANS.
RESOURCELINE 1-800
VISIT OUR WEB SITE AT WWW.UBS.COM.

Member SIPC

Page   1 of   4

# Business Services Account BSA®

Statement Period: August 2006

PZBA162749-X6
- 000002

Account number
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

## THIS PERIOD'S BALANCE

| | |
|---|---:|
| Value on July 31 | $ 223,449.28 |
| Value on August 31 | $ 220,677.34 |
| Money fund and other sweep option balance in 08/31 value | $ 2,533.54 |

## ACCOUNT SUMMARY

| | Current period | Year-to-date |
|---|---:|---:|
| Net portfolio opening value | $ 223,449.28 | $ 238,052.78 |

### PORTFOLIO

| | Current period | Year-to-date |
|---|---:|---:|
| Opening cash / money fund / sweep balance | $ 2,672.71 | $ 2,607.92 |
| **Credits to your account** | | |
| Net security earnings | 10.83 | 75.62 |
| Total credits | $ 10.83 | $ 75.62 |
| **Debits to your account** | | |
| BSA fee | -150.00 | -150.00 |
| Total debits | $ -150.00 | $ -150.00 |
| Credit/debit net change | $ -139.17 | $ -74.38 |
| Closing cash / money fund / sweep balance | $ 2,533.54 | $ 2,533.54 |

### PRICED ASSETS

| | Current period | Year-to-date |
|---|---:|---:|
| Opening value of priced assets | $ 220,776.57 | $ 235,444.86 |
| Change in value of investments | -2,632.77 | -17,301.06 |
| Net change in value of priced assets | $ -2,632.77 | $ -17,301.06 |
| Closing value of priced assets | $ 218,143.80 | $ 218,143.80 |

| | | |
|---|---:|---:|
| Net portfolio closing value as of August 31 | $ 220,677.34 | $ 220,677.34 |

## INVESTMENT OBJECTIVES

The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone

Return objective:   Current income & capital appreciation
Risk profile:   Primary:   Aggressive/Speculative
Secondary: None selected

# Business Services Account BSA®

Statement Period: August 2006

PZBA162750-X6
- 000003

Account Number
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

## Earnings Summary

Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.

| | Current period | Year-to-date |
|---|---|---|
| **Taxable** | | |
| UBS Money fund dividends | $ 10.83 | $ 73.22 |
| **Total taxable security earnings** | $ 10.83 | $ 73.22 |
| **Total current year security earnings** | $ 10.83 | $ 73.22 |
| Prior year(s) adjustments | .00 | 2.40 |
| **Net security earnings** | $ 10.83 | $ 75.62 |

## Cash and money funds

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend period | Days in period |
|---|---|---|---|---|---|---|
| RMA MONEY MKT. PORTFOLIO | 2,672.71 | 2,533.54 | 1.00 | 4.75% | 07/25 - 08/24 | 31 |

## Common stock

| Description | Total shares | Price | Current value | Est. annual income | Trade date | Purchase price | Cost basis | Unrealized gain/loss | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| CO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | 37,611.000 | 5.800 | 218,143.80 | | | | ---This information was unavailable--- | | |

When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustment" or "P/A" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.

# Business Services Account BSA®

**Statement Period:** August 2006

Account Number
Your Financial Advisor
MCMILLAN/PIPER
202-586-4000/800-382-9989

PZBA162751-X6
- 000004E

**Notice of Availability**
Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

## Cash flow and security transactions

*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Description | Quantity/ Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|
| | **Cash, Money fund and other sweep option balance** | | | | **$ 2,672.71** |
| 07/31 | DIVIDEND RMA MONEY MKT. PORTFOLIO AS OF 08/24/06 | | | 10.83 | 2,683.54 |
| 08/25 | BUSINESS SVC ACCOUNT FEE | | | -150.00 | 2,533.54 |
| 08/28 | **Closing cash, Money fund and other sweep option balance** | | | | **$ 2,533.54** |
| 08/31 | **Total Money fund and other sweep option balance** | | | | **$ 2,533.54** |

## Money funds and other sweep options
*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | Amount | Balance |
|---|---|---|---|
| 07/31 | **Opening RMA Money Mkt. Portfolio** AS OF 08/24/06 | | **$ 2,672.71** |
| 08/25 | BOUGHT AS OF 08/28/06 | $ 10.83 | 2,683.54 |
| 08/29 | SOLD | -150.00 | 2,533.54 |
| 08/31 | **Closing RMA Money Mkt. Portfolio** | | **$ 2,533.54** |

# Business Services Account BSA®

PZBA143827-X246
- 000004S

**Account Number**

0017385 02 AY   0.545 101PZBA
MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON              VA 20186-8538

**Account Instructions**
Your account is currently coded for margin.

**Bulletin board**
CONSIDER ENROLLING IN UBS ONLINE SERVICES.
FEATURING ACCOUNT INFORMATION, INVESTMENT
RESEARCH AND MORE. VISIT WWW.UBS.COM/
ONLINESERVICES AND TAKE A TOUR.
RESOURCELINE
VISIT OUR WEB SITE AT WWW.UBS.COM.

---

**September 2006**

PZBA143827-X246 - 0906 - WS - 0

UBS FINANCIAL SERVICES INC.
1000 HARBOR BOULEVARD
WEEHAWKEN, NJ 07086-6790

**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

## ASSET ALLOCATION

This graph provides values and/or percentages by asset class. Insurance products, 529 Plans, Private investments, accrued interest and pending return of principal are not included in the asset classification

| | | Total asset value | % of total |
|---|---|---|---|
| ■ | Cash | $  2,543.84 | 1.14 % |
| ▨ | Cash alternatives | .00 | 0.00 % |
| ■ | Equities | 220,024.35 | 98.86 % |
| ■ | Fixed income | .00 | 0.00 % |
| ■ | Balanced | .00 | 0.00 % |
| ■ | Alternative strategies | .00 | 0.00 % |
| ■ | Other | .00 | 0.00 % |
| | **Total** | $ **222,568.19** | **100.00 %** |

## TOTAL ASSET VALUE

This graph includes credits, debits and changes in market value. It does not include Insurance products, 529 Plans, Private investments, accrued interest and pending return of principal.

(in $ Thousands)

| | YE04 | YE05 | 1Q06 | 2Q06 | Jul06 | Aug06 | Sep06 |
|---|---|---|---|---|---|---|---|
| | 298.0 | 238.1 | 215.1 | 179.4 | 233.4 | 220.7 | 222.6 |

$300
$150
$0

Member SIPC

# Business Services Account BSA®

Account number
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

**Statement Period:** September 2006

PZBA143828-X24
-000002

## THIS MONTH AT A GLANCE

| | |
|---|---:|
| Value on August 31 | $ 220,677.34 |
| Value on September 29 | $ 222,568.19 |
| Money fund and other sweep option balance in 09/29 value | $ 2,543.84 |

## ACCOUNT SUMMARY

| | Current period | | Year-to-date |
|---|---:|---|---:|
| Net portfolio opening value | $ 220,677.34 | $ | 238,052.78 |
| Opening cash / money fund / sweep balance | $ 2,533.54 | $ | 2,607.92 |
| **Credits to your account** | | | |
| Net security earnings | 10.30 | | 85.92 |
| Total credits | $ 10.30 | $ | 85.92 |
| **Debits to your account** | | | |
| BSA fee | .00 | | -150.00 |
| Total debits | $ .00 | $ | -150.00 |
| Credit/debit net change | $ 10.30 | $ | -64.08 |
| Closing cash / money fund / sweep balance | $ 2,543.84 | $ | 2,543.84 |
| **PORTFOLIO VALUE** | | | |
| Opening value of priced assets | $ 218,143.80 | $ | 235,444.86 |
| Change in value of investments | 1,880.55 | | -15,420.51 |
| Net change in value of priced assets | $ 1,880.55 | $ | -15,420.51 |
| Closing value of priced assets | $ 220,024.35 | $ | 220,024.35 |
| Net portfolio closing value as of September 29 | $ 222,568.19 | $ | 222,568.19 |

## INVESTMENT OBJECTIVES

The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.

**Return objective:** Current income & capital appreciation
**Risk profile:** Primary: Aggressive/Speculative
Secondary: None selected

Septe

# Business Services Account BSA®

**Statement Period:** September 2006

PZBA143829-X24I
- 000003

Account Number
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

## Earnings summary

*Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.*

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| **Taxable** | | | | |
| UBS Money fund dividends | $ | 10.30 | $ | 83.52 |
| **Total taxable security earnings** | $ | 10.30 | $ | 83.52 |
| **Total current year security earnings** | $ | 10.30 | $ | 83.52 |
| Prior year(s) adjustments | | .00 | | 2.40 |
| **Net security earnings** | $ | 10.30 | $ | 85.92 |

## Asset portfolio

*When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services for zero coupon investments. "Pending adjustment" or "PjA" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.*

### Cash and money funds

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend period | Days in period |
|---|---|---|---|---|---|---|
| RMA MONEY MKT. PORTFOLIO | 2,533.54 | 2,543.84 | 1.00 | 4.77% | 08/25 - 09/24 | 31 |

### Equities

### Common stock

| Description | Total shares | Price | Current value | Est. annual income | Trade date | Purchase price | Cost basis | Unrealized gain/loss | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | 37,611.000 | 5.850 | 220,024.35 | | | | | ----This information was unavailable---- | |

MCMILLAN/PIPER
202-585-4000/800-382-9989

**Statement Period:** September 2006

PZBA143830-
- 000004

## Monthly Review

### Notice of Availability
Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

### Cash flow and security transactions
*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity/<br>Face Value | Price / Value | Cash<br>amount | Cash & Total Money<br>fund/sweep balance |
|------|----------|-------------|------------|---------------|------|------|
| 08/31 | | Cash, Money fund and other sweep option balance | | | | $ 2,533.54 |
| 09/25 | DIVIDEND | RMA MONEY MKT. PORTFOLIO AS OF 09/22/06 | | | 10.30 | 2,543.84 |
| 09/29 | | Closing cash, Money fund and other sweep option balance | | | $ | 2,543.84 |
| | | **Total Money fund and other sweep option balance** | | | $ | 2,543.84 |

### Money funds and other sweep options
*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | | Amount | Balance |
|------|----------|--|--------|---------|
| 08/31 | **Opening RMA Money Mkt. Portfolio** | | | $ 2,533.54 |
| 09/25 | BOUGHT   AS OF 09/22/06 | $ | 10.30 | $ 2,543.84 |
| 09/29 | **Closing RMA Money Mkt. Portfolio** | | | $ 2,543.84 |

# Business Services Account BSA®

PZBA1676T2-X6
- 000004S

**Account Number** [redacted]

```
0020621 02 AT   0.545 123P2BA
MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON           VA 20186-8538
```

**Bulletin board**

TIME TO START YEAR-END PLANNING. TALK TO
YOUR FINANCIAL ADVISOR ABOUT REVIEWING
YOUR INVESTMENT STRATEGIES AS WELL AS
AVAILABLE OPTIONS AND OPPORTUNITIES.
RESOURCELINE [redacted]
VISIT OUR WEB SITE AT WWW.UBS.COM.

**YOUR FINANCIAL ADVISOR**
MCMILLAN/PIPER
202-585-4000/800-382-9989

1501 K STREET NW
SUITE 1100
WASHINGTON, DC 20005

PZBA1676T2-X6  -  1006 - WS - 0

## October 2006

### ASSET ALLOCATION

This graph provides values and/or percentages by asset class. Insurance products, 529 Plans, Private Investments, accrued interest and pending return of principal are not included in the asset classification.



|  | | Total asset value | % of total |
|---|---|---|---|
| ☐ | Cash | $ 2,553.78 | 1.20 % |
| ▨ | Cash alternatives | .00 | 0.00 % |
| ■ | Equities | 210,621.60 | 98.80 % |
| ■ | Fixed income | .00 | 0.00 % |
| ■ | Balanced | .00 | 0.00 % |
| ■ | Alternative strategies | .00 | 0.00 % |
| ■ | Other | .00 | 0.00 % |
| | **Total** | $ **213,175.38** | **100.00 %** |

### ACCOUNT VALUE OVER TIME

This graph includes credits, debits and changes in market value. It does not include insurance products, 529 Plans, Private investments, accrued interest and pending return of principal.

**(in $ Thousands)**

| | YE04 | YE05 | 1Q06 | 2Q06 | 3Q06 | Oct06 |
|---|---|---|---|---|---|---|
| | 298.0 | 238.1 | 215.1 | 179.4 | 222.6 | 213.2 |

$300
$150
$0

Member SIPC

Page   1 of   4

# Business Services Account BSA®

Statement Period: October 2006

P2BA167673-X6
- 000002

account Number
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

## Investment Objectives

The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.

Return objective:    Current income & capital appreciation
Risk profile:    Primary:    Aggressive/Speculative
         Secondary: None selected

## Financial at a Glance

| | |
|---|---:|
| Value on September 29 | $ 222,568.19 |
| Value on October 31 | $ 213,175.38 |
| Money fund and other sweep option balance in 10/31 value | $ 2,553.78 |

## Account Summary

| | Current period | Year-to-date |
|---|---:|---:|
| Net portfolio opening value | $ 222,568.19 | $ 238,052.78 |
| **Credits to your account** | | |
| Opening cash / money fund / sweep balance | $ 2,543.84 | $ 2,607.92 |
| Net security earnings | 9.94 | 95.86 |
| Total credits | $ 9.94 | |
| **Debits to your account** | | |
| BSA fee | .00 | -150.00 |
| Total debits | $ .00 | |
| Credit/debit net change | $ 9.94 | -54.14 |
| Closing cash / money fund / sweep balance | $ 2,553.78 | $ 2,553.78 |

## Portfolio Review

| | Current period | Year-to-date |
|---|---:|---:|
| Opening value of priced assets | $ 220,024.35 | $ 235,444.86 |
| Change in value of investments | -9,402.75 | -24,823.26 |
| Net change in value of priced assets | $ -9,402.75 | -24,823.26 |
| Closing value of priced assets | $ 210,621.60 | 210,621.60 |
| Net portfolio closing value as of October 31 | $ 213,175.38 | 213,175.38 |

MCMILLAN/PIPER
202-585-4000/800-382-9989

Statement Period: October 2006

PZBA16767A.,
-000003

## Earnings Summary

Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| **Taxable** | | | | |
| UBS Money fund dividends | $ | 9.94 | $ | 93.46 |
| **Total taxable security earnings** | $ | 9.94 | $ | 93.46 |
| **Total current year security earnings** | $ | 9.94 | $ | 93.46 |
| Prior year(s) adjustments | | .00 | | 2.40 |
| **Net security earnings** | $ | 9.94 | $ | 95.86 |

## Cash and money funds

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend period | Days in period |
|---|---|---|---|---|---|---|
| RMA MONEY MKT. PORTFOLIO | 2,543.84 | 2,553.78 | 1.00 | 4.76% | 09/25 - 10/24 | 30 |

## ASSET PORTFOLIO

When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustment" or "P/A" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.

## Equity

## Common stock

| Description | Total shares | Price | Current value | Est. annual income | Trade date | Purchase price | Cost basis | Unrealized gain/loss | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | 37,611.000 | 5.600 | 210,621.60 | | | | —This information was unavailable— | | |

Symbol: ICOG Exchange: OTC

Page   3 of   4

# Business Services Account BSA®

**Statement Period:** October 2006

PZBA167675-X6
- 000004E

**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can
call 1-877-208-5700 to request that a copy of this research be sent to them.

## Monthly activity

### Cash flow and security transactions
*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity/ Face Value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|------|----------|-------------|------------------------|----------------|--------------|----------------------------------------|
| 09/29 | | **Cash, Money fund and other sweep option balance** | | | | $ 2,543.84 |
| 10/25 | DIVIDEND | RMA MONEY MKT. PORTFOLIO AS OF 10/24/06 | | | 9.94 | |
| 10/31 | | **Closing cash, Money fund and other sweep option balance** | | | $ | $ 2,553.78 |
| | | **Total Money fund and other sweep option balance** | | | $ | $ 2,553.78 |

### Money funds and other sweep options
*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | | Amount | Balance |
|------|----------|---|--------|---------|
| 09/29 | Opening RMA Money Mkt. Portfolio | | | $ 2,543.84 |
| 10/25 | AS OF 10/24/06 | | $ 9.94 | $ 2,553.78 |
| 10/31 | BOUGHT Closing RMA Money Mkt. Portfolio | $ | | $ 2,553.78 |

# Business Services Account BSA®

PZBA166805-X56
- 000004S

**Account Number**

0020715 02 AT    0.545  124PZBA
MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON              VA 20186-8538

**Bulletin board**

DUE TO 12/31 FALLING ON A SUNDAY, 2006 YEAR-
END DEADLINES FOR ALL ACCOUNTS MUST BE MET
BY FRIDAY, 12/29. GIFTING SECURITIES REQUESTS
MUST BE MADE BY 12/15 FOR 12/31 PROCESSING.
RESOURCELINE 1-8
VISIT OUR WEB SITE AT WWW.UBS.COM.

---

Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9889

PZBA166805-X56  -  1106 - WS - 0

## November 2006

### Asset allocation

This graph provides values and/or percentages by asset class. Insurance products, 529 Plans, Private investments, accrued interest and pending return of principal are not included in the asset classification.

|  | Total asset value | % of total |
|---|---|---|
| ☐ Cash | $ 2,563.73 | 1.36 % |
| ☒ Cash alternatives | .00 | 0.00 % |
| ▨ Equities | 186,174.45 | 98.64 % |
| ▦ Fixed income | .00 | 0.00 % |
| ▩ Balanced | .00 | 0.00 % |
| ■ Alternative strategies | .00 | 0.00 % |
| ■ Other | .00 | 0.00 % |
| **Total** | $ 188,738.18 | 100.00 % |

### Portfolio value comparison

This graph includes credits, debits and changes in market value. It does not include insurance products, 529 Plans, Private investments, accrued interest and pending return of principal.

(in $ Thousands)

| | YE04 | YE05 | 1Q06 | 2Q06 | 3Q06 | Oct06 | Nov06 |
|---|---|---|---|---|---|---|---|
| $300 | 298.0 | | | | | | |
| $150 | | 238.1 | 215.1 | 179.4 | 222.6 | 213.2 | 188.7 |
| $0 | | | | | | | |

1501 K STREET NW
SUITE 1100
WASHINGTON, DC 20005

Page    1 of    4

Member SIPC

# Business Services Account BSA®

**Statement Period:** November 2006

PZBA166806-X56
- 000002

Account Number
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

## ACCOUNT SUMMARY

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| **PORTFOLIO BALANCE** | | | | |
| Value on October 31 | $ | 213,175.38 | $ | 213,175.38 |
| Value on November 30 | $ | 188,738.18 | $ | 188,738.18 |
| Money fund and other sweep option balance in 11/30 value | $ | 2,563.73 | $ | 2,563.73 |

| **ACCOUNT SUMMARY** | | | | |
|---|---|---|---|---|
| Net portfolio opening value | $ | 213,175.38 | $ | 238,052.78 |
| **CASH FLOW** | | | | |
| Opening cash / money fund / sweep balance | $ | 2,553.78 | $ | 2,607.92 |
| Credits to your account | | | | |
| Net security earnings | | 9.95 | | 105.81 |
| Total credits | $ | 9.95 | $ | 105.81 |
| Debits to your account | | | | |
| FSA fee | | .00 | | -150.00 |
| Total debits | $ | .00 | $ | -150.00 |
| Credit/debit net change | $ | 9.95 | $ | -44.19 |
| Closing cash / money fund / sweep balance | $ | 2,563.73 | $ | 2,563.73 |
| **PORTFOLIO VALUE** | | | | |
| Opening value of priced assets | $ | 210,621.60 | $ | 235,444.86 |
| Change in value of investments | | -24,447.15 | | -49,270.41 |
| Net change in value of priced assets | $ | -24,447.15 | $ | -49,270.41 |
| Closing value of priced assets | $ | 186,174.45 | $ | 186,174.45 |
| Net portfolio closing value as of November 30 | $ | 188,738.18 | $ | 188,738.18 |

## INVESTMENT OBJECTIVES

The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.

**Return objective:**   Current income & capital appreciation
**Risk profile:**
    Primary:   Aggressive/Speculative
    Secondary: None selected

# Business Services Account BSA®

**Statement Period:** November 2006

PZBA166807-X56
- 000003

Account Number
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9889

## Earnings summary

The earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| **Taxable** | | | | |
| UBS Money fund dividends | $ | 9.95 | $ | 103.41 |
| **Total taxable security earnings** | $ | 9.95 | $ | 103.41 |
| **Total current year security earnings** | $ | 9.95 | $ | 103.41 |
| Prior year(s) adjustments | | .00 | | 2.40 |
| **Net security earnings** | $ | 9.95 | $ | 105.81 |

## Asset portfolio

When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjusted to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustment" or "P/A" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.

## Cash and money funds

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend period | Days in period |
|---|---|---|---|---|---|---|
| RMA MONEY MKT. PORTFOLIO | 2,553.78 | 2,563.73 | 1.00 | 4.75% | 10/25 - 11/23 | 30 |

## Common stock

| Description | Total shares | Price | Current value | Est. annual income | Trade date | Purchase price | Cost basis | Unrealized gain/loss | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A Symbol: ICOG Exchange: OTC | 37,611.000 | 4.950 | 186,174.45 | | | | —This information was unavailable— | | |

# Business Services Account BSA®

Statement Period: November 2006

PZBA166808-X56
- 00000ME

Account Number
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

## Cash flow and security transactions

*Refer to the disclosures on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity/Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| 10/31 | | **Cash, Money fund and other sweep option balance** | | | | $ 2,553.78 |
| 11/24 | DIVIDEND | RMA MONEY MKT. PORTFOLIO AS OF 11/22/06 | | | 9.95 | 2,563.73 |
| 11/30 | | **Closing cash, Money fund and other sweep option balance** | | | $ | 2,563.73 |
| | | **Total Money fund and other sweep option balance** | | | $ | 2,563.73 |

## Money funds and other sweep options
*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | | Amount | Balance |
|---|---|---|---|---|
| 10/31 | Opening RMA Money Mkt. Portfolio | | | 2,553.78 |
| 11/24 | BOUGHT AS OF 11/22/06 | $ | 9.95 | 2,563.73 |
| 11/30 | **Closing RMA Money Mkt. Portfolio** | $ | | $ 2,563.73 |

# Business Services Account BSA®

PZBA122744-X1256
- 0000006S

**Account Number**

0015231 02 AT  0.545  089PZBA
MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON          VA 20186-8538

**Important message:**
Clients with account balances or activity in
December should refer to the monthly
statement following the Year-End Summary.

---

**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

... Financial Services Inc.
1501 K STREET NW
SUITE 1100
WASHINGTON, DC 20005

PZBA122744-X1256 - 1206 - WS - 0

## 2006 Year-End Summary
### Important Tax-Planning Information

Please keep this statement for use with your tax-reporting documents, e.g., 1099, 5498, etc.

| Account Summary | | Year-to-date |
|---|---|---|
| **Net portfolio opening value** | $ | 238,052.78 |
| **ASSETS (000)** | | |
| **Opening cash / money fund / sweep balance** | $ | 2,607.92 |
| **Credits to your account** | | |
| Net security earnings | $ | 115.14 |
| Total credits | | 115.14 |
| **Debits to your account** | | |
| BSA fee | $ | -150.00 |
| Total debits | | -150.00 |
| Credit/debit net change | $ | -34.86 |
| **Closing cash / money fund / sweep balance** | $ | 2,573.06 |
| **PORTFOLIO (000)** | | |
| **Opening value of priced assets** | $ | 235,444.86 |
| Change in value of investments | | -63,562.59 |
| Net change in value of priced assets | | -63,562.59 |
| **Closing value of priced assets** | $ | 171,882.27 |
| **Net portfolio closing value as of December 29** | $ | 174,455.33 |

Member SIPC

Page  1 of  2

2006 Year-End Summary

# Business Services Account BSA®

Statement Period: 2006 Year-End Summary

PZBA122745-X1256
- 000002

**Account Number**
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

## Earnings Summary

| | | Paid in 2006 |
|---|---|---|
| **Taxable** | | |
| UBS Money fund dividends | $ | 112.74 |
| **Total taxable security earnings** | $ | 112.74 |
| **Total current year security earnings** | $ | 112.74 |
| Prior year(s) adjustments | $ | 2.40 |
| **Net security earnings** | $ | 115.14 |

Page 2 of 2

2006 Yea

# Business Services Account BSA®

PZBA122746-X1256
- 000003

**Account Number**

UBS Financial Services Inc.
1501 K STREET NW
SUITE 1100
WASHINGTON, DC 20005

**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

0015231  02  AT    0.545  089PZBA
MANN  TECHNOLOGIES  LLC
9330  HARTS  MILL  RD
WARRENTON        VA  20186-8538

## December 2006

ASSET ALLOCATION

This graph provides values and/or percentages by asset class. Insurance products, 529 Plans, Private Investments, accrued interest and pending return of principal are not included in the asset classification.

|  | | Total asset value | % of total |
|---|---|---|---|
| ☐ | Cash | $ 2,573.06 | 1.47% |
| ▨ | Cash alternatives | .00 | 0.00% |
| ▧ | Equities | 171,882.27 | 98.53% |
| ■ | Fixed Income | .00 | 0.00% |
| ■ | Balanced | .00 | 0.00% |
| ■ | Alternative strategies | .00 | 0.00% |
| ■ | Other | .00 | 0.00% |
| | **Total** | $ 174,455.33 | 100.00% |

HISTORICAL VALUE COMPARISON

This graph includes credits, debits and changes in market value. It does not include insurance products, 529 Plans, Private Investments, accrued interest and pending return of principal.

(in $ Thousands)

| | | |
|---|---|---|
| YE04 | 298.0 | |
| YE05 | 238.1 | |
| 1Q06 | 215.1 | |
| 2Q06 | 179.4 | |
| 3Q06 | 222.6 | |
| Oct06 | 213.2 | |
| Nov06 | 188.7 | |
| Dec06 | 174.5 | |

$300
$150
$0

**Bulletin board**
BE PREPARED FOR 2007. THIS MONTH'S INVESTMENT
INTELLIGENCE CONTAINS OUR MARKET OUTLOOK FOR
THE NEW YEAR AS WELL AS KEY INFORMATION FOR
TAX-YEAR 2006. CALL YOUR FA TO DISCUSS.
RESOURCELINE
VISIT OUR WEB SITE AT WWW.UBS.COM.

Member SIPC

Page  1 of  4

# Business Services Account BSA®

**Statement Period:** December 2006

PZBA122747-X1256
- 000004

Account Number
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

## This month at a glance

| | |
|---|---:|
| Value on November 30 | $ 188,738.18 |
| Value on December 29 | $ 174,455.33 |
| Money fund and other sweep option balance in 12/29 value | $ 2,573.06 |

## Account summary

| | Current period | Year-to-date |
|---|---:|---:|
| **Net portfolio opening value** | $ 188,738.18 | $ 238,052.78 |
| **PORTFOLIO ACTIVITY** | | |
| Opening cash / money fund / sweep balance | $ 2,563.73 | $ 2,607.92 |
| **Credits to your account** | | |
| Net security earnings | 9.33 | 115.14 |
| Total credits | $ 9.33 | $ 115.14 |
| **Debits to your account** | | |
| BSA fee | .00 | -150.00 |
| Total debits | $ .00 | $ -150.00 |
| Credit/debit net change | 9.33 | -34.86 |
| **Closing cash / money fund / sweep balance** | $ 2,573.06 | $ 2,573.06 |
| **VALUE OF PRICED ASSETS** | | |
| Opening value of priced assets | $ 186,174.45 | $ 235,444.86 |
| Change in value of investments | -14,292.18 | -63,562.59 |
| Net change in value of priced assets | $ -14,292.18 | $ -63,562.59 |
| Closing value of priced assets | $ 171,882.27 | $ 171,882.27 |
| **Net portfolio closing value as of December 29** | $ 174,455.33 | $ 174,455.33 |

## INVESTMENT OBJECTIVES

*The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.*

**Return objective:** Current income & capital appreciation
**Risk profile:**  Primary: Aggressive/Speculative
  Secondary: None selected

# Business Services Account BSA®

PZBA122748-X1256
- 0000005

**Statement Period:** December 2006

**Account Number**
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

## EARNINGS SUMMARY

Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.

| | | Current period | | Year-to-date |
|---|---|---|---|---|
| **Taxable** | | | | |
| UBS Money fund dividends | $ | 9.33 | $ | 112.74 |
| **Total taxable security earnings** | $ | 9.33 | $ | 112.74 |
| **Total current year security earnings** | $ | 9.33 | $ | 112.74 |
| Prior year(s) adjustments | | .00 | | 2.40 |
| **Net security earnings** | $ | 9.33 | $ | 115.14 |

## PORTFOLIO TRANSACTIONS

When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustment" or "P/A" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.

## Cash and money funds

| Description | Opening balance | Closing balance | Closing share price | Average rate | Days in period |
|---|---|---|---|---|---|
| RMA MONEY MKT. PORTFOLIO | 2,563.73 | 2,573.06 | 1.00 | 4.76% | 28 |

| Description | Est. annual income | | | | Dividend period |
|---|---|---|---|---|---|
| | | | | | 11/24 - 12/21 |

## Common stock

| Description | Total shares | Price | Current value | | Cost basis | Unrealized gain/loss | Holding period |
|---|---|---|---|---|---|---|---|
| ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A | 37,611.000 | 4.570 | 171,882.27 | | ----This information was unavailable---- | | |
| Symbol: ICOG Exchange: OTC | | | | | | | |

Page  3  of  4

# Business Services Account BSA®

**Statement Period:** December 2006

PZBA122749-X1256
- 000006E

**Account Number:** ▮▮▮▮▮▮▮
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

## Additional account activity

### Cash flow and security transactions
*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

**Sources of research**
*Independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.*

| Date | Activity | Description | Quantity/Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|------|----------|-------------|---------------------|---------------|-------------|----------------------------------------|
| 11/30 | | Cash, Money fund and other sweep option balance | | | $ | $ 2,563.73 |
| 12/21/06 | | RMA MONEY MKT. PORTFOLIO AS OF 12/21/06 | | | | $ 2,573.06 |
| 12/22 | DIVIDEND | Closing cash, Money fund and other sweep option balance | | | 9.33 | $ 2,573.06 |
| 12/29 | | Total Money fund and other sweep option balance | | | $ | $ 2,573.06 |

### Money funds and other sweep options
*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | | Amount | Balance |
|------|----------|--|--------|---------|
| 11/30 | Opening RMA Money Mkt. Portfolio | | $ | $ 2,563.73 |
| 12/22 | BOUGHT | $ | 9.33 | $ 2,573.06 |
| 12/29 | Closing RMA Money Mkt. Portfolio | | $ | $ 2,573.06 |

# Business Services Account BSA®

PZBA16717O-X6 - 000004S

**Account Number:**

0021296 02 AT   0.545 13OPZBA
MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON          VA 20186-8538

**Bulletin board**

THE ANNUAL IRA CONTRIBUTION LIMIT FOR 2006
AND 2007 IS $4,000. IF YOU ARE AGE 50 OR
OLDER, YOU MAY CONTRIBUTE UP TO $5,000.
SPEAK WITH YOUR FINANCIAL ADVISOR TODAY.
RESOURCELINE 1-8
VISIT OUR WEB SITE AT WWW.UBS.COM.

---

**UBS Financial Services Inc.**
1501 K STREET NW
MCMILLAN/PIPER
SUITE 1100
WASHINGTON, DC 20005

**Your Financial Advisor**
202-585-4000/800-382-9989

PZBA16717O-X6 - 0107- WS-0

## January 2007

### Asset allocation

This graph provides values and/or percentages by asset class. Insurance products, 529 Plans, Private Investments, accrued interest and pending return of principal are not included in the asset classification.

| | | Total asset value | % of total |
|---|---|---|---|
| ▢ | Cash | $ 2,584.56 | 1.50 % |
| ▨ | Cash alternatives | .00 | 0.00 % |
| ▦ | Equities | 169,249.50 | 98.50 % |
| ▤ | Fixed income | .00 | 0.00 % |
| ▥ | Balanced | .00 | 0.00 % |
| ▧ | Alternative strategies | .00 | 0.00 % |
| ■ | Other | .00 | 0.00 % |
| | **Total** | $ 171,834.06 | 100.00 % |

### Total account comparison

This graph includes credits, debits and changes in market value. It does not include insurance products, 529 Plans, Private Investments, accrued interest and pending return of principal.

(In $ Thousands)

| | |
|---|---|
| $300 | |
| $150 | |
| $0 | |

| YE04 | YE05 | YE06 | Jan07 |
|---|---|---|---|
| 298.0 | 238.1 | 174.5 | 171.8 |

---

Member SIPC

Page 1 of 4

# Business Services Account BSA®

Statement Period: January 2007

PZBA167171-X6
- 000002

**Account Number**
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

## Account summary

| Financial overview | Current period | Year-to-date |
|---|---|---|
| Value on December 29 | $ 174,455.33 | $ |
| Value on January 31 | $ 171,834.06 | $ |
| Money fund and other sweep option balance in 01/31 value | $ 2,584.56 | $ |

| Account activity | Current period | Year-to-date |
|---|---|---|
| Net portfolio opening value | $ 174,455.33 | $ 174,455.33 |
| **Opening cash / money fund / sweep balance** | $ 2,573.06 | $ 2,573.06 |
| **Credits to your account** | | |
| Net security earnings | 11.50 | 11.50 |
| **Total credits** | $ 11.50 | $ 11.50 |
| **Debits to your account** | | |
| Credit/debit net change | | |
| **Closing cash / money fund / sweep balance** | $ 2,584.56 | $ 2,584.56 |
| **Priced assets** | | |
| Opening value of priced assets | $ 171,882.27 | $ 171,882.27 |
| Change in value of investments | -2,632.77 | -2,632.77 |
| Net change in value of priced assets | $ -2,632.77 | $ -2,632.77 |
| Closing value of priced assets | $ 169,249.50 | $ 169,249.50 |
| Net portfolio closing value as of January 31 | $ 171,834.06 | $ 171,834.06 |

## Investment objectives

The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.

Return objective:   Current income & capital appreciation
Risk profile:
   Primary:   Aggressive/Speculative
   Secondary: None selected

# Business Services Account BSA®

**Account Number:** ████████

**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

**Statement Period:** January 2007

PZBA16717Z-X6
- 000003

## Earnings Summary

Earnings below are classified as other-taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification for private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.

|  | Current period | | Year-to-date | |
|---|---|---|---|---|
| **Taxable** | | | | |
| UBS Money fund dividends | $ | 8.13 | $ | 8.13 |
| **Total taxable security earnings** | $ | 8.13 | $ | 8.13 |
| **Total current year security earnings** | $ | 8.13 | $ | 8.13 |
| Prior year(s) adjustments | $ | 3.37 | $ | 3.37 |
| **Net security earnings** | $ | 11.50 | $ | 11.50 |

## Asset portfolio

When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustment" or "P/A" indicates cost basis has not yet been allocated as a result of a split-off or taxable exchange.

## Cash and money funds

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend period | Days in period |
|---|---|---|---|---|---|---|
| RMA MONEY MKT. PORTFOLIO | 2,573.06 | 2,584.56 | 1.00 | 4.76% | 12/22 - 01/24 | 34 |

## Common stock

| Description | Total shares | Price | Current value | Est. annual income | Trade date | Purchase price | Cost basis | Unrealized gain/loss | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| ICOG GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A<br>Symbol: ICOG   Exchange: OTC | 37,611.000 | 4.500 | 169,249.50 | | | | ---This Information was unavailable--- | | |

# Business Services Account BSA®

**Statement Period:** January 2007

P2BA167173-X6
- 000004E

**Account Number**
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9889

## MONTHLY ACTIVITY

Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.

### Cash flow and security transactions

| Date | Activity | Description | Quantity/Face value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|------|----------|-------------|---------------------|---------------|-------------|----------------------------------------|
| 12/29 | | **Cash, Money fund and other sweep option balance** | | | | $ 2,573.06 |
| 01/02 | DIVIDEND | RMA MONEY MKT. PORTFOLIO AS OF 12/29/06 | | | 3.37 | 2,576.43 |
| 01/25 | DIVIDEND | RMA MONEY MKT. PORTFOLIO AS OF 01/24/07 | | | 8.13 | 2,584.56 |
| 01/31 | | Closing cash, Money fund and other sweep option balance | | | $ | 2,584.56 |
| | | **Total Money fund and other sweep option balance** | | | $ | 2,584.56 |

### Money funds and other sweep options
*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | | Amount | Balance |
|------|----------|---|--------|---------|
| 12/29 | Opening RMA Money Mkt. Portfolio | | | $ 2,573.06 |
| 01/02 | BOUGHT | AS OF 12/29/06 | $ 3.37 | $ 2,576.43 |
| 01/25 | BOUGHT | AS OF 01/24/07 | 8.13 | 2,584.56 |
| 01/31 | Closing RMA Money Mkt. Portfolio | | | $ 2,584.56 |

independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.

H

# Business Services Account BSA®

PZBA168470-X6
- 000004S

**UBS Financial Services Inc.**
1501 K STREET NW
SUITE 1100
WASHINGTON, DC 20005

**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

**Account Number**
0021688 02 AT    0.545 131PZBA
MANN TECHNOLOGIES LLC
9330 HARTS MILL RD
WARRENTON          VA 20186-8538

## February 2007

PZBA168470-X6  -  0207- WS- 0

## Asset allocation

This graph provides values and/or percentages by asset class. Insurance products, 529 Plans, Private investments, accrued interest and pending return of principal are not included in the asset classification

| | Total asset value | % of total |
|---|---|---|
| Cash | 2,594.05 | 1.60% |
| Cash alternatives | .00 | 0.00% |
| Equities | 159,846.75 | 98.40% |
| Fixed income | .00 | 0.00% |
| Balanced | .00 | 0.00% |
| Alternative strategies | .00 | 0.00% |
| Other | .00 | 0.00% |
| **Total** | **$   162,440.80** | **100.00%** |

## Total asset value comparison

(in $ Thousands)

| | | |
|---|---|---|
| $300 | | |
| $150 | | |
| $0 | | |

| YE04 | YE05 | YE06 | Jan07 | Feb07 |
|---|---|---|---|---|
| 298.0 | 238.1 | 174.5 | 171.8 | 162.4 |

This graph includes credits, debits and changes in market value. It does not include Insurance products, 529 Plans, Private investments, accrued interest and pending return of principal.

## Bulletin board

Because April 15 falls on a Sunday and April 16 is a legal holiday in Wash, DC, the IRS has extended the income tax deadline to April 17. Our firm does not provide tax advice.
RESOURCELINE
VISIT OUR WEB SITE AT WWW.UBS.COM.

# Business Services Account BSA®

**Statement Period: February 2007**

PZBA168471-X6
- 000002

**Account Number:** [redacted]
**Your Financial Advisor**
MCMILLAN/PIPER
202-585-4000/800-382-9989

## Investment objectives

*The following return objective and risk profile(s) describe overall goals for this account. For each account held, you must provide one return objective, one primary risk profile and, if applicable, a secondary risk profile. A full description of the alternatives is included on the back of the first page. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.*

| | |
|---|---|
| **Return objective:** | Current income & capital appreciation |
| **Risk profile:** | Primary:  Aggressive/Speculative |
| | Secondary: None selected |

## Account summary

### This month at a glance

| | | Current period | Year-to-date |
|---|---|---|---|
| Value on January 31 | $ | 171,834.06 | |
| Value on February 28 | $ | 162,440.80 | |
| Money fund and other sweep option balance in 02/28 value | $ | 2,594.05 | |

| | | Current period | Year-to-date |
|---|---|---|---|
| **Net portfolio opening value** | $ | 171,834.06 | 174,455.33 |
| **Opening cash / money fund / sweep balance** | $ | 2,584.56 | 2,573.06 |
| **Credits to your account** | | | |
| Net security earnings | | 9.49 | 20.99 |
| **Total credits** | $ | 9.49 | 20.99 |
| **Debits to your account** | | | |
| Credit/debit net change | $ | 9.49 | 20.99 |
| **Closing cash / money fund / sweep balance** | $ | 2,594.05 | 2,594.05 |
| **Opening value of priced assets** | $ | 169,249.50 | 171,882.27 |
| Change in value of investments | $ | -9,402.75 | -12,035.52 |
| **Net change in value of priced assets** | $ | -9,402.75 | -12,035.52 |
| **Closing value of priced assets** | $ | 159,846.75 | 159,846.75 |
| **Net portfolio closing value as of February 28** | $ | 162,440.80 | 162,440.80 |

H

# Business Services Account BSA®

**Account Number:** ▮▮▮▮▮
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9989

**Statement Period:** February 2007

PZBA168472-X6
- 000003

## Earnings summary

Earnings below are classified as taxable or non-taxable based on the tax status for the specific security on which the earnings are received and does not attempt to reflect your account's tax status or reporting requirements. Use only official tax reporting documents (e.g. 1099) for tax reporting purposes. The classification of private investment distributions can only be determined by referring to the official year-end tax reporting document provided by the issuer.

| | Current period | | Year-to-date |
|---|---|---|---|
| **Taxable** | | | |
| UBS Money fund dividends | $ | 9.49 | $ 17.62 |
| **Total taxable security earnings** | $ | 9.49 | $ 17.62 |
| **Total current year security earnings** | $ | 9.49 | $ 17.62 |
| Prior year(s) adjustments | | .00 | 3.37 |
| **Net security earnings** | $ | 9.49 | $ 20.99 |

## Asset portfolio

When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustment" or "PjA" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange.

### Cash and money funds

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend period | Days in period |
|---|---|---|---|---|---|---|
| FMJA MONEY MKT. PORTFOLIO | 2,584.56 | 2,594.05 | 1.00 | 4.76% | 01/25 - 02/21 | 28 |

### Equities

#### Common stock

| Description | Total shares | Price | Current value | Est. annual income | Trade date | Purchase price | Cost basis | Unrealized gain/loss | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| ICO GLOBAL COMMUNICATIONS HOLDINGS LTD DE CL A Symbol: ICOG  Exchange: OTC | 37,611.000 | 4.250 | 159,846.75 | | | | | — This information was unavailable— | |

H

# Business Services Account BSA®

**Statement Period:** February 2007

PZBA168473-X6
- 000004E

**Account Number**
Your Financial Advisor
MCMILLAN/PIPER
202-585-4000/800-382-9889

## Monthly Activity

### Cash flow and security transactions
*Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.*

| Date | Activity | Description | Quantity/Face Value | Price / Value | Cash amount | Cash & Total Money fund/sweep balance |
|---|---|---|---|---|---|---|
| 02/31 | | **Cash, Money fund and other sweep option balance** | | | | $ 2,584.56 |
| 02/28 | DIVIDEND | RMA MONEY MKT. PORTFOLIO AS OF 02/21/07 | | | 9.49 | $ 2,594.05 |
| | | Closing cash, Money fund and other sweep option balance | | | $ | $ 2,594.05 |
| | | **Total Money fund and other sweep option balance** | | | $ | $ 2,594.05 |

### Money funds and other sweep options
*The RMA Money Mkt. Portfolio is your primary sweep fund.*

| Date | Activity | | Amount | Balance |
|---|---|---|---|---|
| 01/31 | Opening RMA Money Mkt. Portfolio | | $ | $ 2,584.56 |
| 02/22 | BOUGHT AS OF 02/21/07 | $ | 9.49 | $ 2,594.05 |
| 02/28 | Closing RMA Money Mkt. Portfolio | | $ | $ 2,594.05 |

independent, third-party research on certain companies covered by UBS Research is available to customers of UBS in the United States at no cost. Customers can access this research at www.ubs.com/independentresearch or can call 1-877-208-5700 to request that a copy of this research be sent to them.