UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**ELLIPSO, INC.,**                  )
                                    )
    **Plaintiff and Counter-Defendant,** )
                                    )
        v.                          )    Civil Action No. 05-1186 (RCL)
                                    )
**JOHN B. MANN,** *et al.*,         )
                                    )
    **Defendants and Counter-Plaintiffs** )
_____ )

### **ORDER**

It is hereby

ORDERED that a pretrial conference in this matter is scheduled for July 7, 2008, at 4:30 p.m.; it is further hereby

ORDERED that trial is set for July 28th, 2008, at 10:00 a.m.

In accordance with Local Civil Rule 16.5(d)(5), the parties shall prepare a joint pretrial statement rather than separate pretrial statements for each party.  The Joint Pretrial Statement shall be prepared as follows:

      (a)    Counsel for plaintiff shall arrange by advance notice a conference of counsel.  The objective of the conference shall be the preparation of the Joint Pretrial Statement.  In addition, counsel shall discuss prospects for settlement.

      (b)    Counsel for plaintiff shall file and serve the Joint Pretrial Statement by July 2, 2008.  Submissions of all counsel shall be included in the statement.

(c) The Joint Pretrial Statement shall include:

1. All the information required by Local Civil Rule 16.5(b);

2. Stipulated facts (both already agreed and proposed);

3. Stipulations concerning authenticity of documents and admissibility of exhibits;

4. A list of motions to be decided before or at the commencement of trial;

5. Proposed amendments to the pleadings;

6. An estimate of trial time;

7. Any waiver of jury trial;

8. Proposed, and agreed upon, voir dire questions;

9. Proposed, and agreed upon, jury instructions, together with objections thereto, and supporting memoranda of law if appropriate; and

10. Proposed, and agreed upon, verdict forms, together with objections thereto, and supporting memoranda of law if appropriate.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, May 30, 2008.