UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELLIPSO, INC., | ) | |
| | ) | |
|     Plaintiff and | ) | |
|     Counter-Defendant | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1186 (RCL) |
| | ) | |
| JOHN B. MANN, *et al.*, | ) | |
| | ) | |
|     Defendants and | ) | |
|     Counter-Plaintiffs | ) | |

## **VERDICT FORM**

1. With regard to Count IV of the Complaint, alleging fraudulent nondisclosure against John Mann, do you find for:   Ellipso _____   John Mann _____

   If you find for John Mann, go on to Question No. 2.

   If you find for Ellipso, what amount of damages do you find as

   a result of the fraudulent nondisclosure: $_____

2. With regard to Count IV of the Complaint, alleging fraudulent nondisclosure against Mann Technologies, LLC, do you find for:   Ellipso _____   Mann Tech _____

   If you find for Mann Tech, go on to Question No. 3.

   If you find for Ellipso, what amount of damages do you find as

   a result of the fraudulent nondisclosure: $

3. With regard to Count IV of the Complaint, alleging fraudulent nondisclosure against Robert Patterson, do you find for:   Ellipso _____   Patterson _____

   If you find for Patterson, go on to Question No. 4.

      If you find for Ellipso, what amount of damages do you find as a result of the fraudulent nondisclosure: $_____

4. With regard to Count V of the Complaint, alleging breach of contract against Robert Patterson, do you find for:   Ellipso _____   Patterson _____

      If you find for Patterson, go on to Question No. 6.

      If you find for Ellipso, what amount of damages do you find as a result of the breach of contract:  $_____

5. With regard to Count VI of the Complaint, alleging fraudulent inducement against Robert Patterson, do you find for:   Ellipso _____   Patterson _____

      If you find for Patterson, go on to Question No. 8.

      If you find for Ellipso, what amount of damages do you find as a result of the fraudulent inducement:  $_____

6. With regard to Count VII of the Complaint, alleging breach of fiduciary duties against Robert Patterson, do you find for:   Ellipso _____   Patterson _____

      If you find for Patterson, go on to Question No. 10.

      If you find for Ellipso, what amount of damages do you find as a result of the breach of fiduciary duties:  $_____

7. With regard to Count VIII of the Complaint, alleging fraud against John Mann, do you find for:   Ellipso _____   John Mann _____

      If you find for John Mann, go on to Question No. 12.

      If you find for Ellipso, what amount of damages do you find as a result of the fraud: $_____

8. With regard to Count VIII of the Complaint, alleging fraud against Mann Technologies, LLC, do you find for:  Ellipso _____    Mann Tech _____

    If you find for Mann Tech, go on to Question No. 13.

    If you find for Ellipso, what amount of damages do you find as a result of the fraud: $_____

9. With regard to Count VIII of the Complaint, alleging fraud against Robert Patterson, do you find for:    Ellipso _____    Patterson

    If you find for Patterson, go on to Question No. 14.

    If you find for Ellipso, what amount of damages do you find as a result of the fraud: $_____

10. With regard to Count IX of the Complaint, alleging conversion against Mann Technologies, LLC, do you find for:  Ellipso _____    Mann Tech

    If you find for Mann Tech, go on to Question No. 16.

    If you find for Ellipso, what amount of damages do you find as a result of the conversion: $_____

11. With regard to Count X of the Complaint, alleging trover/replevin against Mann Technologies, LLC, do you find for:  Ellipso _____    Mann Tech _____

    If you find for Mann Tech, go on to Question No. 17.

    If you find for Ellipso, what damages do you award: $_____

12. With regard to Count XI of the Complaint, alleging civil conspiracy against John Mann, do you find for:    Ellipso _____    John Mann _____

    If you find for John Mann, go on to Question No. 18.

       If you find for Ellipso, what amount of damages do you find as a result of the civil conspiracy: $_____

13. With regard to Count XI of the Complaint, alleging civil conspiracy against Mann Technologies, LLC, do you find for:  Ellipso _____     Mann Tech _____

       If you find for Mann Tech, go on to Question No. 19.

       If you find for Ellipso, what amount of damages do you find as a result of the civil conspiracy: $_____

14. With regard to Count XI of the Complaint, alleging civil conspiracy against Robert Patterson, do you find for:   Ellipso _____     Patterson _____

       If you find for Patterson, go on to Question No. 20.

       If you find for Ellipso, what amount of damages do you find as a result of the civil conspiracy: $_____

15. With regard to Count I of the Counterclaim, in which Mann Tech alleges breach of contract against Ellipso, do you find for:   Mann Tech _____     Ellipso_____

       If you find for Ellipso, go on to Question No. 22.

       If you find for Mann Tech, what amount of damages do you find as a result of the breach of contract? $_____

16. With regard to Count II of the Counterclaim, in which Mann Tech alleges fraudulent inducement against Ellipso, do you find for: Mann Tech _____     Ellipso____

       If you find for Ellipso, go no further.

       If you find for Mann Tech, what amount of damages do you find as a result of the fraudulent inducement? $_____