UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ELLIPSO, INC.,** ) | | |
| ) | | |
| Plaintiff and Counter-Defendant, ) | | |
| ) | | |
| v. ) | Civil Action No. 05-1186 (RCL) | |
| ) | | |
| **JOHN B. MANN,** *et al.*, ) | | |
| ) | | |
| Defendants and Counter-Plaintiffs ) | | |

## ORDER

It is hereby

ORDERED that the parties' amended joint pretrial statement shall be filed by July 8, 2008; it is further hereby

ORDERED that any motion in limine shall be filed by July 14, 2008; it is further hereby

ORDERED that any motion to quash shall be filed within 7 days of service of the subpoena at issue; it is further hereby

ORDERED that the parties shall exchange exhibits no later than July 21, 2008; it is further hereby

ORDERED that a final pretrial conference in this matter is scheduled for July 24, 2008, at 4:30 p.m.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, July 7 2008.