UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., )<br>)<br>    Plaintiff and )<br>    Counter-Defendant )<br>)<br>v. )<br>)<br>JOHN B. MANN, *et al.*, )<br>)<br>    Defendants and )<br>    Counter-Plaintiffs ) | Civil Action No. 05-1186 (RCL) |

## MANN DEFENDANTS' MOTION *IN LIMINE*

Come now John B. Mann and Mann Technologies, LLC, Defendants and Counter-Plaintiffs herein (collectively the "Mann Defendants"), by their undersigned counsel, and respectfully move this Court for an Order excluding as evidence at the trial of this case the following categories of evidence:

1. Any evidence offered by Plaintiff to support its asserted lack of knowledge of Defendant Robert Patterson's interest in Defendant Mann Technologies, LLC, based on any statements or conduct outside of the written Loan Agreement between Ellipso and Mann Tech.

2. Any evidence offered by Plaintiff to support its asserted lack knowledge of Defendant Robert Patterson's interest in Defendant Mann Technologies, LLC after June of 2004.

3. Any evidence offered by Plaintiff as to the value and/or disposition of the ICOHA shares after termination of the Loan Agreement between Ellipso and Mann Tech in October of 2004.

As grounds for this motion, the Mann Defendants incorporate by reference the facts and arguments set forth in Robert Patterson's Motion *in Limine* filed on or about July 14, 2008.

Respectfully submitted,

/s/ Christopher G. Hoge
Christopher G. Hoge #203257
Counsel for Defendants/Counter-Plaintiffs
John B. Mann and Mann Technologies, LLC

CROWLEY, HOGE & FEIN, P.C.
1710 Rhode Island Avenue, N.W.
7th Floor
Washington, D.C. 20036
(202) 483-2900

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true copies of the foregoing Motion were, this 14th day of July, 2008, served electronically upon:

VANESSA CARPENTER LOURIE, ESQ.
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521
Co-Counsel for Plaintiff/Counter-Defendant

and via first class mail, postage prepaid, upon:

LINDA AWKARD, ESQ.
4201 Cathedral Ave., N.W.
Suite #1416W
Washington, D.C. 20016
Co-Counsel for Plaintiff/Counter-Defendant

ROBERT B. PATTERSON
P.O. Box 3106
Reston, VA 20195
Defendant/Counter-Plaintiff *Pro Se*

/s/ Christopher G. Hoge
Christopher G. Hoge

cgh/z/wpdirs/civil
mannmotioninlimine .doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., )<br>)<br>    Plaintiff and )<br>    Counter-Defendant )<br>)<br>v. )<br>)<br>JOHN B. MANN, *et al.*, )<br>)<br>    Defendants and )<br>    Counter-Plaintiffs ) | Civil Action No. 05-1186 (RCL) |

**ORDER**

UPON CONSIDERATION of the Motion *in Limine* filed by Defendants/Counter-Plaintiffs, John B. Mann and Mann Technologies, LLC, and of the Plaintiffs' memorandum in opposition thereto, and for good cause shown, it is by the Court, this ____ day of _____, 2008, hereby

ORDERED, that the Motion be, and it is hereby, GRANTED; and it is further

ORDERED, that the following evidence shall not be admitted during the trial of this case:

1. Any evidence offered by Plaintiff to support its asserted lack of knowledge of Defendant Robert Patterson's interest in Defendant Mann Technologies, LLC, based on any statements or conduct outside of the written Loan Agreement between Ellipso and Mann Tech.

2. Any evidence offered by Plaintiff to support its asserted lack knowledge of Defendant Robert Patterson's interest in Defendant Mann Technologies, LLC after June of 2004.

3. Any evidence offered by Plaintiff as to the value and/or disposition of the ICOHA shares after termination of the Loan Agreement between Ellipso and Mann Tech in October of 2004.

                                                              CHIEF JUDGE
                                                              UNITED STATES DISTRICT COURT

Copies:

VANESSA CARPENTER LOURIE, ESQ.
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521
vlourie@carpenterlourie.com

LINDA AWKARD, ESQ.
4201 Cathedral Ave., N.W.
Suite #1416W
Washington, D.C. 20016
lawkard@earthlink.net

CHRISTOPHER G. HOGE, ESQ.
CROWLEY, HOGE & FEIN, P.C.
1710 Rhode Island Avenue, N.W.
7th Floor
Washington, D.C. 20036
chfcgh@aol.com

ROBERT B. PATTERSON
P.O. Box 3106
Reston, VA 20195

Case 1:05-cv-01186-RCL    Document 183    Filed 07/14/2008    Page 5 of 5