IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. ) | |
| ) | |
|    Plaintiff/Counter-Defendant, ) | |
| ) | |
|                v. ) | CA No. 05-01186(RCL) |
| ) | Next Event: Trial |
| JOHN B. MANN, et al. ) | 07/28/2008 |
| ) | |
|    Defendants/Counter-Plaintiffs.) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Partially Quash Subpoenas, and defendants' opposition thereto, and after a review of the record, it is by the Court this _____ day of July, 2008,

ORDERED, that the July 7, 2008 subpoenas issued by defendants John B. Mann and Mann Technologies, Inc. to plaintiff and UBS Financial Services, Inc. be, and the same are hereby modified, and it is further

ORDERED, that neither plaintiff nor UBS Financial Services, Inc. shall be required to produce any documents related to the financial affairs of Ellipso, Inc., and any affiliates of Ellipso, and it is further,

ORDERED, that plaintiff shall not be required to produce any records not directly related to the transaction which is the subject of this litigation.

                                                  _____
                                                  JUDGE ROYCE C. LAMBERTH

Copies by electronic delivery to:

    Vanessa Carpenter Lourie, Esquire
    4400 MacArthur Blvd., N.W.
    Suite #205
    Washington, D.C. 20007-2521

    Christopher Hoge, Esquire
    1717 Rhode Island Ave., N.W.
    7th Floor
    Washington, D.C. 20036

Copies by first class mail to:

    Linda Awkard, Esquire
    4201 Cathedral Avenue, N.W.
    Suite 1416 W
    Washington, D.C. 20016

    Robert B. Patterson
    P.O. Box 3106
    Reston, Virginia 20190