UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELLIPSO, INC., | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counter-Defendant | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1186 (RCL) |
| | ) | |
| JOHN B. MANN, *et al.*, | ) | |
| | ) | |
| Defendants and | ) | |
| Counter-Plaintiffs | ) | |

## ERRATA SHEET FOR
## MANN DEFENDANTS' MOTION FOR DAMAGES
## SUFFERED AS A CONSEQUENCE OF PRELIMINARY INJUNCTION

John B. Mann and Mann Technologies, LLC, Defendants and Counter-Plaintiffs herein, hereby submit their Errata Sheet for their motion for damages suffered as a result of the Preliminary Injunction entered on November 2, 2005.

Exhibit No. 9 was inadvertently omitted from the motion, and is attached hereto.

Respectfully submitted,

/s/ Christopher G. Hoge
Christopher G. Hoge #203257
Counsel for Defendants/Counter-Plaintiffs
John B. Mann and Mann Technologies, LLC

CROWLEY, HOGE & FEIN, P.C.
1710 Rhode Island Avenue, N.W.
7th Floor
Washington, D.C. 20036
(202) 483-2900

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true copies of the foregoing Errata Sheet were, this 15th day of July, 2008, served electronically upon:

>VANESSA CARPENTER LOURIE, ESQ.
>4400 MacArthur Blvd., N.W.
>Suite #205
>Washington, D.C. 20007-2521
>Co-Counsel for Plaintiff/Counter-Defendant

and via first class mail, postage prepaid, upon:

>LINDA AWKARD, ESQ.
>4201 Cathedral Ave., N.W.
>Suite #1416W
>Washington, D.C. 20016
>Co-Counsel for Plaintiff/Counter-Defendant

>ROBERT B. PATTERSON
>P.O. Box 3106
>Reston, VA 20195
>Defendant/Counter-Plaintiff *Pro Se*

>/s/ Christopher G. Hoge
>Christopher G. Hoge

cgh/z/wpdirs/civil
mannerrata.wpd

| DATE | TIMEKEEPER | HOURS | RATE | TOTAL | Description |
|---|---|---|---|---|---|
| 9/7/2005 | TAM* | 1 | $250.00 | $250.00 | prepare opposition to motion for Preliminary injunction |
| 9/12/2005 | TAM | 0.5 | $250.00 | $125.00 | review opposition to motion for extension of time; begin preparing opposition to motion for preliminary injunction |
| 9/20/2005 | TAM | 1.1 | $250.00 | $275.00 | begin draft answer; tel con with J Mann |
| 9/21/2005 | TAM | 2.7 | $250.00 | $675.00 | continue answer |
| 9/22/2005 | TAM | 0.3 | $250.00 | $75.00 | review chronology of events pertaining to Castiel's knowledge of Patterson's role with MannTech |
| 9/22/2005 | TAM | 3 | $250.00 | $750.00 | office conference with J Mann and D Page re: Answer and Opposition to Motion for Preliminary |
| 9/23/2005 | TAM | 0.7 | $250.00 | $175.00 | email to j Mann re joint defense with Patterson |
| 9/23/2005 | DP** | 1.4 | $95.00 | $133.00 | review case law re arbitration clauses, exceptions to arbitrability and standards for preliminary |
| 10/24/2005 | TAM | 3 | $250.00 | $750.00 | Prepare for Oct 28 prelim. Injunction hearing |
| 10/24/2005 | DP | 3 | $95.00 | $285.00 | Prepare for Oct 28 prelim. Injunction hearing |
| 10/27/2005 | TAM | 1.5 | $250.00 | $375.00 | Review Castiel emails for PI hearing |
| 10/28/2005 | TAM | 3.5 | $250.00 | $875.00 | Prepare for and attend Prel. Inj. Hearing before J. Lamberth |
| 10/28/2005 | DP | 3 | $95.00 | $285.00 | Prepare for and attend Prel. Inj. Hearing before J. Lamberth |
| 10/30/2005 | Tel. | | | $3.20 | |
| 10/31/2005 | Copies | | | $34.80 | |
| 11/2/2005 | TAM | 2.2 | $250.00 | $550.00 | Review Order granting Preliminary Injunction |
| 11/3/2005 | TAM | 0.6 | $250.00 | $150.00 | Tel. conf. w/ J Mann re Nov 2 Order and status; Review fax from Guberman re assets |
| 11/4/2005 | TAM | 1.1 | $250.00 | $275.00 | prepare email to client re injunction order issues; prepare letter to Guberman in response to his 11/4 |
| 11/5/2005 | TAM | 0.6 | $250.00 | $150.00 | tel. conference w/ J Mann and D. Page re Castiel 10/20/04 email |
| 11/8/2005 | TAM | 3.5 | $250.00 | $875.00 | Office conference re motion for reconsideration of Prel. Injunction |
| 11/8/2005 | DP | 2 | $95.00 | $190.00 | Office conference re motion for reconsideration of Prel. Injunction |
| 11/11/2005 | TAM | 1 | $250.00 | $250.00 | Review Patterson Motion to Amend Prel. Injunction |
| 11/16/2005 | DP | 2.1 | $95.00 | $199.50 | Review Patterson Motion to Amend Prel. Injunction |
| 11/21/2005 | TAM | 1.3 | $250.00 | $325.00 | review Patterson Motion to Dismiss Prel. Incunction |
| 11/22/2005 | DP | 1.4 | $95.00 | $133.00 | review Patterson Motion to Dismiss Prel. Incunction |
| 11/29/2005 | TAM | 2.5 | $250.00 | $625.00 | Prepare draft report to Court re Nov. 14, 2005 Order; tel con. W/ J Mann; revise and file report |
| 11/29/2005 | DP | 2 | $95.00 | $190.00 | prepare preliminary draft of law on fraud in DC |
| 11/30/2005 | TAM | 0.3 | $250.00 | $75.00 | prepare and forward e-mail on Guberman's 11/30/05 letter about adequacy of Mann's report to the |
| 11/30/2005 | Tel. | | | $6.00 | |
| 12/2/2005 | TAM | 0.4 | $250.00 | $100.00 | prepare letter response to Guberman's 11/30/2005 on location of proceeds from sales of ICO stock; related email to John Mann |
| 12/6/2005 | TAM | 0.2 | $250.00 | $50.00 | Review Grupo Mexicano case; conference re same with D. Page |
| 12/7/2005 | TAM | 2.75 | $250.00 | $687.50 | Office conference with J Mann, Patterson, D Page re action and strategy items |
| 12/9/2005 | TAM | 0.7 | $250.00 | $175.00 | Tel con and emails re UBS subpoena, response to Guberman opposition to Patterson's MSJ |
| 12/9/2005 | DP | 1.2 | $95.00 | $114.00 | Tel con and emails re UBS subpoena, response to Guberman opposition to Patterson's MSJ |
| 12/13/2005 | TAM | 1.5 | $250.00 | $375.00 | work on Mann's memorandum in response to Ellipso's opposition to Patterson's MSJ; related tel con woth D. Page; prepare fax to Guberman re 12/14/05 attorney meeting and the original bond |
| 12/13/2005 | Filing Fee | | | $255.00 | |
| 12/14/2005 | TAM | 5.2 | $250.00 | $1,300.00 | prepare and forward letter to UBS re subpoena; continue Mann Response to Ellipso SJ Opposition, off |
| 12/14/2005 | TAM | 2.1 | $250.00 | $525.00 | attorney conference with Guberman re discovery |

Page 1 of 7

**EXHIBIT 9**

| DATE | TIMEKEEPER | HOURS | RATE | TOTAL | Description |
|---|---|---|---|---|---|
| 12/14/2005 | DP | 2 | $95.00 | $190.00 | prepare preliminary draft Motion for Protective Order re UBS subpoena |
| 12/15/2005 | TM | 3.9 | $250.00 | $975.00 | revise draft Motion for Protective Order re UBS subpoena and file; related tel conf. w/ UBS counsel |
| 12/20/2005 | TM | 0.5 | $250.00 | $125.00 | review Patterson reply to Ellipso Opposition and discuss with John Mann related email to Patterson |
| 12/21/2005 | TM | 1 | $250.00 | $250.00 | Review Patterson revised Reply; related telephone conference with Patterson re: changes to Reply |
| 12/30/2005 | Tel. | | | $4.00 | |
| 12/31/2005 | Copies | | | $82.20 | |
| 1/3/2006 | TAM | 4.2 | $250.00 | $1,050.00 | Research Rule 45 subpoenas at law library; prepare Reply to Ellipso Opposition to Mann Protective Order re UBS subpoena |
| 1/5/2006 | TAM | 1 | $250.00 | $250.00 | Conference at Jordan-Coyne with David Durbin re:appeal |
| 2/16/2006 | TAM | 0.2 | $250.00 | $50.00 | prepare email on appeal docketing statement |
| 2/17/2006 | TAM | 1.4 | $250.00 | $350.00 | letters to Cecil BJ Lockhart re: bond and to the Hartford re: bond |
| 2/22/2006 | copies | | | $9.50 | |
| 2/23/2006 | TAM | 1.4 | $250.00 | $350.00 | telephone conference with Cecil BJ Lockhart re: Bond |
| 2/28/2006 | MJF*** | 4.1 | $125.00 | $512.50 | Legal research re all relevant aspects of law concerning collateral, legal procedures for seizing collateral, and legal treatment for disposition of any surplus of collateral, particularly authority invloving stock as collateral; provide verbal report to TAM |
| 2/28/2006 | Tel. | | | $2.00 | |
| 3/1/2006 | TAM | 0.2 | $250.00 | $50.00 | Appeal - review and approve revised motion for summary reversal |
| 3/2/2006 | TAM | 0.8 | $250.00 | $200.00 | telephone conferencewith MJF re: outline of counterclaim;Prepare demand letter to Guberman re: Bond |
| 3/6/2006 | TAM | 0.6 | $250.00 | $150.00 | Review Ellipso Motion to Dismiss Counterclaim; Prepare email to J Mann on bond fax from Guberman and Cecil BJ Lockhart |
| 3/14/2006 | TAM | 4.3 | $250.00 | $1,075.00 | Office conference with JBM and Patterson re: preparation of attorneys discovery conference. Conference at office of Mark Guberman re: discovery conference, litiigation schedule and bond issue.; Tel conference with JBM and Patterson re: results of attorney meeting.; Prepare letter to Guberman and Cecil BJ Lockhart re: Bond |
| 3/21/2006 | TAM | 0.5 | $250.00 | $125.00 | Review Opposition to Motion for summary reversal in appeal and related telephone message and email to D. Durbin re: Reply.  Edit Guberman's Rule 26(f) attorneys statement for filing with court. |
| 3/27/2006 | TAM | 0.5 | $250.00 | $125.00 | Telephone conference with Peter DoSantos, The Hartford Main Office, re: Bond and supporting documentation.  Review draft reply brief for summary reversal;related telephone conference with D. |
| 6/15/2006 | TAM | 0.3 | $250.00 | $75.00 | Telephone conference with D. Durbin and JBM re: Appeals Court denying motion for summary reversal. |
| 9/18/2006 | TAM | 0.8 | $250.00 | $200.00 | Telephone conference with JBMand MJF re on-going strategies and bond letter. |
| 9/18/2006 | MJF | 1.1 | $125.00 | $137.50 | Telephone conference TAM re naming Castiel as individual defendant and discovery issues; telephone conference TAM JBM re raising the matter of defective bond to Ellipso counsel; prepare draft letter to Ludaway re same. |
| 9/19/2006 | TAM | 1 | $250.00 | $250.00 | Review draft appeal brief; prepare related emails to JBM, Patterson and David Durbin. |
| 9/20/2006 | TAM | 0.4 | $250.00 | $100.00 | Telephone conference with Patterson re: discovery and strategy; forward letter to Ludaway re: bond. |
| 1/22/2007 | TAM | 1.3 | $250.00 | $325.00 | Conference with David Durbin at his offices and telephone conference with JBM re: appeal preparation. |
| 1/23/2007 | TAM | 2 | $250.00 | $500.00 | Attend Oral argument on appeal; related conference with JBM and Patterson. |
| 3/22/2007 | MJF | 0.3 | $125.00 | $37.50 | consider motion to quash |
| 3/22/2007 | MJF | 1 | $125.00 | $125.00 | conference w/ TAM re: motion to quash |
| 3/22/2007 | TAM | 1 | $250.00 | $250.00 | conference w/ MJF re: motion to quash |
| 3/23/2007 | TAM | 4 | $250.00 | $1,000.00 | office conference with JBM and R. Patterson re appellate decision and strategy to move forward |

| DATE | TIMEKEEPER | HOURS | RATE | TOTAL | Description |
|---|---|---|---|---|---|
| 3/23/2007 | MJF | 0.5 | $125.00 | $62.50 | review and consider appellate decision |
| 3/23/2007 | DPD* | | | $15,063.11 | Appeal of Preliminary Injunction; prepare Briefs; make Oral argument |
| 3/24/2007 | TAM | 0.8 | $250.00 | $200.00 | telephone conference with MJF re: appellate decision and strategy. |
| 4/30/2007 | Transcript fee | | | $280.00 | |
| 4/30/2007 | copies | | | $153.60 | |
| 1/7/2008 | PACER fees | | | $258.24 | |
| 3/24/2008 | MJF | 0.8 | $125.00 | $100.00 | Conference w/ TAM re: appellate decision. |
| 3/24/2008 | MJF | 0.6 | $125.00 | $75.00 | Prepare email to TAM and JBM pertaining to evidentiary aspects of presenting a specific email with Motion to dissolve the preliminary injunction. |
| 4/4/2008 | PACER fees | | | $143.44 | |
| 4/28/2008 | transcript fee | | | $118.30 | |
| | | | Sub total | $38,020.39 | ATTORNEY'S FEES AND COSTS IN DEFENDING THE PRELIMINARY INJUNCTION IN ELLIPSO V. MANN ET AL 05-CV-1186 (RCL) |

| DATE | TIMEKEEPER | HOURS | RATE | TOTAL | Description |
|---|---|---|---|---|---|
| 5/2/2006 | MJF | 7 | $125.00 | $875.00 | meeting with JBM at him home to review emails from Castiel and Patterson |
| 5/4/2006 | TAM | 0.3 | $250.00 | $75.00 | telephone conferene with MJ Foycik re meeting with JBM |
| 5/12/2006 | MJF | 3.9 | $125.00 | $487.50 | work on draft response to FRCP 26(a) disclosure statement; study all papers in the case files; related office conference with TAM |
| 5/15/2006 | TAM | 3.5 | $250.00 | $875.00 | Office conference with JBM, R. Patterson, and MJF including discussion of details of first meetings with Castiel, Patterson and Mann. |
| 5/15/2006 | MJF | 3 | $125.00 | $375.00 | Office conference with JBM, R. Patterson, and MJF including discussion of details of first meetings with Castiel, Patterson and Mann. |
| 8/2/2006 | TAM | 1.5 | $250.00 | $375.00 | Telephone conference with JBM and R. Patterson re: deposition schedules for Castiel and Tomassoni; related emails to opposing counsel; prepare amended notice of Castiel deposition. |
| 8/4/2006 | TAM | 0.4 | $250.00 | $100.00 | Office conference with MJF re: discovery requests to Ellipso. |
| 8/4/2006 | MJF | 2.5 | $125.00 | $312.50 | Office conference with TAM re: discovery requests to Ellipso. |
| 8/10/2006 | MJF | 2.7 | $125.00 | $337.50 | Telephone conference, TAM re draft discovery; continue work of First Requests for Production of documents in light of TAM comments. |
| 8/11/2006 | MJF | 2.2 | $125.00 | $275.00 | draft requests for admissions; draft First Interrogatories |
| 8/14/2006 | TAM | 2.1 | $250.00 | $525.00 | Review Ellipso's discovery requests to Mann defendants and to R. Patterson; begin editing Mann draft discovery requests to Ellipso |
| 8/15/2006 | TAM | 3.7 | $250.00 | $925.00 | Continue and complete document requests and requests for admissions to Ellipso. |
| 9/8/2006 | TAM | 0.5 | $250.00 | $125.00 | Review e-mail from Goodman re: discovery and Castiel deposition; prepare response and related telephone conference with Goodman. |
| 9/9/2006 | TAM | 1.2 | $250.00 | $300.00 | Email to Goodman re: Castiel deposition |
| 9/9/2006 | MJF | 3 | $125.00 | $375.00 | Review Castiel emails and prepare deposition outline for Castiel deposition. |
| 9/20/2006 | MJF | 0.5 | $125.00 | $62.50 | Telephone conference TAM re Goodman September 20 letter re Mann Second document requests and strategy concerning Motion to compel. |
| 9/22/2006 | TAM | 1.8 | $250.00 | $450.00 | Various telephone conferences with MJF re: motion to compel responses to second document request; finalize and file motion. |
| 9/28/2006 | TAM | 1.3 | $250.00 | $325.00 | Review draft deficiency letter re: Ellipso's reponses to Requests for Admissionas prepared by MJF; complete and forward to Goodman. |
| 9/28/2006 | MJF | 2 | $125.00 | $250.00 | Inspect documents produced by Ellipso; prepare draft letter to bonding company |
| 9/29/2006 | MJF | 2 | $125.00 | $250.00 | Office conference with MJF re: strategy on discovery and Goodman's misrepresentations. |
| 9/30/2006 | MJF | 2.4 | $125.00 | $300.00 | Begin draft letter to Goodman re deficiencies in Ellipso's production of documents |
| 3/2/2007 | TAM | 4.7 | $250.00 | $1,175.00 | Continue and complete deficiency letter to opposing Goodman re Ellipso's failure to respond adequately to Mann's Second Document Requests and draft Protective Order; prepare subpoena to UBS |
| 3/6/2007 | TAM | 1.2 | $250.00 | $300.00 | Begin preparation of deficiency letter for Mann requests 1-50. |
| 3/7/2007 | TAM | 2 | $250.00 | $500.00 | Continue deficiency letter for Mann first Requests 1-50. |
| 3/14/2007 | TAM | 1.5 | $250.00 | $375.00 | Prepare response to Goodman 3/13 letter and deposition notice to Castiel. |
| 3/27/2007 | TAM | 1.5 | $250.00 | $375.00 | Office conference w JBM and Patterson re discovery responses and Castiel deposition and the need to make a record concerning Castiel's refusal to be deposed and the outstanding Notice of Deposition to Patterson |
| 3/28/2007 | TAM | 1.9 | $250.00 | $475.00 | Make record of Castiel's failure to appear at his scheduled deposition; related office conference with Patterson |
| 5/2/2007 | TAM | 2.3 | $250.00 | $575.00 | Prepare for Castiel Deposition; related telephone conference with R. Patterson |
| 5/3/2007 | TAM | 10.3 | $250.00 | $2,575.00 | Travel to and attend Castiel Deposition in Reston |
| 7/6/2007 | CGH | 1 | $300.00 | $300.00 | Review Court Order; review law clerk memo and cited cases on dissolving injunction |

| DATE | TIMEKEEPER | HOURS | RATE | TOTAL | Description |
|---|---|---|---|---|---|
| 7/10/2007 | GC | 3.3 | $75.00 | $247.50 | Progress meeting with CGH; review selected court opinions; meeting with CGH, client and JS |
| 7/10/2007 | CGH | 4 | $300.00 | $1,200.00 | Review and analysis of dicuments in file! PACER review of court orders and pleadings; office conference with client and GC; strategy planning. |
| 7/13/2007 | GC | 3 | $75.00 | $225.00 | Reading and analyzing Castiel deposition transcript |
| 7/13/2007 | CGH | 0.3 | $300.00 | $90.00 | review email; conference with GC |
| 7/14/2007 | GC | 1.8 | $75.00 | $135.00 | Reading and analyzing Castiel deposition transcript |
| 7/16/2007 | GC | 2.3 | $75.00 | $172.50 | Reading and analyzing Castiel deposition transcript |
| 7/17/2007 | GC | 2.5 | $75.00 | $187.50 | Reading and analyzing Castiel deposition transcript |
| 7/18/2007 | GC | 3 | $75.00 | $225.00 | Reading and analyzing Castiel deposition transcript |
| 7/18/2007 | CGH | 0.5 | $300.00 | $150.00 | Brief review of depositon; conference with GC |
| 7/19/2007 | GC | 2.5 | $75.00 | $187.50 | Reading and analyzing Castiel deposition transcript |
| 7/20/2007 | CGH | 0.3 | $300.00 | $90.00 | Review draft motion for amendment of scheduling order; email comments to Goodman |
| 7/24/2007 | GC | 1.5 | $75.00 | $112.50 | Reading and analyzing Castiel deposition transcript |
| 7/25/2007 | JS | 1.6 | $75.00 | $120.00 | Assemble pleadings binder |
| 7/30/2007 | GC | 2 | $75.00 | $150.00 | Reading and analyzing Castiel deposition transcript and exhibits |
| 7/31/2007 | GC | 2.5 | $75.00 | $187.50 | Reading and analyzing Castiel deposition transcript and exhibits |
| 8/1/2007 | CGH | 2.3 | $300.00 | $690.00 | Review Court scheduling Order and past pleadings; conference with GC re strategy, etc. |
| 8/2/2007 | GC | 1.5 | $75.00 | $112.50 | Reading and analyzing Castiel deposition transcript and exhibits |
| 8/3/2007 | GC | 2 | $75.00 | $150.00 | Reading and analyzing Castiel deposition transcript and exhibits |
| 8/8/2007 | CGH | 3 | $300.00 | $900.00 | work on discovery issues |
| 8/15/2007 | GC | 3 | $75.00 | $225.00 | Meeting with CGH re content of deposition notice for Ellipso; conference call with client asited CGH with deposition notice |
| 8/15/2007 | CGH | 3.5 | $300.00 | $1,050.00 | Review Castiel deposition; draft notices of depositions, including Rule 30b) lists of questions areas and documents; prepare discovery certificate; |
| 10/30/2007 | CGH | 0.5 | $300.00 | $150.00 | review Patterson Motion to Quash |
| 11/7/2007 | GC | 0.7 | $75.00 | $52.50 | review Patterson Motion to Quash |

Sub total $21,435.00

ATTORNEY'S FEES AND COSTS IN DETERMINING WHEN ELLIPSO KNEW OF PATTERSON'S ROLE IN MANNTECH

| DATE | TIMEKEEPER | HOURS | RATE | TOTAL | Description |
|---|---|---|---|---|---|
| 11/8/2007 | CGH | 1.5 | $300.00 | $450.00 | conference with GC and JS re msj and whether additional discovery is needed |
| 11/8/2007 | GC | 1.8 | $75.00 | $135.00 | meet with CGH and JS; finished reading Patterson Motion to Quash |
| 11/9/2007 | CGH | 0.5 | $300.00 | $150.00 | conference with JS re MSJ |
| 11/12/2007 | CGH | 2 | $300.00 | $600.00 | review documents for MSJ |
| 11/12/2007 | GC | 3.8 | $75.00 | $285.00 | conference call with CGH and client; begin document search related to MSJ |
| 11/13/2007 | CGH | 0.3 | $300.00 | $90.00 | review Ellipso motion for extension of time |
| 11/14/2007 | CGH | 1.2 | $300.00 | $360.00 | conference with client; review draft MSJ |
| 11/15/2007 | CGH | 0.8 | $300.00 | $240.00 | prepare motion for enlargement of time |
| 11/15/2007 | GC | 1 | $75.00 | $75.00 | analyze draft msj |
| 11/16/2007 | CGH | 0.7 | $300.00 | $210.00 | draft motion for extension of time to file MSJ |
| 11/16/2007 | GC | 0.6 | $75.00 | $45.00 | analyze draft msj |
| 11/17/2007 | GC | 0.8 | $75.00 | $60.00 | email analysis of draft msj |
| 11/19/2007 | CGH | 0.5 | $300.00 | $150.00 | serve motion; conference with client |
| 11/20/2007 | CGH | 0.5 | $300.00 | $150.00 | review materials from client re msj |
| 11/26/2007 | CGH | 2.5 | $300.00 | $750.00 | drafting MSJ; exchange emails with client |
| 11/26/2007 | GC | 1.4 | $75.00 | $105.00 | review draft statement of facts |
| 11/27/2007 | JS | 1.2 | $75.00 | $90.00 | Research for MSJ |
| 11/27/2007 | CGH | 7 | $300.00 | $2,100.00 | Research and draft MSJ |
| 11/28/2007 | CGH | 4 | $300.00 | $1,200.00 | Review client and GC edits/comments of draft MSJ |
| 11/28/2007 | GC | 2 | $75.00 | $150.00 | review clients edits of draft MSJ |
| 11/29/2007 | JS | 3.4 | $75.00 | $255.00 | Research for MSJ |
| 11/29/2007 | CGH | 8 | $300.00 | $2,400.00 | Work on MSJ and exhibits; review revisions of Statement of Facts and client affidavit; exchange e-mails with client |
| 11/29/2007 | GC | 8 | $75.00 | $600.00 | Analyzed client's comments on draft MSJ and Statement of Facts |
| 11/30/2007 | CGH | 6.5 | $300.00 | $1,950.00 | finished MSJ, statement of facts, affodavit and exhibits; arranged for e-filing and service. |
| 12/3/2007 | CGH | 1.5 | $300.00 | $450.00 | prepare Motion for Summary Judgment |
| 12/3/2007 | GC | 5.5 | $75.00 | $412.50 | organized files and fact checked for MSJ |
| 12/4/2007 | GC | 0.5 | $300.00 | $150.00 | review factual corrections to MSJ; legal analysis |
| 12/6/2007 | CGH | 1 | $300.00 | $300.00 | work on corrected MSJ and statement of facts; conference with client |
| 12/7/2007 | CGH | 0.8 | $300.00 | $240.00 | work on corrected MSJ and statement of facts; conference with client |
| 12/7/2007 | GC | 0.7 | $75.00 | $52.50 | analyzed client's comments on MSJ |
| 12/10/2007 | CGH | 4.5 | $300.00 | $1,350.00 | work on corrected MSJ and statement of facts; conference with client |
| 12/10/2007 | GC | 2.2 | $75.00 | $165.00 | analyzed client's comments on MSJ; meeting with CGH |
| 12/11/2007 | CGH | 0.8 | $300.00 | $240.00 | file MSJ; tel con with Lourie |
| 12/28/2007 | GC | 1.4 | $75.00 | $105.00 | analyze Ellipso opposition to MSJ |
| 12/28/2007 | CGH | 2 | $300.00 | $600.00 | analyze Ellipso opposition to MSJ |
| 12/30/2007 | GC | 2.8 | $75.00 | $210.00 | analyze Ellipso opposition to MSJ |
| 12/31/2007 | GC | 4.4 | $75.00 | $330.00 | analyze Ellipso opposition to MSJ |
| 12/31/2007 | CGH | 1.5 | $300.00 | $450.00 | conference with GC re reply to opposition to msj |
| 1/2/2008 | CGH | 1 | $300.00 | $300.00 | review points for reply to opposition to msj |
| 1/2/2008 | GC | 3.8 | $75.00 | $285.00 | reviewed clients comments related to Ellipso opposition to MSJ; assisted CGH on responding to Ellipso |
| 1/3/2008 | CGH | 2 | $300.00 | $600.00 | review additonal materials on reply; draft motion for enlargement of time to file reply |

| DATE | TIMEKEEPER | HOURS | RATE | TOTAL | Description |
|---|---|---|---|---|---|
| 1/3/2008 | GC | 2.3 | $75.00 | $172.50 | assist CGH on reply to opposition to msj |
| 1/4/2008 | CGH | 3.2 | $300.00 | $960.00 | conference call with client and GC; work on reply brief; final, file and serve motion for enlargement of |
| 1/4/2008 | GC | 3.5 | $75.00 | $262.50 | assist CGH on reply to opposition to msj |
| 1/10/2008 | CGH | 5.5 | $300.00 | $1,650.00 | research and draft reply to oposition to msj |
| 1/10/2008 | GC | 1 | $75.00 | $75.00 | assist CGH with first draft of reply to opposition to msj |
| 1/11/2008 | CGH | 6.5 | $300.00 | $1,950.00 | complete work on reply brief; telephone conference with client; file and serve reply |
| 1/11/2008 | GC | 7.2 | $75.00 | $540.00 | assist CGH on reply to opposition to msj; email and telephone conference with client |

Sub total **$24,450.00** ATTORNEY'S FEES AND COSTS IN MSJ LIFTING THE PRELIMINARY INJUNCTION

**TOTAL LEGAL COSTS** **$83,905.39**

*TAM - Thomas A. Mauro, Esq.
**DP - David Page, Esq.
***MJF - Michael J. Foycik, Esq.
CGH
GC
DPD - David P. Durbin, Esq.
CGH - Christopher G. Hoge, Esq.
GC - Gheorghe Campeanu
JS - Jason Schwartz