

ellipso®

*Corporate Overview*
*September 2003*

**EXHIBIT**

**6**

ALL-STATE LEGAL®
**PLAINTIFF'S EXHIBIT**

21



# Who is Ellipso?

## Ellipso Shareholders include:

- Boeing
- ICO Global Limited (McCaw- Bill Gates)
- L3Com
- HarbourVest Financial
- Israel Aircraft Industries

**Ellipso IP (satellite telephony)**

~12 U.S. Patents

~7 U.S. Patents Pending

**Virtual Geo IP (broadband)**

~5 U.S. Patents

~4 U.S. Patents Pending

## Ellipso - Board of Directors include:

- Ambassador Richard Burt (Germany; Chief START negotiator)
- Honorable F. Whitten Peters, former Air Force Secretary
- Honorable David Oliver Jr., Admiral (Ret.), former Acting Under Secretary of Defense for Acquisitions, Logistics, and Technology*
- Charles Bigot, former Chairman and CEO, Arianespace (France)

\* *Admiral Oliver is on leave by request from DoD Secretary Donald Rumsfeld to assist Hon. Paul Bremer in Iraq's reconstruction. Will resume active duty on Ellipso Board in November 2003*

Ellipso Proprietary

ellipso



# Satellite Telephony Assets

- Partnered with ICO (McCaw- Gates) to share space platform
- Exchanged equity position
- Awaiting regulatory approvals

> ICO recently concluded construction contract with Boeing to complete system by 2005

# The New York Times

## ON THE WEB

**August 24, 2003**

### Boeing to Restart ICO Satellite Building

By REUTERS

Filed at 10:21 p.m. ET

NEW YORK (Reuters) - ▓▓▓▓ (BA.N) has signed a contract to complete construction of 10 partly built satellites for mobile communication company Global Telecommunications, the jet and aerospace company said on Sunday, marking a huge boost for its troubled satellite operation.

Chicago-based Boeing, the world's largest commercial jet-maker and a leading military and space contractor, could get hundreds of millions of dollars in revenue from resuming work on the project.

``In a very depressed commercial satellite market, any kind of development like this is very good news,'' Boeing spokesman Dan Beck told Reuters

Under the agreement, Boeing will dust off 10 unfinished satellites and deliver them to ICO beginning in 2005, Boeing officials said.

The story was first reported in the Wall Street Journal's online edition on Sunday.

The potentially lucrative contract comes as the satellite building business suffers a slump as overcapacity cuts demand for new satellites.

Boeing has booked hundreds of millions of dollars in charges against earnings to reflect a wide range of problems in its satellite making and launch business.

The collapse of many ambitious telecommunications projects has left the industry with a fraction of the demand that was once expected. Boeing has also had quality control problems in its El Segundo, California, satellite factory and last month was hit with sanctions by the U.S. Air Force for improperly possessing thousands of documents from rival Lockheed Martin Corp. (LMT.N) that may have helped Boeing win a lucrative military launch contract.

Representatives of ICO could not be reached for comment on the deal. ICO, backed by cellular phone pioneer Craig McCaw, is planning to build a global network of voice, wireless Internet and other data services for personal devices. McCaw led a group of international investors to provide $1.2 billion to acquire the ICO business in May 2000.

Boeing's Beck said he did not know if ICO had chosen a launch vehicle for the new satellites. Boeing has built satellites for ICO before, he said.

The contract to launch the satellites has not yet been announced, Boeing said.



*Ellipso Proprietary*

ellipso®



# New Space for Broadband

Space Today
Spectrum and Orbital
Slots are Scarce

Up to 300 satellites can be added with No interference
with Geos in all frequency bands!

Virtual Geo avoid interference
with Geos
Replicates Spectrum!



ACTIVE
OPERATIONAL
REGION FOR
GEO
SATELLITES

40° MINIMUM
SEPARATION
ANGLE- ANY
VIRGO TO
ANY GEO

Ellipso Proprietary



ellipso

# Global Single Point of Control

<u>From Anchorage, Alaska</u>

From Springfield, IL



Status: 1500 MHz in Ku band expected to be licensed by FCC in mid 2004

Ellipso Proprietary

ellipso

# Applications

## Military

- *Afghanistan and Iraq Wars highlighted the use of UAVs/UCAVs*
  - *Global Hawk (Northrop-Grumman)*
  - *Predator (General Dynamics)*

- *Global Satcom Augmentation Study on Spectrum Reuse presented to John Stenbit, Assistant Secretary of Defense for C3I (Study funded by DoD): Virtual Geo tops the list!*

| | GSO | MobileSat | MobileSat2 | NGSO Iridium | NGSO Teledesic |
|---|---|---|---|---|---|
| Constellation Cost | 11.4 | 8.26 | 7.42 | 8.78 | 8.86 |
| Separation from GEO arc | 28/32 | .46 | 57/3 | 41 | 41 |
| NGSO Modularity | 3 | 2 | 1 | 3 | 2 |
| NGSO satellite loss impact | 0.33 | 0.33 | 0.5 | 0.2 | 0.2 |
| Robustness | 2 | 2 | 2 | 3 | 3 |
| Min lat of Full NGSO visibility | 79.3 | 61.8 | 50.2 | 64.8 | 64.8 |
| Max NGSO Latency, msec | 135 | 147 | 147 | 104 | 104 |
| High latitude min elev angles 50N | 30 | 34 | 19 | 59 | 32 |
| 70N | 27 | 48 | 26 | 63 | 47 |
| NGSO Cost effectiveness | 0.713 | 0.939 | 0.585 | 1.025 | 1.025 |
| FCC Licensed (commercial) | No | No | No | No | No |

| Best | 2nd Best |
|---|---|

## Commercial

- **Personal Video Channel**: Beyond Video On Demand
- **Broadband Internet globally**
- Airline Passenger Internet
- Tele-medicine
- Tele-education

### Technology
The New York Times

August 17, 2001

### Hollywood Moves to Rent Movies Online

By RICK LYMAN

LOS ANGELES, Aug. 16 — Five major movie studios, including some of Hollywood's top players, unveiled plans today for a joint venture that would allow computer users to download rental copies of feature films over the Internet.

The service, which will be available only to those with high-speed Internet connections, is an attempt to get ahead of piracy problems that have plagued the music industry through services like Napster and which were beginning to be felt in the film industry with newer file-swapping services.

"I think the majority of consumers before that copyright has value and that if they have a pay vehicle to watch movies on the Internet, they will pay for it," said Yair Landau, president of Sony [machinima?] Pictures Digital Entertainment. "We want to give honest people an honest alternative."

The venture is also being seen by many studio executives as a first step toward true video-on-demand, when consumers will be able to watch any movie they want, whenever they want.


ellipso

# Ellipso 881-2 and 881-3 Universal Number Series

## Overview

Ellipso Proprietary

ellipso®

# +881 2/3 Assets

- Unique country code numbers +8812 and +8813
  - ITU Allocated
  - Allows Ellipso to be treated like a stand alone country
  - Recognized by ITU members as numbers that can be directly dialed
  - Up to 20 BILLION numbers available
  - Anticipated migration of certain services to Ellipso GMPCS services

Ability to offer specialized services globally!

*Ellipso Proprietary*

ellipso

# Status

Through agreement with Sunburst-Pronto, a US carrier:

- KPN is exclusive 881-3 Transit Carrier worldwide
- Eighteen other carriers have loaded for initial commercial operations:

| Netherlands | KPN |
| --- | --- |
| Philippines | PLDC |
| Rwanda | RPTT |
| New Zealand | Telecom NZ |
| Singapore | Singtel |
| Denmark | TeleDenmark |
| Norway | Norway Telecom |
| Belgium | KPN Orange |
| USA | Sprint |
| UK | Cable&Wireless |
| UK | MCL |
| UK | Station 12 |
| Europe | Xantic |
| Europe | Mobile Providers |
| Austria | Mobile |

## INTERNATIONAL TELECOMMUNICATION UNION

Telecommunication
Standardization Bureau

TELEFAX

Place des Nations      Telephone +41 22 730 51 11
CH-1211 Geneva 20      Telefax Gr3: +41 22 733 72 56
Switzerland      Gr4: +41 22 730 65 00

...ITU Operational Bulletin No. 789 of 1.VI.2003: Ellipso (country code +881 3)
Communication of 7.V.2003:

Information for International Carriers and Administrations

Ellipso, Inc. requests the cooperation of telephone companies and regulators regarding the immediate implementation of the Global Mobile Satellite System (GMPCS) country code 881 3 into their networks / country.

The ITU assigned country code 8813 will be introduced into service on 1 June 2003. Provisions must therefore be made in all countries, with immediate effect, for callers to be able to use the country code 881 3 followed by the subscriber number....

Routing: Ellipso currently has an exclusive Transit-Carrier Agreement with KPN Telecom B.V. (The Netherlands). Traffic to country code 881 3 received from any of your customers needs to be sent to KPN Telecom for termination., We therefore would appreciate your support and assistance in the circulation of this information.

Please forward the information on the Ellipso GMSS country code 881 3 to your
- Subsidiaries -Alliances -Joint Ventures- Other operators with whom you have interconnect agreements

Inquiries concerning this notice should be directed to:

Mr. Piet Elshout, Technical Manager, KPN, Netherlands
Tel: +31 70 343 6996 E-mail: p.d.elshout@kpn.com

...The initial 881 3 dialing plan will consist of 881 3 followed by five numbers, i.e., 881 3XXXXX.

Ellipso Proprietary


ellipso

# Services

## NOW

**International One Number Access**

- ❖ Provide numbers that can be directly dialed from anywhere in the world and offer a "called party pays" service to multinational companies,
- ❖ Callers never pay more than a local call

**Vanity Global One Number Access**

- ❖ Same as above but customized per subscriber's name and or affiliation.

**Universal Access Number for Calling Card service**

- ❖ Telecom customers dial a single number worldwide to access Telecom International service, for example 881-2-TELECOM.
- ❖ Telecom's own vanity number

**Premium Call-In Services**

- ❖ Provide numbers that can be directly dialed from anywhere in the world and offer premium services, such as information content, stock quotes, psychic, and chat lines
- ❖ Caller is billed cost of call and margin

## NEXT

**International "Follow-Me" Service**

- ❖ Satellite and/or Web-based service that makes any user instantly reachable on any wireless or wireline phone through one phone number anywhere in the world by anyone in the world
- ❖ Real-time user management over web-site targeting businesses and frequent travelers

**E-num Capability:**

- Combine Vanity and ISP Access, e-mail...

**"Ethnic" Markets in the US:**

- Vanity with a purpose

**Other:**

- ❖ One-number Roaming Bypass (Offer one-number, one-phone wireless service to international roaming customers at cheaper rates than they currently can receive with existing roaming arrangements)
- ❖ **Termination** (Terminate traffic in major hubs (rating table/arbitrage)

**ellipso**

# Universal One Number – Vanity



- GSM Number 011-44-171-35-45-66-78
- US Cellular Number 00-1-617-234-8978
- US Office Number 00-1-617-567-8900
- US Home Number 00-1-212-234-5698
- US West Coast Number 00-1-213-890-7800
- European Hotel Number 011-33-1-45-65-54-34
- Asia Number 011-61-23-45-66-77
- Satellite Service Number: the Ellipso Universal Number

SAME UNIVERSAL NUMBER
("LOCAL" CALL EVERYWHERE)

011-881-2-HIDALGO

00-881-2-VALIENTE

or

00-881-2-MICOMPANIA

Ellipso Proprietary



# One Number Calling Card Service



Telecom Access Numbers in Selected Countries
- US Number 800-345-6789
- Argentina 665-6677-8700
- Singapore 15-567-8900
- UK 171-445-6768
- France 60-98-76-54
- Rwanda 27-26-44-54
- Hong Kong 45-45-67-67-88
- Satellite Service 881-2-ellipso

Now Telecom has One Global Number:

| | |
|---|---|
| • US | 011-881-2-TELECOM |
| • Argentina | 00-881-2-TELECOM |
| • Singapore | 00-881-2-TELECOM |
| • UK | 00-881-2-TELECOM |
| • France | 00-881-2-TELECOM |
| • Rwanda | 00-881-2-TELECOM |
| • Hong Kong | 00-881-2-TELECOM |
| • Satellite | 00-881-2-TELECOM |

*Ellipso Proprietary*

ellipso®



US Ethnic Market

Callers in Latin America

00-881-2-FELIPE

00-881-2-PEDRO-B

00-881-2-MIPENA

Called in US

Subscribers has his OWN Toll Free Global Number

Ellipso Proprietary

ellipso

# Revenue Opportunity

» Monthly fee from numbers usage

» Per minute traffic charge

» Premium Service Surcharge

» Increased Customer Base

Ellipso Proprietary

ellipso

# Worldwide Loading

- Enlist Global Transit Carrier 881-3 is KPN

- Transit Carrier signs up interconnect carriers for global connectivity (loading of 881 code)

- Assign sub series to specific carriers/services providers

- Transit Carrier benefits from entire traffic

- Interconnect Carriers benefit from their traffic/services

- No, or very low Capex

# Distribution

- Transit Carrier and Interconnect Carriers market to and retain control of their customer base

- Interconnect carriers provide traffic to other IXCs and Transit Carrier

- Marketing is done at the local level

- Global Marketing is coordinated between Ellipso, the Transit Carrier and selected Interconnect carriers.

*Ellipso Proprietary*

ellipso

# E-8812/3 Platform

## Flexible network Architecture facilitates service roll-out.



Ellipso Proprietary

