| | |
|---|---|
| From: | David Castiel [dcastiel@ellipso.com] |
| Sent: | Monday, September 27, 2004 10:56 AM |
| To: | 'John Mann' |
| Cc: | Robert Patterson-Yahoo |
| Subject: | RE: |

Hi John,

You are right, selling ICO now is not sensible (although the current bid is $.16 not $.13, if that makes anybody feel better). The main loan remains "secured" by the original shares, the $12,500 was to be repaid out of the next 100,000 shares sold commonly. I don't think we foresaw we wouldn't sell at least 100,000 shares. My suggestion to you last time we met was to add a security tied to 881 revenues; if that appears more appealing to you we could perhaps work out something.

Since the agreement normally expires in a few days, do we need to formally annul? And what would be the consequences of such act? I am open to suggestions, and to a meeting chez Silver at your convenience.

What do you think?

David

-----Original Message-----
From: John Mann [mailto:john.mann@starband.net]
Sent: Monday, September 27, 2004 10:37 AM
To: dcastiel@ellipso.com
Cc: Robert Patterson-Yahoo
Subject: RE:

Hi David:

Sorry to not get back to you earlier. Was in Charlottesville. Currently the best bid on the shares is about $.13. Theoretically I could purchase over 125,000 shares for $25,000 on the open market, with no restrictions or complications, so I'm not sure why the promise of 50,000 shares in the future and future pledged collateral makes much sense to Mann Tech.

In addition, Ellipso owes Mann Tech $12,500 for the last $10,000 advance made.

Since it doesn't appear that selling ICO stock makes much sense at this time, I suggest we formally annull the current selling agreement (it expires on the 1st of October) and figure out how Ellipso plans to secure Mann Tech's current loans to and investment in Ellipso.

Regards

John Mann

-----Original Message-----
From: David Castiel [mailto:dcastiel@ellipso.com]
Sent: Thursday, September 23, 2004 4:33 PM
To: John Mann
Cc: Robert Patterson-Yahoo
Subject:

9/20/2006

P 00239

EXHIBIT 7

Hi John,

Bob and I met and we agreed that I contact you to propose the following:

1) We originally requested a short term loan to bridge the gap created by our inability to liquidate enough of the stock at UBS, and you proposed an outright purchase of shares.
2) You will provide us with $25,000 and we will transfer 50,000 shares ASAP.
3) The balance between the current share value and the cash advanced becomes a loan payable in full within 90 days.
4) If the loan is not paid, the Company issues a number of shares equal to the balance defined in point 3 above divided by the price per share at the time of closing.

With the above, we minimize the outlay of equity while still giving you the collateral you require, or cash back or both.

In our humble view the risk to you is equal or less than in your proposed transaction.

I appreciate your willingness to help as we develop this business. As you said it always takes longer. I hope you can give us one last push.

Regards,

David

P 00240

9/20/2006

From: John Mann [john.mann@starband.net]
Sent: Monday, September 27, 2004 11:16 AM
To: dcastiel@ellipso.com
Cc: Robert Patterson-Yahoo
Subject: RE:

David:

I'm available on Friday am (early, I'm leaving town on Sat for a week). I think at this point I'm disinclined to advance additional funds absent some additional security. On the 881 front, it's almost October and we've yet to run a single minute of traffic. I'm in for about $200,000 and the value of MannTech's ICO stock is valued at about $60,000.

"It always gets darkest just before it goes completely black." Warren Buffett

John

>-----Original Message-----
>From: David Castiel [mailto:dcastiel@ellipso.com]
>Sent: Monday, September 27, 2004 10:56 AM
>To: 'John Mann'
>Cc: Robert Patterson-Yahoo
>Subject: RE:
>
>Hi John,
>
>You are right, selling ICO now is not sensible (although the current bid is $.16 not $.13, if that makes anybody feel better). The main loan remains "secured" by the original shares, the $12,500 was to be repaid out of the next 100,000 shares sold commonly. I don't think we foresaw we wouldn't sell at least 100,000 shares. My suggestion to you last time we met was to add a security tied to 881 revenues; if that appears more appealing to you we could perhaps work out something.
>
>Since the agreement normally expires in a few days, do we need to formally annul? And what would be the consequences of such act? I am open to suggestions, and to a meeting chez Silver at your convenience.
>
>What do you think?
>
>David
>
>>-----Original Message-----
>>From: John Mann [mailto:john.mann@starband.net]
>>Sent: Monday, September 27, 2004 10:37 AM
>>To: dcastiel@ellipso.com
>>Cc: Robert Patterson-Yahoo
>>Subject: RE:
>>
>>Hi David:
>>
>>Sorry to not get back to you earlier. Was in Charlottesville. Currently the best bid on the shares is about $.13. Theoretically I could purchase over 125,000 shares for $25,000 on the open market, with no restrictions or complications, so I'm not sure why the promise of 50,000 shares in the future and future pledged collateral makes much sense to Mann Tech.

In addition, Ellipso owes Mann Tech $12,500 for the last $10,000 advance made.

Since it doesn't appear that selling ICO stock makes much sense at this time, I suggest we formally annull the current selling agreement (it expires on the 1st of October) and figure out how Ellipso plans to secure Mann Tech's current loans to and investment in Ellipso.

Regards

John Mann

> -----Original Message-----
> From: David Castiel [mailto:dcastiel@ellipso.com]
> Sent: Thursday, September 23, 2004 4:33 PM
> To: John Mann
> Cc: Robert Patterson-Yahoo
> Subject:
>
> Hi John,
>
> Bob and I met and we agreed that I contact you to propose the following:
>
> 1) We originally requested a short term loan to bridge the gap created by our inability to liquidate enough of the stock at UBS, and you proposed an outright purchase of shares.
> 2) You will provide us with $25,000 and we will transfer 50,000 shares ASAP.
> 3) The balance between the current share value and the cash advanced becomes a loan payable in full within 90 days.
> 4) If the loan is not paid, the Company issues a number of shares equal to the balance defined in point 3 above divided by the price per share at the time of closing.
>
> With the above, we minimize the outlay of equity while still giving you the collateral you require, or cash back or both.
>
> In our humble view the risk to you is equal or less than in your proposed transaction.
>
> I appreciate your willingness to help as we develop this business. As you said it always takes longer. I hope you can give us one last push.
>
> Regards,
>
> David

P 00247

9/20/2006

From: John Mann [john.mann@starband.net]
Sent: Wednesday, September 29, 2004 10:15 AM
To: dcastiel@ellipso.com; Robert Patterson-Yahoo
Subject: RE: Meeting on Friday

I'm there. Will Juan join us?

John

> -----Original Message-----
> From: David Castiel [mailto:dcastiel@ellipso.com]
> Sent: Wednesday, September 29, 2004 10:07 AM
> To: John Mann; Robert Patterson-Yahoo
> Subject: Meeting on Friday
>
> Are we on for Friday at 10:00 chez Silver? I've had several conversations with KPN and it appears that Vanity may become a much earlier option than anticipated. So it is important to get together and strategize, especially that you John will be out of town for a while.
>
> Please confirm.
>
> David

From: David Castiel [dcastiel@ellipso.com]
Sent: Friday, December 10, 2004 8:32 AM
To:   John Mann; Robert Patterson-Yahoo

Hi John,

Yesterday, Bob and I discussed the usefulness to dispose of up to 300,000 shares of the assets held jointly between Ellipso and Mann Tech/TRSC and split the proceeds according to our agreement of last summer. He asked me if I were willing to go along at 50-50 according to last summer agreement rather than the approximately 60-40 of the original loan agreement. I agreed. He later informed me that you had agreed to a sale of up to 150,000 shares at $0.50 or higher.

Although we agreed last summer to maintain open lines of communication concerning any transaction of the Ellipso shares held in collateral by Mann Tech/TRSC, UBS informed me that you have instructed them not to tell me any details of these transactions. Based on the volume of transactions in the market yesterday (over 1.2 million at $0.55) I must assume that the sale order has been filled, at least partially.

Please see to it to transfer half the proceeds to the Ellipso account, as agreed.

Kind Regards,

David

9/20/2006

P 00238

**From:** David Castiel [dcastiel@ellipso.com]
**Sent:** Saturday, December 11, 2004 1:42 PM
**To:** 'John Mann'
**Cc:** Robert Patterson-Yahoo
**Subject:** RE:

Dear John,

AFTER October 1st I had your agreement on the phone, which I discussed with UBS then, to trade at any price provided you got half or $.25 per share, whichever is higher + I had the agreement from Bob just last Thursday, the day of the trades, to split 50-50. To me the agreement was always on as Bob and I discussed several times, and that's why he called on behalf of Mann Tech/TRSC to get my acquiescence. I am therefore requesting again that our agreement be honored.

Kind Regards,

David


-----Original Message-----
**From:** John Mann [mailto:john.mann@starband.net]
**Sent:** Friday, December 10, 2004 9:34 AM
**To:** dcastiel@ellipso.com
**Cc:** Robert Patterson-Yahoo
**Subject:** RE:

Hi David:

The agreement last summer was an attempt to help Ellipso in implementing its service, and expired in early October, at which time the terms of the original loan agreement remained in place. I instructed Joh Piper of UBS to maintain the standard professional practices regarding confidentiality for the Mann Tech account. The shares are, and never were, held jointly between Mann Tech and Ellipso, as I'm sure you will realize upon careful reflection.

I understand that you queried Bob Patterson regarding a possible reinstatement of the agreement of last summer, but neither he nor I have agreed to it.

I think it is a good idea for Ellipso and TRSC to sit down and discuss how we should proceed with the 881 numbers. I also think that Ellipso and Mann Tech should sit down and discuss Ellipso obligations under the loan and security agreements.

I'm available any time next week. I want to work with Ellipso to move forward, but I will need your help.

Regards

John

-----Original Message-----
**From:** David Castiel [mailto:dcastiel@ellipso.com]
**Sent:** Friday, December 10, 2004 8:32 AM
**To:** John Mann; Robert Patterson-Yahoo

9/20/2006

P 00172

**Subject:**

Hi John,

Yesterday, Bob and I discussed the usefulness to dispose of up to 300,000 shares of the assets held jointly between Ellipso and Mann Tech/TRSC and split the proceeds according to our agreement of last summer. He asked me if I were willing to go along at 50-50 according to last summer agreement rather than the approximately 60-40 of the original loan agreement. I agreed. He later informed me that you had agreed to a sale of up to 150,000 shares at $0.50 or higher.

Although we agreed last summer to maintain open lines of communication concerning any transaction of the Ellipso shares held in collateral by Mann Tech/TRSC, UBS informed me that you have instructed them not to tell me any details of these transactions. Based on the volume of transactions in the market yesterday (over 1.2 million at $0.55) I must assume that the sale order has been filled, at least partially.

Please see to it to transfer half the proceeds to the Ellipso account, as agreed.

Kind Regards,

David

9/20/2006

P 00173

| | |
|---|---|
| Date: | Friday, October 15, 2004 5:50:04 AM US/Eastern |
| From: | David Castiel |
| Subject: | |
| To: | RobertPatterson-Yahoo |

Here it is. Also I can't locate the breakdown of charges and credits that Peter Wayland sent us a month ago. It seems lost amidst my many computer crashes and flip-flops, even Peter's e-mail address (unless he inserted a virus to have the data and address self destruct after sometime). If you have it, please re-send it to me so that I can have Anderson review before we meet him next week, for our long awaited reunion).

Believe it or not, now that I am getting better sleep re. Draim/Inciardi and of course KPN, I am loosing sleep over your legal mess. I would love to help, but I don't know how in such a short time and such a tight position we are in. If I could afford it I would advance you sufficient funds to open at least a few doors, and without collateral... I have done it in the past for much less deserving people. But we are where we are. Let's hope KPN continues on its march, because then we can clearly see the end of the tunnel.

Let me know.

David



StenbitBrief_Feb0503.ppt (342.0 KB)

PATT 000398

From: rb patterson [legalmanagement@yahoo.com]
Sent: Friday, October 22, 2004 12:02 PM
To: dcastiel@ellipso.com
Subject: Re: as discussed

David,

    I have reviewed and reflected upon our recent discussions and share these thoughts.

    The statements made in paragraph 2 of your e-mail are incorrect as none of these arrangements was ever intended as substitute for compensation for services delivered to Ellipso.

    a) Through my efforts, LookNet (actually ISP.NET) purchased certain assets including the customer base from Ineva, and in the process assumed substantial liabilities to provide services to pre-paid customers, whose payments were retained by Ineva. As the recent accounting provided to you shows, ISP.NET remains substantially in the hole for these services. None the less, I intervened to permit Ellipso to collect approximately $24,000.00 held by the credit services company despite ISP.NET's claims for these funds. The purchase of Ineva by ISP.NET, engineered by me and approved by you, enabled Ellipso to sell an unprofitable business, which was incurring increasing liabilities, for a profit. While it is hoped that ISP.NET will be a successful enterprise, as yet it is not, and may never be. My interest in ISP.NET was fully disclosed at the time of the transaction, and was never to be a substitute for payment by Ellipso for services provided.

    b) Again through my efforts, Ellipso has received approximately $230,00.00 in funding from TRSC/MannTech via transactions approved by you. Currently, the collateral pledged for these funds is insufficient to secure the moneys advanced. While TRSC has purchased certain rights relative to the 881 service, service only started last week and at projected levels for current traffic, will not return the investment for several years. While it is hoped that additional traffic can be developed, that prospect appears to be four to six months away. My interest in these entities, which has always been fully disclosed, was never intended to compensate me for services provided to Ellipso.

    c) To the extent your e-mail implies that I should be devoting my professional time to Ellipso exclusively, it is incorrect. Ellipso has been unable to pay for my services on a current basis, thus requiring me to defer virtually all compensation due from Ellipso. It was always understood that it was necessary for me to devote a certain portion of my time to other clients/matters, to enable me to provide services to Ellipso on a deferred compensation basis. As we discussed, I certainly did not think that I was donating my services to Ellipso after June 1, 2004.

    This will confirm our agreement that services from and after June 1, 2004, shall be compensated at the rate of $10,000.00 per month, with no bonus. As it appears that payment of these amounts will be substantially delayed (perhaps

PATT 000414

several years), an interest charge of one percent compounded monthly will be assessed. Direct expenses will also be charged as incurred, to which the interest charge will also be assessed.

I do not recall requesting a payment of 10% of all proceeds (except loans) received by Ellipso, but this is an acceptable arrangement for monthly amounts up to $20,000.00, provided proceeds means gross receipts. For monthly amounts received in excess of $20,000.00 a payment of 20% is acceptable; and for amounts in excess of $40,000.00 a payment of 30% is acceptable. These percentages reflect the fact that no payments will be made for services post June 1, 2004, until all past amounts are cleared. (Even if Ellipso were receiving $100,000.00 monthly, clearing the past balance would require almost a year, and there is no assurance that proceeds will ever approach that level.) While I share your hopes for the rapid growth of the 881 business, past experience leads me to temper my confidence.

Please confirm that these arrangements are agreed.

David Castiel <dcastiel@ellipso.com> wrote:
  Bob,


Per your request I am reiterating the terms of our agreement, including a going-forward proposal.


1)      In April 2004 you requested a written affirmation of your agreement together with a detailed accounting of deferred compensation. This was memorialized in a letter date April 27, which, in addition to specifying the amounts owed, paid and deferred, stated that:

[]Ellipso agrees to maintain this current arrangement until May 31, 2004 at which time it expects to repay all deferred compensation, and pay the bonuses for deferred compensation in accordance with the guidelines of payment of bonuses for deferred compensation established by the Company at that time, i.e. all bonus compensation amounts will be paid pro-rata to beneficiaries out of the deferred compensation bonus pool.[]

2)      My understanding was that you were []covered[] as you indicated to me starting in June through a variety of sources, including the Ineva customer base sold to LookNet, of which you are a substantial holder and TRSC/Mann Tech (of which you are a substantial holder as well) who had agreed to fund certain []registry[] related development activities. In fact, in addition to assisting Ellipso, you have been actively involved with TRSC/Mann Tech for businesses unrelated to Ellipso or 881.

PATT 000415

3) Based on the above, although we never defined any arrangement after May 31, 2004, Ellipso is prepared to compensate you for your efforts in the intervening period. I believe it is only fair that the burden be shared with your other employers/businesses as anticipated earlier. Conversely it would not be fair that Ellipso accrues a liability of $20,000 per month as you suggest, while the benefit of your activities flows to Ellipso perhaps, but at least as well to Mann/Tech and to your own ownership of these various entities.

Based on the above we are prepared to 1) disburse to you 10% (as you requested) of all proceeds to Ellipso except for loans and 2) come up, with your assistance, with a specific amount to value your contribution to Ellipso in the past four months and forward. Such amount will accrue to your credit and be paid as soon as funds are generated and the 10% in point 1) above clears the balance due. I expect this to happen in the next several months, based on the emerging 881 business.

Let me know your thoughts.

David

---

Do you Yahoo!?
vote.yahoo.com - Register online to vote today!

**Unknown**

From: David Castiel [dcastiel@ellipso.com]
Sent: Thursday, November 11, 2004 8:23 AM
To: 'John Mann'
Subject: RE: ***Possible Spam*** RE:


Hi John,

I think it was a good meeting yesterday, exclusively concerned about building the service. Although we still have a long ways to go, we are focusing on what's important. I'll keep you posted on my dealings with Oscar.

I am still thinking about that hangar...

Regards,

David

MANN 00432

**Unknown**

| | |
|---|---|
| From: | David Castiel [dcastiel@ellipso.com] |
| Sent: | Monday, November 22, 2004 9:42 AM |
| To: | 'John Mann' |
| Cc: | 'Robert Patterson-Yahoo'; jeffguzy@coastalservicesgroup.com |
| Subject: | 881 |



881-Vanity Flow
Diagram.ppt (2...

Hello everybody,

I talked to Oscar last week after our meeting:

1) He says there is a way to get Edutel involved despite the regulatory situation and the cost could still be high. I explained we were opting for an Ellipso switch in the US and the database management collocated with it.

2) Oscar agrees to support Ellipso's Vanity services any way Ellipso decides to do it. In particular he likes the idea of cost and time savings with the new approach. He says once we establish the rates we can start selling with the statement "service available in three months". KPN will contact the other carriers to start loading 881-2 at these rates.

3) He does not recommend we disturb 881-3 for now, rather convert to Vanity, SMS and other services later on or break it into two or more segments with various rates.

4) I told him I would prepare a diagram of operation (attached) and shoot a few questions from the technical team to follow up with a conference call. He agrees. Please review the attached before I send it. I you have questions you want answered or considered, please do so and I will forward.

5) Concerning the Registry and current 881-3 applications: all 881-3 goes to Mediatel, except if KPN detects a 7 (881-3-7) it goes to Entel (no traffic yet though), 881-3-0 and 881-3-1 would similarly get routed to Sunburst (no traffic there either). So the way KPN handles it is foreign to what we see as Vanity. In reality a Registry is needed for Vanity but not for Telemedia, at least not in the initial stages. The plan is to have Vanity and other advanced services in 881-3 some time in the future but it is more efficient to focus on 881-2 at this stage.

I am in NY tomorrow, so we can schedule a call to Holland either Wednesday or Friday. We can also meet in person as suggested by John last week.

David

PS. Jeff, I don't have John Paige's e-mail, but I am sure you can forward this.

MANN 00434