IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
|                  v. | ) CA No.: 05-01186(RCL) |
| | ) |
| JOHN B. MANN, et al. | ) |
| | ) |
|     Defendants/Counter-Plaintiffs. | ) |

**ORDER DENYING DEFENDANTS' MOTIONS**
***IN LIMINE***

Upon consideration of Defendants' Motions *In Limine*, and Plaintiff's opposition thereto, it is hereby ordered that Defendants' motion is hereby **DENIED**.

_____
JUDGE Royce C. Lamberth

Copies by electronic delivery to:

Vanessa Carpenter Lourie, Esquire
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521

Christopher Hoge, Esquire
1717 Rhode Island Ave., N.W.
7th Floor
Washington, D.C. 20036

Copies by first class mail to:

Linda Awkard, Esquire
4201 Cathedral Avenue, N.W.
Suite 1416 W
Washington, D.C. 20016

Robert B. Patterson
P.O. Box 3106
Reston, Virginia 20190