```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

```
ELLIPSO, INC.                         )
                                      )
    Plaintiff/Counter-Defendant       )
                                      )
              v.                      )  Case  #05cv01186
              (RCL)
                                      )
JOHN B. MANN, et al.                  )  Royce C. Lamberth
                                      )  Judge
    Defendants/Counter-Plaintiffs.    )
```

**PLAINITFF'S OBJECTIONS TO
DEFENDANTS' PROPOSED EXHIBITS**

Comes now plaintiff, Ellipso, Inc., by and through undersigned counsel, and hereby files its objections to Defendants' Proposed Exhibits as follows:

**1. Proposed Exhibits of Robert Patterson:**

Defendant Patterson has never delivered copies of his exhibits to plaintiff, and as a consequence, plaintiff objects to his introduction of any of his proposed exhibits.

**2. Proposed Exhibits of the Mann Defendants:**

(a) Mann's Proposed Exhibits 153 and 155.

Objection on the basis of relevancy and authenticity. The Fair Market Value of the ICO stock is defined in paragraph 1.4 of the Collateralized Loan Agreement and any such valuation and pricing is to be determined and "quoted by the NASDAQ Stock Market". Exhibit 153 utilizes quotes from Wall Street Journal

historical quotes which are irrelevant and are unauthenticated as second hand information. Exhibit 155 should be excluded as irrelevant and lacking authenticity since there is no basis presented for the valuation.

(b) Mann's Proposed Exhibits 6,7,12,14,15,16,28,29, 36,37,46,47,48,49,57,58,59,130,131,132,133,134,136,139,140,141,and 142 are irrelevant since they concern TRSC's business and issues which are not admissible in this action and which have been dismissed.

(c) Mann's Proposed Exhibits: 75, 76, 77 and 78 are irrelevant as they contain, in part, information not admissible since they are related to the TRSC claims which have been dismissed in this action.

(d) Mann's Exhibits: 26, 27, 43, 55, 69, 70, 71 85, 100, 101, 103, 127, 128 and 152 are irrelevant since they concern unrelated matters to the claims in this action as to subsequent investors and employment matters.

Respectfully submitted,

/s/
Vanessa Carpenter Lourie, #250068
4400 MacArthur Blvd., N.W., #205
Washington, D.C. 20007-2521
(202) 342-8000 (Office)
(202) 342-9000 (Facsimile)
vlourie@carpenterlourie.com

```
                              /s/
                    Linda Awkard, #38748
                    4201 Cathedral Avenue, N.W.
                    Suite 1416 W
                    Washington, D.C. 20016
                    (202) 237-1535 (Telephone)
                    (202) 237-1204 (Facsimile)
                  lawkard@earthlink.net (e-mail)
```

Counsel for Plaintiff/Counter-Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Plaintiff Ellipso, Inc.'s Objections to Defendants' Exhibits was served this July 25, 2008 on:

Christopher G. Hoge, Esquire
1710 Rhode Island Avenue, NW
7th Floor
Washington, DC 20036

by electronic delivery by CM/ECF and on:

Robert B. Patterson
PO Box 3106
Reston, Virginia 20195

by first class mail, postage prepaid.

```
                              /s/
                    Vanessa Carpenter Lourie, Esquire
```