UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELLIPSO, INC., | ) | |
| | ) | |
| Plaintiff and Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1186 (RCL) |
| | ) | |
| JOHN B. MANN, *et al.*, | ) | |
| | ) | |
| Defendants and Counter-Plaintiffs | ) | |
| | ) | |

## ORDER

Now before the Court comes two oral motions by defendant Robert Patterson: (1) motion to dismiss Consulting Management, Ltd. as a party from this suit for lack of proof of service, and (2) motion to dismiss Ellipso's Counts II—Breach of Fiduciary Duty; III—Implied Covenant of Good Faith and Fair Dealing; and, XIII—RICO. Upon full consideration of the motions, plaintiff's lack of opposition to these motions,[1] the entire record herein, and applicable law, it is hereby

ORDERED that Mr. Patterson's motions are GRANTED. Consulting Management, Ltd. is dismissed from this suit as are Counts II, III, and XIII against defendant Robert Patterson. SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, July 25, 2008.

---

[1] The parties' July 8, 2008 joint pretrial statement made clear that Mr. Patterson would make these oral motions. (*See* Statement [182] at 31.) Yet, at the July 24, 2008 final pretrial conference, plaintiff was unprepared to discuss the issues. With trial set to begin, the Court now considers the motions unopposed.