```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA

ELLIPSO, INC.                    )
                                 )
    Plaintiff/Counter-Defendant, )
                                 )
              v.                 ) CA No. 05-01186(RCL)
                                 ) Next Event: Trial
JOHN B. MANN, et al.             ) 07/28/2008
                                 )
    Defendants/Counter-Plaintiffs.)
```

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion for of Reconsideration of Pretrial Order Excluding Evidence of the Value of ICOHA Shares Based on Default on the Loan, and defendants' opposition thereto, and after a review of the record, it is by the Court this ____ day of July, 2008,

**ORDERED,** that plaintiff's motion shall, and hereby is, **GRANTED.**

---------------------------------
JUDGE ROYCE C. LAMBERTH

Copies by electronic delivery to:

    Vanessa Carpenter Lourie, Esquire
    4400 MacArthur Blvd., N.W.
    Suite #205
    Washington, D.C. 20007-2521

    Christopher Hoge, Esquire
    1710 Rhode Island Ave., N.W.
    7th Floor
    Washington, D.C. 20036

Copies by first class mail to:

    Linda Awkard, Esquire
    4201 Cathedral Avenue, N.W.
    Suite 1416 W
    Washington, D.C. 20016

    Robert B. Patterson
    P.O. Box 3106
    Reston, Virginia 20190