IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
|               v. | ) CA No.: 05-01186(RCL) |
| | ) |
| JOHN B. MANN, et al. | ) |
| | ) |
|     Defendants/Counter-Plaintiffs. | ) |

**ORDER DENYING DEFENDANTS' MOTION
FOR DAMAGES SUFFERED AS A CONSEQUENCE OF
PRELIMINARY INJUNCTION**

Upon consideration of Defendants' Motion for Damages Suffered as a Result of Preliminary Injunction, and Plaintiff's opposition thereto, it is hereby ordered that Defendants' motion is hereby **DENIED**.

_____
ROYCE C. LAMBERTH, CHIEF JUDGE

Copies by electronic delivery to:

    Vanessa Carpenter Lourie, Esquire
    4400 MacArthur Blvd., N.W.
    Suite #205
    Washington, D.C. 20007-2521

    Christopher Hoge, Esquire
    1710 Rhode Island Ave., N.W.
    7th Floor
    Washington, D.C. 20036

Copies by first class mail to:

    Linda Awkard, Esquire
    4201 Cathedral Avenue, N.W.
    Suite 1416 W
    Washington, D.C. 20016

    Robert B. Patterson
    P.O. Box 3106
    Reston, Virginia 20190