UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC., | ) <br> ) <br> ) |
| Plaintiff and Counter-Defendant, | ) <br> ) |
| v. | ) Civil Action No. 05-1186 (RCL) <br> ) |
| JOHN B. MANN, *et al*., | ) <br> ) |
| Defendants and Counter-Plaintiffs | ) <br> ) |

## ORDER

In accordance with this Court's oral Opinion of August 5, 2008, it is hereby

ORDERED that all remaining counts on the complaint and counterclaim in this matter are dismissed with prejudice; it is further hereby

ORDERED that the Mann Defendants shall file a reply in support of their motion [184] for damages suffered as a consequence of preliminary injunction no later than Friday, August 8, 2008. Final judgment shall be issued after the Court rules on that motion.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, August 5, 2008.