```
1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
2    - - - - - - - - - - - - - -x
                                 :
3    ELLIPSO, INC.,              :
                                 :           ORIGINAL
4      Plaintiff/Counterclaim    :
       Defendant,                :
5                                :
       v.                        :  Case No. 05-cv01186(RCL)
6                                :
     JOHN B. MANN, et al.,       :
7                                :
       Defendants/Counterclaim   :
8      Plaintiffs.               :
                                 :
9    - - - - - - - - - - - - - -x
10                           Reston, Virginia
11                           Wednesday, May 2, 2007
12         Deposition of DAVID CASTIEL, Witness, called for
13   examination by counsel for the Defendant/Counterclaim
14   Plaintiff, at the Metro Offices, 11710 Plaza America,
15   Reston, Virginia, before Diana L. Cox, CCR, a stenographic
16   reporter and notary public in and for the District of
17   Columbia, commencing at 10:20 a.m., when were present on
18   behalf of the respective parties:
19
20
21
22
```

```
 1      Q    Okay.  That's all part of the same e-mail

 2   string?

 3      A    Yep.

 4           (Castiel Deposition Exhibit No. 13 was

 5   marked for identification.)

 6   BY MR. PATTERSON:

 7      Q    We're up to Exhibit 13, which is a 1-page e-mail

 8   dated November 16, 2004?

 9      A    Yes.

10      Q    Did you send this document?

11      A    Yes.

12           MR. PATTERSON:  The next document, we'll

13   mark as Exhibit 14.

14           Are you with us, Tom?

15           MR. MAURO:  I think I lost track here.

16           MR. PATTERSON:  If you want to catch up,

17   this is 14.  It's dated October 20.  And they should

18   go pretty much in order.

19           MR. MAURO:  Okay.

20           (Castiel Deposition Exhibit No. 14 was

21   marked for identification.)

22   BY MR. PATTERSON:
```