Yahoo! Mail - legalmanagement@yahoo.com                                              Page 1 of 1

Yahoo! My Yahoo! Mail

**YAHOO! MAIL**   Welcome, legalmanagement [Sign Out, My Account]

Search the Web — Search

Mail Home - Help

| Mail | Addresses | Calendar | Notepad |

Mail Upgrades - Options

Check Mail | Compose                                Search Mail | Search the Web

**Folders** [Add - Edit]
Inbox (6135)
Draft
Sent
Bulk     [Empty]
Trash    [Empty]

**My Folders** [Hide]
doc review
resumes (2)

**Search Shortcuts**
My Photos
My Attachments

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]                Printable View

From:    "David Castiel" <dcastiel@ellipso.com>   View Contact Details   Add Mobile Alert
To:      "Robert Patterson-Yahoo" <legalmanagement@yahoo.com>
Subject: Amendment July 2004
Date:    Tue, 13 Jul 2004 14:01:53 -0400

**Attachments**

Files:

Amendment_July_2004.doc (88k) [Preview]   Scan and Save to Computer - Save to Yahoo! Briefcase

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages                       Save Message Text | Full Headers

Check Mail | Compose                                Search Mail | Search the Web

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

EXHIBIT 1    MANN EXHIBIT 58

PATT 000149

## AMENDMENT TO AGREEMENT

This Amendment is entered into by The Registry Solutions Company ("TRSC"), Mann Technologies, LLC (MTech) and Ellipso, Inc. (Ellipso) on this __ day of July, 2004. TRSC, MannTech and Ellipso are hereby referred to individually as a Party or jointly as the Parties.

Whereas the Ellipso and TRSC entered into Agreement on December 15, 2003, as amended on January 30, 2004 and on March 30, 2004, all of which confer to TRSC certain rights in the exploitation of the Ellipso Universal Number Series project (also known as "881") by agreeing, *inter alia* to:

   a) Award to TRSC the rights to develop and exploit the registry function for 881 services
   b) Have TRSC fund the development of such activities
   c) Have TRSC pay a royalty fee to Ellipso of the higher of $12,500 (for up to 12 months) or 60% of the net profits generated by TRSC out of 881 services
   d) Award TRSC a transaction fee equal to one half (1/2) of the revenue generated by Ellipso from the first minute of each call.

Whereas the Parties amended the January agreement by executing a document on April 2, 2004 whereby the agreed, *inter alia* to:

   a) Increase the royalty fee to Ellipso to $25,000 per month for a period of three months to fund a development plan aimed at establishing various product lines
   b) Update the transaction fee paid by Ellipso to TRSC to account for the anticipated increased funding and the expected revenues from the first operational customer.

Whereas MannTech and Ellipso entered into agreement on January 30, 2004 for a Collateralized Loan transaction involving certificate A2008 of ICO Communications Holdings Ltd.

Whereas the Parties desire to amend their current agreements in order to expedite 881 services.

Now Therefore, the Parties agree as follows:

1. The March 30, 2004 Amendment is hereby abrogated and annulled by all Parties
2. The TRSC-Ellipso January 30, 2004 Agreement is hereby amended as follows:

   a) The royalty fee of the higher of 60% of revenues and $12,500 shall be paid to Ellipso prior to generation of revenues for a period of three (3) months instead of twelve (12) months as set forth in the January Agreement, but shall be paid out of the sale of collateral as specified in the Amendment to Loan Agreement of same date between Ellipso and MannTech;
   b) The remaining $12,500 monthly royalty fees up to December 2004 shall be paid only out of the Surplus Proceeds as set forth in the above referenced Amendment to Loan Agreement and in the case of zero Surplus Proceeds these shall be waived.
   c) The transaction fee received by TRSC shall be of one-half (1/2) of the revenue generated by Ellipso from the first minute of each call of its 881 service, and said calls shall be no less than three minutes and no more than six minutes. By way of example for a 12-minute call, TRSC's transaction fee shall be as if the one 12-minute call consisted of two 6-minute calls.

3. The Amendment to the Collateralized Loan Agreement of same date as herein forms part of this Agreement.

Executed on this day by

_____          _____
John Mann                         David Castiel
Managing Director                 CEO

PATT 000150

# AMENDMENT
# TO
# LOAN AGREEMENT

Whereas Mann Technologies and Ellipso entered into a loan agreement on or about January 16, 2004;

Whereas said loan agreement pledged and transferred 492,611 shares of ICO stock held by Ellipso to Mann Technologies as collateral for said loan;

Whereas Mann Technologies and Ellipso desire to dispose of the collateral shares in order to minimize their mutual risks and enable the orderly introduction of 881 services while preserving some "upside" potential in relation to ICO shares;

Now Therefore, the Parties agree as follows:

1. The attached spread sheet reflects the quantitative arrangement between the parties concerning the disposition of the pledge collateral and the obligations pertaining to 881 royalties.
2. A corporate resolution will be issued by Ellipso authorizing the transfer of ICO shares to Mann Technologies as set forth in paragraph 2. below;
3. Certificate A2008 for 492,611 shares of ICO Common Stock will be reissued, without restrictive legend to the benefit of Mann Technologies and Ellipso in the following denominations: 221,049 to Mann Tech and 270,000 to Ellipso;
4. On or about October 2, 2004 Ellipso will seek to remove the restrictive legend on certificate A2221 and issue a pledge to share evenly the "Surplus Proceeds" of xxx shares with Mann Technologies as set forth in paragraph 5. below;
5. "Surplus Proceeds" mean the amount received from the sale of 81,269 shares minus $0.60 times 81,269 shares or $49,574.09 as adjusted to reflect the 881 royalty obligations if any;
6. The agreement between Ellipso and TRSC pertaining to the exploitation of 881 services will be amended as per the amendment executed as of the same date as this Amendment.

Signed on this __ of July, 2004

Mann Technologies                                                    Ellipso, Inc

_____                                      _____
John Mann, Managing Director                                 David Castiel, CEO

| As of July 15, 2004 | | | | | As of June 16, 2005 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Margin | 40% | | | | Margin | 0% | | | |
| Shares | 492,611 | | | | Shares | 81,269 | | | |
| Strike Price | 0.457 | | | | Strike Price | 0.61 | | | |
| Loan Amount | $ 90,000.00 | | | | Remaining Loan | $ - | | | |
| Liquidation Price | $ 0.61 | | | | Liquidation Price | $ 3.00 | (indicative only, could vary) | | |
| Proceeds | $300,492.71 | | | | Proceeds | $ 243,806.10 | | | |
| Division | | | | | Division | | | | |
| Ellipso Margin | $135,000.00 | | | | Ellipso Margin | $ 49,573.91 | | | |
| Ellipso Profits | $ 82,746.36 | | | | Ellipso Profits | $ 97,116.10 | | | |

| | | Recovered Collateral | Reinjected | | | | Recovered Collateral | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Ellipso | $217,746.36 | $ (90,000.00) | | $ 165,246.36 | Total Ellipso | $ 146,690.00 | $ - | $ 146,690.00 |
| Mann Tech | $ 82,746.36 | $ 90,000.00 | $ 37,500.00 | $ 135,246.36 | Mann Tech | $ 97,116.10 | $ - | $ 97,116.10 |
| | | | redeemed shares | | | | | 881 Royalty | $ 50,000.00 |
| | | | ellipso | 270,696 | | | | net | $ 47,116.10 |
| | | | mann | 221,715 | | | | Equivalent # of shares | $ 15,705.37 |
| | | | shares remaining | | | | | | |
| | | | ellipso | 221,715 | | | | | |
| | | | mann | 270,696 | | | | | |
| 881 Royalty | (months) | 3 | | | | | | Recovered Amounts | $ 135,246.36 |
| Upside factor | | 0.3 | | | | | | | |
| | | | ellipso | $ 307,746.36 | | | | Mann return | $ 232,362.45 |
| | | | per share | 0.62 | | | | | 258% |

| Scenario Summary | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Current Values | No Change | One | Two | Four | Five | Ten |
| Changing Cells: | | | | | | | | |
| | $G$7 | $ 0.61 | $ 0.61 | $ 1.00 | $ 2.00 | $ 4.00 | $ 5.00 | $ 10.00 |
| Result Cells: | | | | | | | | |
| | $I$29 | $135,246.36 | 135,246.36 | $ 151,093.75 | $ 191,728.10 | $ 272,996.80 | $ 313,631.15 | $ 516,802.90 |
| | $I$30 | 150% | 150% | 168% | 213% | 303% | 348% | 574% |

PATT 000152

## MEMORANDUM OF UNDERSTANDING

**WHEREAS**, Ellipso, Inc. ("**Ellipso**"), Ellipso Private Holdings, Inc. ("**EPHI**"), Mobile Communications Holdings, Inc. ("**MCHI**"), Mann Technologies, LLC ("**Mann Tech**") and The Registry Solutions Company ("**TRSC**") wish to enter into a cooperative effort to commercialize the **Ellipso/EPHI** 881 Universal Number Series;

### IT IS AGREED AS FOLLOWS:

**PARTIES:**

**ELLIPSO INC.** is a Delaware Corporation with offices at 4410 Massachusetts Avenue, NW, Washington, D.C. 20016. **Ellipso** is the sole shareholder of **ELLIPSO PRIVATE HOLDINGS, INC.**, which is also a Delaware Corporation with offices at 4410 Massachusetts Avenue, NW, Washington, D.C. 20016. **Ellipso, EPHI**, and **MCHI** are the holders of the rights to the 881 Universal Number Series.

**MOBILE COMMUNICATIONS HOLDINGS, INC.** is a Delaware Corporation with offices at 4410 Massachusetts Avenue, NW, Washington, D.C., 20016. **MCHI** is wholly owned by **Ellipso** and **EPHI**. **MCHI** holds one million five hundred thousand shares of ICO Global Communications (Holdings) Limited common stock (ICOHA).

**MANN TECHNOLOGIES, LLC,** is a Nevada Limited Liability Company with offices at 251 Jeanell Drive, Suite 3, Carson City, Nevada 89703. **Mann Tech**, jointly with **Ellipso**, holds a beneficial interest in four hundred ninety two thousand six hundred eleven (492,611) shares of ICO Global Communications (Holdings) Limited common shares (ICOHA), pursuant to agreements between **Ellipso** and **Mann Tech** dated January 30, 2004, ("Collateralized Loan Agreement").

**THE REGISTRY SOLUTIONS COMPANY** is a corporation organized pursuant to the Nevis Business Corporation Ordinance of 1984, whose address is P.O. Box 556, Main Street, Charlestown, Nevis. By agreement dated December 15, 2003, between **TRSC** and **Ellipso, TRSC** holds the exclusive right to establish and maintain the RESISTRY for the 881 Universal Numbers Series.

**COVENANTS;**

**Ellipso** and **MCHI** grant to **EPHI** the exclusive right to commercially develop the 881 Universal Numbers Series, for which **EPHI** shall pay to **Ellipso** twenty five thousand dollars ($25,000.00) per month. These payments shall commence on May 1, 2004.

**Ellipso** and **TRSC** assign, and **EPHI** assumes all the rights and obligations of **Ellipso** and **TRSC** to Juan Thomasoni pursuant to his agreement with **Ellipso** dated _____.

PATT 000420

EXHIBIT 2

MANN EXHIBIT 38

Ellipso assigns and EPHI assumes all rights and obligations of Ellipso pursuant to the agreement with TRSC dated December 15, 2003, as amended.

TRSC shall contribute fifty thousand dollars ($50,000.00) to the working capital of EPHI upon execution of this Memorandum of Understanding, which shall constitute full payment of all royalties due to Ellipso pursuant to the December 15, 2003 agreement, as amended, until such time as operational service traffic commences on the 881 Universal Service Numbers. Once operational service traffic commences, EPHI shall receive sixty percent of the profits of TRSC derived from the 881 Universal Service Traffic as set forth in the December 15, 2003 agreement as amended.

MCHI hereby assigns and conveys all rights, title and interest which it has in and to the certificate for one million five hundred thousand (1,500,000) shares of ICO Global (Holdings) Limited to EPHI.

Mann Tech and Ellipso hereby assign and convey all rights, title and interest, which they jointly hold in and to four hundred ninety two thousand six hundred eleven (492,611) shares of ICOHA; and specifically grants EPHI the right to immediately liquidate these ICHO shares that are the subject of the Collateralized Loan Agreement, provided that, upon request by Mann Tech, a new certificate for four hundred ninety two thousand six hundred and eleven (492,611) shares shall be substituted on the same terms and conditions as set forth in the Collateralized Loan Agreement. It is understood that the replacement certificate cannot be provided until the restrictions on trading the one million five hundred thousand share certificate can be removed in October 2004. In the interim that certificate shall be placed with a broker with instructions to make the transfer upon expiration of the restrictions.

It is the intent of this Memorandum of Understanding to establish a means of providing adequate working capital to effectively commercialize the 881 Universal Number Series. The working capital contributions and the proceeds from the sale of the ICOHA shares shall be devoted to that purpose.

TRSC is granted a ten percent (10%) equity interest in EPHI, which shall issue or convey shares representing this interest forthwith to TRSC. Mann Tech is granted a five percent (5%) interest in EPHI, which shall issue or convey shares representing this interest forthwith to Mann Tech. In the event that the substitute ICHOA share certificate is requested and issued to Mann Tech as set forth above; the share interests of TRSC and Mann Tech in EPHI shall be reduced by one half to five percent (5%) and two and one half percent (2.5%) respectively.

Eighty percent (80%) of the operating profits of EPHI from the 881 Universal Numbers business shall be distributed annually for the first five full years of operations, which would be calendar year 2010.

PATT 000421

**AGREED THIS \_\_\_ DAY OF _____, 2004.**

David Castiel, CEO
Ellipso, Inc.

John Mann, CEO
The Registry Solutions Company

David Castiel, President
Ellipso Private Holdings, Inc.

John Mann, Managing Member
Mann Technologies, LLC

David Castiel, President
Mobile Communications Holdings, Inc.

PATT 000422



PATT 000423

## DECLARATION OF JOHN B. MANN UNDER PENALTY OF PERJURY

1. I am over the age of eighteen and competent to testify from personal knowledge on the matters set forth herein.
2. I am an engineer and business consultant. I reside in Warrenton, Virginia.
3. As the Managing Member of Mann Technologies LLC from its inception until Nov. 2005, I know that Mann Technologies LLC spent $485,898 in building its business, including its implementation of the 881 service. This doe not include time and money spent for The Registry Solutions Company.
4. Since 11/2/2005, I have spent an average of 8 hours per week on work supporting Mann Tech's and my defense of the lawsuit initiated by Ellipso against me, Mann Tech and The Registry Solutions Corporation. My calculations are that the total time I expended in this matter was in excess of 1,088 hours. My standard billing rate for consulting services is $250 per hour, thus my total fees expended in fighting Ellipso's lawsuit is at least $272,000, which Mann Tech owes me.
5. My consulting rates are extremely competitive for someone with my training and background. (More than 20 years ago, Booz-Allen and Hamilton billed my services out at the then rate of $100 to $150 per hour)
6. As of this date, Mann Technologies LLC has incurred almost $300,000 in legal fees to defend against Ellipso's claims in this case.

I declare, pursuant to 28 U.S.C. Sec. 1746 and under the penalty of perjury, that the foregoing is true and correct to the best of my personal knowledge and belief.

Date: August 19, 2008.

*[signature]*

John B. Mann

EXHIBIT 3