**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

| DATE |
|------|
| 12/19/2005 |

TO:

Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**FOR SERVICES RENDERED**        **09/1/05 - 11/30/05**

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for District of Columbia

| AMOUNT DUE |
|------------|
| **$11,509.35** |

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|-------------------------------|------|-------|------|--------|---------|
| 08/31/2005 | Balance forward | | | | | 0.00 |
| 09/07/2005 | Telephone conference, Mark Guberman, re: extension of time to answer complaint, prepare and file motion for extension of time to answer complaint and begin preparing opposition to motion for injunction. | Ellipso Litiga... | 1 | 250.00 | 250.00 | 250.00 |
| 09/08/2005 | Review complaint and initial office conference, John Mann (No Charge) | Ellipso Litiga... | 3 | 0.00 | 0.00 | 250.00 |
| 09/12/2005 | Review opposition to motion for extension of time; review docket sheet for case; prepare reply. | Ellipso Litiga... | 0.5 | 250.00 | 125.00 | 375.00 |
| 09/20/2005 | Begin draft answer; telephone conference with John Mann regarding status. | Ellipso Litiga... | 1.1 | 250.00 | 275.00 | 650.00 |
| 09/21/2005 | Continue Answer. | Ellipso Litiga... | 2.7 | 250.00 | 675.00 | 1,325.00 |
| 09/22/2005 | Review Patterson Chronology | Ellipso Litiga... | 0.3 | 250.00 | 75.00 | 1,400.00 |
| 09/22/2005 | Office conference with John Mann and D. Page, re: Answer and Opposition to Motion for Preliminary Injunction. | Ellipso Litiga... | 3 | 250.00 | 750.00 | 2,150.00 |
| 09/23/2005 | E-mail to J. Mann re: joint defense with Patterson; telephone conference, D. Page, re: motion to dismiss complaint against TRSC | Ellipso Litiga... | 0.7 | 250.00 | 175.00 | 2,325.00 |
| 09/23/2005 | Research case law on arbitration clauses, exceptions to arbitrability and standards for preliminary injunctions | David Page | 1.4 | 95.00 | 133.00 | 2,458.00 |

EXHIBIT
4

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

| DATE |
| --- |
| 12/19/2005 |

TO:

Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**FOR SERVICES RENDERED**    **09/1/05 - 11/30/05**

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for District of Columbia

| AMOUNT DUE |
| --- |
| $11,509.35 |

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 09/24/2005 | Prepare draft of motion to dismiss TRSC Count | David Page | 1.2 | 95.00 | 114.00 | 2,572.00 |
| 09/26/2005 | Prepare first draft of Mann Declaration; telephone conference with D. Page re: Motion to Dismiss as to TRSC; revise draft Declaration; related telephone conferences with John Mann. | Ellipso Litiga... | 5.9 | 250.00 | 1,475.00 | 4,047.00 |
| 09/26/2005 | Research procedure to re-instate Mann Technologies in Nevada | Ellipso Litiga... | 0.1 | 250.00 | 25.00 | 4,072.00 |
| 09/26/2005 | Telephone conference, TAM, re revision to draft motion to dismiss TRSC claim; revise draft | David Page | 1.6 | 95.00 | 152.00 | 4,224.00 |
| 09/27/2005 | Continue revisions of draft Declaration; prepare Answers of John Mann and Mann Technologies; review motion to dismiss TRSC; file motion to dismiss and answers of John Mann and Mann Technologies | Ellipso Litiga... | 13 | 250.00 | 3,250.00 | 7,474.00 |
| 09/30/2005 | September 05 | Long distanc... | 1 | 5.00 | 5.00 | 7,479.00 |
| 09/30/2005 | September 05 | Photocopies | 109 | 0.15 | 16.35 | 7,495.35 |
| 10/12/2005 | Review e-mails and Ellipso's Opposition to TRSC's Motion to Dismiss; telephone conference John Mann, re same; telephone conference, David Page to outline draft Reply | Ellipso Litiga... | 1.8 | 250.00 | 450.00 | 7,945.35 |

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

| DATE |
|------|
| 12/19/2005 |

TO:

Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**FOR SERVICES RENDERED**    **09/1/05 - 11/30/05**

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for District of Columbia

| AMOUNT DUE |
|------------|
| $11,509.35 |

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|-------------------------------|------|-------|------|--------|---------|
| 10/13/2005 | Office conference, D. Page re draft Reply to Ellipso's Opposition to TRSC's Motion to Dismiss; review first draft of Reply and related client e-mails | Ellipso Litiga... | 2 | 250.00 | 500.00 | 8,445.35 |
| 10/13/2005 | Review Ellipso's Opposition to TRSC Motion to Dismiss; draft first Reply and related office conference, TAM | David Page | 1.7 | 95.00 | 161.50 | 8,606.85 |
| 10/14/2005 | Complete draft Reply brief | David Page | 0.8 | 95.00 | 76.00 | 8,682.85 |
| 10/18/2005 | Review and edit Reply re TRSC Motion to Dismiss and forward to D. Page and John Mann | Ellipso Litiga... | 1 | 250.00 | 250.00 | 8,932.85 |
| 10/19/2005 | Telephone conferences, John Mann and D. Page, re final draft of Reply; forward final draft to client; | Ellipso Litiga... | 0.9 | 250.00 | 225.00 | 9,157.85 |
| 10/19/2005 | Revise and complete draft Reply and incorporate client's and D. Page's additions; file Reply | Ellipso Litiga... | 2.5 | 250.00 | 625.00 | 9,782.85 |
| 10/19/2005 | Review Attorney Awkard's letter and forward to John Mannand for | Ellipso Litiga... | 0.3 | 250.00 | 75.00 | 9,857.85 |
| 10/24/2005 | Office conference, John Mann, R. Patterson, D.Page, re preparation for October 28 hearing before J. Lamberth on Ellipso's Preliminary Injunction Motion | Ellipso Litiga... | 3 | 250.00 | 750.00 | 10,607.85 |
| 10/24/2005 | Office conference, TAM, Robert Patterson, John Mann, witness preparation for 10/28 hearing on preliminary injunction | David Page | 3 | 95.00 | 285.00 | 10,892.85 |

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

| DATE |
| --- |
| 12/19/2005 |

TO:

Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**FOR SERVICES RENDERED**    **09/1/05 - 11/30/05**

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for District of Columbia

| AMOUNT DUE |
| --- |
| **$11,509.35** |

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 10/27/2005 | Review Castiel - Mann e-mails in preparation for Preliminary Injunction hearing | Ellipso Litiga... | 1.5 | 250.00 | 375.00 | 11,267.85 |
| 10/28/2005 | Office conference, John Mann, R. Patterson, D. Page, re preparation for Preliminary Injunction hearing; attend and participate in oral argument before J. Lamberth | Ellipso Litiga... | 3.5 | 250.00 | 875.00 | 12,142.85 |
| 10/28/2005 | Further witness preparation for preliminary injunction hearing; attend hearing in US District Court. | David Page | 3 | 95.00 | 285.00 | 12,427.85 |
| 10/30/2005 | October 05 | Long distanc... | 1 | 3.20 | 3.20 | 12,431.05 |
| 10/31/2005 | October 2005 | Photocopies | 232 | 0.15 | 34.80 | 12,465.85 |
| 11/02/2005 | Review Order granting Preliminary Injunction; related telephone conferences, John Mann and D. Page | Ellipso Litiga... | 2.2 | 250.00 | 550.00 | 13,015.85 |
| 11/03/2005 | Telephone conference, John Mann re requirements of the November 2 Order and status | Ellipso Litiga... | 0.3 | 250.00 | 75.00 | 13,090.85 |
| 11/03/2005 | Review fax from Guberman re assets; related telephone conference, D. Page | Ellipso Litiga... | 0.3 | 250.00 | 75.00 | 13,165.85 |
| 11/03/2005 | Prepare and forward response to Attorney Awkard's letter | Ellipso Litiga... | 0.2 | 250.00 | 50.00 | 13,215.85 |
| 11/04/2005 | Prepare e-mails to client re injunction order issues; Prepare and forward letter to Guberman in response to his 11/4 letter | Ellipso Litiga... | 1.1 | 250.00 | 275.00 | 13,490.85 |

**Mauro Law Offices, P. C.**

# Detailed Statement

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

| DATE |
| --- |
| 12/19/2005 |

**FOR SERVICES RENDERED**　　　　**09/1/05 – 11/30/05**

TO:

Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for District of Columbia

AMOUNT DUE

**$11,509.35**

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 11/05/2005 | Telephone conferences, John Mann and D. Page, re Castiel 10/20/04 e-mail re Patterson's other income in 2004 | Ellipso Litiga... | 0.6 | 250.00 | 150.00 | 13,640.85 |
| 11/08/2005 | Office conference, D. Page, re reconsideration motion; revise and complete draft motion for reconsideration and file | Ellipso Litiga... | 3.5 | 250.00 | 875.00 | 14,515.85 |
| 11/08/2005 | Office conference, TAM, re contents of motion for reconsideration; draft preliminary motion | David Page | 2 | 95.00 | 190.00 | 14,705.85 |
| 11/11/2005 | Review Patterson Motion to Amend; prepare related e-mails to JBM and D. Page | Ellipso Litiga... | 1 | 250.00 | 250.00 | 14,955.85 |
| 11/16/2005 | Research law of fraud in the District of Columbia; prepare outline of same | David Page | 2.1 | 95.00 | 199.50 | 15,155.35 |
| 11/21/2005 | Review Patterson draft motion to dismiss / preliminary injunction; telephone conference, JBM, re Patterson motion | Ellipso Litiga... | 1.3 | 250.00 | 325.00 | 15,480.35 |
| 11/22/2005 | Law Clerk | David Page | 1.4 | 95.00 | 133.00 | 15,613.35 |
| 11/29/2005 | Prepare draft Report to Court following Court's November 14, 2005, Order, re proceeds of sale of ICOHA stock; related telephone conferences and e-mails to JBM; revise and file Report | Ellipso Litiga... | 1.5 | 250.00 | 375.00 | 15,988.35 |
| 11/29/2005 | Telephone conference, D. Page, re research and law on fraud and preliminary injunction | Ellipso Litiga... | 1 | 250.00 | 250.00 | 16,238.35 |
| 11/29/2005 | Prepare preliminary draft of memo of law on fraud in the District of Columbia | David Page | 2 | 95.00 | 190.00 | 16,428.35 |

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

| DATE |
| --- |
| 12/19/2005 |

TO:

Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**FOR SERVICES RENDERED**          **09/1/05 – 11/30/05**

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for District of Columbia

AMOUNT DUE

**$11,509.35**

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 11/30/2005 | November 2005 | Long distanc... | 1 | 6.00 | 6.00 | 16,434.35 |
| 11/30/2005 | Prepare and forward e-mail on Guberman's 11/30/05 letter re his complaints about the adequacy of Mann's Report to the Court. | Ellipso Litiga... | 0.3 | 250.00 | 75.00 | 16,509.35 |
| 12/01/2005 | PMT – APPLICATION OF RETAINER | | | | -5,000.00 | 11,509.35 |
| 12/19/2005 | Amount Due | | | | | 11,509.35 |

*14,509.35*

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

| | DATE |
|---|---|
| | 2/14/2006 |

**FOR SERVICES RENDERED**    **12/01/05 - 01/31/06**

TO:

Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

| | AMOUNT DUE |
|---|---|
| | **$6,949.05** |

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 11/30/2005 | Balance forward | | | | | 16,509.35 |
| 12/02/2005 | Prepare letter in response to Guberman's 11/30/05 letter on locations of the proceeds from sales of ICO stock; related e-mail to John Mann | Ellipso Litiga... | 0.4 | 250.00 | 100.00 | 16,609.35 |
| 12/06/2005 | Review Grupo Mexicano case; conference re same with D. Page | Ellipso Litiga... | 0.2 | 250.00 | 50.00 | 16,659.35 |
| 12/07/2005 | Office conference, JBM, R. Patterson, and D. Page, re action and strategy items | Ellipso Litiga... | 2.75 | 250.00 | 687.50 | 17,346.85 |
| 12/09/2005 | Telephone conferences and e-mails re subpoena to UBS; office conference D. Page, re response to Guberman Opposition re Patterson SJ motion | Ellipso Litiga... | 0.7 | 250.00 | 175.00 | 17,521.85 |
| 12/09/2005 | Review Ellipso's Opposition to Patterson MSJ; office conference, TAM, re response to Ellipso Opposition | David Page | 1.2 | 95.00 | 114.00 | 17,635.85 |
| 12/10/2005 | Research case law on waiver of arbitration; draft preliminary responsive memo of points and authorities on arbitration issue | David Page | 2.4 | 95.00 | 228.00 | 17,863.85 |
| 12/12/2005 | PMT - APPLICATION OF RETAINER | | | | -5,000.00 | 12,863.85 |
| 12/12/2005 | Review Patterson letter to Guberman re: Rule 26(f) attorney's conference; prepare responsive e-mail; telephone conference with Guberman re: attorney's discovery meeting. | Ellipso Litiga... | 0.4 | 250.00 | 100.00 | 12,963.85 |
| 12/13/2005 | Filing fee - Notice of Appeal | Filing Fees | 1 | 255.00 | 255.00 | 13,218.85 |

Page 1

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

DATE

2/14/2006

TO:

**FOR SERVICES RENDERED**          12/01/05 - 01/31/06

Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

AMOUNT DUE

$6,949.05

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 12/13/2005 | Work on Mann's memorandum in response to Ellipso's opposition to Patterson's MSJ; related telephone conference with D. Page; prepare fax to Guberman re: 12/14/05 attorney meeting and the original bond. | Ellipso Litiga... | 1.5 | 250.00 | 375.00 | 13,593.85 |
| 12/14/2005 | Prepare and forward letter to UBS re: subpoena; related telephone conference with UBS; continue and complete Mann Response to Ellipso SJ Opposition; office conference, D. Page, re Motion for Protective Order on subpoena to UBS | Ellipso Litiga... | 5.2 | 250.00 | 1,300.00 | 14,893.85 |
| 12/14/2005 | Attorney conference with M. Guberman re: discovery; related letter to Guberman and telephone conferences with JBM | Ellipso Litiga... | 2.1 | 250.00 | 525.00 | 15,418.85 |
| 12/14/2005 | Prepare preliminary draft of Motion for Protective Order re subpoena to UBS | David Page | 2 | 95.00 | 190.00 | 15,608.85 |
| 12/15/2005 | Revise draft Motion for Protective Order re UBS subpoena and file; related telephone conferences with UBS counsel re: motion | Ellipso Litiga... | 3.9 | 250.00 | 975.00 | 16,583.85 |
| 12/20/2005 | Review Patterson reply to Ellipso Opposition and discuss with John Mann; prepare related e-mail to Patterson. | Ellipso Litiga... | 0.5 | 250.00 | 125.00 | 16,708.85 |
| 12/21/2005 | Review Patterson revised reply; related telephone conference with Patterson re: changes to reply. | Ellipso Litiga... | 1 | 250.00 | 250.00 | 16,958.85 |
| 12/30/2005 | | Long distanc... | 1 | 4.00 | 4.00 | 16,962.85 |
| 12/31/2005 | November - December 2005 | Photocopies | 1 | 82.20 | 82.20 | 17,045.05 |

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

| DATE |
|---|
| 2/14/2006 |

**FOR SERVICES RENDERED**          **12/01/05 - 01/31/06**

TO:

Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

| AMOUNT DUE |
|---|
| $6,949.05 |

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 01/03/2006 | Research, Rule 45 Subpoenas at law library; prepare Reply to Ellipso Opposition to Mann Protective Order Motion re UBS subpoena | Ellipso Litiga... | 4.2 | 250.00 | 1,050.00 | 18,095.05 |
| 01/05/2006 | Conference at Jordan Coyne with David Durbin re: appeal. | Ellipso Litiga... | 1 | 250.00 | 250.00 | 18,345.05 |
| 01/11/2006 | PMT | | | | -12,000.00 | 6,345.05 |
| 01/17/2006 | Prepare draft statement of facts for proposed counterclaim | David Page | 2 | 95.00 | 190.00 | 6,535.05 |
| 01/20/2006 | Prepare and forward Joint Defense Agreement to JBM | Ellipso Litiga... | 1.2 | 250.00 | 300.00 | 6,835.05 |
| 01/21/2006 | Revise draft of statement of facts and outline causes of action | David Page | 1.2 | 95.00 | 114.00 | 6,949.05 |
| 02/14/2006 | Amount Due | | | | | 6,949.05 |

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

| DATE |
| --- |
| 3/9/2006 |

TO:

Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**FOR SERVICES RENDERED**　　　**02/01/06 - 02/28/06**

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

| AMOUNT DUE |
| --- |
| $9,995.80 |

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 01/31/2006 | Balance forward | | | | | 6,949.05 |
| 02/01/2006 | January 2006 | Long distance telephone | 1 | 4.00 | 4.00 | 6,953.05 |
| 02/08/2006 | Office conference, JBM, R. Patterson, M. Foycik, re litigation strategy and review in light of Court rulings | Ellipso Litigation-TAM | 4 | 250.00 | 1,000.00 | 7,953.05 |
| 02/08/2006 | Office conference, TAM, JBM. R. Patterson, re legal issues, strategy for future action and factual matters. NO CHARGE | Michael J. Foycik | 3.5 | 0.00 | 0.00 | 7,953.05 |
| 02/15/2006 | Telephone conference with MJF, re: strategy on arbitration; prepare related e-mail to JBM. | Ellipso Litigation-TAM | 0.4 | 250.00 | 100.00 | 8,053.05 |
| 02/16/2006 | Prepare e-mail on appeal docketing statement. | Ellipso Litigation-TAM | 0.2 | 250.00 | 50.00 | 8,103.05 |
| 02/17/2006 | Letters to Cecil BJ Lockhart re: bond and to the Hartford re: bond. | Ellipso Litigation-TAM | 1.4 | 250.00 | 350.00 | 8,453.05 |
| 02/21/2006 | Telephone conference, TAM, re client strategies, particularly involving mutual defense agreement issues and legal points regarding counterclaim | Michael J. Foycik | 0.7 | 125.00 | 87.50 | 8,540.55 |
| 02/22/2006 | 1/11/06 - 2/22/06 | Photocopies | 1 | 9.50 | 9.50 | 8,550.05 |
| 02/22/2006 | Review e-mails, attachments and commentary re the litigation issues. NO CHARGE | Michael J. Foycik | 1.5 | 0.00 | 0.00 | 8,550.05 |

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

| DATE |
|---|
| 3/9/2006 |

**FOR SERVICES RENDERED**      **02/01/06 - 02/28/06**

TO:

Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

| | AMOUNT DUE |
|---|---|
| | $9,995.80 |

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 02/23/2006 | Telephone Conference with Cecil BJ Lockhart re: Bond | Ellipso Litigation-TAM | 1.4 | 250.00 | 350.00 | 8,900.05 |
| 02/23/2006 | Review Patterson Answer and Counterclaim; prepare related e-mails to JBM and R. Patterson; related telephone conference with MJF. Telephone conference, TAM, re Patterson proposed Answer and TAM response to Patterson | Michael J. Foycik | 0.25 | 125.00 | 31.25 | 8,931.30 |
| 02/24/2006 | Review Patterson Revised Counterclaim; related e-mail to R. Patterson and telephone conference with JBM. | Ellipso Litigation-TAM | 2.2 | 250.00 | 550.00 | 9,481.30 |
| 02/28/2006 | Review Draft Motion for Summary Reversal and prepare comments; send e-mail with comments to D. Durbin. Legal research re all relevant aspects of law concerning collateral, legal procedures for seizing of collateral, and legal treatment for disposition of any surplus of collateral, particularly authority involving stock as collateral; provide verbal report to TAM | Michael J. Foycik | 4.1 | 125.00 | 512.50 | 9,993.80 |
| 02/28/2006 | February 2006 | Long distance telephone | 1 | 2.00 | 2.00 | 9,995.80 |
| 03/09/2006 | Amount Due | | | | | 9,995.80 |

*3,646.75*

Page 2

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

DATE

4/12/2006

**FOR SERVICES RENDERED**          **03/01/06 - 03/31/06**

TO:

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**Ellipso, Inc. v. John B. Mann, et al.**
**Case No 05-1186**
**United States District Court for District of Columbia**

AMOUNT DUE

$5,649.55

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|----------------------------------|------|-------|------|--------|---------|
| 02/28/2006 | Balance forward | | | | | 9,995.80 |
| 03/01/2006 | Appeal - review and approve revised motion for summary reversal. | Ellipso Litigation-TAM | 0.2 | 250.00 | 50.00 | 10,045.80 |
| 03/02/2006 | Telephone conference with MJF re: outline of counterclaim. Prepare demand letter to Guberman re: bond. | Ellipso Litigation-TAM | 0.8 | 250.00 | 200.00 | 10,245.80 |
| 03/02/2006 | Telephone conference, TAM, re strategy and details for counterclaim | Michael J. Foycik | 0.6 | 125.00 | 75.00 | 10,320.80 |
| 03/02/2006 | Telephone conference, JBM, re results of legal research and response to queries regarding legal positions on collateral and counterclaim issues | Michael J. Foycik | 0.9 | 125.00 | 112.50 | 10,433.30 |
| 03/06/2006 | Review Ellipso motion to dismiss Patterson counterclaim. Prepare e-mail to JBM on bond fax from Guberman and Cecil BJ Lockhart | Ellipso Litigation-TAM | 0.6 | 250.00 | 150.00 | 10,583.30 |
| 03/07/2006 | Telephone conference with R. Patterson, re: strategy relating to his counterclaim; prepare related e-mail to JBM. Telephone conference with JBM re: same issues; prepare letter to Guberman re: attorneys conference and bond. | Ellipso Litigation-TAM | 0.8 | 250.00 | 200.00 | 10,783.30 |
| 03/08/2006 | Review JBM e-mail on factual details to include in counterclaim; prepare e-mail to TAM re same | Michael J. Foycik | 0.6 | 125.00 | 75.00 | 10,858.30 |

**Mauro Law Offices, P. C.**

# Detailed Statement

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

DATE

4/12/2006

**FOR SERVICES RENDERED**     **03/01/06 - 03/31/06**

TO:

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso, Inc. v. John B. Mann, et al.
**Case No 05-1186**
**United States District Court for District of Columbia**

AMOUNT DUE

**$5,649.55**

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|-------------------------------|------|-------|------|--------|---------|
| 03/09/2006 | Review and analyze Patterson's Strategy 3 e-mail and prepare and forward response | Ellipso Litigation-TAM | 0.8 | 250.00 | 200.00 | 11,058.30 |
| 03/10/2006 | Review further e-mail from JBM re factual details for counterclaim; telephone conference, TAM, re review of factual statement and legal counts for counterclaim | Michael J. Foycik | 0.7 | 125.00 | 87.50 | 11,145.80 |
| 03/14/2006 | Office conference with JBM and R. Patterson re: preparation for attorneys discovery conference. Conference at office of Mark Guberman, re: discovery conference, litigation schedule and bond issue. Telephone conference with JBM and Patterson re: results of attorney meeting. Prepare letter to Guberman and Cecil BJ Lockhart re: bond. | Ellipso Litigation-TAM | 4.3 | 250.00 | 1,075.00 | 12,220.80 |
| 03/14/2006 | Revise statement of facts for counterclaim, including detailed review of all relevant correspondence, contracts and documents in record | Michael J. Foycik | 6.2 | 125.00 | 775.00 | 12,995.80 |
| 03/17/2006 | Office conference with MJF re: counterclaims and provisions of loan agreements. | Ellipso Litigation-TAM | 1 | 250.00 | 250.00 | 13,245.80 |

Page 2

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

| DATE |
| --- |
| 4/12/2006 |

TO:

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**FOR SERVICES RENDERED**      **03/01/06 - 03/31/06**

Ellipso, Inc. v. John B. Mann, et al.
**Case No 05-1186**
**United States District Court for District of Columbia**

| AMOUNT DUE |
| --- |
| $5,649.55 |

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 03/17/2006 | Office conference at TAM Office; review Patterson pleadings and documentation; line-by-line review of loan documents with TAM; extended review of legal claims to support retention of collateral and counterclaims | Michael J. Foycik | 4.25 | 125.00 | 531.25 | 13,777.05 |
| 03/21/2006 | Review Opposition to Motion for summary reversal in appeal and related telephone message and e-mail to D. Durbin re Reply. Edit Guberman's Rule 26(f) attorneys statement for filing with court. | Ellipso Litigation-TAM | 0.5 | 250.00 | 125.00 | 13,902.05 |
| 03/21/2006 | Redraft counterclaim following 3/17 office conference and send to TAM for further revisions | Michael J. Foycik | 4 | 125.00 | 500.00 | 14,402.05 |
| 03/22/2006 | PMT | | | | -10,000.00 | 4,402.05 |
| 03/23/2006 | Revise and forward draft counterclaim to JBM for review. | Ellipso Litigation-TAM | 2.3 | 250.00 | 575.00 | 4,977.05 |
| 03/27/2006 | Telephone conference with Peter DoSantos, The Hartford Main Office, re: bond and supporting documentation. Review draft reply brief for summary reversal; related telephone conference with D.Durbin | Ellipso Litigation-TAM | 0.5 | 250.00 | 125.00 | 5,102.05 |
| 03/30/2006 | Further revision of counterclaim | Ellipso Litigation-TAM | 2.1 | 250.00 | 525.00 | 5,627.05 |
| 03/31/2006 | Photocopies | | 150 | 0.15 | 22.50 | 5,649.55 |
| 04/12/2006 | Amount Due | | | | | 5,649.55 |

5,653.75

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

DATE

6/23/2006

TO:

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**FOR SERVICES RENDERED**          **03/01/06 - 05/31/06**

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

AMOUNT DUE

$6,911.00

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 03/31/2006 | Balance forward | | | | | 5,649.55 |
| 04/03/2006 | Conference call, JBM and MJF, reviewing further draft of Counterclaim, point by point | Ellipso Litigation-TAM | 1.3 | 250.00 | 325.00 | 5,974.55 |
| 04/03/2006 | Conference call, JBM and MJF, reviewing further draft of Counterclaim, point by point | Michael J. Foycik | 1.3 | 125.00 | 162.50 | 6,137.05 |
| 04/04/2006 | Final review and preparation of counterclaim with related consent motion. | Ellipso Litigation-TAM | 4.5 | 250.00 | 1,125.00 | 7,262.05 |
| 04/12/2006 | Long distance | | 1 | 3.85 | 3.85 | 7,265.90 |
| 04/25/2006 | Review and discuss Ellipso Motion to Dismiss Counterclaim with TAM | Michael J. Foycik | 0.4 | 125.00 | 50.00 | 7,315.90 |
| 04/27/2006 | Review Memorandum Opinion and Order granting Ellipso's Motion to Dismiss Patterson Counterclaim; related telephone conferences, JBM and M. Foycik | Ellipso Litigation-TAM | 1 | 250.00 | 250.00 | 7,565.90 |
| 04/28/2006 | Telephone conference, JBM, re further strategy in light of opinion on Patterson's Counterclaim | Ellipso Litigation-TAM | 0.3 | 250.00 | 75.00 | 7,640.90 |
| 05/02/2006 | Meeting with JBM at his home to study and discuss e-mail records of events leading to the current litigation, including study of e-mails from Castiel and Patterson; discussion of various aspects of the current legal matters, possible future procedures and witnesses helpful to case | Michael J. Foycik | 7 | 125.00 | 875.00 | 8,515.90 |
| 05/04/2006 | Telephone conference with MJ Foycik. Re:, his meeting with JBM. | Ellipso Litigation-TAM | 0.3 | 250.00 | 75.00 | 8,590.90 |

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

DATE

6/23/2006

**FOR SERVICES RENDERED**

03/01/06 - 05/31/06

TO:

Mann Technologies. LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

AMOUNT DUE

$6,911.00

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|----------------------------------|------|-------|------|--------|---------|
| 05/07/2006 | Begin amendment to Counterclaim to include details from May 2 meeting with client | Michael J. Foycik | 2.1 | 125.00 | 262.50 | 8,853.40 |
| 05/08/2006 | Telephone conference, TAM, re, the legal and factual points necessary for the Opposition to Motion to Dismiss filed by Ellipso | Michael J. Foycik | 0.5 | 125.00 | 62.50 | 8,915.90 |
| 05/08/2006 | Complete draft amendment to Counterclaim to include points raised by TAM | Michael J. Foycik | 1.9 | 125.00 | 237.50 | 9,153.40 |
| 05/09/2006 | Telephone conference with JBM; revise Paragraphs 6 and 9 of counterclaim; begin opposition to motion to dismiss counterclaim. | Ellipso Litigation-TAM | 1.5 | 250.00 | 375.00 | 9,528.40 |
| 05/10/2006 | Review JBM e-mails on 881; continue opposition; revise first amended counterclaim and file; complete and file opposition to motion to dismiss. | Ellipso Litigation-TAM | 7.5 | 250.00 | 1,875.00 | 11,403.40 |
| 05/12/2006 | Office conference with MJF, re: draft of disclosure statement; related telephone conference with JBM. | Ellipso Litigation-TAM | 1.2 | 250.00 | 300.00 | 11,703.40 |

Page 2

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

DATE

6/23/2006

TO:

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**FOR SERVICES RENDERED**

**03/01/06 - 05/31/06**

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

AMOUNT DUE

$6,911.00

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 05/12/2006 | Work on draft response to FRCP 26(a) disclosure statement at TAM offices, including: studying the plaintiff's Rule 26(a) disclosure, studying all of the papers in the case files, including the Mann and Patterson affidavits, generating a preliminary document disclsoure list and wimess list, and preparing draft Rule 26(a) letter for TAM review; related office conferences with TAM | Michael J. Foycik | 3.9 | 125.00 | 487.50 | 12,190.90 |
| 05/15/2006 | Office Conference with JBM, R. Patterson, and MJF to prepare a Patterson trial declaration, including discussion of deatils of first meetings among JMB, Patterson and Castiel; prepare and have executed Patterson declaration. | Ellipso Litigation-TAM | 3.5 | 250.00 | 875.00 | 13,065.90 |
| 05/15/2006 | Meeting with Mr. Patterson and JBM at TAM offices to discuss current issues, to elicit and generate new information from Mr. Patterson useful for his affidavit to be used in the case; discuss legal issues pertaining to Patterson's counterclaim and possible filing in Virginia; discuss significant points of fact supporting the Mann counterclaim | Michael J. Foycik | 3 | 125.00 | 375.00 | 13,440.90 |

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

DATE

6/23/2006

**FOR SERVICES RENDERED**          **03/01/06 - 05/31/06**

TO:

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso, Inc. v. John B. Mann, et al.
**Case No. 05-1186**
**United States District Court for the District of Columbia**

AMOUNT DUE

$6,911.00

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|----------------------------------|------|-------|------|--------|---------|
| 05/23/2006 | Review Ellipso Reply, re its motion to dismiss counterclaim; related telephone conference with JBM. | Ellipso Litigation-TAM | 0.1 | 250.00 | 25.00 | 13,465.90 |
| 05/23/2006 | Review Ellipso's Reply to Mann's Opposition re Counterclaim; response to query from JBM and telehone conference, TAM, re same | Michael J. Foycik | 0.9 | 125.00 | 112.50 | 13,578.40 |
| 05/24/2006 | Telephone conference, JBM, re Mann's meeting with Tomassoni | Ellipso Litigation-TAM | 0.2 | 250.00 | 50.00 | 13,628.40 |
| 05/25/2006 | PMT | | | | -10,000.00 | 3,628.40 |
| 05/25/2006 | Witness fee to Toassoni | Disbursements | 1 | 60.00 | 60.00 | 3,688.40 |
| 05/25/2006 | Telephone conference, JBM, re Tomassoni subpoena; prepare and forward subpoena to process server | Ellipso Litigation-TAM | 1.2 | 250.00 | 300.00 | 3,988.40 |
| 05/26/2006 | Juan Tomassoni subpoena | Service of Process Fees | 1 | 75.00 | 75.00 | 4,063.40 |
| 05/30/2006 | Office conference, JBM and MJ Foycik, re preparation for Tomassoni deposition; telephone conference, M. Goodman, counsel for Ellipso, re Tomassoni deposition; related telephone conference, Jonathan Beckham, counsel for Tomassoni, re deposition; prepare and file Opposition to Ellipso's motion to vacate Tomassoni deposition | Ellipso Litigation-TAM | 6.5 | 250.00 | 1,625.00 | 5,688.40 |

**Mauro Law Offices, P. C.**

# Detailed Statement

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

DATE

6/23/2006

**FOR SERVICES RENDERED**    **03/01/06 - 05/31/06**

TO:

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

AMOUNT DUE

**$6,911.00**

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|-------------------------------|------|-------|------|--------|---------|
| 05/30/2006 | Meeting with TAM and JBM at TAM offices regarding Tomassoni deposition, ongoing matters in the case and anticipated response to Ellipso's challenge to subpoena | Michael J. Foycik | 6.5 | 125.00 | 812.50 | 6,500.90 |
| 05/31/2006 | Long distance - May 2006 | | 1 | 5.00 | 5.00 | 6,505.90 |
| 05/31/2006 | Through 5/31/06 | Photocopies | 1 | 30.10 | 30.10 | 6,536.00 |
| 05/31/2006 | Prepare Supplemental Memorandum in opposition to Ellipso motion to vacate Tomassoni deposition and file | Ellipso Litigation-TAM | 1.5 | 250.00 | 375.00 | 6,911.00 |
| 06/23/2006 | Amount Due | | | | | 6,911.00 |

11,261.45

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

DATE

7/5/2006

**FOR SERVICES RENDERED**            06/01/06 - 06/30/06

TO:

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

BALANCE DUE

$7,592.50

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|-------------------------------|------|-------|------|--------|---------|
| 05/31/2006 | Balance forward | | | | | 6,911.00 |
| 06/09/2006 | Continue response re: Ellipso's reply; complete and file. | Ellipso Litigation-TAM | 1.4 | 250.00 | 350.00 | 7,261.00 |
| 06/10/2006 | Prepare and file full text of Counterclaim and Notice of Service of Rule 26(a) Disclosure Statement. | Ellipso Litigation-TAM | 1 | 250.00 | 250.00 | 7,511.00 |
| 06/15/2006 | Telephone conferences with D. Durbin and JBM. re: Appeals Court Order denying motion for summary reversal | Ellipso Litigation-TAM | 0.3 | 250.00 | 75.00 | 7,586.00 |
| 06/30/2006 | | Long distance telephone | 1 | 4.00 | 4.00 | 7,590.00 |
| 06/30/2006 | | Photocopies | 1 | 2.50 | 2.50 | 7,592.50 |
| 07/05/2006 | Amount Due | | | | | 7,592.50 |

681.50

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

DATE

9/8/2006

TO:

FOR SERVICES RENDERED    08/01/06 - 08/31/06

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

BALANCE DUE

$11,698.50

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|-------------------------------|------|-------|------|--------|---------|
| 07/31/2006 | Balance forward | | | | | 8,442.50 |
| 08/01/2006 | Lunch conference in Roslyn with J. Beckham attorney for Tomassoni. | Ellipso Litigation-TAM | 1 | 250.00 | 250.00 | 8,692.50 |
| 08/02/2006 | Telephone conference with JBM and R. Patterson re: deposition schedules for Castiel and Tomassoni; related e-mails to opposing counsel; related telephone conference with J. Beckham, Tomassoni's attorney; prepare Amended Notice of Deposition to Castiel. | Ellipso Litigation-TAM | 1.5 | 250.00 | 375.00 | 9,067.50 |
| 08/04/2006 | Office conference with MJF re: discovery requests to Ellipso. | Ellipso Litigation-TAM | 0.4 | 250.00 | 100.00 | 9,167.50 |
| 08/04/2006 | Office conference, TAM, re discovery strategy; begin draft discovery requests to Ellipso. | Michael J. Foycik | 2.5 | 125.00 | 312.50 | 9,480.00 |
| 08/10/2006 | Telephone conference, TAM, re draft discovery; continue work on First Requests for Production of Documents in light of TAM comments | Michael J. Foycik | 2.7 | 125.00 | 337.50 | 9,817.50 |
| 08/11/2006 | Telephone conference with J. Beckham re: Tomassoni deposition date; related telephone conference with R. Patterson. | Ellipso Litigation-TAM | 0.5 | 250.00 | 125.00 | 9,942.50 |
| 08/11/2006 | Review TAM e-mail on content and format of draft Requests for Admissions; revise and forward draft Requests for Admissions to TAM; prepare draft First Interrogatories | Michael J. Foycik | 2.2 | 125.00 | 275.00 | 10,217.50 |

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

DATE

9/8/2006

TO:

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**FOR SERVICES RENDERED**

**08/01/06 - 08/31/06**

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

BALANCE DUE

$11,698.50

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|-------------------------------|------|-------|------|--------|---------|
| 08/14/2006 | Review Ellipso's discovery requests to Mann defendants and to R. Patterson; begin editing Mann draft discovery requests to Ellipso | Ellipso Litigation-TAM | 2.1 | 250.00 | 525.00 | 10,742.50 |
| 08/15/2006 | Continue and complete document requests and requests for admissions to Ellipso | Ellipso Litigation-TAM | 3.7 | 250.00 | 925.00 | 11,667.50 |
| 08/31/2006 | | Photocopies | 120 | 0.15 | 18.00 | 11,685.50 |
| 08/31/2006 | | Postage | 1 | 8.00 | 8.00 | 11,693.50 |
| 08/31/2006 | | Long distance telephone | 1 | 5.00 | 5.00 | 11,698.50 |
| 09/08/2006 | Amount Due | | | | | 11,698.50 |

3,256

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

DATE

10/9/2006

**FOR SERVICES RENDERED**        **09/01/06 - 09/30/06**

TO:

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

BALANCE DUE

$22,002.70

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|----------------------------------|------|-------|------|--------|---------|
| 08/31/2006 | Balance forward | | | | | 11,698.50 |
| 09/05/2006 | Respond to August 30 discovery letter from Matthew Goodman. | Ellipso Litigation-TAM | 0.2 | 250.00 | 50.00 | 11,748.50 |
| 09/05/2006 | Telephone conference, TAM, re response to Goodman's discovery letter and requirements for responding to Ellipso's discovery requests | Michael J. Foycik | 0.4 | 125.00 | 50.00 | 11,798.50 |
| 09/08/2006 | Review e-mail from Goodman re: discovery and Castiel Deposition; prepare response and related telephone conference with Goodman. | Ellipso Litigation-TAM | 0.5 | 250.00 | 125.00 | 11,923.50 |
| 09/09/2006 | E-mail to M. Goodman re: Castiel deposition; begin work on discovery responses. | Ellipso Litigation-TAM | 1.2 | 250.00 | 300.00 | 12,223.50 |
| 09/09/2006 | Review Castiel e-mails and prepare deposition outline for Castiel deposition | Michael J. Foycik | 3 | 125.00 | 375.00 | 12,598.50 |
| 09/10/2006 | Complete draft responses to Ellipso's discovery requests. | Ellipso Litigation-TAM | 3 | 250.00 | 750.00 | 13,348.50 |
| 09/11/2006 | Office Conference with JBM and MJF re: answers to interrogatories and responses to document requests; prepare and forward final discovery responses. | Ellipso Litigation-TAM | 6.5 | 250.00 | 1,625.00 | 14,973.50 |
| 09/11/2006 | Office conference, TAM and JBM, to assist in responding to all pending discovery requests and interrogatories; prepare draft responses and discuss outstanding litigation issues | Michael J. Foycik | 5.5 | 125.00 | 687.50 | 15,661.00 |

Page 1

**Mauro Law Offices, P. C.**

# Detailed Statement

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

DATE

10/9/2006

**FOR SERVICES RENDERED**     **09/01/06 - 09/30/06**

TO:

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

BALANCE DUE

$22,002.70

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|----------------------------------|------|-------|------|--------|---------|
| 09/13/2006 | Review Goodman e-mail re discovery responses and motion to compel against Patterson; review and fianalize MJF draft letter to Goodman responsive to his 9/12/2006 letter and e-mail | Ellipso Litigation-TAM | 1.4 | 250.00 | 350.00 | 16,011.00 |
| 09/13/2006 | Prepare draft letter to Goodman responding to his discovery letter of September 12 | Michael J. Foycik | 0.9 | 125.00 | 112.50 | 16,123.50 |
| 09/14/2006 | Prepare Mann documents for inspection by Goodman; review Ellipso motion for protective order re Castiel deposition; related office conferences with MJF; complete and file opposition to Goodman motion for protective order | Ellipso Litigation-TAM | 8.5 | 250.00 | 2,125.00 | 18,248.50 |
| 09/14/2006 | Office conference, TAM, re Ellipso Emergency Motion for Protective Order re. Castiel deposition; review record of correspondence and prepare draft opposition | Michael J. Foycik | 4.5 | 125.00 | 562.50 | 18,811.00 |
| 09/15/2006 | Initial conference - Appeal - Jordan Coyne Invoice, copy attached | | 1 | 45.20 | 45.20 | 18,856.20 |
| 09/18/2006 | Telephone conference with JBM and MJF re: on-going strategies and bond letter | Ellipso Litigation-TAM | 0.8 | 250.00 | 200.00 | 19,056.20 |

**Mauro Law Offices, P. C.**

# Detailed Statement

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

DATE

10/9/2006

**FOR SERVICES RENDERED**          **09/01/06 - 09/30/06**

TO:

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso, Inc. v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

BALANCE DUE

$22,002.70

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|-----------------------------------|------|-------|------|--------|---------|
| 09/18/2006 | Telephone conference, TAM, re naming Castiel as individual defendant and discovery issues ; telephone conference, TAM and JBM, re raising the matter of defective bond to Ellipso counsel; prepare draft letter to Ludaway re same | Michael J. Foycik | 1.1 | 125.00 | 137.50 | 19,193.70 |
| 09/19/2006 | Review draft appeal brief; prepare related e-mails to JBM, Bob Patterson and David Durbin. | Ellipso Litigation-TAM | 1 | 250.00 | 250.00 | 19,443.70 |
| 09/20/2006 | Telephone Conference with R. Patterson re: discovery and strategy; forward letter to Ludaway re: bond. | Ellipso Litigation-TAM | 0.4 | 250.00 | 100.00 | 19,543.70 |
| 09/20/2006 | Telephone conference, TAM, re Goodman September 20 letter re Mann Second Document Requests and strategy concerning motion to compel | Michael J. Foycik | 0.5 | 125.00 | 62.50 | 19,606.20 |
| 09/22/2006 | Various telephone conferences with MJF re: motion to compel responses to second documents request; finalize and file motion. | Ellipso Litigation-TAM | 1.8 | 250.00 | 450.00 | 20,056.20 |
| 09/22/2006 | Review record of correspondence re Godman's assertion that he did not receive second requests; prepare draft motion to compel against Ellipso re Mann's Second Document requests. | Michael J. Foycik | 3.2 | 125.00 | 400.00 | 20,456.20 |
| 09/26/2006 | Prepare letter to Goodman and Ludaway re: exchange of discovery and Guberman. | Ellipso Litigation-TAM | 0.3 | 250.00 | 75.00 | 20,531.20 |

**Mauro Law Offices, P. C.**

# Detailed Statement

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

DATE

10/9/2006

**FOR SERVICES RENDERED**          **09/01/06 - 09/30/06**

TO:

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**Ellipso, Inc. v. John B. Mann, et al.**
**Case No. 05-1186**
**United States District Court for the District of Columbia**

BALANCE DUE

**$22,002.70**

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|----------------------------------|------|-------|------|--------|---------|
| 09/27/2006 | Check with Elizabeth Herrman, Deputy DC Bar Counsel, re: Guberman status; related telephone conference with JBM; forward document production to Goodman. | Ellipso Litigation-TAM | 0.8 | 250.00 | 200.00 | 20,731.20 |
| 09/28/2006 | Review draft deficiency letter re: Ellipso's responses to Request for Admissions prepared by MJF; complete and forward to Goodman. | Ellipso Litigation-TAM | 1.3 | 250.00 | 325.00 | 21,056.20 |
| 09/28/2006 | Inspect documents produced by Ellipso; prepare draft letter to bonding company | Michael J. Foycik | 2 | 125.00 | 250.00 | 21,306.20 |
| 09/29/2006 | Office conference with MJF re; Strategy on discovery and Goodman's misrepresentations. | Michael J. Foycik | 1 | 125.00 | 125.00 | 21,431.20 |
| 09/29/2006 | Office conference, TAM, re Ellipso oppoition to motion to compel re second document requests | Michael J. Foycik | 1 | 125.00 | 125.00 | 21,556.20 |
| 09/30/2006 | | Long distance telephone | 1 | 4.00 | 4.00 | 21,560.20 |
| 09/30/2006 | In-house copies | Photocopies | 950 | 0.15 | 142.50 | 21,702.70 |
| 09/30/2006 | Begin draft of a detailed letter to Goodman re deficiencies in Ellipso's production of documents | Michael J. Foycik | 2.4 | 125.00 | 300.00 | 22,002.70 |
| 10/09/2006 | Amount Due | | | | | 22,002.70 |

10,304.20

# Jordan Coyne & Savits, L.L.P.

1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
(202) 296-4747

TIN 52-1035705

## Statement    September 19, 2006

ATTENTION:   Thomas Mauro, Esquire
Mann Technologies, LLC
1020 19th Street, NW
Suite 400
Washington , DC  20036

**This statement summarizes only those outstanding invoices that were issued more than 45 days ago**

---

Client Name:  Mann Technologies, LLC                                                                DPD

Matter Name:   **Mann Technologies, LLC - Ellipso, Inc.**

Claim or File No:                                  JC&S Client/Matter Number: 4451    2006001

Client Contact:    Thomas Mauro, Esq.         JC&S Responsible Attorney:  David P Durbin

| Invoice No. | Invoice Date | Original Invoice Total | Current Open Total | No. of Days Outstanding |
|---|---|---|---|---|
| 645733 | 07/14/2006 | $45.20 | $45.20 | 68 |
| | **Current Open Total For This Matter:** | | **$45.20** | |

## Total Amount Outstanding:        $45.20

---

Our records indicate that we have not received payment for the above invoice(s). These invoices were issued more than 45 days ago. Your attention to the payment of the open balance(s) would be greatly appreciated. Please do not hesitate to contact either our Accounting Department, or the JC&S responsible attorney for this matter, if you have any questions or concerns.
Thank you.

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

DATE

2/12/2007

TO:

**FOR SERVICES RENDERED**

01/01/07 - 01/31/07

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

BALANCE DUE

$40,990.18

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 12/31/2006 | Balance forward | | | | | 33,779.93 |
| 01/05/2007 | Organize file for meeting with Mr. Goodman; attend discovery conference with Goodman at our Offices. | Ellipso Litigation-TAM | 3 | 250.00 | 750.00 | 34,529.93 |
| 01/05/2007 | Conference with M. Goodman and TAM at TAM Offices to resolve discovery issues, including preparation for meeting and analyzing and discussing results of meeting | Michael J. Foycik | 3 | 125.00 | 375.00 | 34,904.93 |
| 01/22/2007 | Conference with David Durbin at his Offices and telephone conference with JBM re: appeal preparation | Ellipso Litigation-TAM | 1.3 | 250.00 | 325.00 | 35,229.93 |
| 01/23/2007 | Attend Oral Argument on appeal; related conference with JBM and R. Patterson. | Ellipso Litigation-TAM | 2 | 250.00 | 500.00 | 35,729.93 |
| 01/24/2007 | Prepare and forward letter for meeting and discovery conference dates to Mr. Goodman | Ellipso Litigation-TAM | 0.6 | 250.00 | 150.00 | 35,879.93 |
| 01/25/2007 | Office conference with MJF regarding preparation for discovery meeting with Goodman; Telephone conference with attorney for Tomassoni regarding Ellipso's subpoenas; review Tomassoni documents with MJF | Ellipso Litigation-TAM | 2.5 | 250.00 | 625.00 | 36,504.93 |

**Mauro Law Offices, P. C.**

# Detailed Statement

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

DATE

2/12/2007

FOR SERVICES RENDERED            01/01/07 - 01/31/07

TO:

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

BALANCE DUE

$40,990.18

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|----------------------------------|------|-------|------|--------|---------|
| 01/25/2007 | Office conference with TAM on outstanding issues and to prepare for further discovery meeting with Mr. Goodman; review litigation file and developments with TAM; conference call with Mr. Tomassoni's attorney re Tomassoni's response to Ellipso subpoena | Michael J. Foycik | 3.1 | 125.00 | 387.50 | 36,892.43 |
| 01/25/2007 | Review Tomassoni documents with TAM; related telephone discussion with John Mann | Michael J. Foycik | 1.1 | 125.00 | 137.50 | 37,029.93 |
| 01/26/2007 | Telephone conference from New York with MJF regarding Tomassoni documents and discovery conference set for 1/29. | Ellipso Litigation-TAM | 0.4 | 250.00 | 100.00 | 37,129.93 |
| 01/26/2007 | Continue review of litigation file at TAM Offices; telephone discussion with TAM re preparation for discovery meeting with Mr. Goodman; telephone discussion with JBM re detailed review of Tomassoni documents | Michael J. Foycik | 2.5 | 125.00 | 312.50 | 37,442.43 |
| 01/28/2007 | Continue detailed summary of January 5 meeting with Mr. Goodman; review status of various issues in order to prepare report prior to next meeting with Mr. Goodman, to ensure compiance with ongoing discovery, and to inform TAM and JBM of points covered; prepare "to do" list for proceeding in the litgation, resulting from discussions with TAM of 1/25 and 1/26 | Michael J. Foycik | 2.7 | 125.00 | 337.50 | 37,779.93 |

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

DATE

2/12/2007

TO:

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**FOR SERVICES RENDERED**　　　**01/01/07 - 01/31/07**

Ellipso v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

BALANCE DUE

$40,990.18

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|--------------------------------|------|-------|------|--------|---------|
| 01/29/2007 | Conference at offices of Leftwich and Ludaway with Mr. Goodman, MJF, JBM, and R. Patterson regarding discovery issues; complete conference. | Ellipso Litigation-TAM | 7.5 | 250.00 | 1,875.00 | 39,654.93 |
| 01/29/2007 | Extended meeting with Mr. Goodman, R. Patterson, TAM and JBM at Goodman's Offices, discussing all outstanding discovery issues for both plaintiff and defendants, and the scheduling order required by the Court to be filed on February 1 | Michael J. Foycik | 7.5 | 125.00 | 937.50 | 40,592.43 |
| 01/30/2007 | Respond to e-mail on scheduling order draft by Mr. Goodman | Ellipso Litigation-TAM | 0.5 | 250.00 | 125.00 | 40,717.43 |
| 01/30/2007 | Telephone conference, JBM, regarding meeting with Mr. Goodman on 1/29/07 | Michael J. Foycik | 1.5 | 125.00 | 187.50 | 40,904.93 |
| 01/31/2007 | Telephone conference, JBM, re new e-mails from R. Patterson | Ellipso Litigation-TAM | 0.3 | 250.00 | 75.00 | 40,979.93 |
| 01/31/2007 | | Long distance telephone | 1 | 6.25 | 6.25 | 40,986.18 |
| 01/31/2007 | | Postage | 1 | 4.00 | 4.00 | 40,990.18 |
| 02/12/2007 | Amount Due | | | | | 40,990.18 |

7,210.25

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

DATE

3/3/2007

TO:

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**FOR SERVICES RENDERED**          **02/01/07 - 02/28/07**

Ellipso v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

BALANCE DUE

$43,891.68

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|----------------------------------|------|-------|------|--------|---------|
| 01/31/2007 | Balance forward | | | | | 40,990.18 |
| 02/08/2007 | Preparing email to Mr. Mauro prioritizing items to be done; preparing detailed summary of points covered during meeting of Jan 29 2007 with Mr. Goodman, Mr. Mauro, Mr. Patterson; and emailing same on 2/8/07 to John Mann and Mr. Mauro | Michael J. Foycik | 3.4 | 125.00 | 425.00 | 41,415.18 |
| 02/09/2007 | Extended teleconference with John Mann discussing many of the issues covered in the Jan 29 meeting with Mr. Goodman and resolving various issues raised during that meeting which required John Mann's understanding and approval | Michael J. Foycik | 2.2 | 125.00 | 275.00 | 41,690.18 |
| 02/09/2007 | Email to John Mann covering further points of Jan 29 07 meeting, and followup to teleconference of even date | Michael J. Foycik | 0.3 | 125.00 | 37.50 | 41,727.68 |
| 02/09/2007 | Reviewing three emails from John Mann of 2/9/07 containing various proposed/draft documents for interrogatories, 4th Request for Production, and the written comments from John Mann marked on the summary of the Jan 29 meeting | Michael J. Foycik | 0.5 | 125.00 | 62.50 | 41,790.18 |

**Mauro Law Offices, P. C.**

# Detailed Statement

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

| DATE |
|---|
| 3/3/2007 |

**FOR SERVICES RENDERED**    02/01/07 - 02/28/07

TO:

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

BALANCE DUE

$43,891.68

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| 02/10/2007 | Reviewing email of 2/10/07 from John Mann concerning 11/16/04 email from Castiel to Patterson, and considering implications; Email to Mr. Mauro 2/10/07 with an update on progress, and action items needed to be done, and also sending updated meeting summary of the Jan 29 meeting with Goodman | Michael J. Foycik | 0.6 | 125.00 | 75.00 | 41,865.18 |
| 02/12/2007 | Telephone conference with MJF re: update of issues following MJF-JBM consultation; Forward Mann's documents to JBM. | Ellipso Litigation-TAM | 0.3 | 250.00 | 75.00 | 41,940.18 |
| 02/12/2007 | Conferring with Mr. Mauro to discuss all progress to date, and planning strategy for making further progress | Michael J. Foycik | 0.3 | 125.00 | 37.50 | 41,977.68 |
| 02/20/2007 | Teleconference with John Mann regarding status of various items and discovery requests. - 0.3 hrs. | Michael J. Foycik | 1. | 125.00 | 125.00 | 42,102.68 |
| 02/22/2007 | Conferring with Mr. Mauro to discuss all progress to date, and planning strategy for making further progress | Michael J. Foycik | 0.5 | 125.00 | 62.50 | 42,165.18 |
| 02/22/2007 | Telephone conference, MJF, re pending issues and review of strategy | Ellipso Litigation-TAM | 0.5 | 250.00 | 125.00 | 42,290.18 |

**Mauro Law Offices, P. C.**

# Detailed Statement

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

DATE

3/3/2007

TO:

**FOR SERVICES RENDERED**    02/01/07 - 02/28/07

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

BALANCE DUE

$43,891.68

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|----------------------------------|------|-------|------|--------|---------|
| 02/23/2007 | Telephone conference with JBM re: follow up discovery items; prepare e-mail after reviewing and commenting on MJF summary; prepare and forward letter to Mr. Goodman re deposeition dates for Castiel and First Interrogatories and Fourth Document Requests to Ellipso. | Ellipso Litigation-TAM | 2.5 | 250.00 | 625.00 | 42,915.18 |
| 02/26/2007 | Research privilege from disclosure of joint defense agreements. | Ellipso Litigation-TAM | 0.8 | 250.00 | 200.00 | 43,115.18 |
| 02/26/2007 | Preparing detailed draft "deficiency" letter for sending to Mr. Goodman explaining the deficiencies of his response to the Discovery Requests 51-86, including summary of resolution of various items made during meeting of Jan. 29, and sending to Mr. Mauro | Michael J. Foycik | 2.7 | 125.00 | 337.50 | 43,452.68 |
| 02/27/2007 | Preparing a detailed draft deficiency letter for Discovery Requests 1-50 for sending to Mr. Goodman, which updates the previous deficiency letter pertaining to those points, and pointing out the various resolutions and updates for those items; and sending same to Mr. Mauro | Michael J. Foycik | 2.3 | 125.00 | 287.50 | 43,740.18 |
| 02/28/2007 | Telephone conference with JBM re: Robert Patterson. | Ellipso Litigation-TAM | 0.3 | 250.00 | 75.00 | 43,815.18 |

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

DATE

3/3/2007

**FOR SERVICES RENDERED**

**02/01/07 - 02/28/07**

TO:

Mann Technologies, LLC
c/o Mr. John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**Ellipso v. John B. Mann, et al.**
**Case No. 05-1186**
**United States District Court for the District of Columbia**

BALANCE DUE

$43,891.68

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|----------------------------------|------|-------|------|--------|---------|
| 02/28/2007 | Conferring with Mr. Mauro regarding possible extension of time for filing of third party claims and cross claims, and discussing further litigation strategy. | Michael J. Foycik | 0.5 | 125.00 | 62.50 | 43,877.68 |
| 02/28/2007 | | Postage | 1 | 8.00 | 8.00 | 43,885.68 |
| 02/28/2007 | | Long distance telephone | 1 | 6.00 | 6.00 | 43,891.68 |
| 03/03/2007 | Amount Due | | | | | 43,891.68 |

Page 4

**Mauro Law Offices, P. C.**

# Detailed Statement

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

DATE

5/27/2007

**FOR SERVICES RENDERED**          **03/01/07 - 05/11/07**

TO:

Mann Technologies, LLC
John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**Ellipso v. John B. Mann, et al.**
**Case No. 05-1186**
**United States District Court for the District of Columbia**

BALANCE DUE

$67,715.26

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|-----------------------------------|------|-------|------|--------|---------|
| 02/28/2007 | Balance forward | | | | | 44,011.16 |
| 03/01/2007 | Prepare e-mail to JBM re pros and cons of adding Mr. Patterson and Mr. Castiel as third party defendants; related telephone conference with JBM | Ellipso Litigation-TAM | 1.4 | 250.00 | 350.00 | 44,361.16 |
| 03/01/2007 | Draft Motion for an extension to file third party claims and cross claims, and email same to Mr. Mauro | Michael J. Foycik | 1 | 125.00 | 125.00 | 44,486.16 |
| 03/02/2007 | Continue and complete deficiency letter to opposing counsel Mr. Goodman re Ellipso's failure to respond adequately to Mann's Second Document Requests and draft Protective order; prepare subpoena to UBS | Ellipso Litigation-TAM | 4.7 | 250.00 | 1,175.00 | 45,661.16 |
| 03/05/2007 | Prepare and file motion for extension of time on third party claims. | Ellipso Litigation-TAM | 0.9 | 250.00 | 225.00 | 45,886.16 |
| 03/05/2007 | Telephone conference, JBM, re Patterson discovery and deposition strategy | Ellipso Litigation-TAM | 0.4 | 250.00 | 100.00 | 45,986.16 |
| 03/06/2007 | Prepare and forward subpoena to ICO | Ellipso Litigation-TAM | 1.5 | 250.00 | 375.00 | 46,361.16 |
| 03/06/2007 | Begin preparation of deficiency letter for Mann Requests 1-50. | Ellipso Litigation-TAM | 1.2 | 250.00 | 300.00 | 46,661.16 |
| 03/07/2007 | Continue deficiency letter for Mann first Requests 1-50 | Ellipso Litigation-TAM | 2 | 250.00 | 500.00 | 47,161.16 |
| 03/08/2007 | Prepare draft responsive letter to Mr. Goodman re: his 2/23/07 letter. | Ellipso Litigation-TAM | 2.1 | 250.00 | 525.00 | 47,686.16 |
| 03/09/2007 | Office conference with JBM and R. Patterson re, third party claim against Castiel and general defense strategy in case. | Ellipso Litigation-TAM | 2.9 | 250.00 | 725.00 | 48,411.16 |

Page 1

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

| DATE |
| --- |
| 5/27/2007 |

**FOR SERVICES RENDERED**    03/01/07 - 05/11/07

TO:

Mann Technologies, LLC
John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

| BALANCE DUE |
| --- |
| $67,715.26 |

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 03/09/2007 | Telephone conference with M. Goodman re: deposition and discovery issues. | Ellipso Litigation-TAM | 0.3 | 250.00 | 75.00 | 48,486.16 |
| 03/13/2007 | Telephone conference with R. Patterson, re: Patterson's discovery responses. | Ellipso Litigation-TAM | 0.9 | 250.00 | 225.00 | 48,711.16 |
| 03/13/2007 | Telephone conference with JBM re: Goodman letter on ICO and UBS subpoenas and other issues | Ellipso Litigation-TAM | 0.6 | 250.00 | 150.00 | 48,861.16 |
| 03/14/2007 | Telephone conference with Katherine Brin of Wilmer Hale, attorney for ICO, re ICO's objection to subpoena | Ellipso Litigation-TAM | 0.2 | 250.00 | 50.00 | 48,911.16 |
| 03/14/2007 | Telephone conference with M. Goodman re: outstanding discovery issues and motions. | Ellipso Litigation-TAM | 0.3 | 250.00 | 75.00 | 48,986.16 |
| 03/14/2007 | Prepare response to Mr. Goodman 3/13 letter and deposition notice to Castiel; prepare related e-mail to JBM | Ellipso Litigation-TAM | 1.5 | 250.00 | 375.00 | 49,361.16 |
| 03/15/2007 | | Long distance telephone | 1 | 5.00 | 5.00 | 49,366.16 |
| 03/15/2007 | Telephone conference with JBM and R. Patterson re: Patterson discovery and Ellipso motion to Quash UBS subpoena. | Ellipso Litigation-TAM | 1.2 | 250.00 | 300.00 | 49,666.16 |
| 03/16/2007 | Telephone conference with Katherine Brin, attorney for ICO re: their resistance to the subpoena; re-issue ICO subpoena and forward it to process server. | Ellipso Litigation-TAM | 2.4 | 250.00 | 600.00 | 50,266.16 |
| 03/19/2007 | ICO Revised Witness Subpoena fee | Disbursements | 1 | 45.00 | 45.00 | 50,311.16 |
| 03/19/2007 | Telephone Conference with JBM re: Ellipso's Motion for Protective Order. | Ellipso Litigation-TAM | 0.4 | 250.00 | 100.00 | 50,411.16 |
| 03/20/2007 | ICO subpoena re-issue | Service of Process Fees | 1 | 100.00 | 100.00 | 50,511.16 |

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

| DATE |
| --- |
| 5/27/2007 |

**FOR SERVICES RENDERED**     **03/01/07 - 05/11/07**

TO:

Mann Technologies, LLC
John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**Ellipso v. John B. Mann, et al.**
**Case No. 05-1186**
**United States District Court for the District of Columbia**

**BALANCE DUE**

**$67,715.26**

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 03/21/2007 | Prepare draft reply to Plaintiff's Opposition to Motion for Extension of Time, and e-mail to Mr. Mauro | Michael J. Foycik | 2.3 | 125.00 | 287.50 | 50,798.66 |
| 03/22/2007 | Telephone conference with R. Patterson re: his discovery responses and related pending matters. Telephone conferences with MJF and JBM re: pending motions to quash subpoenas. | Ellipso Litigation-TAM | 1 | 250.00 | 250.00 | 51,048.66 |
| 03/22/2007 | Consider and review e-mail from John Mann regarding Motion to Quash including legal and factual aspects of same | Michael J. Foycik | 0.3 | 125.00 | 37.50 | 51,086.16 |
| 03/22/2007 | Conference with Mr. Mauro regarding legal ramifications of, and legal arguments pertaining to, obtaining financial data sought by subpoena, in light of e-mail from John Mann of 3/22/07; discuss future discovery strategy. | Michael J. Foycik | 1 | 125.00 | 125.00 | 51,211.16 |
| 03/22/2007 | Telephone conference, MJF, re subpoenas to UBS and implications of financial data sought and future discovery strategy. | Ellipso Litigation-TAM | 1 | 250.00 | 250.00 | 51,461.16 |
| 03/23/2007 | Office Conference with JBM and R. Patterson, re appellate decision and strategy to move forward. | Ellipso Litigation-TAM | 4 | 250.00 | 1,000.00 | 52,461.16 |
| 03/23/2007 | Review and consider appellate opinion, including consideration of legal issues influencing current efforts | Michael J. Foycik | 0.5 | 125.00 | 62.50 | 52,523.66 |

Page 3

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

| DATE |
| --- |
| 5/27/2007 |

**FOR SERVICES RENDERED**          03/01/07 - 05/11/07

TO:

Mann Technologies, LLC
John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

BALANCE DUE

$67,715.26

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 03/24/2007 | Telephone conference with MJF, re: appellate decision and strategy. | Ellipso Litigation-TAM | 0.8 | 250.00 | 200.00 | 52,723.66 |
| 03/24/2007 | Conference with Mr. Mauro concerning how the Decision on Appeal influences current efforts, and the legal ramifications of the Decision on Appeal. | Michael J. Foycik | 0.8 | 125.00 | 100.00 | 52,823.66 |
| 03/24/2007 | Prepare e-mail to Mr. Mauro and John Mann per instructions; response by John Mann of 3/25/07; and reply to response by John Mann; all pertaining to evidentiary aspects of presenting a specific email with a Motion to dissolve the preliminary injunction. | Michael J. Foycik | 0.6 | 125.00 | 75.00 | 52,898.66 |
| 03/25/2007 | Review Mr. Goodman's proposed edits to protective order; review Matrix of Document production prepared by JBM; prepare Consent Motion re: order of deposition; prepare responsive letter to Goodman to his March 19 letter. | Ellipso Litigation-TAM | 4 | 250.00 | 1,000.00 | 53,898.66 |
| 03/26/2007 | Telephone conference with R. Patterson, re: his document production. | Ellipso Litigation-TAM | 0.5 | 250.00 | 125.00 | 54,023.66 |
| 03/27/2007 | Complete and file reply to opposition to motion to extend time re: cross claims. | Ellipso Litigation-TAM | 1.7 | 250.00 | 425.00 | 54,448.66 |

Page 4

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

DATE

5/27/2007

**FOR SERVICES RENDERED**

03/01/07 - 05/11/07

TO:

Mann Technologies, LLC
John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

Ellipso v. John B. Mann, et al.
Case No. 05-1186
United States District Court for the District of Columbia

BALANCE DUE

$67,715.26

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|----------------------------------|------|-------|------|--------|---------|
| 03/27/2007 | Office conference with JBM and R. Patterson re: Patterson's discovery responses and Castiel deposition and the need to make a record concerning Castiel's refusal to be deposed and the outstanding Notice of Deposition to Castiel. | Ellipso Litigation-TAM | 1.5 | 250.00 | 375.00 | 54,823.66 |
| 03/28/2007 | Make record of Castiel's failure to appear at his scheduled deposition; related office conference with R. Patterson. | Ellipso Litigation-TAM | 1.9 | 250.00 | 475.00 | 55,298.66 |
| 03/28/2007 | Review motion for Protective Order re; UBS, begin opposition. | Ellipso Litigation-TAM | 0.9 | 250.00 | 225.00 | 55,523.66 |
| 03/29/2007 | Revise, complete and file Opposition to Ellipso Motion for Protective Order re UBS | Ellipso Litigation-TAM | 5.8 | 250.00 | 1,450.00 | 56,973.66 |
| 03/30/2007 | Review Mr. Goodman's March 29, 2007, letter and his revised discovery responses; telephone conference, R. Patterson, re his interrogatory answers; prepare e-mail to JBM re future strategy | Ellipso Litigation-TAM | 3.1 | 250.00 | 775.00 | 57,748.66 |
| 04/01/2007 | 12/23/06 - 3/27/07 | Photocopies | 1,320 | 0.15 | 198.00 | 57,946.66 |
| 04/03/2007 | Begin Opposition to Ellipso Motion for Protective Order, re ICO subpoena. | Ellipso Litigation-TAM | 1.1 | 250.00 | 275.00 | 58,221.66 |
| 04/04/2007 | Complete and file Mann opposition to Ellipso Motion for protective order re: ICO Subpoena. | Ellipso Litigation-TAM | 3 | 250.00 | 750.00 | 58,971.66 |
| 04/05/2007 | Office Conference with Robert Patterson re: Patterson production; prepare status letter and e-mail to JBM | Ellipso Litigation-TAM | 0.4 | 250.00 | 100.00 | 59,071.66 |

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

| DATE |
| --- |
| 5/27/2007 |

**FOR SERVICES RENDERED**          **03/01/07 - 05/11/07**

| TO: |
| --- |

Mann Technologies, LLC
John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**Ellipso v. John B. Mann, et al.**
**Case No. 05-1186**
**United States District Court for the District of Columbia**

BALANCE DUE

| $67,715.26 |
| --- |

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 04/06/2007 | Prepare and file Motion to Withdraw as Counsel and related notices and letters | Ellipso Litigation-TAM | 3 | 250.00 | 750.00 | 59,821.66 |
| 04/13/2007 | Fed Ex | Disbursements | 1 | 15.00 | 15.00 | 59,836.66 |
| 04/16/2007 | Prepare and forward e-mail to JBM re: Patterson deposition; related telephone conference with M. Goodman. | Ellipso Litigation-TAM | 1 | 250.00 | 250.00 | 60,086.66 |
| 04/17/2007 | Attend Patterson deposition at Mr. Goodman's office. | Ellipso Litigation-TAM | 8.1 | 250.00 | 2,025.00 | 62,111.66 |
| 04/19/2007 | Begin draft opposition to Ellipso motion to late file Reply re: UBS subpoena and e-mail to JBM. | Ellipso Litigation-TAM | 2.1 | 250.00 | 525.00 | 62,636.66 |
| 04/20/2007 | Revise, complete and file Opposition to Ellipso Motion to Late File Reply re: UBS subpoena. | Ellipso Litigation-TAM | 1.7 | 250.00 | 425.00 | 63,061.66 |
| 04/26/2007 | Prepare e-mail to JBM re proper response to opposing counsel's strategy regarding Castiel deposition and the use of a 30(b)(6) deposition by the Mann defendants. | Ellipso Litigation-TAM | 0.4 | 250.00 | 100.00 | 63,161.66 |
| 04/28/2007 | Prepare e-mail to JBM re strategy for Castiel deposition in light of Ellipso's supplementary production of documents. | Ellipso Litigation-TAM | 0.3 | 250.00 | 75.00 | 63,236.66 |
| 04/30/2007 | Transcript fee - Statement on the Record, Castiel deposition, Ellipso v. Mann | Disbursements | 1 | 280.00 | 280.00 | 63,516.66 |
| 04/30/2007 | Review Ellipso supplemental production of documents; related office conference, JBM | Ellipso Litigation-TAM | 1 | 250.00 | 250.00 | 63,766.66 |
| 04/30/2007 | | Long distance telephone | 8 | 8.00 | 64.00 | 63,830.66 |
| 04/30/2007 | | Photocopies | 1,024 | 0.15 | 153.60 | 63,984.26 |

**Mauro Law Offices, P. C.**

1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

# Detailed Statement

DATE

5/27/2007

**FOR SERVICES RENDERED**       **03/01/07 - 05/11/07**

TO:

Mann Technologies, LLC
John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186

**Ellipso v. John B. Mann, et al.**
**Case No. 05-1186**
**United States District Court for the District of Columbia**

BALANCE DUE

$67,715.26

| DATE | DESCRIPTION OF SERVICES / EXP... | ITEM | HOURS | RATE | AMOUNT | BALANCE |
|------|----------------------------------|------|-------|------|--------|---------|
| 04/30/2007 | | Postage | 1 | 6.00 | 6.00 | 63,990.26 |
| 05/02/2007 | Prepare for Castiel Deposition; related telephone conference with R. Patterson | Ellipso Litigation-TAM | 2.3 | 250.00 | 575.00 | 64,565.26 |
| 05/03/2007 | Travel to and attend Castiel Deposition in Reston | Ellipso Litigation-TAM | 10.3 | 250.00 | 2,575.00 | 67,140.26 |
| 05/04/2007 | Draft and file Response to JBM Objection to TAM Motion to Withdraw | Ellipso Litigation-TAM | 2.3 | 250.00 | 575.00 | 67,715.26 |
| 05/27/2007 | Amount Due | | | | | 67,715.26 |