10509 JUDICIAL DRIVE
SUITE 200
FAIRFAX, VIRGINIA 22030-5117
(703) 246-0900
FAX (703) 591-3673

111 S. CALVERT STREET
SUITE 2700
BALTIMORE, MARYLAND 21202
(410) 625-5060

LAW OFFICES
JORDAN COYNE & SAVITS, L.L.P.
1100 CONNECTICUT AVENUE, N.W.
SUITE 600
WASHINGTON, D.C. 20036-4117
(202) 296-4747
Fax: (202) 496-2800
www.jocs-law.com

305 HARRISON STREET, SE
LEESBURG, VIRGINIA 20175
(703) 443-2550

33 WOOD LANE
ROCKVILLE, MARYLAND 20850
(301) 424-4161

1 FLAG RUN
HC 70, BOX 358
DAVIS, WEST VIRGINIA 26260
(304) 636-9037

DAVID P. DURBIN
DC & MD BARS
DIRECT DIAL (202) 496-2804
E-MAIL: d.durbin@jocs-law.com

July 12, 2007

Mr. John B. Mann
MANN TECHNOLOGIES, LLC
9330 Harts Mill Road
Warrenton, VA 20186

   RE: Ellipso, Inc. v. John B. Mann and Mann Technologies, LLC
      Appeal No.:  05-7181
      Our File No.:  4451.2006001

Dear John:

  Please find enclosed our interim statement for costs advanced in the above-referenced matter through June 20, 2007 in the amount of $36.77. Please note that there is a prior balance due of $7,526.34, leaving a total balance due of $7,563.11. As I advised in my correspondence of October 19, 2006, we had applied all previous balances to your retainer of $7,500.00 which has now been completely used.

  I would appreciate your placing this statement in line for payment at your **earliest** convenience.

  Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

             Sincerely,

             David P. Durbin

DPD:cll
Enclosure

EXHIBIT 5

**Jordan Coyne & Savits, L.L.P.**

1100 Connecticut Avenue, N.W.
Suite 600

Washington, DC 20036

TELEPHONE: (202) 296-4747

FED ID #52-1035705

| | |
|---|---|
| Mann Technologies, LLC<br>9330 Harts Mill Road<br>Warrenton VA 20106<br><br>ATTN: John Mann | Invoice           647922<br>Invoice Date:   07/13/2007<br>Client Number:  4451<br>Matter Number:  2006001<br>Client Contact: Thomas Mauro, Esq.<br>Client File#: |

RE: Mann Technologies, LLC -
Ellipso, Inc.

FOR PROFESSIONAL SERVICES RENDERED: Through 6/30/2007

---
### INTERIM INVOICE
---

FOR COSTS ADVANCED AND EXPENSES INCURRED:

04/26/2007     Vendor: LEXIS-NEXIS                                            36.77
  On-Line Research ServiceLEXIS-NEXIS 03/07

                                              CURRENT EXPENSES    $      36.77

                FOR PROFESSIONAL SERVICES RENDERED              $36.77

                LESS CREDIT                                       0.00

                PRIOR BALANCE DUE                             $7,526.34

                TOTAL BALANCE DUE UPON RECEIPT                $7,563.11

        **(PAYMENT IS DUE WITHIN THIRTY (30) DAYS)**

**Jordan Coyne & Savits, L.L.P.**

1100 Connecticut Avenue, N.W.
Suite 600

Washington, DC 20036

TELEPHONE: (202) 296-4747

FED ID #52-1035705

Mann Technologies, LLC
9330 Harts Mill Road
Warrenton VA 20106

ATTN: John Mann

Invoice            646718
Invoice Date:      12/14/2006
Client Number:     4451
Matter Number:     2006001
Client Contact:    Thomas Mauro, Esq.
Client File#:

RE: Mann Technologies, LLC - Ellipso, Inc.

FOR PROFESSIONAL SERVICES RENDERED: Through 11/30/2006

## INTERIM INVOICE

| Date | Aty | Description | Hours | Value |
|---|---|---|---|---|
| 11/03/2006 | DPD | Reviewed Ellipso Brief and made notes | 0.40 | 90.00 |
| 11/03/2006 | DPD | Dictated letter to J. Mann re: Ellipso Brief | 0.10 | 22.50 |
| 11/09/2006 | DPD | Reviewed and responded to J. Mann's e-mail re: reply brief | 0.20 | 45.00 |
| 11/09/2006 | DPD | Telephone call to counsel for Ellipso re: extension | 0.10 | 22.50 |
| 11/10/2006 | DPD | Analysis of Ellipso Brief, J. Mann's comments, cases cited by Ellipso and record references | 2.90 | 652.50 |
| 11/10/2006 | DPD | Telephone call with J. Mann re: reply brief issues | 0.30 | 67.50 |
| 11/10/2006 | DPD | Dictated initial draft of reply brief | 1.80 | 405.00 |
| 11/13/2006 | DPD | Dictated consent motion to extend the date for the reply brief | 0.10 | 22.50 |
| 11/14/2006 | DPD | Revised draft of reply memorandum | 1.30 | 292.50 |
| 11/16/2006 | DPD | Telephone call with J. Mann re: comments on proposed reply brief | 0.90 | 202.50 |

```
Mann Technologies, LLC - Ellipso, Inc.                    Invoice Number:  646711
December 14, 2006
Page   2
```

|            |     |                                                                       |      |         |
|------------|-----|-----------------------------------------------------------------------|------|---------|
|            |     | and made revisions                                                    |      |         |
| 11/20/2006 | DPD | Additional revisions to reply brief                                   | 0.70 | 157.50  |
| 11/22/2006 | DPD | Finalized Reply Brief with summary of argument section, per Court Rules | 0.50 | 112.50  |
| 11/22/2006 | DPD | Dictated status letter to J. Mann re: oral argument set for 1/23/07   | 0.10 | 22.50   |

ATTORNEY TIME SUMMARY:

| Attorney       |         | Hours |    | Rate   |   | Value    |
|----------------|---------|-------|----|--------|---|----------|
| David P Durbin | Partner | 9.40  | at | 225.00 | = | 2,115.00 |

```
                                         CURRENT FEES         $    2,115.00
```

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
10/10/2006     Vendor:  In-house Cost                                    2.90
  Reproduction-In House @ $.10/page 29 COPIES 9/1/06-10/8/06
10/10/2006     Vendor:  In-house Cost                                    0.60
  Reproduction-In House @ $.10/page 6 COPIES 9/1/06-10/8/06
11/03/2006     Vendor:  In-house Cost                                    0.40
  Reproduction-In House @ $.10/page 4 COPIES 10/8/06-10/31/06

                                         CURRENT EXPENSES     $        3.90


                    FOR PROFESSIONAL SERVICES RENDERED             $2,118.90

                    LESS CREDIT                                         0.00

                    PRIOR BALANCE DUE                                $501.53

                    TOTAL BALANCE DUE UPON RECEIPT                 $2,620.43

                    (PAYMENT IS DUE WITHIN THIRTY (30) DAYS)
```