**Crowley, Hoge & Fein, P.C.**
**1710 Rhode Island Avenue, NW**
**Seventh Floor**
**Washington, DC  20036**
**(202) 483-2900**

Invoice submitted to:

John Mann
9330 Harts Mill Road
Warrenton, VA 20186

July 18, 2007

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/17/2007 | CGH | Telephone conference with potential new client. | 0.30 | NO CHARGE |
| 5/21/2007 | GC | Preliminary meeting with CGH to discuss case history and significant details; started case background research | 3.00 | 225.00 |
| 5/22/2007 | CGH | Review court opinions and documents from client; Office conference with client and GC. | 3.00 | 900.00 |
|  | GC | Continued background research for Ellipso v. Mann; prepared for meeting with client; meeting with CGH and client | 4.00 | 300.00 |
| 5/23/2007 | CGH | Brief review of documents from client; assemble file; conference with GC re work to be done while CGH on vacation. | 0.80 | 240.00 |

EXHIBIT

6

John Mann                                                    Page   2

|            |     |                                                          | Hours | Amount    |
|------------|-----|----------------------------------------------------------|-------|-----------|
| 5/23/2007  | CGH | Prepare retainer letter to client.                       | 0.50  | NO CHARGE |
|            | GC  | Started reading and analyzing documents provided by client | 7.00  | 525.00    |
| 5/24/2007  | CGH | Review additional documents from client; conference with GC. | 0.50  | 150.00    |
|            | GC  | Continued reading and analyzing documents provided by client; email communications with client | 4.50  | 337.50    |
| 5/25/2007  | GC  | Continued reading and analyzing documents provided by client; phone communications with client | 2.50  | 187.50    |
| 5/29/2007  | GC  | ICO stock history research; continued reading and analyzing documents provided by client | 1.50  | 112.50    |
| 5/31/2007  | GC  | Continued reading and analyzing documents provided by client; phone communications with client | 3.50  | 262.50    |
| 6/4/2007   | JS  | Research elements of each count against Mann.            | 2.50  | 187.50    |
| 6/5/2007   | JS  | Research elements of each count against Mann.            | 3.00  | 225.00    |
| 6/6/2007   | JS  | Draft memorandum regarding elements of each count against Mann. | 2.50  | 187.50    |

John Mann                                                                    Page   3

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/8/2007 JS | | Draft memorandum regarding elements of each count against Mann. | 2.00 | 150.00 |
| 6/11/2007 CGH | | Conference with GC and LC re developments while gone, research completed, materials reviewed, etc.; Review correspondence; exchange e-mails with client. | 0.50 | 150.00 |
| 6/18/2007 JS | | Draft memorandum re complaint counts | 1.00 | 75.00 |
| | GC | Reviewed case documents folder and started summary of case main points for CGH; communications with client regarding various depositions transcripts | 1.20 | 90.00 |
| | CGH | Review of file; conference with GC and LC re next steps. | 0.50 | 150.00 |
| 6/19/2007 CGH | | Review of critical documents selected by GC and LC; e-mail to client. | 1.00 | 300.00 |
| 6/20/2007 GC | | Continued summary of case main points for CGH; downloaded and read portions of client's motion for extension of discovery | 1.00 | 75.00 |
| | CGH | Review and analysis of documents from client; review of law clerk memo and some cases cited therein. | 1.50 | 450.00 |

John Mann                                                    Page   4

|            |     |                                                                                                               | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------|-------|--------|
| 6/21/2007  | CGH | Further review of documents and pleadings.                                                                    | 1.00  | 300.00 |
| 6/22/2007  | GC  | Downloaded and started to read Ellipso v. ICO documents provided by client; progress meeting with CGH; email communications with client | 1.50  | 112.50 |
|            | CGH | Review current e-mails and new documents from client; conference re strategy with GC; Telephone conference with client; send e-mail to M. Goodman. | 1.50  | 450.00 |
| 6/25/2007  | JS  | Research standard for lifting an injunction.                                                                  | 4.00  | 300.00 |
|            | CGH | Conferences with law clerk re researching legal standard for dissolving injunctions; review of case law found by clerk. | 1.00  | 300.00 |
| 6/26/2007  | JS  | Research burden of proof for lifting injunctions.                                                             | 2.00  | 150.00 |
|            | GC  | Analyzed case major factual issues in conjunction with JS case law research results; meeting with CGH and JS to examine client's strategic options for going forward | 2.50  | 187.50 |
|            | CGH | Review cases on dissolving injunctions; conference with GC and LC re best strategy going forward;             | 1.00  | 300.00 |

John Mann                                                            Page   5

|            |     |                                                           | Hours | Amount |
|------------|-----|-----------------------------------------------------------|-------|--------|
|            |     | e-mail to client; Telephone conference with client.       |       |        |
| 6/27/2007  | CGH | Do Pacer review of pleadings in court file which were not produced by client; print out selected pleadings; prepare and file Entry of Appearance; review law clerk memo and cases re elements of counts in Complaint; Telephone conference with T. Mauro. | 1.50 | 450.00 |
| 6/28/2007  | GC  | Continued reading Ellipso v. ICO documents provided by client; reviewed major issues in conjunction with case options in preparation for meeting with client on June 29 | 1.00 | 75.00 |
|            | CGH | Further review of documents, cases and law clerk memo in preparation for meeting with client. | 0.50 | 150.00 |
| 6/29/2007  | JS  | Draft memorandum re dissolution of injunctions. | 1.50 | 112.50 |
|            | CGH | Exchange e-mails with client re medical problem, postponement of appointment; conference with GC and LC re choice between motion to dissolve injunction and motion for summary judgment, discovery needed. | 1.00 | 300.00 |

John Mann                                                              Page   6

|  |  | | Hours | Amount |
|---|---|---|---|---|
|  | For professional services rendered | | 67.80 | $8,467.50 |
|  | Additional charges: | | | |
|  |  | | Qty | |
| 6/1/2007 | CGH | Photocopying charges for, June 2007 | 81 | 8.10 |
|  | CGH | Postage charges for, June 2007 | 1 | 0.41 |

| | | |
|---|---|---|
| Total costs | | $8.51 |
| Total amount of this bill | | $8,476.01 |
| 7/18/2007 | Payment from account | ($8,476.01) |
| Total payments and adjustments | | ($8,476.01) |
| Balance due | | $0.00 |

| | | |
|---|---|---|
| | Previous balance of Client funds | $0.00 |
| 6/18/2007 | Retainer payment to account. Check No. 1806 | $10,000.00 |
| 7/18/2007 | Payment from account | ($8,476.01) |
| | New balance of Client funds | $1,523.99 |

**Crowley, Hoge & Fein, P.C.**
**1710 Rhode Island Avenue, NW**
**Seventh Floor**
**Washington, DC  20036**
**(202) 483-2900**

Invoice submitted to:

John Mann
9330 Harts Mill Road
Warrenton, VA 20186

September 18, 2007

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/6/2007 | CGH | Review Court Order; review law clerk memo and cited cases on dissolving injunctions; exchange e-mails with client; Telephone conference with client. | 1.00 | 300.00 |
| 7/10/2007 | GC | Progress meeting with CGH; reviewed selected court opinions; meeting with CGH, client and JS | 3.30 | 247.50 |
|  | CGH | Review and analysis of documents in file; PACER review of court orders and pleadings; Office conference with client & GC; strategy planning. | 4.00 | 1,200.00 |
| 7/11/2007 | CGH | Telephone conference with M. Goodman re discovery schedule; review file to ascertain discovery tasks. | 0.50 | 150.00 |

John Mann                                                          Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/12/2007 | JS | Research other litigation pending against Ellipso. | 0.30 | 22.50 |
|  | CGH | Telephone conferences with R. Patterson, M. Goodman; e-mail to client; Telephone conference with client. | 2.00 | 600.00 |
| 7/13/2007 | GC | Started reading and analyzing D Castiel's deposition transcript | 3.00 | 225.00 |
|  | CGH | Review e-mail; conference with GC. | 0.30 | 90.00 |
| 7/14/2007 | GC | Continued reading and analyzing D Castiel's deposition transcript; phone communications with client | 1.80 | 135.00 |
| 7/16/2007 | GC | Continued reading and analyzing deposition transcripts | 2.30 | 172.50 |
|  | CGH | Telephone conference with M. Goodman. | 0.20 | 60.00 |
| 7/17/2007 | GC | Continued reading and analyzing  deposition transcripts | 2.50 | 187.50 |
| 7/18/2007 | GC | Continued reading and analyzing  deposition transcripts | 3.00 | 225.00 |
|  | CGH | Brief review of depositions from Patterson; conference with GC re digesting and indexing depos. | 0.50 | 150.00 |

John Mann                                                    Page   3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/19/2007 | GC | Continued reading and analyzing deposition transcripts | 2.50 | 187.50 |
| 7/20/2007 | CGH | Review draft motion for amendment of scheduling order; e-mail comments to M. Goodman. | 0.30 | 90.00 |
| 7/24/2007 | GC | Continued reading and analyzing deposition transcripts | 1.50 | 112.50 |
| 7/25/2007 | JS | Assemble Pleadings Binder | 1.60 | 120.00 |
|  | GC | Meeting with CGH and R Patterson; research on collateral loan agreements and stock sale documentation | 5.00 | 375.00 |
|  | CGH | Office conference with R. Patterson; review documents from Patterson; start working out deposition schedule. | 2.50 | 750.00 |
| 7/30/2007 | GC | Continued reading and analyzing deposition transcripts; started reading Castiel deposition exhibits | 2.00 | 150.00 |
| 7/31/2007 | GC | Continued reading Castiel deposition exhibits; started a list of "hot issues" | 2.50 | 187.50 |
| 8/1/2007 | GC | Meeting with CGH on case progress and future depositions issues; started identifying possible deposition questions from | 4.40 | 330.00 |

John Mann                                                    Page   4

|  |  | | Hours | Amount |
|---|---|---|---|---|
|  |  | Castiel and Patterson transcripts; phone conference with CGH and client |  |  |
| 8/1/2007 | CGH | Review Court Scheduling Order and past pleadings; conference with GC re strategy, etc.; Telephone conferences with B. Patterson, client; e-mail to M. Goodman. | 2.30 | 690.00 |
| 8/2/2007 | GC | Continued analyzing "hot issues" in Castiel deposition | 1.50 | 112.50 |
| 8/3/2007 | GC | Continued analyzing "hot issues" in Castiel deposition | 2.00 | 150.00 |
|  | CGH | Work on setting up depositions; telephone conferences with J. Piper, J. Beckham, client; review Goodman pleading; exchange e-mails with Goodman, client. | 1.50 | 450.00 |
| 8/6/2007 | CGH | Review e-mails from client; continue work on setting up depositions. | 0.50 | 150.00 |
| 8/7/2007 | CGH | Continue work on setting up depositions; exchange e-mails with client; review of file. | 0.50 | 150.00 |
| 8/8/2007 | GC | Phone and email communications with CGH in connection with upcoming deposition issues; read selected Patterson | 2.50 | 187.50 |

John Mann                                                                    Page  5

|                    |                                                          | Hours | Amount |
|--------------------|----------------------------------------------------------|-------|--------|
|                    | deposition segments related to alleged prior discovery agreements |       |        |
| 8/8/2007 CGH       | Work on discovery issues; Telephone conferences with B. Patterson, J. Anderson, UBS, J. Beckham, client; exchange e-mails with client and UBS; draft letter to M. Goodman; exchange e-mails with client; brief review of Patterson deposition; research discovery issues. | 3.00 | 900.00 |
| 8/10/2007 CGH      | Telephone conference with J. Anderson. | 0.20 | 60.00 |
| 8/13/2007 CGH      | Review Goodman notices of depositions; review court rules re depositions; Telephone conference with UBS. | 0.30 | 90.00 |
| 8/14/2007 JS       | Research Motion to Quash Subpoena | 3.50 | 262.50 |
|          CGH       | Work on deposition scheduling; conference with LC re researching grounds for motion for protective order; Telephone conferences with UBS, J. Beckham; exchange e-mails with client; review cases and research materials on protective orders from LC; strategy conference with GC and LC; start work on notice of depositions. | 2.50 | 750.00 |

John Mann                                                          Page   6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/15/2007 | JS | Draft Motion for Protective Order | 3.00 | 225.00 |
|  | GC | Meeting with CGH regarding content of deposition notice for Ellipso; conference call with CGH and client; assisted CGH with deposition notice | 3.00 | 225.00 |
|  | CGH | Review D. Castiel deposition; draft notices of depositions, including Rule 30(b)(6) lists of question areas and documents; prepare discovery certificate; work with law clerk on motion for protective order; exchange e-mails with client. | 3.50 | 1,050.00 |
| 8/16/2007 | JS | Draft Motion for Protective Order | 4.50 | 337.50 |
|  | GC | Meeting with CGH regarding motion for protective order; assisted CGH with motion for protective order; email and phone communications with client | 2.00 | 150.00 |
|  | CGH | Start revision of law clerk's motion for protective order; further research re discovery restrictions; Telephone conferences with M. Goodman, B. Patterson, client; exchange e-mails with client. | 1.70 | 510.00 |

John Mann                                                        Page    7

|            |     |                                                                                                                                                                                  | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 8/17/2007  | GC  | Meeting with CGH regarding allegations in Plaintiff's complaint; participated in CGH conference calls with Goodman, client and Patterson respectively; assisted CGH with new issues related to motion for protective order | 3.80  | 285.00   |
|            | CGH | Continue work on motion for protective order; Telephone conferences with M. Goodman, B. Patterson, BB&T Bank, client; draft letter to BB&T; exchange e-mails with Goodman and client. | 4.00  | 1,200.00 |
| 8/21/2007  | JS  | Research piercing the corporate veil                                                                                                                                                          | 2.00  | 150.00   |
|            | CGH | Conference with LC re researching piercing the corporate veil issue; review memo and cases from LC.                                                                                          | 0.80  | 240.00   |
| 8/23/2007  | JS  | Research lender liability                                                                                                                                                                    | 0.70  | 52.50    |
|            | GC  | Meeting with CGH regarding allegations of lender's liability issues; research OCC and FRB websites with regard to lender's liability and breach of lender's fiduciary duties; email exchange with client | 3.00  | 225.00   |
|            | CGH | Work with LC on further research into corporate veil and lender liability issues; review case law pulled by LC; conference                                                                   | 1.50  | 450.00   |

John Mann

Page 8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | with GC re discovery strategy. Telephone conference with UBS. |  |  |
| 8/24/2007 | JS | Research lender liability issue. | 1.00 | 75.00 |
|  | GC | Meeting with CGH regarding client's discovery options; continued web search with regard to lender's liability and breach of fiduciary duties; conference call with CGH and client; email exchange with client | 3.50 | 262.50 |
|  | CGH | Further research and analysis of lender liability and corporate veil issues; Telephone conference with G. Massim (banking law specialist); Telephone conferences with J. Beckham, UBS, client; review additional materials from client; prepare subpoenas to J. Piper and J. Tomassoni; e-mail drafts to client; review revised list of subpoena documents from client; revise subpoenas. | 3.20 | 960.00 |
| 8/27/2007 | CGH | Telephone conferences with M. Goodman, J. Beckham, client; revise Piper and Tomassoni subpoenas; letter to Beckham; prepare Notice of Subpoenas; conference with GC re strategy. | 2.00 | 600.00 |

John Mann                                                                Page   9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/28/2007 CGH | Review Goodman motion to withdraw and applicable court rules; Telephone conferences with B. Patterson, G. Massim (re lender liability issue). | | 0.80 | 240.00 |
| 8/29/2007 CGH | Telephone conference with M. Goodman; exchange e-mails with J. Beckham, client. | | 0.50 | 150.00 |
| 8/30/2007 CGH | Review Ellipso motion for protective order and applicable court rules regarding response; exchange e-mails with client; Telephone conference with client. | | 0.70 | 210.00 |
| 8/31/2007 CGH | Research and draft opposition to motion for protective order; Telephone conference with J. Tomassoni; exchange e-mails with client. | | 2.50 | 750.00 |

|  |  |  | | |
|---|---|---|---|---|
| | For professional services rendered Additional charges: | | 115.00 | $18,367.50 |

|  |  |  | Qty | |
|---|---|---|---|---|
| 8/1/2000 CGH | Postage charges for, August 2007 | | 1 | 5.12 |
| 7/1/2007 CGH | Photocopying charges for, July 2007 | | 3 | 0.30 |
| 7/19/2007 CGH | LexisNexis - online research charges - June 2007 | | 1 | 86.71 |

John Mann                                                                    Page 10

|              |     |                                      | Qty | Amount        |
|--------------|-----|--------------------------------------|-----|---------------|
| 8/1/2007     | CGH | Photocopying charges for, August 2007 | 80  | 8.00          |
|              | CGH | LexisNexis - online research charges | 1   | 143.87        |

| | |
|---|---|
| Total costs | $244.00 |
| Total amount of this bill | $18,611.50 |
| 9/18/2007 Payment from account | ($1,523.99) |
| Total payments and adjustments | ($1,523.99) |
| Balance due | $17,087.51 |

| | |
|---|---|
| Previous balance of Client funds | $1,523.99 |
| 9/18/2007 Payment from account | ($1,523.99) |
| New balance of Client funds | $0.00 |

**Crowley, Hoge & Fein, P.C.**
**1710 Rhode Island Avenue, NW**
**Seventh Floor**
**Washington, DC  20036**
**(202) 483-2900**

Invoice submitted to:


John Mann
9330 Harts Mill Road
Warrenton, VA 20186



October 18, 2007



Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 9/4/2007 CGH | Review e-mails; Telephone conferences with J. Tomassoni, J. Beckham, client; set up deposition with court reporter, etc.; revise and final response to motion for stay of discovery; find and assemble exhibits; arrange for e-filing and service; e-mails to M. Goodman and J. Beckham; prepare for Tomassoni deposition. | 2.80 | 840.00 |
| 9/5/2007 CGH | Prepare for Tomassoni deposition, including review of Castiel deposition transcript & general files; Office conference with client and R. Patterson in preparation for deposition; attend deposition; post-mortem discussion with client and Patterson. | 8.00 | 2,400.00 |

John Mann                                                                 Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/5/2007 | GC | Assisted CGH with preparations for the J Tomassoni deposition; meeting with CGH, client and R Patterson; participated in Tomassoni deposition | 6.50 | 487.50 |
| 9/6/2007 | CGH | Review documents produced by Tomassoni; arrange for copying; prepare letter and package of documents to Tomassoni; Telephone conference with client; e-mail to client. | 1.20 | 360.00 |
|  | GC | Downloaded additional Castiel and Tomassoni documents from disc provided by client; revised entire inventory of case hardcopy and electronic documents; email coomunications with CGH and client | 1.50 | 112.50 |
| 9/11/2007 | CGH | Exchange e-mails with M. Goodman re discovery issues. | 0.10 | 30.00 |
| 9/14/2007 | CGH | Telephone conference with UBS; e-mail to client. | 0.30 | 90.00 |
| 9/18/2007 | CGH | Telephone conference with UBS re subpoena compliance. | 0.20 | 60.00 |
| 9/19/2007 | CGH | Brief review of Tomassoni deposition transcript; conference with GC re detailed review of same; exchange e-mails with client. | 0.50 | 150.00 |

John Mann                                                      Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/20/2007 | CGH | Exchange e-mails with M. Pearce (UBS), M. Goodman re compliance with UBS subpoena; conference with GC re "to do" items. | 0.50 | 150.00 |
|  | GC | Meeting with CGH to examine tactical alternatives; phone call to client | 1.30 | 97.50 |
| 9/28/2007 | CGH | Review documents from UBS; conference with GC. | 0.30 | 90.00 |
|  | GC | Meeting with CGH; examined documents provided by UBS in response to our subpoena | 0.80 | 60.00 |

|  |  |  | | |
|---|---|---|---|---|
| | | For professional services rendered | 24.00 | $4,927.50 |
| | | Additional charges: | | |

|  |  |  | Qty | |
|---|---|---|---|---|
| 9/1/2007 | CGH | Photocopying charges for, September 2007 | 406 | 40.60 |
|  | CGH | Postage charges for, September 2007 | 1 | 12.05 |
| 9/5/2007 | CGH | Reimbursement of Tomassoni parking fee. | 1 | 20.00 |
| 9/6/2007 | CGH | O'Neal copier service | 1 | 402.91 |
| 9/20/2007 | CGH | Misty Klapper & Associates - deposition transcript | 1 | 783.25 |

|  |  |
|---|---|
| Total costs | $1,258.81 |
| Total amount of this bill | $6,186.31 |

John Mann                                                              Page   4

|                      | Amount      |
| -------------------- | ----------- |
| Previous balance     | $17,087.51  |
| Balance due          | $23,273.82  |

**Crowley, Hoge & Fein, P.C.**
**1710 Rhode Island Avenue, NW**
**Seventh Floor**
**Washington, DC  20036**
**(202) 483-2900**

Invoice submitted to:

John Mann
9330 Harts Mill Road
Warrenton, VA 20186

November 16, 2007

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/16/2007 | CGH | Review Court Order setting hearing; Telephone conferences with Judge Lamberth's clerk re changing time due to CGH conflict; e-mail to client. | 0.50 | 150.00 |
| 10/18/2007 | GC | Meeting with CGH regarding upcoming court hearing; downloaded and read new client provided documents | 0.50 | 37.50 |
|  | CGH | Exchange e-mails with client; Telephone conference with client. | 0.20 | 60.00 |
| 10/19/2007 | GC | Meeting with CGH; conference call with CGH, client and R Patterson regarding upcoming court hearing | 2.30 | 172.50 |
|  | CGH | Review new material from client and file; prepare for hearing; Telephone conferences with client, R. | 2.50 | 750.00 |

John Mann                                                          Page   2

|            |     |                                                                                                          | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | Patterson; exchange e-mails with client.                                                                 |       |        |
| 10/22/2007 | GC  | Meeting with client; travel to court and participated in hearing with CGH, client and R Patterson         | 2.50  | 187.50 |
|            | CGH | Office conference with client and R. Patterson; travel to court; appear at hearing before Judge Lamberth. | 2.00  | 600.00 |
| 10/24/2007 | CGH | Review Court Order scheduling hearing; e-mail to client.                                                  | 0.10  | 30.00  |
| 10/30/2007 | CGH | Brief office conference with R. Patterson; review Patterson motion to quash injunction; e-mail to client. | 0.50  | 150.00 |

For professional services rendered       11.10   $2,137.50
Additional charges:

|            |     |                                            | Qty |        |
|------------|-----|--------------------------------------------|-----|--------|
| 10/9/2007  | CGH | Federal Express delivery charge to VA - 09/07/07 | 1   | 32.75  |
| 10/22/2007 | CGH | Taxis to & from court.                     | 1   | 28.00  |
| 10/31/2007 | CGH | Bank charges - fees                        | 1   | 73.50  |

Total costs                                        $134.25

Total amount of this bill                          $2,271.75

John Mann                                                    Page  3

                                                              Amount
                                                         _____

                    Previous balance                       $23,273.82

11/14/2007 Payment - thank you. Check No. 1073            ($12,000.00)
                                                         _____

            Total payments and adjustments               ($12,000.00)
                                                         _____

            Balance due                                   $13,545.57
                                                         ================

**Crowley, Hoge & Fein, P.C.**
**1710 Rhode Island Avenue, NW**
**Seventh Floor**
**Washington, DC  20036**
**(202)483-2900**

Invoice submitted to:

John Mann
9330 Harts Mill Road
Warrenton, VA 20186

December 14, 2007

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 9/18/2007 GC | Documents search for new chronology and major technical issues | 3.10 | 232.50 |
| 11/5/2007 CGH | Exchange e-mails with client re new counsel for Ellipso; do research on new counsel; Telephone conference with client. | 0.50 | 150.00 |
| 11/6/2007 GC | Review Court Orders; exchange e-mails with client; conference with CGH re motion for summary judgment, discovery issues. | 0.50 | 37.50 |
| 11/7/2007 GC | Read accumulated emails; started reading Patterson's Motion to Quash | 0.70 | 52.50 |
| CGH | Exchange e-mails with client. | 0.20 | 60.00 |
| 11/8/2007 CGH | Conference with GC and JS re motion for summary judgment and whether | 1.50 | 450.00 |

John Mann                                                        Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | additional discovery is needed; outline points for msj; exchange e-mails with client. |  |  |
| 11/8/2007 | GC | Meeting with CGH and JS to discuss strategy and client's options for next phase; finished reading Patterson's Motion to Quash | 1.80 | 135.00 |
| 11/9/2007 | CGH | Conference with JS re research for msj. | 0.50 | 150.00 |
| 11/12/2007 | CGH | Start review of documents for msj; conferences with GC re strategy; conference call with client and GC. | 2.00 | 600.00 |
|  | GC | Conference call with CGH and client; commenced documents search and selection related to our Motion for Summary Judgment | 3.80 | 285.00 |
| 11/13/2007 | CGH | Review Ellipso motion for extension of time; exchange e-mails with client. | 0.30 | 90.00 |
| 11/14/2007 | CGH | Review draft motion for summary judgment from client; Telephone conference with client. | 1.20 | 360.00 |
| 11/15/2007 | CGH | Telephone conferences with V. Lourie, client; start preparing motion for enlargement of time to file msj. | 0.80 | 240.00 |
|  | GC | Read and analyzed client's latest draft of our Motion for Summary Judgment; email | 1.00 | 75.00 |

John Mann                                                    Page   3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | communications with CGH and client |  |  |
| 11/16/2007 | CGH | Draft motion for extension of time to file msj. | 0.70 | 210.00 |
|  | GC | Read and analyzed client's latest draft of our Motion for Summary Judgment; email communications with CGH and client | 0.60 | 45.00 |
| 11/17/2007 | GC | Email proposal to CGH and client regarding our Motion for Summary Judgment. | 0.80 | 60.00 |
| 11/19/2007 | CGH | Final, file and serve motion; exchange e-mails with client. | 0.50 | 150.00 |
| 11/20/2007 | CGH | Review materials from client; exchange e-mails with client. | 0.50 | 150.00 |
| 11/26/2007 | CGH | Review revised draft of msj, statement of facts and affidavit from client; start work on drafting msj; exchange e-mails with client. | 2.50 | 750.00 |
|  | GC | Read and analyzed client's latest drafts of our Motion for Summary Judgment and Statement of Facts; email communications with CGH and client | 1.40 | 105.00 |
| 11/27/2007 | JS | Research for Summary Judgment Motion | 1.20 | 90.00 |

John Mann                                                          Page   4

|            |      |                                                                                                                              | Hours | Amount   |
|------------|------|------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 11/27/2007 | CGH  | Research and draft msj.                                                                                                       | 7.00  | 2,100.00 |
|            | GC   | Read and analyzed client's latest drafts of our Motion for Summary Judgment and Statement of Facts; email communications with CGH and client | 0.70  | 52.50    |
| 11/28/2007 | CGH  | Review client and GC edits to draft; continue work on msj; Telephone conferences with and e-mails to client.                  | 4.00  | 1,200.00 |
|            | GC   | Read and analyzed client's latest drafts of our Motion for Summary Judgment and Statement of Facts; email communications with CGH and client | 2.00  | 150.00   |
| 11/29/2007 | JS   | Research for Summary Judgment                                                                                                 | 3.40  | 255.00   |
|            | CGH  | Work on msj and exhibits; review revisions of statement of facts and client affidavit; exchange e-mails with client.         | 8.00  | 2,400.00 |
|            | GC   | Read and analyzed CGH and client's drafts for our Motion for Summary Judgment and Statement of Facts; email communications with client; assisted CGH with exhibits selection, fact checking and motion editing | 8.00  | 600.00   |
| 11/30/2007 | CGH  | Finish msj, statement of facts, affidavit and exhibits; arrange for e-filing and service;                                     | 6.50  | 1,950.00 |

John Mann                                                              Page    5

|  | | Hours | Amount |
|---|---|---|---|
| | Telephone conferences with client. | | |
| | | | |
| | For professional services rendered | 65.70 | $13,185.00 |
| | Additional charges: | | |

|  |  |  | Qty |  |
|---|---|---|---|---|
| 11/1/2007 | CGH | Photocopying charges for, November 2007 | 5 | 0.50 |
| | CGH | Postage charges for, November 2007 | 1 | 0.41 |

| | |
|---|---|
| Total costs | $0.91 |
| Total amount of this bill | $13,185.91 |
| Previous balance | $13,545.57 |
| Balance due | $26,731.48 |

**Crowley, Hoge & Fein, P.C.**
**1710 Rhode Island Avenue, NW**
**Seventh Floor**
**Washington, DC  20036**
**(202) 483-2900**

Invoice submitted to:

John Mann
9330 Harts Mill Road
Warrenton, VA 20186

January 17, 2008

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/3/2007 | CGH | Telephone conference with Judge Lamberth's law clerk; prepare hard copy of motion for summary judgment, errata sheet and letter to J. Lamberth; organize files. | 1.50 | 450.00 |
|  | GC | Organized documents and pleadings files; started facts v. exhibits check of our MSJ per CGH instructions | 5.50 | 412.50 |
| 12/4/2007 | CGH | Review factual corrections to motion for summary judgment by GC; analyze whether to file motion for leave to file corrected msj. | 0.50 | 150.00 |
| 12/6/2007 | CGH | Exchange e-mails with client; start work on corrected msj and statement of facts. | 1.00 | 300.00 |

John Mann                                                                    Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/7/2007 | CGH | Exchange e-mails with client; work on corrected msj; Telephone conference with client. | 0.80 | 240.00 |
|  | GC | Read and analyzed client's comments regarding content of filed MSJ | 0.70 | 52.50 |
| 12/10/2007 | LYC | Prepare, scan and eFile Motion; mail copies | 0.40 | 120.00 |
|  | CGH | Review corrections to statement of facts and materials from client; complete corrected msj, statement of facts, Ex. 2; prepare motion for leave to file same; Telephone conference with client; e-mail to client. | 4.50 | 1,350.00 |
|  | GC | Analyzed client's December 09 editorial comments and suggestions for new exhibits to corrected MSJ; meeting with CGH | 2.20 | 165.00 |
| 12/11/2007 | CGH | E-file motion and attachments; hard copy to J. Lamberth; Telephone conference with V. Lourie; exchange e-mails with client. | 0.80 | 240.00 |
| 12/12/2007 | GC | Read final amended version of MSJ; read and responded to case related emails | 0.50 | 37.50 |
| 12/26/2007 | CGH | Exchange e-mails with client. | 0.20 | 60.00 |

John Mann                                                                              Page   3

|            |     |                                                                 | Hours | Amount |
|------------|-----|-----------------------------------------------------------------|-------|--------|
| 12/27/2007 | CGH | Telephone conference with V. Lourie; review motion to extend time by Lourie; exchange e-mails with client. | 0.30 | 90.00 |
| 12/28/2007 | GC | Started reading and analyzing Ellipso opposition to Mann MSJ; phone calls to CGH; email communications with CGH and client | 1.40 | 105.00 |
|            | CGH | Review and analyze Ellipso opposition to motion for summary judgment and exhibits; exchange e-mails with client. | 2.00 | 600.00 |
|            | CGH | Telephone conferences with V. Lourie, client; exchange e-mails with client. | 0.50 | 150.00 |
| 12/30/2007 | GC | Continued reading and analyzing Ellipso opposition to Mann MSJ; phone calls to CGH | 2.80 | 210.00 |
| 12/31/2007 | GC | Finished reading and analyzing Ellipso motion and exhibits opposing Mann MSJ; conference call with CGH to discuss observations and possible reply issues | 4.40 | 330.00 |
|            | CGH | Review Ellipso motion for contempt; conferences with GC re reply to opposition to msj and response to contempt motion; exchange e-mails with client. | 1.50 | 450.00 |

John Mann                                                        Page   4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | For professional services rendered | 31.50 | $5,512.50 |
| | | Additional charges: | | |
| | | | Qty | |
| 12/1/2007 | CGH | Photocopying charges for, December 2007 | 694 | 69.40 |
| | CGH | Postage charges for, December 2007 | 1 | 4.60 |
| 12/3/2007 | CGH | Quick Messenger service charge | 1 | 15.02 |
| 12/11/2007 | CGH | Quick Messenger service charge | 1 | 14.54 |
| 12/26/2007 | CGH | LexisNexis - online research charges | 1 | 207.28 |

|  |  |
|---|---|
| Total costs | $310.84 |
| Total amount of this bill | $5,823.34 |
| Previous balance | $26,731.48 |
| Balance due | $32,554.82 |

**Crowley, Hoge & Fein, P.C.**
**1710 Rhode Island Avenue, NW**
**Seventh Floor**
**Washington, DC  20036**
**(202) 483-2900**

Invoice submitted to:


John Mann
9330 Harts Mill Road
Warrenton, VA 20186




February 20, 2008



Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/2/2008 | CGH | Review GC memo on points for reply to opposition to msj; review materials from client; exchange e-mails with client. | 1.00 | 300.00 |
|  | GC | Read client's comments related to Ellipso's opposition to our MSJ; assisted CGH with work on response to Ellipso's opposing motion; email communications with CGH and client | 3.80 | 285.00 |
| 1/3/2008 | CGH | Review additional materials and memos from GC, client; Telephone conference with V. Lourie; draft motion for enlargement of time to file reply; start outline of reply brief. | 2.00 | 600.00 |
|  | GC | Continued to assist CGH with work on response to Ellipso's opposing motion; | 2.30 | 172.50 |

John Mann                                                           Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | email communications with CGH and client |  |  |
| 1/4/2008 | CGH | Conference call with client and GC; work on reply brief; exchange e-mails with client; final, file and serve motion for enlargement of time. | 3.20 | 960.00 |
|  | GC | Continued to assist CGH with work on response to Ellipso's opposing motion; email communications with CGH and client; conference call with CGH and client | 3.50 | 262.50 |
| 1/7/2008 | CGH | Review and analyze Ellipso motion for contempt; review relevant court orders and materials; exchange e-mails with client; start work on opposition; conferences with GC. | 2.30 | 690.00 |
|  | GC | Meeting with CGH; assisted CGH with opposition to Ellipso's countermotion for contempt; conference call with CGH and client; continued to assist CGH with work on response to Ellipso's opposing motion; email communications with CGH and client. | 4.70 | 352.50 |
| 1/8/2008 | CGH | Telephone conference with client; conference with GC re contempt motion; revise opposition; assemble exhibits; file and serve opposition. | 1.20 | 360.00 |

John Mann                                                           Page   3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/8/2008 | GC | Meeting with CGH; assisted CGH with opposition to Ellipso's countermotion for contempt. | 1.30 | 97.50 |
| 1/10/2008 | CGH | Research and draft reply to opposition to msj; exchange e-mails with client; Telephone conference with B. Patterson. | 5.50 | 1,650.00 |
|  | GC | Assisted CGH with first draft of our response to Ellipso's opposition to our MSJ | 1.00 | 75.00 |
| 1/11/2008 | CGH | Complete work on reply brief; Telephone conferences with client; file and serve reply; exchange e-mails with client. | 6.50 | 1,950.00 |
|  | GC | Meeting with CGH to discuss main points and exhibits of our reply to Ellipso's opposing motion; conference call with CGH and client; assisted CGH with final draft of reply to Ellipso's opposing motion; email and phone communications with client. | 7.20 | 540.00 |
| 1/14/2008 | CGH | Review Patterson opposition to motion for contempt; arrange to deliver hard copy of reply brief to Judge Lamberth. | 0.30 | 90.00 |

John Mann                                                          Page   4

|            |     |                                           | Hours | Amount    |
|------------|-----|-------------------------------------------|-------|-----------|
| 1/18/2008  | CGH | Review Ellipso reply to opposition to motion for contempt. | 0.20  | 60.00     |

|            |     | For professional services rendered Additional charges: | 46.00 | $8,445.00 |
|------------|-----|-------------------------------------------|-------|-----------|

|            |     |                                           | Qty | |
|------------|-----|-------------------------------------------|-----|-----------|
| 1/1/2008   | CGH | Photocopying charges for, January 2008    | 248 | 24.80     |
|            | CGH | Postage charges for, January 2008         | 1   | 11.09     |
| 1/14/2008  | CGH | Quick Messenger service charge to Constit. Ave., NW | 1 | 14.06 |

|                              |           |
|------------------------------|-----------|
| Total costs                  | $49.95    |
| Total amount of this bill    | $8,494.95 |
| Previous balance             | $32,554.82 |
| Balance due                  | $41,049.77 |

**Crowley, Hoge & Fein, P.C.**
**1710 Rhode Island Avenue, NW**
**Seventh Floor**
**Washington, DC  2003**

Invoice submitted to:

John Mann
9330 Harts Mill Road
Warrenton, VA 20186

March 07, 2008

Additional charges:

|            |     |                                         | Qty | Amount |
|------------|-----|-----------------------------------------|-----|--------|
| 2/20/2008  | CGH | LexisNexis - online<br>research charges | 1   | 17.49  |

|                  |            |
|------------------|------------|
| Total costs      | $17.49     |
| Previous balance | $41,049.77 |

|             |            |
|-------------|------------|
| Balance due | $41,067.26 |

**Crowley, Hoge & Fein, P.C.**
**1710 Rhode Island Avenue, NW**
**Seventh Floor**
**Washington, DC  2003**

Invoice submitted to:

John Mann
9330 Harts Mill Road
Warrenton, VA 20186

April 16, 2008

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/5/2008 | CGH | Review Mauro suit papers and e-mail from client; e-mail to client. | 0.80 | 240.00 |
|  | GC | Read and discussed T Mauro lawsuit with CGH | 0.50 | 37.50 |
| 3/6/2008 | CGH | Telephone conference with client. | 0.40 | 120.00 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 1.70 | $397.50 |
| Previous balance |  | $41,067.26 |
| Balance due |  | $41,464.76 |

**Crowley, Hoge & Fein, P.C.**
**1710 Rhode Island Avenue, NW**
**Seventh Floor**
**Washington, DC  2003**

Invoice submitted to:

John Mann
9330 Harts Mill Road
Warrenton, VA 20186

May 21, 2008

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/1/2008 | GC | Reviewed Court opinion regarding MSJ; meeting with CGH; conference call with CGH and client; email communications with client | 2.40 | 180.00 |
|  | CGH | Review of Opinion granting in part & denying in part summary judgment; conference with GC re factual inaccuracies in opinion; telephone conference with client. | 2.00 | 600.00 |
| 4/2/2008 | JS | Research and conference with Gheorghe & CGH re Motion for Reconsideration | 6.00 | 450.00 |
|  | GC | Meeting with CGH and JS to review Court opinion and evaluate client's risks and options | 1.00 | 75.00 |
|  | CGH | Work with law clerk and GC on analysis of possible motion for | 1.50 | 450.00 |

John Mann                                                        Page   2

|            |      |                                                                                                                                                        | Hours | Amount |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |      | reconsideration; review rules and cases found by law clerk on standards for motion, fraud damages.                                                      |       |        |
| 4/3/2008   | GC   | Meetings with CGH to discuss issues re motion for reconsideration; reviewed client's comments re Court opinion; email to client                         | 1.60  | 120.00 |
|            | CGH  | Do PACER research of docket and pleadings in Ellipso v. Mann; review injunction orders and bond to determine process for claiming damages from injunction; exchange e-mails with client. | 1.00  | 300.00 |
| 4/4/2008   | CGH  | Review client comments to Opinion; review of file and analysis of potential arguments for motion for reconsideration; review new materials from client; telephone conference with client. | 1.50  | 450.00 |
| 4/7/2008   | JS   | Conference; draft Mot. Reconsideration                                                                                                                  | 5.00  | 375.00 |
|            | GC   | Reviewed client's comments and attachments re motion for reconsideration; meeting with CGH and JS; phone communications with client                     | 1.00  | 75.00  |
|            | CGH  | Exchange e-mails with client; start work on motion for                                                                                                  | 2.00  | 600.00 |

John Mann                                                                 Page   3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | reconsideration; conferences with law clerk and GC re research, factual issues. |  |  |
| 4/8/2008 | GC | Reviewed client's updated status report data; meeting with CGH to evaluate compliance issues re Court order for updated report; reviewed documents re Ellipso's motion to show cause; phone conference with client | 4.50 | 337.50 |
|  | CGH | Review client draft of report required by Court; review file and previous pleadings; conference with GC re strategy issues; start redrafting report; exchange e-mails with client. | 1.50 | 450.00 |
| 4/9/2008 | JS | Draft Mot. Reconsideration; conference with Gheorghe | 6.00 | 450.00 |
|  | GC | Reviewed client's new data for updated report; meetings with CGH; conference call with CGH and client; documents search re to motion for reconsideration | 3.40 | 255.00 |
|  | CGH | Review revised report from client; review docket and pleadings; redraft report; work on motion for reconsideration; conferences with GC re strategy issues; | 2.50 | 750.00 |

John Mann                                                                Page   4

|            |     |                                                                                                                                                               | Hours | Amount |
|------------|-----|-----|-------|--------|
|            |     | conference call with client and GC. |       |        |
| 4/10/2008  | LYC | eFile Status Report | 0.20  | 15.00  |
|            | GC  | Reviewed CGH draft of updated status report; reviewed client's latest draft and comments; conference call with CGH and client; email communications with CGH and client | 2.50  | 187.50 |
|            | CGH | Review client's comments to CGH redrafted report; revise, final, file & serve report; work on motion for reconsideration; conferences with GC; telephone conference with client. | 3.20  | 960.00 |
| 4/11/2008  | GC  | Reviewed JS and CGH latest draft of motion for reconsideration; email communications with CGH and client | 1.50  | 112.50 |
|            | CGH | Research and draft motion for reconsideration; e-mail draft motion to client. | 3.00  | 900.00 |
| 4/14/2008  | AV  | E-file Motion for Reconsideration | 0.20  | 15.00  |
|            | GC  | Reviewed final draft of motion for reconsideration; phone | 0.60  | 45.00  |

John Mann                                                          Page   5

|            |     |                                                      | Hours | Amount |
|------------|-----|----------------------------------------------------|-------|--------|
|            |     | communications with client and CGH                 |       |        |
| 4/14/2008  | CGH | Revise, final and file motion for reconsideration. | 1.00  | 300.00 |
| 4/16/2008  | JS  | Assemble pleadings binder; organize files.         | 3.00  | 225.00 |
| 4/28/2008  | GC  | Reviewed Ellipso's reply to updated status report  | 1.00  | 75.00  |
|            | CGH | Review Ellipso reply to Mann updated status report re ICOHA shares; review file and new documents from client; strategy conference with GC; telephone conference with client; exchange e-mails with client. | 1.80 | 540.00 |
| 4/29/2008  | GC  | Reviewed client's draft of motion for damages; reviewed Ellipso's opposition to motion for reconsideration; meeting with CGH | 1.00 | 75.00 |
|            | CGH | Review Ellipso opposition to motion for reconsideration and Mann draft motion for damages from injunction; strategy conference with GC; start outline of points for reply. | 1.30 | 390.00 |
| 4/30/2008  | AV  | E-file                                             | 0.20  | 15.00  |
|            | GC  | Meeting with CGH; conference call with CGH and client; reviewed | 1.30 | 97.50 |

John Mann                                                        Page   6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | client's comments re Ellipso's opposition to motion for reconsideration |  |  |
| 4/30/2008 | CGH | Work on reply to Ellipso response to updated status report; exchange e-mails with client; telephone conference with client. | 1.50 | 450.00 |
|  |  | For professional services rendered Additional charges: | 66.20 | $10,320.00 |

|  |  |  | Qty |  |
|---|---|---|---|---|
| 4/1/2008 | CGH | Photocopying charges for, April 2008 | 94 | 9.40 |
|  | CGH | Postage charges for, April 2008 | 1 | 3.30 |

| | Amount |
|---|---|
| Total costs | $12.70 |
| Total amount of this bill | $10,332.70 |
| Previous balance | $41,464.76 |
| 5/6/2008 Payment - thank you. Check No. 1103 | ($15,000.00) |
| Total payments and adjustments | ($15,000.00) |
| Balance due | $36,797.46 |

**Crowley, Hoge & Fein, P.C.**
**1710 Rhode Island Avenue, NW**
**Seventh Floor**
**Washington, DC   20036**

Invoice submitted to:


John Mann
9330 Harts Mill Road
Warrenton, VA 20186



June 18, 2008



Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/1/2008 | CGH | Complete reply to Ellipso response to updated status report; start research and drafting of reply to Ellipso opposition to motion for reconsideration; exchange e-mails with client; review transcript and new materials from client. | 4.00 | 1,200.00 |
|  | GC | Reviewed appeal oral argument transcript and CGH draft reply to Ellipso response to updated status report | 1.00 | 75.00 |
| 5/2/2008 | LYC | eFile Reply to Status Report | 0.10 | 7.50 |
|  | GC | Assisted CGH with drafting of reply to Ellipso opposition to our motion for reconsideration and updated status report | 0.80 | 60.00 |

John Mann                                                                Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/2/2008 | CGH | PACER review of docket and pleadings; print and review pleadings; research for reply to opposition to motion for reconsideration; revise and final reply re updated status report; exchange e-mails with client. | 1.80 | 540.00 |
| 5/5/2008 | AV | E-file Reply to Plaintiffs Opposition | 0.40 | 30.00 |
|  | GC | Assisted CGH with drafting of reply to Ellipso opposition to our motion for reconsideration; conference call with CGH and client; emails to client | 1.30 | 97.50 |
|  | CGH | Continue work on reply brief in response to opposition to motion for reconsideration; research applicable law; exchange e-mails with client; telephone conference with client; revise, final, file and serve reply brief. | 5.00 | 1,500.00 |
| 5/23/2008 | CGH | Review client draft motion for damages; review Court Orders imposing injunction and setting bond; exchange e-mails with client. | 0.70 | 210.00 |
| 5/28/2008 | CGH | Telephone conference with client; review file. | 1.00 | 300.00 |
| 5/29/2008 | CGH | Review of file for status hearing; PACER review of pleadings not in our file; | 1.50 | 450.00 |

John Mann                                                      Page   3

|              |     |                                              | Hours | Amount |
|--------------|-----|----------------------------------------------|-------|--------|
|              |     | telephone conferences with R. Patterson, client. |       |        |
| 5/30/2008 | CGH | Further review of file and pleadings, with emphasis on pleadings relating to contempt allegations; travel to court; attend status hearing; conference at court with R. Patterson; telephone conference with client; conference with LC and PL re trial preparation; calendar dates. | 3.50 | 1,050.00 |

|   |   | For professional services rendered | 21.10 | $5,520.00 |
|---|---|---|---|---|
|   |   | Additional charges: | | |

|              |     |                                | Qty | Amount |
|--------------|-----|--------------------------------|-----|--------|
| 5/1/2008 | CGH | Photocopying charges for, May 2008 | 85 | 8.50 |
|          | CGH | Photocopying charges for, May 2008 | 76 | 7.60 |
|          | CGH | Postage charges for, May 2008 | 1 | 2.62 |
| 5/30/2008 | CGH | Subway to court. | 1 | 3.30 |

|                       |              |
|-----------------------|--------------|
| Total costs           | $22.02       |
| Total amount of this bill | $5,542.02 |
| Previous balance      | $36,797.46   |
| 6/11/2008 Payment - thank you. Check No. 161 | ($25,000.00) |

John Mann                                                    Page   4

                                                               Amount

                    Total payments and adjustments          ($25,000.00)

                    Balance due                              $17,339.48

**Crowley, Hoge & Fein, P.C.**
**1710 Rhode Island Avenue, NW**
**Seventh Floor**
**Washington, DC  20036**

Invoice submitted to:

John Mann
9330 Harts Mill Road
Warrenton, VA 20186

July 22, 2008

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/2/2008 | CGH | Review Court Order and e-mails from client; review client's draft motion for damages; conference with GC and KH re preparation of joint pretrial statement and research of trial issues; e-mail to client. | 2.00 | 600.00 |
|  | GC | Meeting with CGH regarding pretrial statement and exhibits selection; reviewed Court order in response to our Motion for Reconsideration; started reviewing client's draft and exhibits for Motion for Damages | 3.00 | 225.00 |
| 6/3/2008 | LWCLK | Pulled documents from Pacer, reorganized pleadings binders | 2.00 | 150.00 |

John Mann

Page   2

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/3/2008 | LWCLK | Research trial issues. | 2.00 | 150.00 |
| | CGH | Exchange e-mails with client; conferences with GC and KH. | 0.50 | 150.00 |
| | GC | Meeting with KH regarding trial preparations; finished reviewing client's draft and exhibits for Motion for Damages; reviewed client's Excel file with D Castiel's emails | 2.50 | 187.50 |
| 6/4/2008 | LWCLK | Research trial issues; conferences with CGH and GC. | 3.00 | 225.00 |
| | CGH | Review Pretrial Order; prepare outline of trial themes and to-do list; conference call with client and R. Patterson; separate telephone calls with client; conferences with GC and KH. | 3.50 | 1,050.00 |
| | GC | Meeting with CGH and KH; conference call with CGH, KH and client; conference call with CGH, KH, client and R Patterson; started cross checking case electronic documents vs. client's email catalogue | 3.50 | 262.50 |
| 6/5/2008 | CGH | Conference with GC; review possible exhibits. | 0.50 | 150.00 |

John Mann                                                                Page   3

|            |       |                                                                                                                                                                 | Hours | Amount |
|------------|-------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 6/5/2008   | GC    | Started a first selection of relevant documents for trial                                                                                                                       | 3.00  | 225.00 |
| 6/6/2008   | CGH   | Trial preparation with GC and KH; review cases on trial issues found by KH; prepare subpoenas.                                                                                   | 2.50  | 750.00 |
| 6/9/2008   | LWCLK | Reorganized pleadings binder                                                                                                                                                     | 1.00  | 75.00  |
|            | LWCLK | Research and memo on expert disclosures                                                                                                                                          | 2.50  | 187.50 |
|            | CGH   | Draft subpoenas; telephone conference with M. Pierce of UBS; review potential exhibits; conferences with GC and KH; exchange e-mails with client.                               | 1.50  | 450.00 |
|            | GC    | Meeting with CGH and KH; downloaded and started review of electronic documents provided by client; conference call with client regarding exhibit selection coordination and subpoena matters | 3.50  | 262.50 |
| 6/10/2008  | LWCLK | Research on evidentiary rules                                                                                                                                                    | 4.50  | 337.50 |
|            | CGH   | Work on subpoenas; review e-mails from client; review possible exhibits with GC.                                                                                                 | 0.80  | 240.00 |

John Mann                                                                Page   4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/10/2008 | GC | Meeting with CGH to discuss subpoena issues and tactics; email exchanges with CGH and client; continued documents review | 1.30 | 97.50 |
| 6/11/2008 | CGH | Telephone conference with M. Pierce of UBS; revise UBS subpoena; exchange e-mails with client. | 1.20 | 360.00 |
|  | GC | Assisted CGH with subpoena for J Piper and UBS; email exchanges with CGH and client | 0.50 | 37.50 |
| 6/12/2008 | CGH | Exchange e-mails with client; conference with GC. | 0.50 | 150.00 |
|  | GC | Assisted CGH with subpoena for J Piper and UBS; email exchanges with client | 0.50 | 37.50 |
| 6/13/2008 | CGH | Exchange e-mails with client; telephone conference with J. Piper; FAX subpoena to M. Pierce; conference with LC re research issues. | 1.00 | 300.00 |
| 6/16/2008 | LWCLK | Research on character evidence, pre-trial statement and preparation of subpoena | 5.00 | 375.00 |
|  | LWCLK | Meeting to discuss preparation for pretrial conference | 0.50 | 37.50 |

John Mann                                                            Page  5

|            |       |                                                                                                                    | Hours | Amount    |
|------------|-------|--------------------------------------------------------------------------------------------------------------------|-------|-----------|
| 6/16/2008  | CGH   | Conference with GC, KH re pretrial, trial preparation.                                                             | 0.50  | 150.00    |
|            | GC    | Meeting with CGH and KH to discuss pretrial issues                                                                  | 0.50  | 37.50     |
| 6/17/2008  | LWCLK | Delivered subpoena to John Piper with UBS, faxed copy to UBS corporate counsel.                                    | 1.00  | 75.00     |
|            | LWCLK | Research on evidence rules                                                                                          | 5.00  | 375.00    |
|            | CGH   | Review rules re notice to opposing party of document subpoena; conference with KH re reissuing subpoena to J. Piper.| 0.50  | NO CHARGE |
|            | GC    | Continued review of exhibits provided by client                                                                    | 2.50  | 187.50    |
| 6/18/2008  | LWCLK | Meeting with CGH and Gheorghe to discuss document review                                                           | 0.20  | 15.00     |
|            | LWCLK | Research/memo on character and impeachment evidence                                                                 | 4.50  | 337.50    |
|            | CGH   | Work with GC on reviewing potential exhibits; conference with KH re research issues; telephone conference with client. | 1.50  | 450.00    |
|            | GC    | Continued review of exhibits provided by client; meeting with CGH and KH; conference call with CGH, KH and client; email exchange with client | 4.30  | 322.50    |

John Mann                                                           Page   6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/19/2008 | LWCLK | Research on evidentiary rules and fraud; draft memo on evidentiary rules | 5.00 | 375.00 |
|  | GC | Continued review of exhibits provided by client | 3.50 | 262.50 |
| 6/20/2008 | LWCLK | Drafted memos on evidentiary rules; research on fraud issue | 4.00 | 300.00 |
|  | CGH | Work with GC and PL on exhibit identification and research issues; exchange e-mails with client. | 1.00 | 300.00 |
|  | GC | Meeting with CGH; email exchange with and phone call to client; reviewed new exhibits list and documents provided by client; continued selection of possible trial exhibits | 2.50 | 187.50 |
| 6/23/2008 | LWCLK | Research on fraud issues and memo on presentation of electronic evidence | 5.00 | 375.00 |
|  | CGH | Review Law Clerk memos on trial issues and selected cases cited by memos. | 0.80 | 240.00 |
|  | CGH | Prepare Notice of Issuance of Subpoena to V. Lourie; file and serve same. | 0.30 | NO CHARGE |
| 6/24/2008 | LWCLK | Case conference with John Mann | 2.00 | 150.00 |

John Mann                                                          Page   7

|            |       |                                                                                 | Hours | Amount |
|------------|-------|---------------------------------------------------------------------------------|-------|--------|
| 6/24/2008  | LWCLK | Research on fraud, res gestae                                                    | 3.00  | 225.00 |
|            | CGH   | Conferences with client and GC re exhibit selection, trial issues; work on Joint Pretrial Statement; research. | 3.00  | 900.00 |
|            | GC    | Prepared for meeting with client; meeting with CGH, and KH; meeting with CGH, KA and client; session with client to coordinate selection of trial exhibits | 6.50  | 487.50 |
| 6/25/2008  | LWCLK | Research issues for trial brief                                                  | 5.00  | 375.00 |
|            | CGH   | Telephone conferences with M. Pierce, J. Piper, Judge Lamberth's  law clerk, V. Lourie, R. Patterson; conference with GC re exhibit selection. | 1.50  | 450.00 |
|            | GC    | Coordinated selection of trial exhibits with client; email exchange with client; assembled final exhibits folder and list for CGH's review; | 4.50  | 337.50 |
| 6/26/2008  | LWCLK | Research issues for trial brief, memo on fraud and use of pleadings to impeach   | 5.00  | 375.00 |
|            | CGH   | Telephone conference with V. Lourie; review e-mails; work on Pretrial Statement issues. | 0.70  | 210.00 |

John Mann                                                              Page   8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/26/2008 | GC | Coordinated selection of trial exhibits with client; email exchanges with and phone calls to client; meeting with CGH and KH; finalized exhibits folder and list for CGH's review | 5.70 | 427.50 |
| 6/27/2008 | LWCLK | Research on exhibits for pretrial statement and issues for trial brief | 4.50 | 337.50 |
|  | CGH | Review possible exhibits and work with GC on exhibit list; Telephone conferences with V. Lourie, A. Roth, client. | 2.00 | 600.00 |
|  | GC | Meeting with CGH to review selection of trial exhibits; coordinated selection of trial exhibits with client per CGH requests; email exchange with client | 3.00 | 225.00 |
| 6/28/2008 | CGH | Review and evaluate potential exhibits. | 3.50 | 1,050.00 |
| 6/30/2008 | CGH | Work on Joint Pretrial Statement and exhibit list; prepare subpoena for Castiel; Telephone conferences with V. Lourie, client; exchange e-mails with Lourie, client. | 4.00 | 1,200.00 |
|  | GC | Assisted CGH with review and selection of trial exhibits; coordinated | 2.60 | 195.00 |

John Mann                                                           Page  9

|  | Hours | Amount |
|---|---|---|

selection of trial
exhibits with client;
email exchange with client

For professional services rendered       151.40   $18,607.50
Additional charges:

|  |  |  | Qty |  |
|---|---|---|---|---|
| 6/1/2008 CGH | Photocopying charges for, June 2008 | | 24 | 2.40 |
| 6/19/2008 CGH | LexisNexis – online research charges | | 1 | 531.14 |

Total costs                                                        $533.54

Total amount of this bill                                          $19,141.04

Previous balance                                                   $17,339.48

Balance due                                                        $36,480.52

**Crowley, Hoge & Fein, P.C.**
**1710 Rhode Island Avenue, NW**
**Seventh Floor**
**Washington, DC  20036**

Invoice submitted to:

John Mann
9330 Harts Mill Road
Warrenton, VA 20186

August 18, 2008

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/1/2008 | GC | Meeting with CGH; meeting with CGH and client; meeting with CGH, R Patterson and opposing counsel; conference call with CGH, R Patterson and client; reviewed latest documents received from client | 8.00 | 600.00 |
| | CGH | Prepare pretrial statement and exhibits; review Lourie pretrial statement and exhibits; office conference with client; meeting with V. Lourie and R. Patterson; individual conference with Patterson; work on jury instructions. | 8.50 | 2,550.00 |
| 7/2/2008 | GC | Assisted CGH with various pretrial matters; continued selection of trial exhibits; phone and email communications with | 7.50 | 562.50 |

John Mann                                                      Page   2

|            |       | | Hours | Amount |
|------------|-------|---|-------|--------|
|            |       | client regarding trial exhibits selection | | |
| 7/2/2008   | CGH   | Continue work on Pretrial Statement, Jury instructions, Voir Dire, exhibits, verdict form; exchange e-mails with Lourie, Patterson, client. | 7.00 | 2,100.00 |
| 7/3/2008   | GC    | Worked on format for trial exhibits list; emails exchanges with CGH and client | 0.40 | 30.00 |
|            | CGH   | Review and edit final Joint Pretrial Statement from Lourie; exchange e-mails with Lourie, client; Telephone conference with and FAX to Judge Lamberth's law clerk; organize files. | 1.20 | 360.00 |
| 7/7/2008   | LWCLK | Prepared subpoena | 0.30 | 22.50 |
|            | LWCLK | Reviewed pretrial statement and plaintiff's special jury instructions | 1.00 | 75.00 |
|            | LWCLK | Attended pretrial conference | 2.00 | NO CHARGE |
|            | GC    | Meeting with CGH and KH; conference call with CGH, KH and client; started assembling cross examination file per CGH request; attended pretrial conference with CGH, KH and client | 4.00 | 300.00 |

John Mann                                                    Page   3

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 7/7/2008 | CGH | Telephone conference with client; revise subpoena to Dr. Castiel; prepare for and attend Pretrial Hearing; conference at court with client, Patterson, GC, LC; calendar dates. | 4.00 | 1,200.00 |
| 7/8/2008 | LWCLK | Updated pleadings binder, research on issues for trial brief | 5.00 | 375.00 |
|  | GC | Meeting with CGH and KH; continued assembling cross examination file per CGH request; revised trial exhibits location list; arranged for certified translation of Tomassoni exhibits; started printing trial exhibits | 6.00 | 450.00 |
|  | CGH | Prepare amended Joint Pretrial Statement; conference with GC and LC re preparations for trial; prepare "to do" list; exchange e-mails with Lourie, Patterson, client; telephone conference with R. Stephens (counsel for UBS); arrange for translation of Spanish letters. | 3.00 | 900.00 |
| 7/9/2008 | GC | Continued assembling cross examination file per CGH request; continued printing trial exhibits; | 7.00 | 525.00 |

John Mann                                                                Page  4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | email exchanges with Schreiber Translation Inc. |  |  |
| 7/9/2008 | CGH | Conference with GC and LC; review exhibits. | 0.50 | 150.00 |
| 7/10/2008 | GC | Continued printing trial exhibits; meeting with CGH regarding motion for damages and UBS subpoena issues; conference call with CGH and client | 7.50 | 562.50 |
|  | CGH | Draft letter to R. Stephens; telephone conference with client; review draft motion for damages from client; conference with GC and LC; trial preparation. | 2.50 | 750.00 |
| 7/11/2008 | GC | Finished printing trial exhibits; phone conference with client; reviewed transcript of Appeals Court oral argument per CGH; reviewed Castiel affidavits, declarations and responses to identify misrepresentations made under oath; meeting with CGH regarding UBS subpoena issues; created list of questions to be posed to John Piper | 8.50 | 637.50 |
|  | CGH | Review transcript from appellate argument; work on motion for damages; exchange e-mails with | 1.00 | 300.00 |

John Mann                                                                      Page   5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | | client; conference with GC re exhibits. | | |
| 7/14/2008 | LYC | eFile Motion in Limine and Motion for Damages; copied and mailed certified copies. | 0.30 | 22.50 |
| | GC | Meeting with client to examine all trial exhibits; assisted CGH with our motion for damages issues; documents search | 5.00 | 375.00 |
| | CGH | Review Patterson motion in limine; prepare motion for damages and motion in limine; office conference with client. | 5.50 | 1,650.00 |
| 7/15/2008 | AV | E-filing errata sheet. | 0.30 | 22.50 |
| | GC | Continued assembling cross examination file per CGH; reviewed Ellipso motion to quash and related materials per CGH; email and phone communications with client | 3.00 | 225.00 |
| | CGH | Review Lourie motion in limine and correspondence; conference with GC re exhibits. | 1.00 | 300.00 |
| 7/16/2008 | LWCLK | Updating pleadings binder and read recent pleadings | 1.00 | 75.00 |

John Mann                                                          Page   6

|            |       |                                                                                                                                                                                                                                                                 | Hours | Amount |
|------------|-------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 7/16/2008  | LWCLK | Research on issues for trial brief, case conference                                                                                                                                                                                                              | 4.50  | 337.50 |
|            | GC    | Continued assembling cross examination file per CGH; meeting with CGH and KH to discuss Ellipso motion to quash and trial preparation issues; conference call with CGH, KH and client; reviewed first set of UBS documents provided under subpoena | 3.50  | 262.50 |
|            | CGH   | Review Ellipso subpoena to client; assess whether to file motion to quash; draft letter to UBS; review documents subpoenaed from UBS; telephone conference with client; trial preparation with GC and LC; review exhibits.                         | 2.50  | 750.00 |
| 7/17/2008  | LWCLK | Research issues for trial brief                                                                                                                                                                                                                                  | 4.00  | 300.00 |
|            | GC    | Updated CGH case electronic files; meeting with client to discuss UBS documents; final review of trial exhibits before sending out to copy service                                                                                               | 2.50  | 187.50 |
|            | CGH   | Further review of exhibits and UBS documents; draft letter to R. Stephens; trial preparation.                                                                                                                                                    | 1.20  | 360.00 |

John Mann                                                                          Page   7

|            |       |                                                                 | Hours | Amount   |
|------------|-------|-----------------------------------------------------------------|-------|----------|
| 7/18/2008  | CGH   | Review draft opposition from client to Lourie motion to quash; exchange e-mails with client; review law clerk memo re trial issues and supporting cases; conference with LC re further research; telephone conference with R. Stephens re subpoena problems. | 1.30  | 390.00   |
| 7/19/2008  | CGH   | Close review of Castiel deposition.                             | 2.00  | 600.00   |
| 7/20/2008  | CGH   | Complete review of Castiel deposition.                          | 2.00  | 600.00   |
| 7/21/2008  | LWCLK | Meet with CGH to discuss trial brief, research issues for trial brief | 7.00  | 525.00   |
|            | GC    | Meeting with CGH and KH; trial preparation meeting with CGH and client | 5.00  | 375.00   |
|            | CGH   | Work on trial brief; office conference with client to prepare testimony; review Ellipso exhibits; prepare opposition to Lourie motion to quash; telephone conference with R. Stephens; exchange e-mails with client; telephone conference with client; trial preparation with GC and LC. | 7.50  | 2,250.00 |

John Mann                                                             Page   8

|            |       |                                                                                                                                                                                | Hours | Amount   |
|------------|-------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 7/22/2008  | LWCLK | Draft trial brief                                                                                                                                                                              | 5.00  | 375.00   |
|            | GC    | Reviewed Ellipso trial exhibits in conjunction with ours; continued assembling cross examination file per CGH; assisted CGH with issues related to our opposition to Ellipso motion to quash   | 4.50  | 337.50   |
|            | CGH   | Finish work on opposition to motion to quash; start work on our motion to quash Ellipso subpoena; work on trial brief; conference with LC re trial issues; exchange e-mails with client; further review of Ellipso's exhibits. | 5.50  | 1,650.00 |
| 7/23/2008  | LYC   | eFile Motion to Quash; mail copies                                                                                                                                                            | 0.20  | 15.00    |
|            | LWCLK | Draft trial brief                                                                                                                                                                             | 6.00  | 450.00   |
|            | GC    | Meeting with CGH; continued work related to trial preparation; assisted CGH with issues related to our motion to quash                                                                        | 7.50  | 562.50   |
|            | CGH   | Finish Motion to Quash; telephone conferences with R. Patterson, client; exchange e-mails with client; work on Trial Brief; trial preparation.                                                | 3.50  | 1,050.00 |

John Mann

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/24/2008 | LWCLK | Trial brief edits | 4.00 | 300.00 |
| | GC | Continued assembling cross examination file per CGH; trial preparation meeting with CGH and client; meeting with CGH, client and R Patterson; attended final pretrial conference in Court. | 8.00 | 600.00 |
| | CGH | Work on Trial Brief; office conference with client; prepare testimony; office conference with R. Patterson and client; prepare for and attend final pretrial hearing. | 9.00 | 2,700.00 |
| 7/25/2008 | LYC | Prepare and eFile Supplemental Memorandum and Trial Brief; copy and mail. | 0.40 | 30.00 |
| | LWCLK | Research on trial subpoena, e-filed court docs | 2.50 | 187.50 |
| | GC | Continued trial preparation per CGH | 6.00 | 450.00 |
| | CGH | Finish Trial Brief; research and draft supplemental opposition to Ellipso motion to quash; trial preparation. | 3.00 | 900.00 |
| 7/26/2008 | AV | Compiled exhibit book for the trial, for the Judge | 4.00 | 300.00 |

John Mann                                                      Page 10

|            |       |                                                                                                              | Hours | Amount   |
|------------|-------|--------------------------------------------------------------------------------------------------------------|-------|----------|
| 7/26/2008  | GC    | Assisted CGH with final trial preparation and opening statement issues.                                      | 4.00  | 300.00   |
|            | CGH   | Review new pleadings and Court Orders; exchange e-mails with client; trial preparation.                      | 3.50  | 1,050.00 |
| 7/27/2008  | CGH   | Draft Protective Order for confidential documents; trial preparation, including preparation of opening statement. | 6.00  | 1,800.00 |
| 7/28/2008  | LWCLK | Attended trial, went to law offices of McDermott Will & Emery to get UBS docs                                 | 3.50  | 262.50   |
|            | GC    | Attended trial; post trial conference with CGH, client, KH and R Patterson; reviewed disc containing second set of UBS documents provided under subpoena | 12.00 | 900.00   |
|            | CGH   | Prepare for and attend trial; prepare for next day.                                                          | 12.00 | 3,600.00 |
| 7/29/2008  | LWCLK | Attended trial in morning, research on legal issues (attorneys fees, fiduciary duty and elements of fraud)   | 5.00  | 375.00   |
|            | GC    | Attended trial; post trial conference with CGH, client, KH and R Patterson; meeting with client to examine UBS | 11.00 | 825.00   |

John Mann                                                                      Page 11

|            |       |                                                                                                       | Hours | Amount   |
|------------|-------|-------------------------------------------------------------------------------------------------------|-------|----------|
|            |       | documents and select exhibits for cross examination and defense                                       |       |          |
| 7/29/2008  | CGH   | Prepare for and attend trial; work with law clerk on directed verdict research; office conference with client; telephone conference with K. Hack (attorney for UBS); prepare for next day. | 10.00 | 3,000.00 |
| 7/30/2008  | LWCLK | Attended trial                                                                                        | 3.50  | 262.50   |
|            | GC    | Attended trial; post trial conference with CGH, client, KH and R Patterson                            | 10.00 | 750.00   |
|            | CGH   | Prepare for and attend trial; prepare for next day.                                                   | 12.00 | 3,600.00 |
| 7/31/2008  | LWCLK | Picked up UBS docs at office and delivered them to court                                              | 1.00  | 75.00    |
|            | LWCLK | Attended trial                                                                                        | 3.00  | 225.00   |
|            | GC    | Attended trial; post trial conference with CGH, client, KH and R Patterson                            | 9.50  | 712.50   |
|            | CGH   | Prepare for and attend trial.                                                                          | 10.00 | 3,000.00 |
| 8/1/2008   | LWCLK | Attended trial                                                                                        | 2.00  | 150.00   |
|            | GC    | Attended trial; post trial conference with CGH, client, KH and R Patterson                            | 6.50  | 487.50   |

John Mann                                                          Page 12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/1/2008 | CGH | Prepare for and attend trial. | 6.50 | 1,950.00 |
| 8/2/2008 | CGH | Organize file; telephone conference with client; trial preparation. | 2.50 | 750.00 |
| 8/3/2008 | CGH | Prepare closing argument; trial preparation; exchange e-mails with client. | 5.00 | 1,500.00 |
| 8/4/2008 | GC | Attended trial; post trial conference with CGH, client, KH and R Patterson | 11.00 | 825.00 |
|  | LWCLK | Attended trial, assisted GC in organizing exhibits. | 4.00 | 300.00 |
|  | CGH | Prepare for and attend trial; prepare for next day. | 12.00 | 3,600.00 |
| 8/5/2008 | GC | Attended trial; post trial conference with CGH, client, KH and R Patterson | 4.00 | 300.00 |
|  | LWCLK | Attended trial, assisted GC in organizing exhibits, research on response to opposition to Mann Motion for Damages | 3.00 | 225.00 |
|  | CGH | Prepare for and attend trial; conference with client; conference with law clerk re reply to opposition to motion for injunction damages. | 4.50 | 1,350.00 |

John Mann                                                    Page 13

|            |     |                                      | Hours  | Amount      |
|------------|-----|--------------------------------------|--------|-------------|
|            |     | For professional services rendered   | 390.10 | $64,140.00  |
|            |     | Additional charges:                  |        |             |

|            |     |                                      | Qty |         |
|------------|-----|--------------------------------------|-----|---------|
| 7/1/2008   | CGH | LexisNexis – online research charges | 1   | 88.40   |
|            | CGH | Photocopying charges for, July 2008  | 650 | 65.00   |
|            | CGH | Postage charges for, July 2008       | 1   | 19.54   |
| 7/16/2008  | CGH | LexisNexis – online research charges | 1   | 74.22   |
| 7/18/2008  | CGH | O'Neal Tech. Copy Charges.           | 1   | 548.84  |
| 7/23/2008  | CGH | Schreiber Translations.              | 1   | 56.00   |
| 7/24/2008  | CGH | Taxi to and subway from court.       | 1   | 12.65   |
| 7/28/2008  | CGH | parking charges                      | 1   | 17.00   |
| 7/29/2008  | CGH | Parking at court.                    | 1   | 17.00   |
| 7/30/2008  | CGH | Parking at court.                    | 1   | 17.00   |
| 7/31/2008  | CGH | Parking at court.                    | 1   | 17.00   |
| 8/1/2008   | CGH | Parking at court.                    | 1   | 17.00   |
| 8/4/2008   | CGH | Parking at court.                    | 1   | 17.00   |
| 8/5/2008   | CGH | Parking at Court.                    | 1   | 17.00   |

|                              |            |
|------------------------------|------------|
| Total costs                  | $983.65    |
| Total amount of this bill    | $65,123.65 |

John Mann                                                    Page 14

|                                                          | Amount        |
|----------------------------------------------------------|---------------|
| Previous balance                                         | $36,480.52    |
| 8/13/2008 Payment - thank you. Check No. 175             | ($10,000.00)  |
| Total payments and adjustments                           | ($10,000.00)  |
| Balance due                                              | $91,604.17    |