IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. | ) |
| | ) |
|    Plaintiff/Counter-Defendant, | ) |
| | ) |
|                v. | ) CA No.: 05-01186(RCL) |
| | ) |
| JOHN B. MANN, et al. | ) |
| | ) |
|    Defendants/Counter-Plaintiffs. | ) |

**ORDER DENYING DEFENDANT ROBERT PATTERSON'S MOTION
FOR DAMAGES SUFFERED AS A CONSEQUENCE OF
PRELIMINARY INJUNCTION**

Upon consideration of Defendant Robert Patterson's Motion for Damages Suffered as a Result of Preliminary Injunction, and Plaintiff's opposition thereto, it is hereby ordered that Defendant Robert Patterson's motion is hereby **DENIED**.

_____
ROYCE C. LAMBERTH, CHIEF JUDGE


Copies by electronic delivery to:

    Vanessa Carpenter Lourie, Esquire
    4400 MacArthur Blvd., N.W.
    Suite #205
    Washington, D.C. 20007-2521

    Christopher Hoge, Esquire
    1710 Rhode Island Ave., N.W.
    7th Floor
    Washington, D.C. 20036

Copies by first class mail to:

    Linda Awkard, Esquire
    4201 Cathedral Avenue, N.W.
    Suite 1416 W
    Washington, D.C. 20016

    Robert B. Patterson
    P.O. Box 3106
    Reston, Virginia 20190

Case 1:05-cv-01186-RCL    Document 205-2    Filed 08/29/2008    Page 2 of 2