IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. | ) |
| | ) |
|     Plaintiff/Counter-Defendant | ) |
| | ) |
|     v. | ) Case #05cv01186 (RCL) |
| | ) |
| JOHN B. MANN, et al. | ) Royce C. Lamberth |
| | ) Judge |
|     Defendants/Counter-Plaintiffs. | ) |

**ORDER DENYING MOTION OF DEFENDANT ROBERT PATTERSON
FOR RULE 11 SANCTIONS AGAINST DEFENDANT ELLIPSO, INC.
AND DAVID CASTIEL, INDIVIDUALLY**

UPON CONSIDERATION of Defendant Robert Patterson's Motion For Rule 11 Sanctions Against Defendant Ellipso, Inc. and David Castiel, Individually, and plaintiff's opposition thereto, it is by the Court this _____ day of _____, 2008,

**ORDERED**, that Defendant Robert Patterson's motion shall be and hereby is **DENIED**.

                                                              _____
                                                              JUDGE ROYCE C. LAMBERTH

Copies by electronic delivery to:

Vanessa Carpenter Lourie, Esquire
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521

Christopher Hoge, Esquire
1710 Rhode Island Ave., N.W.
7th Floor
Washington, D.C. 20036

Copy by first class mail to:

Linda Awkard, Esquire
4201 Cathedral Avenue, N.W.
Suite 1416 W
Washington, D.C. 20016

Robert B. Patterson
P.O. Box 3106
Reston, Virginia 20190