IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIPSO, INC.                          )
                                       )
     Plaintiff/Counter-Defendant       )
                                       )
                v.                     ) Case #05cv01186 (RCL)
                                       )
JOHN B. MANN, et al.                   ) Royce C. Lamberth
                                       ) Judge
     Defendants/Counter-Plaintiffs.)

**ORDER DENYING MOTION OF DEFENDANT ROBERT PATTERSON TO
REINSTATE HIS COUNTERCLAIMS AND FOR ENTRY OF JUDGMENT
AGAINST ELLIPSO, INC,**

UPON CONSIDERATION of Defendant Robert Patterson's Motion for Reinstatement of His Counterclaims and for Entry of Judgment Against Ellipso, Inc., and plaintiff's opposition thereto, it is by the Court this _____ day of _____, 2008,

**ORDERED**, that Defendant Robert Patterson's motion shall be and hereby is **DENIED**.

_____
JUDGE ROYCE C. LAMBERTH

Copies by electronic delivery to:

Vanessa Carpenter Lourie, Esquire
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521

Christopher Hoge, Esquire
1710 Rhode Island Ave., N.W.
7th Floor
Washington, D.C. 20036

Copy by first class mail to:

Linda Awkard, Esquire
4201 Cathedral Avenue, N.W.
Suite 1416 W
Washington, D.C. 20016

Robert B. Patterson
P.O. Box 3106
Reston, Virginia 20190