IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.** ) | |
| ) | |
| **Plaintiff/Counter-Defendant,** ) | |
| ) | |
| v. ) | Civil Action No.: 05-01186 (RCL) |
| ) | |
| **JOHN B. MANN, et al.** ) | |
| ) | |
| **Defendants/Counter-Plaintiffs.** ) | |
| _____) | |

**ORDER**

Upon consideration of Defendants/Counter-Plaintiffs John Mann and Mann Technologies, LLC's Motion for Reconsideration of Denial of Legal Fees and Costs, and plaintiff/counter-defendant's opposition thereto, it is hereby,

**ORDERED**, that said motion shall be and hereby is **DENIED.**

_____
JUDGE ROYCE C. LAMBERTH

```
Copies by electronic delivery to:

Vanessa Carpenter Lourie, Esquire
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521
vlourie@carpenterlourie.com


Christopher Hoge, Esquire
Crowley, Hoge & Fein, P.C.
1710 Rhode Island Ave., N.W.
7th Floor
Washington, D.C. 20036
chfcgh@aol.com
```

Copy by first class mail to:

Linda Awkard, Esquire
4201 Cathedral Avenue, N.W.
Suite 1416 W
Washington, D.C. 20016

Robert B. Patterson
PO Box 3106
Reston, Virginia 20195