IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELLIPSO, INC. )
)
   Plaintiff/Counter-Defendant, )
)
v. ) CA No.: 05-01186 (RCL)
)
JOHN B. MANN, et al. )
)
   Defendants/Counter-Plaintiffs.)

**NOTICE OF WITHDRAWAL OF MOTION FOR RULE 11 SANCTIONS**

Defendant, Counter-Claim Plaintiff, Robert Patterson, hereby withdraws his Motion to impose sanctions on Plaintiff and Plaintiff's owner and CEO, David Castiel, pursuant to Rule 11, FRCP, Docket Entry 202, August 18, 2008.

Respectfully submitted,

Robert Patterson, pro se
P.O. Box 3106
Reston, Virginia 20195
(571) 278-7076

**CERTIFICATE OF SERVICE.**

I certify that a true and correct copy of the forgoing motion and supporting documents was mailed, fist class postage paid, this __ day of ____, 2008, to:

Vanessa Carpenter Lourie, Esq.
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521

Christopher Hoge, Esq.
1717 Rhode Island Ave., N.W.
Seventh Floor
Washington, D.C. 20036

Robert Patterson

RECEIVED
SEP 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT