## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELLIPSO, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1186 (RCL)** |
| ) | |
| **JOHN B. MANN,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## <u>ORDER</u>

Upon consideration of defendants' motion [221] for attorneys' fees and expenses, the opposition [228], the reply [231], applicable law, and the entire record herein, it is hereby

ORDERED that the defendants' motion is GRANTED.  It is further

ORDERED that defendants are awarded $201,314.04 in attorneys' fees and expenses to be paid by plaintiff Ellipso, Inc.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, on January 29, 2009.