**EXHIBIT I**

**Crowley, Hoge & Fein, P.C.**
**1710 Rhode Island Avenue,**
**Seventh Floor**
**Washington, DC 20036**

Invoice submitted to:

John Mann
9330 Harts Mill Road
Warrenton, VA 20186

October 16, 2008

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/3/2008 | CGH | Review new pleadings from Lourie/Awkard; exchange e-mails with client. | 0.50 | 150.00 |
| 9/9/2008 | LWCLK | Research on reply to opposition for motion for reconsideration. | 6.00 | 450.00 |
|  | CGH | Work on reply to opposition to motion for reconsideration of attorney's fees; conferences with LC re research. | 1.00 | 300.00 |
| 9/11/2008 | LWCLK | Draft reply to opposition to motion for reconsideration | 3.50 | 262.50 |
|  | CGH | Review draft reply from client; work on reply re motion for reconsideration. | 1.50 | 450.00 |
| 9/12/2008 | LWCLK | Research and memo on bad faith exception to American Rule; final edits | 3.50 | 262.50 |

John Mann Page 2

|  |  | Hours | Amount |
|---|---|---|---|

|  |  |  | on response to opposition to motion for reconsideration |  |  |
|---|---|---|---|---|---|
| 9/12/2008 | CGH |  | Research and draft reply brief re motion for reconsideration; e-mail draft to client; revise, final, file & serve brief. | 3.50 | 1,050.00 |
| 9/30/2008 | GC |  | Reviewed court opinions on our motions for damages and reconsideration; phone calls and email exchanges with client; meeting with CGH; conference call with CGH and client | 2.00 | 150.00 |
|  | CGH |  | Review Court Orders re damages from injunction and motion for reconsideration; conference with GC re next steps. | 0.50 | 150.00 |

|  | For professional services rendered | 22.00 | $3,225.00 |
|---|---|---|---|

Additional charges:

|  |  |  |  | Qty |  |
|---|---|---|---|---|---|
| 9/1/2008 | CGH |  | Postage charges for, September 2008 | 1 | 1.52 |

| Total costs |  | $1.52 |
|---|---|---|
| Total amount of this bill |  | $3,226.52 |
| Previous balance |  | $97,718.75 |

|              | Amount        |
|--------------|---------------|
| Balance due  | $100,945.27   |

**Crowley, Hoge & Fein, P.C.**
**1710 Rhode Island Avenue, NW**
**Seventh Floor**
**Washington, DC 20036**

Invoice submitted to:

John Mann
9330 Harts Mill Road
Warrenton, VA 20186

November 13, 2008

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/7/2008 | CGH | Prepare promissory note; e-mail to client. | 0.70 | 210.00 |
| 10/9/2008 | LWCLK | Research on Response to Court's Order re: attorneys' fees, edit JM draft, memo to CGH. | 4.00 | 300.00 |
| 10/10/2008 | CGH | Review materials from client for attorneys fee motion; exchange e-mails with client. | 0.50 | 150.00 |
| 10/14/2008 | CGH | Review materials re attorneys' fees from client; conference with LC and GC re attorneys' fee issue, research re bad faith exception to American Rule; work on motion. | 1.50 | 450.00 |
|  | GC | Reviewed client provided TRSC arbitration documents and created electronic folder; reviewed client's | 2.50 | 187.50 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | draft of motion for attorney's fees and costs; assisted CGH with motion for attorney's fees and expenses |  |  |
| 10/15/2008 | CGH | Prepare motion for attorneys' fees; review and assemble exhibits; file and serve motion; telephone conference with client. | 4.00 | 1,200.00 |
|  | GC | Reviewed latest documents provided by client; downloaded and prepared exhibits for filing in Court; assisted CGH with motion for attorney's fees and expenses | 2.80 | 210.00 |
| 10/16/2008 | LWCLK | Court run - delivered courtesy copy of fee motion to Judge Lamberth's chambers. | 0.80 | 60.00 |
| 10/17/2008 | CGH | Review Ellipso Notice of Appeal and rules re appellate procedure; exchange e-mails with client. | 1.00 | 300.00 |
| 10/21/2008 | CGH | Review correspondence and file; e-mail to client. | 0.30 | 90.00 |
| 10/22/2008 | CGH | Review Court Order and materials from client re attachment; review Court rules re attachments. | 0.50 | 150.00 |

John Mann                                                                                              Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/24/2008 | CGH | Telephone conference with client re appeal, cross-appeal, etc. | 0.70 | 210.00 |
| 10/25/2008 | CGH | Review materials from client; e-mail to client. | 0.30 | 90.00 |
| 10/27/2008 | CGH | Exchange e-mails with client; draft letter to The Hartford. | 0.70 | 210.00 |
| 10/29/2008 | CGH | Exchange e-mails with and telephone conferences with client; review Court rules re cross-appeals; prepare Notice of Appeal from dismissal of counterclaim; e-mail draft to client; revise, final, file and serve Notice of Appeal; revise and final letter to The Hartford. | 2.50 | 750.00 |
|  | GC | Meeting with CGH; conference call with CGH and client regarding cross appeal | 0.80 | 60.00 |
| 10/30/2008 | LWCLK | Research and memo on notice of appeal and motion for attorneys' fees. | 2.50 | 187.50 |
|  | CGH | Review Ellipso reply to attorneys' fee motion; exchange e-mails with client; review court rules. | 0.50 | 150.00 |
| 10/31/2008 | CGH | Review LC memo and cases re finality of Order for appeal purposes and ability of J. Lamberth to rule on attorneys' fee motion during pendency of | 0.50 | 150.00 |

John Mann                                                                 Page   4

|  |  |  | Hours | Amount |
|---|---|---|---|---|

                    appeal; exchange e-mails
                    with client.

                    For professional services rendered    27.10   $5,115.00
                    Additional charges:

                                                          Qty

10/1/2008  CGH      Postage charges for,                   1       15.40
                    October 2008

           CGH      Photocopying charges for,             531      53.10
                    October 2008

10/29/2008 CGH      filing fee paid - Notice               1      455.00
                    of Appeal.

           Total costs                                            $523.50

           Total amount of this bill                             $5,638.50

           Previous balance                                    $100,945.27

           Balance due                                         $106,583.77

**Crowley, Hoge & Fein, P.C.**
**1710 Rhode Island Avenue, NW**
**Seventh Floor**
**Washington, DC 20036**

Invoice submitted to:

John Mann
9330 Harts Mill Road
Warrenton, VA 20186


December 17, 2008


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/3/2008 | CGH | Review draft reply brief from client and Patterson pleading; exchange e-mails with client; start work on reply brief. | 1.00 | 300.00 |
| 11/4/2008 | CGH | Finish Reply; e-mail draft to client; revise, final, file and serve Reply; exchange e-mails with client. | 1.00 | 300.00 |
| 11/6/2008 | CGH | Review Court Order; exchange e-mails with client. | 0.20 | 60.00 |
| 11/7/2008 | CGH | Review Order from Court of Appeals; calendar deadlines; review court rules. | 0.30 | 90.00 |
| 11/11/2008 | LWCLK | Updated pleadings binder | 0.60 | 45.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/12/2008 | CGH | Telephone calls to The Hartford; FAX material to J. Leuschner; e-mail to client. | 1.00 | 300.00 |
| 11/21/2008 | CGH | Telephone conference with The Hartford. | 0.20 | 60.00 |
| 11/24/2008 | CGH | Telephone conference with The Hartford; prepare letter and package to The Hartford. | 1.00 | 300.00 |
| 11/25/2008 | GC | Reviewed opposition by Ellipso to Mann motion for attorney's fees and expenses | 1.50 | 112.50 |
|  | CGH | Review opposition to motion for attorney fees and motion for stay pending appeal; PACER review of pleadings; revise letter to The Hartford; draft letter to client; telephone conference with client. | 1.80 | 540.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| For professional services rendered | | 8.60 | $2,107.50 |

Additional charges:

|  |  |  | Qty |  |
|---|---|---|---|---|
| 11/1/2008 | CGH | Photocopying charges for, November 2008 | 6 | 0.60 |
|  | CGH | Postage charges for, November 2008 | 1 | 1.26 |

John Mann                                                                 Page   3

|  |  |  | Qty | Amount |
|---|---|---|---|---|
| 11/26/2008 | CGH | LexisNexis - online research charges | 1 | 20.09 |

|  |  |
|---|---|
| Total costs | $21.95 |
| Total amount of this bill | $2,129.45 |
| Previous balance | $106,583.77 |
| 12/9/2008 Payment - thank you. Check No. 190 | ($20,000.00) |
| Total payments and adjustments | ($20,000.00) |
| Balance due | $88,713.22 |

**Crowley, Hoge & Fein, P.C.**
**1710 Rhode Island Avenue, NW**
**Seventh Floor**
**Washington, DC 20036**

Invoice submitted to:

John Mann
9330 Harts Mill Road
Warrenton, VA 20186

January 15, 2009

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/1/2008 | CGH | E-mail to client. | 0.10 | 30.00 |
| 12/3/2008 | CGH | Review materials from client and Patterson; exchange e-mails with client; telephone conferences with The Hartford, client. | 0.70 | 210.00 |
|  | GC | Per CGH reviewed client's draft opposition to Ellipso's motion to stay, reply to Ellipso's opposition to motion for attorney's fees and various Hartford surety bond issues | 0.70 | 52.50 |
| 12/5/2008 | CGH | Review draft reply re attorneys' fee motion from client; conference with GC; start work on reply. | 1.00 | 300.00 |
|  | GC | Assisted CGH with responses to Ellipso's various opposition motions | 1.00 | 75.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| | | and various Hartford surety bond issues | | |
| 12/6/2008 | CGH | Work on reply brief re motion for attorneys' fees and opposition to bond motion. | 2.50 | 750.00 |
| 12/8/2008 | LYC | eFile Opposition to Motion to Stay and Motion for Waiver and Reply to Opposition to Motion for Fees. | 0.20 | 15.00 |
| | CGH | Revise and final attorneys' fee reply brief and opposition to bond motion; review appellate rules; prepare appellate forms and reports; prepare motion to withdraw from appellate case; draft letter to court clerk; arrange for filing. | 5.00 | 1,500.00 |
| | GC | Searched and printed documents requested by CGH for court filings | 0.30 | 22.50 |
| 12/15/2008 | CGH | Review new pleadings from Ellipso and Patterson. | 0.20 | 60.00 |
| 12/18/2008 | CGH | Prepare letter and package of materials to client. | 0.50 | 150.00 |
| 12/23/2008 | CGH | Telephone conference with K. Rosenau; e-mail to client. | 0.40 | 120.00 |
| | GC | Meeting with CGH; conference call with CGH and K Roseneau | 0.50 | 37.50 |

John Mann                                                                          Page 3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/24/2008 | CGH | Research re attorneys' liens; draft e-mail to K. Rosenau with copy to client. | 1.00 | 300.00 |
| 12/29/2008 | CGH | Exchange e-mails with client. | 0.10 | 30.00 |
|  |  | For professional services rendered | 14.20 | $3,652.50 |

Additional charges:

|  |  |  | Qty |  |
|---|---|---|---|---|
| 12/1/2008 | CGH | Photocopying charges for, December 2008 | 120 | 12.00 |
|  | CGH | Postage charges for, December 2008 | 1 | 4.36 |

|  |  |
|---|---|
| Total costs | $16.36 |
| Bank charge | $7.50 |
| Total amount of this bill | $3,676.36 |
| Previous balance | $88,713.22 |
| 12/15/2008 Insufficient funds. Payment negated | $20,000.00 |
| Total payments and adjustments | $20,000.00 |
| Balance due | $112,389.58 |