THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLIPSO, INC. )<br>)<br>   Plaintiff, Counterclaim )<br>    Defendant )<br>)<br>v. )<br>)<br>JOHN B. MANN, et al. )<br>)<br>   Defendants, Counterclaim )<br>    Plaintiff )<br>_____) | Civil Action No. 05-1186 (RCL) |

## PRAECIPE

May the Clerk of the Court please note that neither a) the "Consented Supplemental Motion To Alter or Amend The Court's Opinion And Order Issued January 29, 2009 . . . ," (Docket Entry 272), nor b) the "Supplemental Memorandum Of Points & Authorities In Support of Mann Technologies, L.L.C.'S Motion To Alter or Amend the Court's Opinion . . . " (Docket Entry 272), both filed on March 26, 2009, were not consented to by opposing counsel. The fact that they were filed as "consented" filings was an honest mistake. The working drafts of the Motion and the Memo included mentions of consent and unfortunately these drafts were the ones erroneously filed. Neither filing is consented to by opposing counsel, any former opposing counsel, nor Ellipso, Inc. or any agent. We apologize for any inconvenience caused by this mistake.

                                            Respectfully submitted,

                                            _/s/ Kenneth H. Rosenau_____
                                            Kenneth H. Rosenau, #342733
                                            Rosenau & Rosenau
                                            1304 Rhode Island Avenue NW
                                            Washington DC 20005

CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2009, I served a true and correct copy of the foregoing

Praecipe electronically to the following:

VANESSA CARPENTER LOURIE, ESQ.
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C.  20007-2521
(202) 342-8000 (Office)
vlourie@carpenterlourie.com

Neal Goldfarb, Esq.
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Ave., N.W., Suite 300
Washington, D.C. 20006
(202) 293-8756
ngoldfarb@tighepatton.com

Linda Awkard, Esq.
Awkard & Associates, Chartered
4201 Cathedral Ave., NW
Suite #1416W
Washington, DC 20016

David Wachtel, Esq.
Balabei and Wachtel
1775 T ST NW,
Washington, DC 20009-7124
wachtel@bernabeipllc.com

and via first class, postage-prepaid mail to:

ROBERT B. PATTERSON
P.O. Box 3106
Reston, VA 20195

       /s/ Kenneth H. Rosenau  
       Kenneth H. Rosenau, Esq.